| | |
|---|---|
| 1 | Roland Tellis (SBN 186269) |
| 2 | rtellis@baronbudd.com |
| | Mark Pifko (SBN 228412) |
| 3 | mpifko@baronbudd.com |
| | BARON & BUDD, P.C. |
| 4 | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, California 91436 |
| 5 | Telephone: (818) 839-2333 |
| 6 | Facsimile: (818) 986-9698 |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WHALEN, individually and on behalf of all others similarly situated, | Case No.: 3:13-cv-03072-EMC |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| FORD MOTOR COMPANY, | |
| Defendant. | Action Filed: July 2, 2013<br>Judge: Hon. Edward M. Chen |

| | |
|---|---|
| 1 | **NOTICE TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that attorney Roland Tellis, admitted to practice before |
| 3 | this Court, respectfully enter his Notice of Appearance as counsel on behalf of Plaintiffs |
| 4 | and requests that all future papers and pleadings be served upon him at the addresses |
| 5 | listed below. |

Roland Tellis (SBN 186296)
rtellis@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436-2870
Ph.: (818)839-2333
Fax: (818)986-9698

Dated: Aug 30, 2013　　　　　　　　BARON & BUDD, P.C.

By:　/s/Roland Tellis
　　　Roland Tellis
　　　Attorneys for Plaintiff