|   | Reset Form |
|---|---|

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Whalen | ) | Case No: 3:13-CV-03072-EMC |
|---|---|---|
| Plaintiff(s), | ) | |
| v. | ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| Ford Motor Company | ) | |
| Defendant(s). | ) | |

I, Jeniphr A.E. Breckenridge, an active member in good standing of the bar of the State of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jeffrey D. Friedman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hagens Berman Sobol Shapiro LLP 1918 8th Ave, Suite 3300, Seattle, WA 98101 | Hagens Berman Sobol Shapiro LLP 715 Hearst Ave, Suite 202, Berkeley, CA 94710 |
| MY TELEPHONE # OF RECORD: (206) 623-7292 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: jeniphr@hbsslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jefff@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 21410.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/25/13                                         Jeniphr A.E. Breckenridge
                                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeniphr A.E. Breckenridge is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE