Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 8th Avenue, Suite 3300
Seattle, Washington  98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

Adam J. Levitt (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Tel:  (312) 214-0000
Fax:  (312) 214-0001
alevitt@gelaw.com

Roland Tellis (186269)
Mark Pifko (228412)
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

*Plaintiffs' Interim Co-Lead Counsel*

[Additional Counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:** <br><br> **MYFORD TOUCH CONSUMER LITIGATION.** | **CIVIL ACTION NO.: 13-cv-3072-EMC** <br> **CLASS ACTION** <br><br> **AMENDED REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Amended Request for Telephonic Appearance for Case Management Conference and [Proposed] Order; 13-cv-3072-EMC

1   Please take notice that Adam J. Levitt and Matthew D. Schelkopf of Plaintiffs' counsel
2   respectfully request to appear telephonically for the Case Management Conference currently
3   scheduled for January 23, 2014, at 10:30 a.m. before the Honorable Edward M. Chen of the
4   above entitled court. The remaining lead co-counsel will appear personally in front of Your
5   Honor.

6   Plaintiff's co-lead counsel, Adam J. Levitt, is unable to appear in person at the Case
7   Management Conference because he will be returning from a multi-day, business conference in
8   Miami for a legal organization of which he is one of the leaders and at which he spoke.  That
9   conference was planned well prior to the Court's setting of the January 23, 2014 status hearing
10  date and Mr. Levitt knows that two of his three other co-lead counsel will be present at the
11  hearing in person.  Notwithstanding those facts, due to Mr. Levitt's fiduciary obligations to his
12  clients and the other members of the proposed class(es), he believes it is his obligation to
13  participate in the January 23 hearing if possible and to the extent possible.

14  Plaintiff's co-lead counsel, Matthew D. Schelkopf, consistent with this Court's Order
15  Adopting Guidelines to Limit Costs and Expenses, Including Attorney's Fees (Docket No. 42),
16  is requesting to attend the Case Management Conference, scheduled for January 23, 2014,
17  telephonically so as to limit the costs and expenses in prosecuting this case.  His in-person
18  attendance would require airline travel to and from Philadelphia, Pennsylvania and the
19  likelihood of overnight accommodations.  He has discussed the proposed telephonic attendance
20  with all Co-lead Counsel and believes it is effective in limiting costs and expenses since two co-
21  lead counsel will be attending the conference in-person.

22  Dated:  January 22, 2014          Respectfully submitted,

23                                    */s/* Adam J. Levitt
24                                    Adam J. Levitt (*pro hac vice*)
                                      **GRANT & EISENHOFER P.A.**
25                                    30 North LaSalle Street, Suite 1200
                                      Chicago, Illinois  60602
26                                    Tel:  (312) 214-0000
                                      Fax:  (312) 214-0001
27                                    alevitt@gelaw.com
28
                                      2

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania  19041
Tel: (610) 642-8500
Fax: (610) 649-3633
JGS@chimicles.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 8th Avenue, Suite 3300
Seattle, Washington  98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

Roland Tellis (186269)
Mark Pifko (228412)
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

*Plaintiffs' Interim Co-Lead Counsel*

**ORDER**

IT IS SO ORDERED that Adam J. Levitt and Matthew D. Schelkopf of plaintiffs' Interim Co-lead Counsel is allowed to appear by telephone on January 23, 2014 at 10:30 a.m.

Dated: January 22, 2014                    _____
                                           HONORABLE EDWARD M. CHEN

APPROVED
Judge Edward M. Chen

3

Amended Request for Telephonic Appearance for Case Management Conference and [Proposed] Order; 13-cv-3072-EMC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing ***Request for Telephonic Appearance for Case Management Conference and [Proposed] Order*** was electronically filed with this Court's CM/ECF system on this 22nd day of January, 2014 and was thus served automatically upon all counsel of record.

>  */s/* Adam J. Levitt
>  Adam J. Levitt

4

Amended Request for Telephonic Appearance for Case Management Conference and [Proposed] Order; 13-cv-3072-EMC