James C. Shah (S.B. #260435)
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
35 E. State Street
Media, PA 19063
Phone: 610/891-9880
Fax: 610/891-9883
Email: jshah@sfmslaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> MYFORD TOUCH CONSUMER LITIGATION | Case No.: 3:13-CV-3072-EMC <br><br> CLASS ACTION <br><br> **NOTICE OF APPEARANCE OF JAMES C. SHAH AS COUNSEL OF RECORD** |

TO THE CLERK OF COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that James C. Shah of the firm of Shepherd, Finkelman, Miller & Shah, LLP, enters his appearance in the above action as counsel of record for Plaintiffs, and requests that all further notices and copies of pleadings, papers and other materials relevant to this action be directed and served upon:

   James C. Shah
   Shepherd, Finkelman, Miller & Shah, LLP
   35 E. State Street
   Media, PA 19063
   Phone: 610/891-9880
   Fax: 610/891-9883
   Email: jshah@sfmslaw.com

| | | |
|---|---|---|
| 1 | Dated: January 28, 2013 | Respectfully submitted. |
| 2 | | SHEPHERD, FINKELMAN, MILLER, & SHAH, LLP |
| 3 | | |
| 4 | | By: /s/James C. Shah |
| | | James C. Shah |
| 5 | | Attorney for Plaintiffs |

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 28, 2014.

/s/James C. Shah
James C. Shah