Steve W. Berman, (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Jeff D. Friedman (CSB No. 173886)
Shana E. Scarlett (CSB No. 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MYFORD TOUCH CONSUMER LITIGATION | No. 13-cv-3072-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO FORD MOTOR COMPANY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**[N.D. CAL. L.R. 7-11]**<br><br>Judge: Hon. Edward M. Chen |

010388-11 672067 V1

**STIPULATION EXTENDING PAGE LIMIT FOR RESPONSE
IN OPPOSITION TO MOTION TO DISMISS**

WHEREAS, Plaintiffs filed the First Amended Class Action Complaint ("Complaint") in the above-titled action in this Court and served it on Defendant Ford Motor Company on November 12, 2013;

WHEREAS, the Complaint includes 24 plaintiffs from 15 states collectively stating over 80 causes of action;

WHEREAS, Ford filed its motion to dismiss under Rule 12(b) on January 13, 2014;

WHEREAS, on January 10, 2014, the parties stipulated to an extension of 50 pages for Defendant's Motion to Dismiss;

WHEREAS, Local Rule 7-3(a) provides that any opposition brief or memorandum may not exceed 25 pages of text;

WHEREAS, on January 22, 2014, this Court granted the stipulation to an extension of 50 pages for Defendant's Motion to Dismiss;

WHEREAS, Local Rule 7-11 permits a party to seek miscellaneous administrative relief, including permission "to exceed otherwise applicable page limitations," pursuant to a stipulation by the parties;

WHEREAS, Plaintiffs anticipate they will need 50 pages to adequately present their response in opposition to Ford's Motion to Dismiss in light of the number of pages extended to Defendant;

WHEREAS, Ford has stipulated that it will not oppose a request by Plaintiffs to extend the page limit for the brief in support of their opposition to a comparable number of pages;

WHEREAS, execution of this stipulation is not a waiver of any claims or defenses Plaintiffs or Defendant may otherwise have;

THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their counsel of record, subject to the approval of the Court, that Plaintiffs shall have leave to file a response in opposition of no more than 50 pages to Ford's motion to dismiss.

DATED: February 13, 2014  HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/ Steve W. Berman
　　　STEVE W. BERMAN

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Jeff D. Friedman (CSB No. 173886)
Shana E. Scarlett (CSB No. 217895)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Adam J. Levitt (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, IL  60602
Telephone:  (312) 214-0000
Facsimile:  (312) 214-0001
alevitt@gelaw.com

| | |
|---|---|
| 1 | Roland Tellis (186269) |
| 2 | Mark Pifko (228412) |
| | BARON & BUDD, P.C. |
| 3 | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, CA  91436 |
| 4 | Telephone:  (818) 839-2320 |
| | Facsimile:  (818) 986-9698 |
| 5 | rtellis@baronbudd.com |
| | mpifko@baronbudd.com |

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA  19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633
JGS@chimicles.com

***Plaintiffs' Interim Co-Lead Counsel***

DATED:  February 13, 2014          O'MELVENY & MYERS LLP


By _____/s/ Randall W. Edwards_____
RANDALL W. EDWARDS (S.B. #179053)
KEVIN R. RUBINO (S.B. #255677)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
krubino@omm.com
redwards@omm.com

STIPULATION TO EXTEND PAGE LIMIT ON RESPONSE
IN OPPOSITION TO MOTION TO DISMISS - 3
Case No.: 13-cv-3072-EMC

010388-11  672067 V1

1 | BRIAN C. ANDERSON (S.B. # 126539)
2 | banderson@omm.com
  | O'MELVENY & MYERS LLP
3 | 1625 Eye Street, NW
  | Washington, D.C. 20006-4001
4 | Telephone: (202) 383-5300
  | Facsimile: (202) 383-5414
5 |
6 | *Attorneys for Defendant Ford Motor Company*

STIPULATION TO EXTEND PAGE LIMIT ON RESPONSE
IN OPPOSITION TO MOTION TO DISMISS - 4
Case No.: 13-cv-3072-EMC

010388-11  672067 V1

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

DATED: February 13, 2014                HAGENS BERMAN SOBOL SHAPIRO LLP


                                        By _____/s/ Steve W. Berman_____
                                                STEVE W. BERMAN


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: February __14__, 2014            _____
                                        The Honorable Edward M. Chen
                                        United States District Judge



STIPULATION TO EXTEND PAGE LIMIT ON RESPONSE
IN OPPOSITION TO MOTION TO DISMISS - 5
Case No.: 13-cv-3072-EMC
010388-11  672067 V1