RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
KEVIN R. RUBINO (S.B. #255677)
krubino@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

BRIAN C. ANDERSON (S.B. # 126539)
banderson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

Attorneys for Defendant Ford Motor Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-CV-3072-EMC <br><br> **STIPULATION AND [PRO~~POS~~ED] ORDER TO EXTEND PAGE LIMIT FOR FORD MOTOR COMPANY'S REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> **[N.D. CAL. L.R. 7-11]** <br><br> Judge:   Hon. Edward M. Chen |

**STIPULATION EXTENDING PAGE LIMIT FOR REPLY BRIEF
IN SUPPORT OF MOTION TO DISMISS**

WHEREAS, Plaintiffs filed the First Amended Class Action Complaint ("Complaint") in the above-titled action in this Court and served it on Defendant Ford Motor Company on November 12, 2013;

WHEREAS, the Complaint includes 24 plaintiffs from 15 states collectively stating over 80 causes of action;

WHEREAS, Local Rule 7-11 permits a party to seek miscellaneous administrative relief, including permission "to exceed otherwise applicable page limitations," pursuant to a stipulation by the parties;

WHEREAS, Ford and Plaintiffs agreed to and received extensions of the page limit to 50 pages for the memoranda of points and authorities in support of and opposition to Ford's motion to dismiss;

WHEREAS, Local Rule 7-3 provides that the reply brief in support of a motion to dismiss under Rule 12(b) may not exceed 15 pages;

WHEREAS, Ford anticipates that it may need as much as 30 pages for its reply brief in order to adequately respond to Plaintiffs' opposition in light of the number of allegations and causes of action in the Complaint;

WHEREAS, execution of this stipulation is not a waiver of any claims or defenses Plaintiffs or Defendant may otherwise have;

1  THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their
2 counsel of record, subject to the approval of the Court, that Ford shall have leave to file a reply
3 brief of no more than ~~30~~ 25 pages in support of its motion to dismiss to be filed on or before March
4 14, 2014.

    Dated:  March 13, 2014          Randall W. Edwards
                                              O'MELVENY & MYERS LLP

                                              By:   /s/ Randall W. Edwards
                                                        Randall W. Edwards

                                              Attorneys for Defendant Ford Motor Company

| | | |
|---|---|---|
| Dated:  March 13, 2014 | | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>By:   /s/ Steve W. Berman_____<br>        Steve W. Berman<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 8th Avenue, Suite 3300<br>Seattle, Washington 98101<br>Tel: (206) 623-7292<br>Fax: (206) 623-0594<br>steve@hbsslaw.com<br><br>Adam J. Levitt<br>GRANT & EISENHOFER P.A.<br>30 North LaSalle Street, Suite 1200<br>Chicago, Illinois 60602<br>Tel: (312) 214-0000<br>Fax: (312) 214-0001<br>alevitt@gelaw.com<br><br>Roland Tellis (186269)<br>Mark Pifko (228412)<br>BARON & BUDD, P.C.<br>15910 Ventura Boulevard, Suite 1600<br>Encino, California 91436<br>Tel: (818) 839-2320<br>Fax: (818) 986-9698<br>rtellis@baronbudd.com<br>mpifko@baronbudd.com<br><br>Joseph G. Sauder (*pro hac vice*)<br>Matthew D. Schelkopf (*pro hac vice*)<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Tel: (610) 642-8500<br>Fax: (610) 649-3633<br>JGS@chimicles.com<br>MDS@chimicles.com<br><br>Plaintiffs' Interim Co-Lead Counsel |

- 3 -

STIPULATION TO EXTEND PAGE LIMIT
ON REPLY IN SUPPORT OF MOTION TO DISMISS
CV 13-3072-EMC

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: March 13, 2014    Randall W. Edwards
O'MELVENY & MYERS LLP


By:   /s/ Randall W. Edwards
              Randall W. Edwards

Attorney for Defendant Ford Motor Company


**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  (as modified)

DATED: March 14, 2014

The Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*