Steve W. Berman, (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com

Jeff D. Friedman (CSB No. 173886)
Shana E. Scarlett (CSB No. 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MYFORD TOUCH CONSUMER LITIGATION | No. 13-cv-3072-EMC<br><br>**STIPULATION AND [PR~~OP~~OSED] ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

010388-11  678209 V1

# STIPULATION

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' interim co-lead counsel and counsel for Defendant Ford Motor Company ("Ford") (collectively, the "Parties"), as follows:

WHEREAS, Ford filed a Motion to Dismiss (Dkt. No. 56) to be heard on February 27, 2014.

WHEREAS, at the Initial Case Management Conference held on January 23, 2014, the Parties stipulated in Court to reschedule the hearing on Ford's Motion to Dismiss from February 27, 2014 to April 3, 2014 at 1:30 p.m. *See* Civil Minutes (Dkt. No. 63).

WHEREAS, the Civil Minutes from the Initial Case Management Conference dated January 24, 2014 reset the Motion to Dismiss Hearing for April 3, 2014 at 1:30 p.m.

WHEREAS, the Civil Minutes from the Initial Case Management Conference dated January 24, 2014 scheduled a Further Case Management Conference for April 3, 2014 at 1:30 p.m. and ordered an updated Joint Case Management Statement to be filed by March 27, 2014.

WHEREAS, on February 21, 2014, the Court issued a Clerk's Notice resetting motion and CMC from April 3, 2014 to April 10, 2014 at 1:30 p.m. (Dkt. No. 68). This text only entry set the deadline for filing the Joint Case Management Statement to April 3, 2014 and scheduled the Further Case Management Conference for April 10, 2014 at 1:30 p.m.

WHEREAS, the Parties have met and conferred in good faith regarding scheduling and stipulate, subject to Court approval, to continue the Hearing on Ford's Motion to Dismiss to April 24, 2014.

WHEREAS, the Parties have met and conferred in good faith regarding scheduling and stipulate, subject to Court approval, to continue the Further Case Management Conference to April 24, 2014 and to file an updated Joint Case Management Statement by April 17, 2014.

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE - 1
Case No.: 13-cv-3072-EMC
010388-11  678209 V1

1  THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their counsel of record, subject to the approval of the Court, as follows:

The deadline to file the updated Joint Case Management Statement is April 17, 2014.

The hearing on Ford's Motion to Dismiss and the Further Case Management Conference are continued from April 10, 2014 at 1:30 p.m. to April 24, 2014.

DATED: March 14, 2014               HAGENS BERMAN SOBOL SHAPIRO LLP


By  /s/ Steve W. Berman
        STEVE W. BERMAN

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Jeff D. Friedman (CSB No. 173886)
Shana E. Scarlett (CSB No. 217895)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Adam J. Levitt (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, IL  60602
Telephone:  (312) 214-0000
Facsimile:  (312) 214-0001
alevitt@gelaw.com

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE - 2
Case No.: 13-cv-3072-EMC
010388-11  678209 V1

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA  91436
Telephone:  (818) 839-2320
Facsimile:  (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA  19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633
JGS@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

DATED:  March 14, 2014          O'MELVENY & MYERS LLP


By _____/s/ Randall W. Edwards_____
RANDALL W. EDWARDS (S.B. #179053)
KEVIN R. RUBINO (S.B. #255677)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
krubino@omm.com
redwards@omm.com

BRIAN C. ANDERSON (S.B. # 126539)
banderson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant Ford Motor Company*

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE - 3
Case No.: 13-cv-3072-EMC
010388-11  678209 V1

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

DATED: March 14, 2014          HAGENS BERMAN SOBOL SHAPIRO LLP

                               By     /s/ Steve W. Berman
                                      STEVE W. BERMAN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 17, 2014          _____
                                      Edward M. Chen
                                      District Judge



STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE - 4
Case No.: 13-cv-3072-EMC
010388-11  678209 V1