Steve W. Berman, (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

Jeff D. Friedman (CSB No. 173886)
Shana E. Scarlett (CSB No. 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION. | No. 13-cv-3072-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT** ; ORDER<br><br>Date: June 12, 2014<br>Time: 10:30 A.M.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

010388-11  694583 V1

## I. INTRODUCTORY STATEMENT

Pursuant to the Court's Minute Entry (Dkt. No. 87) and the Standing Order for all Judges of the Northern District of California, counsel for the parties respectfully submit this Updated Joint Case Management Statement. This is the fourth Case Management Statement; three previous statements were filed with the Court on October 3, 2013 (Dkt. No. 33); January 16, 2014 (Dkt. No. 58); and April 17, 2014 (Dkt. No. 82). This Updated Joint Case Management Statement is intended to: update the Court on the status of the pleadings and discovery; request an extension of time for Ford to file its Answer; and, request a sixty (60) day postponement of the June 12, 2014 Court Management Conference.

## II. JOINT CASE MANAGEMENT STATEMENT

### A. Motions

On January 13, 2014, Ford filed its Motion to Dismiss (Dkt. No. 56). Plaintiffs filed a Memorandum in Opposition on February 21, 2014 (Dkt. No. 69) and Ford filed its Reply on March 14, 2014 (Dkt. No. 72). The Court heard oral argument on April 25, 2014. On May 30, 2014 this Court rendered a decision granting in part and denying in part Ford's Motion to Dismiss (Dkt. No. 97).

### B. Amendment of Pleadings

Plaintiffs will not amend the First Amended Complaint ("FAC") and will proceed based on the surviving claims. Thus, the current deadline to file an Answer to the FAC is June 13, 2014. Ford anticipates that due to the length of the FAC it will be in a position to file an Answer by July 14, 2014. Ford therefore requests that the Court grant an extension of thirty (30) days from the current deadline. Plaintiffs consent to Ford's request for an extension.

## III. STATUS OF DISCOVERY

As previously reported (*see* Dkt. No. 82), the parties participated in a Rule 26(f) conference and exchanged their initial disclosures, pursuant to Rule 26(a). Plaintiffs served Ford with their First Set of Requests for Production of Documents on December 3, 2013 and Ford served its Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents, with Plaintiffs' agreement, on January 17, 2014.

Since April 17, 2014, the parties have agreed upon the format of production, including Electronically Stored Information ("ESI") protocols. The parties have also negotiated a general protective order, which this Court ordered on May 16, 2014 (Dkt. No. 96). The parties are currently negotiating a second protective order that would pertain to highly confidential information, such as source code data.

Over the coming months, Ford anticipates making regular productions around every two weeks. Ford has so far made the following productions:

- Documents pertaining to the named Plaintiffs' vehicles and warranty history (04/03/2014);

- Showroom brochures, owners' manuals, and warranty guides (04/15/2014);

- Additional showroom brochures, owners' manuals, and warranty guides, as well as print/video advertising (5/22/2014);

- Special Service Messages and Technical Service Bulletins (5/27/2014);

- Email production of approximately 95,000 pages for Document Custodian J. Bragg (5/30/2014).

On February 26, 2014, Plaintiffs served Ford with a Second Set of Requests for Production of Documents. On April 1, 2014 Ford served its Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents. Ford objected to this discovery primarily on the grounds of relevance and burdensomeness because it sought documents concerning Ford's communications and relationships with other entities regarding future technology systems that are not installed in the current production of Ford or Lincoln vehicles. The parties have met and conferred on multiple occasions regarding Ford's responses to the Second Set of Requests for Production of Documents. On May 27, 2014, Ford communicated that, while it intends to stand on its objections of relevancy and burden, its search efforts for relevant information are on-going and, to the extent relevant information is identified, it will so advise Plaintiffs. Plaintiffs continue to believe that the Second Set of Requests for Production of Documents seeks relevant documents the collection and production

JOINT CASE MANAGEMENT STATEMENT          - 2 -
Case No.: 13-cv-3072-EMC
010388-11  694583 V1

1    of which would impose no unusual burden upon Ford.  While the parties' efforts to resolve this

2    dispute amicably are on-going, motion practice may be required to resolve this dispute.

3        On December 31, 2013, Ford served Plaintiffs with its First Set of Interrogatories and

4    Requests for Production of Documents, to which Plaintiffs responded, with Ford's agreement, on

5    March 17, 2014.  Several plaintiffs provided only objections to Ford's interrogatories and no

6    plaintiffs have produced any documents.  Ford raised these and other issues with Plaintiffs'

7    responses in a letter on April 16, about which Plaintiffs have now agreed to Meet and Confer.

