RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
KEVIN R. RUBINO (S.B. #255677)
krubino@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice* pending)
shammack@omm.com
DAVID R. DOREY (S.B. #286843)
ddorey@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

Attorneys for Defendant Ford Motor Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-CV-3072-EMC <br><br> **AFFIDAVIT OF SCOTT M. HAMMACK** <br><br> Judge:   Hon. Edward M. Chen |

1   I, Scott M. Hammack, states as follows:

2   1. I am counsel at the law firm O'Melveny & Myers LLP, counsel for Defendant Ford Motor Company ("Ford") in this litigation. I am over 21 years of age, and I have personal knowledge of the facts set forth herein.

3   2. Attached hereto as Exhibit A is a true and correct copy of a June 28, 2013 letter to Ford Motor Company from Matthew D. Schelkopf of Chimicles & Tikellis LLP, counsel for William Creed. This letter asserts that Ford has violated Massachusetts General Laws Ch. 93A, § 9 and demands certain specified relief.

4   3. Attached hereto as Exhibit B is a true and correct copy of a July 26, 2013 letter to Matthew Schelkopf from myself on behalf of Ford. This letter responds to the June 28, 2013 letter, and sets forth Ford's written tender of settlement.

5   4. On November 12, 2013, Mr. Creed was added as a named plaintiff in the First Amended Class Action Complaint filed in the above-captioned matter.

6   5. At no point prior to becoming a named plaintiff in the above-captioned action, or at any point since, has Mr. Creed or his counsel accepted Ford's written tender of settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on July 18, 2014 in Washington, D.C.

By: _____
Scott M. Hammack
Attorney for Defendant Ford Motor Company

Subscribed and sworn before me on this
___18th___ day of ___July___, 2014
CITY of Washington
DISTRICT of Columbia

_____
Notary Public

My Commission expires: _Sept. 14, 2016_

- 2 -

AFFIDAVIT OF SCOTT M. HAMMACK
CV 13-3072-EMC