Steve W. Berman, (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

Jeff D. Friedman (CSB No. 173886)
Shana E. Scarlett (CSB No. 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION | No. 3-13-cv-3072-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  August 14, 2014<br>Time: 10:30 A.M.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

1  I.  **INTRODUCTORY STATEMENT**

2  Pursuant to the Court's Minute Entry (Dkt. No. 99) and the Standing Order for
3  all Judges of the Northern District of California, counsel for the parties respectfully
4  submit this Updated Joint Case Management Statement. This is the fifth Case
5  Management Statement; four previous statements were filed with the Court on
6  October 3, 2013 (Dkt. No. 33); January 16, 2014 (Dkt. No. 58); April 17, 2014 (Dkt.
7  No. 82); and June 5, 2014 (Dkt. No. 98). This Updated Joint Case Management
8  Statement is intended to inform the Court on the status of the pleadings and discovery,
9  and to request a postponement of the case management conference by sixty (60) days
10 until October 14, 2014.

11 II.  **JOINT CASE MANAGEMENT STATEMENT**
12 A.  **Motions**
13 On January 13, 2014 Ford filed its Motion to Dismiss (Dkt. No. 56). Plaintiffs
14 filed a Memorandum in Opposition on February 21, 2014 (Dkt. No. 69) and Ford filed
15 its Reply on March 14, 2014 (Dkt. No. 72). On May 30, 2014 this Court rendered a
16 decision granting in part and denying in part Ford's Motion to Dismiss (Dkt. No. 97).
17 Plaintiffs will not amend the First Amended Complaint (FAC) and will proceed based
18 on the surviving claims. On June 16, 2014, Plaintiff Megan Raney-Aarons filed a
19 notice of voluntarily dismissal (Dkt. No. 100).  Defendant Ford filed an Answer to the
20 FAC on July 18, 2014 (Dkt. No. 106).

21 III. **STATUS OF DISCOVERY**
22 As previously reported (*see* Dkt. No. 98), the parties participated in a Rule 26(f)
23 conference and exchanged their initial disclosures, pursuant to Rule 26(a).
24 A.  **Production Agreements**
25 The parties have agreed upon the format of production, including Electronically
26 Stored Information ("ESI") protocols. The parties have also negotiated a general
27 protective order, which this Court ordered on May 16, 2014 (Dkt. No. 96). The parties
28

are in the final phases of negotiating a second protective order that would pertain to highly confidential information, such as source code data.

**B.    Productions**

Ford has so far produced more than 437,500 pages of emails and documents from 13 custodians and more than 246,000 pages of documents from Ford's warranty reimbursement and technical contact databases. Ford will continue its rolling production. To date, Ford has made the following productions:

- Documents pertaining to the named Plaintiffs' vehicles and warranty history (04/03/2014);
- Showroom brochures, owners' manuals, and warranty guides (04/15/2014);
- Additional showroom brochures, owners' manuals, and warranty guides, as well as print/video advertising (5/22/2014);
- Special Service Messages and Technical Service Bulletins (5/27/2014);
- Email and other documents maintained by Document Custodian J. Bragg (5/30/2014);
- Email and other documents maintained by Document Custodian B. Krein (6/5/2014);
- Email and other documents maintained by Document Custodian S. Parsons (6/13/2014);
- Email and other documents maintained by Document Custodian R. Englert (7/3/2014);
- Ford warranty reimbursement records/data (AWS reports) and technical contacts (CQIS reports) (6/19/2014 and 7/16/2014);
- Email and other documents maintained by Document Custodians N. Gabrielli and M. Schanerberger (7/22/2014); and
- Email and other documents maintained by Document Custodians H. Ahmed; K. Christianson; H. Elzein; F. Frischmuth; M. Fromman; K. Goebel; J. Green (8/5/2014).

Since June 5, 2014 Plaintiffs have made two productions in response to Ford's discovery requests. The first production was made on June 27, 2014 and the second

