Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: MyFord Touch Litigation

Plaintiff(s),

v.

Defendant(s).

Case No: 13-3072

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeff A. Almeida, an active member in good standing of the bar of Delaware, New Jersey & Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Roland K. Tellis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Grant & Eisenhofer P.A. | Baron Budd, P.C. |
| 123 Justison Street, Wilmington, DE 19801 | 15910 Ventura Boulevard Encino Plaza, Suite 1600 Encino, CA 91436 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (302) 622-7122 | (818) 839-2333 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jalmeida@gelaw.com | rtellis@baronbudd.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DE-5128; NJ-37601997; PA-81739.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/10/14

s/Jeff A. Almeida

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeff A. Almeida is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: 10/15/14

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                   ver. 2012

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Jeff A. Almeida** was admitted to practice as an attorney in the Courts of this State on **December 11, 2008** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 30th day of September 2014.

*Cathy L. Howard*
Cathy L. Howard
Clerk of the Supreme Court



# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JEFFREY A ALMEIDA** (No. **037601997**) was constituted and appointed an Attorney at Law of New Jersey on **March 28, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **2ND** day of **October**, 20**14**.

*Clerk of the Supreme Court*

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Jeff A. Almeida, Esq.

**DATE OF ADMISSION**

**June 30, 1998**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  October 2, 2014

_____
Patricia A. Johnson
Chief Clerk