**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:**              October 16, 2014                      **FTR Time:** 10:40-11:22

**Case No. and Name:**    C13-3072 EMC Whalen v. Ford Motor (consolidated cases)
                         (Consolidated cases - C13-3378 EMC Mitchell v. Ford Motor
                         and C13-3471 EMC Rosser v. Ford Motor)

**Attorneys:**           Roland Tellis, Steve Berman, Adam Levitt, and Matthew Schelkof for
                         Plaintiffs
                         Randall Edwards for Defendant

**Deputy Clerk:**        Betty Lee

**PROCEEDINGS:**

- FURTHER CMC

**SUMMARY:**

Parties are directed to confer with their clients regarding pre-class certification ADR options
and to file a joint letter by 11/6/14 whether ADR referral (including possibility of settlement
conference before a magistrate judge) is desired.  The Court adopts parties' proposed
schedule as listed on pages 6-8 of the joint CMC Statement with the exception that the hearing
on the class certification motion and Defendant's MSJ shall be heard at the same time on
2/11/2016 at 1:30 p.m.  Parties to meet and confer to resolve the source code issue and to
report back to the Court by 10/27/14.  The Court directed Plaintiff to file formal motion if third
parties are unwilling to engage in joint letter regarding discovery disputes, otherwise, instead of
filing formal discovery motions, parties shall refer to this Court's standing order to meet and
confer and submit joint letter on unresolved issues (including dispute with regard to the
inspection of peripheral devices) to the Court.

4 week jury trial is scheduled for 10/17/16 at 8:30 a.m.   Court to issue case management and
pretrial order.  Status conference is scheduled for 1/29/15 at 10:30 a.m.  An updated joint
status report shall be filed by 1/22/15.