October 27, 2014

**VIA ECF**
The Honorable Edward M. Chen, U.S.D.J.
Courtroom 5, Seventeenth Floor
United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

    Re:   *In re MyFord Touch Consumer Litigation*, No. 3:13-cv-3072-EMC (N.D. Cal.)

Dear Judge Chen:

    Pursuant to Your Honor's October 20, 2014 Case Management and Pretrial Order for Jury Trial (Dkt. No. 118), this joint letter serves as an update regarding the efforts made by all Parties to resolve the remaining open items pertaining to the draft Stipulation For Protective Order For Litigation Involving Highly Sensitive Information, Trade Secrets, Computer Software, Source Code And Related Intellectual Property ("Source Code Protective Order").

**Joint Position**

    The Parties have made significant progress over the past ten days.  After several fruitful meet-and-confer opportunities, we can report that we have successfully resolved all substantive issues regarding the Source Code Protective Order.  We are currently updating the current draft of the Source Code Protective Order to reflect these recent agreements and to provide further clarification on selected minor logistical issues.  We therefore anticipate that we will file the Parties proposed Stipulated Source Code Protective Order for the Court's review on Friday, October 31, 2014.

                                           Respectfully,

                                           */s/Steve W. Berman*
                                           Steve W. Berman (*pro hac vice*)
                                           Catherine Y.N. Gannon (*pro hac vice*)
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                           1918 8th Avenue, Suite 3300
                                           Seattle, WA 98101
                                           Telephone: (206) 623-7292
                                           steve@hbsslaw.com
                                           catherineg@hbsslaw.com

                                           Jeff D. Friedman (173886)
                                           Shana E. Scarlett (217895)
                                           715 Hearst Avenue, Suite 202
                                           Berkeley, California  94710
                                           Telephone:  (510) 725-3000
                                           jefff@hbsslaw.com
                                           shanas@hbsslaw.com

The Honorable Edward M. Chen, U.S.D.J.
October 27, 2014
Page 2

    Adam J. Levitt (*pro hac vice*)
    Kyle McGee (*pro hac vice)*
    GRANT & EISENHOFER P.A.
    30 North LaSalle Street, Suite 1200
    Chicago, Illinois 60602
    Telephone: (312) 214-0000
    Facsimile: (312) 214-0001
    alevitt@gelaw.com
    kmcgee@gelaw.com

    Roland Tellis (186269)
    Mark Pifko (228412)
    BARON & BUDD, P.C.
    15910 Ventura Boulevard, Suite 1600
    Encino, California 91436
    Telephone: (818) 839-2320
    rtellis@baronbudd.com
    mpifko@baronbudd.com

    Joseph G. Sauder (*pro hac vice*)
    Matthew D. Schelkopf (*pro hac vice*)
    CHIMICLES & TIKELLIS LLP
    One Haverford Centre
    361 West Lancaster Avenue
    Haverford, Pennsylvania 19041
    Telephone: (610) 642-8500
    JGS@chimicles.com
    mds@chimicles.com

    *Plaintiffs' Interim Co-Lead Counsel*

    */s/Kevin R. Rubino*

    Kevin R. Rubino (255677)
    Randall W. Edwards (179053)
    O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
    San Francisco, California 94111
    Telephone: (415) 984-8700
    krubino@omm.com
    redwards@omm.com

010388-11 727843 V1

The Honorable Edward M. Chen, U.S.D.J.
October 27, 2014
Page 3

                                      Janet. L. Conigliaro *(pro hac vice)*
                                      DYKEMA GOSSETT PLLC
                                      400 Renaissance Center
                                      Detroit, Michigan  48243
                                      Telephone: (313) 568-5372
                                      Jconigliaro@Dykema.com

                                      *Attorneys for Defendant*
                                      *FORD MOTOR COMPANY*