UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WHALEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 13-cv-03072-EMC   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 122 |

    Before the Court is the parties' joint discovery letter brief regarding Ford Motor Company's request to inspect Plaintiffs' personal electronic devices, including smartphones and media players. Upon review of the parties' positions, the Court issues the following Order. Plaintiffs do not need to provide their personal electronic devices to Ford for inspection at this time. However, if any named plaintiff disputes Ford's findings from an inspection on the grounds that Ford used a phone other than the specific one used by the named plaintiff, that plaintiff must then submit their personal device for inspection, subject to an appropriate protective order regarding the scope and conditions of inspection. Accordingly, the parties shall meet and confer to determine the deadline for Ford to submit its inspection findings to Plaintiffs in time for any individual to dispute the findings and thereafter produce their personal device(s) for inspection prior to the discovery cut-off.

    The parties are reminded that for any future discovery disputes, they must meet and confer in person as required by the undersigned's Discovery Standing Order.

    **IT IS SO ORDERED.**

Dated: November 12, 2014

    _____
    MARIA-ELENA JAMES
    United States Magistrate Judge