In the United States District Court
for the Northern District of California
District Judge Edward M. Chen

## CIVIL MINUTES

**Date:**            January 29, 2015              **FTR Time:** 11:15-11:40

**Case No. and Name:**   C13-3072 EMC Whalen v. Ford Motor (consolidated cases)
(Consolidated cases - C13-3378 EMC Mitchell v. Ford Motor
and C13-3471 EMC Rosser v. Ford Motor)

**Attorneys:**       Catherine Gannon, M. Isaac Miller and Kyle McGee for Plaintiffs
Randall Edwards for Defendant

**Deputy Clerk:**    Betty Lee


### PROCEEDINGS:

- FURTHER STATUS


### SUMMARY:

2 week jury trial is rescheduled from 10/17/16 to 11/14/16 at 8:30 a.m.   Court to issue case management and pretrial order.

The Court set the following class certification schedule:

| Date | Event |
|---|---|
| 5/8/15 | Deadline to seek leave to amend pleadings and/or join additional parties |
| 7/31/15 | Substantially completion of document production |
| 9/15/15 | Privilege logs to be produced (rolling basis) |
| 10/28/15 | Plaintiffs' Class Certification Expert Disclosures/Reports |
| 12/16/15 | Class certification motion due |
| 2/4/16 | Opposition / Defendant's Rule 26(a)(2) Class Certification Expert Disclosures/Reports due |
| 3/24/16 | Reply / Plaintiffs' Class Certification Rebuttal Expert Disclosures/Reports due |
| 4/7/16 | Hearing on Class Certification Motion |

Instead of filing formal discovery motions, parties shall contact Magistrate Judge James in a timely fashion for resolution of any discovery disputes including source code evaluation problem.

Status conference is scheduled for 7/30/15 at 10:30 a.m.  An updated joint status report shall be filed by 7/23/15.