STEVE W. BERMAN (*pro hac vice*)
HAGENS BERMAN
   SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

ROLAND TELLIS (186269)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

ADAM J. LEVITT (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com

JOSEPH G. SAUDER (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION | No. 3-13-cv-3072-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Date: February 5, 2015<br><br>Hon. Edward M. Chen |

STIPULATION AND [PROPOSED] ORDER
OF VOLUNTARY DISMISSAL - 1
Case No.: 13-cv-3072-EMC
010388-11 757244 V1

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the remaining causes of action asserted in the First Amended Class Action Complaint (ECF No. 47) by Plaintiffs Art Avedisian, Angela Battle, Grif Rosser, and Jason Zuchowski (the "Dismissed Plaintiffs") against Defendant Ford Motor Company are DISMISSED WITH PREJUDICE.

The parties further stipulate and agree that such dismissal shall not prevent the Dismissed Plaintiffs from participating in any recovery or other remedies to which they would otherwise be entitled by virtue of their qualification for membership in any class or subclass certified by the Court in this litigation. For the avoidance of doubt, the parties expressly agree that this dismissal shall not affect the Dismissed Plaintiffs' ability to submit claims in connection with any claims administration procedure approved by the Court in this litigation for which they would otherwise be eligible.

In agreeing to this stipulation, Defendant expressly reserves its right to seek depositions of the Dismissed Plaintiffs and to seek payment of costs reasonably incurred in preparing its defense to the Dismissed Plaintiffs' claims. The Dismissed Plaintiffs likewise reserve their rights to oppose and object to any request for deposition of the Dismissed Plaintiffs, and/or for payment of costs, and/or any other relief, made by Defendant.

DATED: February 5, 2015          HAGENS BERMAN SOBOL SHAPIRO LLP

By:     */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington  98101
Telephone:  (206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
jefff@hbsslaw.com
shanas@hbsslaw.com

Adam J. Levitt (*pro hac vice*)
Jeff A. Almeida (*pro hac vice*)
Kyle McGee (*pro hac vice)*
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com
jalmeida@gelaw.com
kmcgee@gelaw.com

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
rtellis@baronbudd.com
mpifko@baronbudd.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
JGS@chimicles.com
mds@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

STIPULATION AND [PROPOSED] ORDER
OF VOLUNTARY DISMISSAL    - 2
Case No.: 13-cv-3072-EMC
010388-11  757244 V1

By: */s/ Randall W. Edwards*

Randall W. Edwards (179053)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
redwards@omm.com

Janet. L. Conigliaro *(pro hac vice)*
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, Michigan 48243
Telephone: (313) 568-5372
Jconigliaro@Dykema.com

*Attorneys for Defendant*
*FORD MOTOR COMPANY*

## **[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

DATED: _____, 2015        _____
                                     Honorable Edward M. Chen
                                     United States District Judge

STIPULATION AND [PROPOSED] ORDER
OF VOLUNTARY DISMISSAL      - 3
Case No.: 13-cv-3072-EMC
010388-11  757244 V1

1 **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

2  I, Steve W. Berman, am the ECF User whose identification and password are being used to
3 file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all
4 signatories have concurred in this filing.

5
   Dated:  February 5, 2015
6
7              */s/ Steve W. Berman*
                Steve W. Berman

STIPULATION AND [PROPOSED] ORDER
OF VOLUNTARY DISMISSAL     - 4
Case No.: 13-cv-3072-EMC
010388-11  757244 V1

# CERTIFICATE OF SERVICE

I hereby certify the on February 5, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated: February 5, 2015

                                */s/ Steve W. Berman*
                                Steve W. Berman