1
2
3
4
5
6
7
8
9
10                          UNITED STATES DISTRICT COURT
11                          NORTHERN DISTRICT OF CALIFORNIA
12                              SAN FRANCISCO DIVISION

13  IN RE                                    | Case No. 13-cv-3072-EMC
14  MYFORD TOUCH CONSUMER                    | [~~PROPOSED~~] ORDER GRANTING
15  LITIGATION.                              | PLAINTIFFS' ADMINISTRATIVE
                                             | MOTION TO FILE DOCUMENT UNDER
16                                           | SEAL
17
18

010388-11 779169 V1

1    This matter comes before the Court on the administrative motion to seal Plaintiffs'
2    [Proposed] Second Amended Class Action Complaint because it contains information designated
3    by defendant as "Confidential" or "Highly Confidential."
4    Upon consideration of the motion to seal as well as the papers submitted in support and in
5    opposition and good cause appearing, the motion is GRANTED.
6    IT IS SO ORDERED that plaintiffs shall file **UNDER SEAL** Plaintiffs' [Proposed] Second
7    Amended Class Action Complaint, which contains un-redacted documents, pursuant to local rule
8    79-5.

DATED: May 20, 2015

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Dated: May 8, 2015

HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/Steve W. Berman
         STEVE W. BERMAN
Steve W. Berman (*Pro Hac Vice*)
Catherine Y.N. Gannon (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

```
Plaintiffs may file the Second
Amended Complaint under seal, but
only as to those portions of the
complaint identified in Ford's
supporting declaration, Dkt. No.
151
```

[PROP.] ORDER GRANTING PLS. ADMIN. MOT. TO FILE UNDER SEAL
Case No. 13-cv-3072-EMC

010388-11  779169 V1                         - 1 -

Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Joseph G. Sauder
Matthew D. Schelkopf
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania  19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

*Plaintiffs Co-Lead Counsel*