STEVE W. BERMAN (*pro hac vice*)
CATHERINE Y.N. GANNON (*pro hac vice*)
HAGENS BERMAN
SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

ROLAND TELLIS (186269)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

ADAM J. LEVITT (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com

JOSEPH G. SAUDER (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MYFORD TOUCH CONSUMER LITIGATION | No. 13-cv-3072-EMC<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER EXTENDING DEADLINES REGARDING DEFENDANT FORD MOTOR COMPANY'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge:    Hon. Edward M. Chen |

010388-11  790489 V1

TO THE HONORABLE EDWARD M. CHEN:

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(b), 6-2, and 7-12, plaintiffs and defendant Ford Motor Company (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, defendant Ford Motor Company ("Ford") filed a Motion to Dismiss the Second Amended Complaint on June 22, 2015 ("Motion to Dismiss") (Dkt. No. 157); and

WHEREAS, plaintiffs' response to the Motion to Dismiss is currently due on July 6, 2015; and

WHEREAS, Ford's reply in support of the Motion to Dismiss is currently due on July 13, 2015; and

WHEREAS, because plaintiffs' deadline for filing their response falls directly after the long Fourth of July weekend, which begins on July 3, 2015, and in order to provide plaintiffs with adequate time to respond and Ford adequate time to reply, the Parties have conferred and agreed upon extending the deadline for plaintiffs to file their response, and the deadline for Ford to file its reply; and

WHEREAS, the Parties have previously sought time modifications in this case on the following occasions: to extend the time for Ford to respond to the initial Complaint (Dkt. Nos. 16 and 19); to extend the time for Ford to respond to the First Amended Complaint ("FAC") (Dkt. Nos. 51, 101, and 105); to reschedule the hearing on Ford's motion to dismiss the FAC (*see* Dkt. No. 63; Dkt. Nos. 71 and 75); to reschedule the Further Case Management Conference (Dkt. Nos. 71 and 75; *see also* Dkt. No. 110); to modify selected dates within the class certification schedule (*see* Dkt. Nos. 118 and 130); to extend the time for Ford to respond to the Second Amended Complaint (Dkt. No. 143); and to extend the time for Ford to submit a declaration in support of plaintiffs' administrative motion to file a document under seal (Dkt. No. 147).

STIPULATION EXTENDING DEADLINES - 1
Case No.: 13-cv-3072-EMC
010388-11  790489 V1

1  WHEREAS, the Parties agree that the requested extension will not affect the schedule in this

2  case, or the hearing for the Motion to Dismiss, which is currently scheduled for August 20, 2015.

3  **IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:**

4  1. Plaintiffs' deadline to file their response to Ford's Motion to Dismiss is extended through

   and until July 13, 2015.

2. Ford's deadline to file its reply in support of the Motion to Dismiss is extended through

   and until July 24, 2015.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  June 26, 2015

*Plaintiffs' Counsel:*

| /s/ Steve W. Berman | /s/ Adam J. Levitt |
|---|---|
| Steve W. Berman | Adam J. Levitt |
| HAGENS BERMAN SOBOL SHAPIRO LLP | GRANT & EISENHOFER P.A. |
| 1918 Eighth Avenue, Suite 3300 | 30 North LaSalle Street, Suite 1200 |
| Seattle, Washington  98101 | Chicago, Illinois  60602 |
| Telephone:  206-623-7292 | Telephone: 312-214-0000 |
| Facsimile:  206-623-0594 | Facsimile: 312-214-0001 |
| steve@hbsslaw.com | alevitt@gelaw.com |

| /s/ Roland Tellis | /s/ Joseph G. Sauder |
|---|---|
| Roland Tellis | Joseph G. Sauder |
| BARON & BUDD, P.C. | CHIMICLES & TIKELLIS LLP |
| 15910 Ventura Boulevard, Suite 1600 | One Haverford Centre |
| Encino, California  91436 | 361 West Lancaster Avenue |
| Telephone:  818-839-2320 | Haverford, Pennsylvania  19041 |
| Facsimile:  818-986-9698 | Telephone:  610-642-8500 |
| rtellis@baronbudd.com | Facsimile:  610-649-3633 |
| | JGS@chimicles.com |

*Ford's Counsel:*

| | |
|---|---|
| /s/ Randall W. Edwards | /s/ Janet L. Conigliaro |
| Randall W. Edwards | Janet L. Conigliaro |
| O'MELVENY & MYERS LLP | DYKEMA GOSSETT PLLC |
| Two Embarcadero Center, 28th Floor | 400 Renaissance Center |
| San Francisco, California  94111 | Detroit, Michigan  48243 |
| Telephone:  415-984-8700 | Telephone:  313-568-5372 |
| Facsimile:  415-984-8701 | Facsimile:  855-262-6803 |
| redwards@omm.com | jconigliaro@dykema.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 26, 2015



THE HONORABLE EDWARD M. CHEN
United States District Judge

STIPULATION EXTENDING DEADLINES - 4
Case No.: 13-cv-3072-EMC
010388-11 790489 V1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: June 26, 2015         /s/ Steve W. Berman
                             Steve W. Berman

STIPULATION EXTENDING DEADLINES - 5
Case No.: 13-cv-3072-EMC
010388-11  790489 V1

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated: June 26, 2015     /s/ Steve W. Berman
                         Steve W. Berman