STEVE W. BERMAN (*pro hac vice*)
CATHERINE Y.N. GANNON (*pro hac vice*)
HAGENS BERMAN
SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

ROLAND TELLIS (186269)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

ADAM J. LEVITT (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com

JOSEPH G. SAUDER (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MYFORD TOUCH CONSUMER LITIGATION | No. 13-cv-3072-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. Edward M. Chen |

010388-11  792820 V1

## **STIPULATION**

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' interim co-lead counsel and counsel for Defendant Ford Motor Company ("Ford") (collectively, the "Parties"), as follows:

WHEREAS, Ford filed a Motion to Dismiss (Dkt. No. 157) to be heard on August 20, 2015.

WHEREAS, the Parties have met and conferred in good faith regarding scheduling and stipulate, subject to Court approval, to continue the Hearing on Ford's Motion to Dismiss to August 27, 2015.

THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their counsel of record, and subject to the approval of the Court, as follows:

The hearing on Ford's Motion to Dismiss is continued from August 20, 2015, at 1:30 p.m. to August 27, 2015, at 1:30 p.m.

DATED: July 8, 2015

*Plaintiffs' Counsel:*

/s/ Steve W. Berman
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone:  206-623-7292
Facsimile:  206-623-0594
steve@hbsslaw.com

/s/ Adam J. Levitt
Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Telephone:  312-214-0000
Facsimile:  312-214-0001
alevitt@gelaw.com

/s/ Roland Tellis
Roland Tellis
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone:  818-839-2320
Facsimile:  818-986-9698
rtellis@baronbudd.com

/s/ Joseph G. Sauder
Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania  19041
Telephone:  610-642-8500
Facsimile:  610-649-3633
JGS@chimicles.com

STIPULATION AND [PROPOSED] ORDER RESCHEDULING
HEARING ON DEFENDANT'S MOTION TO DISMISS - 1
Case No.: 13-cv-3072-EMC
010388-11  792820 V1

*Ford's Counsel:*

| | |
|---|---|
| /s/ Randall W. Edwards | /s/ Janet L. Conigliaro |
| Randall W. Edwards | Janet L. Conigliaro |
| O'MELVENY & MYERS LLP | DYKEMA GOSSETT PLLC |
| Two Embarcadero Center, 28th Floor | 400 Renaissance Center |
| San Francisco, California  94111 | Detroit, Michigan  48243 |
| Telephone:  415-984-8700 | Telephone:  313-568-5372 |
| Facsimile:  415-984-8701 | Facsimile:  855-262-6803 |
| redwards@omm.com | jconigliaro@dykema.com |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING
HEARING ON DEFENDANT'S MOTION TO DISMISS - 2
Case No.: 13-cv-3072-EMC
010388-11  792820 V1

1

**ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

6   Dated: 7/8/15                              _____
                                                 The Honorable
7                                                United

8 

9

10

...

28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING
HEARING ON DEFENDANT'S MOTION TO DISMISS - 3
Case No.: 13-cv-3072-EMC
010388-11  792820 V1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: July 8, 2015              /s/ Steve W. Berman
                                                       Steve W. Berman

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated: July 8, 2015            /s/ Steve W. Berman
                               Steve W. Berman