STEVE W. BERMAN (*pro hac vice*)
CATHERINE Y.N. GANNON (*pro hac vice*)
HAGENS BERMAN
SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

ROLAND TELLIS (186269)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

ADAM J. LEVITT (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com

JOSEPH G. SAUDER (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

[Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION | No. 3-13-cv-3072-EMC<br><br>**STIPULATION AND [PR~~OP~~OSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Edward M. Chen |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the remaining causes of action asserted in the Second Amended Class Action Complaint (ECF No. 154) by Plaintiffs Dr. George Oremland and Deb Makowski (the "Dismissed Plaintiffs") against Defendant Ford Motor Company are DISMISSED WITH PREJUDICE because they have recently determined that their vehicles are not equipped with a MyFord Touch or MyLincoln Touch system.

In agreeing to this stipulation, Defendant expressly reserves its right to seek depositions of the Dismissed Plaintiffs and to seek payment of costs reasonably incurred in preparing its defense to the Dismissed Plaintiffs' claims.  The Dismissed Plaintiffs likewise reserve their right to oppose and object to any request for deposition of the Dismissed Plaintiffs, and/or for payment of costs, and/or any other relief, made by Defendant.

DATED:  July 14, 2015

*Plaintiffs' Counsel:*

| /s/ Steve W. Berman | /s/ Adam J. Levitt |
|---|---|
| Steve W. Berman | Adam J. Levitt |
| HAGENS BERMAN SOBOL SHAPIRO LLP | GRANT & EISENHOFER P.A. |
| 1918 Eighth Avenue, Suite 3300 | 30 North LaSalle Street, Suite 1200 |
| Seattle, Washington  98101 | Chicago, Illinois  60602 |
| Telephone:  206-623-7292 | Telephone:  312-214-0000 |
| Facsimile:  206-623-0594 | Facsimile:  312-214-0001 |
| steve@hbsslaw.com | alevitt@gelaw.com |

| /s/ Roland Tellis | /s/ Joseph G. Sauder |
|---|---|
| Roland Tellis | Joseph G. Sauder |
| BARON & BUDD, P.C. | CHIMICLES & TIKELLIS LLP |
| 15910 Ventura Boulevard, Suite 1600 | One Haverford Centre |
| Encino, California  91436 | 361 West Lancaster Avenue |
| Telephone:  818-839-2320 | Haverford, Pennsylvania  19041 |
| Facsimile:  818-986-9698 | Telephone:  610-642-8500 |
| rtellis@baronbudd.com | Facsimile:  610-649-3633 |
|  | JGS@chimicles.com |

STIPULATION AND [PROPOSED] ORDER
OF VOLUNTARY DISMISSAL - 1
Case No.: 13-cv-3072-EMC
010388-11  794041 V1

*Ford's Counsel:*

| | |
|---|---|
| /s/ Randall W. Edwards | /s/ Janet L. Conigliaro |
| Randall W. Edwards | Janet L. Conigliaro |
| O'MELVENY & MYERS LLP | DYKEMA GOSSETT PLLC |
| Two Embarcadero Center, 28th Floor | 400 Renaissance Center |
| San Francisco, California  94111 | Detroit, Michigan  48243 |
| Telephone:  415-984-8700 | Telephone:  313-568-5372 |
| Facsimile:  415-984-8701 | Facsimile:  855-262-6803 |
| redwards@omm.com | jconigliaro@dykema.com |

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

6  Dated: 7/16/15



**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: July 14, 2015        /s/ Steve W. Berman
                                                            Steve W. Berman

STIPULATION AND [PROPOSED] ORDER
OF VOLUNTARY DISMISSAL - 4
Case No.: 13-cv-3072-EMC
010388-11  794041 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated: July 14, 2015                    /s/ Steve W. Berman
                                         Steve W. Berman