1  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA 94111-3823
   Telephone:     (415) 984-8700
4  Facsimile:     (415) 984-8701

5  BRIAN C. ANDERSON (S.B. #126539)
   banderson@omm.com
6  SCOTT M. HAMMACK (pro hac vice)
   shammack@omm.com
7  DAVID R. DOREY (S.B. #286843)
   ddorey@omm.com
8  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
9  Washington, D.C. 20006-4001
   Telephone:     (202) 383-5300
10 Facsimile:     (202) 383-5414

11 Attorneys for Defendant
   FORD MOTOR COMPANY
12

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17 In re:                              Case No. 3:13-CV-3072-EMC

18 MYFORD TOUCH CONSUMER              **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRODUCTION OF PERSONALLY IDENTIFYING INFORMATION**
   LITIGATION
19

20                                     **[N.D. CAL. L.R. 7-11]**

21                                     Judge:    Hon. Edward M. Chen

22

23

24

25

26

27

28

1   WHEREAS, Ford will be producing supplemental records from its FMC360 database
2   (customer contacts) and GCQIS database (technical contacts with dealers) ("Documents");

3   WHEREAS, to the extent those Documents have fields containing names, addresses and
4   telephone numbers for Ford customers, those fields have been redacted by Ford;

5   WHEREAS, Personally Identifying Information ("PII") of Ford customers, which may
6   include name, mailing address, telephone numbers, email addresses and social media account
7   information, may also be contained in the "Comments" sections of such Documents;

8   WHEREAS, Ford has advised Plaintiffs' counsel that the process of manually reviewing
9   and redacting such PII from the "Comments" section of each Document will be time consuming
10  and burdensome;

11  WHEREAS, this Stipulation is made in an effort to facilitate expedited production of
12  these Documents, and any other similar documents that may contain PII;

13  WHEREAS, execution of this Stipulation is not a waiver of any claims or defenses
14  Plaintiffs or Ford otherwise may have;

15  WHEREAS, Local Rule 7-11 permits a party to seek miscellaneous administrative relief
16  pursuant to a stipulation by the parties;

17  THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their
18  counsel of record, subject to the approval of the Court, as follows:

19  Any PII contained in documents produced by Ford shall be treated as "Confidential"
20  pursuant to the Stipulated Protective Order entered in this matter (ECF No. 96.);

21  Absent an Order of this Court, neither Plaintiffs nor their counsel shall use PII obtained
22  solely from documents produced by Ford to communicate with any Ford customer, except to the
23  extent that Plaintiffs or their counsel have a pre-existing relationship with any such customer or
24  come into communication independently of the PII produced by Ford;

25  Ford shall produce the Documents mentioned herein within 3 business days of the entry of
26  this Order;

27  Nothing in this Order shall be construed as a waiver by Ford of its position that Ford is
28

1 | entitled to redact PII, or as a waiver by Plaintiffs to contest Ford's redaction of PII.

2

3 | Dated: August 31, 2015                    **O'MELVENY & MYERS LLP**

4

5 | By:   /s/ Randall W. Edwards
              Randall W. Edwards

6 | Randall W. Edwards (S.B. #179053)
7 | redwards@omm.com
    O'MELVENY & MYERS LLP
8 | Two Embarcadero Center, 28th Floor
    San Francisco, CA 94111-3823
9 | Telephone:   (415) 984-8700
    Facsimile:    (415) 984-8701

10 | Brian C. Anderson (S.B. #126539)
     banderson@omm.com
11 | Scott M. Hammack (pro hac vice)
     shammack@omm.com
12 | David R. Dorey (S.B. #286843)
     ddorey@omm.com
13 | O'MELVENY & MYERS LLP
     1625 Eye Street, NW
14 | Washington, D.C. 20006-4001
     Telephone:   (202) 383-5300
15 | Facsimile:    (202) 383-5414

16 | Attorneys for Defendant Ford Motor Company

| | | |
|---|---|---|
| 1 | Dated:  August 31, 2015 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | | |
| 3 | | |
| 4 | | By:    /s/ Steve W. Berman  <br>            Steve W. Berman |
| 5 | | |
| 6 | |  Steve W. Berman <br> HAGENS BERMAN SOBOL SHAPIRO LLP |
| 7 | | 1918 8th Avenue, Suite 3300 <br> Seattle, Washington 98101 |
| 8 | | Tel: (206) 623-7292 <br> Fax: (206) 623-0594 |
| 9 | | steve@hbsslaw.com |
| 10 | | Adam J. Levitt |
| 11 | | GRANT & EISENHOFER P.A. <br> 30 North LaSalle Street, Suite 1200 |
| 12 | | Chicago, Illinois 60602 <br> Tel: (312) 214-0000 |
| 13 | | Fax: (312) 214-0001 <br> alevitt@gelaw.com |
| 14 | | |
| 15 | | Roland Tellis (186269) <br> Mark Pifko (228412) |
| 16 | | BARON & BUDD, P.C. <br> 15910 Ventura Boulevard, Suite 1600 |
| 17 | | Encino, California 91436 <br> Tel: (818) 839-2320 |
| 18 | | Fax: (818) 986-9698 <br> rtellis@baronbudd.com |
| 19 | | mpifko@baronbudd.com |
| 20 | | Joseph G. Sauder (*pro hac vice*) |
| 21 | | Matthew D. Schelkopf (*pro hac vice*) <br> CHIMICLES & TIKELLIS LLP |
| 22 | | One Haverford Centre <br> 361 West Lancaster Avenue |
| 23 | | Haverford, Pennsylvania 19041 <br> Tel: (610) 642-8500 |
| 24 | | Fax: (610) 649-3633 |
| 25 | | JGS@chimicles.com <br> MDS@chimicles.com |
| 26 | | |
| 27 | | Plaintiffs' Interim Co-Lead Counsel |
| 28 | | |

- 3 -

STIPULATION REGARDING PERSONALLY  
IDENTIFYING INFORMATION  
CV 13-3072-EMC

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated:  August 31, 2015          Randall W. Edwards
                                 O'MELVENY & MYERS LLP


                                 By:    /s/ Randall W. Edwards
                                            Randall W. Edwards

                                 Attorney for Defendant Ford Motor Company

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September  1 , 2015

_____
The Honorable
