1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION. | Case No. 13-cv-3072-EMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL |
|---|---|

1  This matter comes before the Court on the administrative motion to seal Plaintiffs' Third
2  Amended Class Action Complaint because it contains information designated by Defendant as
3  "Confidential" or "Highly Confidential."
4  Upon consideration of the motion to seal as well as the papers submitted in support and in
5  opposition and good cause appearing, the motion is GRANTED.
6  IT IS SO ORDERED that Plaintiffs shall file **UNDER SEAL** Plaintiffs' Third Amended
7  Class Action Complaint, which contains un-redacted documents, pursuant to local rule 79-5.

Plaintiffs may file the Third Amended Complaint under seal, but only as to those portions of the complaint identified in Ford's supporting response, Docket No. 181.

DATED: October 9, 2015

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Submitted by:

Dated: September 30, 2015

HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/Steve W. Berman
        STEVE W. BERMAN

Steve W. Berman (*Pro Hac Vice*)
Catherine Y.N. Gannon (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

- 1 -

[PROPOSED] ORDER
010388-11 817677 V1                                                    CASE NO. 13-CV-3072-EMC

Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Joseph G. Sauder
Matthew D. Schelkopf
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania  19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

- 2 -