RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (pro hac vice)
shammack@omm.com
DAVID R. DOREY (S.B. #286843)
ddorey@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:    (202) 383-5414

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-CV-3072-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATIONS TO CASE MANAGEMENT CONFERENCE DATE, AND DISCOVERY AND CLASS CERTIFICATION DEADLINES**<br><br>[N.D. CAL. L.R. 7-11]<br><br>Judge:   Hon. Edward M. Chen |

1    WHEREAS, the current fact discovery deadline in this matter is December 9, 2015;

2    WHEREAS, the amount of fact discovery exchanged in the litigation has been particularly

3    voluminous, both in terms of documents and depositions;

4    WHEREAS, Ford and Plaintiffs have been working together cooperatively to complete

5    the fact discovery process in this litigation, and Ford and Plaintiffs have resolved nearly all

6    discovery issues without need for this Court's intervention;

7    WHEREAS, Plaintiffs have requested additional Rule 30(b)(6) testimony from Ford on

8    certain pricing and related issues, and the parties have agreed that Dennis Curlew, Ford's

9    designee, will be produced for deposition on December 15, 2015;

10   WHEREAS, Plaintiffs have requested the deposition of Graydon Reitz, who resides in

11   Australia, and Ford has agreed to make Mr. Reitz available for deposition on January 21, 2016,

12   during his next earliest trip to the United States;

13   WHEREAS Ford requires additional time to complete the voluminous privilege review

14   and production of its final privilege log (along with any responsive documents ultimately

15   determined not to be privileged in the final privilege review);

16   WHEREAS, Ford and Plaintiffs require very modest extensions of various existing

17   deadlines set in this case to complete the additional discovery listed above and to accommodate

18   related expert reports and filings consistent with those dates;

19   WHEREAS, none of the various deadline extensions stipulated by Ford and Plaintiffs will

20   require any change to the dates set for trial of the matter;

21   WHEREAS, Lead Counsel for Ford has a conflict with the date of the next Case

22   Management Conference, scheduled for December 17, because a summary judgment argument in

23   another court has been scheduled for the same day;

24   WHEREAS, Counsel for Ford obtained from the Court's Scheduling Clerk potential

25   alternative dates for a Case Management Conference, subject to Court approval, and has

26   discussed those dates with Plaintiffs' counsel;

27   WHEREAS, execution of this Stipulation is not a waiver of any claims or defenses

28   Plaintiffs or Ford otherwise may have;

1    WHEREAS, the parties reserve the right to seek further modification of the above dates
2    should the depositions of Messrs. Curlew and Reitz require so; and
3    WHEREAS, Local Rule 7-11 permits a party to seek miscellaneous administrative relief
4    pursuant to a stipulation by the parties;
5    THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their
6    counsel of record, subject to the approval of the Court, as follows:
7    1.   The fact discovery deadline in this matter is extended from December 9, 2015 to
8         January 21, 2016 solely for the purpose of allowing Plaintiffs to complete the
9         depositions of Ford's 30(b)(6) designee Dennis Curlew and Graydon Reitz and for
10        Ford to complete and produce any outstanding portions of Ford's privilege log;
11   2.   The December 9, 2015 fact discovery deadline remains in place for all other fact
12        discovery matters;
13   3.   Plaintiffs' deadline for producing the disclosure and report of their economic
14        expert witness(es) with respect to class certification is moved to January 7, 2016,
15        but Plaintiffs' other class certification expert disclosures (*i.e.* non-economic expert
16        witnesses) and reports remain due on November 28, 2015;
17   4.   The next Case Management Conference in this matter is continued to January 28,
18        2016 from December 17, 2015. The deadline to file an updated joint status report
19        is extended to January 21, 2016 from December 10, 2015.
20   5.   Plaintiffs' deadline for filing their motion for class certification is extended to
21        January 28, 2016 from January 14, 2016;
22   6.   Ford's deadline for responding to Plaintiffs' class certification motion and for
23        producing class certification expert disclosures and reports is extended to March
24        15, 2016 from March 3, 2016;
25   7.   Plaintiffs' deadline to submit a reply brief in support of their motion for class
26        certification and their rebuttal expert disclosures and reports is extended to May 2,
27        2016 from April 21, 2016; and
28   8.   The hearing on Plaintiffs' motion for class certification is extended to ~~May 19,~~ May 26,

- 2 -    STIPULATION REGARDING CMC, DISCOVERY
         & CLASS CERTIFICATION DEADLINES

1 | 2016 from May 12, 2016.

Dated:  November 24, 2015     **O'MELVENY & MYERS LLP**

By:   /s/ Randall W. Edwards
            Randall W. Edwards

Attorneys for Defendant Ford Motor Company

| | | |
|---|---|---|
| 1 | Dated: November 24, 2015 | **BARON & BUDD, P.C.** |
| 2 | | |
| 3 | | By:  /s/ Mark Pifko |
| | | Mark Pifko |
| 4 | | |
| 5 | | Steve W. Berman |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 6 | | 1918 8th Avenue, Suite 3300 |
| | | Seattle, Washington 98101 |
| 7 | | Tel: (206) 623-7292 |
| | | Fax: (206) 623-0594 |
| 8 | | steve@hbsslaw.com |
| 9 | | |
| | | Adam J. Levitt |
| 10 | | GRANT & EISENHOFER P.A. |
| | | 30 North LaSalle Street, Suite 1200 |
| 11 | | Chicago, Illinois 60602 |
| | | Tel: (312) 214-0000 |
| 12 | | Fax: (312) 214-0001 |
| | | alevitt@gelaw.com |
| 13 | | |
| 14 | | Roland Tellis (186269) |
| | | Mark Pifko (228412) |
| 15 | | BARON & BUDD, P.C. |
| | | 15910 Ventura Boulevard, Suite 1600 |
| 16 | | Encino, California 91436 |
| | | Tel: (818) 839-2320 |
| 17 | | Fax: (818) 986-9698 |
| | | rtellis@baronbudd.com |
| 18 | | mpifko@baronbudd.com |
| 19 | | |
| | | Joseph G. Sauder (*pro hac vice*) |
| 20 | | Matthew D. Schelkopf (*pro hac vice*) |
| | | CHIMICLES & TIKELLIS LLP |
| 21 | | One Haverford Centre |
| | | 361 West Lancaster Avenue |
| 22 | | Haverford, Pennsylvania 19041 |
| 23 | | Tel: (610) 642-8500 |
| | | Fax: (610) 649-3633 |
| 24 | | JGS@chimicles.com |
| | | MDS@chimicles.com |
| 25 | | |
| 26 | | Plaintiffs' Interim Co-Lead Counsel |
| 27 | | |
| 28 | | |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: November 24, 2015          Randall W. Edwards
                                  O'MELVENY & MYERS LLP


                                  By:   /s/ Randall W. Edwards
                                              Randall W. Edwards

                                  Attorney for Defendant Ford Motor Company


**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.   (Modified on p. 2)

DATED: November 25, 2015
                                   _____
                                   The Honorable Edward M. Chen
                                   United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

- 5 -   STIPULATION REGARDING CMC, DISCOVERY & CLASS CERTIFICATION DEADLINES