RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (pro hac vice)
shammack@omm.com
DAVID R. DOREY (S.B. #286843)
ddorey@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-CV-3072-EMC<br><br>**STIPULATION AND [P~~ROP~~OSED] ORDER REGARDING MODIFICATIONS TO CERTAIN DISCOVERY DEADLINES**<br><br>[N.D. CAL. L.R. 7-11]<br><br>Judge:   Hon. Edward M. Chen |

1    WHEREAS, the fact discovery deadline in this matter was December 9, 2015, and the
2 time to raise any discovery disputes about that discovery is December 16, 2015;
3    WHEREAS, this Court, pursuant to stipulation, extended that fact discovery deadline only
4 for certain specific purposes: for Plaintiffs to take two additional depositions, and for Ford to
5 complete its privilege review (*see* ECF No. 186);
6    WHEREAS, Plaintiffs provided initial discovery responses to certain interrogatories and
7 supplemental responses to other, prior interrogatories on December 9, 2015, and, following the
8 parties' discussions have requested additional time to complete further their responses to Ford's
9 interrogatories in light of the foregoing extensions and other discussions;
10    WHEREAS, the amount of fact discovery exchanged in the litigation has been particularly
11 voluminous, both in terms of millions of pages of documents and dozens of depositions;
12    WHEREAS, Ford and Plaintiffs have been working together cooperatively to complete
13 the fact discovery process in this litigation, and Ford and Plaintiffs have resolved nearly all
14 discovery issues without need for this Court's intervention;
15    WHEREAS, none of the various deadline extensions stipulated by Ford and Plaintiffs will
16 require any change to the dates set for trial of the matter;
17    WHEREAS, execution of this Stipulation is not a waiver of any claims or defenses
18 Plaintiffs or Ford otherwise may have;
19    WHEREAS, Local Rule 7-11 permits a party to seek miscellaneous administrative relief
20 pursuant to a stipulation by the parties;
21    THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their
22 counsel of record, subject to the approval of the Court, as follows:
23    1.    The deadline for Plaintiffs to submit supplemental responses to Ford's
24          interrogatories is extended to January 13, 2016;
25    2.    The deadline for Plaintiffs to submit additional supplemental responses, if any, to
26          Ford's interrogatories, based on any information learned or received after the date
27          of this stipulation, is extended to January 25, 2016;
28

3. The deadline for Ford and Plaintiffs to file a jointly-signed letter[1] regarding any disputes previously raised by the parties about Plaintiffs' responses to Ford's interrogatories, or about any of Plaintiffs' upcoming supplemental responses, is extended to January 29, 2016.

4. All other discovery deadlines in this case shall remain the same.

Dated: December 16, 2015        **O'MELVENY & MYERS LLP**

By: /s/ Randall W. Edwards
   Randall W. Edwards

Attorneys for Defendant Ford Motor Company

---

[1] Pursuant to Magistrate Judge James's Discovery Standing Order.

| | | |
|---|---|---|
| 1 | Dated: December 16, 2015 | **GRANT & EISENHOFER P.A.** |

By:   /s/ Kyle McGee_____
           Kyle McGee

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Tel: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

Plaintiffs' Interim Co-Lead Counsel

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: December 16, 2015

Randall W. Edwards
**O'MELVENY & MYERS LLP**

By:   /s/ Randall W. Edwards
         Randall W. Edwards

Attorney for Defendant Ford Motor Company

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 23, 2015

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

- 4 -

STIPULATION REGARDING
DISCOVERY DEADLINES
NO. 3:13-CV-3072-EMC