STEVE W. BERMAN (*pro hac vice*)
HAGENS BERMAN
SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

ROLAND TELLIS (186269)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
rtellis@baronbudd.com

ADAM J. LEVITT (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com

JOSEPH G. SAUDER (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
JGS@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MYFORD TOUCH CONSUMER LITIGATION | No. 13-cv-3072-EMC<br><br>**STIPULATION AND [PR~~OP~~OSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

WHEREAS, on November 25, 2015, pursuant to the parties' stipulation, the Court scheduled a Case Management Conference for January 28, 2016, with an updated joint status report due January 21, 2016 (ECF No. 186);

WHEREAS, Ford and Plaintiffs have been working together cooperatively to complete the fact discovery process in this litigation, and Ford and Plaintiffs have no existing disputes concerning the discovery that remains to be completed;

WHEREAS, Plaintiffs' motion for class certification is due January 28, 2016 (*id.*);

WHEREAS, the Court has scheduled a hearing on Plaintiffs' motion for class certification for May 26, 2016 (*id.*);

WHEREAS, the parties have conferred and determined that they would respectfully suggest to the Court that, in light of the foregoing, a Case Management Conference is not presently necessary;

THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their counsel of record, subject to the approval of the Court, as follows:

1. The Case Management Conference scheduled for January 28, 2016 is continued to a date to be determined by the Court;

2. The parties shall file an updated joint status report seven (7) days prior to the next Case Management Conference.

DATED:  January 13, 2016                     GRANT & EISENHOFER P.A.

By:  /s/ Adam J. Levitt
Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 2350
Chicago, Illinois  60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com
*Plaintiffs' Interim Co-Lead Counsel*

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - 1
Case No.: 13-cv-3072-EMC

1
2
3
4
5
6
7
8
9
10

By:   /s/ Randall W. Edwards
      Randall W. Edwards (179053)
      O'MELVENY & MYERS LLP
      Two Embarcadero Center, 28th Floor
      San Francisco, CA 94111-3823
      Telephone: (415) 984-8700
      Facsimile: (415) 984-8701
      redwards@omm.com

      Janet L. Conigliaro *(pro hac vice)*
      DYKEMA GOSSETT PLLC
      400 Renaissance Center
      Detroit, Michigan 48243
      Telephone: (313) 568-5372
      Jconigliaro@Dykema.com

      ***Attorneys for Defendant Ford Motor Company***

11
12
13
14

```
IT IS SO ORDERED that the further CMC
is reset from 1/28/16 to 3/24/16 at
10:30 a.m.  An updated joint CMC
statement shall be filed by 3/17/16.
_____
Edward M. Chen
U.S. District Judge
```

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - 2
Case No.: 13-cv-3072-EMC

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

DATED: January 13, 2016          By:     /s/ Adam J. Levitt
                                         Adam J. Levitt
                                         GRANT & EISENHOFER P.A.

                                         *Plaintiffs' Interim Co-Lead Counsel*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January __, 2016

                                         The Honorable Edward M. Chen
                                         United States District Judge