STEVE W. BERMAN (*pro hac vice*)
CRAIG R. SPIEGEL (122000)
TYLER WEAVER
CATHERINE Y.N. GANNON (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com
tyler@hbsslaw.com
catherineg@hbsslaw.com

ROLAND TELLIS (186269)
MARK PIFKO (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-96984
rtellis@baronbudd.com
mpifko@baronbudd.com

ADAM J. LEVITT (*pro hac vice*)
GRANT & EISENHOFER P.A. 30 North
LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com

JOSEPH G. SAUDER (*pro hac vice*)
MATTHEW D. SCHELKOPF (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MYFORD TOUCH CONSUMER LITIGATION | Case No. 13-cv-3072-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>**[N.D. CAL. L.R. 7-11]**<br><br>Judge:          Hon. Edward M. Chen |

**STIPULATION EXTENDING PAGE LIMIT FOR BRIEF**

**IN SUPPORT OF CLASS CERTIFICATION**

WHEREAS, Plaintiffs filed the Third Amended Class Action Complaint in the above-titled action in this Court and served it on Defendant Ford Motor Company ("Ford") on October 13, 2015;

WHEREAS, the Third Amended Class Action Complaint includes 19 plaintiffs from 12 states collectively stating 44 causes of action;

WHEREAS, Ford filed the Answer to Third Amended Class Action Complaint on October 30, 2015;

WHEREAS, Local Rule 7-2 provides that the points and authorities in support of a motion for class certification may not exceed 25 pages;

WHEREAS, Local Rule 7-11 permits a party to seek miscellaneous administrative relief, including permission "to exceed otherwise applicable page limitations," pursuant to a stipulation by the parties;

WHEREAS, Plaintiffs will be filing their Motion for Class Certification on or before January 28, 2015;

WHEREAS, Plaintiffs anticipate that they will need 50 pages to adequately address the elements of Federal Rule of Civil Procedure 23(a) and (b) in light of the number of allegations and causes of action in the Third Amended Class Action Complaint;

WHEREAS, Ford expects that it may need to seek an extension of the page limit for its opposition to Plaintiffs' Motion for Class Certification; however, until it has the opportunity to review Plaintiffs' brief, it cannot know how much, if any, additional pages it will need;

WHEREAS, Ford reserves the right, if necessary, to seek an extension of the page limits for its opposition brief at the appropriate time; and

WHEREAS, execution of this stipulation is not a waiver of any claims or defenses Plaintiffs or Ford may otherwise have;

- 1 -

1       THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their counsel of

2  record, subject to the approval of the Court, that Plaintiffs shall have leave to file a memorandum of

3  points and authorities of no more than 50 pages in support of their Motion for Class Certification to be

4  filed on or before January 28, 2015.

5

6  DATED: January 21, 2016             BARON & BUDD, P.C.

7                                 By     /s/ Roland Tellis

8                                    ROLAND TELLIS

9                              Roland Tellis (186269)

10                           Mark Pifko (228412)
                              BARON & BUDD, P.C.

11                           15910 Ventura Boulevard, Suite 1600
                              Encino, California 91436

12                           Tel: (818) 839-2320
                              Fax: (818) 986-9698

13                           rtellis@baronbudd.com
                              mpifko@baronbudd.com

14

15                           Steve W. Berman (*pro hac vice*)
                              Catherine Y.N. Gannon (*pro hac vice*)

16                           Craig R. Spiegel (122000)
                              Tyler S. Weaver (*pro hac vice*)

17                           HAGENS BERMAN SOBOL SHAPIRO LLP
                              1918 8th Avenue, Suite 3300

18                           Seattle, Washington 98101
                              Tel: (206) 623-7292

19                           Fax: (206) 623-0594

20                           steve@hbsslaw.com
                              craigs@hbsslaw.com

21                           tyler@hbsslaw.com
                              catherineg@hbsslaw.com

22

23                           Adam J. Levitt (*pro hac vice*)
                              GRANT & EISENHOFER P.A.

24                           30 North LaSalle Street, Suite 1200
                              Chicago, Illinois 60602

25                           Tel: (312) 214-0000
                              Fax: (312) 214-0001

26                           alevitt@gelaw.com

27                           Joseph G. Sauder (*pro hac vice*)

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Matthew D. Schelkopf (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
JGS@chimicles.com

Jeff D. Friedman (CSB No. 173886)
Shana E. Scarlett (CSB No. 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Jason A. Zweig (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue, Suite 1700
New York, New York 10017
Tel.: (212) 752-5455
Fax: (917) 210-3980
jasonz@hbsslaw.com

Kyle J. McGee (*pro hac vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, Delaware 19801
Tel.: (302) 622-7000
Fax: (302) 622-7100
kmcgee@gelaw.com

*Attorneys for Plaintiffs and the Proposed Class*

DATED: January 21, 2016          O'MELVENY & MYERS LLP


By ____*/s/* Randall W. Edwards_____
          RANDALL W. EDWARDS

RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor

- 3 -

San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

BRIAN C. ANDERSON (S.B. # 126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice*)
shammack@omm.com
DAVID R. DOREY (S.B. #286843)
ddorey@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant Ford Motor Company*

- 4 -

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: January 28, 2016       Roland Tellis
                              BARON & BUDD, P.C.

                              By:      /s/ Roland Tellis
                                           Roland Tellis

                              *Attorneys for Plaintiffs and the Proposed Class*

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: January ___<sup>22</sup>, 2016



_____
The Honorable Edward M. Chen
United States District Judge

- 5 -