STEVE W. BERMAN (*pro hac vice*)
CRAIG R. SPIEGEL (CSB No. 122000)
TYLER S. WEAVER (*pro hac vice*)
CATHERINE Y.N. GANNON (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com
tyler@hbsslaw.com
catherineg@hbsslaw.com

ADAM J. LEVITT (*pro hac vice*)
JEFF ALMEIDA (*pro hac vice*)
KYLE J. MCGEE (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001 alevitt@gelaw.com
jalmeida@gelaw.com
kmcgee@gelaw.com

NICHOLAS E. CHIMICLES (*pro hac vice*)
JOSEPH G. SAUDER (*pro hac vice*)
MATTHEW D. SCHELKOPF (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
NEC@chimicles.com
JGS@chimicles.com
MDS@chimicles.com

ROLAND TELLIS (CSB No. 186269)
MARK PIFKO (CSB No. 228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-96984
rtellis@baronbudd.com
mpifko@baronbudd.com

*Plaintiffs' Interim Co-Lead Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION. | Case No. 3:13-cv-03072-EMC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Pursuant to Civil L.R. 7-11 and 79-5] |

1    Plaintiffs move this Court pursuant to Civil Local Rules 7-11 and 79-5 for an Order sealing
2 (1) portions of Plaintiffs' Notice of Motion and Motion for Class Certification; Memorandum of
3 Points and Authorities; (2) portions of the Declaration of Steve W. Berman in Support of Plaintiffs'
4 Motion for Class Certification ("Berman Declaration"); (3) Exhibits 1-7, 9-74, 141-184, 187, and
5 189-195 to the Berman Declaration; and (4) portions of Exhibit 186 to the Berman Declaration.

6    Exhibits 1-7, 9-74, 141-184, 187, and 189-195 to the Berman Declaration have been
7 designated as "Confidential" by Defendant Ford (the "Designating Party").  Portions of (1) Plaintiffs'
8 Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities, (2) the
9 Berman Declaration, and (3) Exhibit 186 contain references to or reflect the confidential material.
10 This administrative motion is based on the Declaration of Steve W. Berman in Support of Plaintiffs'
11 Administrative Motion to File under Seal, the proposed order lodged with the Court, and any other
12 relevant papers and pleadings on file.

13    The Protective Orders in this action (ECF Nos. 96, 121) require that any information
14 designated as confidential qualifies for protection pursuant to Federal Rule of Civil Procedure 26(c),
15 under which a Court may require "that a trade secret or other confidential research, development, or
16 commercial information not be revealed or be revealed only in a specified way."  Fed. R. Civ. P.
17 26(c)(G).  Plaintiffs take no position on whether these documents qualify for protection under Fed.
18 R. Civ. P. 26(c), as all of the identified documents were designated "Confidential" by Defendant.

19    Pursuant to Civil Local Rule 79-5(e), Defendant, as the Designating Party, carries the burden
20 to demonstrate that the designated information is sealable or must withdraw the designation of
21 confidentiality.

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
010388-11  847912 V1

- 1 -

Case No. 13-cv-3072-EMC

DATED: January 28, 2016						HAGENS BERMAN SOBOL SHAPIRO LLP


By:     */s/ Steve W. Berman*
          STEVE W. BERMAN
Steve W. Berman (*pro hac vice*)
Craig R. Spiegel (CSB No. 122000)
Tyler S. Weaver (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com
tyler@hbsslaw.com
catherineg@hbsslaw.com

Roland Tellis (CSB No. 186269)
Mark Pifko (CSB No. 228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Adam J. Levitt (*pro hac vice*)
Jeff Almeida (*pro hac vice*)
Kyle J. McGee (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com
jalmeida@gelaw.com
kmcgee@gelaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nicholas E. Chimicles (*pro hac vice*)
Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
NEC@chimicles.com
JGS@chimicles.com
MDS@chimicles.com

Jeff D. Friedman (CSB No. 173886)
Shana E. Scarlett (CSB No. 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

*Plaintiffs' Interim Co-Lead Counsel*

PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
010388-11  847912 V1

- 3 -

Case No. 13-cv-3072-EMC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on January 28, 2016. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

DATED: January 28, 2016          HAGENS BERMAN SOBOL SHAPIRO LLP


By:   */s/ Steve W. Berman*
         STEVE W. BERMAN