STEVE W. BERMAN (*pro hac vice*)
CRAIG R. SPIEGEL (CSB No. 122000)
TYLER S. WEAVER (*pro hac vice*)
CATHERINE Y.N. GANNON (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com
tyler@hbsslaw.com
catherineg@hbsslaw.com

ADAM J. LEVITT (*pro hac vice*)
JEFF ALMEIDA (*pro hac vice*)
KYLE J. MCGEE (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com
jalmeida@gelaw.com
kmcgee@gelaw.com

*Plaintiffs' Interim Co-Lead Counsel*

[*Additional counsel listed on signature page*]

NICHOLAS E. CHIMICLES (*pro hac vice*)
JOSEPH G. SAUDER (*pro hac vice*)
MATTHEW D. SCHELKOPF (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
NEC@chimicles.com
JGS@chimicles.com
MDS@chimicles.com

ROLAND TELLIS (CSB No. 186269)
MARK PIFKO (CSB No. 228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-96984
rtellis@baronbudd.com
mpifko@baronbudd.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER<br>LITIGATION. | Case No. 3:13-cv-03072-EMC<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date:   May 26, 2016<br>Time:             1:30 p.m.<br>Judge:            Hon. Edward M. Chen<br>Courtroom:        5 |

**[REDACTED VERSION]**

**TABLE OF CONTENTS**

**Page**

I.      INTRODUCTION ................................................................................................9

II.     CAST OF CHARACTERS ...............................................................................10

III.    TIMELINE ........................................................................................................10

IV.     THE MYFORD / MYLINCOLN TOUCH SYNC GEN2 SYSTEM WAS
        INSTALLED IN A COMMON FORMAT IN ALL VEHICLES OF THE
        HUNDREDS OF THOUSANDS OF CLASS MEMBERS .................................11

        A.      MyFord Touch is a Touch-Screen "Infotainment" System that Includes what
                Ford Refers to as "Base Software"........................................................................11

        B.      The Base Software is "███████████" for all Ford and Lincoln Vehicles
                Produced in the United States with a MyFord or MyLincoln Touch .....................11

        C.      Between August 2010 and August 2013, At Least ██████ Vehicles Were
                Sold or Leased With MFT in the States at Issue During the Class Period ...............12

V.      THE DISJOINTED DEVELOPMENT OF MFT, AND LACK OF MEANINGFUL
        TESTING, LED TO A DEFECTIVE PRODUCT THAT FORD KNEW WAS
        DEFECTIVE BEFORE IT SOLD IT TO THE PUBLIC.......................................12

        A.      To Develop the Base Software, Ford Contracted with an Inexperienced
                Contractor That Failed to Follow Basic Standards for Developing Automotive
                Software .................................................................................................................12

        B.      As a Result of the Chaotic Development, MFT's Base Software Was So
                Fundamentally Defective That Ford Could not Even Fully Diagnose (or Fix)
                the Problems Years Later ......................................................................................16

        C.      Despite Knowing That the Software Development Process Was Deeply
                Flawed, Ford Did Not Even Meaningfully Test MFT Before It Shipped ................21

        D.      Before it Ever Sold SYNC Gen2, Ford Knew That it Was Materially Defective
                and Would Materially Affect Consumers................................................................23

VI.     THE INITIAL RELEASE OF MFT WAS A COLOSSAL FAILURE ...............................25

        A.      As Ford Predicted, Management Lessees and Consumers Immediately
                Reported Huge Numbers of Problems With MFT Software .....................................25

        B.      Dealerships Could Not Repair the Cars Because the Defects Were in the
                Software, Not the Hardware ..................................................................................27

VII.    THE PROBLEMS SEEN IN THE INITIAL LAUNCH REMAINED CONSTANT
        AND COMMON OVER THE YEARS, DESPITE VARIOUS ATTEMPTED
        SOFTWARE REVISIONS FOR ALL CLASS REPRESENTATIVES, PUTATIVE
        CLASS MEMBERS, AND FORD EXECUTIVES .............................................29

        A.      The Symptoms That Consumers Experienced Remained Constant over
                Numerous Years and Failed Attempts to Improve MFT's Base Software................29

B.  Ford Knew *Precisely* What Its Customers Were Experiencing Because its Most Senior Executives Experienced the *Same* Problems in Their Own Vehicles, and Had the Same Inability to Get Their Vehicles Repaired ...................32

    1.  Mark Fields ........................................................................................33

    2.  Bill and Edsel Ford ..........................................................................36

C.  The Class Representatives Have Had the Same Experiences as the Rest of the Class ...................................................................................................37

    1.  Arizona .............................................................................................37

    2.  California ..........................................................................................38

        a.  Center for Defensive Driving .................................................38

        b.  Darcy Thomas-Maskrey ........................................................38

        c.  Richard Decker Watson .........................................................39

        d.  Jennifer Whalen ....................................................................40

    3.  Colorado ...........................................................................................40

    4.  Iowa .................................................................................................41

    5.  Massachusetts ...................................................................................41

    6.  New Jersey .......................................................................................42

        a.  Josh Matlin ............................................................................42

        b.  Russ Rizzo .............................................................................43

    7.  New York ..........................................................................................44

        a.  Jeffrey Miller ........................................................................44

        b.  Nuala Purcell ........................................................................44

    8.  North Carolina ..................................................................................45

    9.  Ohio .................................................................................................46

    10.  Texas ...............................................................................................46

        a.  Michal Ervin .........................................................................46

        b.  Jose Randy Rodriguez ...........................................................47

    11.  Virginia ............................................................................................48

        a.  James Connell ........................................................................48

b.      Henry Miller-Jones ....................................................48

12.     Washington ..............................................................49

VIII.   DESPITE TRYING FOR YEARS TO FIX MFT, FORD KNEW ITS UPDATES DID
NOT CURE THE DEFECTS, UNTIL AT LEAST AUGUST 2013 ...............................50

A.      The MFT Base Software Was So Defective That For Years Ford Had
Hundreds of People Working Full Time Just Trying to Make it Run Correctly .......50

B.      From 2010 through 2011, Ford Made Numerous Attempts at Quick Fixes,
Which It Knew Did Not Actually Fix the Base Software ...........................50

C.      In the Hopes of Righting the Ship, Ford Hired Microsoft to Take the Lead in
Writing Code, But Continued Releasing Software Revisions It Knew Were
Defective ....................................................................53

1.      Version 3.0 / ███████████████████████ ...................53

2.      Version 3.2 / ██████████ ...........................57

3.      Version 3.5 / ██████████ ...........................59

IX.     THERE WAS NO WAY FOR A REASONABLE CONSUMER TO UNDERSTAND
THE DEFECTIVE NATURE OF MFT, OR THAT FORD HAD NO AVAILABLE
REPAIR .......................................................................63

X.      THE DEFECTS IN MFT'S BASE SOFTWARE CREATED SAFETY HAZARDS ..........64

1.      Ford designed MFT to enhance the safety of its vehicles. ............................64

XI.     EVEN KNOWING OF ALL OF THESE PROBLEMS, FORD CHARGED A
PREMIUM FOR MFT, AND PLAINTIFFS WILL PROVE DAMAGES WITH
COMMON EVIDENCE AND COMMON METHODOLOGIES .......................................65

1    I, STEVE W. BERMAN, declare as follows:

2        1.    I am an attorney duly licensed to practice before all of the courts of the State of

3   Washington, and my *pro hac vice* application was approved by this Court.  I am the managing

4   partner of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), one of the Court-

5   appointed Interim Co-Lead Counsel for Plaintiffs.

6        2.    Attached hereto as Exhibits are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | Document produced by Ford in this litigation as Bates No. WLN1-4143296 (filed under seal) |
| 2 | Document produced by Ford in this litigation as Bates No. WLN2-00026702 (filed under seal) |
| 3 | Document produced by Ford in this litigation as Bates No. WLN1-4305508 (filed under seal) |
| 4 | Documents produced by Ford in this litigation as Bates Nos. WLN2-01623818 & WLN2-01623820 (filed under seal) |
| 5 | Document produced by Ford in this litigation as Bates No. WLN2-00235606 (filed under seal) |
| 6 | Document produced by Ford in this litigation as Bates No. WLN2-01317499 (filed under seal) |
| 7 | Excerpts of the transcript of the October 14, 2015 deposition of Michael R Westra (filed under seal) |
| 8 | Expert Report of Craig Rosenberg titled *Human Factors Evaluation of MyFord Touch*, dated November 30, 2015 |
| 9 | Expert Report of Daniel Smith in Support of Plaintiff's Motion for Class Certification, dated November 24, 2015 (filed under seal) |
| 10 | Excerpts of the transcript of the November 17, 2015 deposition of Jeffrey Ostrowski (filed under seal) |
| 11 | Document produced by Ford in this litigation as Bates No. WLN2-02645341 (filed under seal) |
| 12 | Document produced by Ford in this litigation and marked as Deposition Exhibit 1129 at the October 15, 2015 deposition of Gary Jablonski. (filed under seal) |
| 13 | Excerpts of the transcript of the December 4, 2015 deposition of Henry Huang (filed under seal) |
| 14 | Documents produced by Ford in this litigation as Bates Nos. WLN1-4178175 & WLN1-4178186 (filed under seal) |
| 15 | Document produced by Ford in this litigation as Bates No. WLN2-00057502 (filed under seal) |
| 16 | Document produced by Ford in this litigation as Bates No. WLN2-00554429 (marked as Deposition Exhibit 1112 at the October 14, 2015 deposition of Michael Westra) (filed under seal) |

| Exhibit No. | Description |
|---|---|
| 17 | Document produced by Ford in this litigation as Bates No. WLN2-01490362 (filed under seal) |
| 18 | Document produced in this litigation as Bates No. WLN2-00552618 (filed under seal) |
| 19 | Excerpts of the transcript of the October 15, 2015 deposition of Gary Jablonski (filed under seal) |
| 20 | Excerpts of the transcript of the October 13, 2015 deposition of Jeremiah Bragg (filed under seal) |
| 21 | Excerpts of the transcript of the September 15, 2015 deposition of John Schneider (filed under seal) |
| 22 | Document produced by Ford in this litigation as Bates No. WLN2-00676700 (filed under seal) |
| 23 | Document produced by Ford in this litigation as Bates No. WLN2-00216277 (filed under seal) |
| 24 | Excerpts of a document produced by Ford in this litigation as Bates No. WLN1-3116207 (filed under seal) |
| 25 | Document produced by Ford in this litigation as Bates No. WLN2-00437398 (filed under seal) |
| 26 | Document produced by Ford in this litigation as Bates No. WLN1-4205346 (filed under seal) |
| 27 | Document produced by Ford in this litigation as Bates No. WLN2-00214540 (filed under seal) |
| 28 | Document produced by Ford in this litigation as Bates No. WLN2-02241741 (filed under seal) |
| 29 | Document produced by Ford in this litigation as Bates No. WLN2-01330272 (filed under seal) |
| 30 | Document produced by Ford in this litigation as Bates No. WLN2-01712466 (marked as Deposition Exhibit 1227 at the November 17, 2015 deposition of Jeffrey Ostrowski) (filed under seal) |
| 31 | Document produced by Ford in this litigation as Bates No. WLN1-4203599 (filed under seal) |
| 32 | Document produced by Ford in this litigation as Bates No. WLN1-4326011 (filed under seal) |
| 33 | Document produced by Ford in this litigation as Bates No. WLN2-01135983 (filed under seal) |
| 34 | Document produced by Ford in this litigation as Bates No. WLN2-01318911 (filed under seal) |
| 35 | Excerpts of the rough transcript of the January 21, 2016 deposition of Graydon Reitz (filed under seal) |
| 36 | Document produced by Ford in this litigation as Bates No. WLN2-00003888 (filed under seal) |
| 37 | Documents produced by Ford in this litigation as Bates Nos. WLN2-01478717 & WLN2-01478718 (filed under seal) |
| 38 | Document produced by Ford in this litigation as Bates No. WLN2-02995426 (filed under seal) |

