# EXHIBIT 97

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3     Case No. CV 13-3072-EMC
 4     - - - - - - - - - - - - - - - - - - - - - - -
 5     In re:
 6                                          CONFIDENTIAL
 7     MYFORD TOUCH CONSUMER LITIGATION
 8
 9     - - - - - - - - - - - - - - - - - - - - - - -
10
11                       CONFIDENTIAL
12
13         VIDEOTAPED DEPOSITION OF WILLIAM CAREY
14     CREED, III, a witness called by and on behalf of
15     the Defendant Ford Motor Company, taken pursuant
16     to the Federal Rules of Civil Procedure, before
17     Daria L. Romano, Registered Professional
18     Reporter, Certified Realtime Reporter and Notary
19     Public in and for the Commonwealth of
20     Massachusetts, at O'Brien & Levine Court
21     Reporting Services, 195 State Street, Boston,
22     Massachusetts, on Wednesday, November 19, 2014,
23     commencing at 9:26 a.m.
24
25
```



WILLIAM CAREY CREED, III
November 19, 2014

Page 77

```
 1        Q.   Were there any types of other problems
 2   you had with it?
 3        A.   Yeah.  When I tried to use it with
 4   Bluetooth on the MyFord Touch system, it
 5   wouldn't work.
 6        Q.   Any other problems with the phone?
 7        A.   No.
 8        Q.   Did you ever have to have the battery
 9   replaced?
10        A.   No.
11        Q.   The battery life stayed strong
12   throughout the period you used it?
13        A.   I don't recall it being a problem.
14        Q.   Have you ever dropped it?
15        A.   Not that I remember.
16        Q.   You never had to replace a screen?
17        A.   Oh, no.
18        Q.   You never had to have it serviced in
19   any way?
20        A.   No.
21        Q.   For the iPhone 4S first, I imagine you
22   used that to make phone calls with the MyFord
23   Touch?
24        A.   Yes.
25        Q.   And you connected it with Bluetooth?
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

1  shut off, and the stereo would still be going.
2  That was one problem.
3           There were problems with the
4  navigation system completely freezing.  So the
5  screen would just lock into whatever screen it
6  was on, and it was completely useless.
7           There were problems with the -- the
8  radio or stereo sound system would be physically
9  off, and I would be on the phone, and when I
10 would hang up the phone, the sound system would
11 automatically turn on, I think it was usually
12 the radio that would turn on by itself without
13 me asking it to.
14          There were problems with the Bluetooth
15 not connecting so I couldn't make phone calls.
16          There was a time when it was corrected
17 I think with one of the updates, but there was a
18 time when the climate control was blowing cold
19 air uncontrollable.  It wasn't associated with
20 the door, that baffle door.
21          There's still problems with -- like I
22 say, there's still problems with the navigation
23 system where I type in a route, and it's not on
24 the route, so I don't know where I'm going.
25          There's problems with the sound --

WILLIAM CAREY CREED, III
November 19, 2014

Page 104

```
 1   when you're looking at the screen, if I turn on
 2   the iPod and I'm listening to a specific song,
 3   there's a different song showing on the display.
 4   That still happens.
 5            There's one other issue that still
 6   happens that just escapes me right now.  I don't
 7   know.  There's a long list.  It was practically
 8   unusable, the whole thing.
 9            Oh, I know.  On the Travel Link
10   there's little -- and I've taken pictures of
11   them, you have them -- there's little circles
12   that show that the system's loading.  So if I'm
13   trying to look at gas prices, for example,
14   there's a little circle saying it's loading,
15   that stays loading for an extended period of
16   time, sometimes days, sometimes minutes, but
17   there are times when I can't use that feature
18   because it says it's loading.  That's still
19   ongoing today.
20            That's in a nutshell what I can recall
21   off the top of my head.
22       Q.   And you did mention that you
23   documented some of these, so why don't we look
24   at some of those.
25       A.   Yeah.
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

1  COMMONWEALTH OF MASSACHUSETTS)
2  SUFFOLK, SS.                  )
3
4      I, Daria L. Romano, RPR, CRR and Notary
5  Public in and for the Commonwealth of
6  Massachusetts, do hereby certify that there came
7  before me on the 19th day of November, 2014, at
8  9:26 a.m., the person hereinbefore named was
9  duly sworn by me and that such deposition is a
10 true record of the testimony given by the
11 witness.
12     I further certify that I am neither related
13 to nor employed by any of the parties or counsel
14 to this action, nor am I financially interested
15 in the outcome of this action.
16     In witness whereof, I have hereunto set my
17 hand and seal this 1st  day of December, 2014.
18
19                          *Daria Romano*
20                          _____
21                          Notary Public
22                          My Commission Expires
23                          February 20, 2020
24
25