# EXHIBIT 98

OPEN MONDAY
THRU FRIDAY
7:00 A.M. - 5:00 P.M.
SATURDAY
7:30 A.M. - 2:00 P.M.


BlueOval Certified

# DRUM HILL FORD, INC.
1212 Westford Street
**LOWELL, MA 01851**
Phone: (978) 452-3900
Fax: (978) 937-1913
www.drumhillford.com
AAA Approved Auto Repair Facility

— WHERE THE CUSTOMER ALWAYS COMES FIRST!
— VISIT OUR WEB SITE AT www.drumhillford.com
— #1 IN CUSTOMER SATISFACTION IN THE BOSTON DISTRICT SINCE 1997!
— BLUE OVAL CERTIFIED SINCE 1999

---

CUSTOMER NO. 27039
CYNTHIA L CREED
6 KANSAS DR
TYNGSBOROUGH, MA 01879

ADVISOR: ALAN RANDELL  30258
LABOR RATE: 99.95   LICENSE NO. 5368VL   MILEAGE: 55,432   COLOR: BLACK/
YEAR/MAKE/MODEL: 11/FORD TRUCK/EXPLORER/4DR 4WD XLT
VEHICLE I.D. NO.: 1FMHK8D80BGA13347

INVOICE DATE: 01/22/13   INVOICE NO. FOCS175747
TAG NO.   STOCK NO.
DELIVERY DATE   DELIVERY MILES
SELLING DEALER NO.   PRODUCTION DATE
F.T.E. NO.   P.O. NO.   R.O. DATE: 01/04/13

RESIDENCE PHONE: 978-649-3090
BUSINESS PHONE: 781-569-6565
COMMENTS

MO: 55432

```
JOB#  1 CHARGES--------------------------------------------
LABOR----------------------------------------------------
J# 1 51F0Z           BODY ELECTRICAL           TECH(S):879           WARRANTY
     SYNC TRAVEL LINK WILL NOT LOAD. SOMETIMES WHEN MAKING CALLS
     OUT. IT SAYS IT IS DIALING BUT NOTHING HAPPENS
     DRIVER HAS A VIDEO OF THE CONCERN
     CUDL CASE 1544033181
     IDS TEST. NO CODES. RD TESTED WITH CUSTOMER TO VERIFY
     CONCERN. SEE HOTLINE ID 106004261. PERFORM MASTER RESET.
     PER HOTLINE, MT FOR EXTENDED RD TESTING, PAIRING AND
     USING SYSTEM WITH OTHER PHONES, PERFORMING APIM VIP
     RECONFIGURATION AND FOLLOWUP TESTING
JOB#  1 TOTALS--------------------------------------------
                      JOB#  1 JOURNAL PREFIX  FOCS  JOB#  1 TOTAL      0.00
JOB#  2 CHARGES--------------------------------------------
LABOR----------------------------------------------------
J# 2 52F0Z04         SOUND SYSTEM              TECH(S):879           WARRANTY
     ASSENGER FRONT SPEAKER IS MUTED (2X)
     REPLACED SPEAKER
PARTS-----QTY---FP-NUMBER-------------DESCRIPTION--------------UNIT PRICE-
         1    BB5Z-18808-D        SPEAKER 518756                        WARRANTY
                                                 TOTAL - PARTS      0.00
JOB#  2 TOTALS--------------------------------------------
                      JOB#  2 JOURNAL PREFIX  FOCS  JOB#  2 TOTAL      0.00
JOB#  3 CHARGES--------------------------------------------
LABOR----------------------------------------------------
J# 3 33F0Z99P        MULTI-POINT INSP          TECH(S):30258                     0.00
     PERFORM COMPLIMENTARY REPORT CARD CHECK-FILL OUT SHEET FOR
     REVIEW WITH CUSTOMER,MARK OFF INSPECTION STICKER MONTH,TEST
     BATTERY STRENGTH AND ADVISE,TEST ANTI FREEZE AND ADVISE,ANY
     NEEDED WORK ADVISE TO THE CUSTOMER AS PER REPORT CARD.
JOB#  3 TOTALS--------------------------------------------
                      JOB#  3 JOURNAL PREFIX  FOCS  JOB#  3 TOTAL      0.00
JOB#  4 CHARGES--------------------------------------------
LABOR----------------------------------------------------
J# 4+33F0ZGBATT      BATTERY IS GOOD           TECH(S):879                       0.00
Added Operation  (ALANR @ 01/22/2013 14:45)
     CHECK BATTERY,IN GOOD CONDITION AT THIS TIME
     CHECK BATTERY IN GOOD CONDITION
JOB#  4 TOTALS--------------------------------------------
                      JOB#  4 JOURNAL PREFIX  FOCS  JOB#  4 TOTAL      0.00
```

THANK YOU FOR CHOOSING THE #1 FORD DEALERSHIP IN THE BOSTON DISTRICT SINCE 1997. YOU MAY RECEIVE A SURVEY FROM FORD FOR WHICH WE WOULD APPRECIATE ALL COMPLETELY SATISFIED AND EXCELLENT GRADINGS. WE INTEND TO PROVIDE YOU SUPERIOR SERVICE IN THE NEW MILLENIUM AND IF YOU HAVE ANY CONCERNS CALL ALAN RANDELL AT (978) 452-3900.

