# EXHIBIT 99

# MYFORD TOUCH PROBLEMS

## February 11, 2013

1. When I press "Push to talk", the chime sounds distorted. This has been getting worse. When the speaker was first replaced, the problem appeared to be fixed. The sound is distorted when I play the radio, iPod, CD or use the phone. Sometimes the sound is clear and sometimes it's distorted.

2. The Travel-Link features are not connecting right away. Especially the sports. The "wait" symbol stays on for up to 15 minutes, and then it clears and works okay.

3. On 2/5/13 I started the car and drove about 10 minutes. When I pushed the talk button to make a call, the radio turned on by itself. It was tuned to a Sirius radio station that I never use.

4. On 1/30/13 I drove the car for about 5 minutes. I pushed the Travel-Link Weather button. The weather map started to load and then immediately the screen went black and then back to the main menu.

5. On 1/30/13 I was driving along and an alert message came on the screen that said "Navigation Fault" "Navigation is not functioning properly. Please contact your dealer for service. This happened again on 2/4/13.

6. Album Covers don't display on some songs.

7. Picture doesn't display on phone calls.

CREED - 000031