# EXHIBIT 100

| MONDAY THRU FRIDAY |  | **DRUM HILL FORD, INC.** | — WHERE THE CUSTOMER ALWAYS COMES FIRST! |
| --- | --- | --- | --- |
| 7:00 A.M. - 5:00 P.M. SATURDAY 7:30 A.M. - 2:00 P.M. |  BlueOval Certified | 1212 Westford Street<br>LOWELL, MA 01851<br>Phone: (978) 452-3900<br>Fax: (978) 937-1913<br>www.drumhillford.com<br> Approved Auto Repair Facility | — VISIT OUR WEB SITE AT www.drumhillford.com<br>— #1 IN CUSTOMER SATISFACTION IN THE BOSTON DISTRICT SINCE 1997!<br>— BLUE OVAL CERTIFIED SINCE 1999 |

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
| --- | --- | --- | --- | --- |
| 27039 | RICK GREIGTARDIFF  27842 | | 05/16/12 | FOCS167636 |

CYNTHIA L CREED
6 KANSAS DR
TYNGSBOROUGH, MA 01879

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
| --- | --- | --- | --- | --- |
| 99.95 | 5368VL | 35,560 | BLACK/ | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
| --- | --- | --- |
| 11/FORD TRUCK/EXPLORER/4DR 4WD XLT | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
| --- | --- | --- |
| 1FMHK8D80BGA13347 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
| --- | --- | --- |
| | | 05/10/12 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
| --- | --- | --- |
| 978-649-3090 | 781-569-6565 | MO: 35560 |

```
JOB#  1 CHARGES----------------------------------------------------------
LABOR---------------------------------------------------------------
J# 1 52FOZ           TRIM ELECTRICAL          TECH(S):879             0.00
         CUSTOMER STATES WHEN YOU MAKE A CALL AND THEN HANG UP
         THE RADIO STAYS ON. WILL SHUT OFF IF YOU GO TO CD OR IPOD
         WHEN THEY RADIO STAYS ON. IT STAYS ON EVEN AFTER THE CAR
         IS OFF AND DOORS ARE OPEN. SOMETIMES WHEN YOU START THE
         CAR THE CD PLAYER WILL TURN ON BY ITSELF. AT TIMES THE
         TOUCH SCREEN WILL FREEZE OR SAY THE RADIO IS ON BUT THERE
         IS NO SOUND - SEE CUSTOMER NOTE FOR DETAILS
         TESTED APIM - PASSED. VERIFIED CUSTOMER CONCERN. CONTACTED
         HOTLINE AND WAS TOLD THEY ARE WORKING ON A RAPAIR- THIS IS
         A KNOWN CONCERN.
         PERFORMED MASTER RESET AND RESET APIM.
         NOTE: FORD SAID IF THE RADIO COMES ON AND YOU LOSE CONTROL
         OF THE SYSTEM, IF YOU PRESS THE VOICE BUTTON AND SAY TURN
         RADIO OFF, IT WILL SHUT RADIO OFF AND RESET CONTROL OF SYSTE

JOB#  1 TOTALS----------------------------------------------------------
                       JOB#  1 JOURNAL PREFIX  FOCS  JOB#  1 TOTAL     0.00
JOB#  2 CHARGES----------------------------------------------------------
LABOR---------------------------------------------------------------
J# 2 20FOZ           HEATING / COOLING        TECH(S):879         WARRANTY
         CUSTOMER STATES THE TEMPERATURE CONTROL ALWAYS BLOWS COLD
         WHEN THE AC IS ON - SEE ATTACHED NOTE
         CHECK AND VERIFY CUSTOMER CONCERN AND THAT THE AIR ALWAYS
         BLOWS COLD. PERFORM PINPOINT TEST AND FOUND BLEND DOOR WAS
         NOT OPERATING PROPERLY. REPLACED BLEND DOOR ACTUATOR AND
         RETEST - WORKING AS DESIGNED AT THIS TIME
PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
          2    AA5Z-19E616-C     MOTOR A 524387                     WARRANTY
                                         TOTAL - PARTS                  0.00
JOB#  2 TOTALS----------------------------------------------------------
                       JOB#  2 JOURNAL PREFIX  FOCS  JOB#  2 TOTAL     0.00
JOB#  3 CHARGES----------------------------------------------------------
LABOR---------------------------------------------------------------
J# 3 33FOZ99P        MULTI-POINT INSP         TECH(S):879             0.00
         PERFORM COMPLIMENTARY REPORT CARD CHECK-FILL OUT SHEET FOR
         REVIEW WITH CUSTOMER.MARK OFF INSPECTION STICKER MONTH,TEST
         BATTERY STRENGTH AND ADVISE,TEST ANTI FREEZE AND ADVISE,ANY
         NEEDED WORK ADVISE TO THE CUSTOMER AS PER REPORT CARD.
JOB#  3 TOTALS----------------------------------------------------------
                       JOB#  3 JOURNAL PREFIX  FOCS  JOB#  3 TOTAL     0.00
JOB#  4 CHARGES----------------------------------------------------------
LABOR---------------------------------------------------------------
```

