RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (pro hac vice)
shammack@omm.com
DAVID R. DOREY (S.B. #286843)
ddorey@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-CV-3072-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION TO DEADLINE TO FILE RESPONSIVE DECLARATION REGARDING MOTION TO SEAL CLASS CERTIFICATION BRIEF**<br><br>**[N.D. CAL. L.R. 7-11]**<br><br>Judge:    Hon. Edward M. Chen |

1  WHEREAS, Plaintiffs will file their motion for class certification and memorandum of
2  law in support thereof on Thursday, January 28, 2016;
3  WHEREAS, this Court, pursuant to stipulation, extended the page limit for that
4  memorandum of law to fifty pages (*see* ECF No. 192);
5  WHEREAS, Plaintiffs have stated their intent to cite numerous documents in their class
6  certification papers that have been designated by Ford as Protected Documents pursuant to the
7  protective order entered in this case (ECF No. 96), or will make assertions that are derived from
8  such Protective Documents;
9  WHEREAS, pursuant to the Protective Order and Local Rule 79-5, Plaintiffs shall file
10 their papers as partially redacted so as not to disclose the contents of the Protected Documents,
11 and will file a motion to seal the redacted information;
12 WHEREAS, Ford is required to file a responsive declaration supporting the sealing of the
13 Protected Documents or information derived therefrom in Plaintiffs' papers within four days after
14 they are filed (*see* ECF No. 96 at 6);
15 WHEREAS, two of the four days provided for Ford to file the responsive declaration
16 supporting the sealing of the Protected Documents coincide with a weekend;
17 WHEREAS, Local Rule 7-11 permits a party to seek miscellaneous administrative relief
18 pursuant to a stipulation by the parties;
19 WHEREAS, the deadline extension stipulated to by Ford and Plaintiffs will require no
20 change to the dates set for trial of the matter;
21 WHEREAS, execution of this Stipulation is not a waiver of any claims or defenses
22 Plaintiffs or Ford otherwise may have;
23 THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their
24 counsel of record, subject to the approval of the Court, as follows:
25 1. The deadline for Ford to file a responsive declaration to establish that certain
26    material in Plaintiffs' class certification papers is sealable is extended to
27    February 5, 2016.
28

- 1 -

STIPULATION REGARDING
RESPONSIVE DECLARATION

| | |
|---|---|
| Dated:  January 26, 2016 | **O'MELVENY & MYERS LLP** |
| | By:  /s/ Randall W. Edwards |
| | Randall W. Edwards |
| | Attorneys for Defendant Ford Motor Company |

- 2 -

STIPULATION REGARDING
RESPONSIVE DECLARATION

| | |
|---|---|
| 1  Dated:  January 26, 2016 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |

By: <u>/s/ Craig Spiegel</u>
       Craig Spiegel

Steve W. Berman
Craig Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Tel: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

Plaintiffs' Interim Co-Lead Counsel

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: January 26, 2016

Randall W. Edwards
**O'MELVENY & MYERS LLP**

By:   /s/ Randall W. Edwards
         Randall W. Edwards

Attorney for Defendant Ford Motor Company

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ~~January~~ 2/3, 2016

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

- 4 -

STIPULATION REGARDING
RESPONSIVE DECLARATION