1  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA 94111-3823
   Telephone:    (415) 984-8700
4  Facsimile:    (415) 984-8701

5  BRIAN C. ANDERSON (S.B. #126539)
   banderson@omm.com
6  SCOTT M. HAMMACK (pro hac vice)
   shammack@omm.com
7  DAVID R. DOREY (S.B. #286843)
   ddorey@omm.com
8  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
9  Washington, D.C. 20006-4001
   Telephone:    (202) 383-5300
10 Facsimile:    (202) 383-5414

11 Attorneys for Defendant
   FORD MOTOR COMPANY
12

13               UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17 In re:                              Case No. 3:13-CV-3072-EMC

18 MYFORD TOUCH CONSUMER              **STIPULATION AND [PROPOSED] ORDER
   LITIGATION                         REGARDING FURTHER MODIFICATION
19                                    TO DEADLINE TO FILE RESPONSIVE
                                      DECLARATION REGARDING MOTION
20                                    TO SEAL CLASS CERTIFICATION BRIEF**

21                                    **[N.D. CAL. L.R. 7-11]**

22                                    Judge:    Hon. Edward M. Chen

23

24

25

26

27

28

1    WHEREAS, Plaintiffs filed their fifty page motion for class certification and

2    memorandum of law in support thereof on Thursday, January 28, 2016;

3    WHEREAS, Plaintiffs cited numerous documents in their class certification papers that

4    have been designated by Ford as Protected Documents pursuant to the protective order entered in

5    this case (ECF No. 96), and made numerous assertions that are derived from such Protective

6    Documents;

7    WHEREAS, pursuant to the Protective Order and Local Rule 79-5, Plaintiffs filed their

8    papers as partially redacted so as not to disclose the contents of the Protected Documents, and

9    filed a motion to seal the redacted information;

10   WHEREAS, pursuant to stipulation entered by this Court, Ford is required to file a

11   responsive declaration supporting the sealing of the Protected Documents or information derived

12   therefrom in Plaintiffs' papers by February 5, 2016 (*see* ECF No. 207);

13   WHEREAS, Plaintiffs had not yet filed their class certification papers at the time the prior

14   stipulation was filed;

15   WHEREAS, Ford has been diligently working on drafting its responsive declaration, but

16   the breadth of the Protected Documents Plaintiffs cited in their papers has proven to make it

17   impractical to finish the declaration by February 5, despite best efforts;

18   WHEREAS, Ford requires an extension of two business days in order to complete its

19   responsive declaration;

20   WHEREAS, Local Rule 7-11 permits a party to seek miscellaneous administrative relief

21   pursuant to a stipulation by the parties;

22   WHEREAS, the deadline extension stipulated to by Ford and Plaintiffs will require no

23   change to the dates set for trial of the matter;

24   WHEREAS, execution of this Stipulation is not a waiver of any claims or defenses

25   Plaintiffs or Ford otherwise may have;

26   THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their

27   counsel of record, subject to the approval of the Court, as follows:

28   1.    The deadline for Ford to file a responsive declaration to establish that certain

- 1 -

1   material in Plaintiffs' class certification papers is sealable is further extended to

2   February 9, 2016.

3

4   Dated:  February 4, 2016                    **O'MELVENY & MYERS LLP**

5

6   By:   /s/ Randall W. Edwards
                            Randall W. Edwards

7   Attorneys for Defendant Ford Motor Company

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1   Dated:  February 4, 2016

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HAGENS BERMAN SOBOL SHAPIRO
LLP


By:    /s/ Craig Spiegel
             Craig Spiegel

Steve W. Berman
Craig Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Tel: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

Plaintiffs' Interim Co-Lead Counsel

- 3 -

STIPULATION REGARDING
RESPONSIVE DECLARATION

1

**FILER'S ATTESTATION**

2     Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose

3 behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

4

5

6     Dated:  February 4, 2016          Randall W. Edwards
                                        **O'MELVENY & MYERS LLP**

7

8                                       By:    /s/ Randall W. Edwards

9                                              Randall W. Edwards

10                                      Attorney for Defendant Ford Motor Company

11

12                            **O R D E R**

13     PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15 DATED:  February ____8____, 2016          _____

16                                           The Honorable Edward M. Chen
                                            United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

                                                    STIPULATION REGARDING
                                                    RESPONSIVE DECLARATION