# EXHIBIT 30

**The New York Times**

Wheels
The Nuts and Bolts of Whatever Moves You

# Ford Extends Warranties on MyFord Touch System

By **Christopher Jensen**    November 28, 2012 8:34 pm

In an effort to mollify owners of the problematic MyFord Touch and MyLincoln Touch systems, Ford is extending the warranty and providing owners with a way to upgrade the system, the automaker said Wednesday.

In a telephone interview, Alan Hall, a Ford spokesman, said the automaker would increase the coverage on the Ford system from three years, or 36,000 miles, to five years with unlimited mileage. Coverage on the Lincoln system will increase from four years, or 50,000, miles to six years and unlimited mileage. The action covers owners of all 2011, 2012 and 2013 models.

Mr. Hall also said the automaker was offering current owners the chance to upgrade their software to the latest version. That can be done by going to syncmyride.com.

The extension of the warranty is aimed at making sure owners will have the latest version of the software, Mr. Hall said.

"It is really about making it easy and making our owners confident that they will be receiving ongoing software upgrades as we continue to evolve the software," he said.

The system — which could be considered MyFord Ouch — largely replaced knobs with a touch screen. It is supposed to make it easy to adjust everything from the climate control to the navigation system, but it has been an embarrassing problem for the automaker.

Owners have complained the system is confusing, overly complicated and often malfunctions. Owners have been so unhappy that Ford's customer-satisfaction ratings with J.D. Power and Associates and Consumer Reports plummeted.

That has forced Ford to acknowledge the problems, which it had declined to do originally.

The system made its debut on 2011 models.

In 2010, when a writer was reviewing the 2011 Explorer for The New York Times, he told a Ford official that the MyFord Touch was an ergonomic disaster. The official insisted it was merely a matter of understanding how it worked and said he would send along an owner's manual. It was 52 pages long.

Speaking to reporters at the Los Angeles auto show, Ford's president of the Americas, Mark Fields, said, "We're thinking more and more like not only a car company, but a technology company," according to Reuters.

A version of this article appears in print on 12/02/2012, on page AU4 of the NewYork edition with the headline: MyFord Touch Warranty Is Changed.

© 2016 The New York Times Company