# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 24, 2016  **Time:** 10:33-10:45  **Judge:** EDWARD M. CHEN
**Case No.**: 13-cv-03072-EMC  **Case Name:** Whalen v. Ford Motor Company

**Attorney for Plaintiff:**    Adam Levitt, Nicholas Climicles and Roland Tellis
**Attorney for Defendant:**    Randall Edwards

**Deputy Clerk:** Betty Lee                              **Court Reporter:** N/A

## PROCEEDINGS

Further Status

## SUMMARY

2 week jury trial is rescheduled from 11/14/16 to 4/24/17 at 8:30 a.m. Parties shall meet and confer and to submit to the Court by 3/31/16 a proposed revised schedule and an ADR plan for possible resolution of the case. Court will then issue an amended pretrial order.

Motion for class certification is scheduled for 5/26/16 at 1:30 p.m.