UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WHALEN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 13-cv-03072-EMC   (MEJ)<br><br>**AMENDED DISCOVERY ORDER** |

On April 22, 2016, the Court held a telephonic discovery conference regarding the deposition of Ford Motor Company's expert witness, Dr. Hal Singer. Pursuant to discussions at the conference, the Court **ORDERS** as follows.

Dr. Singer shall: (1) produce to Plaintiffs' counsel all pages of the expert report used at his April 22, 2016 deposition that consist of changes to the expert report previously produced; and (2) provide Plaintiffs' counsel with a declaration attesting that all other notations consist of discussions with Defendant's counsel and/or were not relied upon during the deposition.

**IT IS SO ORDERED.**

Dated: April 22, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge