RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
E. CLAY MARQUEZ (S.B. # 268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice*)
shammack@omm.com
DAVID R. DOREY (S.B. #286843)
ddorey@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-CV-3072-EMC<br><br>**STIPULATION AND [PRO̶P̶O̶SED] ORDER REGARDING MODIFICATION TO DEADLINE TO FILE RESPONSIVE DECLARATION REGARDING MOTION TO SEAL REPLY IN SUPPORT OF CLASS CERTIFICATION BRIEF**<br><br>**[N.D. CAL. L.R. 7-11]**<br><br>Judge:   Hon. Edward M. Chen |

1  WHEREAS, Plaintiffs filed their thirty-five page reply in support of their motion for class
2  certification on Monday, May 2, 2016, along with exhibits;
3  WHEREAS, Plaintiffs cited numerous documents in those papers that have been
4  designated by Ford as Protected Documents pursuant to the protective order entered in this case
5  (ECF No. 96), and made numerous assertions that are derived from such Protective Documents;
6  WHEREAS, pursuant to the Protective Order and Local Rule 79-5, Plaintiffs filed their
7  papers as partially redacted so as not to disclose the contents of the Protected Documents, and
8  filed a motion to seal the redacted information;
9  WHEREAS Ford is required to file a responsive declaration supporting the sealing of the
10 Protected Documents or information derived therefrom in Plaintiffs' papers within four days after
11 they are filed (*see* ECF No. 96 at 6);
12 WHEREAS, the number of the Protected Documents Plaintiffs cited in their papers, and
13 the fact that the individual responsible for signing the declaration will be out of the office and
14 unavailable on Thursday, May 5 and Friday, May 6 make it impractical to finish the declaration
15 by Friday, May 6, despite best efforts;
16 WHEREAS, Ford requires an extension of three business days in order to complete its
17 responsive declaration;
18 WHEREAS, Local Rule 7-11 permits a party to seek miscellaneous administrative relief
19 pursuant to a stipulation by the parties;
20 WHEREAS, the deadline extension stipulated to by Ford and Plaintiffs will require no
21 change to the dates set for trial of the matter;
22 WHEREAS, execution of this Stipulation is not a waiver of any claims or defenses
23 Plaintiffs or Ford otherwise may have;
24 THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Ford, through their
25 counsel of record, subject to the approval of the Court, as follows:
26 1. The deadline for Ford to file a responsive declaration to establish that certain
27    material in Plaintiffs' class certification reply papers is sealable is extended to
28

- 1 -

1         Wednesday, May 11, 2016.

3   Dated: May 4, 2016         **O'MELVENY & MYERS LLP**

4

5                                 By:   /s/ Randall W. Edwards
                                         Randall W. Edwards

6                       Attorneys for Defendant Ford Motor Company

7   Dated: May 4, 2016         **HAGENS BERMAN SOBOL SHAPIRO LLP**

9

10                              By:   /s/ Craig Spiegel
                                     Craig Spiegel

Steve W. Berman
Craig Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Tel: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Nicholas E. Chimicles (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
CHIMICLES & TIKELLIS LLP

- 2 -     STIPULATION AND [PROPOSED] ORDER
REGARDING RESPONSIVE DECLARATION
NO. 3:13-CV-3072-EMC

One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

Plaintiffs' Interim Co-Lead Counsel

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.


Dated:  May 4, 2016                    **O'MELVENY & MYERS LLP**


                                       By:   /s/ Randall W. Edwards
                                                Randall W. Edwards

                                       Attorney for Defendant Ford Motor Company

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May  9  , 2016



_____
The Honorable Edward M. Chen
United States District Judge