UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER<br><br>LITIGATION | Case No. 13-cv-03072-EMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR LEAVE TO FILE A SURREPLY, AND RESCHEDULING HEARING**<br><br>Docket Nos. 256, 263 |

On May 12, 2016, Defendant Ford Motor Company ("Ford") sought leave to file a surreply. Docket No. 256 ("Request"). Ford also objected to Plaintiffs' reply brief. Docket No. 258 ("Objections"). Plaintiffs opposed Ford's Request in part, but consented to a five-page surreply responding to Plaintiffs' efforts to exclude Ford's expert, Dr. Wood. Docket No. 264.[1]

Having reviewed the parties' arguments, the Court GRANTS Ford's Request to file a five-page surreply responding to Plaintiffs' request to exclude Dr. Wood's report. The Court otherwise DENIES Ford's Request. The Court does not yet rule on Ford's Objections. Ford shall file its surreply as to Dr. Wood's report by May 20, 2016.

The Court reschedules the hearing on the motion for class certification, originally scheduled for May 26, to June 6, 2016 at 10:00 a.m.

This Order disposes of Docket Nos. 256 and 263.

**IT IS SO ORDERED**.

Dated: May 18, 2016

_____
EDWARD M. CHEN
United States District Judge

---

[1] The Court GRANTS Plaintiffs' accompanying Administrative Motion to File Under Seal. Docket No. 263.