STEVE W. BERMAN (*pro hac vice*)
CATHERINE Y.N. GANNON (*pro hac vice*)
TYLER WEAVER (*pro hac vice*)
CRAIG SPIEGEL (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com
tyler@hbsslaw.com
craigs@hbsslaw.com

ROLAND TELLIS (186269)
MARK PIFKO (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

ADAM J. LEVITT (*pro hac vice*)
JEFFREY A. ALMEIDA (*pro hac vice*)
KYLE MCGEE (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com
jalmeida@gelaw.com
kmcgee@gelaw.com

NICHOLAS E. CHIMICLES (*pro hac vice*)
BENJAMIN F. JOHNS (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
nick@chimicles.com
benjohns@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-cv-03072-EMC<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>[Pursuant to Civil L.R. 7-3(d)(2)] |

1  Pursuant to Civil L.R. 7-3(d)(2), Plaintiffs submit this Statement of Recent Decision in
2  support of Plaintiffs' Motion for Class Certification (ECF No. 196-5).
3  Attached as Exhibit 1 is a true and correct copy of the June 8, 2016 ruling of the Ninth Circuit
4  in the matter of *Vaquero v. Ashley Furniture Indus., Inc.*, No. 13-56606, __ F.3d __, 2016 WL
5  3190862 (9th Cir. June 8, 2016).

DATED: June 9, 2016               HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
    Catherine Y.N. Gannon (*pro hac vice*)
    Tyler Weaver (*pro hac vice*)
    Craig R. Spiegel (122000)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
    E-mail: steve@hbsslaw.com
    E-mail: catherineg@hbsslaw.com
    E-mail: tyler@hbsslaw.com
    E-mail: craigs@hbsslaw.com

    Adam J. Levitt (*pro hac vice*)
    Jeffrey A. Almeida (*pro hac vice*)
    Kyle McGee (*pro hac vice*)
    GRANT & EISENHOFER P.A.
    30 North LaSalle Street, Suite 1200
    Chicago, IL 60602
    Telephone: (312) 214-0000
    Facsimile: (312) 214-0001
    E-mail: alevitt@gelaw.com
    E-mail: jalmeida@gelaw.com
    E-mail: kmcgee@gelaw.com

    Roland Tellis (186269)
    Mark Pifko (228412)
    BARON & BUDD, P.C.
    15910 Ventura Boulevard, Suite 1600
    Encino, CA 91436
    Telephone: (818) 839-2320
    Facsimile: (818) 986-9698
    E-mail: rtellis@baronbudd.com
    E-mail: mpifko@baronbudd.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nicholas E. Chimicles (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633
E-mail:  nick@chimicles.com
E-mail:  benjohns@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on June 9, 2016. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

DATED:  June 9, 2016                                        HAGENS BERMAN SOBOL SHAPIRO LLP

                                                            By:    */s/ Steve W. Berman*
                                                                   STEVE W. BERMAN