STEVE W. BERMAN (*pro hac vice*)
CATHERINE Y.N. GANNON (*pro hac vice*)
TYLER WEAVER (*pro hac vice*)
CRAIG SPIEGEL (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com
tyler@hbsslaw.com
craigs@hbsslaw.com

ROLAND TELLIS (186269)
MARK PIFKO (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

ADAM J. LEVITT (*pro hac vice*)
JEFFREY A. ALMEIDA (*pro hac vice*)
KYLE MCGEE (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com
jalmeida@gelaw.com
kmcgee@gelaw.com

NICHOLAS E. CHIMICLES (*pro hac vice*)
BENJAMIN F. JOHNS (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
nick@chimicles.com
benjohns@chimicles.com

*Plaintiffs' Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-cv-03072-EMC<br><br>**PLAINTIFFS' NOTICE OF COMPLETION OF MEDIATION** |

1   **TO THE COURT AND ALL PARTIES OF RECORD:**

2      Earlier this morning, Plaintiffs met with Ford Motor Company representatives and

3   participated in a mediation lasting in total one hour and thirty-three minutes.  It was unsuccessful.

4
    DATED:  July 11, 2016                              HAGENS BERMAN SOBOL SHAPIRO LLP
5
                                                       By: /s/ Steve W. Berman
6                                                          Steve W. Berman (*pro hac vice*)
                                                       Catherine Y.N. Gannon (*pro hac vice*)
7                                                      Tyler Weaver (*pro hac vice*)
                                                       Craig R. Spiegel (122000)
8                                                      HAGENS BERMAN SOBOL SHAPIRO LLP
                                                       1918 Eighth Avenue, Suite 3300
9                                                      Seattle, WA  98101
                                                       Telephone: (206) 623-7292
10                                                     Facsimile: (206) 623-0594
                                                       E-mail:  steve@hbsslaw.com
11                                                     E-mail:  catherineg@hbsslaw.com
                                                       E-mail:  tyler@hbsslaw.com
12                                                     E-mail:  craigs@hbsslaw.com

13                                                     Adam J. Levitt (*pro hac vice*)
                                                       Jeffrey A. Almeida (*pro hac vice*)
14                                                     Kyle McGee (*pro hac vice*)
                                                       GRANT & EISENHOFER P.A.
15                                                     30 North LaSalle Street, Suite 1200
                                                       Chicago, IL  60602
16                                                     Telephone:  (312) 214-0000
                                                       Facsimile:  (312) 214-0001
17                                                     E-mail:  alevitt@gelaw.com
                                                       E-mail:  jalmeida@gelaw.com
18                                                     E-mail:  kmcgee@gelaw.com

19                                                     Roland Tellis (186269)
                                                       Mark Pifko (228412)
20                                                     BARON & BUDD, P.C.
                                                       15910 Ventura Boulevard, Suite 1600
21                                                     Encino, CA  91436
                                                       Telephone:  (818) 839-2320
22                                                     Facsimile:  (818) 986-9698
                                                       E-mail:  rtellis@baronbudd.com
23                                                     E-mail:  mpifko@baronbudd.com

24

25

26

27

28

| | |
|---|---|
| 1 | Nicholas E. Chimicles (*pro hac vice*) |
| 2 | Benjamin F. Johns (*pro hac vice*)<br>CHIMICLES & TIKELLIS LLP |
| 3 | One Haverford Centre<br>361 West Lancaster Avenue |
| 4 | Haverford, Pennsylvania 19041<br>Telephone:  (610) 642-8500 |
| 5 | Facsimile:  (610) 649-3633<br>E-mail:  nick@chimicles.com |
| 6 | E-mail:  benjohns@chimicles.com |
| 7 | *Plaintiffs' Interim Co-Lead Counsel* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on July 11, 2016.  Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

DATED:  July 11, 2016               HAGENS BERMAN SOBOL SHAPIRO LLP

                                    By:   */s/ Steve W. Berman*
                                          STEVE W. BERMAN