| | |
|---|---|
| STEVE W. BERMAN (*pro hac vice*) | ADAM J. LEVITT (*pro hac vice*) |
| CATHERINE Y.N. GANNON (*pro hac vice*) | JEFFREY A. ALMEIDA (*pro hac vice*) |
| TYLER WEAVER (*pro hac vice*) | KYLE MCGEE (*pro hac vice*) |
| CRAIG SPIEGEL (122000) | GRANT & EISENHOFER P.A. |
| HAGENS BERMAN SOBOL SHAPIRO LLP | 30 North LaSalle Street, Suite 1200 |
| 1918 Eighth Avenue, Suite 3300 | Chicago, Illinois 60602 |
| Seattle, Washington 98101 | Telephone: (312) 214-0000 |
| Telephone: (206) 623-7292 | Facsimile: (312) 214-0001 |
| Facsimile: (206) 623-0594 | alevitt@gelaw.com |
| steve@hbsslaw.com | jalmeida@gelaw.com |
| catherineg@hbsslaw.com | kmcgee@gelaw.com |
| tyler@hbsslaw.com | |
| craigs@hbsslaw.com | NICHOLAS E. CHIMICLES (*pro hac vice*) |
| | BENJAMIN F. JOHNS (*pro hac vice*) |
| ROLAND TELLIS (186269) | CHIMICLES & TIKELLIS LLP |
| MARK PIFKO (228412) | One Haverford Centre |
| BARON & BUDD, P.C. | 361 West Lancaster Avenue |
| 15910 Ventura Boulevard, Suite 1600 | Haverford, Pennsylvania 19041 |
| Encino, California 91436 | Telephone: (610) 642-8500 |
| Telephone: (818) 839-2320 | Facsimile: (610) 649-3633 |
| Facsimile: (818) 986-9698 | nick@chimicles.com |
| rtellis@baronbudd.com | benjohns@chimicles.com |
| mpifko@baronbudd.com | |

*Co-Lead Counsel for Plaintiffs
and the Certified Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MYFORD TOUCH CONSUMER LITIGATION | No. 3:13-cv-03072-EMC<br><br>**JOINT STATEMENT REGARDING REDACTIONS IN ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

On September 14, 2016, the Court issued its *Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification* ("Order") [ECF No. 279]. In the Order, the Court set a deadline of September 23, 2016, for the parties to identify the portions, if any, of the Order that need to be sealed. *Id*. at 49.

Plaintiffs, on behalf of themselves and the certified classes, and Defendant Ford Motor Company agree that nothing in the Order needs to be sealed, so that the Order in its entirety may be filed publicly.

DATED: September 21, 2016                    HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
Craig R. Spiegel (122000)
Tyler Weaver (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: catherineg@hbsslaw.com
E-mail: tyler@hbsslaw.com
E-mail: craigs@hbsslaw.com

Adam J. Levitt (*pro hac vice*)
Jeffrey A. Almeida (*pro hac vice*)
Kyle McGee (*pro hac vice*)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, IL 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
E-mail: alevitt@gelaw.com
E-mail: jalmeida@gelaw.com
E-mail: kmcgee@gelaw.com

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
E-mail: rtellis@baronbudd.com
E-mail: mpifko@baronbudd.com

| | |
|---|---|
| 1 | Nicholas E. Chimicles (*pro hac vice*) |
| 2 | Benjamin F. Johns (*pro hac vice*) |
|   | CHIMICLES & TIKELLIS LLP |
| 3 | One Haverford Centre |
|   | 361 West Lancaster Avenue |
| 4 | Haverford, Pennsylvania 19041 |
|   | Telephone: (610) 642-8500 |
| 5 | Facsimile: (610) 649-3633 |
|   | E-mail: nick@chimicles.com |
|   | E-mail: benjohns@chimicles.com |

***Co-Lead Counsel for Plaintiffs and the Certified Classes***

/s/ *Randall W. Edwards*
Randall W. Edwards (179053)
redwards@omm.com
E. CLAY MARQUEZ (S.B. #268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (pro hac vice)
shammack@omm.com
DAVID R. DOREY (S.B. #286843)
ddorey@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Attorneys for Defendant***
***FORD MOTOR COMPANY***

1 **E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                */s/ Steve W. Berman*
                                                STEVE W. BERMAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on September 21, 2016. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

DATED: September 21, 2016  HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
STEVE W. BERMAN