UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WHALEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 13-cv-03072-EMC<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Docket No. 283, 285 |

On September 14, 2016, the Court granted in part and denied in part Plaintiffs' motion to certify the class. *See* Docket No. 279. Both parties filed motions for leave to file motions for reconsideration. *See* Docket Nos. 283, 285 ("Motions"). Having considered the parties' arguments, the Court **GRANTS** both Motions.

Each party shall file its motion, not to exceed ten (10) pages, by **October 6, 2016**. Oppositions, also not exceeding ten (10) pages, shall be filed by **October 13, 2016**. The Court shall take the motions under submission.

The Court vacates the deadlines and hearing related to the motion for summary judgment until such time as the Court issues a further order.

This Order disposes of Docket Numbers 283 and 285.

**IT IS SO ORDERED**.

Dated: September 27, 2017



_____
EDWARD M. CHEN
United States District Judge