STEVE W. BERMAN (*pro hac vice*)
CATHERINE Y.N. GANNON (*pro hac vice*)
TYLER WEAVER (*pro hac vice*)
CRAIG SPIEGEL (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com
tyler@hbsslaw.com
craigs@hbsslaw.com

ROLAND TELLIS (186269)
MARK PIFKO (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
rtellis@baronbudd.com
mpifko@baronbudd.com

ADAM J. LEVITT (*pro hac vice*)
JOHN E. TANGREN (*pro hac vice*)
DICELLO LEVITT & CASEY LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dlcfirm.com

NICHOLAS E. CHIMICLES (*pro hac vice*)
BENJAMIN F. JOHNS (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
nick@chimicles.com
bfj@chimicles.com

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-cv-03072-EMC<br><br>**REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:        September 14, 2017<br>Time:       10:30 a.m.<br>Courtroom: 5, 17th Floor<br>Judge:      Hon. Edward M. Chen |

Please take notice that Benjamin F. Johns and John E. Tangren, two of the Plaintiffs' attorneys, respectfully request to appear telephonically at the Case Management Conference currently scheduled for September 14, 2017, at 10:30 a.m. before the Honorable Edward M. Chen in this case.

1

Mr. Johns wishes to participate telephonically so as to limit the costs and expenses in prosecuting this case, and due to his obligations in other matters. His in-person attendance would require airline travel to and from Philadelphia, Pennsylvania and the likelihood of overnight accommodations. He has discussed his proposed telephonic attendance with all Co-lead Counsel and believes it is effective in limiting costs and expenses since other co-lead counsel (including Mr. Johns' partner, Nicholas E. Chimicles), will be attending the conference in-person. While not attending the conference in-person, Mr. Johns would like to participate in it telephonically because he is one of the attorneys who has had regular communications with counsel for Ford about the upcoming dissemination of class notice and other pertinent matters.

Mr. Tangren seeks to participate telephonically for similar reasons. His in-person attendance would require him to travel from Chicago, and his partner Adam J. Levitt will be attending the conference in-person. Mr. Tangren has also has had regular communications with counsel for Ford about the upcoming dissemination of class notice and other pertinent matters, and would therefore like to participate in the conference.

DATED: September 8, 2017                    CHIMICLES & TIKELLIS LLP

                                            By:    */s/ Benjamin F. Johns*
                                                   BENJAMIN F. JOHNS

Nicholas E. Chimicles (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
E-mail: nick@chimicles.com
E-mail: benjohns@chimicles.com

Steve W. Berman (*pro hac vice*)
Catherine Y.N. Gannon (*pro hac vice*)
Tyler Weaver (*pro hac vice*)
Craig R. Spiegel (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
E-mail: steve@hbsslaw.com
E-mail: catherineg@hbsslaw.com
E-mail: tyler@hbsslaw.com
E-mail: craigs@hbsslaw.com

Adam J. Levitt (*pro hac vice*)
John E. Tangren (*pro hac vice*)
DICELLO LEVITT & CASEY LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
(Telephone:  (312) 214-7900
E-mail: alevitt@dlcfirm.com
E-mail: jtangren@dlcfirm.com

| | |
|---|---|
|1| Roland Tellis (186269) |
| | Mark Pifko (228412) |
|2| BARON & BUDD, P.C. |
| | 15910 Ventura Boulevard, Suite 1600 |
|3| Encino, California  91436 |
| | Telephone: (818) 839-2320 |
|4| E-mail: rtellis@baronbudd.com |
| | E-mail: mpifko@baronbudd.com |

*Class Counsel*

### ORDER

IT IS SO ORDERED that Benjamin F. Johns and John E. Tangren are permitted to appear by telephone at the September 14, 2017 Case Management Conference.

_____
Hon. Edward M. Chen
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on September 8, 2017. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

DATED: September 8, 2017                    CHIMICLES & TIKELLIS LLP

By:   */s/ Benjamin F. Johns*
            BENJAMIN F. JOHNS