UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-cv-03072-EMC<br><br>**[PROPOSED] ORDER REGARDING RELEASE OF CLASS MEMBER CONTACT INFORMATION**<br><br>Judge: Hon. Edward M. Chen |

On September 14, 2016, the Court granted in part Plaintiffs' Motion for Class Certification (Dkt. 279)

Accordingly, consistent with Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure, it is appropriate for the class notice administrator hired in this case (Angeion Group) to receive, on a confidential basis, vehicle registration information, including names, address, and other available contact information for all Class Members, who are defined as "[a]ll persons or entities who purchased or leased a Ford or a Lincoln vehicle in [the applicable state] from Ford Motor Company or through a Ford Motor Company dealership before August 9, 2013, which vehicle was equipped with a MyFord Touch or MyLincoln Touch in-car communication and entertainment system" solely for the purpose of disseminating notice of the certification order to those persons and entities.

Upon consideration of the Parties' Stipulation, for good cause shown, (1) Angeion Group is authorized to obtain vehicle registration information for Class Members from the Departments of Motor Vehicles in the relevant class states (California, Colorado, Massachusetts, New Jersey, North Carolina, Ohio, Virginia and Washington) solely for the purpose of disseminating class notice to those persons and entities; and (2) the Departments of Motor Vehicles in the relevant class states (California, Colorado, Massachusetts, New Jersey, North Carolina, Ohio, Virginia and Washington) is authorized to release vehicle registration data, including names, mailing addresses and other available contact information, concerning the Class Vehicles to Angeion Group only, solely for the purpose of providing class notice to Class Members.

The Court further orders that Angeion Group shall not provide vehicle registration data, including names, mailing addresses and other available contact information, to Class Counsel.

**IT IS SO ORDERED.**

DATED: \_\_\_\_\_9/14\_\_\_\_\_, 2017    _____
Hon. Edward M. Chen



[PROPOSED] ORDER REGARDING RELEASE OF
CLASS MEMBER VEHICLE REGISTRATION DATA
Case No. 3:13-cv-03072-EMC