# EXHIBIT 36

# In The Matter Of:

*MyFord Touch Consumer Litigation*

---

*Leif Kirchoff*
*August 6, 2015*

---



**Bingham Farms/Southfield ● Grand Rapids**
Ann Arbor ● Detroit ● Flint ● Jackson ● Lansing ● Mt. Clemens ● Saginaw

*Original File KIRCHOFF_LEIF.txt*

*Min-U-Script® with Word Index*

1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3    _____

    In re:                      )
4                                )
    MYFORD TOUCH CONSUMER        )
5    LITIGATION                  )
                                 ) Case No. CV 13-3072-EMC
6                                )
                                 )
7                                )
                                 )
8    _____

9       VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

10                          LEIF KIRCHOFF

11   _____

12

13                          9:04 A.M.

14                        AUGUST 6, 2015

15               1918 EIGHTH AVENUE, SUITE 3300

16                     SEATTLE, WASHINGTON

17

18

19

20

21

22

23

24   REPORTED BY: CARLA R. WALLAT, CRR, RPR, CCR 2578

25

Leif Kirchoff - August 6, 2015                    26

1      Q.  And what about Twitter?

2      A.  I have a Twitter account which I do not use.

3  I believe it is same as Facebook.

4      Q.  Do you post pictures on line, for example, on

5  Instagram or Flickr?

6      A.  Flickr, yes.

7      Q.  Do you use Google Plus?

8      A.  I do not use Google Plus.

9      Q.  What about LinkedIn?

10      A.  I do use LinkedIn.  Just to make sure -- to

11  clarify my answer on Google Plus, I do not use it.

12  Everyone with a G mail account has an account on it.

13      Q.  Okay.  Have you ever posted on a website, for

14  example, in the comments section at the bottom below an

15  article?

16      A.  I'm sure I have.

17      Q.  Do you recall specifically any websites where

18  you've done that?

19      A.  I could not recall a list of websites where

20  I've done that.

21      Q.  Okay.  Have you ever made posts on any forum

22  boards?

23      A.  On any?

24      Q.  Forum boards?

25      A.  Forum?

Leif Kirchoff - August 6, 2015                    27

1     Q.  Forum.

2     A.  Forum.

3     Q.  An online forum board, if you understand what

4  that means.

5     A.  Yes, I'm sure I have.

6     Q.  Do you recall the names of any forum -- forum

7  where you posted?

8     A.  There are certainly several kayak-related

9  forums which I have made posts on in the past, forums

10 such as Professor Paddle and Boater Talk, but I could

11 not venture to give you a complete list of places where

12 I have posted.

13    Q.  Have you ever posted anything on one of these

14 websites that we've spoken about regarding your MyFord

15 Touch system?

16    A.  Not that I can recall.

17    Q.  Where are you licensed to drive?

18    A.  Washington.

19    Q.  Have you ever given testimony in a lawsuit

20 before?

21    A.  Not sworn testimony.

22    Q.  That wasn't my question.

23    A.  I've not -- not any testimony in a lawsuit.

24 I'm sorry.  Yeah, you know --

25             MS. GANNON:  Do you know -- yeah,

 1  maybe --

 2       A.  I should qualify that.  I misunderstood your

 3  question.  I have given testimony in a small claims

 4  court action.  When you said "lawsuit," I misheard

 5  that.

 6       Q.  (BY MR. DOREY)  Okay.  And was that the small

 7  claims action that you told me about earlier today?

 8  What was the name of that action, if you can remember?

 9       A.  I don't recall discussing a small claims

10  action earlier today, but maybe I did.  It was a breach

11  of contract issue with a consulting company which I had

12  negotiated to engage in some work with.

13       Q.  Okay.  And you testified in court with respect

14  to that?

