STEVE W. BERMAN (*pro hac vice*)
CATHERINE Y.N. GANNON (*pro hac vice*)
TYLER WEAVER (*pro hac vice*)
CRAIG SPIEGEL (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
catherineg@hbsslaw.com
tyler@hbsslaw.com
craigs@hbsslaw.com

ROLAND TELLIS (186269)
MARK PIFKO (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
rtellis@baronbudd.com
mpifko@baronbudd.com

ADAM J. LEVITT (*pro hac vice*)
JOHN E. TANGREN (*pro hac vice*)
DICELLO LEVITT & CASEY LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dlcfirm.com

NICHOLAS E. CHIMICLES (*pro hac vice*)
BENJAMIN F. JOHNS (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
nick@chimicles.com
bfj@chimicles.com

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-cv-03072-EMC<br><br>[~~PROPOSED~~] **ORDER APPROVING PROTOCOL FOR DISSEMINATING NOTIFICATION TO THE CERTIFIED CLASSES, AND APPOINTING JND LEGAL ADMINISTRATION AS THE NOTICE ADMINISTRATOR**<br><br>Judge: Hon. Edward M. Chen |

Plaintiffs, after having conferred with counsel for Defendant Ford Motor Company ("Defendant") and with the proposed notice administrator, JND Legal Administration ("JND"), hereby submit the following notice protocol for approval by the Court:

1. Plaintiffs will obtain, from two databases previously provided by Ford in discovery, a total of 1,342,092 VIN numbers for class vehicles purchased or leased in the United States (the "VIN List"). The Plaintiffs, through the notice administrator, will run the VIN List through the Departments of Motor Vehicles ("DMV") in each of the eight class states to identify all original and subsequent lessees/purchasers in those states.

2. Plaintiffs will give the VIN List to the notice administrator, who will work with the relevant DMVs to cross check those 1,342,092 VINs for all original and subsequent vehicle transactions made in each of the eight class states before August 9, 2013. This Court entered an order on September 14, 2017 authorizing the notice administrator to receive this information back from the DMVs for the purpose of effectuating notice. *See* Dkt. 332.

3. Before mailing the postcard notice, the notice administrator will first update the addresses it receives from the DMVs by running them through a national change of address database. It will then mail the Court-approved postcard notice to all of these addresses.

4. The notice administrator will also provide the information it receives back from the state DMVs to Ford so that it can provide any e-mail addresses it has that are associated with those purchasers/lessees. Any such e-mail addresses will then be provided by Ford to JND, which will send the Court-approved e-mail notice to these addresses.

5. The notice administrator will establish and maintain a dedicated website that will contain the information in the Long Form Notice that was approved by the Court. *See* Dkt. 330.

6. Any timely submitted opt-out or exclusion forms will be collected by the notice administrator. Shortly after the deadline for opt-outs (January 29, 2018), the notice administrator will file a declaration with the Court confirming that the above steps were undertaken, and identifying any class members who timely elect to exclude themselves.

1 | 7. Plaintiffs respectfully request that the Court approve their selection of JND as the notice administrator. JND has extensive experience administrating complex class action lawsuits, both in the context of settlements and litigation classes. A copy of JND's resume is submitted herewith as Exhibit A.

8. Counsel for Ford has reviewed and is not opposed to any of the foregoing.

## ORDER

**WHEREUPON,** the Court having reviewed the foregoing **[PROPOSED] ORDER APPROVING PROTOCOL FOR DISSEMINATING NOTIFICATION TO THE CERTIFIED CLASSES, AND APPOINTING JND LEGAL ADMINISTRATION GROUP AS THE NOTICE ADMINISTRATOR,** it is hereby **ORDERED** that (1) the notice protocol described above is approved, and (2) Plaintiffs' selection of JND Legal Administration as the notice administrator is approved.

