UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 13-cv-03072-EMC<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Docket No. 339 |

In conjunction with its motion for summary judgment, Defendant Ford Motor Company ("Ford") has filed an administrative motion requesting leave to file several supporting exhibits under seal. Ford contends that the "good cause" standard applies because this is a "nondispositive motion for class certification" under *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). *See* Docket No. 339 at 4. However, this is a motion for summary judgment, not class certification. Under *Kamakana*, summary judgment is a dispositive motion and Ford must show "compelling reasons" to support sealing. Further, the Ninth Circuit no longer distinguishes between "dispositive" and "non-dispositive" motions; now, the critical inquiry is whether a motion is more than tangentially related to the merits. *See Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016). A summary judgment motion plainly is, so the compelling reasons standard applies.

Ford's administrative motion is therefore **DENIED** without prejudice to re-filing. Ford must demonstrate its request meets the "compelling reasons" standard, and must "narrowly tailor[]" its request to protect information that Ford maintains is confidential. Civil L.R. 79-5(d)(1)(B). Ford must comply with Civil L.R. 79-5. The supporting declaration should provide a detailed explanation to the Court of the asserted basis for confidentiality and the courtesy copies

1  provided to chambers should include "the portions to be sealed *highlighted* or *clearly noted*."
2  Civil L.R. 79-5(d)(2) (emphasis added).  Ford shall file the updated motion (or unredacted copies
3  of the exhibits if it opts not to seal them) by October 23, 2017.
4     This order disposes of Docket No. 339.

6  **IT IS SO ORDERED**.

8  Dated: October 16, 2017

   _____
   EDWARD M. CHEN
   United States District Judge