| | |
|---|---|
| RANDALL W. EDWARDS (S.B. #179053)<br>redwards@omm.com<br>E. CLAY MARQUEZ (S.B. #268424)<br>cmarquez@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone:   (415) 984-8700<br>Facsimile:    (415) 984-8701 | WARREN E. PLATT (S.B. #154086)<br>wplatt@swlaw.com<br>SNELL & WILMER LLP<br>Plaza Tower<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br>Telephone:   (714) 427-7000<br>Facsimile:    (714) 427-7799 |

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice*)
shammack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:    (202) 383-5414

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-CV-3072-EMC<br><br>**[PROPOSED] ORDER GRANTING FORD'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

1   Defendant Ford Motor Co. has moved to remove incorrectly filed docket entries
2   340-4 and 343-1, two identical copies of Exhibit 44 to the Declaration of Randall W.
3   Edwards in Support of Ford's Motion for Summary Judgment.
4   Having considered the papers submitted and any arguments of the parties and
5   finding good cause, the Court hereby grants Ford's Motion to Remove Incorrectly Filed
6   Document at docket entries 340-4 and 343-1 and HEREBY ORDERS THE CLERK to
7   permanently remove from the electronic docket, docket entries 340-4 and 343-1.
8   **IT IS SO ORDERED.**

10   Dated: October 17, 2017

_APPROVED_
_Judge Edward M. Chen_

[PROPOSED] ORDER GRANTING FORD'S
MOTION TO REMOVE DOCUMENT
CASE NO. 3:13-CV-3072-EMC