RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
E. CLAY MARQUEZ (S.B. #268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice*)
shammack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

WARREN E. PLATT (S.B. #154086)
wplatt@swlaw.com
SNELL & WILMER LLP
Plaza Tower
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant Ford Motor Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. CV 13-3072-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

The Court having considered the Joint Stipulation to Extend Time for Defendant to Respond to Plaintiffs' Administrative Motion to File Documents Under Seal submitted by the parties pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, hereby GRANTS the parties' request and orders as follows: Ford Motor Company shall have until November 28, 2017, to file its Response to Plaintiff's Administrative Motion to File Documents Under Seal.

**IT IS SO ORDERED.**

DATED: November 21, 2017

_____
IT IS SO ORDERED
Judge Edward M. Chen

ORDER GRANTING JOINT STIP.
CASE NO. CV 13-3072-EMC