| | |
|---|---|
| STEVE W. BERMAN (*pro hac vice*) | ADAM J. LEVITT (*pro hac vice*) |
| CATHERINE Y.N. GANNON (*pro hac vice*) | JOHN E. TANGREN (*pro hac vice*) |
| TYLER WEAVER (*pro hac vice*) | DICELLO LEVITT & CASEY LLC |
| CRAIG SPIEGEL (122000) | Ten North Dearborn Street |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Eleventh Floor |
| 1918 Eighth Avenue, Suite 3300 | Chicago, Illinois 60602 |
| Seattle, Washington 98101 | Telephone: (312) 214-7900 |
| Telephone: (206) 623-7292 | alevitt@dlcfirm.com |
| steve@hbsslaw.com | |
| catherineg@hbsslaw.com | NICHOLAS E. CHIMICLES (*pro hac vice*) |
| tyler@hbsslaw.com | BENJAMIN F. JOHNS (*pro hac vice*) |
| craigs@hbsslaw.com | CHIMICLES & TIKELLIS LLP |
| | One Haverford Centre |
| | 361 West Lancaster Avenue |
| | Haverford, Pennsylvania 19041 |
| ROLAND TELLIS (186269) | Telephone: (610) 642-8500 |
| MARK PIFKO (228412) | nick@chimicles.com |
| BARON & BUDD, P.C. | bfj@chimicles.com |
| 15910 Ventura Boulevard, Suite 1600 | |
| Encino, California 91436 | |
| Telephone: (818) 839-2320 | |
| rtellis@baronbudd.com | |
| mpifko@baronbudd.com | |

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MYFORD TOUCH CONSUMER LITIGATION | No. 13-cv-3072-EMC<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES REGARDING CLASS NOTICE AND LAST DAY FOR OPT-OUTS**<br><br>Judge: Hon. Edward M. Chen |

# [~~PROPOSED~~] ORDER

WHEREUPON, the Court having reviewed the Parties' Stipulation Regarding Class Notice and Last Day for Opt-Outs, it is hereby ORDERED that (1) the deadline for sending class notice is extended to Wednesday, December 22, 2017, and (2) the deadline to opt-out is extended to ~~Wednesday, January 31, 2018.~~ Monday, February 5, 2018. Hearing on MSJs reset from 2/1/18 to 2/6/18 at 10:30 a.m.

IT IS SO ORDERED.

Dated: December 12, 2017



Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

[Proposed] Order Granting Stipulation Regarding Class Notice and Last Day for Opt-Outs - 1
Case No.: 13-cv-3072-EMC