| | |
|---|---|
| STEVE W. BERMAN (*pro hac vice*) | ADAM J. LEVITT (*pro hac vice*) |
| CRAIG SPIEGEL (122000) | JOHN E. TANGREN (*pro hac vice*) |
| TYLER WEAVER (*pro hac vice*) | DICELLO LEVITT & CASEY LLC |
| CATHERINE Y.N. GANNON (*pro hac vice*) | Ten North Dearborn Street, Eleventh Floor |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Chicago, Illinois 60602 |
| 1918 Eighth Avenue, Suite 3300 | Telephone: (312) 214-7900 |
| Seattle, Washington 98101 | alevitt@dlcfirm.com |
| Telephone: (206) 623-7292 | jtangren@dlcfirm.com |
| Facsimile: (206) 623-0594 | |
| steve@hbsslaw.com | NICHOLAS E. CHIMICLES (*pro hac vice*) |
| catherineg@hbsslaw.com | BENJAMIN F. JOHNS (*pro hac vice*) |
| tyler@hbsslaw.com | CHIMICLES & TIKELLIS LLP |
| craigs@hbsslaw.com | One Haverford Centre |
| | 361 West Lancaster Avenue |
| ROLAND TELLIS (186269) | Haverford, Pennsylvania 19041 |
| MARK PIFKO (228412) | Telephone: (610) 642-8500 |
| BARON & BUDD, P.C. | Facsimile: (610) 649-3633 |
| 15910 Ventura Boulevard, Suite 1600 | nick@chimicles.com |
| Encino, California 91436 | benjohns@chimicles.com |
| Telephone: (818) 839-2320 | |
| Facsimile: (818) 986-9698 | |
| rtellis@baronbudd.com | |
| mpifko@baronbudd.com | |

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-cv-03072-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1     This matter comes before the Court on Plaintiffs' Administrative Motion to File Under Seal Exhibits 23-25 to the Declaration of Steve W. Berman in Support of Plaintiffs' Opposition to Ford's Motion for Summary Judgment ("Berman Declaration").

    Upon consideration of the motion to seal as well as the papers submitted in support and in opposition and good cause appearing, the motion is GRANTED.

    The Court hereby ORDERS that the following documents be filed under seal:

| Document | Portion(s) to be Sealed |
|---|---|
| Exhibit 23 to the Berman Declaration | Entire document |
| Exhibit 24 to the Berman Declaration | Entire document |
| Exhibit 25 to the Berman Declaration | Entire document |

**IT IS SO ORDERED.**

DATED: 2/5/18

The Honorable
United States



[PROPOSED] ORDER GRANTING PLS.' ADMIN.
MOTION TO FILE DOCS UNDER SEAL – 1
010388-11 998203 V1

Case No. 3:13-cv-03072-EMC