# EXHIBIT 40



# SYNC/MyFord Touch
## Satisfaction & Usage Study

January 2012

# Overview



- Background & Objectives, Methodology

- Key Findings

- Detailed Findings
  - SYNC Importance
  - Feature Familiarity, Usage & Interest
  - System Control, Voice Command Usage & User Profiles
  - Satisfaction & Willingness to Recommend
  - Concerns & Assistance with SYNC
  - Registration, Overview Session & Dealership Rating
  - Likelihood to Renew

- Implications & Recommendations



WLN1-4156898

# Background & Objectives



- 2011 Wave 3 marks the fifth fielding of this study, which was first measured in late 2009.

  - "2010 Total" (Q4 2010) was conducted among 2010/2011 MY Version 3 Sync Owners.

  - "2011 Wave 2" (Q2 2011) was conducted among Owners of 2011/2012 MY Edge, Explorer, MKX and Focus, equipped with SYNC with MyFord or MyLincoln Touch; purchased between 2/1/2011-4/30/2011.

  - "2011 Wave 3" (Q4 2011) was conducted among 2011/2012 MY Version 1, 3 and 4 Sync Owners, as well as owners of 2011/2012 MY Edge, Explorer, MKX and Focus, equipped with SYNC with MyFord or MyLincoln Touch; purchased between 4/30/2011-11/1/2011.

- This study was conducted for the Cross Vehicle Marketing Team with the following objectives:

  - Measure current SYNC Feature Awareness & Usage
  - Measure current SYNC Owner Satisfaction & Willingness to Recommend
  - Measure Satisfaction among first-generation MyFord/MyLincoln Touch Owners.
  - Identify Barriers to Usage, Upgrade, and Registration
  - Gauge Owner Likelihood to Renew



CONFIDENTIAL | January 2012    3

# Methodology



- Online survey lasting approximately 15-20 minutes.

- Respondents qualified for the survey by being either current owners of 2011/2012 MY Version 1, 3 and 4 SYNC-equipped vehicles, and/or current owners of 2011/2012 MY Edge, Explorer, MKX and Focus, equipped with SYNC with MyFord or MyLincoln Touch.

  - This report trends to "2010 Total" when looking at overall sample. Current wave data specific to MyFord or MyLincoln Touch is trended to "2011 Wave 2."

- 1,764 total interviews were completed among:

  - 1,323 SYNC Owners

  - 441 SYNC with MyFord or MyLincoln Touch Owners

- Current data was weighted to represent model ownership as well as SYNC registration and sample demographics.

- Previous waves of data have been re-weighted to include a demographic component, aligning proportions to the overall Owner list sample. As a result, historical data within this report will not match to historical reports.



Global Consumer Insights

CONFIDENTIAL | January 2012    4

WLN1-4156900



# KEY FINDINGS



WLN1-4156901

# Key Findings



- As more consumers become aware of SYNC's features, the system's impact on their purchase decision grows.
    - A majority of these features/services experience an increase in Familiarity.
    - More owners indicate that SYNC is "Critically Important," as fewer see it as "Not Important But Nice To Have" or "Not At All Important."
    - Nearly half of Smart Phone Owners view SYNC as important or critically important to their purchase decision.
- Voice Command usage is on the rise, with 77% of respondents indicating they operate SYNC features in this fashion.
- Despite increases in Importance and Familiarity, overall SYNC Satisfaction is down.
    - SYNC w/MFT Owners are particularly unhappy, as 25% report they are "Mostly Dissatisfied," a 10 pct. pt increase.
    - While overall SYNC Satisfaction declines, feature Satisfaction is stable.
- Likelihood To Recommend SYNC also declines as far fewer would "Definitely Recommend" and an increasing number would "Definitely Not Recommend."
    - SYNC w/MFT is hit especially hard as its "Net Promoter" score declines 23 points, to negative territory.



WLN1-4156902

# Key Findings (continued)



- Ease Of Use for MFT declines.
    - An increasing number are reporting that their MyFord or MyLincoln Touch systems are "Very Or Somewhat Difficult To Use," as fewer view it as "Very Easy To Use."
        - ✓ Smart Phone Owners drive this increase in reports of difficulties.
- More Owners are reporting concerns or problems with their SYNC System.
    - The main concern remains that the "System Doesn't Understand Their Voice Commands."
        - ✓ Due to an increase in mentions, this issue exists in nearly half of all of those who have reported concerns.
- Satisfaction of Assistance with SYNC takes a sharp downturn, regardless of the method/channel used.
    - As more Owners are turning to the Internet for help, far fewer are actually Satisfied with the assistance they received.
- While Registration is up, Likelihood To Renew is down.
    - This is highlighted by an increase in those who said they "Definitely Will Not" renew SYNC features.
        - ✓ Disinterest in paying for SYNC's features increases, reaching parity with a declining "I Currently Am Not Using These Features" as the most frequently cited reason for not renewing.



WLN1-4156903



# DETAILED FINDINGS



WLN1-4156904



# SYNC IMPORTANCE



CONFIDENTIAL | January 2012    9



# SYNC Importance

- Over half of consumers report that SYNC was an important factor in their purchase decision. As fewer mention SYNC as either "Not Important But Nice To Have" or "Not At All Important," more view it as "Critically Important" or "An Important Reinforcement Of My Choice Of Vehicle."



|  | Total | Memo: 2010 Total |
|---|---|---|
| Critically Important - I Would Not Have Bought My Vehicle Without It | 14% ↑ | 11% |
| Important But Not Critical To My Choice Of Vehicle | 24% | 22% |
|  | 38% ↑ | 33% |
| An Important Reinforcement Of My Choice Of Vehicle | 18% ↑ | 14% |
| Not Important But Nice To Have On My Vehicle | 33% ↓ | 37% |
| Not At All Important - I Chose The Vehicle Off The Dealer Lot And SYNC Happened To Be On It | 12% ↓ | 17% |
|  | 45% ↓ | 54% |

*Sample Size:*    (1764)        (995)

*Q3. Please indicate the impact that SYNC technology had on your decision to purchase your vehicle?*      ↑↓ *Significantly higher/lower than previous wave.*



WLN1-4156906



# SYNC Importance

- Those who have not experienced problems with SYNC not only drive the increase in "Critically Important" and "An Important Reinforcement," they also contribute to the decline of "Not Important But Nice To Have."

