# EXHIBIT 41


Global Consumer Insights

# SYNC/MyFord Touch
# Satisfaction & Usage Study
## -Wave 4-

December 2012 (updated 2/6/13)

WLN1-3690287

# Overview



- Background & Objectives, Methodology

- Key Findings

- Detailed Findings
  - SYNC Importance
  - Feature Familiarity, Usage & Interest
  - System Control, Voice Command Usage & User Profiles
  - Satisfaction & Willingness to Recommend
  - Assistance with SYNC
  - Registration, Overview Session & Dealership Rating
  - Likelihood to Renew

- Implications & Recommendations



WLN1-3690288

# Background & Objectives



- 2012 Wave 4 marks the sixth fielding of this study, which was first measured in late 2009.

  - "2011 Wave 3" (Q4 2011) was conducted among 2011/2012 MY Version 1, 3 and 4 Sync Owners, as well as owners of 2011/2012 MY Edge, Explorer, MKX and Focus, equipped with SYNC with MyFord or MyLincoln Touch; purchased between 4/30/2011-11/1/2011.

  - "2012 Wave 4" (Q4 2012) was conducted among 2012/2013 MY Version 1, 3 and 4 SYNC Owners, as well as owners of 2012/2013 MY Edge, Explorer, Escape, Flex, Focus, Taurus, MKT, MKS and MKX, equipped with SYNC with MyFord or MyLincoln Touch; purchased between 3/1/12 and 9/30/12.

- This study was conducted for the Cross Vehicle Marketing Team with the following objectives:

  - Measure current SYNC Feature Awareness & Usage
  - Measure current SYNC Owner Satisfaction & Willingness to Recommend
  - Measure Satisfaction among MyFord/MyLincoln Touch Owners.
  - Identify Barriers to Usage, Upgrade, and Registration
  - Gauge Owner Likelihood to Renew



WLN1-3690289

# Methodology



- Online survey lasting approximately 15-20 minutes.
    - Respondents qualified for the survey by being either current owners of 2012/2013 MY vehicles equipped with SYNC, or owners of 2012/2013 MY Edge, Explorer, Escape, Flex, Focus, Taurus, MKT, MKS and MKX, equipped with SYNC with MyFord or MyLincoln Touch.
- 1,663 total interviews were completed among:
    - 729 SYNC Owners
    - 934 SYNC with MyFord or MyLincoln Touch Owners
- Data was weighted to represent model and MyFord or MyLincoln Touch ownership as well as sample demographics.



WLN1-3690290

# Key Findings



- As consumers are less aware of SYNC's features this wave, the impact the system's technology has on their purchase decision also declines.
  - Regardless of subgroup, roughly half of SYNC's measured features/services weaken in terms of Familiarity.
  - More Owners indicate that SYNC is "Not At All Important," as fewer see it as "Critically Important."
    - ✓ Smart Phone Owners increasingly contribute to this trend.
- Voice Command usage declines as more cite the fact they "Do not know how to make it work" as a reason for not using this method of control.
- Despite these declines, overall SYNC Satisfaction is stable, even improving among SYNC w/MFT Owners.
  - However, SYNC Owners drive an increase among those who are "Somewhat Dissatisfied."
- Likelihood To Recommend improves among SYNC w/MFT Owners as the percentage of those that "Definitely Would Recommend" spikes 8 points.
  - The "Net Promoter Score" of this group rebounds 16 points and is once again positive.



WLN1-3690291

# Key Findings (continued)



- Ease Of Use for MFT improves as both Smart and Non-Smart Phone Owners are increasingly reporting that their MyFord or MyLincoln Touch systems are "Very Easy To Use."

- "Voice commands" necessitate the greatest need for assistance.
  - "Owners Guide," "Dealership" and SyncMyRide.com," respectively, are the resources consulted most often for assistance.
    - ✓ While "Dealership" offers SYNC Owners the most satisfaction when seeking assistance, "Ford Customer Relationship Center" provides SYNC w/MFT Owners the most satisfaction.

- Registration attempts are down nearly 10 percentage points this wave.
  - "Have not had time/haven't got around to it" more than triples, taking over the top spot of reasons why Owners did not register.

- Satisfaction with "SYNC My Ride" overview sessions remains high, despite the fact that attendance is still under 50% for those who were offered a session.

- Though Registration is down, "Likelihood To Renew Service" continues to be stable, nearly mirroring last waves scores.
  - "These features are already available on my mobile phone" decreases as a reason for not renewing.

 Global Consumer Insights

WLN1-3690292

# SYNC Importance



- Fewer consumers report that SYNC was an important factor in their purchase decision this wave.  As more mention SYNC is "Not At All Important," fewer view it as "Critically Important."



Q3. Please indicate the impact that SYNC technology had on your decision to purchase your vehicle?        ↑↓ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | December 2012  10

WLN1-3690293

# SYNC Importance



- Smart Phone Owners drive both the Total increase in "Not At All Important" and decrease in "Critically Important."
- SYNC w/MFT Owners contribute most to the overall drop in "An Important Reinforcement Of My Choice Of Vehicle."



| | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| **Critically Important - I Would Not Have Bought My Vehicle Without It** | 11%↓ | 14%↓ | 10% | 15%↓ | 7% |
| | 14% | 20% | 12% | 19% | 6% |
| **Important But Not Critical To My Choice Of Vehicle** | 22% | 28% | 19%↓ | 26% | 16% |
| | 24% | 28% | 23% | 28% | 17% |
| **An Important Reinforcement Of My Choice Of Vehicle** | 15%↓ | 16%↓ | 15% | 16% | 14% |
| | 18% | 21% | 17% | 19% | 16% |
| **Not Important But Nice To Have On My Vehicle** | 35% | 32%↑ | 37% | 31%↑ | 42% |
| | 33% | 22% | 36% | 27% | 43% |
| **Not At All Important - I Chose The Vehicle Off The Dealer Lot And SYNC Happened To Be On It** | 16%↑ | 10% | 18%↑ | 12%↑ | 21%↑ |
| | 12% | 10% | 12% | 8% | 17% |
| *2012 Wave 4 Total Sample Size:* | *(1663)* | *(934)* | *(729)* | *(1077)* | *(586)* |
| *2011 Wave 3 Total Sample Size:* | *(1764)* | *(441)* | *(1323)* | *(1122)* | *(642)* |

Legend: ▨ 2012 Wave 4  ▨ 2011 Wave 3

*Q3. Please indicate the impact that SYNC technology had on your decision to purchase your vehicle?*

↑↓ *Significantly higher/lower than previous wave.*

 Global Consumer Insights

# Familiarity with Features/Services (Total Sample)



- Familiarity decreases among several SYNC features/services, with "911 Assist®" and "MP3 Player" losing the most ground.