8        The parties will continue to work cooperatively to ensure the efficient and timely exchange of

9    documents and do not believe there are any disputes that require the Court's assistance at this time.

10   **IV.   POSTPONEMENT OF CASE MANAGEMENT CONFERENCE**

11       Given the productive developments outlined in Section III of this Updated Joint Case

12   Management Statement, all parties believe that additional time to review the ongoing mutual

13   productions will better position them to make meaningful case management scheduling

14   recommendations. In addition, Ford's lead counsel have scheduling constraints including, for Mr.

15   Edwards, an impending trial in another matter, that would make a continuance of the June 12, 2014

16   conference preferable. As such, all parties request postponing the Case Management Conference by

17   sixty (60) days, to August 12, 2014 on the grounds of prematurity and defense counsel's limited

18   availability at the scheduled time. All parties anticipate that they will be able to provide the Court

19   with a full discovery and trial schedule by August 2014.

20   DATED:  June 5, 2014                          HAGENS BERMAN SOBOL SHAPIRO LLP

21

22                                                By     */s/ Steve W. Berman*
                                                         Steve W. Berman (*pro hac vice*)
23                                                Catherine Y.N. Gannon (*pro hac vice*)
                                                  HAGENS BERMAN SOBOL SHAPIRO LLP
24                                                1918 8th Avenue, Suite 3300
                                                  Seattle, WA  98101
25                                                Telephone:  (206) 623-7292
                                                  Facsimile:  (206) 623-0594
26                                                steve@hbsslaw.com
27                                                catherineg@hbsslaw.com

28

JOINT CASE MANAGEMENT STATEMENT        - 3 -
Case No.: 13-cv-3072-EMC
010388-11  694583 V1

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Jeff D. Friedman (173886)  
Shana E. Scarlett (217895)  
715 Hearst Avenue, Suite 202  
Berkeley, CA  94710  
Telephone:  (510) 725-3000  
Facsimile:  (510) 725-3001  
jefff@hbsslaw.com  
shanas@hbsslaw.com  

Adam J. Levitt (*pro hac vice*)  
Kyle McGee (*pro hac vice)*  
GRANT & EISENHOFER P.A.  
30 North LaSalle Street, Suite 1200  
Chicago, IL  60602  
Telephone:  (312) 214-0000  
Facsimile:  (312) 214-0001  
alevitt@gelaw.com  

Roland Tellis (186269)  
Mark Pifko (228412)  
BARON & BUDD, P.C.  
15910 Ventura Boulevard, Suite 1600  
Encino, CA  91436  
Telephone:  (818) 839-2320  
Facsimile:  (818) 986-9698  
rtellis@baronbudd.com  
mpifko@baronbudd.com  

Joseph G. Sauder (*pro hac vice*)  
Matthew D. Schelkopf (*pro hac vice*)  
CHIMICLES & TIKELLIS LLP  
One Haverford Centre  
361 West Lancaster Avenue  
Haverford, PA  19041  
Telephone:  (610) 642-8500  
Facsimile:  (610) 649-3633  
JGS@chimicles.com  

*Plaintiffs' Interim Co-Lead Counsel*  

Randall W. Edwards (179053)  
O'MELVENY & MYERS LLP  
Two Embarcadero Center, 28th Floor  
San Francisco, CA 94111-3823  
Telephone: (415) 984-8700  
Facsimile: (415) 984-8701  
redwards@omm.com  

JOINT CASE MANAGEMENT STATEMENT       - 4 -  
Case No.: 13-cv-3072-EMC  
010388-11  694583 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Janet. L. Conigliaro *(pro hac vice)*
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, Michigan 48243
Telephone: (313) 568-5372
Jconigliaro@Dykema.com

*Attorneys for Defendant*
*FORD MOTOR COMPANY*

JOINT CASE MANAGEMENT STATEMENT       - 5 -
Case No.: 13-cv-3072-EMC
010388-11  694583 V1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: June 5, 2014

      */s/ Steve W. Berman*
      Steve W. Berman

## CERTIFICATE OF SERVICE

I hereby certify the on June 5, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

Dated:  June 5, 2014

          */s/ Steve W. Berman*
          Steve W. Berman

```
IT IS SO ORDERED that the CMC is reset from 6/12/14 to 8/14/14 at 10:30 a.m.
An updated joint CMC statement shall be filed by 8/7/14.
_____
Edward M. Chen
U.S. District Judge
```



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

JOINT CASE MANAGEMENT STATEMENT     - 7 -
Case No.: 13-cv-3072-EMC
010388-11  694583 V1