JOINT CASE MANAGEMENT STATEMENT    - 2
Case No.: 13-cv-3072-EMC
010388-11 709737 V1

1  production was made on July 29, 2014. A third production is scheduled for August
2  2014 and Plaintiffs will continue to make supplemental productions as soon as
3  practicable. Non-Party, Microsoft Corporation, also made a production on June 24,
4  2014.
5       On July 28, 2014 Plaintiff Avedisian served his Supplemental Responses and
6  Objections to Ford's First Set of Interrogatories. Plaintiffs also informed Ford on July
7  28, 2014 that Plaintiffs Zuchowksi, Battle and Ervin intend to serve interrogatory
8  responses as soon as practicable. For various personal reasons, Plaintiffs have not been
9  able to locate information responsive to all of Ford's discovery requests.  Plaintiffs
10 have stated that they intend to produce these interrogatory responses by August 31,
11 2014.
12 **C.    Plaintiffs' Second Set of Requests for Production**
13      On February 26, 2014, Plaintiffs served Ford with a Second Set of Requests for
14 Production of Documents. The documents requested relate to press reports suggesting
15 that Ford will base the next generation of MFT systems on Blackberry's QNX
16 software, and include any communications with Blackberry regarding the Microsoft-
17 based MFT system, as well as, any documents that reflect key differences in properties
18 between Blackberry's QNX and Microsoft's MFT systems. On April 1, 2014 Ford
19 served its Responses and Objections to Plaintiffs' Second Set of Requests for
20 Production of Documents. On May 27, 2014 Ford communicated that it intends to
21 stand on its objections of relevancy and burden, but will make an effort to keep
22 looking for responsive documents. Plaintiffs continue to believe that the Second Set of
23 Requests for Production of Documents seeks relevant documents that the collection
24 and production of which would impose no unusual burden upon Ford.  Ford does not
25 believe that the documents sought are relevant because they seek information
26 concerning Ford's on-going commercial and business relationships with its suppliers
27 pertaining to future model year vehicles and technology that is not installed in any
28

JOINT CASE MANAGEMENT STATEMENT   - 3
Case No.: 13-cv-3072-EMC
010388-11 709737 V1

1   current Ford or Lincoln production vehicle, nor is it installed in any putative Subject
2   Vehicle. The parties have met and conferred in person and multiple times by telephone
3   and email. Unfortunately, however, the parties have been unable to resolve this issue
4   at this time. While the parties are hopeful that an agreement will be reached soon, they
5   also anticipate that motion practice may be required to resolve this dispute.

6   **D.      Vehicle Inspection Protocol**

7   The parties are in the final phases of negotiating a Vehicle Inspection Protocol
8   which shall apply to any and all Class Vehicles owned or leased by any Named
9   Plaintiff in this action at the time the Protocol is executed.

10   The parties will continue to work cooperatively to ensure the efficient and
11   timely exchange of documents and do not believe there are any disputes that require
12   the Court's assistance at this time.

13   **IV.     POSTPONEMENT OF CASE MANAGEMENT CONFERENCE**

14   As noted above, the parties are nearing an agreement regarding the production
15   of highly confidential information, such as source code data. Experts will then be
16   provided with an opportunity to review this type of information and their findings will
17   provide considerable guidance to all parties regarding the scheduling of a full motion
18   and trial schedule. As such, all parties request postponing the Case Management
19   Conference by sixty (60) days, to October 14, 2014 on the grounds of prematurity. All
20   parties anticipate that they will be able to provide the Court with a full discovery and
21   trial schedule by October 2014.

JOINT CASE MANAGEMENT STATEMENT      - 4
Case No.: 13-cv-3072-EMC
010388-11 709737 V1

| | | |
|---|---|---|
| 1 | DATED:  August 7, 2014 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By     */s/ Steve W. Berman*
       Steve W. Berman (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Adam J. Levitt (*pro hac vice*)
Kyle McGee (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, IL  60602
Telephone:  (312) 214-0000
Facsimile:  (312) 214-0001
alevitt@gelaw.com

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA  91436
Telephone:  (818) 839-2320
Facsimile:  (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA  19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633
JGS@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

Randall W. Edwards (179053)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
redwards@omm.com

Janet. L. Conigliaro *(pro hac vice)*
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, Michigan 48243
Telephone: (313) 568-5372
Jconigliaro@Dykema.com

*Attorneys for Defendant*
*FORD MOTOR COMPANY*

JOINT CASE MANAGEMENT STATEMENT        - 6
Case No.: 13-cv-3072-EMC
010388-11  709737 V1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: August 7, 2014

　　　　　　　　　　　　　　　　　　　*/s/ Steve W. Berman*
　　　　　　　　　　　　　　　　　　　Steve W. Berman

```
IT IS SO ORDERED that the Further CMC is reset from 8/14/14 to
10/16/14 at 10:30 a.m.  An updated joint CMC Statement due 10/9/14.
_____
Edward M. Chen
U.S. District Judge
```



JOINT CASE MANAGEMENT STATEMENT      - 7
Case No.: 13-cv-3072-EMC
010388-11  709737 V1

1
2
## CERTIFICATE OF SERVICE

3
I hereby certify the on August 7, 2014, I electronically filed the foregoing

4
document using the CM/ECF system which will send notification of such filing to the

5
email addresses registered in the CM/ECF system, as denoted on the Electronic Mail

6
7
Notice List, and I hereby certify that I have caused to be mailed a paper copy of the

8
foregoing document via the United States Postal Service to the non-CM/ECF

9
participants indicated on the Manual Notice List generated by the CM/ECF system.

10
11
Dated:  August 7, 2014

12
13
          */s/ Steve W. Berman*
          Steve W. Berman

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT CASE MANAGEMENT STATEMENT       - 8
Case No.: 13-cv-3072-EMC
010388-11 709737 V1