| Exhibit No. | Description |
|---|---|
| 39 | Document produced by Ford in this litigation as Bates No. WLN2-01491497 (filed under seal) |
| 40 | Document produced by Ford in this litigation as Bates No. WLN1-3242440 (filed under seal) |
| 41 | Document produced by Ford in this litigation as Bates No. WLN2-00039876 (filed under seal) |
| 42 | Document produced by Ford in this litigation as Bates No. WLN2-00565348 (filed under seal) |
| 43 | Documents produced by Ford in this litigation as Bates Nos. WLN2-00039569 & WLN2-00039573 (filed under seal) |
| 44 | Document produced by Ford in this litigation as Bates No. WLN2-00437450 (filed under seal) |
| 45 | Excerpts of the transcript of the September 4, 2015 deposition of Kenneth Williams (filed under seal) |
| 46 | Document produced by Ford in this litigation as Bates No. WLN2-02680058 (filed under seal) |
| 47 | Excerpts of a document produced by Ford in this litigation as Bates No. WLN2-01368188 (filed under seal) |
| 48 | Documents produced by Ford in this litigation as Bates Nos. WLN1-3212220 & WLN1-3212221 (filed under seal) |
| 49 | Document produced by Ford in this litigation as Bates No. WLN2-00062180 (filed under seal) |
| 50 | Documents produced by Ford in this litigation as Bates Nos. WLN2-00091750 & WLN2-00091751 (filed under seal) |
| 51 | Excerpts of a document produced by Ford in this litigation as Bates No. WLN1-1920675 (filed under seal) |
| 52 | Excerpts of a document produced by Ford in this litigation as Bates No. WLN1-1930413 (filed under seal) |
| 53 | Document produced by Ford in this litigation as Bates No. WLN2-01072255 (filed under seal) |
| 54 | Document produced by Ford in this litigation as Bates No. WLN2-01073802 (filed under seal) |
| 55 | Document produced by Ford in this litigation as Bates No. WLN2-01078425 (filed under seal) |
| 56 | Document produced by Ford in this litigation as Bates No. WLN2-01078555 (filed under seal) |
| 57 | Document produced by Ford in this litigation as Bates No. WLN2-01092971 (filed under seal) |
| 58 | Document produced by Ford in this litigation as Bates No. WLN1-4303121 (filed under seal) |
| 59 | Document produced by Ford in this litigation as Bates No. WLN1-0326957 (filed under seal) |
| 60 | Document produced by Ford in this litigation as Bates No. WLN1-0464188 (filed under seal) |

| Exhibit No. | Description |
|---|---|
| 61 | Document produced by Ford in this litigation as Bates No. WLN1-0467064 (filed under seal) |
| 62 | Document produced by Ford in this litigation as Bates No. WLN2-01312354 (filed under seal) |
| 63 | Document produced by Ford in this litigation as Bates No. WLN1-4195149 (filed under seal) |
| 64 | Documents produced by Ford in this litigation as Bates Nos. WLN1-0482114 & WLN1-0482117 (filed under seal) |
| 65 | Document produced by Ford in this litigation as Bates No. WLN2-01141914 (filed under seal) |
| 66 | Document produced by Ford in this litigation as Bates No. WLN1-0984342 (filed under seal) |
| 67 | Document produced by Ford in this litigation as Bates No. WLN1-1019880 (filed under seal) |
| 68 | Document produced by Ford in this litigation as Bates No. WLN2-00372324 (filed under seal) |
| 69 | Document produced by Ford in this litigation as Bates No. WLN2-00039432 (filed under seal) |
| 70 | Document produced by Ford in this litigation as Bates No. WLN1-0003060 (filed under seal) |
| 71 | Document produced by Ford in this litigation as Bates No. WLN1-0172059 (filed under seal) |
| 72 | Document produced by Ford in this litigation as Bates No. WLN2-00671611 (filed under seal) |
| 73 | Document produced by Ford in this litigation as Bates No. WLN1-4302659 (filed under seal) |
| 74 | Document produced by Ford in this litigation as Bates No. WLN1-0685342 (filed under seal) |
| 75 | Document produced in this litigation as Bates Nos. D'AGUANNO-000069-70 |
| 76 | Document produced in this litigation as Bates Nos. D'AGUANNO-000536-537 |
| 77 | Document produced in this litigation as Bates Nos. D'AGUANNO-000001-6 |
| 78 | Document produced in this litigation as Bates Nos. D'AGUANNO-000012-13 |
| 79 | Document produced in this litigation as Bates Nos. CDD-00004-10 |
| 80 | Document produced in this litigation as Bates Nos. CDD-000020-26 |
| 81 | Document produced in this litigation as Bates Nos. Thomas-Maskrey-000001-3 |
| 82 | Document produced in this litigation as Bates Nos. Thomas-Maskrey-000005-27 |
| 83 | Excerpts of the transcript of the December 18, 2014 deposition of Richard Decker Watson Jr. |
| 84 | Document produced in this litigation as Bates Nos. WHALEN-000002 |
| 85 | Document produced in this litigation as Bates Nos. WHALEN-000006-8 |
| 86 | Document produced in this litigation as Bates Nos. WHALEN-000026-27 |
| 87 | Document produced in this litigation as Bates Nos. WHALEN-000028-32 |
| 88 | Document produced in this litigation as Bates Nos. WHALEN-000041-46 |

| Exhibit No. | Description |
|---|---|
| 89 | Document produced in this litigation as Bates Nos. WHALEN-000755-756 |
| 90 | Document produced in this litigation as Bates Nos. WHALEN-000034-39 |
| 91 | Document produced in this litigation as Bates Nos. WHALEN-000049-51 |
| 92 | Excerpts of the transcript of the May 13, 2015 deposition of James L. Sheerin Jr. |
| 93 | Excerpts of the transcript of the May 28, 2015 deposition of Thomas Mitchell |
| 94 | Document produced in this litigation as Bates No. CREED-000738 |
| 95 | Document produced in this litigation as Bates Nos. CREED-000740-741 |
| 96 | Document produced in this litigation as Bates No. CREED-000737 |
| 97 | Excerpts of the transcript of the November 19, 2014 deposition of William Carey Creed III |
| 98 | Document produced in this litigation as Bates Nos. CREED-000762-763 |
| 99 | Document produced in this litigation as Bates No. CREED-000031 |
| 100 | Document produced in this litigation as Bates Nos. CREED-000747-748 |
| 101 | Document produced in this litigation as Bates No. CREED-000002 |
| 102 | Document produced in this litigation as Bates No. CREED-000005 |
| 103 | Document produced in this litigation as Bates No. CREED-000006 |
| 104 | Document produced in this litigation as Bates Nos. CREED-000752-753 |
| 105 | Excerpts of the transcript of the May 2, 2015 deposition of Joshua Matlin |
| 106 | Document produced in this litigation as Bates Nos. RIZZO-000046-51 |
| 107 | Document produced in this litigation as Bates Nos. RIZZO-000021-22 |
| 108 | Document produced in this litigation as Bates Nos. RIZZO-00007-17 |
| 109 | Document produced in this litigation as Bates No. RIZZO-000020 |
| 110 | Excerpts of the transcript of the January 17, 2015 deposition of Jeffrey Miller |
| 111 | Document produced in this litigation as Bates Nos. PURCELL-000018-22 |
| 112 | Document produced in this litigation as Bates Nos. PURCELL-000023-24 |
| 113 | Document produced in this litigation as Bates Nos. PURCELL-000031-32 |
| 114 | Excerpts of the transcript of the January 16, 2015 deposition of Nuala Purcell |
| 115 | Document produced in this litigation as Bates Nos. PURCELL-000001-3 |
| 116 | Document produced in this litigation as Bates No. PURCELL-000006 |
| 117 | Document produced in this litigation as Bates Nos. PURCELL-000009-11 |
| 118 | Document produced in this litigation as Bates No. PURCELL-000004 |
| 119 | Document produced in this litigation as Bates Nos. FINK-000007-13 |
| 120 | Document produced in this litigation as Bates Nos. FINK-0000014-15 |
| 121 | Document produced in this litigation as Bates No. MISKELL-001809 |
| 122 | Document produced in this litigation as Bates Nos. MISKELL-001892-1893 |
| 123 | Document produced in this litigation as Bates No. MISKELL-001795 |
| 124 | Document produced in this litigation as Bates No. ERVIN-0000001 |
| 125 | Document produced in this litigation as Bates Nos. ERVIN-000014-16 |
| 126 | Document produced in this litigation as Bates Nos. ERVIN-000039-40 |
| 127 | Document produced in this litigation as Bates Nos. ERVIN-000150-155 |
| 128 | Document produced in this litigation as Bates No. ERVIN-000068 |

| Exhibit No. | Description |
|---|---|
| 129 | Document produced in this litigation as Bates Nos. ERVIN-000072-75 |
| 130 | Excerpts of the transcript of the May 15, 2015 deposition of Michael A. Ervin |
| 131 | Documents produced in this litigation as Bates Nos. ERVIN-000041, ERVIN-000044, ERVIN-000047-49, ERVIN-000053, ERVIN-000056, ERVIN-000062, ERVIN-000065, ERVIN-000068, ERVIN-000072, ERVIN-000075 |
| 132 | Excerpts of the transcript of the April 9, 2015 deposition of Jose Randy Rodriguez |
| 133 | Excerpts of the transcript of the March 11, 2015 deposition of Jason R. Connell |
| 134 | Document produced in this litigation as Bates Nos. MILLER-JONES-000028-30 |
| 135 | Document produced in this litigation as Bates Nos. MILLER-JONES-000020-22 |
| 136 | Document produced in this litigation as Bates Nos. MILLER-JONES-000001-8 |
| 137 | Document produced in this litigation as Bates Nos. MILLER-JONES-000011-13 |
| 138 | Document produced in this litigation as Bates Nos. WLN3 00000950-952 |
| 139 | Document produced in this litigation as Bates Nos. WLN3 00000981-985 |
| 140 | Excerpts of the transcript of the August 6, 2015 deposition of Leif Kirchoff |
| 141 | Documents produced by Ford in this litigation as Bates Nos. WLN2-00654955 & WLN2-00654959 (filed under seal) |
| 142 | Document produced by Ford in this litigation as Bates No. WLN2-00658900 (filed under seal) |
| 143 | Documents produced by Ford in this litigation as Bates Nos. WLN2-00181490 & WLN2-00181492 (filed under seal) |
| 144 | Document produced by Ford in this litigation as Bates No. WLN1-4132818 (filed under seal) |
| 145 | Document produced by Ford in this litigation as Bates No. WLN2-02641906 (filed under seal) |
| 146 | Document produced by Ford in this litigation as Bates No. WLN2-00215512 (filed under seal) |
| 147 | Documents produced by Ford in this litigation as Bates Nos. WLN1-0102173 & WLN1-0102174 (filed under seal) |
| 148 | Document produced by Ford in this litigation as Bates No. WLN1-4304094 (filed under seal) |
| 149 | Document produced by Ford in this litigation as Bates No. WLN1-4323495 (filed under seal) |
| 150 | Document produced by Ford in this litigation as Bates No. WLN1-0186119 (filed under seal) |
| 151 | Document produced by Ford in this litigation as Bates No. WLN2-00360857 (filed under seal) |
| 152 | Document produced by Ford in this litigation as Bates No. WLN1-4225711 (filed under seal) |
| 153 | Document produced by Ford in this litigation as Bates No. WLN2-00158902 (filed under seal) |
| 154 | Document produced by Ford in this litigation as Bates No. WLN2-00186184 (filed under seal) |