DRUM HILL FORD WOULD LIKE TO THANK YOU FOR BRINGING YOUR CAR TO US FOR SERVICE

DISPOSAL OF HAZARDOUS WASTE
The State of Massachusetts requires that all hazardous waste (Oil, Solvents, Anti-Freeze, etc.) must be disposed of by a licensed contractor in an environmentally safe manner. Any changes for disposal of hazardous waste reflects our conformity to state law in addition to our concern for the preservation of the environment.

PAGE 1 OF 2        CUSTOMER COPY        [CONTINUED ON NEXT PAGE]     02:59pm

CREED - 000762

OPEN MONDAY
THRU FRIDAY
7:00 A.M. - 5:00 P.M.
SATURDAY
7:30 A.M. - 2:00 P.M.


BlueOval Certified

# DRUM HILL FORD, INC.
1212 Westford Street
**LOWELL, MA 01851**
Phone: (978) 452-3900
Fax: (978) 937-1913
www.drumhillford.com
**AAA** · Approved Auto Repair Facility

— WHERE THE CUSTOMER ALWAYS COMES FIRST!
— VISIT OUR WEB SITE AT www.drumhillford.com
— #1 IN CUSTOMER SATISFACTION IN THE BOSTON DISTRICT SINCE 1997!
— BLUE OVAL CERTIFIED SINCE 1999

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 27039 | ALAN RANDELL    30258 | | 01/22/13 | FOCS175747 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| CYNTHIA L CREED | 99.95 | 5368VL | 55,432 | BLACK/ | |

6 KANSAS DR
TYNGSBOROUGH, MA 01879

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 11/FORD TRUCK/EXPLORER/4DR 4WD XLT | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1 F M H K 8 D 8 0 B G A 1 3 3 4 7 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 01/04/13 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | |
|---|---|---|---|
| 978-649-3090 | 781-569-6565 | | MO: 55432 |

```
JOB#  5 CHARGES----------------------------------------------------
LABOR---------------------------------------------------------------
J# 5+33FOZGBK       BRAKES CHECKED & OK     TECH(S):879       0.00
Added Operation  (ALANR @ 01/22/2013 14:45)
       BRAKES NOT MEASURED/INSPECTED THIS VISIT
JOB#  5 TOTALS------------------------------------------------------
                JOB#  5 JOURNAL PREFIX  FOCS  JOB#  5 TOTAL   0.00
JOB#  6 CHARGES----------------------------------------------------
LABOR---------------------------------------------------------------
J# 6+33FOZGTIRE     TIRES CHECKED & OK      TECH(S):879       0.00
Added Operation  (ALANR @ 01/22/2013 14:46)
       TIRE TREAD WEAR CHECKED. TIRES WEARING OK AT THIS TIME.
JOB#  6 TOTALS------------------------------------------------------
                JOB#  6 JOURNAL PREFIX  FOCS  JOB#  6 TOTAL   0.00
COMMENTS------------------------------------------------------------
SEE ALAN. HAVE TECH REVIEW CONCERNS WITH CUSTOMER
TOTALS--------------------------------------------------------------
***************************************
*                                       *       TOTAL LABOR....    0.00
* [ ] CASH    [ ] CHECK   CK NO. [   ] *       TOTAL PARTS....    0.00
*                                       *       TOTAL SUBLET...    0.00
*                                       *       TOTAL G.O.G....    0.00
* [ ] VISA    [ ] MASTERCARD [ ] DISCOVER *     TOTAL MISC CHG.    0.00
*                                       *       TOTAL MISC DISC    0.00
* [ ] AMER XPRESS  [ ] OTHER  [ ] CHARGE *      TOTAL TAX......    0.00
*                                       *       ----------
***************************************       TOTAL INVOICE $    0.00

THANK YOU FOR YOUR BUSINESS!!

_____
   CUSTOMER SIGNATURE
```

THANK YOU FOR CHOOSING THE #1 FORD DEALERSHIP IN THE BOSTON DISTRICT SINCE 1997. YOU MAY RECEIVE A SURVEY FROM FORD FOR WHICH WE WOULD APPRECIATE ALL COMPLETELY SATISFIED AND EXCELLENT GRADINGS. WE INTEND TO PROVIDE YOU SUPERIOR SERVICE IN THE NEW MILLENIUM AND IF YOU HAVE ANY CONCERNS CALL ALAN RANDELL AT (978) 452-3900.

DRUM HILL FORD WOULD LIKE TO THANK YOU FOR BRINGING YOUR CAR TO US FOR SERVICE

DISPOSAL OF HAZARDOUS WASTE
The State of Massachusetts requires that all hazardous waste (Oil, Solvents, Anti-Freeze, etc.) must be disposed of by a licensed contractor in an environmentally safe manner. Any changes for disposal of hazardous waste reflects our conformity to state law in addition to our concern for the preservation of the environment.

PAGE 2 OF 2         CUSTOMER COPY         [ END OF INVOICE ]   02:59pm

CREED - 000763