PAGE 1 OF 2          CUSTOMER COPY          [CONTINUED ON NEXT PAGE]  01:52pm

CREED - 000747

| | | |
|---|---|---|
| OPEN MONDAY<br>THRU FRIDAY<br>7:00 A.M. - 5:00 P.M.<br>SATURDAY<br>7:30 A.M. - 2:00 P.M. |   **DRUM HILL FORD, INC.**<br>1212 Westford Street<br>**LOWELL, MA 01851**<br>Phone: (978) 452-3900<br>Fax: (978) 937-1913<br>www.drumhillford.com<br>**Approved Auto Repair Facility** | — WHERE THE CUSTOMER ALWAYS COMES FIRST!<br>— VISIT OUR WEB SITE AT www.drumhillford.com<br>— #1 IN CUSTOMER SATISFACTION IN THE BOSTON DISTRICT SINCE 1997!<br>— BLUE OVAL CERTIFIED SINCE 1999 |

```
CUSTOMER NO.  27039              ADVISOR   RICK GREIG/TARDIFF   TAG NO. 27842    INVOICE DATE 05/16/12   INVOICE NO. FOCS167636
                                 LABOR RATE  99.95   LICENSE NO. 5368VL    MILEAGE  35,560   COLOR BLACK/   STOCK NO.
CYNTHIA L CREED                  YEAR / MAKE / MODEL                                         DELIVERY DATE  DELIVERY MILES
6 KANSAS DR                      11/FORD TRUCK/EXPLORER/4DR 4WD XLT
TYNGSBOROUGH, MA 01879           VEHICLE I.D. NO.  1 F M H K 8 D 8 0 B G A 1 3 3 4 7          SELLING DEALER NO.   PRODUCTION DATE
                                 F.T.E. NO.                    P.O. NO.                      R.O. DATE  05/10/12

RESIDENCE PHONE  978-649-3090    BUSINESS PHONE  781-569-6565    COMMENTS                                 MO:  35560

LABOR------------------------------------------------------------------
J# 4+33FOZGBATT       BATTERY IS GOOD         TECH(S):879         0.00
Added Operation   (RICKG @ 05/16/2012 13:51)
        CHECK BATTERY, IN GOOD CONDITION AT THIS TIME
        CHECK BATTERY IN GOOD CONDITION

JOB# 4 TOTALS---------------------------------------------------------
                      JOB# 4 JOURNAL PREFIX  FOCS  JOB# 4 TOTAL    0.00
JOB# 5 CHARGES--------------------------------------------------------
LABOR------------------------------------------------------------------
J# 5+33FOZGBK        BRAKES CHECKED & OK      TECH(S):879         0.00
Added Operation   (RICKG @ 05/16/2012 13:51)
        BRAKE LINING WEAR CHECKED. BRAKES WEARING OK AT THIS TIME.

JOB# 5 TOTALS---------------------------------------------------------
                      JOB# 5 JOURNAL PREFIX  FOCS  JOB# 5 TOTAL    0.00
JOB# 6 CHARGES--------------------------------------------------------
LABOR------------------------------------------------------------------
J# 6+33FOZGTIRE      TIRES CHECKED & OK       TECH(S):879         0.00
Added Operation   (RICKG @ 05/16/2012 13:51)
        TIRE TREAD WEAR CHECKED. TIRES WEARING OK AT THIS TIME.

JOB# 6 TOTALS---------------------------------------------------------
                      JOB# 6 JOURNAL PREFIX  FOCS  JOB# 6 TOTAL    0.00
TOTALS----------------------------------------------------------------

*****************************************      TOTAL LABOR....   0.00
*                                       *      TOTAL PARTS....   0.00
*  [ ] CASH      [ ] CHECK   CK NO. [   ] *    TOTAL SUBLET...   0.00
*                                       *      TOTAL G.O.G....   0.00
*  [ ] VISA      [ ] MASTERCARD  [ ] DISCOVER * TOTAL MISC CHG.  0.00
*                                       *      TOTAL MISC DISC   0.00
*  [ ] AMER XPRESS   [ ] OTHER   [ ] CHARGE * TOTAL TAX......   0.00
*                                       *                     --------
*****************************************      TOTAL INVOICE $   0.00

THANK YOU FOR YOUR BUSINESS!!

           CUSTOMER SIGNATURE

PAGE 2 OF 2            CUSTOMER COPY          [ END OF INVOICE ]   01:52pm
```

CREED - 000748