15       A.  Yes.

16       Q.  Okay.  Any other testimony?

17       A.  No.

18       Q.  Okay.  Have you ever been arrested before?

19       A.  I have not been arrested.

20       Q.  Have you ever been convicted of any crime?

21       A.  Do we consider speeding tickets convictions of

22  crimes?

23       Q.  We'll leave those aside.  Other than speeding?

24       A.  Other than speeding tickets, no.

25       Q.  Okay.  Besides the small claims case that we

Leif Kirchoff - August 6, 2015                    117

1        Q.   Okay.  And what about after the update?

2        A.   After the update, and continuing through now,

3    if one is in a call and the vehicle is turned off but

4    with power so that the accessories are still powered,

5    if I turn the vehicle on, the person on the other end

6    of the call can no longer hear me.

7        Q.   Can you hear them?

8        A.   I can.

9        Q.   Okay.  Any other audio problems with respect

10   to the cell phones in the MyFord Touch?

11       A.   Not that I can recall.

12       Q.   Okay.  So let's go to Bluetooth connectivity

13   issues.  Is there anything else with respect to the

14   Bluetooth that we haven't already discussed after lunch

15   today?

16       A.   Yes, I -- the text messaging, I believe falls

17   under this category.

18       Q.   Okay.  Please explain the issue with the text

19   messaging.

20       A.   The MyFord Touch system has a feature which is

21   designed I assume to help drivers keep their hands on

22   the steering wheel, which displays on the screen text

23   messages that come in on the phone.

24       Q.   Okay.  And is yours malfunctioning?

25       A.   Periodically it decides to play back every

Leif Kirchoff - August 6, 2015                    118

1  text message that exists on my phone.

2       Q.  How often?

3       A.  Once a month, once every other month.

4       Q.  And does this happen at random after you're

5  already driving or is it immediately upon startup or

6  something else?

7       A.  It seems -- it seems to happen at random

8  times.  Generally it's been while I'm driving.

9       Q.  Okay.

10       A.  All of the instances I can directly remember

11  has been while I'm driving.

12       Q.  And the last time this happened was when?

13       A.  Early July.

14       Q.  How many text messages did it play back for

15  you at that point?

16       A.  I don't -- I don't recall.  The way to stop it

17  is you disconnect the phone from the system by turning

18  the phone's Bluetooth off.  I don't remember how many

19  messages played back before I managed to...

20       Q.  Would you say it was more than ten messages?

21       A.  Yes.

22       Q.  Had you already read these messages on your

23  cell phone itself so that they were considered read as

24  opposed to unread, if you understand what that means?

25       A.  Yes.

Leif Kirchoff - August 6, 2015                     160

1  remember.

2      A.  I do not remember making any complaint to them

3  on this day.

4      Q.  (BY MR. DOREY)  Okay.  Do you remember

5  receiving any document from Town Ford Lincoln on this

6  day saying what things they did to your vehicle, like a

7  service invoice?

8      A.  I do.

9      Q.  Do you know what happened to that?

10      A.  I am guessing that I discarded it.

11      Q.  Is it your ordinary practice to discard

12  documents pertaining to your vehicle that you receive

13  from dealers?

14             MS. GANNON:  You mean service records?

15      Q.  (BY MR. DOREY)  Service records?

16      A.  I don't typically hold on to service records

17  because I know that Ford keeps a copy of them.

18      Q.  The Ford dealer keeps a copy of them?

19      A.  Yes.

20      Q.  Not Ford Motor Company?

21      A.  The Ford dealership.

22      Q.  I see.  So you throw them away because you

23  know you can go back to the Ford dealer later and get

24  them if you needed to?