DATED: October 13, 2017

Hon. Edward M. Chen
United States District Judge

DATED: October 13, 2017     CHIMICLES & TIKELLIS LLP

By:    */s/ Benjamin F. Johns*
       BENJAMIN F. JOHNS
Nicholas E. Chimicles (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041

[PROPOSED] ORDER APPROVING PROTOCOL FOR DISSEMINATING NOTIFICATION TO THE CERTIFIED CLASSES, AND APPOINTING JND LEGAL ADMINISTRATION AS THE NOTICE ADMINISTRATOR
Case No. 3:13-cv-03072-EMC

| | |
|---|---|
| 1 | Telephone: (610) 642-8500 |
| | E-mail: nick@chimicles.com |
| 2 | E-mail: benjohns@chimicles.com |
| 3 | |
| 4 | Steve W. Berman (*pro hac vice*) |
| | Catherine Y.N. Gannon (*pro hac vice*) |
| 5 | Tyler Weaver (*pro hac vice*) |
| | Craig R. Spiegel (122000) |
| 6 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1918 Eighth Avenue, Suite 3300 |
| 7 | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| 8 | E-mail: steve@hbsslaw.com |
| | E-mail: catherineg@hbsslaw.com |
| 9 | E-mail: tyler@hbsslaw.com |
| | E-mail: craigs@hbsslaw.com |
| 10 | Adam J. Levitt (*pro hac vice*) |
| | John E. Tangren (*pro hac vice*) |
| 11 | DICELLO LEVITT & CASEY LLC |
| | Ten North Dearborn Street |
| 12 | Eleventh Floor |
| | Chicago, Illinois 60602 |
| 13 | (Telephone: (312) 214-7900 |
| | E-mail: alevitt@dlcfirm.com |
| 14 | E-mail: jtangren@dlcfirm.com |
| 15 | |
| 16 | Roland Tellis (186269) |
| | Mark Pifko (228412) |
| 17 | BARON & BUDD, P.C. |
| | 15910 Ventura Boulevard, Suite 1600 |
| 18 | Encino, California 91436 |
| | Telephone: (818) 839-2320 |
| 19 | E-mail: rtellis@baronbudd.com |
| | E-mail: mpifko@baronbudd.com |
| 20 | ***Class Counsel*** |

| | | |
|---|---|---|
| 1 | DATED: October 13, 2017 | O'MELVENY & MYERS LLP |
| 2 | | By: */s/ Randall W. Edwards* |
| 3 | | Randall W. Edwards (179053)<br>O'MELVENY & MYERS LLP |
| 4 | | Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111 |
| 5 | | Telephone: (415) 984-8700<br>E-mail: redwards@omm.com |
| 6 | | Warren E. Platt |
| 7 | | SNELL & WILMER LLP<br>Plaza Tower |
| 8 | | 600 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626 |
| 9 | | Telephone: (714) 427-7000<br>Email: wplatt@swlaw.com |
| 10 | | Janet L. Conigliaro *(pro hac vice)* |
| 11 | | DYKEMA GOSSETT PLLC<br>400 Renaissance Center |
| 12 | | Detroit, Michigan 48243<br>Telephone: (313) 568-5372 |
| 13 | | E-mail: jconigliaro@Dykema.com |
| 14 | | ***Attorneys for Defendant***<br>***FORD MOTOR COMPANY*** |

[PROPOSED] ORDER APPROVING PROTOCOL FOR DISSEMINATING NOTIFICATION TO THE CERTIFIED CLASSES, AND APPOINTING JND LEGAL ADMINISTRATION AS THE NOTICE ADMINISTRATOR
Case No. 3:13-cv-03072-EMC

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I hereby certify that on October 13, 2017, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

DATED: October 13, 2017          CHIMICLES & TIKELLIS LLP

By:    */s/ Benjamin F. Johns*
        BENJAMIN F. JOHNS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on October 13, 2017. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

DATED: October 13, 2017                CHIMICLES & TIKELLIS LLP

By: ___/s/ Benjamin F. Johns___
         BENJAMIN F. JOHNS