- Smart Phone Owners tend to view SYNC as more important than Non-Smart Phone Owners do. The same can be said when comparing SYNC w/MFT Owners to SYNC Owners.

| | Total | SYNC w/MFT | SYNC | No Problems with SYNC | Problems with SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|---|---|
| **Critically Important - I Would Not Have Bought My Vehicle Without It** | 14% ↑ | 20% | 12% | 12%↑ | 17% | 20% | 8% |
| | 11% | 18% | 11% | 9% | 15% | 18% | 7% |
| **Important But Not Critical To My Choice Of Vehicle** | 24% | 28% | 23% | 24% | 23% | 29% | 19% |
| | 22% | 27% | 22% | 22% | 23% | 30% | 18% |
| **An Important Reinforcement Of My Choice Of Vehicle** | 18% ↑ | 21% | 17%↑ | 17%↑ | 19% | 20% | 15%↑ |
| | 14% | 18% | 14% | 13% | 16% | 17% | 12% |
| **Not Important But Nice To Have On My Vehicle** | 33%↓ | 22%↓ | 36% | 35% | 30% | 25% | 42% |
| | 37% | 28% | 37% | 37% | 36% | 27% | 42% |
| **Not At All Important - I Chose The Vehicle Off The Dealer Lot And SYNC Happened To Be On It** | 12%↓ | 10% | 12%↓ | 13%↓ | 9% | 6% | 17%↓ |
| | 17% | 9% | 17% | 18% | 11% | 8% | 22% |
| *Current Wave Sample Size:* | *(1764)* | *(441)* | *(1323)* | *(1123)* | *(641)* | *(951)* | *(813)* |
| *Previous Wave Sample Size:* | *(995)* | *(291)* | *(995)* | *(710)* | *(276)* | *(467)* | *(528)* |

Legend: ▩ Current Wave   ▩ Previous Wave

*Q3. Please indicate the impact that SYNC technology had on your decision to purchase your vehicle?*

↑↓ *Significantly higher/lower than previous wave.*



WLN1-4156907



# FEATURE FAMILIARITY, USAGE & INTEREST



WLN1-4156908

# Familiarity with Features/Services (Total Sample)



- Familiarity increases among nearly all SYNC features/services, most notably in "Turn-By-Turn Directions."
- New this wave, "Bluetooth Streaming" performs at parity with a number of SYNC's more well known features and services. "AppLink" has minimal Familiarity.
- "Hands-Free Calling" remains the most widely-known feature, with 89% awareness.



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*

# Familiarity with Features/Services (Among Those with SYNC w/MFT)



- In general, Familiarity with features/services is higher among those with SYNC w/MFT.

- "Hands Free Calling," "Vehicle Health Report," "MP3 Player" and "Audible Text Messaging" all experience gains.



Q9.  SYNC offers a variety of features and services.  Which of the following features are familiar to you? (SELECT ALL THAT APPLY)

↑↓ Significantly higher/lower than previous wave.



WLN1-4156910

# Familiarity with Features/Services (Among Those with SYNC)



- Though lower than those with SYNC w/MFT, SYNC Owner's feature/service awareness is growing.

- Apart from "Hands Free Calling" and "MP3 Player," Familiarity increases among all previously tracked features.



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012     15



# Familiarity with Features/Services (Among Smart Phone Owners)

- Smart Phone Owners are also increasingly aware of SYNC's features/services this wave.
- With a 20 percentage point improvement, "Turn-by-Turn Directions" Familiarity increases the most.



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012    16

WLN1-4156912



# Familiarity with Features/Services (Among Non-Smart Phone Owners)

- Though improving, Familiarity remains lower among Non-Smart Phone Owners.

- Increasing by 21 percentage points, "Turn-by-Turn Directions" follows "Hands Free Calling" and "Vehicle Health Report" as the third most prominent feature among Non-Smart Phone Owners.



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012    17



# Frequency of Feature Use

- **Daily use of "Hands-Free Calling"** is on the rise, while usage lessens for "Sports, News And Weather," and "Stocks, Movies, Horoscopes."

- In conjunction with more use of "Turn-by-Turn Directions" on a weekly/monthly basis, far fewer report "Rarely/Never" using it.




| | Hands-Free Calling | Bluetooth Streaming | MP3 Player | Audible Text Messaging | Real Time Traffic | Latest Sports, News And Weather | AppLink | Turn-By-Turn Directions | MapQuest/ Google Send2Car | Stocks, Movies, Horoscopes | Local Business Search | Vehicle Health Report |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sample Size: | (1586) | (900) | (919) | (296) | (475) | (383) | (103) | (938) | (344) | (194) | (358) | (885) |
| **2010 Total** | | | | | | | | | | | | |
| Rarely/Never | 21% | NA | 23% | 54% | 45% | 32% | NA | 46% | 51% | 46% | 33% | 34% |
| At Least Once A Month | 5% | NA | 11% | 9% | 27% | 17% | NA | 31% | 26% | 28% | 41% | 55% |
| At Least Once A Week | 22% | NA | 28% | 14% | 18% | 25% | NA | 18% | 19% | 13% | 22% | 8% |
| Daily | 52% | NA | 37% | 23% | 10% | 27% | NA | 5% | 4% | 13% | 5% | 3% |
| 2010 Total Sample Size: | (896) | (NA) | (542) | (131) | (187) | (167) | (NA) | (349) | (129) | (70) | (143) | (429) |