- New this wave, "Operator Assist" lands in the lower half of the set, with Familiarity similar to that of "Real Time Traffic" and "Audible Text Messaging."

- "Hands-Free Calling" remains the most widely-known feature, continuing at 89% awareness.



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



# Familiarity with Features/Services (Among Those with SYNC w/MFT)



- Familiarity with features/services remains higher among those with SYNC w/MFT.

- While Familiarity is down among a number of features/services, the three most salient, "Hands Free Calling," "Turn-By-Turn Directions" and "Bluetooth Streaming," are fairly stable.



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



WLN1-3690296

# Familiarity with Features/Services (Among Those with SYNC)



- Similar to those with SYNC w/MFT, SYNC Owner's feature and service awareness is waning.

- With the exception of "Hands Free Calling" several of the more well-known features and services experience a decline in Familiarity.



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

⬆⬇ *Significantly higher/lower than previous wave.*



CONFIDENTIAL | December 2012    15

# Familiarity with Features/Services (Among Smart Phone Owners)



- Smart Phone Owners are less aware of SYNC's features/services this wave.
- With a 15 percentage point loss, "911 Assist®" Familiarity shows the largest drop.



Legend: ▦ SmartPhone 2012 Wave 4 (n=1077)   ▥ SmartPhone 2011 Wave 3 (n=1122)

| Feature | 2012 Wave 4 | 2011 Wave 3 |
|---|---|---|
| Hands Free Calling | 91% | 91% |
| Bluetooth Streaming | ↓54% | 60% |
| Turn-By-Turn Directions | ↓44% | 56% |
| MP3 Player | ↓44% | 58% |
| Vehicle Health Report | ↓41% | 52% |
| 911 Assist® | ↓27% | 42% |
| Real Time Traffic | ↓18% | 28% |
| MapQuest/Send2 SYNC | 17% | 20% |
| Audible Text Messaging | 16% | 18% |
| Latest Sports, News And Weather | ↓15% | 22% |
| Operator Assist | 15% | NA |
| Local Business Search | ↓14% | 20% |
| Stocks, Movies, Horoscopes | ↓7% | 12% |
| AppLink™ | 5% | 7% |

Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)

 Global Consumer Insights

↑↓ Significantly higher/lower than previous wave.

WLN1-3690298

# Familiarity with Features/Services (Among Non-Smart Phone Owners)



- Though not to the extent of Smart Phone Owners, Non-Smart Phone Owners are also less Familiar with SYNC's features/services this wave.

- "Vehicle Health Report" accounts for the largest drop in Familiarity among this subset with an 11 percentage point loss.



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



# Frequency of Feature Use



- Daily use of "Audible Text Messaging," "AppLink™," "Sports, News And Weather" and "Turn-By-Turn Directions" is on the rise.

- Though still the most often used feature, frequency of "Hands-Free Calling" use declines.  MP3 Player also decreases in daily use.



| | Hands-Free Calling | Bluetooth Streaming | MP3 Player | Audible Text Messaging | AppLink™ | Latest Sports News And Weather | Real Time Traffic | Turn-By-Turn Directions | MapQuest/ Send2 SYNC | Stocks, Movies, Horoscopes | Local Business Search | Vehicle Health Report | Operator Assist |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sample Size: | (1493) | (845) | (712) | (272) | (70) | (296) | (376) | (852) | (120) | (343) | (286) | (705) | (284) |
| **2011 Wave 3 Total** | | | | | | | | | | | | | |
| Rarely/Never | 9% | 15% | 18% | 45% | 56% | 37% | 35% | 30% | 43% | 55% | 35% | 36% | NA |
| At Least Once A Month | 7% | 14% | 12% | 17% | 17% | 23% | 31% | 42% | 34% | 25% | 41% | 54% | NA |
| At Least Once A Week | 23% | 24% | 28% | 16% | 19% | 27% | 19% | 23% | 18% | 16% | 21% | 8% | NA |
| Daily | 62% | 47% | 41% | 22% | 8% | 13% | 15% | 5% | 5% | 4% | 3% | 2% | NA |
| 2011 Wave 3 Total Sample Size: | (1586) | (900) | (919) | (296) | (103) | (383) | (475) | (938) | (344) | (194) | (358) | (835) | (NA) |

*Q11. How often do you use each of the various SYNC features or services?*

⬆⬇ *Significantly higher/lower than previous wave.*



Global Consumer Insights

WLN1-3690300

# New Feature Interest (% Definitely/Probably Interested)



- "Stolen Vehicle Recovery" and "Remote Lock/Unlock" remain the most interesting potential new features.
- New this wave, "Natural Language Voice Activation" receives a healthy amount of interest.



| | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| Stolen Vehicle Recovery | 79% ↓ / 82% | 81% / 82% | 78% ↓ / 82% | 82% ↓ / 85% | 74% / 77% |
| Remote Lock/Unlock | 76% / 77% | 78% / 77% | 75% / 77% | 79% / 81% | 70% / 72% |
| Extended Range Remote Start | 53% ↓ / 60% | 53% / 54% | 54% ↓ / 61% | 58% ↓ / 65% | 47% / 51% |
| Natural Language Voice Activation System | 48% / NA | 56% / NA | 44% / NA | 52% / NA | 42% / NA |
| Wireless Inductive Charging | 47% ↓ / 53% | 47% / 53% | 47% ↓ / 53% | 54% ↓ / 64% | 37% / 36% |
| Next Stop | 35% ↓ / 38% | 40% / 38% | 33% ↓ / 39% | 39% ↓ / 44% | 30% / 29% |
| Driving Behavior Monitor | 35% / NA | 36% / NA | 34% / NA | 37% / NA | 31% / NA |
| Check-in Feature | 30% ↑ / 25% | 32% ↑ / 23% | 29% ↑ / 25% | 35% ↑ / 32% | 23% ↑ / 14% |
| In-Vehicle Deal Finder | 27% / 27% | 28% / 23% | 26% / 25% | 32% / 32% | 20% / 18% |
| In-Vehicle Chat | 24% ↓ / 30% | 25% / 28% | 25% ↓ / 31% | 30% ↓ / 37% | 16% ↓ / 21% |
| Find Friends | 22% ↓ / 25% | 23% / 28% | 21% ↓ / 27% | 25% ↓ / 30% | 17% / 18% |
| Concierge Services | 22% / NA | 26% / NA | 21% / NA | 25% / NA | 19% / NA |
| Social Recommendations | 16% / 17% | 16% / 14% | 15% ↓ / 19% | 18% ↓ / 23% | 12% / 10% |

Legend: ■ 2012 Wave 4 ■ 2011 Wave 3

| | | | | | |
|---|---|---|---|---|---|
| 2012 Wave 4 Sample Size: | (1663) | (934) | (729) | (1077) | (586) |
| 2011 Wave 3 Sample Size: | (1764) | (441) | (1323) | (1122) | (642) |

FEAT1. Please indicate your level of interest in purchasing each of these features.