| Exhibit No. | Description |
|---|---|
| 155 | Document produced by Ford in this litigation as Bates No. WLN2-00158860 (filed under seal) |
| 156 | Document produced by Ford in this litigation as Bates No. WLN2-00179055 (filed under seal) |
| 157 | Document produced by Ford in this litigation as Bates No. WLN1-4144590 (filed under seal) |
| 158 | Document produced by Ford in this litigation as Bates No. WLN1-438710 (filed under seal) |
| 159 | Document produced by Ford in this litigation as Bates No. WLN1-4174260 (filed under seal) |
| 160 | Document produced by Ford in this litigation as Bates No. WLN1-4174223 (filed under seal) |
| 161 | Document produced by Ford in this litigation as Bates No. WLN2-00367506 (filed under seal) |
| 162 | Document produced by Ford in this litigation as Bates No. WLN2-00054144 (filed under seal) |
| 163 | Document produced by Ford in this litigation as Bates No. WLN1-0385555 (filed under seal) |
| 164 | Document produced by Ford in this litigation as Bates No. WLN1-4205520 (filed under seal) |
| 165 | Document produced by Ford in this litigation as Bates No. WLN1-4217793 (filed under seal) |
| 166 | Excerpts of a document produced by Ford in this litigation as Bates No. WLN1-1935219 (filed under seal) |
| 167 | Document produced by Ford in this litigation as Bates No. WLN2-01132945 (filed under seal) |
| 168 | Document produced by Ford in this litigation as Bates No. WLN2-00172798 (filed under seal) |
| 169 | Document produced by Ford in this litigation as Bates No. WLN1-4206133 (filed under seal) |
| 170 | Document produced by Ford in this litigation as Bates No. WLN1-4206868 (filed under seal) |
| 171 | Document produced by Ford in this litigation as Bates No. WLN1-0816363 (filed under seal) |
| 172 | Document produced by Ford in this litigation as Bates No. WLN1-0707879 (filed under seal) |
| 173 | Document produced by Ford in this litigation as Bates No. WLN2-00198688 (filed under seal) |
| 174 | Document produced by Ford in this litigation as Bates Nos. WLN1-4217661 & WLN1-4217662 (filed under seal) |
| 175 | Document produced by Ford in this litigation as Bates No. WLN2-00125677 (filed under seal) |
| 176 | Document produced by Ford in this litigation as Bates No. WLN2-02280296 (filed under seal) |

| Exhibit No. | Description |
|---|---|
| 177 | Document produced by Ford in this litigation as Bates No. WLN2-01256427 (filed under seal) |
| 178 | Document produced by Ford in this litigation as Bates No. WLN1-3284822 (filed under seal) |
| 179 | Document produced by Ford in this litigation as Bates No. WLN2-00204713 (filed under seal) |
| 180 | Excerpts of documents produced by Ford in this litigation as Bates Nos. WLN2-02694696 & WLN2-02694698 (filed under seal) |
| 181 | Excerpts of documents produced by Ford in this litigation as Bates Nos. WLN2-02694603 & WLN2-02694605 (filed under seal) |
| 182 | Documents produced by Ford in this litigation as Bates Nos. WLN1-3228237 & WLN1-3228240 (filed under seal) |
| 183 | Document produced by Ford in this litigation as Bates No. WLN2-01089372 (filed under seal) |
| 184 | Excerpts of a document produced by Ford in this litigation as Bates No. WLN1-3211988 (filed under seal) |
| 185 | Revised Expert Report of Stefan Boedeker, dated January 7, 2016 |
| 186 | Expert Report of Jonathan I. Arnold, Ph.D., dated January 7, 2016 (portions filed under seal) |
| 187 | Excerpts of the transcript of the August 19, 2015 deposition of Michelle Moody (filed under seal) |
| 188 | Letter from Janet Conigliaro to Joseph Kenney dated September 15, 2015. |
| 189 | Document produced by Ford in this litigation as Bates No. WLN1-3810326 (filed under seal) |
| 190 | Documents produced by Ford in this litigation as Bates Nos. WLN1-18393 & WLN1-18394; (filed under seal) |
| 191 | Documents produced by Ford in this litigation as Bates Nos. WLN1-3241361 & WLN1-3241366 (filed under seal) |
| 192 | Documents produced by Ford in this litigation as Bates Nos. WLN2-107348 & WLN2-107349 (filed under seal) |
| 193 | Document produced by Ford in this litigation as Bates No. WLN2-1222454 (filed under seal) |
| 194 | Document produced by Ford in this litigation as Bates No. WLN2-1222456 (filed under seal) |
| 195 | Document produced by Ford in this litigation as Bates No. WLN2-1222457 (filed under seal) |
| 196 | Ford's Limited Warranty, submitted by Ford as Exhibit A to the Declaration of Randall W. Edwards in Support of Ford's Request for Judicial Notice.  *See* Dkt. No. 57-2.  This Court took judicial notice of the warranty. |
| 197 | Excerpts of the transcript of the November 7, 2014 deposition of Henry Miller-Jones |
| 198 | Document produced by Ford in this litigation as Bates No. WLN3001441 |

1    3.    Plaintiffs have analyzed a Microsoft Access database produced by Ford in this

2    litigation as WLN5 49023.  As the database is extremely voluminous, Plaintiffs have not enclosed

3    the entire database as an Exhibit.  Based on communications with Ford's counsel, Plaintiffs

4    understand this database to be the database referred to in Ford's September 15, 2015 letter (attached

5    to this Declaration as Exhibit 188), and that the database contains vehicles sold with an MFT system.

6    Plaintiffs have queried the database for all cars sold in the states at issue during the Class Period, and

7    have found the following numbers of cars sold during the Class Period for each of those states:



16    4.    Plaintiffs summarize below the evidence submitted in connection with this declaration

17    for the Court's ease of reference.

## I.    INTRODUCTION

19    5.    As demonstrated below, as to all Class members, Ford charged a premium for its

20    MyFord Touch and MyLincoln Touch systems despite knowing throughout the Class Period that the

21    Base Software in those systems made them ████████████████████████████████████

22    ████████████████████████████████████████████████████████████████

---

[1] Ex. 1, WLN1-4143296 at WLN1-4143297 ████████████████
████████████████████████████

[2] Ex. 2, WLN2-00026702 (July 26, 2011 email).

[3] Ex. 3, WLN1-4305508 ████████████████████████████████████

[4] Ex. 4, WLN2-01623818 & WLN2-01623820 at WLN2-01623822 (Aug. 20, 2012 email and
presentation by Jeff Ostrowski).

1

2

## II.   CAST OF CHARACTERS

6.      In order to assist the Court in understanding the identity and corporate position of

various individuals who periodically appear in this declaration, Plaintiffs have created the following

table:

| Name | Position |
|------|----------|
| Mark Fields | Current CEO and President of Ford Motor Company. Previously, at times relevant to this case, he was Ford's President of the Americas and then it's COO. |
| Edsel Ford, II | Descendant of Henry Ford and a member of Ford's Board of Directors. |
| William "Bill" Ford, Jr. | Descendant of Henry Ford and Ford's Executive Chairman. |
| Gary Jablonski | Ford's Manager, Infotainment Systems. |
| Jeffery Ostrowski | Ford's SYNC Gen2 Software Supervisor. |
| Graydon Reitz | Ford's Global Director, EESE. |
| Mike Westra | |

## III.   TIMELINE

7.      In order to assist the Court in reviewing the evidence, the following is a table that

briefly outlines when Ford released various versions of the Base Software, and the various code

names of that software:[8]

| Approximate Date of Release | Version of Base Software |
|------|----------|
| 07/31/2010 | Version 1.08.  This was the initial release.  Also known by Julian date of 10212. |
| 11/11/2010 | Version 2.03.  Also known as |
| 12/06/2010 | Version 2.04.  Also known as |
| 02/25/2011 | Version 2.07.   Also known as |
| 03/30/2011 | Version 2.08.  Also known as |
| 05/16/2011 | Version 2.10.  Also known as |
| 07/12/2011 | Version 2.11.  Also known as |
| 02/20/2012 | Version 3.0.  Also known as |

---

[5] Ex. 5, WLN2-00235606 (July 2010 email).
[6] Ex. 6, WLN2-1317499 (Mar. 21, 2013 email).
[7] Ex. 7, Westra Dep. at 55:21-57:3.
[8] Ex. 12 (Jablonski Dep. Ex. 1129).

| Approximate Date of Release | Version of Base Software |
|---|---|
| 08/28/2012 | Version 3.2.  Also known as ████████████ |
| 11/05/2012 | Version 3.5.  Also known as ██████████ |

## IV.   THE MYFORD / MYLINCOLN TOUCH SYNC GEN2 SYSTEM WAS INSTALLED IN A COMMON FORMAT IN ALL VEHICLES OF THE HUNDREDS OF THOUSANDS OF CLASS MEMBERS

**A.   MyFord Touch is a Touch-Screen "Infotainment" System that Includes what Ford Refers to as "Base Software"**

8.      The system at the center of this case is known as the MyFord Touch or MyLincoln Touch system, abbreviated collectively both in Ford's internal documents and this declaration as either "MFT" or "SYNC Gen2."  The central software in that system is referred to by Ford and in this declaration as the "Base Software."[9]  Because that software is the same in both Fords and Lincolns,[10] when Ford and this declaration refer to the MFT Base Software, they to the software as it existed in both Fords and Lincolns during the Class Period.

9.      Generally speaking, the MFT system is an "infotainment" system intended to allow drivers and passengers to control entertainment, navigation, rear-view camera, cell phone communications, climate control, and other systems via a touch-screen panel placed in the vehicle's dashboard.[11]  The system operates with two processors, one known as the "VCMU" and the other known as the "CCPU."[12]  This case, and the class certification motion, center primarily on the CCPU and its software, which is the Base Software.[13]

**B.   The Base Software is ██████████████████ for all Ford and Lincoln Vehicles Produced in the United States with a MyFord or MyLincoln Touch**

10.      ████████████████████████████████████
████████████████████████████████████████████████

Ford did not write a different version of the Base Software for any vehicle that had MFT, and there

---

[9] *Id.* at 11:6-13:2.

[10] *Id.* at 22:21-23:1, 25:22-27:13.

[11] *See*, *e.g.*, Ex. 8, Expert Report of Craig Rosenberg at pp. 61-66.

[12] *See*, *e.g.*, Ex. 9, Expert Report of Daniel Smith, ¶ 19.

[13] *Id.* at ¶ 2.  *See also* Ex. 7, Westra Dep. at 26:18-27:13; Ex. 10, Ostrowski Dep. at 15:11-18, 158:17-19.

[14] Ex. 11, WLN2-02645341 at WLN2-02645342.

1  was a common configuration of that Base Software for every vehicle in the United States that had

2  MFT installed.[15]   Revisions to the Base Software were also designed so that those revisions would

3  not only apply to newly produced vehicles but also could be installed on vehicles with MFT that had

4  already been produced and sold.[16]

5  **C.     Between August 2010 and August 2013, At Least ███████ Vehicles Were Sold or Leased
        With MFT in the States at Issue During the Class Period**

6

7       11.     Before August 2013, Ford sold at least ██████ vehicles with MFT in the states of

8  Arizona, California, Colorado, Iowa, New Jersey, New York, North Carolina, Ohio, Texas, Virginia,

   and Washington.[17]

9
   **V.     THE DISJOINTED DEVELOPMENT OF MFT, AND LACK OF MEANINGFUL
10           TESTING, LED TO A DEFECTIVE PRODUCT THAT FORD KNEW WAS
             DEFECTIVE BEFORE IT SOLD IT TO THE PUBLIC**
11
   **A.    To Develop the Base Software, Ford Contracted with an Inexperienced Contractor
12         That Failed to Follow Basic Standards for Developing Automotive Software**

13      12.     For the ambitious project of developing the software for MFT, Ford hired BSquare, a

14  software company that had never taken on a project of the magnitude of MFT, and that proved itself

15  woefully unprepared to develop the MFT Base Software and integrate it with software from other

16  third-party sources (*e.g.*, the software in the navigation system). ████████████████

17  ████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████

19  ██████████████████  ████████████████████████████

20  _____

21  [15] Ex. 10, Ostrowski Dep. at 18:11-20:14.  *See also* Ex. 12, Jablonski Dep. Ex. 1129

22  ████████████████████████████████████████████████████████

23  [16] *See, e.g.*, Ex. 13, Huang Dep. at 40:23-41:9; Ex. 14, WLN1-4178175 & WLN1-4178186

24  ████████████████████████████████████████████████████████  Ex. 11, WLN2-

25  02645341 at WLN2-02645347 ████████████████         ██: Ex. 15, WLN2-00057502 ████

26  ████████████████████████████████████████████████████████

27  [17] *See* ¶ 3, above, explaining how these numbers were calculated based on a database produced
    by Ford in this litigation.