25      A.  In general, yes.

 1              (Deposition Exhibit 432 was marked for
 2                  identification.)
 3      Q.  (BY MR. DOREY)  Mr. Kirchoff, we're handing
 4  you what's been marked as Exhibit 432 which has the
 5  Bates Numbers Kirchoff 001111 all the way through 14.
 6  Can you review this document and tell me if you've seen
 7  it before?
 8      A.  (Witness complies.)  Yes.
 9      Q.  Is this a document that you received from
10  Bickford Ford pertaining to service to your 2013 F-250
11  that began on July 1st, 2013?
12      A.  Yes.
13      Q.  And did you ask Bickford Ford to make a repair
14  to your MyFord Touch on this day?
15      A.  Not that I can recall.
16      Q.  And was one of the issues that you raised
17  around this time pertaining to a molding issue, looking
18  at the bottom of 1112, line D?  Customer states right
19  rear door molding defect.
20      A.  I have a vague recollection of a molding
21  problem with one of the doors.
22      Q.  What was -- what is your recollection of the
23  problem?
24      A.  I don't recall -- I don't recall the details.
25      Q.  Do you have any recollection of making a

Leif Kirchoff - August 6, 2015                    162

1  complaint to anybody at Bickford Ford on this day

2  pertaining to MyFord Touch?

3       A.  It is certainly possible that it was brought

4  up informally, but I don't have a specific

5  recollection.

6                 (Deposition Exhibit 433 was marked for

7                  identification.)

8       Q.  (BY MR. DOREY)  Mr. Kirchoff, I'll hand you

9  what's been marked Exhibit 433.  It has the Bates

10 Numbers WLN4 010188 through 93.  And I'll represent to

11 you that this is a document that's in Ford's files that

12 appears to be related to your vehicle.  If you could

13 please just take a look at pages 91 through 93 and let

14 me know when you're done reading it.

15      A.  (Witness reviewing document.)  All right.

16      Q.  So looking at the bottom of 192 of this note

17 that says it was created on July 3, 2013 by Emma

18 Thompson.  It says, The customer says he's had an

19 ongoing issue with Bluetooth connectivity and as a

20 result has had to pull the fuse to reset SYNC four

21 times.

22           Is this an issue you recall raising with Ford

23 on the phone in July of 2013?

24      A.  I'm certain I called them then, yes.

25      Q.  Do you remember reading an issue of Bluetooth

1  connectivity and having pulled a fuse with respect to

2  that?

3      A.  I remember, as I've stated earlier, that on

4  one of the calls I was advised to pull a fuse for a

5  specific issue.  I don't remember doing it four times,

6  but that could be accurate.

7      Q.  Okay.  And then see down a little bit further,

8  it says, The dealer did duplicate the Bluetooth issue

9  involving the customer, answering the phone saying

10 Galaxy Nexus, and the other issue is the entire

11 Bluetooth stack crashing and the system is unable to

12 recognize any Bluetooth device.

13          Any memory of raising that issue with Ford?

14     A.  That is -- that is and was the issue where the

15 phone disconnects and, yes, I do recall raising that

16 with Ford.

17     Q.  Okay.  And then going up a little further to

18 the note that's created on 7/8/2013 it looks like by

19 Melissa Cruz, it says, Obc to cust at 206-618-6253.

20          Is that your phone number?

21     A.  Yes.

22     Q.  Okay.  And then it says, When answering call

23 with phone, outbound audio works but inbound doesn't.

24          That's the issue we talked about a little bit

25 ago, right?

1      A.  Uh-huh.

2      Q.  And then it says again, SYNC/Bluetooth

3   crashes.  He has to pull a fuse to restart system one

4   to two times per month.

5          Does that refresh your recollection about

6   pulling the fuse that often?

7      A.  I'm not -- I'm not going to -- it does.  I

8   will defer to the frequency stated in this document.

9      Q.  Has that frequency changed over time?

10          MS. GANNON:  I'm sorry, so are you -- do

11   you actually remember -- I don't want you to defer

12   because of what we'd spoken about earlier, I don't want

13   you to defer to the document.  So do you actually

14   remember pulling the fuse more than -- you know, once

15   or twice a month as per this note or do you not

16   remember doing that?

17      A.  I don't -- I don't -- I remember pulling the

18   fuse, I don't remember how often.