Q11. How often do you use each of the various SYNC features or services



↑↓ *Significantly higher/lower than previous wave.*

# New Feature Interest (% Definitely/Probably Interested)



- Overall, "Stolen Vehicle Recovery" and "Remote Lock/Unlock" are the most interesting features.
- Smart Phone Owners are also highly interested in "Extended Range Remote Start" and "Wireless Inductive Charging."

| | Total | SYNC w/MFT | SYNC | No Problems with SYNC | Problems with SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|---|---|
| Stolen Vehicle Recovery | 82% | 82% | 82% | 84% | 77% | 85% | 79% |
| Remote Lock/Unlock | 77% | 77% | 77% | 79% | 74% | 82% | 73% |
| Extended Range Remote Start | 60% | 54% | 61% | 62% | 55% | 67% | 52% |
| Wireless Inductive Charging | 53% | 53% | 53% | 51% | 57% | 66% | 39% |
| Mobile Settings Profile | 41% | 41% | 40% | 42% | 38% | 52% | 30% |
| Email Reader/Response | 40% | 40% | 40% | 39% | 42% | 55% | 26% |
| Concierges Services | 39% | 39% | 39% | 38% | 40% | 53% | 25% |
| Next Stop | 38% | 38% | 39% | 37% | 40% | 47% | 30% |
| Review Appointments, Get Directions, Traffic Conditions And ETA's | 38% | 43% | 37% | 37% | 41% | 49% | 28% |
| Calander/Event And Appointment Management | 37% | 42% | 36% | 37% | 38% | 49% | 25% |
| Remote Geek Squad | 31% | 30% | 32% | 32% | 29% | 36% | 27% |
| In-Vehicle Chat | 30% | 28% | 31% | 31% | 29% | 40% | 21% |
| In-Vehicle Deal Finder | 27% | 25% | 27% | 27% | 25% | 34% | 19% |
| Check-In Feature | 25% | 23% | 25% | 27% | 19% | 33% | 16% |
| Find Friends | 25% | 20% | 27% | 27% | 21% | 32% | 19% |
| Social Recommendations | 17% | 14% | 19% | 19% | 15% | 25% | 11% |
| Total Sample Size | (1764) | (441) | (1323) | (1123) | (641) | (951) | (813) |

FEAT1. Please indicate your level of interest in purchasing each of these features.



CONFIDENTIAL | January 2012    19



# SYSTEM CONTROL, VOICE COMMAND USAGE & USER PROFILES



WLN1-4156916

# MyFord/MyLincoln Touch – System Control

- "Touch Screen" is far and away the most common way to control "Climate, Radio, Music and Navigation" features.
- "Cell Phone" is the exception, with 56% reporting "Voice Commands" as a means of control.



**(% Method Of Using Controls)**

Legend: Touch Screen, Voice Commands, Steering Wheel Controls, Do Not Use Features

| Climate Control | AM/FM/Satelite Radio | Navigation | USB/MP3 Music | Cell Phone |
| --- | --- | --- | --- | --- |
| 90%, 17%, 20%, 3% | 80%, 25%, 48%, 2% | 56%, 29%, 12%, 29% | 53%, 14%, 25%, 37% | 42%, 56%, 33%, 9% |

*Sample Size:  (441)*

*Q30A.  How do you control the MyFord (MyLincoln) Touch System? (SELECT ALL THAT APPLY)*



CONFIDENTIAL  |  January 2012     21

# MyFord/MyLincoln Touch – System Control (Demonstration)

- "Touch Screen" is the most commonly demonstrated system control during dealer delivery of an owner's new vehicle.

- "5-Way Steering Wheel Controls" and "Personalized Vehicle Display Information" are least likely to be demonstrated by a salesperson.



(% Given Demonstration)

Sample Size: (441)

Q30B. Did the salesperson demonstrate how to use the following MyFord (MyLincoln) Touch controls?



# Voice Command Usage



- "Voice Command" use is on the rise, as over three-quarters of respondents indicate they operate SYNC features via this method.
- While there are fewer mentions of "Do Not Know How To Make It Work," more are reporting "Cannot Remember The Commands," "Inaccurate System Responses" and "Does Not Recognize My Voice" as reasons for not using Voice Commands.

**% Yes - Use Voice Commands**



| | 2011 Wave 3 | 2010 Total |
|---|---|---|
| Sample Size: | (1764) | (995) |

**Reasons For Not Using Voice Commands**



| | Total | 2010 Total |
|---|---|---|
| Do Not Know How To Make It Work | 27% ↓ | 42% |
| Too Busy To Learn How To Use It | 26% | 26% |
| Cannot Remember The Commands | 20% ↑ | 13% |
| The System Responds Inaccurately | 18% ↑ | 10% |
| Does Not Recognize My Voice | 17% ↑ | 11% |
| It Takes Too Much Time | 12% | 9% |
| Uncomfortable Using Voice Commands | 12% | 12% |
| Not Interested/Don't Need/Use | 7% | 7% |
| Sample Size: | (369) | (277) |

*Q16. Do you use voice commands to operate SYNC features?  Q17. Why don't you use voice commands to operate SYNC?*

↑↓ *Significantly higher/lower than previous wave.*

Global Consumer Insights

# SYNC Owner Profiles



- Compared to 2010, SYNC Owners are more educated, have a higher income, and are more Tech Savvy.