↑↓ *Significantly higher/lower than previous wave.*


Global Consumer Insights

CONFIDENTIAL | December 2012   19

WLN1-3690301



# MyFord/MyLincoln Touch – System Control

- Greatly outperforming other methods, "Touch Screen" once again is easily the most common way to control "Climate, Radio, Music and Navigation" features.
- "Mobile Phone" remains the exception, with 55% reporting "Voice Commands" as a means of control.



**(% Method Of Using Controls)**

Legend:
- Touch Screen
- Voice Commands
- Steering Wheel Controls
- Do Not Use Features

Climate Control: 85%↓, 13%↓, 16%↓, 5%
AM/FM/Satelite Radio: 78%, 23%, 39%↓, 2%
Navigation: 58%, 32%, 8%↓, 25%
USB/MP3 Music: 42%↓, 11%↓, 17%↓, 48%↑
Mobile Phone: 41%, 55%, 29%, 10%

Sample Size: (934)

*Q30A. How do you control the MyFord (MyLincoln) Touch System? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*


Global Consumer Insights

CONFIDENTIAL | December 2012   21

WLN1-3690302

# MyFord/MyLincoln Touch – System Control (Demonstration)



- Improving on its score last wave, "Touch Screen" continues to be the most commonly demonstrated system control during dealer delivery of an Owner's new vehicle.
- "5-Way Steering Wheel Controls" and "Personalized Vehicle Display Information" remain least likely to be demonstrated by a salesperson.

**(% Given Demonstration)**



2012 Wave 4 Sample Size: (934)
2011 Wave 3 Sample Size: (441)

*Q30B. Did the salesperson demonstrate how to use the following MyFord (MyLincoln) Touch controls?*

⬆⬇ *Significantly higher/lower than previous wave.*



# Voice Command Usage



- Despite a decline, nearly three-quarters of respondents indicate they operate SYNC features via "Voice Command."
- With a 12 percentage point increase, "Do Not Know How To Make It Work" remains the most often mentioned reason for not using "Voice Commands."

**% Yes - Use Voice Commands**



| | 2012 Wave 4 | 2011 Wave 3 |
|---|---|---|
| Sample Size: | (1663) | (1764) |

**Reasons For Not Using Voice Commands**



| | 2012 Wave 4 | 2011 Wave 3 |
|---|---|---|
| Do not know how to make it work | 39%↑ | 27% |
| Too busy to learn how to use it | 22% | 26% |
| Cannot remember the commands | 17% | 20% |
| The system responds inaccurately | 16% | 18% |
| Uncomfortable using voice commands | 15% | 12% |
| Does not recognize my voice | 12%↓ | 17% |
| It takes too much time | 10% | 12% |
| Not interested/Don't need/use | 6% | 7% |
| Sample Size: | (419) | (389) |

Q16. Do you use voice commands to operate SYNC features? Q17. Why don't you use voice commands to operate SYNC?

↑↓ *Significantly higher/lower than previous wave.*


Global Consumer Insights

# SYNC and SYNC w/MFT Mobile Phones



- Verizon and AT&T are the top mobile phone service providers.
- "Weather," "Photo & Video" and "Maps/Navigation" are the most frequently-used applications.

| | Total | SYNC w/MFT | SYNC |
|---|---|---|---|
| **Current Mobile Phone Service Provider** | | | |
| Verizon | 42% | 45% ↑ | 41% |
| AT&T | 32% | 30% ↓ | 33% |
| Sprint | 7% ↓ | 7% ↓ | 7% ↓ |
| T-Mobile | 5% | 4% | 5% |
| TracFone | 4% | 3% ↑ | 4% |
| U.S. Cellular | 4% | 6% ↑ | 3% |
| Virgin Mobile | 1% | 0% | 1% |
| **Mobile Phone Owned (Top 5 Make)** | | | |
| Apple | 28% ↑ | 31% | 26% ↑ |
| Samsung | 25% ↑ | 23% ↑ | 25% ↑ |
| LG | 18% | 17% | 19% |
| Motorola | 14% ↓ | 15% | 13% ↓ |
| HTC | 4% ↓ | 4% ↓ | 4% ↓ |
| **Smart Phone Apps Used** | | | |
| Weather | 82% | 82% | 82% |
| Photo & Video | 72% | 76% | 70% |
| Maps & Navigation | 67% | 68% | 66% |
| Instant Messaging/Social Networking | 62% | 64% | 60% |
| Music & Audio | 59% | 58% | 59% |
| News | 57% | 60% | 56% |
| Games | 50% | 55% | 48% |
| Productivity Tools (Email, Notetaking, Calendar) | 50% | 55% | 47% |
| Travel | 38% | 45% | 35% |
| Sports & Recreation | 36% | 32% | 37% |
| Entertainment | 33% | 37% | 31% |
| Finance/Business | 30% | 31% | 30% |
| Shopping | 30% | 33% | 28% |
| Traffic | 25% | 30% | 23% |
| *Sample Size:* | *(1603)* | *(934)* | *(729)* |

*Apps used does not trend due to a change in methodology.*

↑↓ *Significantly higher/lower than previous wave.*

 Global Consumer Insights

WLN1-3690306



# SATISFACTION & WILLINGNESS TO RECOMMEND

 Global Consumer Insights

WLN1-3690307



# Satisfaction with SYNC

- Overall Satisfaction with SYNC is stable, though more respondents report they are "Somewhat Dissatisfied" while fewer report they are "Mostly Dissatisfied."
- The percentage of Mostly Satisfied SYNC w/MFT Owners improves 8 points.