28  [18] Ex. 7, Westra Dep. at 247:7-17.

DECL. OF STEVE W. BERMAN ISO PLAINTIFFS'          - 12 -
MOTION FOR CLASS CERTIFICATION
010388-11  847910 V1                                    Case No. 13-cv-3072-EMC

1    13.    BSquare's failings were numerous, and were well known to the Ford engineers who

2    were overseeing their work.  One of BSquare's primary jobs was to integrate software that its various

3    programmers had developed, and incorporate software written by other contractors, so that the

4    systems would work as a cohesive whole. 

19 *Id.* at 261:1-17

*id.* at 382:21-383:3.

20 *Id.* at 271:24-272:19.
21 *Id.* at 273:7-16.
22 *Id.* at 367:5-368:1.
23 *Id.* at 274:15-275:10.  *See also id.* at 269:17-22

DECL. OF STEVE W. BERMAN ISO PLAINTIFFS'          - 13 -
MOTION FOR CLASS CERTIFICATION
010388-11  847910 V1                                         Case No. 13-cv-3072-EMC

1  ████████████████████████████████████████
2  ███████
3  ██████████████████████████████████████
4  ████████████████████████████████████████
5  ████████████████████
6  ███████████████████████████████████████
7  ████████████████████████████████████
8  █████████████
9  ████████████████████████████████████████
10 ██████████████████████████████████

14.     Yet nothing changed.  In August 2010, as Ford was beginning its initial release of MFT systems, one of Westra's colleagues asked, ████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████████
█████

15.     Ford knew how to do it better, and do it right.  There are and were software development processes specifically designed by the automotive industry to avoid exactly the situation Ford and BSquare found themselves in.  As explained in the Report of Daniel Smith, the automotive industry has software standards published by the Motor Industry Software Reliability Association ("MISRA"), which are designed to promote best practices and create a bug-reducing

---

[24] Ex. 16, WLN2-00554429 (Westra Dep. Ex. 1112).
[25] Ex. 17, WLN2-01490362.

coding standard.[26]



16.     Yet the failures in managing the creation and integration of the MFT Base Software were far from the only shortcoming in the software's development.

_____

[26] Ex. 9, Expert Report of Daniel Smith, ¶¶ 132, 133.
[27] *See id.*
[28] Ex. 18, WLN2-00552618 (emphasis added).
[29] Ex. 19, Jablonski Dep. at 100:1-101:6; Ex. 20, Bragg Dep. at 242:17-243:1; Ex. 21, Schneider Dep. at 195:24-196:14.
[30] Ex. 22, WLN2-00676700.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22



23

**B.**      **As a Result of the Chaotic Development, MFT's Base Software Was So Fundamentally Defective That Ford Could not Even Fully Diagnose (or Fix) the Problems Years Later**

24

25

        18.      The rushed, flawed process of developing MFT resulted in a product that was flawed

in the deepest way possible:  it suffered from defective software architecture.  Software architecture

26

27

28

---

[31] Ex. 7, Westra Dep. at 134:14-135:7.
[32] Ex. 23, WLN2-00216277.
[33] Ex. 24, WLN1-3116207.
[34] Ex. 25, WLN2-00437398.

is the basic structure and design of the software, how it works (or does not) as a coherent whole.[35]
Ford's internal analysis of what went wrong with MFT has consistently concluded that MFT was
flawed at this most basic level.



19.

[35] Ex. 7, Westra Dep. at 115:1-12

[36] Ex. 26, WLN1-4205346 (emphasis added).



20.

[37] *Id.*
[38] Ex. 9, Expert Report of Daniel Smith, ¶¶ 136-138.
[39] *See* sections VII.B. & C., *infra*.
[40] Ex. 27, WLN2-00214540 at WLN2-00214541
[41] Ex. 28, WLN2-02241741
[42] Ex. 29, WLN2-01330272



21.

43 Ex. 7, Westra Dep. at 242:3-243:14.
44 Ex. 30, WLN2-01712466 (Ostrowski Dep. Ex. 1227)
45 Ex. 31, WLN1-4203599
46 Ex. 32, WLN1-4326011.
47 *See* section VII.C.3., *infra.*
48 *See, e.g.,* Ex. 33, WLN2-01135983 at WLN2-01135989-990

*id.* at WLN2-01135990

DECL. OF STEVE W. BERMAN ISO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION



1

2

3

4        22.

5

6

7

8

9

10

11

12

13

14        23.

15

16

17

18

19

20

21

22

23    _____

[49] *See* section VII.C., *infra*.

24    [50] Ex. 34, WLN2-01318911 at WLN2-01318912

      *See also* Ex. 35, Reitz Dep. (Rough Tr.) at 129:12-131:20.

25    [51] *See* sections VII.B. and C., *infra*,

26    [52] Ex. 9, Expert Report of Daniel Smith, ¶¶ 105-108.

27    [53] *Id.* at ¶¶ 108, 110.

      [54] *Id.* at ¶¶ 114-131.

28    [55] *Id.* at ¶¶ 31-33.

1

2

3

**C.    Despite Knowing That the Software Development Process Was Deeply Flawed, Ford Did Not Even Meaningfully Test MFT Before It Shipped**

24.

25.     This lack of meaningful testing of the initial release of MFT's Base Software before sending it out to customers (and the lack of testing of subsequent attempts to improve that software in late 2010 and early 2011) is perhaps best demonstrated by the below chart prepared in March 2010 by Gary Jablonski.

---

[56] *Id.* at ¶ 73.

[57] *Id.* at ¶¶ 71-86.

[58] Ex. 36, WLN2-00003888 at WLN2-00003912 (emphasis added)

[59] Ex. 37, WLN2-01478717 & WLN2-01478718 (Mar. 19, 2011 email); Ex. 13, Huang Dep. at 10:7-11:2.

[60] Ex. 37, WLN2-01478717 & WLN2-01478718 (chart attached to Mar. 19, 2011 email).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1    26. █████████████████████████████████████

2    ████████████████████████████████████████████████████

3    ████████████████████████

4    **D.    Before it Ever Sold SYNC Gen2, Ford Knew That it Was Materially Defective and**
         **Would Materially Affect Consumers**

5           27.    It was no secret at Ford in the summer and fall of 2010, not even from its highest

6    executives, that the product Ford was unleashing on unwitting customers was fundamentally

7    defective. ████████████████████████████████████████████

8    ████████████████████████████████████████████████████

9    ████████████████████████████████████████████

10   ██████████████████████████████

11   ████████████████████████████████████████████████████

12   ████████████████████

13   ████████████████████████████████████████████████████

14   ████████████████████

15   ██████████████████████████████

16   ███████████████████████████████████████████

17   ██████████████████████████████████████████

18   ██████████████████████████████████████

19   ██████████████████████████████

20   ████████████████████████████████

21   ████████████████████████████████

22   ████████████████████████████████████████

23   ████████████

24

25   ────────────────────
     [61] Ex. 5, WLN2-00235606 (emphasis added).

26   [62] Ex. 38, WLN2-02995426 at WLN2-02995428 █████████████

27   ████████████████████████████████████████████████████

28   ████████████████████████████ *Id.* at WLN2-02995427-428.

28.     Gallows humor was common among the engineers as they realized that Ford would be releasing a defective product. ███████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████

29.     However, it was not only engineers who were aware of how defective MFT really was.  Mr. Westra, who worked on the SYNC Gen2 project from 2009 to 2011, testified that the

███████████████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████

30.     ██████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████

███████████████████████████████████

███████████████████████████████████

███████████████████

[63] Ex. 39, WLN2-01491497.

[64] Ex. 7, Westra Dep. at 55:15-57:23, 322:23-323:8.

[65] Ex. 40, WLN1-3242440 (emphasis added).

[66] Ex. 41, WLN2-00039876 at WLN2-00039880 (emphasis added).

31.     Indeed, before MFT reached a single customer, Ford's most senior management knew or should have known from direct experience that it was defective. ██████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████  ██████████████

██████████████████████████

32.     Ford knew MFT was defective, but it started putting it in cars anyway in the late summer and fall of 2010.  The results were exactly as they expected; Ford's ██████████████

immediately began experiencing and reporting major problems with MFT.

## VI.     THE INITIAL RELEASE OF MFT WAS A COLOSSAL FAILURE

### A.     As Ford Predicted, Management Lessees and Consumers Immediately Reported Huge Numbers of Problems With MFT Software

33.     The initial rollout of MFT was disastrous from the outset.  Ford immediately began receiving feedback that MFT screens would freeze or go blank, that MFT would generate error messages that could not be cleared, that the system would not pair with cellular phones, that the voice recognition and navigation would not work, and that the system was slow to respond to commands. ██████████████████████████████

██████████████████████████████████

████████████

  ██████████████████████████

████████████████████████████

---

[67] Ex. 42, WLN2-00565348.
[68] Id.

1
2
3
4
5
6
7
8

34.     Consumers experienced exactly the same problems.  By November 1, 2010, Ford had

already tallied and received multiple complaints directly from customers about the following

problems:

[69] Ex. 43, WLN2-00039569 & WLN2-00039573

[70] Ex. 44, WLN2-00437450.
[71] *Id.* at WLN2-00437451

35.     Other measures that Ford uses to track quality yielded similar results.  Ford tracks what it calls "Things Gone Wrong," or "TGWs," which are comments and complaints from customers that have been reported by consumers or dealers, placed by Ford in groups according to the types of complaints. ██████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████

36.  ███████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████

37.     The results were exactly as Ford and its engineers had predicted based on Ford's knowledge of the development process, and what it had seen of MFT's performance before releasing it.  Yet it had no fix in place, and consumers who brought their new cars back to dealerships were sent back home with cars that continued to malfunction.

**B.     Dealerships Could Not Repair the Cars Because the Defects Were in the Software, Not the Hardware**

38.     The problems that consumers experienced were compounded by the fact that the problems were rooted in the Base Software, and could not be resolved by dealerships. ██████████

---

[72] Ex. 7, Westra Dep. at 295:12-296:2; Ex. 19, Jablonski Dep. at 213:24-214:7; Ex. 45, Williams Dep. at 157:8-17.
[73] Ex. 19, Jablonski Dep. at 159:7-17.
[74] ███████████████████████████████████████████████████████
[75] Ex. 19, Jablonski Dep. at 213:17-214:17.
[76] Ex. 47, WLN2-01368188 at WLN2-01368201 ███████████████████████
[77] Ex. 7, Westra Dep. at 103:16-104:16; Ex. 10, Ostrowski Dep. at 23:9-24:1.
[78] Ex. 48, WLN1-3212220 & WLN1-3212221 (Oct. 22, 2011 Jablonski email and attached analysis; *see esp.* WLN1-3212225). █████████████████████

39.     This situation continued for years.  Customers would complain to dealers, who at most could try to update the software or try to replace the hardware.

40.     But the software defects persisted over years,[82] and dealerships continued to be unable to repair the cars of consumers, who kept experiencing the same problems with the cars they had newly purchased from Ford.

---

[79] Ex. 41, WLN2-00039876 at WLN2-00039880 (emphasis added).
[80] Ex. 49, WLN2-00062180.
[81] Ex. 50, WLN2-00091750 & WLN2-00091751 (Feb. 23, 2013 email and attachment discussing issue).
[82] *See* sections VII.B. & C., *infra.*

**VII.   THE PROBLEMS SEEN IN THE INITIAL LAUNCH REMAINED CONSTANT AND COMMON OVER THE YEARS, DESPITE VARIOUS ATTEMPTED SOFTWARE REVISIONS FOR ALL CLASS REPRESENTATIVES, PUTATIVE CLASS MEMBERS, AND FORD EXECUTIVES**

**A.   The Symptoms That Consumers Experienced Remained Constant over Numerous Years and Failed Attempts to Improve MFT's Base Software**

41.   The problems that the first MFT customers experienced were also experienced by later customers, and the symptoms of the defects in MFT's Base Software remained extremely similar over several years and software revisions.  As Ford employees testified, the majority of the

█████████████████████████████████████████████████████████████

██████████████████████████████ ████████████████████████████

████████████████████████████████████████████████████

███████████████████████████

42.   ██████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████

---

[83] Ex. 20, Bragg Dep. at 137:18-138:6; Ex. 10, Ostrowski Dep. at 52:23-53:15.