19      Q.  (BY MR. DOREY)  When was the last time you did

20   that?

21      A.  The problem hasn't occurred since the

22   summer -- that required that particular action hasn't

23   occurred since the summer 2013 software update.

24      Q.  Okay.

25          (Deposition Exhibit 434 was marked for

Leif Kirchoff - August 6, 2015                 185

```
1        Q.  On this day, did you ask Parr Ford to perform
2    a service or repair to your MyFord Touch system?
3        A.  Not that I can recall.
4        Q.  And did you raise a complaint about the MyFord
5    Touch to Parr Ford on this day?
6        A.  Not that I can recall.
7               MS. GANNON:  Do you need to take a break
8    or anything, Mr. Kirchoff?  Sure?
9               THE WITNESS:  Let's get through a couple
10   more and then a break.
11              MS. GANNON:  Okay.
12              (Deposition Exhibit 446 was marked for
13                 identification.)
14       Q.  (BY MR. DOREY)  Mr. Kirchoff, we're handing
15   you what's been marked as Exhibit 446.  It has the
16   Bates Numbers Kirchoff 001106 through 07.  Will you
17   please review this document and tell me if you've seen
18   it before?
19       A.  (Witness reviewing document.)  Yes.
20       Q.  Is this a document that you received from
21   Bickford Ford related to service performed on your
22   vehicle beginning on September 12, 2014?
23       A.  Yes.
24       Q.  Does the document accurately reflect that you
25   brought your vehicle in for a 52,500-mile service?
```

Leif Kirchoff - August 6, 2015                    186

1        A.  Yes.

2        Q.  Did you ask Bickford Ford to perform a repair

3   to your MyFord Touch on this day?

4        A.  Not that I can recall.

5        Q.  Did you complain about the MyFord Touch to

6   anyone at Bickford Ford on this day?

7        A.  Not that I can recall.

8        Q.  The next things I have are a set of three or

9   four docs, so maybe we should take a break now --

10       A.  Sure.  That's fine.

11              THE VIDEOGRAPHER:  We're now going off

12   the record.  The time is 3:40 p.m.

13              (Recess taken.)

14              THE VIDEOGRAPHER:  We're now back on the

15   record.  The time is 3:45 p.m.

16              (Deposition Exhibit 447 was marked for

17               identification.)

18       Q.  (BY MR. DOREY) Mr. Kirchoff, we're handing you

19   what's been marked as Exhibit 447 which has the Bates

20   Numbers Kirchoff 001243 through 46.  Will you please

21   review this document and tell me if you've seen it

22   before?

23       A.  (Witness reviewing document.)  I have.

24       Q.  And does this document -- is this document

25   something that you received from Parr Ford pertaining

Leif Kirchoff - August 6, 2015                    187

1  to service to your vehicle on November 12th of 2014?

2       A.  Yes.

3       Q.  And here directing your attention to job 1.

4  It says, States backup camera will fail and states

5  please contact dealer, or screen goes blank

6  intermittently.

7            What was going on at this point that caused

8  you to bring your vehicle in to Parr Ford related to

9  the backup camera?

10      A.  The backup camera was not functioning

11  correctly.

12      Q.  And what was it doing?

13      A.  It was indicating an error message, the -- I

14  don't recall the specific text of the error, but that

15  the backup camera failed and to please contact dealer.

16      Q.  Okay.

17      A.  And sometimes instead of that, a flickering

18  picture.

19      Q.  And I think that you told me a while ago that

20  it was at this point in time that this issue began to

21  manifest itself far more frequently than it had before;

22  is that right?

23      A.  Probably a month before this time.  It was a

24  while before I got around to taking it in to the dealer

25  to seek a solution.