- Though SYNC Owners are closing the gap, SYNC w/MFT Owners tend to be more "Tech Savvy," as well as, more likely to own a Smart Phone.

| | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| **Male** | 66% | 61% | 67% | 67%↓ | 65% |
| **Age** | | | | | |
| 18-44 | 31% | 29% | 31% | 42%↑ | 21% |
| 45-59 | 37% | 38% | 37% | 39% | 36% |
| 60+ | 31% | 33% | 31% | 19%↓ | 44% |
| **Education** | | | | | |
| College Graduate (4 year degree) | 17%↑ | 18% | 16%↑ | 20%↑ | 13%↑ |
| Some Post-Graduate | 6%↑ | 5% | 6% | 8%↑ | 5% |
| Completed Post-Graduate | 12%↑ | 15% | 11%↑ | 15% | 10%↑ |
| **Income** | | | | | |
| $100,000 Or Less | 64% | 57% | 66% | 60% | 69% |
| $100,001 Or More | 21% | 24% | 20% | 27% | 15% |
| Mean Income (000's) | $82 | $94↓ | $79 | $94↓ | $69 |
| Median Income (000's) | $69 | $81 | $66 | $80 | $57 |
| **Brand Owned** | | | | | |
| Ford | 95% | 93%↓ | 95% | 95% | 95% |
| Lincoln | 5%↑ | 7%↓ | 5% | 5%↑ | 5%↑ |
| **Tech Savvy** | | | | | |
| Tech Savvy | 32%↑ | 36% | 31%↑ | 44% | 20% |
| **Technology Usage (% 8-10)** | | | | | |
| I Prefer Technologies That Are Proven | 60%↑ | 64% | 59%↑ | 61% | 59%↑ |
| Price Is The Most Important Factor When Considering A New Vehicle | 49% | 41%↓ | 51%↑ | 45% | 53% |
| I Want Advanced Communications Capabilities In My Vehicle | 42% | 48%↓ | 40% | 55% | 29% |
| I Tend To The Be First Among My Friends To Try New Things | 32% | 38% | 30% | 42% | 21% |
| To Me Vehicles Are Basically Just Transportation | 19%↓ | 16%↓ | 19%↓ | 13% | 24%↓ |
| When I Buy A Vehicle I Like It Fully Equipped With All The Latest Options | 47%↑ | 56%↓ | 45% | 57% | 38% |
| I'm Willing To Pay Extra To Have The Latest Safety Features In My Vehicle | 47%↑ | 57%↓ | 44% | 52%↑ | 41% |
| **Smart Phone Ownership** | | | | | |
| Smart Phone Ownership | 49%↑ | 57% | 47%↑ | 100% | 0% |
| *Sample Size:* | *(1764)* | *(441)* | *(1323)* | *(951)* | *(813)* |

↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012    24

# SYNC and SYNC w/MFT Mobile Phones



- Verizon and AT&T are the top mobile phone service providers.
- "Weather," "Email" and "Maps/Navigation" are the most frequently-used applications.

| | Total | SYNC w/MFT | SYNC |
|---|---|---|---|
| **Current Mobile Phone Service Providers** | | | |
| Verizon | 41% | 37% | 42% |
| AT&T | 32% | 41% | 30% |
| Sprint | 10% | 12% | 10% |
| T-Mobile | 4% | 3% | 5% |
| TracFone | 3% | 1% | 4% |
| U.S. Cellular | 3% | 2% | 3% |
| Nextel | 1% | 0% | 1% |
| Virgin Mobile | 1% | 0% | 1% |
| **Mobile Phone Owned (Top 5 Make)** | | | |
| Apple | 23% | 30% | 22% |
| Samsung | 18% | 12% | 20% |
| LG | 18% | 16% | 18% |
| Motorola | 16% | 13% | 17% |
| HTC | 9% | 12% | 8% |
| **Smart Phone Apps you use** | | | |
| Weather | 88% | 88% | 88% |
| Email | 82% | 89% | 79% |
| Maps/Navigation | 80% | 83% | 80% |
| Photo/Video | 73% | 77% | 71% |
| Music/Audio | 66% | 70% | 65% |
| Games | 66% | 73% | 63% |
| Instant Messaging/Social Networking | 62% | 61% | 63% |
| News | 60% | 58% | 61% |
| Travel | 48% | 50% | 48% |
| Sports/Recreation | 41% | 45% | 39% |
| Finance | 39% | 45% | 37% |
| Reference/eBooks | 28% | 32% | 27% |
| Health/Wellness | 24% | 26% | 23% |
| Education | 16% | 17% | 16% |
| *Sample Size:* | *(1764)* | *(441)* | *(1323)* |



Apps Used was not asked of all Smart Phone Owners.

WLN1-4156921



# SATISFACTION & WILLINGNESS TO RECOMMEND



WLN1-4156922

# Satisfaction with SYNC



- Overall Satisfaction with SYNC is down, as increasingly more respondents report they are either "Somewhat" or "Mostly Dissatisfied."
- Satisfaction is higher among SYNC Owners than those of SYNC w/MFT.



Q4. How satisfied are you with your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied.

↑↓ *Significantly higher/lower than previous wave.*

# Satisfaction with Features



- While overall SYNC Satisfaction declines, Satisfaction with a number of of SYNC's features is healthy and generally stable.
- Among the most widely known and used features, Turn-by-Turn Directions has the lowest Satisfaction.



| | MP3 Player | 911 Assist | Hands-Free Calling | Vehicle Health Report | Bluetooth Streaming | MapQuest/ Google/Sen d2Car | Latest Sports, News And Weather | Stocks, Movies, Horoscopes | Local Business Search | Turn-by- Turn Directions | Real Time Traffic | Audible Text Messaging | AppLink |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sample Size: | (919) | (729) | (1586) | (685) | (900) | (344) | (383) | (194) | (358) | (938) | (475) | (296) | (103) |
| **2010 Total** | | | | | | | | | | | | | |
| Mostly Dissatisfied (1-4) | 10% | 7% | 9% | 9% | NA | 7% | 4% | 7% | 4% | 11% | 11% | 14% | NA |
| Somewhat Dissatisfied (5-7) | 16% | 20% | 16% | 18% | NA | 21% | 22% | 25% | 20% | 19% | 19% | 18% | NA |
| Mostly Satisfied (8-10) | 74% | 73% | 75% | 73% | NA | 72% | 73% | 68% | 76% | 69% | 70% | 68% | NA |
| 2010 Total Sample Size: | (542) | (304) | (896) | (429) | (NA) | (129) | (167) | (70) | (143) | (349) | (187) | (131) | (NA) |

*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*

↑↓ *Significantly higher/lower than previous wave.*



WLN1-4156924

# Satisfaction with Features (SYNC w/MFT and SYNC)



- Feature Satisfaction is far more volatile among SYNC w/MFT Owners, as evidenced by the decline in "Mostly Satisfied" ratings of nearly every feature.
- SYNC Owners are increasingly "Satisfied" with "MP3 Player."