*Q4. How satisfied are you with your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied.*

↑↓ *Significantly higher/lower than previous wave.*



WLN1-3690308



# Satisfaction with Features

- 911 Assist® narrowly edges out MP3 Player as the feature with highest Satisfaction.
- Satisfaction increases with "AppLink™," "Local Business Search," "Turn-By-Turn Directions," "Real Time Traffic" and "Audible Text Messaging."
- More respondents are Mostly Dissatisfied with "Stocks, Movies, Horoscopes" this wave.



| | 911 Assist® | MP3 Player | AppLink™ | Hands-Free Calling | Vehicle Health Report | Local Business Search | Operator Assist | Bluetooth Streaming | Latest Sports, News And Weather | Turn-by-Turn Directions | Real Time Traffic | Audible Text Messaging | Map Quest/Send 2 SYNC | Stocks, Movies, Horoscopes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sample Size: | (451) | (712) | (70) | (1493) | (705) | (286) | (284) | (845) | (296) | (852) | (376) | (272) | (343) | (120) |
| **2011 Wave 3 Total** | | | | | | | | | | | | | | |
| Mostly Dissatisfied (1-4) | 7% | 9% | 20% | 9% | 7% | 11% | NA | 10% | 10% | 13% | 10% | 18% | 13% | 8% |
| Somewhat Dissatisfied (5-7) | 18% | 15% | 21% | 16% | 19% | 23% | NA | 17% | 23% | 21% | 25% | 22% | 17% | 25% |
| Mostly Satisfied (8-10) | 75% | 76% | 54% | 75% | 73% | 66% | NA | 73% | 67% | 66% | 65% | 60% | 69% | 67% |
| 2011 Wave 3 Total Sample Size: | (729) | (919) | (103) | (1586) | (885) | (358) | (NA) | (900) | (383) | (938) | (475) | (296) | (344) | (194) |

Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied

 Global Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

WLN1-3690309

# Satisfaction with Features (SYNC w/MFT and SYNC)



- Feature Satisfaction improves more among SYNC w/MFT Owners than it does with SYNC Owners.



##/- = Sample size too small to report.
# = Caution small sample size.
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied

↑↓ *Significantly higher/lower than previous wave.*

 Global Consumer Insights

WLN1-3690310



# Satisfaction with Features (Smart Phone and Non-Smart Phone)

- The percentage of Smart Phone owners who are "Mostly Satisfied" increases for "Applink™," "Vehicle Health Report," "Turn-by-Turn Direction" and "Real Time Traffic."




##/- = Sample size too small to report.
# = Caution small sample size.
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied

⬆⬇ Significantly higher/lower than previous wave.

 Global Consumer Insights

CONFIDENTIAL | December 2012 30

# Likelihood to Recommend SYNC



- Overall Net Promoter of SYNC shows positive momentum
- SYNC w/MFT's Net Promoter Score rebounds 16 points and is once again positive.
- Regardless of SYNC or SYNC w/MFT Ownership, fewer would "Definitely Not Recommend" compared to the previous wave.



| Net Promoter Score: | 20 | 17 | 15 | -1 | 22 | 22 |
|---|---|---|---|---|---|---|

Legend:
- 1 - Definitely Would Not Recommend
- 2 - Probably Would Not Recommend
- 3 - Maybe Would/Maybe Would Not
- 4 - Probably Would Recommend
- 5 - Definitely Would Recommend

|  | 2012 Wave 4 | 2011 Wave 3 | 2012 Wave 4 | 2011 Wave 3 | 2012 Wave 4 | 2011 Wave 3 |
|---|---|---|---|---|---|---|
|  | Total | | SYNC w/MFT | | SYNC | |
| Sample Size: | (1663) | (1764) | (934) | (441) | (729) | (1323) |

NOTE: Net Promoter Score is calculated using the following formula: %Top Box - % Bottom 3 Box

*EXP1_3. How likely would you be to recommend the following to others: SYNC*

↑↓ *Significantly higher/lower than previous wave.*


Global Consumer Insights

CONFIDENTIAL | December 2012  31

WLN1-3690312

# MyFord/MyLincoln Touch – Ease of Use



- "Ease Of Use" has improved since last wave.
- More Owners report that their MyFord or MyLincoln Touch system is "Very Easy To Use" as fewer view it as "Somewhat Easy To Use" or "Neither Easy Nor Difficult To Use."



| | 2012 Wave 4 | 2011 Wave 3 |
|---|---|---|
| Very Easy To Use | 36% ↑ | 22% |
| | 74% ↑ | 68% |
| Somewhat Easy To Use | 38% ↓ | 46% |
| Neither Easy Nor Difficult To Use | 13% ↓ | 17% |
| Somewhat Difficult To Use | 10% | 11% |
| | 13% | 15% |
| Very Difficult To Use | 3% | 4% |
| Sample Size: | (934) | (441) |

*Q31. Would you say, based on your experience, your MyFord (MyLincoln) Touch system is…?*

↑↓ *Significantly higher/lower than previous wave.*



Global Consumer Insights

CONFIDENTIAL | December 2012   32

# MyFord/MyLincoln Touch – Ease of Use



- Regardless of Smart Phone Ownership, more cite MyFord or MyLincoln Touch systems as "Very Easy To Use."
- Fewer Smart Phone Owners say their system is "Very Difficult To Use."



| | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|
| **Very Easy To Use** | | |
| 2012 Wave 4 | 37%↑ | 35%↑ |
| 2011 Wave 3 | 25% | 16% |
| **Somewhat Easy To Use** | | |
| 2012 Wave 4 | 40% | 34%↓ |
| 2011 Wave 3 | 44% | 49% |
| **Neither Easy Nor Difficult To Use** | | |
| 2012 Wave 4 | 11%↓ | 17% |
| 2011 Wave 3 | 16% | 20% |
| **Somewhat Difficult To Use** | | |
| 2012 Wave 4 | 10% | 11% |
| 2011 Wave 3 | 10% | 12% |
| **Very Difficult To Use** | | |
| 2012 Wave 4 | 2%↓ | 4% |
| 2011 Wave 3 | 4% | 4% |

Total (chart):
- Very Easy To Use: 36%↑ / 22%
- Somewhat Easy To Use: 38%↓ / 46%
- Neither Easy Nor Difficult To Use: 13%↓ / 17%
- Somewhat Difficult To Use: 10% / 11%
- Very Difficult To Use: 3% / 4%

■ 2012 Wave 4
■ 2011 Wave 3

*2012 Wave 4 Sample Size: (934)     (630)     (304)*
*2011 Wave 3 Sample Size: (441)     (308)     (133)*

*Q31. Would you say, based on your experience, your MyFord (MyLincoln) Touch system is…?*



*↑↓ Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012  33

WLN1-3690314

# Assistance with SYNC



- "Voice commands" necessitate the greatest need for assistance.
- A higher percentage of SYNC w/MFT Owners mention that they need more assistance with "Navigation/GPS" than do SYNC Owners.