[84] Ex. 48, WLN1-3212220 & WLN1-3212221 (Oct. 22, 2011 Jablonski email and attached analysis; *see esp.* WLN1-3212225).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18          43.

19

20

21

22

23

24

25

26

27

28



---

[85] Ex. 51, WLN1-1920675 (July 23, 2012 presentation, table at WLN1-1920688).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



44.

_____

[86] Ex. 52, WLN1-1930413 (Jan. 28, 2013 presentation; chart at WLN1-1930425).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16    (The only versions mentioned on this chart that had actually been released at the time this document

17    was created were versions 3.2 and 3.5.)

18          45.      Thus, even though Ford made several failed attempts to improve the Base Software

19    (*see* sections VII.B. and C., *infra*, for a discussion of all such attempts during the Class Period), it did

20    not significantly change the nature or frequency of the problems that consumers kept experiencing

21    with MFT,

22

23

24

25    **B.      Ford Knew *Precisely* What Its Customers Were Experiencing Because its Most Senior**

26    **Executives Experienced the *Same* Problems in Their Own Vehicles, and Had the Same**
      **Inability to Get Their Vehicles Repaired**

27          46.

28



**1.      Mark Fields**

47.      Mark Fields is currently President and CEO of Ford Motor Company, and during the key events described below was Ford's President of the Americas and later Ford's COO.

---

[87] Compare the timelines below to Ex. 12 (Jablonski Dep. Ex. 1129), which demonstrates the continually growing number of vehicles containing MFT from 2010 to the present.

[88] Due to the economies of time and space, Plaintiffs have set forth the pertinent facts relevant to only a few of the executives who reported problems.

[89] *See* section X., *infra*.

[90] Ex. 53, WLN2-01072255 (emphasis added).

[91] Ex. 54, WLN2-01073802 (emphasis added).

[92] Ex. 55, WLN2-01078425 (emphasis added).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



25
26
27
28

93 Ex. 56, WLN2-01078555 (emphasis added).
94 Ex. 57, WLN2-01092971 (emphasis added).
95 Ex. 58, WLN1-4303121 (emphasis added).
96 Ex. 59, WLN1-0326957 (emphasis added).
97 Ex. 60, WLN1-0464188 (emphasis added).
98 Ex. 61, WLN1-0467064 (emphasis added).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23



24
25
26
27
28

---

[99] Ex. 62, WLN2-01312354 (emphasis added).
[100] Ex. 63, WLN1-4195149 (emphasis added).
[101] Ex. 64, WLN1-0482114 & WLN1-0482117.  *See also* Ex. 45, Williams Dep. at 246:15-248:5.
[102] Ex. 65, WLN2-01141914 (emphasis added).
[103] Ex. 66, WLN1-0984342 (emphasis added).
[104] Ex. 67, WLN1-1019880.
[105] Ex. 68, WLN2-00372324 (emphasis added).

1

2.      **Bill and Edsel Ford**

2          48.      William ("Bill") Ford, Jr., and Edsel Ford II are descendants of Henry Ford, and are

3    both Ford directors.  Bill Ford is the company's Executive Chairman, and Edsel Ford is a member of

4    the Board of Directors. ██████████████████████████████████████████

5    ████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27        [106] Ex. 69, WLN2-00039432 (emphasis added).

          [107] Ex. 70, WLN1-0003060 (emphasis added).

28        [108] Ex. 71, WLN1-0172059 (emphasis added).

**C.      The Class Representatives Have Had the Same Experiences as the Rest of the Class**

        **1.      Arizona**

49.      Plaintiff Joseph D'Aguanno resides in Phoenix, Arizona.  He bought, a 2013 Explorer Sport (VIN #1FM5K8GT7DGB43633), on or about November 2, 2012.[112]   Beginning in or around November 2012, D'Aguanno encountered many issues with the MyFord Touch system in the vehicle, including:  system lockup or total system failure; non-responsiveness to peripheral devices, including Plaintiff's iPhone; lack of Bluetooth audio functionality; non-responsiveness to touch commands; non-responsiveness to voice commands; the rearview camera would fail to display what was behind the Subject Vehicle, or the display screen would freeze while the Subject Vehicle was in reverse; the USB drive would not function properly and would fail to read MP3 audio files; the radio function would randomly switch input and/or switch between radio stations without prompting. These problems have occurred continuously since November 2012.[113]  On or around May 14, 2013, the Subject Vehicle was serviced at Camelback Ford for these problems. Camelback Ford performed an "APIM MASTER RESET" on that date.  Although Camelback Ford represented that, following this procedure, the MyFord Touch system was "OPERATING CORRECTLY," the same problems recurred thereafter.[114]   On or around June 21, 2013, the Subject Vehicle was again serviced at

---

     [109] Ex. 72, WLN2-00671611 (emphasis added).
     [110] Ex. 73, WLN1-4302659 (emphasis added).
     [111] Ex. 74, WLN1-0685342.
     [112] Ex. 75, D'AGUANNO-000069-70; Ex. 76, D'AGUANNO-000536-537.
     [113] Ex. 77, D'AGUANNO 000001-6.
     [114] *Id*.

1  Camelback Ford for MyFord Touch problems. Camelback Ford performed a "MASTER RESET" on

2  that date. Although Camelback Ford represented that, following this procedure, the MyFord Touch

3  system was "OPERATING CORRECTLY," the same problem recurred thereafter.[115]  These

4  problems have occurred continuously since that time.  The vehicle was made available for inspection

5  by Ford on July 14, 2015 in Phoenix, Arizona.

6  **2.      California**

7  **a.      Center for Defensive Driving**

8  50.      Plaintiff The Center for Defensive Driving ("CDD") is located in Los Angeles.[116]

9  CDD leased a 2013 F-150 Lariat (VIN #1FTFW1ETXDFB37760), on February 22, 2013, from

10  Power Ford Torrance, in Torrance, California.[117]   CDD encountered many issues with the MyFord

11  Touch system in the vehicle, including that the MyFord Touch system crashed or locked up at least

12  27 documented times, MyFord Touch failed to recognize or connect with Plaintiff's iPhone,

13  Bluetooth audio would not play, and the voice command system stopped working.[118]  The vehicle

14  was brought in for service on several occasions and repairs were attempted on February 28, 2013,

15  March 12, 2013, July 9, 2013, and August 15, 2013.[119] The vehicle was made available for

16  inspection by Ford on February 24, 2015.

17  **b.      Darcy Thomas-Maskrey**

18  51.      Plaintiff Darcy Thomas-Maskrey resides in Riverside, California.  She bought a 2013

19  Flex (VIN #2FMHK6DTXDBD08703) on July 3, 2012, from Fritts Ford, in Riverside, California.[120]

20  Thomas-Maskrey encountered many issues with the MyFord Touch system in the vehicle, including

21  that, on or around July 3, 2012, the MyFord Touch system in her Flex began to exhibit the following

22  problems:  the Bluetooth phone connection failed to operate; the MyFord Touch system failed to

23  recognize peripheral devices, including her iPod, iPhone 4S and subsequently purchased devices,

---

[115] Ex. 78, D'AGUANNO 000012-13.
[116] Ex. 79, CDD-00004-10.
[117] *Id.*
[118] Ex. 80, CDD-000020-26.
[119] *Id.*
[120] Ex. 81, Thomas-Maskrey-000001-3.

1    such as her iPhone 5S.  She took the Flex for servicing of these issues to Fritts Ford on July 12, 2012.

2    The technicians at Fritts Ford were unable to resolve the MyFord Touch problems that she

3    experienced.[121]  She later took her Flex for MyFord Touch-related servicing to Fritts Ford on August

4    6, 2012, and August 30, 2012, and to Sunrise Ford for the same issues on February 5, 2013, April 5,

5    2013, August 6, 2013, and August 27, 2013.[122]  The technicians at Fritts Ford and Sunrise Ford

6    installed software updates to her MyFord Touch system, but these updates failed to resolve the

7    problems described above.  In addition, the technicians at Sunrise Ford reprogrammed her MyFord

8    Touch system, but this repair also failed to resolve these problems.[123]

9                    **c.      Richard Decker Watson**

10        52.    Plaintiff Richard Decker Watson resides in Valley Village, California.[124]  On October

11   19, 2012, he bought his 2011 Lincoln MKX from Sunrise Ford.[125]  On October 24, 2012, just five

12   days after he bought the MKX, he took it to Star Ford due to numerous issues he was experiencing

13   with his MyLincoln System.[126]  When he took his MKX to Star Ford on October 24, 2012, he

14   complained that his MyLincoln Touch was not responding to his voice commands, his navigation

15   system was not working, his MyLincoln Touch system was crashing, the volume control for his

16   audio system was not working properly, and his climate controls were not working properly.[127]  The

17   crashing of his system would occur both when he started his vehicle, and while he was

18   driving.[128]  These are issues that Plaintiff Watson has continued to experience.[129]  Watson has also

19   experienced continuing issues with his Sync system.[130]  He has tried to have his vehicle fixed on

20

21

22        [121] Ex. 82, Thomas-Maskrey-000005-27; Ex. 198, WLN3001441.

23        [122] Ex. 82, Thomas-Maskrey-000005-27.

      [123] Id.

24        [124] Ex. 83, Watson Dep. at 14:11-13.

25        [125] Id. at 29:4-5, 40:4-11, 55:7-57:1.

      [126] Id. at 110:4-22.

26        [127] Id. at 110:25-111:8.

      [128] Id. at 112:15-113:4.

27        [129] Id. at 73:17-23, 104:5-105:20, 111:8-10, 111:12-112:13, 115:10-118:24, 145:1-147:5,
     170:1-21, 183:12-17, 188:4-189:1.

28        [130] Id. at 138:2-6, 157:10-22.

DECL. OF STEVE W. BERMAN ISO PLAINTIFFS'          - 39 -
MOTION FOR CLASS CERTIFICATION
010388-11  847910 V1                                       Case No. 13-cv-3072-EMC

numerous occasions, and at numerous Ford dealerships.[131]  He has done a "master reset" of the

system on his own, and has reset his phone at Ford's instruction.[132]  He has also attempted to

download software and update his MyLincoln System himself.[133]

### d.    Jennifer Whalen

53.    Plaintiff Jennifer Whalen resides in Windsor, California.[134]  She purchased a new

2013 Ford Explorer XLT from Henry Curtis Ford in Petaluma, California on April 1, 2012.[135]

54.    Plaintiff Whalen encountered a variety of problems with her MyFord Touch,

including rearview camera freezing,[136] navigation system freezing,[137] Bluetooth connectivity

failure,[138] problems with her phone not disconnecting from calls when instructed to do so,[139]

instances of the MFT screen locking up or freezing,[140] unresponsiveness of the touch screen climate

control buttons,[141] incorrect timekeeping,[142] and a failure to recognize voice commands.[143]

### 3.    Colorado

55.    James Laurence Sheerin resides in Sun Valley, Idaho.[144]  In June 2012, Plaintiff

Sheerin purchased a 2013 Ford Explorer Limited from Phil Long Ford in Colorado Springs,

Colorado.[145]  Sheerin has experienced numerous problems while trying to operate the MyFord Touch

system that was installed in his vehicle.  These problems include, but are not limited to:  backup

---

[131] *Id*. at 29:9-12, 109:1-7, 119:24-120:1, 120:9-15, 120:20-121:4, 124:22-125:2, 129:2-130:9.
[132] *Id*. at 106:4-107:24.
[133] *Id*. at 108:3-22, 148:9-149:1.
[134] Ex. 84, WHALEN-000002.
[135] Ex. 85, WHALEN-000006-8.
[136] Ex. 86, WHALEN-000026-27; Ex. 87, WHALEN-000028-32.
[137] Ex. 86, WHALEN-000026-27; Ex. 88, WHALEN-000041-46.
[138] Ex. 86, WHALEN-000026-27; Ex. 87, WHALEN-000028-32; Ex. 88, WHALEN-000041-46; Ex. 89, WHALEN-000755-756.
[139] Ex. 90, WHALEN-000034-39.
[140] *Id.*
[141] *Id.*
[142] Ex. 88, WHALEN000041-46.
[143] Ex. 91, WHALEN-000049-51.
[144] Ex. 92, Sheerin Dep. at 17:5-13.
[145] *Id*. at 31:21-32:6, 46:23-25.