Leif Kirchoff - August 6, 2015                    188

1       Q.  Okay.  And you obtained a repair to the backup
2   camera on that day as a result of this.  But what
3   happened next?
4       A.  The service which Parr Ford performed did not
5   correct the problem.
6       Q.  Okay.
7               (Deposition Exhibit 448 was marked for
8                  identification.)
9       Q.  (BY MR. DOREY)  Mr. Kirchoff, we're handing
10  you what's been marked as Exhibit 448.  It has the
11  Bates Numbers Kirchoff 001103 through 05.  Will you
12  please review this document and tell me if you've seen
13  it before?
14      A.  (Witness reviewing document.)  Yes.
15      Q.  And is this a document that you received from
16  Bickford Ford pertaining to service to your vehicle
17  that began on November 24, 2014?
18      A.  Yes.
19      Q.  And is the reason you brought the vehicle in
20  to Bickford on this day because you thought that Parr
21  Ford had corrected the problem when you went to see
22  them just a few weeks before?
23              MS. GANNON:  Objection; foundation.
24      Q.  (BY MR. DOREY)  So looking at -- let's compare
25  447 and 448, two invoices.

Leif Kirchoff - August 6, 2015                    189

1     A.  Yes.

2     Q.  You said that Parr Ford didn't solve the issue

3  of the backup camera, right?

4     A.  Correct.

5     Q.  And so my question is, is that why you brought

6  the vehicle to Bickford on November 24th?

7     A.  Yes.

8     Q.  Okay.  And it appears that on this day they

9  replaced the rear camera, which is different, comparing

10  the two invoices from what Parr Ford had done earlier

11  in the month.  Does that match your understanding?

12          MS. GANNON:  Objection to the extent it

13  calls for an expert conclusion or speculation.

14     Q.  (BY MR. DOREY)  Based on what they told you

15  and your knowledge?

16     A.  I did not discuss extensively with Bickford

17  what components they replaced.  Parr, however, did tell

18  me that they cleaned the connector, they did not tell

19  me that they replaced any parts.

20     Q.  Okay.  Did -- well...

21          (Deposition Exhibit 449 was marked for

22          identification.)

23     Q.  (BY MR. DOREY)  Mr. Kirchoff, we're handing

24  you what's been marked as Exhibit 449.  It has the

25  Bates Numbers Kirchoff 001099 through 1102.  Can you

Leif Kirchoff - August 6, 2015                    190

 1   review this document and tell me if you've seen it
 2   before?
 3       A.  (Witness reviewing document.)  I have.
 4       Q.  And is this document something that Bickford
 5   provided to you incident to service to your vehicle
 6   that began on December 15, 2014?
 7       A.  Yes.
 8       Q.  And under line A it says, B/UP -- I assume
 9   that means backup -- camera blacks out.  Says camera
10   fault.  See dealer.
11           So it appears that as between the service at
12   Exhibit 448 and 449, the backup camera issue had
13   continued; is that correct?
14       A.  It is.
15       Q.  Okay.  And so seeing that it had continued,
16   you brought your vehicle back in to Bickford, right?
17       A.  Yes.
18       Q.  And did Bickford tell you what had happened
19   with the camera that caused you to need to bring the
20   vehicle back in for another repair?
21           MS. GANNON:  Objection.  I don't
22   understand the question.  Sorry.
23       Q.  (BY MR. DOREY)  Incident to the service here,
24   December 15, 2014, did anybody at Bickford tell you
25   what had happened with the prior service that was

 1   inadequate to repair the issue?

 2        A.  Yes.

 3        Q.  What was that?

 4        A.  There was some additional problems after --

 5   the camera wasn't displaying properly after the --

 6   properly in other ways after the service on, was it

 7   December 4th?  I discovered it right after exiting the

 8   dealership.  They told me that a part which Ford had

 9   told them to use was in fact the wrong part.  And in

10   addition to that, they had to, because -- in addition

11   to the problem that that wrong part created, the camera

12   was also still failing, they replaced additional parts

13   as well as replacing the part which was replaced with

14   the incorrect part.  They replaced it with the correct

15   part.