# = Caution small sample size.
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied

⬆⬇ Significantly higher/lower than previous wave.





# Satisfaction with Features (Smart Phone and Non-Smart Phone)

- Satisfaction with SYNC features remains relatively high among both Smart Phone and Non-Smart Phone users.



# = Caution small sample size.

Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied

↑↓ Significantly higher/lower than previous wave.



WLN1-4156926

# Likelihood to Recommend SYNC



- SYNC w/MFT's "Net Promoter Score" declines 23 points where it is now negative.
- Regardless of SYNC or SYNC w/MFT Ownership, notably fewer would "Definitely Recommend" compared to the previous wave.



NOTE: Net Promoter Score is calculated using the following formula: %Top Box - % Bottom 3 Box

*EXP1_3. How likely would you be to recommend the following to others:*

⬆⬇ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012    31



# Satisfaction With MyFord/MyLincoln Touch

- Satisfaction with MyFord/MyLincoln Touch declines regardless of Smart Phone ownership.
- Fewer report being "Mostly Satisfied" as an increasing number report being "Mostly Dissatisfied."



Legend:
- Mostly Dissatisfied (1-4)
- Somewhat Dissatisfied (5-7)
- Mostly Satisfied (8-10)

| | 2011 Wave 3 | 2011 Wave 2 | 2011 Wave 3 | 2011 Wave 2 | 2011 Wave 3 | 2011 Wave 2 |
|---|---|---|---|---|---|---|
| Somewhat/Mostly Dissatisfied | 23% | 19% | 21% | 18% | 26% | 22% |
| Mostly Satisfied | 57% ↓ | 76% | 56% ↓ | 78% | 58% ↓ | 72% |
| | **Total** | | **Smart Phone** | | **Non-Smart Phone** | |
| Sample Size: | (441) | (291) | (275) | (168) | (166) | (123) |

Q30. *Thinking about your MyFord (MyLincoln) Touch system, how satisfied are you with the following? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied.*

↑↓ *Significantly higher/lower than previous wave.*


Global Consumer Insights

CONFIDENTIAL | January 2012    32

WLN1-4156928

# Satisfaction With MyFord/MyLincoln Touch (Detailed Features)



- Satisfaction with MyFord/MyLincoln Touch components decline.
- MyFord/MyLincoln Touch Owners are more often both "Somewhat" and "Mostly Dissatisfied" with the "Steering Wheel Controls" than they were in 2011 Wave 2.



*2011 Wave 3 Sample Size: (441)*
*2011 Wave 2 Sample Size: (291)*

Q30.   *Thinking about your MyFord (MyLincoln) Touch system, how satisfied are you with the following? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied.*

↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012    33



# Satisfaction With MyFord/MyLincoln Touch (By Smart Phone Ownership)

- Smart Phone Ownership has little impact on Satisfaction with MyFord/MyLincoln Touch components.

- Satisfaction disparity, in terms of Smart Phone Ownership, is most evident with "Steering Wheel Controls."



Smart Phone Owner Sample Size: (275)
Non-Smart Phone Owner Sample Size: (166)

Q30.    Thinking about your MyFord (MyLincoln) Touch system, how satisfied are you with the following? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied.

↑↓ Significantly higher/lower than previous wave.



CONFIDENTIAL | January 2012    34

# MyFord/MyLincoln Touch – Ease of Use



- "Ease Of Use" has declined since last wave.
- More Owners report that their MyFord or MyLincoln Touch systems are "Very" or "Somewhat Difficult To Use," as fewer view it as "Very Easy To Use."



*Q31. Would you say, based on your experience, your MyFord (MyLincoln) Touch system is…?*

⬆⬇ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012    35

WLN1-4156931

# MyFord/MyLincoln Touch – Ease of Use



- Smart Phone Owners are more often reporting that their MyFord or MyLincoln Touch systems are "Very" or "Somewhat Difficult To Use."
- Those who have reported having Problems with SYNC are less frequently describing the system as "Very Easy To Use."



|  | No Problems with SYNC | Problems with SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|
| Very Easy To Use | 33%↓ | 13%↓ | 26%↓ | 17%↓ |
|  | 47% | 28% | 49% | 29% |
| Somewhat Easy To Use | 51%↑ | 42%↓ | 41% | 52% |
|  | 39% | 53% | 41% | 48% |
| Neither Easy Nor Difficult To Use | 11% | 23%↑ | 17%↑ | 18%↑ |
|  | 9% | 7% | 8% | 9% |
| Somewhat Difficult To Use | 5% | 16% | 11%↑ | 10% |
|  | 5% | 10% | 3% | 12% |
| Very Difficult To Use | 0% | 7% | 4%↑ | 3% |
|  | 0% | 3% | 0% | 2% |
| 2011 Wave 3 Sample Size: | (179) | (262) | (275) | (166) |
| 2011 Wave 2 Sample Size: | (180) | (111) | (168) | (123) |

Total chart values:
- Very Easy To Use: 22%↓ / 40%
- Somewhat Easy To Use: 46% / 44%
- Neither Easy Nor Difficult To Use: 17%↑ / 8%
- Somewhat Difficult To Use: 11%↑ / 7%
- Very Difficult To Use: 4%↑ / 1%

■ 2011 Wave 3
■ 2011 Wave 2

2011 Wave 3 Sample Size: (441)
2011 Wave 2 Sample Size: (291)

Q31. Would you say, based on your experience, your MyFord (MyLincoln) Touch system is…?