| | Total | | SYNC w/MFT | SYNC |
|---|---|---|---|---|
| Voice commands | | 20% | 20% | 20% |
| Initial Phone pairing | | 15% | 16% | 15% |
| Navigation/GPS | | 14% | 17% | 12% |
| Text messaging | | 13% | 14% | 13% |
| Voice recognition | | 12% | 13% | 11% |
| Turn-by-turn directions | | 11% | 13% | 10% |
| Phone connection | | 11% | 12% | 11% |
| Hands-free calling | | 10% | 8% | 11% |
| Screen/Display | | 7% | 10% | 6% |
| Steering wheel controls | | 7% | 8% | 6% |
| Clock | | 6% | 7% | 6% |
| Password reset | | 5% | 5% | 5% |
| Sample Size: | (1663) | | (934) | (729) |

*Exp.5 Did you have a need for additional assistance for any of the following? (NEW QUESTION – NO HISTORICAL TRENDING)*



WLN1-3690315



# Resources for Assistance with SYNC Among Those Who Need it (Total Sample)

- "Owners Guide" and "Dealership" are the resources consulted most often for assistance.
- "Dealership" and "Ford Customer Relationship Center" provide Owners the most Satisfaction when looking for assistance.



| Resource Consulted for Assistance? | | | Were You Satisfied? (%Yes) | | | |
|---|---|---|---|---|---|---|
| | 2012 Wave 4 | 2011 Wave 3 | 2012 Wave 4 | Sample Size: | 2011 Wave 3 | Sample Size: |
| Owners Guide | 50% | 31% | 66% | (439) | 48% | (220) |
| Dealership | 45% | 35% | 79% | (366) | 60% | (240) |
| SyncMyRide.com | 23% | 24% | 70% | (190) | 38% | (177) |
| Internet Search (eg You Tube, Ask.com or other online forum) | 11% | 19% | 57% | (108) | 28% | (137) |
| Ford.com | 6% | NA | 70% | (62) | NA | (NA) |
| Ford Customer Relationship Center (Toll-free number) | 5% | 7% | 78% | (49#) | 48% | (45#) |
| Email | 1% | NA | | (12##) | NA | (NA) |
| Total Sample Size: | (820) | (641) | | | | |

\# = Caution small sample size.
\##/ - = Sample size too small to report.

*Exp4C_1. Which of the following resources have you consulted for assistance for your selection(s) in question Exp. 5? (REVISED QUESTION – NO HISTORICAL TRENDING)*
*Exp4D. Were you satisfied with this assistance? (REVISED QUESTION – NO HISTORICAL TRENDING)*


Global Consumer Insights

WLN1-3690316

# Resources for Assistance with SYNC Among Those Who Need it (no MFT)



- As with the Total Sample, "Owners Guide" and "Dealership" are the resources most often consulted by SYNC (no MFT) Owners.
- "Dealership" provides these Owners the most Satisfaction.

| | Resource Consulted for Assistance? | | Were You Satisfied? (%Yes) | | | | |
|---|---|---|---|---|---|---|---|
| | 2012 Wave 4 | 2011 Wave 3 | 2012 Wave 4 | Sample Size: | 2011 Wave 3 | Sample Size: |
| Owners Guide | 48% | 28% | 67% | (177) | 55% | (123) |
| Dealership | 42% | 23% | 83% | (141) | 65% | (96) |
| SyncMyRide.com | 22% | 18% | 75% | (71) | 42% | (80) |
| Internet Search (eg You Tube, Ask.com or other online forum) | 10% | 13% | 61% | (34#) | 31% | (52) |
| Ford.com | 3% | NA | | (14##) | NA | (NA) |
| Ford Customer Relationship Center (Toll-free number) | 2% | 5% | | (11##) | - | (16##) |
| Email | 1% | NA | | (5##) | NA | (NA) |
| Total Sample Size: | (341) | (379) | | | | |

\# = Caution small sample size.
\##/ - = Sample size too small to report.

*Exp4C_1. Which of the following resources have you consulted for assistance for your selection(s) in question Exp. 5? (REVISED QUESTION – NO HISTORICAL TRENDING)*
*Exp4D. Were you satisfied with this assistance? (REVISED QUESTION – NO HISTORICAL TRENDING)*



Global Consumer Insights

WLN1-3690317

# Resources for Assistance with SYNC Among Those Who Need it (w/MFT)



- While "Dealership" provides the most Satisfaction for both Total Sample and SYNC (no MFT) Owners, "Ford Customer Relationship Center" is viewed most positively among SYNC (w/MFT) Owners.



| | Resource Consulted for Assistance? | | Were You Satisfied? (% Yes) | | | | |
|---|---|---|---|---|---|---|---|
| | 2012 Wave 4 | 2011 Wave 3 | 2012 Wave 4 | Sample Size: | 2011 Wave 3 | Sample Size: |
| Owners Guide | 53% | 38% | 64% | (262) | 39% | (97) |
| Dealership | 50% | 56% | 71% | (225) | 57% | (144) |
| SyncMyRide.com | 26% | 36% | 62% | (119) | 34% | (97) |
| Internet Search (eg You Tube, Ask.com or other online forum) | 11% | 30% | 51% | (74) | 26% | (85) |
| Ford.com | 10% | NA | 59% | (48#) | NA | (NA) |
| Ford Customer Relationship Center (Toll-free number) | 10% | 11% | 77% | (38#) | - | (29##) |
| Email | 1% | NA | | (7##) | NA | (NA) |
| Total Sample Size: | (479) | (262) | | | | |

\# = Caution small sample size.
##/ - = Sample size too small to report.

*Exp4C_1. Which of the following resources have you consulted for assistance for your selection(s) in question Exp. 5? (REVISED QUESTION – NO HISTORICAL TRENDING)*
*Exp4D. Were you satisfied with this assistance? (REVISED QUESTION – NO HISTORICAL TRENDING)*

 Global Consumer Insights

WLN1-3690318

# Registration Attempts



- Fewer attempted to register on syncmyride.com this wave.
- "Have not had time/haven't got around to it" more than triples, taking over the top spot of reasons why Owners did not register.



**Attempted To Register On syncmyride.com**

| | 2012 Wave 4 | 2011 Wave 3 |
|---|---|---|
| Sample Size: | (413) | (263) |



**Why Didn't Register**

| | 2012 Wave 4 | 2011 Wave 3 |
|---|---|---|
| Have not had time/haven't got around to it | 44% ↑ | 13% |
| I didn't know I could | 39% | 42% |
| Did not want to share personal information | 12% ↓ | 20% |
| There are no benefits to registering | 7% | 11% |
| Don't use/need/Not interested | 2% | 4% |
| Need a new phone/Not compatible | 2% | 3% |
| Sample Size: | (360) | (209) |

*Q22. Our records show that you have not registered your vehicle on syncmyride.com. Did you attempt to register?*
*Q24. Why didn't you register? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



WLN1-3690319



# Ease Of Registration

- The combined score those mentioning "Very" or "Somewhat Easy" registration declines this wave.