camera freezes or doesn't function properly;[146] Bluetooth connectivity issues and not disconnecting phone calls;[147] system unresponsive to voice commands;[148] and USB port not recognizing peripheral devices.[149] Sheerin brought his Explorer to the dealership for repairs on multiple occasions and the problems with the MyFord Touch system were never fully resolved.[150]

### 4. Iowa

56.    Thomas Mitchell currently resides in Sioux City, Iowa.[151] In November 2010, Mr. Mitchell purchased a 2011 Lincoln MKX from Sioux City Ford/Lincoln/Mercury in Sioux City, Iowa.[152] He has experienced numerous problems while trying to operate the MyLincoln Touch system that was installed in his vehicle.  These problems include, but are not limited to:  system lockup and total system failure;[153] backup camera freezing;[154] periodic non-responsiveness to peripheral devices;[155] and periodic non-responsiveness to voice commands.[156] Mitchell brought his MKX to the dealership for repairs on multiple occasions and installed several software updates, and the problems with the MyLincoln Touch system were never fully resolved.[157]

### 5. Massachusetts

57.    Plaintiff William Creed resides in Tyngsboro, Massachusetts.[158] He purchased a new 2011 Ford Explorer from Ipswich Ford in Ipswich, Massachusetts on March 12, 2011.  *Id.* Creed

---

[146] *Id.* at 9:4-7, 85:6-86:3, 160:21-161:1.
[147] *Id.* at 96:20-97:19.
[148] *Id.* at 9:7, 107:2-108:19, 150:24-151:4, 157:18-25.
[149] *Id.* at 9:3-4, 68:9-10, 102:2-10, 150:17-23.
[150] *Id.* at 118:20-119:23, 123:8-18, 140:17-145:2.
[151] Ex. 93, Mitchell Dep. at 7:8-11.
[152] *Id.* at 32:13-21, 50:2-5.
[153] *Id.* at 51:17-19, 86:16-25.
[154] *Id.* at 51:20-22, 74:20-22, 86:21-22, 129:19-21.
[155] *Id.* at 74:14-18, 75:15-19, 89:4-9.
[156] *Id.* at 51:16-17, 55:12-17, 74:10-13, 89:13-14, 91:12-18.
[157] *Id.* at 91:22-24, 103:15-21, 114:11-20, 119:15-19, 123:23-124:13, 126:18-127:25, 128:6-130:7.
[158] Ex. 94, CREED-000738.

1    traded his vehicle into Herb Chambers Honda in Burlington, Massachusetts on January 2, 2015,[159]

2    and Ford was allowed to inspect the vehicle shortly after he traded it in.

3          58.    Creed encountered numerous problems with MFT, including freezes of the navigation

4    system,[160] failure of Bluetooth connectivity,[161] failure to load Travel Link,[162] locking or freezing of

5    the touch screen,[163] extensive failure messages,[164] failure of the radio to shut off when making a

6    phone call via Bluetooth,[165] failure of the radio to play when switching from USB to the radio with

7    the USB cable plugged into a device,[166] and failure to recognize voice commands.[167]  Creed brought

8    his Explorer to both Ipswich Ford and Drum Hill Ford located in Lowell, Massachusetts when

9    attempting to remedy the defects with his MyFord Touch.

10         **6.    New Jersey**

11               **a.    Josh Matlin**

12         59.    Josh Matlin's permanent residence is in Wood-Ridge, New Jersey.[168]  In October

13   2010, Josh Matlin leased a 2011 Ford Edge from Freehold Ford in Freehold, New Jersey.[169]  Matlin

14   has experienced numerous problems while trying to operate the MyFord Touch system that was

15   installed in his vehicle.  These problems include, but are not limited to:  freezing or significant

16   lagging of the system;[170] system crashes and blank screens;[171] backup camera freezes or will not

17   load;[172] loss of radio presets;[173] and Bluetooth not working properly.[174]  Matlin brought his Edge to

18

19

20         [159] Ex. 95, CREED-000740-741.
            [160] Ex. 96, CREED-000737; Ex. 97, Creed Dep. at 103:3-6.
21          [161] Ex. 98, CREED-000762-763; Ex. 97, Creed Dep. at 77:1-5, 103:14-15.
            [162] Ex. 99, CREED-000031; Ex. 98, CREED-000762-763.
22          [163] Ex. 100, CREED-000747-748; Ex. 97, Creed Dep. at 103:3-104:19.
23          [164] Ex. 101, CREED-000002.
            [165] Ex. 102, CREED-000005; Ex. 97, Creed Dep. at 103:7-13.
24          [166] Ex. 103, CREED-000006.
            [167] Ex. 99, CREED-000031; Ex. 104, CREED-000752-753.
25          [168] Ex. 105, Matlin Dep. at 15:4-16:7.
26          [169] *Id*. at 9:10-13, 15:4-6, 29:11-12, 71:18-20.
            [170] *Id*. at 97:1-10, 124:20-125:1, 141:20-142:9, 181:19, 183:10-11.
27          [171] *Id*. at 103:8-13, 130:19-132:10, 173:4-9.
28          [172] *Id*. at 114:7-116:13, 118:22-119:8, 172:23, 181:19.

1   the dealership for repairs on multiple occasions and the problems with the MyFord Touch system

2   were never fully resolved.[175]

3               **b.**     **Russ Rizzo**

4        60.     Plaintiff Russ Rizzo resides in Holmdel, New Jersey.  He leased a 2012 Explorer XLT

5   (VIN #1FMHK8D87CGA90072) on February 18, 2012, from Toms Ford, in Keyport, New Jersey.[176]

6   Rizzo encountered many issues with the MyFord Touch system in the vehicle, including:  system

7   lockup and total system failure; loss of GPS navigational function; inability to use climate controls;

8   non-responsiveness to touch commands; non-responsiveness to voice commands; the rearview

9   camera would fail to display what was behind the car, or the display screen would freeze while the

10   Explorer was in reverse; inability to use hands-free telephone features and problems connecting with

11   his iPhone (using iPhone 4 and iPhone 5 devices).  These problems have occurred continuously since

12   March 2012 and recurred through the date of lease termination.[177]  His Explorer was serviced at

13   Toms Ford for those problems on the following dates:  April 13, 2012; April 25, 2012; July 20, 2012;

14   August 2, 2012; March 15, 2013; and April 25, 2013.  On each such occasion, Toms Ford performed

15   a master reset of the MyFord Touch system in the Explorer, and confirmed that the software was up

16   to date (or updated the software, if necessary).  However, the same problems recurred thereafter.[178]

17   On January 6, 2014, his Explorer was serviced at George Wall Ford (Red Bank, New Jersey) for

18   these problems.  On this occasion, George Wall Ford performed a master reset of the MyFord Touch

19   system in Rizzo's Explorer.  However, the same problems recurred thereafter.  Following the repairs

20   performed by George Wall Ford, Rizzo did not attempt to connect his iPhone to the MyFord Touch

21   system in the Explorer, in order to lessen the chance of MyFord Touch failure.[179]

22

23

24           [173] *Id*. at 113:3-17.

25           [174] *Id*. at 148:24, 172:24, 181:20.
              [175] *Id*. at 109:11-110:12, 126:12-128:4, 178:7-179:20, 181:16-21.

26           [176] Ex. 106, RIZZO-000046-51.

27           [177] Ex. 107, RIZZO-000021-22.
              [178] Ex. 108, RIZZO-00007-17.

28           [179] Ex. 109, RIZZO-000020.

DECL. OF STEVE W. BERMAN ISO PLAINTIFFS'    - 43 -
MOTION FOR CLASS CERTIFICATION
010388-11  847910 V1                 Case No. 13-cv-3072-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**7.     New York**

        **a.     Jeffrey Miller**

61.     Jeffrey Miller resides in Cortlandt Manor, New York.[180]  In February 2013, he leased a 2013 Ford Fusion Titanium from Park Ford in Mahopac, New York.[181]  He has experienced numerous problems while trying to operate the MyFord Touch system in his Fusion.  These problems include, but are not limited to:  system freezing;[182] unresponsive and inaccurate navigation system;[183] backup camera freezes;[184] slow response to voice commands;[185] difficulty connecting and using phone with Bluetooth;[186] and difficulty playing music through the USB drive.[187]  He ran several software updates and notified several personnel at the dealership of problems he was experiencing with the MyFord Touch system on multiple occasions and those problems were never fully resolved.[188]

        **b.     Nuala Purcell**

62.     Nuala Purcell resides in Yonkers, New York.  She leased a 2011 Edge SEL (VIN: 2FMDK4JC3BBA44499) on November 23, 2010 from Schultz Ford, in Nanuet, New York.[189]  Beginning on that date, Purcell has encountered many issues with the MyFord Touch system in her Edge, including:  the Bluetooth phone connection failed to operate; the MyFord Touch system failed to recognize Plaintiff's peripheral devices, including Plaintiff's iPod Touch, Samsung Sidekick, and MP3 player; the GPS navigation function would suddenly and without prompting re-route to a new or previously inputted route, or would fail to respond to input or otherwise fail to operate; the radio

---

    [180] Ex. 110, Miller Dep. at 7:5-8.
    [181] *Id*. at 83:17-18, 91:1, 100:19-21.
    [182] *Id*. at 19:3-20:16.
    [183] *Id*. at 11:20-21, 12:11-13:9, 15:6-20.
    [184] *Id*. at 61:11-19.
    [185] *Id*. at 14:1-12.
    [186] *Id*. at 22:9-24:24, 32:6-33:6, 35:17-22.
    [187] *Id*. at 42:2-43:15, 65:6-17.
    [188] *Id*. at 208:2-210:6.
    [189] Ex. 111, PURCELL-000018-22; Ex. 112, PURCELL-000023-24; Ex. 113, PURCELL-000031-32.

function would fail to respond to input and freeze on one station; non-responsiveness to voice commands; non-responsiveness to steering wheel commands.  These problems were continual and ongoing throughout the duration of her lease, and were never corrected.[190]  She took the Edge in for servicing of these issues to Scarsdale Ford (Scarsdale, New York) on several occasions beginning in early 2011, as well as on February 28, 2012, March 22, 2012, and August 1, 2012.  The technicians at Scarsdale Ford installed software updates to her MyFord Touch system, but these updates failed to resolve the problems.[191]  She no longer possessed the vehicle at the commencement of this lawsuit, and so the vehicle was not inspected as part of this lawsuit.  Plaintiff returned the Edge in accordance with her lease obligation following the expiration of the lease term (April 23, 2013).[192]

### 8.      North Carolina

63.      Plaintiff Daniel Fink resides in Raleigh, North Carolina.  He bought a 2013 Ford Explorer (VIN: 1FM5K7F95DGB36910) on November 30, 2012, from Dunn Benson Ford in Dunn, North Carolina.[193]  Beginning around January 1, 2013, he encountered many issues with the MyFord Touch system in the Explorer, including:  system lockup or total system failure; non-responsiveness to peripheral devices, including Plaintiff's Motorola Bionic device; lockup or total failure of GPS navigation system; and consistent malfunctioning of sensor in back-up camera.  These problems have occurred continuously since January 1, 2013.  On August 2, 2013, he brought the Explorer in for servicing relating to those MyFord Touch problems to CrossRoads Ford Cary in Cary, North Carolina.  Although the technicians at CrossRoads Ford Cary installed a software update to his MyFord Touch system, as well as a new navigation chip, they were unable to resolve the problems described above.[194]  His Explorer was made available for inspection by Ford on May 18, 2015.

---

[190] *See* Ex. 114, Purcell Dep. at 112:16-23, 120:5-10, 120:24-121:7, 128:17-129:21, 132:4-21, 134:2-8, 148:13-23, 149:11-19, 151:6-10, 151:16-24, 154:7-22, 155:13-25, 165:18-25.