16        Q.  Okay.  And after Bickford Ford did that, was

17   the problem taken care of?

18        A.  The -- the problem concerning wavy lines on

19   the screen or picture, a fuzzy, a staticy picture was

20   solved.  The incident of the camera indicator, the

21   MyFord Touch indicating it can't connect with a camera

22   went back to the incident that the frequency prior to

23   when it started to get much worse.

24        Q.  So as a result of this repair, to the best of

25   your understanding, the problem that ultimately caused

1  you to seek repair to the backup camera in the first
2  place was solved?
3       A.  Yes.
4       Q.  Is the problem that caused you to bring the
5  vehicle in for repair on these three occasions we've
6  just spoken about, a problem that has caused you to sue
7  Ford Motor Company?
8            MS. GANNON:  Objection to the extent it
9  calls for an expert or legal conclusion.
10      A.  As -- as I detailed earlier in our
11  conversation today, there are three individual problems
12  that occur with the backup camera.  In -- in the fall
13  of 2014, the frequency of those problems very
14  dramatically increased.  We were able to solve those
15  problems and then they went -- they decreased again.
16  Certain aspects of those problems still exist and are
17  part of the total body of issues which have prompted me
18  to get involved in this.
19      Q.  (BY MR. DOREY)  But was the increase in the
20  issue, and subsequent decrease, part of the reason why
21  you decided to bring a suit?
22            MS. GANNON:  Same objections.
23      A.  I -- it would -- the problem was solved, so,
24  no.
25      Q.  (BY MR. DOREY)  Okay.  So looking back here at

Leif Kirchoff - August 6, 2015          193

1  448 -- excuse me.  At 450.

2              COURT REPORTER:  No, we haven't marked

3  that.  449 maybe?

4       A.  449.

5       Q.  (BY MR. DOREY)  Looking back here at 449, do

6  you believe that Bickford Ford inadequately repaired

7  your backup camera on this day?

8       A.  On 449?

9       Q.  Yeah, the --

10      A.  The final --

11      Q.  The final resolution?

12      A.  I believe that they repaired the backup camera

13 as adequately as they were able.

14      Q.  So you think that it was an inadequate repair?

15             MS. GANNON:  Objection to the extent it

16 calls for an expert conclusion.

17      A.  They repaired it to the behavior exhibited by

18 the vehicle prior to the problem getting much worse.

19      Q.  (BY MR. DOREY)  Did you tell anybody at

20 Bickford Ford about that after this repair, 449, was

21 completed?

22      A.  I don't -- I don't recall if I did or not.

23             (Deposition Exhibit 450 was marked for

24                identification.)

25      Q.  (BY MR. DOREY)  Mr. Kirchoff, you've just been

Leif Kirchoff - August 6, 2015                    267

1                    REPORTER'S CERTIFICATE

2

3          I, CARLA R. WALLAT, the undersigned Certified Court

4    Reporter pursuant to RCW 5.28.010 authorized to administer

5    oaths and affirmations in and for the State of Washington, do

6    hereby certify that the sworn testimony and/or proceedings, a

7    transcript of which is attached, was given before me at the

8    time and place stated therein; that any and/or all witness(es)

9    were duly sworn to testify to the truth; that the sworn

10   testimony and/or proceedings were by me stenographically

11   recorded and transcribed under my supervision, to the best of

12   my ability; that the foregoing transcript contains a full,

13   true, and accurate record of all the sworn testimony and/or

14   proceedings given and occurring at the time and place stated

15   in the transcript; that a review of which was requested; that

16   I am in no way related to any party to the matter, nor to any

17   counsel, nor do I have any financial interest in the event of

18   the cause.

19          WITNESS MY HAND AND DIGITAL SIGNATURE this 17th day of

20   August, 2015.

21

22

23   _____

24   CARLA R. WALLAT
     Washington State Certified Court Reporter, #2578

25