↑↓ *Significantly higher/lower than previous wave.*

WLN1-4156932



# CONCERNS & ASSISTANCE WITH SYNC


WLN1-4156933



# Concerns with SYNC

- More owners are reporting overall concerns or problems with their SYNC system this wave, with several specific concerns increasing in number of mentions.
- Nearly half of those with concerns cite SYNC "Doesn't Understand My Voice."
- "Can't Pair Phone" is less of a concern this wave.



**What Types Of Concerns?**

| | Total | 2010 Total |
|---|---|---|
| Doesn't Understand My Voice | 48% ↑ | 32% |
| Having Trouble Making Calls | 32% | NA |
| Navigation/GPS Issues | 32% ↑ | 4% |
| Phone Doesn't Stay Paired | 31% | 32% |
| Don't Know The Voice Commands | 27% ↑ | 22% |
| Music/Audio Issues | 24% ↑ | 3% |
| Can't Use/Don't Know How To Use/Doesn't Work | 19% ↑ | 3% |
| Can't Pair Phone | 10% ↓ | 14% |
| System Shuts Down/Reboots/Freezes | 9% | NA |
| Volume Too Low | 7% | 7% |
| Other Miscellaneous Responses | 6% | 7% |
| Clock Problems | 5% | NA |
| People Can't Hear/Reception | 3% | 3% |

Sample Size: (641)   (276)

**Do You Have Concerns? (% Yes)**

| 2011 Wave 3 | 2010 Total |
|---|---|
| (1764) | (995) |

Sample Size:

*Exp4. Do you have any concerns or problems with your SYNC System?*
*Exp4B. What type of concerns do you have with your SYNC System?*

↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012   38

# Problems with Features



- Among those Familiar with features who had difficulties, "Hands-Free Calling" continues to be cited most frequently as being problematic.
- "Turn-By-Turn Directions" and "Bluetooth Streaming" round out the top three.



|  | Total | Sample Size: |
|---|---|---|
| Hands Free Calling | 39% | (1586) |
| Turn-By-Turn Directions | 28% | (938) |
| Bluetooth Streaming | 26% | (900) |
| MP3 Player | 24% | (919) |
| Audible Text Messaging | 22% | (296) |
| Local Business Search | 20% | (358) |
| Applink | 17% | (103) |
| Mapquest/Google, Send2Car | 14% | (344) |
| Real Time Traffic | 13% | (475) |
| Vehicle Health Report | 7% | (885) |
| Latest Sports, News, Weather | 7% | (383) |
| Stocks, Movies, Horoscopes | 5% | (194) |

How to Read: Of the 1586 respondents Familiar with Hands Free Calling, 39% reported experiencing a problem.

*Q11D. Have you ever experienced problems using the following features? (SELECT ALL THAT APPLY)*



WLN1-4156935

# Assistance with SYNC Among Those With Issues



- While more Owners are turning to the Internet for help, far fewer are Satisfied with the assistance they received.

- In general, Satisfaction with assistance takes a sharp downturn; regardless of channel used.

- Fewer Owners are consulting their dealership or owner's guide.



**Where Did You Get Assistance?**

| | Total | 2010 Total |
|---|---|---|
| Dealership | 35%↓ | 50% |
| Owner's Guide | 31%↓ | 45% |
| SyncMyRide.com | 24% | 22% |
| Internet Search | 19%↑ | 9% |
| Customer Relationship Center (CRC) | 7%↑ | 3% |
| *Total Sample Size:* | *(641)* | *(986)* |

**Were You Satisfied?** (% Yes)

| | Total | Sample Size: | 2010 Total | Sample Size: |
|---|---|---|---|---|
| Dealership | 60%↓ | (240) | 90% | (417) |
| Owner's Guide | 48%↓ | (220) | 87% | (486) |
| SyncMyRide.com | 38%↓ | (177) | 92% | (276) |
| Internet Search | 28%↓ | (137) | 86% | (115) |
| Customer Relationship Center (CRC) | 48%# | (45#) | - | (28##) |

# = Caution small sample size.
##/ - = Sample size too small to report.
*Exp4C. If you've had an issue with SYNC, where did you go to get assistance? (SELECT ALL THAT APPLY)*
*Exp4D. Were you satisfied with this assistance?*

↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012    40



# REGISTRATION, OVERVIEW & DEALERSHIP RATING



WLN1-4156937

# Registration Attempts



- Awareness of registration is growing, as evidenced by fewer Owners mentioning "I Didn't Know I Could." However, only nominally more Owners have attempted to register.



**Attempted To Register On syncmyride.com**

| | 2011 Wave 3 | 2010 Total |
|---|---|---|
| Sample Size: | (263) | (374) |



**Why Didn't Register**

| | Total | 2010 Total |
|---|---|---|
| I Didn't Know I Could | 42% ↓ | 60% |
| Did Not Want To Share Personal Information | 20% | 17% |
| Haven't Had Time/Haven't Gotten Around To It | 13% | 9% |
| There Are No Benefits To Registering | 11% | 9% |
| Don't Use/Need/Not Interested | 4% | 4% |
| Need A New Phone/Not Compatible | 3% | 3% |
| Sample Size: | (209) | (322) |

*Q22. Our records show that you have not registered your vehicle on syncmyride.com. Did you attempt to register?*
*Q24. Why didn't you register? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012    42

# Ease Of Registration



- Despite an increase in those indicating the process is "Neither Easy Nor Difficult," ease of registration is healthy and fairly stable.