*Q18. Our records show that you have registered your vehicle on syncmyride.com. How easy was it to register?*

↑↓ *Significantly higher/lower than previous wave.*

WLN1-3690320



# Ease Of Registration (continued)

- Smart Phone Owners view the registration process as easier than Non-Smart Phone Owners.
- Non-Smart Phone Owners contribute most to the increase in "Neither Easy Nor Difficult."



| | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|
| **Very Easy** 48% / 51% | 50% / 52% | 46% / 48% |
| **Somewhat Easy** 28% / 29% | 29% / 29% | 28% / 30% |
| **Neither Easy Nor Difficult** 19%↑ / 17% | 17% / 15% | 22% / 18% |
| **Somewhat Difficult** 3% / 3% | 4% / 3% | 3% / 3% |
| **Very Difficult** 1% / 1% | 1% / 1% | 1% / 1% |

Legend: ▦ 2012 Wave 4   ▦ 2011 Wave 3

| | Total | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|
| 2012 Wave 4 Sample Size: | (1250) | (827) | (423) |
| 2011 Wave 3 Sample Size: | (1501) | (988) | (513) |

*Q18. Our records show that you have registered your vehicle on syncmyride.com. How easy was it to register?*



↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012  42

WLN1-3690321

# Optimal Time for Feature Overview



- SYNC w/MFT and Non-Smart Phone Owners increasingly feel "3-5 Days After Vehicle Delivery" is the optimal time for an overview of SYNC and its features.

- SYNC and Non-Smart Phone Owners drive the overall total of those who are less likely to "Take Care Of It Myself On My Own Time" than they were last wave.



|  | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| At Vehicle Delivery | 47% | 43% | 48% | 49% | 43% |
|  | 44% | 42% | 45% | 46% | 42% |
| Take Care Of It Myself On My Own Time | 24%↓ | 25% | 23%↓ | 24% | 23%↓ |
|  | 28% | 23% | 29% | 26% | 30% |
| 3-5 Days After Vehicle Delivery | 18%↑ | 23%↑ | 15% | 16% | 20%↑ |
|  | 15% | 19% | 14% | 17% | 13% |
| Some Other Time | 12% | 8%↓ | 14% | 11% | 14% |
|  | 13% | 16% | 12% | 11% | 15% |

■ 2012 Wave 4
■ 2011 Wave 3

|  | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| 2012 Wave 4 Sample Size: | (1663) | (934) | (729) | (1077) | (586) |
| 2011 Wave 3 Sample Size: | (1764) | (441) | (1323) | (1122) | (642) |

*Exp1C. When is the optimal time for you to get an overview of your SYNC features?*



Global Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012 43

WLN1-3690322

# "SYNC My Ride" Overview Session



- Over two-thirds of Owners were offered a "SYNC My Ride" overview session.
- While fewer than half attended, Satisfaction with the session among attendees is extremely high.



| | Were You Offered A Session? (% Yes) | | | Did You Attend? (% Yes) | | | Were You Satisfied With The Session? (% Yes) | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | SYNC w/MFT | SYNC | Total | SYNC w/MFT | SYNC | Total | SYNC w/MFT | SYNC |
| | 69% | 80% | 89% | 45% | 45% | 45% | 96% | 95% | 97% |
| Sample Size: | (1663) | (934) | (729) | (1166) | (672) | (494) | (534) | (301) | (233) |

Q4A. Were you offered a "SYNC My Ride" session by your dealer? (REVISED QUESTION – NO HISTORICAL TRENDING)
Q4B. Did you attend the session? (REVISED QUESTION – NO HISTORICAL TRENDING)
Q4C. Were you satisfied with the session? (REVISED QUESTION – NO HISTORICAL TRENDING)



Global Consumer Insights

WLN1-3690323

# Dealership Rating – Usage Profile



- In general, dealership ratings of "Excellent" decrease as Poor ratings increase for "Assisting You With Pairing (Connecting) Your Mobile Phone With SYNC."
- Though "Excellent" ratings also decline for "Activating SYNC Services" in multiple subgroups, "Poor" ratings only increase among Smart Phone Owners.

| | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| **Assisting You With Pairing (Connecting) Your Mobile Phone With SYNC:** | | | | | |
| 1 Poor | 6% ↑ | 4% | 7% ↑ | 6% ↑ | 7% |
| 2 | 4% | 3% | 4% | 5% ↑ | 3% ↓ |
| 3 | 8% | 9% | 8% | 7% | 9% |
| 4 | 14% | 16% | 14% | 14% | 15% |
| 5 Excellent | 68% ↓ | 68% ↓ | 67% ↓ | 68% ↓ | 67% |
| **Assisting You With Activating Your SYNC Services (e.g. Vehicle Health Reports, Traffic Directions And Information, etc):** | | | | | |
| 1 Poor | 7% | 3% | 8% | 7% ↑ | 7% |
| 2 | 6% | 7% ↑ | 5% | 7% ↑ | 5% |
| 3 | 13% | 15% | 12% | 13% | 13% |
| 4 | 19% ↑ | 23% ↑ | 17% | 17% | 21% ↑ |
| 5 Excellent | 56% ↓ | 51% ↓ | 57% | 56% ↓ | 55% |
| **Explaining How to Operate SYNC and it's Features:** | | | | | |
| 1 Poor | 7% | 3% | 8% | 6% | 8% |
| 2 | 5% | 5% | 4% | 6% | 3% |
| 3 | 12% | 15% | 11% | 13% | 11% |
| 4 | 22% | 26% | 20% | 20% | 24% |
| 5 Excellent | 55% | 51% | 56% | 55% | 54% |
| *Sample Size:* | (1663) | (934) | (729) | (1077) | (586) |

Exp1B. Thinking about when you took ownership of your **(INSERT VEHICLE FROM CKS LIST)** from the dealership, using a scale of 1-to-5 where 1 is "Poor" and 5 is "Excellent," please rate your dealership in terms of…

"Explaining How to Operate SYNC and its Features" is new this wave therefore it does not have historical trending..