[191] Ex. 115, PURCELL-000001-3; Ex. 116, PURCELL-000006; Ex. 117, PURCELL-000009-11.

[192] Ex. 118, PURCELL-000004.

[193] Ex. 119, FINK-000007-13.

[194] Ex. 120, FINK-000014-15.

**9.    Ohio**

64.    Plaintiff James Miskell resides in Mentor, Ohio.  He bought a 2013 Escape (VIN #1FMCU9GXDUB69260) on March 7, 2013, from Klaben Ford, Inc., in Kent, Ohio.[195]  He encountered many issues with the MyFord Touch system in the vehicle, including:  system lockup, reset or total system failure, often three or more times per day; temporary lockup or total failure of GPS navigation system (*e.g*., GPS freezes or takes up to 10 minutes to calculate a route); non-responsiveness to peripheral devices, including Miskell's iPhone 4S and iPhone 5S devices; Bluetooth connectivity frequently unavailable; Travel Link service often unavailable; and USB connectivity frequently unavailable.[196]  These problems have occurred continuously since April 2013.  On June 14, 2013, Miskell brought the car for servicing relating to the above MyFord Touch problems to Classic Ford in Mentor, Ohio.  Although the technicians at Classic Ford performed a master reset of the MyFord Touch system in Plaintiff's Subject Vehicle and rebooted the system's APIM, they were unable to resolve the problems described above.[197]

**10.    Texas**

**a.    Michal Ervin**

65.    Michael Ervin resides in Deer Park, Texas.  He bought a 2013 C-MAX SEL (VIN # 1FADP5BU3DL50491) on October 13, 2012 from AC Collins Ford, in Pasadena, Texas.[198]  Beginning around November 1, 2012, he encountered a number of issues with the vehicle, including: system lockup or total system failure; non-responsiveness to peripheral devices, including Ervin's iPhone 4S, iPhone 5, and Nokia Lumia 810 devices; Bluetooth connectivity failed to operate; system became non-responsive after hardware requests for voice interface; and rearview camera system would remain on even after the car was in drive and moving forward.  These problems occurred continuously since November 2012 throughout the duration of his ownership of the C-MAX.[199]  He

---

[195] Ex. 121, MISKELL-001809.
[196] Ex. 122, MISKELL-001892-1893.
[197] Ex. 123, MISKELL-001795.
[198] Ex. 124, ERVIN-0000001; Ex. 125, ERVIN-000014-16; Ex. 126, ERVIN-000039-40; Ex. 127, ERVIN-000150-155.
[199] Ex. 128, ERVIN-000068; Ex. 129, ERVIN-000072-75; Ex. 130, Ervin Dep. at 300:12-302:14.

1    tried to update the software of his MyFord Touch system on several occasions, but the update files

2    made available at Ford's MyFord Touch website failed to update his MyFord Touch system

3    properly.[200]   As a result, he brought his C-MAX in for servicing relating to the above MyFord Touch

4    problems to AC Collins Ford in Pasadena, Texas, on a number of occasions starting in late 2012 and

5    continuing through the duration of Plaintiff's ownership of the Subject Vehicle.  The technicians at

6    AC Collins Ford were unable to resolve the problems described above.[201]   He sold the C-MAX to

7    Mazda of Clear Lake in Clear Lake, Texas, in August 2013.[202]

8              **b.    Jose Randy Rodriguez**

9        66.    Jose Randy Rodriguez resides in Harlingen, Texas.[203]   In May 2011, he bought a 2012

10   Ford Focus Titanium from Tipton Ford in Brownsville, Texas.[204]   He has experienced numerous

11   problems while trying to operate the MyFord Touch system that was installed in his vehicle.  These

12   problems include, but are not limited to:  system freezing up;[205] backup camera freezes or doesn't

13   function;[206] unresponsive and inaccurate navigation system;[207] non-responsiveness to voice

14   commands;[208] difficulty playing music through Bluetooth and USB drive;[209] and Bluetooth

15   connectivity issues and disconnecting during use.[210]   Rodriguez brought his Focus to the dealership

16   for repairs on multiple occasions and performed several software updates, but the problems with the

17   MyFord Touch system were never fully resolved.[211]

18

19

20   _____

21      [200] Ex. 130, Ervin Dep. at 195:21-196:9.
        [201] Ex. 131, ERVIN-000041, ERVIN-000044, ERVIN-000047-49, ERVIN-000053, ERVIN-
22   000056, ERVIN-000062, ERVIN-000065, ERVIN-000068, ERVIN-000072, ERVIN-000075.
        [202] Ex. 130, Ervin Dep. at 150:22-151:4.
23      [203] Ex. 132, Rodriguez Dep. at 9:21-23.
        [204] *Id*. at 71:5-10; 91:16-17.
24      [205] *Id*. at 206:19-21.
        [206] *Id*. at 207:20-25.
25      [207] *Id*. at 211:4-212:6, 218:24-220:13.
        [208] *Id*. at 207:8-9, 208:6-17.
26      [209] *Id*. at 189:23-190:2, 192:16-193:3, 205:17-22, 289:20-290:11.
        [210] *Id*. at 208:18-209:6, 286:2-7.
27      [211] *Id*. at 186:24-188:2, 264:11-265:4, 299:19-23.

28

DECL. OF STEVE W. BERMAN ISO PLAINTIFFS'        - 47 -
MOTION FOR CLASS CERTIFICATION
010388-11  847910 V1                                          Case No. 13-cv-3072-EMC

**11.     Virginia**

    **a.     James Connell**

67.     Jason Connell resides in Silver Spring, Maryland.[212]  He ordered his 2011 Lincoln MKX in September 2010 from Ourisman World of Ford Sales, Inc. in Alexandria, Virginia, and took possession of it in October 2010.[213]  Connell has experienced numerous problems while trying to operate the MyLincoln Touch system that was installed in his vehicle.  These problems include, but are not limited to:  the system locking up while using navigation;[214] system locking up while using Bluetooth;[215] rearview camera freezing;[216] and the Bluetooth both not connecting properly with the phone and dropping calls during phone use.[217]  Connell brought his Lincoln to the dealership for repairs on multiple occasions and performed several software updates, and the problems with the MyLincoln Touch system were never fully resolved.[218]

    **b.     Henry Miller-Jones**

68.     Henry Miller-Jones resides in Vestal, New York, after moving there in June 2015 from Reston, Virginia.  He bought a 2013 Ford Fusion AWD (VIN #3FA6P0D9XDR289396), on April 20, 2013, from Ted Britt Ford in Fairfax, Virginia.[219]  Beginning in or around late April 2013, he encountered many issues with the MyFord Touch system in the vehicle, including:  system lockup or total system failure; non-responsiveness to peripheral devices, including Plaintiff's iPhone 4S and iPhone 6, and iPod Classic devices; non-responsiveness to touch commands; non-responsiveness to voice commands; the USB drive would not function properly and would fail to read or index MP3 audio files, or would read such files incorrectly; and the GPS function fails to operate (*e.g.*, cursor sticks in single location and does not permit entry of addresses not in immediate area).  These

---

[212] Ex. 133, Connell Dep. at 10:7-8.
[213] *Id*. at 17:17-18, 76:18-25, 170:7-9, 170:24-171:6.
[214] *Id*. at 20:6-21.
[215] *Id*. at 26:4-6.
[216] *Id*. at 18:24, 73:8-10.
[217] *Id*. at 18:21-22, 57:19-23.
[218] *Id*. at 238:12-239:17, 247:17-249:4, 253:7-16, 265:3-11, 270:14-21, 286:3-288:7, 288:22-289:7.
[219] Ex. 134, MILLER-JONES-000028-30.

problems have occurred continuously since April 2013.[220]  On July 23, 2013, he brought the Fusion in for servicing relating to the above MyFord Touch problems to Ted Britt Ford in Fairfax, Virginia.[221]  The technicians at Ted Britt Ford were unable to resolve the problems described above. He brought his Fusion for servicing related to MyFord Touch to Ted Britt Ford on at least three further occasions between April 2013 and August 2013.  The software in the MyFord Touch system was updated, either by him or by Ted Britt Ford, on the following dates: April 1, 2013 (Gen. 2 v.3.5.1); May 17, 2013 (Gen. 2 v.3.5.1); August 6, 2013 (Gen. 2 v.3.6.2).[222]  Following the August 6, 2013 update, certain problems described above appear to have subsided.  The USB drive in Plaintiff's MyFord Touch system now seems to function appropriately; and most telephone numbers appear to properly transfer from Plaintiff's iPhone to MyFord Touch, although new contact entries still frequently fail to transfer.  But certain other problems with his MyFord Touch system, including problems relating to the MyFord Touch GPS system and the system's non-responsiveness to touch commands, recur presently.  On June 10, 2015, he took his Fusion for further MyFord Touch-related servicing to Ted Britt Ford, but the technicians were unable to resolve the problems that were previously identified.[223]  His Fusion was made available for inspection by Ford on May 20, 2015.

**12. Washington**

69.     Leif Kirchoff resides in Bainbridge Island, Washington.[224]  He bought his 2013 Ford F-250 in February 2013 from Bickford Ford in Snohomish, Washington.[225]  He has experienced numerous problems while trying to operate the MyFord Touch system that was installed in his vehicle.  These problems include, but are not limited to:  system lockup, with the screen either becoming unresponsive or going black;[226] periodic non-responsiveness to peripheral devices;[227]

---

[220] Ex. 135, MILLER-JONES-000020-22.

[221] Ex. 137, MILLER-JONES-000011-13, Ex. 139, WLN3 000981-985.

[222] Ex. 136, MILLER-JONES-000001-8; EX. 197, Miller-Jones Dep. at 166:15-167:20, 302:21-303:15.

[223] Ex. 136, MILLER-JONES-000001-8; Ex. 137, MILLER-JONES-000011-13; Ex. 138, WLN3 000950-952; Ex. 139, WLN3 000981-985.

[224] Ex. 140, Kirchoff Dep. at 8:13-15.

[225] *Id*. at 35:16-36:1, 56:20-22.

[226] *Id*. at 131:10-14, 132:22-133:5.

Bluetooth connectivity issues;[228] rearview camera problems;[229] inaccurate or missing navigation data;[230] and inability to properly stream music.[231]  Kirchoff brought his F-250 to the dealership for repairs on multiple occasions and the problems with the MyFord Touch system were never fully resolved.[232]

## VIII.   DESPITE TRYING FOR YEARS TO FIX MFT, FORD KNEW ITS UPDATES DID NOT CURE THE DEFECTS, UNTIL AT LEAST AUGUST 2013

### A.   The MFT Base Software Was So Defective That For Years Ford Had Hundreds of People Working Full Time Just Trying to Make it Run Correctly

70.   According to Gary Jablonski (Ford's Manger, Infotainment Systems), Ford had a

████████████████████████████████████████████████████  ████████████████

████████████████████████████████████████████████████████████

████████████████████████████████  The effort was extraordinary, but as demonstrated above and in further detail below, the results were not.  The software defects were too deeply ingrained, at an architectural level, to be remedied by anything short of a complete overhaul.

### B.   From 2010 through 2011, Ford Made Numerous Attempts at Quick Fixes, Which It Knew Did Not Actually Fix the Base Software

71.   In late 2010 and 2011, Ford released seven revisions of the MFT Base Software.[235]

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████

---

[227] *Id*. at 113:11-17.
[228] *Id*. at 114:10-13.
[229] *Id*. at 123:2-17.
[230] *Id*. at 125:25-126:4, 128:16-129:11, 134:17-135:3, 173:1-10.
[231] *Id*. at 92:22-93:8, 96:5-10.
[232] *Id*. at 138:9-20, 186:24-188:5, 188:15-189:7, 190:4-17.
[233] Ex. 19, Jablonski Dep. at 116:13-117:7.
[234] Ex. 10, Ostrowski Dep. at 41:21-42:5.
[235] Ex. 12 (Jablonski Dep. Ex. 1129).
[236] Ex. 141, WLN2-00654955 & WLN2-00654959 (Jan. 27, 2011 email and attachment).

1

72. 

2

3

4

5

6

7

8

9     73.