Q18. Our records show that you have registered your vehicle on syncmyride.com. How easy was it to register?



↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | January 2012 43

# Ease Of Registration (continued)



- The majority of Owners, regardless of subgroup, viewed the registration process as "Very" or "Somewhat Easy."
- Those who have had Problems with SYNC and Smart Phone Owners are more ambivalent in rating "Ease Of Registration" this wave, contributing to an overall increase in "Neither Easy Nor Difficult."



| | **Total** | No Problems with SYNC | Problems with SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| **Very Easy** | 51%↑ | 58% | 38% | 53% | 48%↓ |
| | 54% | 60% | 39% | 54% | 54% |
| **Somewhat Easy** | 29% | 28% | 31% | 28% | 30%↑ |
| | 27% | 26% | 29% | 32% | 23% |
| **Neither Easy Nor Difficult** | 17%↑ | 12% | 25%↑ | 16%↑ | 17% |
| | 13% | 12% | 16% | 9% | 17% |
| **Somewhat Difficult** | 3% | 2% | 5%↓ | 3%↓ | 3% |
| | 4% | 1% | 10% | 5% | 3% |
| **Very Difficult** | 1%↓ | 0% | 2%↓ | 1% | 1%↓ |
| | 2% | 1% | 5% | 0% | 4% |
| *Total Sample Size:* | *(1501)* | *(931)* | *(570)* | *(843)* | *(658)* |
| *2010 Total Sample Size:* | *(612)* | *(412)* | *(200)* | *(325)* | *(287)* |

Legend: ■ Total  ■ 2010 Total

Q18. Our records show that you have registered your vehicle on syncmyride.com. How easy was it to register?



↑↓ *Significantly higher/lower than previous wave.*

WLN1-4156940

# Optimal Time for Feature Overview



- In spite of a decline across subgroups, "At Vehicle Delivery" is still the optimal time for an overview of SYNC and its features.
- Owners increasingly prefer to take care of feature overviews on their own time, or at a later date.



|  | Total | | SYNC w/MFT | SYNC | No Problems with SYNC | Problems with SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|---|---|---|
| At Vehicle Delivery | 44%↓ | | 42% | 45%↓ | 44%↓ | 44%↓ | 47%↓ | 41%↓ |
|  | | 57% | 42% | 57% | 58% | 55% | 61% | 55% |
| Take Care Of It Myself On My Own Time | 28%↑ | | 23% | 29%↑ | 30%↑ | 24%↑ | 25%↑ | 30%↑ |
|  | | 19% | 24% | 19% | 19% | 17% | 18% | 19% |
| 3-5 Days After Vehicle Delivery | 15% | | 19%↓ | 14% | 13% | 21% | 17% | 14% |
|  | | 15% | 24% | 15% | 12% | 24% | 17% | 14% |
| Some Other Time | 13%↑ | | 16%↑ | 12%↑ | 14%↑ | 12%↑ | 10%↑ | 16%↑ |
|  | | 9% | 10% | 9% | 10% | 4% | 3% | 12% |
| Current Wave Sample Size: | (1764) | | (441) | (1323) | (1123) | (641) | (951) | (813) |
| Previous Wave Sample Size: | (995) | | (291) | (995) | (710) | (276) | (467) | (528) |

Current Wave / Previous Wave

*Exp1C. When is the optimal time for you to get an overview of your SYNC features?*



↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL  |  January 2012      45

# "SYNC My Ride" Overview Session



- Nearly three-quarters of Owners were offered a "SYNC My Ride" overview session.
- While less than half attended, Satisfaction with the session is extremely high.



**Were You Offered A Session? (% Yes)**

| | Total | SYNC w/MFT | SYNC |
|---|---|---|---|
| | 73% | 72% | 74% |
| Sample Size: | (1764) | (441) | (1323) |

**Did You Attend? (% Yes)**

| | Total | SYNC w/MFT | SYNC |
|---|---|---|---|
| | 41% | 40% | 41% |
| Sample Size: | (1287) | (327) | (960) |

**Were You Satisfied With The Session? (% Yes)**

| | Total | SYNC w/MFT | SYNC |
|---|---|---|---|
| | 94% | 95% | 93% |
| Sample Size: | (543) | (146) | (397) |

Q4A. Were you offered a "SYNC My Ride" overview session?
Q4B. Did you attend the session?
Q4C. Were you satisfied with the session?



# Dealership Rating – Usage Profile



- Dealership ratings of "Excellent" increase, as Poor ratings decline for both SYNC pairing and activation; regardless of Smart Phone ownership.
- SYNC Owners also rate their dealerships more favorably this wave.

| | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| **Assisting You With Pairing/Connecting Your Mobile Phone With SYNC** | | | | | |
| 1 Poor | 4% ↓ | 3% | 4% ↓ | 3% ↓ | 6% ↓ |
| 2 | 4% ↓ | 3% | 4% ↓ | 2% ↓ | 5% |
| 3 | 8% ↓ | 7% | 8% ↓ | 7% ↓ | 8% ↓ |
| 4 | 13% | 14% | 13% | 13% | 14% |
| 5 Excellent | 71% ↑ | 73% | 71% ↑ | 75% ↑ | 68% ↑ |
| **Assisting You With Activating Your SYNC Services (e.g., Vehicle Health Reports, Traffic Directions And Information, etc.)** | | | | | |
| 1 Poor | 6% ↓ | 5% | 7% ↓ | 4% ↓ | 8% ↓ |
| 2 | 5% ↓ | 4% | 5% ↓ | 4% ↓ | 6% |
| 3 | 13% | 13% | 12% | 13% | 12% |
| 4 | 16% ↓ | 19% | 15% ↓ | 17% | 15% ↓ |
| 5 Excellent | 60% ↑ | 59% | 61% ↑ | 61% ↑ | 59% ↑ |
| Sample Size: | (1764) | (441) | (1323) | (951) | (813) |

Exp1B. Thinking about when you took ownership of your **(INSERT VEHICLE FROM CKS LIST)** from the dealership, using a scale of 1-to-5 where 1 is "Poor" and 5 is "Excellent," please rate your dealership in terms of…

↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012    47

# Dealership Rating - Demographics



- Dealership ratings of "Poor" are down while "Excellent" ratings are up in every Demographic sub-set.