↑↓ *Significantly higher/lower than previous wave.*



# Dealership Rating - Demographics



- Dealership ratings among Males declines for both "Assisting You With Pairing (Connecting) Your Mobile Phone With SYNC" and "Activating SYNC Services."
- Those over the age of 60 follow suit with the Males.

| | Males | Females | Age <44 | Age 45-59 | Age 60+ | Income <= $100K | Income Over $100K |
|---|---|---|---|---|---|---|---|
| **Assisting You With Pairing (Connecting) Your Mobile Phone With SYNC** | | | | | | | |
| 1 Poor | 7% ↑ | 6% | 7% | 4% | 8% ↑ | 5% | 6% |
| 2 | 4% | 4% | 2% | 5% | 4% | 4% | 2% |
| 3 | 9% | 6% | 9% ↑ | 8% | 7% | 9% | 6% |
| 4 | 16% | 12% | 11% | 16% | 15% ↑ | 15% | 14% |
| 5 Excellent | 65% ↓ | 72% | 71% | 68% | 66% ↓ | 68% | 72% |
| **Assisting You With Activating Your SYNC Services (e.g. Vehicle Health Reports, Traffic Directions And Information, etc.)** | | | | | | | |
| 1 Poor | 8% ↑ | 5% | 7% | 6% | 8% ↑ | 6% | 9% ↑ |
| 2 | 6% | 5% | 5% | 7% | 6% | 5% | 5% |
| 3 | 13% | 14% | 14% ↑ | 13% | 12% | 14% | 13% |
| 4 | 19% | 17% ↑ | 10% ↓ | 21% | 21% ↑ | 18% | 17% |
| 5 Excellent | 54% ↓ | 59% | 64% | 53% | 54% ↓ | 58% | 56% |
| **Explaining How to Operate SYNC and its Features.** | | | | | | | |
| 1 Poor | 8% | 5% | 7% | 5% | 9% | 6% | 7% |
| 2 | 5% | 4% | 2% | 6% | 5% | 4% | 4% |
| 3 | 13% | 11% | 13% | 12% | 12% | 12% | 12% |
| 4 | 23% | 20% | 16% | 26% | 21% | 22% | 24% |
| 5 Excellent | 51% | 60% | 62% | 52% | 54% | 57% | 52% |
| Sample Size: | (1022) | (641) | (387) | (569) | (707) | (735) | (580) |

*Exp1B. Thinking about when you took ownership of your **(INSERT VEHICLE FROM CKS LIST)** from the dealership, using a scale of 1-to-5 where 1 is "Poor" and 5 is "Excellent," please rate your dealership in terms of…*

"Explaining How to Operate SYNC and its Features" is new this wave therefore it does not have historical trending..

↑↓ *Significantly higher/lower than previous wave.*



# Renewal & Reasons for Not Renewing



- "Likelihood To Renew Services" is mostly unchanged compared to last wave.
- "These features are already available on my mobile phone" decreases as a reason for not renewing.



**Likelihood To Renew Services**

|  | 2012 Wave 4 | 2011 Wave 3 |
|---|---|---|
| Definitely Will | 8% | 10% |
| Probably Will | 21% | 21% |
| Might Or Might Not | 32% | 31% |
| Probably Will Not | 24% | 23% |
| Definitely Will Not | 14% | 14% |
| Sample Size: | (1250) | (1501) |

**Why Not Interested In Renewing**

|  | 2012 Wave 4 | 2011 Wave 3 |
|---|---|---|
| I currently am not using these features | 40% | 39% |
| Not interested in paying for these features | 39% | 39% |
| Cost too much | 22% | 20% |
| These features are already available on my mobile phone | 18% ↓ | 25% |
| Don't know how to use | 3% | 2% |
| Sample Size: | (870) | (1055) |

Q25. As a registered owner of a SYNC-equipped vehicle, you have access to Turn-by-Turn Directions, Traffic Reports, and Local Business Search with Sports, Traffic and Weather at no cost for the first three years you own your vehicle. At the end of that period, a $60 annual renewal is required. How likely are you to renew?

Q26. Why aren't you interested in renewing the Turn-by-Turn Directions, Traffic Reports, and Local Business Search with Sports, Traffic and Weather features for your SYNC? (Multiple Mention)

↑↓ *Significantly higher/lower than previous wave.*


Global Consumer Insights

# Implications & Recommendations



- Satisfaction did not suffer despite lower Familiarity on several Features, but it may show up in the next wave.
  - Leverage Satisfaction as well as "Ease Of Use" to get consumers more interested/aware of what SYNC has to offer.
  - Communications should boldly highlight specific Features to keep them fresh in consumers' minds.
- "Voice Command" usage is down, so the need to address owner mentions related to "Do not know how to make it work" or "Too busy to learn how to use it" is greater than ever.
  - "SYNC My Ride" overview sessions remain an overwhelmingly positive experience yet attendance is consistently under 50%.
    - ✓ Find incentives to increase attendance of "SYNC My Ride" overview sessions as well as dealer's participation in offering these sessions.
      - Fewer than three-quarters of Owners were offered a "SYNC My Ride" overview session.
- As fewer are taking care of the SYNC feature overview themselves, "At Vehicle Delivery" remains the most optimal time to do so.
  - Despite this, dealership ratings of "Excellent" are on the decline.
    - ✓ Find ways to get dealers more involved in this process, as dealership expertise can increase Owners' Familiarity and Satisfaction with SYNC's features.



WLN1-3690327



# APPENDIX:
# TRENDED HISTORY SYNC
# METRICS & FEATURES



Global Consumer Insights

# SYNC Importance





| | 2012 SYNC Only | 2011 SYNC Only | 2010 |
|---|---|---|---|
| Critically Important - I Would Not Have Bought My Vehicle Without It | 10% | 12% | 11% |
| Important But Not Critical To My Choice Of Vehicle | 19% ↓ | 23% | 22% |
| | 29% ↓ | 35% | 33% |
| An Important Reinforcement Of My Choice Of Vehicle | 15% | 17% ↑ | 14% |
| Not Important But Nice To Have On My Vehicle | 37% | 36% | 37% |
| Not At All Important - I Chose The Vehicle Off The Dealer Lot And SYNC Happened To Be On It | 18% ↑ | 12% ↓ | 17% |
| | 55% ↑ | 48% ↓ | 54% |
| Sample Size: | (729) | (1323) | (995) |

Q3. Please indicate the impact that SYNC technology had on your decision to purchase your vehicle?