10

11

12

13

14

15

16

17

18     74.

19

20

21

22

23        [237] Ex. 142, WLN2-00658900.

24        [238] Ex. 143, WLN2-00181490 & WLN2-00181492 (Feb. 25, 2011 email and attachment; *see esp.*
       WLN2-00181493).

25        [239] Ex. 144, WLN1-4132818.

        [240] Ex. 145, WLN2-02641906 (Jan. 31, 2011 presentation).

26        [241] Ex. 146, WLN2-00215512.

27        [242] Ex. 147, WLN1-0102173 & WLN1-102174

28

Case 3:13-cv-03072-EMC   Document 203   Filed 01/28/16   Page 56 of 71



75.

76.     And there was nothing to offer customers who had purchased new vehicles only to find that their MFT was defective.

77.     That continued to be the case beyond 2011, as well, even though Ford decided that it could not count on BSquare to resolve the key MFT defects, and brought in Microsoft to re-engineer the Base Software.  Microsoft's versions of MFT's Base Software were at most only a marginal improvement, because they were built on the same defective, and uncorrected, software architecture that had plagued earlier versions of the Base Software.

---

243 Ex. 3, WLN1-4305508 (emphasis added).
244 Ex. 148, WLN1-4304094, at WLN1-4304095 (emphasis added).

*Id.*

245 Ex. 149, WLN1-4323495 (emphasis added).
246 Ex. 1, WLN1-4143296 at WLN1-4143297.
247 Ex. 150, WLN1-0186119 (Oct. 10, 2011 email).

DECL. OF STEVE W. BERMAN ISO PLAINTIFFS'          - 52 -
MOTION FOR CLASS CERTIFICATION
010388-11  847910 V1                                     Case No. 13-cv-3072-EMC

1

**C.     In the Hopes of Righting the Ship, Ford Hired Microsoft to Take the Lead in Writing Code, But Continued Releasing Software Revisions It Knew Were Defective**

2

3          78.     In the spring of 2011, Ford hired Microsoft to oversee revisions, and hopefully the

4    improvement, of the MFT Software.[248]   But as demonstrated below, Microsoft was unable to

5    meaningfully improve the software, and Ford continued releasing revised software that it knew was

     still defective.

6

7          **1.     Version 3.0 /** █████████████████████████

8          79.     The first Microsoft-branded revision of the MFT Base Software was known as

9    Version 3.0, or "████████████████," and was also known internally by the code name

10   ███████████████████ ██ ████████████████████████████████

11   █████████████████████████████████████████████████████

12   ████████████████████████████████████████████████

13   █████████████████████████████████████████████████

14   █ ██ ███████████████████████████████████████████████

15   █████████████████████████████████████████████████

16   █████████████████████████████

17      ██ ████████████████████████████████████████

18   ██████████████████████████████████████████████████

19   █████████████████████████████████████████████

20   █████████████████████████████████████████████

21   ████████████████████████████████████████████

22   ████████████████████████████

23   _____

24   [248] *See*, *e.g.*, Ex. 19, Jablonski Dep. at 28:21-29:20.
     [249] Ex. 12 (Jablonski Dep. Ex. 1129).

25   [250] Ex. 151, WLN2-00360857.
     [251] Ex. 2, WLN2-00026702.  *See also* Ex. 20, Bragg Dep. at 109:14-112:9

26   ████████████████████████████████████████████████

27   █████████████████████████████████████████████████

28

81.     In late September 2011, Ford engineers had the following exchange with Microsoft and BSquare engineers:

---

252 Ex. 34, WLN2-01318911 at WLN2-01318912.  *See also* Ex. 35, Reitz Dep. (Rough Tr.), 129:12-131:20.

253 Ex. 152, WLN1-4225711.  *See also* Ex. 19, Jablonski Dep. at 111:18-112:19

254 Ex. 153, WLN2-00158902 at WLN2-00158903-904 (emphasis added).

1

2

3   82.   █████████████████████████████████

4   ████████████████████████████████████

5   ████████████████████████████████████

6   ██████████████████

7   83.   █████████████████████████████████

8   ████████████████████████████████████

9   ████████████████████

10

11

12

13



14

15

16

17

18   84.   █████████████████████████████████

19

20

21

22

23   ─────────────────

24   [255] Ex. 154, WLN2-00186184.

   [256] Ex. 155, WLN2-00158860 at WLN2-00158861 (10/7/2011 email).

25   [257] Ex. 156, WLN2-00179055

26

27

28   [258] Ex. 149, WLN1-4323495 at WLN1-4323496.

   [259] *Id.* at WLN1-4323495 (emphasis added).



85.

86.

[260] Ex. 157, WLN1-4144590.
[261] Id.
[262] Ex. 158, WLN1-0438710 at WLN1-438711.
[263] Id.
[264] Ex. 159, WLN1-4174260 at WLN1-4174261.
[265] Id. at WLN1-4174260.



[266] *See* section VI.B.1., *supra*.
[267] Ex. 160, WLN1-4174223 at WLN1-4174224-225 (emphasis added).
[268] Ex. 161, WLN2-00367506.
[269] *Id.*
[270] Ex. 12 (Jablonski Dep. Ex. 1129).
[271] Ex. 162, WLN2-00054144 at WLN2-00054145.
[272] Ex. 163, WLN1-0385555.



90.

91.

92.

273 Ex. 30, WLN2-01712466.
█████████ *See* Ex. 12 (Jablonski Dep. Ex. 1129).
274 Ex. 31, WLN1-4203599 (Jul. 17, 2012 email from Gary Jablonski).
275 Ex. 164, WLN1-4205520 at WLN1-4205529 (emphasis added).
276 Ex. 165, WLN1-4217793 (Sept. 27, 2012 email).
277 Ex. 166, WLN1-1935219 at WLN1-1935222.
278 *Id.*
279 *Id.* at WLN1-1935231.
280 *Id.* at WLN1-1935232-238.

1    **3.**    **Version 3.5 /** █████████████

2        93.    In early November 2012, Ford released version 3.5 of the MFT Base Software, which

3    was also known internally as the ████████████████ █████████████████

4    ████████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████

7    █████████████████████████████████████████████████████████████████

8    ████████████ ███████████████████████████████████████████████████

9    ██████████████████████████████████████████████████████████

10   ███████████████████████████████

11       94.    ███████████████████████████████████████████████████

12   ███████████████████████████████████████████████████████████

13   ██████████████████

14   
15   ████████████████████████████████████
16   
17   

18       95.    ████████████████████████████████████████████

19   ████████████████████████████████████████████████████████████████

20   ███████████████████████████████████████████████████████████

21   █████████

22   
23   ████████████████████████████████
24   
25   



---

281 Ex. 12 (Jablonski Dep. Ex. 1129).
282 Ex. 167, WLN2-01132945.
283 Ex. 168, WLN2-00172798.
284 Ex. 169, WLN1-4206133 at WLN1-4206135.



96.

---

285 Ex. 170, WLN1-4206868 at WLN1-4206869 (emphasis added).
286 Ex. 4, WLN2-01623818 & WLN2-01623820.
287 *Id.* at WLN2-01623820.
288 *Id.* at WLN2-01623822.
289 *Id.* at WLN2-01623823.



97.

---

[290] Ex. 33, WLN2-01135983 at WLN2-01135990 (emphasis added).
[291] Ex. 171, WLN1-816363.



98.

99.

100.

[292] Ex. 172, WLN1-0707879 at WLN1-707879-880.
[293] Ex. 173, WLN2-00198688.
[294] Ex. 174, WLN1-4217661 & WLN1-4217662 (emphasis added).
[295] Ex. 175, WLN2-00125677
[296] Ex. 176, WLN2-02280296.
[297] Id. (emphasis added).
[298] See, e.g., Ex. 68, WLN2-00372324

1  ████████████████████████████████████████████████████████

2  ████████████████████████████████████████████████████████████

3  █████████████████████████████ █  ████████████████████████████

4  ████████████████████████████████████████████████████████████████

5  █████████████████████████████████████████████████████

6  ██████████

## IX.    THERE WAS NO WAY FOR A REASONABLE CONSUMER TO UNDERSTAND THE DEFECTIVE NATURE OF MFT, OR THAT FORD HAD NO AVAILABLE REPAIR

101.    Without notice or explanation from Ford, there was absolutely no way for a

reasonable consumer to understand the depths of the problems with MFT's Base Software, or that

Ford and its dealers did not have any way to repair their vehicles. ████████████████████

█████████████████████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

102.    Of course, as explained above, not even Ford truly knew all of the problems with

MFT's Base Software.  Ford did not address the base architectural issues, could not measure the

software's performance or accurately track bugs, and could not even assess the software's stability.

Moreover, even Ford's most powerful executives could not get the system to work in their cars or get

anyone to diagnose what was wrong with it, much less get it fixed.[303]  There was no way a

_____

████████████████████████████████████████████████

████████████████████████████████████████████████

[299] Ex. 178, WLN1-3284822.
[300] *See generally* Ex. 166, WLN1-1935219.
[301] Ex. 179, WLN2-00204713.
[302] *Id.* at WLN2-00204715.
[303] *See* section VI.B., *supra.*

1   reasonable consumer (or even an unusually sophisticated one) was going to be aware of, let alone

2   understand, the depth of the problems with MFT's Base Software.

3   **X.    THE DEFECTS IN MFT'S BASE SOFTWARE CREATED SAFETY HAZARDS**

4       103.    Although Ford has long maintained that MFT was a "convenience" feature, and not

5   one that impacted the safety of their vehicles, common sense, Ford's own documents, and Plaintiff's

6   expert also demonstrate otherwise.

7       **1.    Ford designed MFT to enhance the safety of its vehicles.**

8       104.    Ford was well aware that how drivers use their phones and other devices on their

9   vehicles impacted how safely those drivers operated their vehicles.  In fact, Ford designed MFT to

10  *enhance* the safety of its vehicles.



16      105.

25  _____

26  [304] Ex. 180, WLN2-02694696 & WLN2-02694698 at WLN2-02694717.

27  [305] Ex. 181, WLN2-02694603 & WLN2-02694605 at WLN2-02694614 (comments of Derrick Kusak).

28  [306] *Id.* at WLN2-02694615 (comments of Derrick Kusak).  *See also*, *e.g.*, *id.* at WLN2-02694623 (comments of Jim Buczkowski:

106. 

107.

108.    Although Ford does not acknowledge the point, MFT actually made driving *less* safe because it was defective and prone to malfunction.  The malfunctions would distract drivers, and would hold their phones in their hands because they could not place a call with MFT.  This is simply common sense.  It is also a point made even clearer by the report of Plaintiffs' expert on this issue, Craig Rosenberg.

## XI.    EVEN KNOWING OF ALL OF THESE PROBLEMS, FORD CHARGED A PREMIUM FOR MFT, AND PLAINTIFFS WILL PROVE DAMAGES WITH COMMON EVIDENCE AND COMMON METHODOLOGIES

109.

[307] Ex. 182, WLN1-3228237 & WLN1-3228240 at WLN1-322842.
[308] Ex. 183, WLN2-01089372.
[309] *See section* VI.A.
[310] *See section* VII.B.1.

1

2

3

4

5

6       110.

7                                                                                    But Plaintiffs nonetheless can and

8    will prove, using a common methodology and common evidence, the amount by which Class

9    members were damaged, as described in the expert reports of Stefan Boedeker and Jonathan Arnold.

10          I declare under penalty of perjury under the laws of the United States that the foregoing is

11   true and correct.  Executed this 28th day of January, 2016, at Seattle, Washington.

12

13          _____/s/ Steve W. Berman_____
                     STEVE W. BERMAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28          [311] Ex. 184, WLN1-3211988 at WLN1-3211989, WLN1-3212011.

1

## <u>CERTIFICATE OF SERVICE</u>

2

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed

3

electronically via the Court's ECF system, on January 28, 2016. Notice of electronic filing will be

4

sent to all parties by operation of the Court's electronic filing system.

5

6

DATED:  January 28, 2016                    HAGENS BERMAN SOBOL SHAPIRO LLP

7

By:  _____*/s/ Steve W. Berman*_____
                STEVE W. BERMAN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28