- Demographics have little impact on the rating of dealerships on pairing and activating SYNC, as scores are fairly consistent across the board.

| | Male | Female | Age 18-44 | Age 45-59 | Age 60+ | Income <= $100K | Income Over $100K |
|---|---|---|---|---|---|---|---|
| **Assisting You With Pairing (Connecting) Your Mobile Phone With SYNC** | | | | | | | |
| 1 Poor | 4%↓ | 5%↓ | 5%↓ | 4%↓ | 4%↓ | 4%↓ | 4%↓ |
| 2 | 4%↓ | 3% | 4% | 4% | 3%↓ | 4% | 2%↓ |
| 3 | 8%↓ | 7% | 6%↓ | 7%↓ | 10% | 8% | 7%↓ |
| 4 | 14% | 12% | 12% | 16% | 12% | 13% | 14% |
| 5 Excellent | 70%↑ | 73%↑ | 74%↑ | 68%↑ | 72%↑ | 71%↑ | 73%↑ |
| **Assisting You With Activating Your SYNC Services So You Would Be Able To Receive Traffic, Directions And Information** | | | | | | | |
| 1 Poor | 6%↓ | 7%↓ | 7%↓ | 6%↓ | 5%↓ | 6%↓ | 6%↓ |
| 2 | 5%↓ | 6% | 4%↓ | 6% | 5% | 5% | 5%↓ |
| 3 | 13%↓ | 12% | 10% | 16% | 12% | 12% | 12%↓ |
| 4 | 18% | 13%↓ | 15% | 17% | 15% | 16%↓ | 17% |
| 5 Excellent | 60%↑ | 62%↑ | 64%↑ | 55%↑ | 63%↑ | 60%↑ | 60%↑ |
| Sample Size: | (1234) | (530) | (473) | (652) | (639) | (756) | (703) |

*Exp1B. Thinking about when you took ownership of your **(INSERT VEHICLE FROM CKS LIST)** from the dealership, using a scale of 1-to-5 where 1 is "Poor" and 5 is "Excellent," please rate your dealership in terms of...*



↑↓ *Significantly higher/lower than previous wave.*

WLN1-4156944



# LIKELIHOOD TO RENEW



WLN1-4156945

# Renewal & Reasons for Not Renewing



- Highlighted by an increase in those who said they "Probably Will Not," respondents are less likely this wave to say they will renew SYNC services.

- Disinterest in paying for SYNC's features increases, equal to a declining "I Currently Am Not Using These Features" as the most frequently cited reason for not renewing.

- A quarter of those Not Interested in Renewing already have the features on their cell phones.



**Likelihood To Renew Services**

| | Total | 2010 Total |
|---|---|---|
| Definitely Will | 10% | 12% |
| Probably Will | 21% | 22% |
| Might Or Might Not | 31% ↓ | 36% |
| Probably Will Not | 23% ↑ | 17% |
| Definitely Will Not | 14% | 13% |
| Sample Size: | (1501) | (612) |

**Why Not Interested In Renewing**

| | Total | 2010 Total |
|---|---|---|
| Not Interested In Paying For These Features | 39% ↑ | 34% |
| I Currently Am Not Using These Features | 39% ↓ | 48% |
| These Features Are Already Available On My Cell Phone | 25% ↑ | 19% |
| Cost Too Much | 20% ↑ | 16% |
| Doesn't Work Well/Difficult To Use | 6% ↑ | 3% |
| Sample Size: | (1055) | (411) |

Q25. As a registered owner of a SYNC-equipped vehicle, you have access to Turn-by-Turn Directions, Traffic Reports, and Local Business Search with Sports, Traffic and Weather at no cost for the first three years you own your vehicle. At the end of that period, a $60 annual renewal is required. How likely are you to renew?
Q26. Why aren't you interested in renewing the Turn-by-Turn Directions, Traffic Reports, and Local Business Search with Sports, Traffic and Weather features for your SYNC? (Multiple Mention)

↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | January 2012    50

WLN1-4156946



# IMPLICATIONS & RECOMMENDATIONS



WLN1-4156947

# Implications & Recommendations



- With an increase in "Voice Command" usage, the need to address problems/concerns related to voice recognition, inaccurate system response and not knowing the commands is ever more vital.
  - Continue to evaluate ways to improve SYNC user understanding.
  - Find incentives to increase attendance of "SYNC My Ride" overview sessions.
    - ✓ While less than half of those who were offered a session attended, Satisfaction was at 94%.
- As Familiarity grows, highlight all of the features SYNC offers.
  - Satisfaction of SYNC's features is healthier than that of SYNC itself.
  - While "Hands-Free Calling" is easily SYNC's most well-known feature and is tied for 2nd in terms of Satisfaction, 39% reported experiencing a problem when using it--continuing to top the list of problematic features.
    - ✓ Focus efforts on correcting this issue before Satisfaction scores are impacted. This feature has already lost 12 points among "Mostly Satisfied" SYNC w/MFT Owners.
- Though still the optimal time for an overview of SYNC, preference of "At Vehicle Delivery" is waning as "Take Care Of It Myself" becomes more common.
  - Leverage improvements made in dealership ratings to draw Owners away from this do-it-yourself mentality.
    - Dealership expertise can prevent a lot of the misunderstandings/use of SYNC's features that affect user Satisfaction.

WLN1-4156948