 Global Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

WLN1-3690329



# Likelihood to Recommend SYNC



**Net Promoter Score:**    22      22      37

Legend:
- 1 - Definitely Would Not Recommend
- 2 - Probably Would Not Recommend
- 3 - Maybe Would/Maybe Would Not
- 4 - Probably Would Recommend
- 5 - Definitely Would Recommend

|  | 2012 SYNC Only | 2011 SYNC Only | 2010 |
|---|---|---|---|
| 1 | 2% ↓ | 4% | 3% |
| 2 | 3% | 4% | 3% |
| 3 | 19% ↑ | 16% | 13% |
| 4 | 28% | 30% ↑ | 24% |
| 5 | 47% | 46% ↓ | 57% |

Sample Size:    (729)     (1323)     (995)

NOTE: Net Promoter Score is calculated using the following formula: %Top Box - % Bottom 3 Box

*EXP1_3. How likely would you be to recommend the following to others: SYNC*



↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012   53

WLN1-3690330

# Satisfaction with SYNC





- Mostly Dissatisfied (1-4)
- Somewhat Dissatisfied (5-7)
- Mostly Satisfied (8-10)

|  | 2012 SYNC Only | 2011 SYNC Only | 2010 |
|---|---|---|---|
| Mostly Dissatisfied | 12% | 14% | 13% |
| Somewhat Dissatisfied | 34% ↑ | 30% ↑ | 23% |
| Mostly Satisfied | 54% | 56% ↓ | 64% |

Sample Size:        (729)        (1323)        (995)

Q4. How satisfied are you with your SYNC system?  Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied.

↑↓ Significantly higher/lower than previous wave.

 Global Consumer Insights

WLN1-3690331

# Reasons for Not Renewing



**Why Not Interested In Renewing**



| | 2012 SYNC Only | 2011 SYNC Only | 2010 |
|---|---|---|---|
| I currently am not using these features | 44% | 43% | 48% |
| Not interested in paying for these features | 37% | 39% ↑ | 34% |
| Cost too much | 22% | 20% ↑ | 16% |
| These features are already available on my mobile phone | 18% ↓ | 24% ↑ | 19% |
| Don't know how to use | 3% | 2% | 3% |
| Sample Size: | (379) | (775) | (411) |

*Q26. Why aren't you interested in renewing the Turn-by-Turn Directions, Traffic Reports, and Local Business Search with Sports, Traffic and Weather features for your SYNC? (Multiple Mention)*



↑↓ *Significantly higher/lower than previous wave.*

WLN1-3690332

# "Hands-Free Calling" (among SYNC Owners)



## Familiarity



## Satisfaction - % Mostly Satisfied



## Frequency of Use



Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ Significantly higher/lower than previous wave.

Ford | Global Consumer Insights

WLN1-3690333



# "Bluetooth Streaming" (among SYNC Owners)

### Familiarity



### Satisfaction - % Mostly Satisfied



### Frequency of Use



Q9. SYNC offers a variety of features and services.  Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ Significantly higher/lower than previous wave.

Global Consumer Insights

# "MP3 Player" (among SYNC Owners)



### Familiarity



### Satisfaction - % Mostly Satisfied



### Frequency of Use



Q9. SYNC offers a variety of features and services.  Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ *Significantly higher/lower than previous wave.*

Ford | Global Consumer Insights

# "Vehicle Health Report" (among SYNC Owners)



### Familiarity



### Satisfaction - % Mostly Satisfied



### Frequency of Use



Q9. SYNC offers a variety of features and services.  Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ *Significantly higher/lower than previous wave.*

Ford | Global Consumer Insights

CONFIDENTIAL | December 2012  59

# "Turn-by-Turn Directions" (among SYNC Owners)



### Familiarity



### Satisfaction - % Mostly Satisfied



### Frequency of Use



Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ *Significantly higher/lower than previous wave.*

Ford | Global Consumer Insights

CONFIDENTIAL | December 2012 60

# "911 Assist®" (among SYNC Owners)







*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*

⬆⬇ *Significantly higher/lower than previous wave.*



# "MapQuest/Send2SYNC" (among SYNC Owners)



## Familiarity



## Satisfaction - % Mostly Satisfied



## Frequency of Use



Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?



Global Consumer Insights

# "Audible Text Messaging" (among SYNC Owners)



## Familiarity



## Satisfaction - % Mostly Satisfied



## Frequency of Use



Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ *Significantly higher/lower than previous wave.*

Ford | Global Consumer Insights

WLN1-3690340

# "Operator Assist" (among SYNC Owners)





### Familiarity

20
15      13
10

2010    2011 SYNC Only    2012 SYNC Only

### Satisfaction - % Mostly Satisfied

85
80      79
75

2010    2011 SYNC Only    2012 SYNC Only

### Frequency of Use

**Daily**
3
NA
NA

**At Least Once A Week**
13
NA
NA

**At Least Once A Month**
19
NA
NA

**Rarely/Never**
65
NA
NA

Legend:
- 2012 SYNC Only
- 2011 SYNC Only
- 2010

Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?



Global Consumer Insights

# "Real Time Traffic" (among SYNC Owners)



### Familiarity



### Satisfaction - % Mostly Satisfied



### Frequency of Use



Q9. SYNC offers a variety of features and services.  Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ *Significantly higher/lower than previous wave.*

Global Consumer Insights

# "Latest Sports, News and Weather" (among SYNC Owners)



### Familiarity



### Satisfaction - % Mostly Satisfied



### Frequency of Use



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*

↑↓ *Significantly higher/lower than previous wave.*

Ford | Global Consumer Insights

CONFIDENTIAL | December 2012 66

# "Local Business Search" (among SYNC Owners)



### Familiarity



### Satisfaction - % Mostly Satisfied



### Frequency of Use



Q9. SYNC offers a variety of features and services.  Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

*Ford* | Global Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

WLN1-3690344

# "Stocks, Movies, Horoscopes" (among SYNC Owners)

## Familiarity



## Satisfaction - % Mostly Satisfied



## Frequency of Use



Q9. SYNC offers a variety of features and services.  Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ Significantly higher/lower than previous wave.

Ford | Global Consumer Insights

WLN1-3690345

# "AppLink™" (among SYNC Owners)





### Familiarity

| | 2010 | 2011 SYNC Only | 2012 SYNC Only |
|---|---|---|---|
| | | 4 | 3 |

### Satisfaction - % Mostly Satisfied

| | 2010 | 2011 SYNC Only | 2012 SYNC Only |
|---|---|---|---|
| | | 73 | |

*Blanked due to small sample size.

### Frequency of Use

**Daily**
- 2012 SYNC Only: 25 ↑
- 2011 SYNC Only: 10
- 2010: NA

**At Least Once A Week**
- 2012 SYNC Only: 7 ↓
- 2011 SYNC Only: 29
- 2010: NA

**At Least Once A Month**
- 2012 SYNC Only: 38 ↑
- 2011 SYNC Only: 19
- 2010: NA

**Rarely/Never**
- 2012 SYNC Only: 30
- 2011 SYNC Only: 42
- 2010: NA

Legend:
- 2012 SYNC Only
- 2011 SYNC Only
- 2010

*Q9. SYNC offers a variety of features and services.  Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*

↑↓ *Significantly higher/lower than previous wave.*

Ford | Global Consumer Insights

CONFIDENTIAL | December 2012  69