# EXHIBIT 42



# SYNC/MyFord Touch
# Satisfaction & Usage Study
## -Wave 5-

November 2013

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053668

# Overview – Where to find things



|                                                          | Slide Number |
| -------------------------------------------------------- | ------------ |
| • Background & Objectives, Methodology                   | 3-4          |
| • Key Findings                                           | 5-7          |
| • Detailed Findings                                      |              |
|    – SYNC Importance                      | 9-11         |
|    – E-mail and Phone                     | 12-14        |
|    – Feature Familiarity, Usage & Interest | 15-25       |
|    – Navigation Options                   | 26-32        |
|    – Satisfaction & Willingness to Recommend | 33-40     |
|    – Assistance with SYNC                 | 41-45        |
|    – Registration, v3.6 Software Update, Overview Session & Dealership Rating | 46-55 |
|    – System Control, Voice Command Usage & User Profiles | 56-61 |
| • Implications & Recommendations                         | 62-63        |
| • Appendix:  Trended Metrics                             | 64-83        |



Global Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053669

# Background & Objectives



- 2013 Wave 5 marks the seventh fielding of this study, which was first measured in late 2009.

  – 2012 Wave 4 (Q4 2012) was conducted among 2012/2013 MY Version 1, 3 and 4 SYNC Owners, as well as owners of 2012/2013 MY Edge, Explorer, Escape, Flex, Focus, Taurus, MKT, MKS and MKX, equipped with SYNC with MyFord or MyLincoln Touch; purchased between 3/1/12 and 9/30/12.

  – 2013 Wave 5 (Q4 2013) was conducted among 2013/2014 MY Version 1, 3 and 4 SYNC Owners, as well as owners of 2013/2014 MY Fiesta, Fusion, F-Series, Super-Duty, Edge, Explorer, Escape, Flex, Focus, Taurus, MKT, MKS and MKX, equipped with SYNC with MyFord or MyLincoln Touch; purchased between 3/1/12 and 9/30/12.

- This study was conducted for the Cross Vehicle Marketing Team with the following objectives:

  – Measure current SYNC Feature Awareness & Usage

  – Measure current SYNC Owner Satisfaction & Willingness to Recommend

  – Measure Satisfaction among MyFord/MyLincoln Touch Owners.

  – Identify Barriers to Usage, MyFord Upgrade process, and Registration



Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053670

# Methodology



- Online survey lasting approximately 15-20 minutes.
  - Respondents qualified for the survey by being either current owners of 2013/2014 MY vehicles equipped with SYNC, or owners of 2013/2014 MY Fiesta, Fusion, F-Series, Super-Duty, Edge, Explorer, Escape, Flex, Focus, Taurus, MKT, MKS and MKX, equipped with SYNC with MyFord or MyLincoln Touch.
- 2404 total interviews were completed among:
  - 1025 SYNC Owners
  - 1381 SYNC with MyFord or MyLincoln Touch Owners
- Data was weighted to represent model and MyFord or MyLincoln Touch ownership as well as sample demographics.



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053671

# Key Findings



- Owners are less likely to "Definitely Recommend" SYNC this wave.
  - This is accompanied by a seven-point drop in Net Promoter among SYNC-Only Owners.
- Awareness is stable for most features and rebounds among some that had declined the previous wave, notably "Bluetooth Streaming" and "MP3 Player."
  - Non-Smart Phone Owners did not reflect any of these increases.
  - Awareness remains below 50% for all but two features.
- SYNC's ratings of "Not Important" and "Not At All Important" toward choice of vehicle are down, migrating to "Important Reinforcement Of My Choice Of Vehicle."
- Total Satisfaction with SYNC is stable, but SYNC with MyFord Touch Owners are more Satisfied than last year.
- Voice command usage is up since last wave.
  - "System Responds Inaccurately" is cited more often as a reason for not using voice commands.
- There is increased interest in "Wireless Inductive Charging" this wave.
  - However, Owners are not prepared to pay a high premium for this feature.
- Smart Phone ownership has increased among the Total Sample.



Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053672

# Key Findings (continued)



- "Text Messaging" requires more assistance this year, while several other features require less assistance.

  - Over half of respondents still require no assistance with features.

  - Dealerships are being consulted less often for assistance, despite providing the highest Satisfaction with assistance.

- Registration attempts to SyncMyRide.com have nearly tripled compared to last wave.

  - Almost half of those who didn't attempt to register were unaware they could register.

  - Non-Smart Phone Owners are less likely to describe registration as "Very Easy."

- Owners are most likely to have unlimited data plans, no data plan, or 3 to 5 GB.

  - Two thirds of Owners charge their phone in their vehicle at least once a month.

- Navigation Owners reflect Total Market in terms of feature awareness, aside from a higher interest in Turn-by-Turn Directions through their navigation system.

  - Smart Phones and Stand Alone Navigation Systems are the most popular primary methods of in-vehicle navigation.



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053673

# SYNC Importance



- Fewer consumers report that SYNC was "Not Important" or "Not At All Important" to their choice of vehicle.
- SYNC is seen more as "An Important Reinforcement Of My Choice of Vehicle."



**2013 Wave 5**          **2012 Wave 4**

**Critically Important - I Would Not Have Bought My Vehicle Without It**   13%   11%↓

37%   33%↓

**Important But Not Critical To My Choice Of Vehicle**   24%   22%

**An Important Reinforcement Of My Choice Of Vehicle**   17%↑   15%↓

**Not Important But Nice To Have On My Vehicle**   32%↓   35%

45%   51%↑

**Not At All Important - I Chose The Vehicle Off The Dealer Lot And SYNC Happened To Be On It**   13%↓   16%↑

*Sample Size:*   *(2404)*   *(1663)*

*Q3. Please indicate the impact that SYNC technology had on your decision to purchase your vehicle?*

↑↓ *Significantly higher/lower than previous wave.*



Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053674



# SYNC Importance

- SYNC w/MFT Owners contribute most to the overall drop in "Not Important But Nice To Have On My Vehicle."
- Smart Phone Owners remain the group most likely to describe SYNC as "Critically Important." Non-Smart Phone Owners decrease in "Critically Important."



|  | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| Critically Important - I Would Not Have Bought My Vehicle Without It | 13% | 15% | 10% | 16% | 4% ↓ |
| | 11% ↓ | 14% ↓ | 10% | 15% ↓ | 7% |
| Important But Not Critical To My Choice Of Vehicle | 24% | 28% | 19% | 26% | 16% |
| | 22% | 28% | 19% ↓ | 26% | 16% |
| An Important Reinforcement Of My Choice Of Vehicle | 17% ↑ | 19% ↑ | 15% | 18% | 15% |
| | 15% ↓ | 16% ↓ | 15% | 16% | 14% |
| Not Important But Nice To Have On My Vehicle | 32% ↓ | 27% ↓ | 38% | 29% | 43% |
| | 35% | 32% ↑ | 37% | 31% ↑ | 42% |
| Not At All Important - I Chose The Vehicle Off The Dealer Lot And SYNC Happened To Be On It | 13% ↓ | 11% | 17% | 11% | 23% |
| | 16% ↓ | 10% | 18% ↑ | 12% ↑ | 21% ↑ |
| 2012 Wave 4 Total Sample Size: | (2404) | (1381) | (1023) | (1927) | (477) |
| 2011 Wave 3 Total Sample Size: | (1663) | (934) | (729) | (1077) | (586) |

Legend: ■ 2013 Wave 5  ■ 2012 Wave 4

*Q3. Please indicate the impact that SYNC technology had on your decision to purchase your vehicle?*

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

CONFIDENTIAL | December 2012   8

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053675



# E-MAIL AND PHONE



**Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation**

# E-Mail Service & Top Smart Phones



- "Gmail" is the largest e-mail service provider among all Owners, followed by "Yahoo! Mail."

## E-mail Service Provider



Sample Size: (2404)

## Top* E-mail domains/Smart Phones

| | Apple iPhone | Samsung Galaxy | LG Other | Motorola Droid | Samsung Other |
|---|---|---|---|---|---|
| GMAIL | 30 | 35 | 15 | 35 | 21 |
| YAHOO | 17 | 14 | 15 | 11 | 18 |
| HOTMAIL | 2 | 2 | 0 | 7 | 8 |
| AOL | 6 | 3 | 5 | 2 | 6 |
| COMCAST | 4 | 3 | 8 | 10 | 2 |
| SBCGLOBAL | 3 | 4 | 8 | 0 | 6 |
| ATT | 3 | 3 | 3 | 6 | 4 |
| MSN | 1 | 0 | 0 | 1 | 1 |
| VERIZON | 2 | 2 | 5 | 0 | 4 |
| COX | 1 | 2 | 1 | 2 | 2 |
| Sample Size: | (922) | (322) | (137) | (116) | (131) |

*See slide 83 for expanded list

*Q1C. Please identify the type of mobile phone you currently own.*
*Q1A2. What email service provider do you use?*

⬆⬇ *Significantly higher/lower than previous wave.*


Global Consumer Insights

CONFIDENTIAL | December 2013 10

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053677



# Smart Phone Usage

- Smart Phone usage is on the rise among Owners.
- Nearly a quarter of Smart Phone users have no data plan. Of those with data plans, the largest portion is "Unlimited," closely followed by "3GB to 5 GB."



**Type of Mobile Phone**

| | 2011 (n=1764) | 2012 (n=1663) | 2013 (n=2404) |
|---|---|---|---|
| Smart | 60 | 58 | 77↑ |
| Non-smart | 40 | 42 | 23↓ |



**Smartphone Data Allotment**

- I don't have a data plan 22%
- 2GB or less 14%
- 3GB to 5GB 20%
- 6GB or more 8%
- Unlimited 21%
- I don't know 15%

Sample Size: (2404)



**Vehicle Phone Charging**

- Daily 24%
- Weekly 27%
- Monthly 18%
- Never 31%

Sample Size: (2404)

Q1C. Please identify the type of mobile phone you currently own
Q1B2. What is your data allotment for your smartphone?
Q1B3. How often do you charge your phone in your vehicle?

↑↓ Significantly higher/lower than previous wave.



Global Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053678



# FEATURE FAMILIARITY, USAGE & INTEREST


**Global** Consumer Insights

CONFIDENTIAL | December 2012  12

**Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation**

WLN5 053679

# Familiarity with Features/Services (Total Sample)



- Familiarity increases among several SYNC features/services, with "Bluetooth Streaming" and "MP3 Player" gaining the most ground.
- Of the new features, "Turn-by-Turn Directions through Navigation system" is the most familiar among consumers.
- "Operator Assist" is the only feature to decline in Familiarity.



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*


**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

CONFIDENTIAL | December 2012  13

WLN5 053680

# Familiarity with Features/Services (Among Those with SYNC w/MFT)

- "Hands Free Phone Calling" has the highest familiarity among those with SYNC w/MFT, while "Turn-by-Turn Directions through Navigation system" debuts as third highest.

- Familiarity rebounds for "Vehicle Health Report," "MP3 Player" and "911 Assist®."



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*


Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053681

# Familiarity with Features/Services (Among Those with SYNC)



- "Bluetooth Streaming" and "MP3 Player" rebound among SYNC owners.
- "Vehicle Health Report" and "911 Assist® " continue to decline.



Legend: ■ SYNC 2013 Wave 5 (n=1023)   ■ SYNC 2012 Wave 4 (n=729)

| Feature | 2013 | 2012 |
|---|---|---|
| Hands-Free Phone Calling | 87% | 88% |
| Bluetooth streaming | 53% ↑ | 45% ↓ |
| MP3 Player (iPod, Zune, USB Flash Drive, etc.) | 43% ↑ | 38% ↓ |
| Vehicle Health Report | 31% ↓ | 35% ↓ |
| 911 Assist® | 23% ↓ | 27% ↓ |
| Turn-by-Turn Directions through SYNC services | 12% | NA |
| Audible Text Messaging | 11% | 13% |
| Operator Assist | 7% ↓ | 13% |
| Real Time Traffic through SYNC services | 6% | NA |
| AppLink™ | 4% | 3% |
| Local business search through SYNC services | 4% | NA |
| Real Time Traffic through Travellink | 3% | NA |
| Turn-by-Turn Directions through Navigation system | 2% | NA |
| Local business search through Navigation system | 1% | NA |

*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2013  15

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053682

# Familiarity with Features/Services (Among Smart Phone Owners)



- Similar to the Total Sample, Smart Phone Owners are more familiar with "Bluetooth Streaming," "MP3 Player" and "Vehicle Health Report."
- Awareness increases for "Audible Text Messaging."



Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)

↑↓ Significantly higher/lower than previous wave.



Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

# Familiarity with Features/Services (Among Non-Smart Phone Owners)



- Several features decline in Familiarity, with the largest drop in "MP3 Player."

- Among new features, only "Turn-by-Turn Directions through Navigation system" is recognized by at least a quarter of Non-Smart Phone Owners.



■ Non-Smart Phone 2013 Wave 5 (n=477)   ■ Non-Smart Phone 2012 Wave 4 (n=586)

| | Hands-Free Phone Calling | Vehicle Health Report | Bluetooth streaming | 911 Assist® | Turn-by-Turn Directions through Navigation system | MP3 Player (iPod, Zune, USB Flash Drive, etc.) | Turn-by-Turn Directions through SYNC services | Local business search through Navigation system | Real Time Traffic through SYNC services | Audible Text Messaging | Operator Assist | Local business search through SYNC services | Real Time Traffic through Travellink | AppLink™ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 87% | 34% | 32% | 31% | 27% | 24% | 18% | 11% | 10% | 9% | 9% | 8% | 6% | 1% |
| 2012 | 85% | 36% | 38% | 28% | NA | 31% | NA | NA | NA | 14% | 15% | NA | NA | 1% |

*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

CONFIDENTIAL | December 2013  17

**Produced by Ford Subject to the Protective Order in In Re: MyFord Touch Consumer Litigation**

WLN5 053684

# Familiarity of Feature Use (among those with V3.6 Update)

- Those with the v3.6 Update are most familiar with "Hands Free Phone Calling" and least familiar with "AppLink™."
- Unlike the Total Sample, "Vehicle Health Report" ranks second in Familiarity, ahead of "Bluetooth Streaming" and "MP3 Player."



*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*


**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

# Familiarity of Feature Use (among those without 3.6 Update)

- For consumers without v3.6 Update, "Hands Free Phone Calling" has the most awareness by a large margin.
- Features are ranked similarly to Total Sample.



Legend: ■ Without V3.6 Update 2013 Wave 5 (n=2092) ■ Without V3.6 Update 2012 Wave 4 (n=NA)

| Feature | Value |
|---|---|
| Hands-Free Phone Calling | 89% / NA |
| Bluetooth streaming | 53% / NA |
| MP3 Player (iPod, Zune, USB Flash Drive, etc.) | 42% / NA |
| Vehicle Health Report | 38% / NA |
| 911 Assist® | 27% / NA |
| Turn-by-Turn Directions through Navigation system | 25% / NA |
| Turn-by-Turn Directions through SYNC services | 21% / NA |
| Audible Text Messaging | 15% / NA |
| Local business search through Navigation system | 12% / NA |
| Real Time Traffic through SYNC services | 12% / NA |
| Local business search through SYNC services | 10% / NA |
| Operator Assist | 10% / NA |
| Real Time Traffic through Travellink | 8% / NA |
| AppLink™ | 4% / NA |

*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053686



# Frequency of Feature Use

- Several features drop in Rarely/Never with the largest drop in "Audible Text Messaging."
- "MP3 Player," "Audible Text Messaging" and "Operator Assist" increase their Daily use.



Legend:
- Rarely/Never
- At Least Once A Month
- At Least Once A Week
- Daily



| | Hands-Free Phone Calling | Bluetooth Streaming | MP3 Player (iPod, Zune,etc.) | Audible Text Messaging | Real Time Traffic through SYNC Services | Turn-By-Turn Directions through SYNC services | Local Business Search through SYNC services | Real Time Traffic through Travellink | Local Business Search through Navigation System | AppLink™ | Turn-By-Turn Directions through Navigation System | Operator Assist | Vehicle Health Report |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sample Size: | (2182) | (1334) | (1188) | (455) | (348) | (594) | (311) | (278) | (394) | (133) | (813) | (280) | (1026) |
| **2012 Wave 4 Total** | | | | | | | | | | | | | |
| Rarely/Never | 13% | 15% | 20% | 35% | NA | NA | NA | NA | NA | 38% | NA | 66% | 36% |
| At Least Once A Month | 7% | 13% | 18% | 12% | NA | NA | NA | NA | NA | 32% | NA | 18% | 48% |
| At Least Once A Week | 26% | 25% | 28% | 24% | NA | NA | NA | NA | NA | 8% | NA | 13% | 13% |
| Daily | 55% | 46% | 34% | 29% | NA | NA | NA | NA | NA | 21% | NA | 3% | 3% |
| 2012 Wave 4 Total Sample Size: | (1493) | (845) | (712) | (272) | (NA) | (NA) | (NA) | (NA) | (NA) | (70) | (NA) | (284) | (705) |

3%
13%

*Q11. How often do you use each of the various SYNC features or services?*

⬆⬇ *Significantly higher/lower than previous wave.*


**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053687

# New Feature Interest (% Definitely/Probably Interested)



- "Wireless Inductive Charging" has renewed interest after a decline the previous wave.
- Of the new features, "Embedded Navigation" is the most desired while "AppLink™" garners the least interest.



| | Total | | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|---|
| **Embedded Navigation** | 64% | | 63% | 66% | 71% | 42% |
| | NA | | NA | NA | NA | NA |
| **Wireless Inductive Charging** | 59%↑ | | 61%↑ | 57%↑ | 66%↑ | 36% |
| | 47%↓ | | 47%↓ | 47%↓ | 54%↓ | 37% |
| **Smartphone mobile navigation** | 59% | | 59% | 60% | 69% | 27% |
| | NA | | NA | NA | NA | NA |
| **AppLink™** | 48% | | 50% | 45% | 55% | 21% |
| | NA | | NA | NA | NA | NA |

■2013 Wave 5
■2012 Wave 4

| | | | | | | |
|---|---|---|---|---|---|---|
| *2013 Wave 5 Sample Size:* | *(2404)* | | *(1381)* | *(1023)* | *(1927)* | *(477)* |
| *2012 Wave 4 Sample Size:* | *(1663)* | | *(934)* | *(729)* | *(1077)* | *(586)* |

*FEAT1. Please indicate your level of interest in purchasing each of these features.*

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

CONFIDENTIAL | December 2013 21

**Produced by Ford Subject to the Protective Order in In Re: MyFord Touch Consumer Litigation**

WLN5 053688

# Feature Valuation



- "Wireless inductive charging" is valued by consumers at $50. Other features are seen as more valuable at $100.
- "Embedded navigation" has the largest High-end price, $150.

| | Median Expected Price | Median Bargain Price | Median High-end Price | Morpace Valuation |
|---|---|---|---|---|
| **Wireless inductive charging** | $100 | $50 | $100 | $50 |
| **AppLink™** | $100 | $50 | $100 | $100 |
| **Embedded navigation** | $100 | $50 | $150 | $100 |
| **Smartphone mobile navigation** | $100 | $50 | $108 | $100 |

*FEAT2. What price would you normally expect to see for this feature?*
*FEAT3. At what price would you consider this feature to be a bargain – a great value for the money?*
*FEAT4. At what price would it start to get expensive, but still be in your price range?*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012 22

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053689



# NAVIGATION OPTIONS


Global Consumer Insights

**Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation**

**WLN5 053690**

# Primary Method of In-vehicle Navigation



- The top Primary Methods of In-Vehicle Navigation are "Smart Phone" and "Stand-Alone Navigation System."
- Nearly two in ten consumers do not use any kind of navigation device.



**In-vehicle Navigation**

■ 2013 (n=1379)

■ 2012 (n=NA)

| Smart Phone | Stand-alone Navigation system (Garmin, TomTom, etc.) | SYNC Services | Paper printout from computer | Other | I do not use any method for vehicle Navigation |
|---|---|---|---|---|---|
| 34% | 31% | 7% | 6% | 4% | 18% |
| NA | NA | NA | NA | NA | NA |

*Q32A. What is your primary method for in-vehicle navigation?*



*↑↓ Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012  24

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053691

# Mobile Navigation Options



- "Google Maps" dominates as the most popular Mobile Navigation Option.
- "MapQuest" leads the rest of the pack at over a quarter of respondents.



**Mobile Navigation Options**

Legend: 2013 (n=2207), 2012 (n=NA)

| Google Maps | MapQuest | Apple Maps | Other | TomTom | VZ Navigator | AT&T Navigator | Waze | Scout | I do not use mobile navigation applications |
|---|---|---|---|---|---|---|---|---|---|
| 60% | 27% | 15% | 11% | 10% | 7% | 5% | 4% | 1% | 13% |

*Q32B. Which mobile navigation options do you use?*


**Global** Consumer Insights

**Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation**

⬆⬇ *Significantly higher/lower than previous wave.*

WLN5 053692

# Navigation Websites



- "Google Maps" is the most popular Navigation Website.
- "MapQuest" trails the leader, but is well-ahead of the other options.



**Navigation Websites**

| | |
|---|---|
| 70% | Google Maps |
| 54% | MapQuest |
| 12% | Yahoo Maps |
| 5% | Bing |
| 4% | Other |
| 6% | I do not use directions and maps from websites |

■ 2013 (n=2207)

■ 2012 (n=NA)

NA NA NA NA NA NA

*Q32C. From which websites do you use directions and maps? Select all that apply.*



Global Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012 26

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053693



# Familiarity with Features/Services (Among Those without Navigation)

- Among Those Without Navigation, there is increased awareness of "Bluetooth Streaming" and "MP3 Player."
- New features have low penetration, with "Turn-by-Turn Directions Through SYNC Services" the highest at 15%.



Legend:
■ 2013 Wave 5 without Navigation (n=1379)
■ 2012 Wave 4 without Navigation (n=930)

| | Hands-Free Phone Calling | | Bluetooth streaming | | MP3 Player (iPod, Zune, USB Flash Drive, etc.) | | Vehicle Health Report | | 911 Assist® | | Turn-by-Turn Directions through SYNC services | | Audible Text Messaging | | Operator Assist | | Real Time Traffic through SYNC services | | Local business search through SYNC services | | AppLink™ | | Real Time Traffic through Travellink | | Turn-by-Turn Directions through Navigation system | | Local business search through Navigation system | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MEMO:** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SmartPhone | 90% | 91% | 60% | 54% | 48% | 43% | 38% | 35% | 24% | 23% | 17% | NA | 16% | 16% | 10% | 13% | 7% | NA | 6% | NA | 4% | 3% | 4% | NA | 0% | NA | 0% | NA |
| Non-smart Phone | 86% | 85% | 29% | 34% | 22% | 30% | 31% | 33% | 31% | 26% | 10% | NA | 6% | 11% | 9% | 14% | 4% | NA | 3% | NA | 0% | 1% | 1% | NA | 0% | NA | 0% | NA |
| SYNC | 87% | 88% | 53% | 44% | 43% | 38% | 31% | 32% | 22% | 25% | 11% | NA | 11% | 13% | 7% | 12% | 5% | NA | 4% | NA | 4% | 3% | 3% | NA | 0% | NA | 0% | NA |
| SYNC w/MFT | 93% | 90% | 53% | 52% | 39% | 35% | 51% | 48% | 35% | 24% | 24% | NA | 20% | 15% | 17% | 19% | 8% | NA | 9% | NA | 1% | 1% | 4% | NA | 0% | NA | 0% | NA |

2013 Wave 5 Smart Phone (n=1067) 2012 Wave 4 Smart Phone (n=554)
2013 Wave 5 Non-Smart Phone (n=303) 2012 Wave 4 Non-Smart Phone (n=376)

2013 Wave 5 SYNC (n=997) 2012 Wave 4 SYNC (n=611)
2013 Wave 5 SYNC w/MFT (n=373) 2012 Wave 4 SYNC w/MFT (n=319)

*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053694

# Familiarity with Features/Services (Among Those with Navigation)

- "MP3 Player" increases in Familiarity Among Those With Navigation. "Operator Assist" declines.
- "Turn-by-Turn Directions Through Navigation System" debuts as the second-most familiar feature.



Legend: ■ 2013 Wave 5 with Navigation (n=1025)  ■ 2012 Wave 4 with Navigation (n=733)

| | Hands-Free Phone Calling | Turn-by-Turn Directions through Navigation system | Bluetooth streaming | Vehicle Health Report | MP3 Player (iPod, Zune, USB Flash Drive, etc.) | Local business search through Navigation system | Turn-by-Turn Directions through SYNC services | 911 Assist® | Real Time Traffic through SYNC services | Audible Text Messaging | Local business search through SYNC services | Real Time Traffic through Travellink | Operator Assist | AppLink™ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MEMO:** | | | | | | | | | | | | | | |
| SmartPhone | 93% 92% | 77% NA | 62% 55% | 54% 53% | 54% 46% | 40% NA | 38% NA | 37% 36% | 27% NA | 23% 17% | 23% NA | 22% NA | 15% 19% | 9% 8% |
| Non-smart Phone | 89% 87% | 81% NA | 38% 51% | 41% 45% | 27% 31% | 33% NA | 35% NA | 31% 34% | 22% NA | 15% 23% | 17% NA | 17% NA | 9% 19% | 2% 2% |
| SYNC | 75% 89% | 96% NA | 58% 54% | 28% 54% | 61% 43% | 46% NA | 27% NA | 31% 47% | 24% NA | 32% 15% | 6% NA | 24% NA | 0% 14% | 3% 7% |
| SYNC w/MFT | 92% 91% | 78% NA | 57% 53% | 52% 48% | 49% 40% | 38% NA | 37% NA | 36% 30% | 26% NA | 21% 21% | 22% NA | 21% NA | 14% 21% | 8% 5% |

2013 Wave 5 Smart Phone (n=842) 2012 Wave 4 Smart Phone (n=523)
2013 Wave 5 Non-Smart Phone (n=165) 2012 Wave 4 Non-Smart Phone (n=210)

2013 Wave 5 SYNC (n=18) 2012 Wave 4 SYNC (n=118)
2013 Wave 5 SYNC w/MFT (n=989) 2012 Wave 4 SYNC w/MFT (n=615)

*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*

↑↓ *Significantly higher/lower than previous wave.*

 **Global** Consumer Insights

CONFIDENTIAL | December 2013  28

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053695

# Satisfaction with Features (Among Those with Navigation & without Navigation)

- In general, Navigation Owners are slightly happier with features than Non-Navigation Owners.
- Non-Navigation Owners are less satisfied with AppLink™, their lowest-rated feature.



Q10. How satisfied are you with each of the features on your SYNC system?

↑↓ Significantly higher/lower than previous wave.



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053696



# SATISFACTION & WILLINGNESS TO RECOMMEND



**Global** Consumer Insights

**Produced by Ford Subject to the Protective Order**
**in In Re: MyFord Touch Consumer Litigation**

WLN5 053697

# Satisfaction with SYNC



- Satisfaction with SYNC is stable for the Total Sample.
- "Mostly Dissatisfied" decreases for another wave among SYNC w/MFT Owners, while "Mostly Satisfied" increases.





Q4. How satisfied are you with your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied.

↑↓ *Significantly higher/lower than previous wave.*


Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053698

# Satisfaction with Features



- "Hands-Free Phone Calling" and "Bluetooth Streaming" are tied as features with the highest Satisfaction.
- The top features see higher Satisfaction and lower Dissatisfaction, while "AppLink™" has more Dissatisfied users than last wave.
- Three-quarters of consumers are Satisfied with "Turn-by-Turn Directions Through Navigation System"



| | Hands-Free Phone Calling | Bluetooth Streaming | Operator Assist | Turn-by-Turn Directins through Navigation system | 911 Assist® | Vehicle Health Report | MP3 Player | Turn-by-Turn Directins through SYNC services | Real Time Traffic through Travellink | Real Time Traffic through SYNC services | Audible Text Messaging | Local Business Search through Navigation system | Local Business Search through SYNC services | AppLink™ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mostly Dissatisfied (1-4) | 8%↓ | 8%↓ | 5%↓ | 7% | 5% | 7% | 8% | 9% | 8% | 7% | 10% | 8% | 12% | 13%↑ |
| Somewhat Dissatisfied (5-7) | 16% | 16% | 20% | 17% | 21% | 18% | 19% | 18% | 21% | 22% | 19% | 25% | 22% | 22% |
| Mostly Satisfied (8-10) | 76%↑ | 76%↑ | 75% | 75% | 74% | 74% | 73% | 73% | 71% | 71% | 71% | 67% | 66% | 65% |
| Total Sample Size: | (2182) | (1334) | (280) | (813) | (702) | (1026) | (1188) | (594) | (278) | (348) | (455) | (394) | (311) | (133) |
| **2012 Wave 4 Total** | | | | | | | | | | | | | | |
| Mostly Dissatisfied (1-4) | 10% | 10% | 9% | NA | 5% | 7% | 9% | NA | NA | NA | 11% | NA | NA | 3% |
| Somewhat Dissatisfied (5-7) | 16% | 18% | 18% | NA | 18% | 19% | 17% | NA | NA | NA | 20% | NA | NA | 24% |
| Mostly Satisfied (8-10) | 73% | 72% | 73% | NA | 77% | 73% | 75% | NA | NA | NA | 69% | NA | NA | 70% |
| 2012 Wave 4 Total Sample Size: | (1493) | (845) | (284) | NA | (451) | (705) | (712) | NA | NA | NA | (272) | NA | NA | (70) |

*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

CONFIDENTIAL | December 2012 32

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053699



# Satisfaction with Features (SYNC w/MFT and SYNC)

- SYNC w/MFT Owners are more satisfied with "MP3 Player," while SYNC owners are less satisfied.
- "Audible Text Messaging" increases in Satisfaction among SYNC Owners, where it is rated more highly than among SYNC w/MFT Owners.



##/- = Sample size too small to report.
# = Caution small sample size.
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied

↑↓ Significantly higher/lower than previous wave.

 **Global** Consumer Insights

CONFIDENTIAL | December 2012  33

# Satisfaction with Features (Smart Phone and Non-Smart Phone)



- Smart Phone Owners are less Satisfied with "AppLink™" and "Operator Assist," while Non-Smart Phone Owners are increasingly Satisfied with "Operator Assist."



##/- = Sample size too small to report.

\# = Caution small sample size.

*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

CONFIDENTIAL | December 2012  34

**Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation**

WLN5 053701

# Likelihood to Recommend SYNC



- Net Promoter wanes, driven by a lower score among SYNC Owners.
- "Definitely Would Recommend" declines among the Total Market.



| | 17 | 20 | 18 | 15 | 15 | 22 |
|---|---|---|---|---|---|---|

Legend:
- 1 - Definitely Would Not Recommend
- 2 - Probably Would Not Recommend
- 3 - Maybe Would/Maybe Would Not
- 4 - Probably Would Recommend
- 5 - Definitely Would Recommend

| | 2013 Wave 5 | 2012 Wave 4 | 2013 Wave 5 | 2012 Wave 4 | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|---|---|---|---|
| | Total | | SYNC w/MFT | | SYNC | |
| | (2404) | (1663) | (1381) | (934) | (1023) | (729) |

NOTE: Net Promoter Score is calculated using the following formula: %Top Box - % Bottom 3 Box

*EXP1_3. How likely would you be to recommend the following to others: SYNC*

⬆⬇ *Significantly higher/lower than previous wave.*


**Global** Consumer Insights

CONFIDENTIAL | December 2013  35

**Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation**

WLN5 053702

# MyFord/MyLincoln Touch – Ease of Use



- "Very Easy To Use" declines, but "Somewhat Easy To Use" jumps, leaving the positive "Ease of Use" score for MyFord/MyLincoln Touch similar to last wave.



*Q31. Would you say, based on your experience, your MyFord (MyLincoln) Touch system is…?*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053703

# MyFord/MyLincoln Touch – Ease of Use



- Changes among "Ease of Use" scores are reflected among both Phone Ownership groups.
- Navigation Owners are less likely to choose either extreme, and more often find MyFord/MyLincoln Touch "Neither Easy Nor Difficult To Use."



| | Smart Phone Owners | Non-Smart Phone Owners | Nav Owners | No-Nav Owners |
|---|---|---|---|---|
| **Very Easy To Use** | 32%↓ | 27%↓ | 30%↓ | 33% |
| | 37% | 35% | 34% | 38% |
| **Somewhat Easy To Use** | 44%↑ | 41%↑ | 45% | 39%↑ |
| | 40% | 34%↓ | 43% | 29% |
| **Neither Easy Nor Difficult To Use** | 14% | 20% | 14%↑ | 18% |
| | 11%↓ | 17% | 10% | 18% |
| **Somewhat Difficult To Use** | 9% | 10% | 9% | 8% |
| | 10% | 11% | 10% | 11% |
| **Very Difficult To Use** | 2% | 3% | 2%↓ | 3% |
| | 2%↓ | 4% | 3% | 2% |
| 2013 Wave 5 Sample Size: | (1136) | (245) | (1006) | (375) |
| 2012 Wave 4 Sample Size: | (630) | (304) | (615) | (319) |

**Total**

■ 2013 Wave 5
■ 2012 Wave 4

Very Easy To Use: 31%↓ / 36%

Somewhat Easy To Use: 43%↑ / 38%

Neither Easy Nor Difficult To Use: 15% / 13%

Somewhat Difficult To Use: 9% / 10%

Very Difficult To Use: 2% / 3%

2013 Wave 5 Sample Size: (1381)
2012 Wave 4 Sample Size: (934)

*Q31. Would you say, based on your experience, your MyFord (MyLincoln) Touch system is…?*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012 37

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053704

# Assistance with SYNC



- "Text Messaging" overtakes "Voice Commands" as requiring the most assistance.
- Several options required less assistance, mirrored by SYNC w/MFT and SYNC owners.



What Types Of Concerns?

| | Total | SYNC w/MFT | SYNC |
|---|---|---|---|
| Text messaging | 16%↑ / 13% | 17%↑ / 14% | 14% / 13% |
| Voice commands | 15%↓ / 20% | 15%↓ / 20% | 16%↓ / 20% |
| Navigation/GPS | 14% / 14% | 15% / 17% | 12% / 12% |
| Voice recognition | 12% / 12% | 12% / 13% | 12% / 11% |
| Turn-by-turn directions | 12% / 11% | 11%↓ / 13% | 14%↑ / 10% |
| Initial Phone pairing | 11%↓ / 15% | 10%↓ / 16% | 13% / 15% |
| Screen/Display | 8%↓ / 7% | 8% / 10% | 8% / 6% |
| Phone connection | 8% / 11% | 8%↓ / 12% | 8%↓ / 11% |
| Hands-free calling | 7%↓ / 10% | 6%↓ / 8% | 9% / 11% |
| Steering wheel controls | 6% / 7% | 7% / 8% | 5% / 6% |
| Password reset | 5% / 5% | 4% / 5% | 5% / 5% |
| Clock | 3%↓ / 6% | 3%↓ / 7% | 3%↓ / 6% |
| Other (specify) | 5% / 2% | 7%↑ / 2% | 4%↑ / 2% |
| No assistance required | 56% / 54% | 53%↑ / 48% | 58% / 56% |
| Sample Size: | (2404) | (1381) | (1023) |
| Previous Wave Sample Size: | (1663) | (934) | (729) |

■ 2013 Wave 5
■ 2012 Wave 4

*Exp.5 Did you have a need for additional assistance for any of the following?*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2013  39

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053705



# Resources for Assistance with SYNC Among Those Who Need it (Total Sample)

- "Dealership" is consulted less for assistance, replaced by online sources such as "SyncMyRide.com" and "Internet Search."



**Resource Consulted for Assistance?**

| | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|
| Owners Guide | 53% | 50% |
| Dealership | 36%↓ | 45% |
| SyncMyRide.com | 27%↑ | 23% |
| Internet Search (eg You Tube, Ask.com or other online forum) | 15%↑ | 11% |
| Support.Ford.com | 9% | NA |
| Ford Customer Relationship Center (Toll-free number) | 6% | 5% |
| Email | 3%↑ | 1% |
| Total Sample Size: | (1095) | (820) |

**Were You Satisfied? (% Yes)**

| | 2013 Wave 5 | Sample Size: | 2012 Wave 4 | Sample Size: |
|---|---|---|---|---|
| | 66% | (591) | 66% | (439) |
| | 79% | (415) | 79% | (366) |
| | 66% | (305) | 70% | (190) |
| | 58% | (186) | 57% | (108) |
| | 69% | (117) | NA | (NA) |
| | 75% | (73) | 78% | (49) |
| | | (29) | - | (12) |

\# = Caution small sample size.
\#\#/ - = Sample size too small to report.

*Exp4C_1. Which of the following resources have you consulted for assistance for your selection(s) in question Exp. 5?*
*Exp4D. Were you satisfied with this assistance?*



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053706



# Resources for Assistance with SYNC Among Those Who Need it (no MFT)

- As with the Total Sample, "Dealership" is consulted less often for assistance, while "Internet Search" is up.
- "SyncMyRide.com" provides lower Satisfaction than before.



**Resource Consulted for Assistance?**

| | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|
| Owners Guide | 50% | 48% |
| Dealership | 33%↓ | 42% |
| SyncMyRide.com | 24% | 22% |
| Internet Search (eg You Tube, Ask.com or other online forum) | 15%↑ | 10% |
| Support.Ford.com | 5% | NA |
| Ford Customer Relationship Center (Toll-free number) | 4% | 2% |
| Email | 0% | 1% |
| Total Sample Size: | (438) | (341) |

**Were You Satisfied? (% Yes)**

| | 2013 Wave 5 | Sample Size: | 2012 Wave 4 | Sample Size: |
|---|---|---|---|---|
| Owners Guide | 65% | (218) | 67% | (177) |
| Dealership | 79% | (146) | 83% | (141) |
| SyncMyRide.com | 62%↓ | (98) | 75% | (71) |
| Internet Search | 64% | (68) | 61% | (34#) |
| Support.Ford.com | 63% | (31#) | NA | NA |
| Ford Customer Relationship Center | - | (11##) | - | (11##) |
| Email | - | (3##) | - | (5##) |

\# = Caution small sample size.
\#\#/ - = Sample size too small to report.

*Exp4C_1. Which of the following resources have you consulted for assistance for your selection(s) in question Exp. 5?*
*Exp4D. Were you satisfied with this assistance?*



Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053707



# Resources for Assistance with SYNC Among Those Who Need it (w/MFT)

- SYNC w/MFT Owners also consult their "Dealership" less often for assistance than in the previous wave.



**Resource Consulted for Assistance?**

| | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|
| Owners Guide | 56% | 53% |
| Dealership | 39%↓ | 50% |
| SyncMyRide.com | 30% | 26% |
| Internet Search (eg You Tube, Ask.com or other online forum) | 16%↑ | 11% |
| Support.Ford.com | 12% | NA |
| Ford Customer Relationship Center (Toll-free number) | 8% | 10% |
| Email | 4%↑ | 1% |
| Total Sample Size: | (657) | (479) |

**Were You Satisfied? (% Yes)**

| 2013 Wave 5 | Sample Size: | 2012 Wave 4 | Sample Size: |
|---|---|---|---|
| 66% | (373) | 64% | (262) |
| 79% | (269) | 71% | (225) |
| 68% | (207) | 62% | (119) |
| 54% | (118) | 51% | (74) |
| 71% | (86) | NA | NA |
| 65% | (62) | 77% | (38#) |
| - | (26##) | - | (7##) |

\# = Caution small sample size.
\##/ - = Sample size too small to report.

*Exp4C_1. Which of the following resources have you consulted for assistance for your selection(s) in question Exp. 5?*
*Exp4D. Were you satisfied with this assistance?*



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053708



# REGISTRATION, UPDATE, OVERVIEW & DEALERSHIP RATING


**Global** Consumer Insights

**Produced by Ford Subject to the Protective Order**
**in In Re: MyFord Touch Consumer Litigation**

**WLN5 053709**



# Registration Attempts

- More consumers attempted to register on syncmyride.com this wave.
- Nearly half of Owners are not aware they are able to register.



**Attempted To Register On syncmyride.com**

| | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|
| | 28% ↑ | 10% ↓ |
| Sample Size: | (921) | (413) |



**Why Didn't Register**

| | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|
| I didn't know I could | 47% ↑ | 39% |
| Have not had time/haven't got around to it | 36% | 44% ↑ |
| Did not want to share personal information | 10% | 12% ↓ |
| Other miscellaneous responses | 9% ↑ | 1% |
| There are no benefits to registering | 6% | 7% |
| Don't use/need/Not interested | 0% | 2% |
| Sample Size: | (650) | (360) |

*Q22. Our records show that you have not registered your vehicle on syncmyride.com. Did you attempt to register?*
*Q24. Why didn't you register? (SELECT ALL THAT APPLY)*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012  43

**Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation**

WLN5 053710

# Ease Of Registration



- Those who described the Ease of Registration as "Very Easy" fell, but "Somewhat Easy" edged higher.



| | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|
| Very Easy | 44%↓ | 48% |
| Somewhat Easy | 31%↑ | 28% |
| | 75% | 76%↓ |
| Neither Easy Nor Difficult | 20% | 19% |
| Somewhat Difficult | 4% | 3% |
| Very Difficult | 1% | 1% |
| | 5% | 4% |
| Sample Size: | (1483) | (1250) |

*Q18. Our records show that you have registered your vehicle on syncmyride.com. How easy was it to register?*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2013  44

**Produced by Ford Subject to the Protective Order**
**in In Re: MyFord Touch Consumer Litigation**

WLN5 053711



# Ease Of Registration (continued)

- Non-Smart Phone Owners are the driving force behind a fall in "Very Easy" to Register.



| | Total | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|
| **Very Easy** | 44% ↓ / 48% | 46% / 50% | 35% ↓ / 46% |
| **Somewhat Easy** | 31% ↑ / 28% | 31% / 29% | 31% / 28% |
| **Neither Easy Nor Difficult** | 20% / 19% ↑ | 18% / 17% | 28% ↑ / 22% |
| **Somewhat Difficult** | 4% / 3% | 3% / 4% | 5% / 3% |
| **Very Difficult** | 1% / 1% | 1% / 1% | 1% / 1% |
| 2013 Wave 5 Sample Size: | (1483) | (1228) | (255) |
| 2012 Wave 4 Sample Size: | (1250) | (827) | (423) |

Legend: ■ 2013 Wave 5  ■ 2012 Wave 4

*Q18. Our records show that you have registered your vehicle on syncmyride.com. How easy was it to register?*


**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012 45

**Produced by Ford Subject to the Protective Order**
**in In Re: MyFord Touch Consumer Litigation**

WLN5 053712

# MyFord/MyLincoln Update Attempts



- Over one-third of respondents have attempted up update their MyFord/MyLincoln Touch Systems.
- The top reasons for not updating were "Don't Know How to Update" and "Unaware I Am Able to Update."



**Attempted To Update MyFord/MyLincoln Touch**

35%

| | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|
| Sample Size: | (1070) | NA |



**Why Didn't Update**

| | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|
| Don't know how to update | 28% | NA |
| Unaware I am able to update | 27% | NA |
| Plan to let dealer do it | 13% | NA |
| Forgot to update | 10% | NA |
| Too busy/Takes too long | 7% | NA |
| Tried it and it didn't work | 5% | NA |
| Dislike SYNC/Don't use SYNC | 2% | NA |
| Waiting for family member to help | 2% | NA |
| None of the above | 7% | NA |
| Sample Size: | (693) | NA |

*Q34A. Have you updated your MyFord or MyLincoln Touch System?*
*Q34B. Why haven't you updated your MyFord or MyLincoln Touch System?*



↑↓ *Significantly higher/lower than previous wave.*

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053713

# MyFord/MyLincoln Update Process



- Three out of five respondents updated their MyFord/MyLincoln Touch via the Ford Website.
- Over three out of five consumers were also Satisfied with their update process.



**How Updated**

60% — Ford Website
40% — Visited Dealer

2013
2012

2013 Wave 5 Sample Size: (377)
2012 Wave 4 Sample Size: (NA)

**Update Satisfaction**

16%
23%
61%

1-4
5-7
8-10

Total Sample Size:
Wave 5 (377)
Wave 4 NA

Q34. How did you update to the current version of MyFord or MyLincoln Touch?  Ford Website / Visited Dealer
Q35. What was your satisfaction with the update process?

↑↓ Significantly higher/lower than previous wave.



**Global** Consumer Insights

CONFIDENTIAL | December 2012  47

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053714

# Optimal Time for Feature Overview



- SYNC w/MFT Owners are more likely to choose "At Vehicle Delivery" as opposed to "3-5 Days After Vehicle Delivery" as the optimal time for an overview of SYNC and its features.

- Non-Smart Phone Owners are less likely to choose "3-5 Days After Vehicle Delivery," opting more for "Some Other Time."



| | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| **At Vehicle Delivery** | 48% | 48%↑ | 48% | 48% | 46% |
| | 47% | 43% | 48% | 49% | 43% |
| **Take Care Of It Myself On My Own Time** | 25% | 24% | 25% | 26% | 21% |
| | 24%↓ | 25% | 23%↓ | 24% | 23%↓ |
| **3-5 Days After Vehicle Delivery** | 16% | 19%↓ | 14% | 17% | 15%↓ |
| | 18%↑ | 23%↑ | 15% | 16% | 20%↑ |
| **Some Other Time** | 11% | 10% | 13% | 9% | 19%↑ |
| | 12% | 8%↓ | 14% | 11% | 14% |
| *2013 Wave 5 Sample Size:* | *(2404)* | *(1381)* | *(1023)* | *(1927)* | *(477)* |
| *2012 Wave 4 Sample Size:* | *(1663)* | *(934)* | *(729)* | *(1077)* | *(586)* |

■ 2013 Wave 5
■ 2012 Wave 4

*Exp1C. When is the optimal time for you to get an overview of your SYNC features?*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012   48

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053715

# "SYNC My Ride" Overview Session



- Over two-thirds of Owners were offered a "SYNC My Ride" overview session.
- While fewer than half attended, Satisfaction with the session among attendees is extremely high.



**Were You Offered A Session? (% Yes)**

| | 69% | 70% | 67% |
|---|---|---|---|
| | Total | SYNC w/MFT | SYNC |
| Sample Size: | (2404) | (1381) | (1023) |

**Did You Attend? (% Yes)**

| 42% | 42% | 43% |
|---|---|---|
| Total | SYNC w/MFT | SYNC |
| (1648) | (968) | (680) |

**Were You Satisfied With The Session? (% Yes)**

| 95% | 95% | 94% |
|---|---|---|
| Total | SYNC w/MFT | SYNC |
| (692) | (411) | (281) |

*Q4A. Were you offered a "SYNC My Ride" session by your dealer?*
*Q4B. Did you attend the session?*
*Q4C. Were you satisfied with the session?*



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053716

# Dealership Rating – Usage Profile



- "Assisting You With Pairing" was generally stable, though the "Poor" rating declined.
- "Assisting You With Activating Your SYNC Services" and "Explaining How To Operate SYNC" both saw drops in the "Excellent" rating, mirrored among SYNC and Non-Smart Phone Owners.

| | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| **Assisting You With Pairing (Connecting) Your Mobile Phone With SYNC.** | | | | | |
| 1 Poor | 4%↓ | 3% | 6% | 4%↓ | 7% |
| 2 | 3% | 3% | 3% | 3%↓ | 3% |
| 3 | 9% | 10% | 9% | 9%↑ | 9% |
| 4 | 15% | 15% | 15% | 16% | 14% |
| 5 Excellent | 68% | 69% | 66% | 68% | 66% |
| **Assisting You With Activating Your SYNC Services (e.g. Vehicle Health Reports, Traffic Directions And Information, etc.)** | | | | | |
| 1 Poor | 7% | 4% | 10% | 6% | 8% |
| 2 | 6% | 7% | 6% | 7% | 5% |
| 3 | 14% | 15% | 14% | 13% | 17%↑ |
| 4 | 20% | 20%↓ | 20%↑ | 20%↑ | 21% |
| 5 Excellent | 53%↓ | 55%↑ | 50%↓ | 54% | 49%↓ |
| **Explaining How to Operate SYNC and it's Features.** | | | | | |
| 1 Poor | 5%↓ | 3% | 7% | 4%↓ | 8% |
| 2 | 6%↑ | 7% | 5% | 6% | 7%↑ |
| 3 | 14%↑ | 14% | 14%↑ | 14% | 13% |
| 4 | 23% | 23%↓ | 23% | 22% | 27% |
| 5 Excellent | 52%↓ | 53% | 50%↓ | 54% | 46%↓ |
| Sample Size: | (2404) | (1381) | (1023) | (1927) | (477) |

*Exp1B. Thinking about when you took ownership of your **(INSERT VEHICLE FROM CKS LIST)** from the dealership, using a scale of 1-to-5 where 1 is "Poor" and 5 is "Excellent," please rate your dealership in terms of…*

"Explaining How to Operate SYNC and its Features" is new this wave therefore it does not have historical trending..

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053717

# Dealership Rating - Demographics



- Declines in Total Sample are mirrored by Females and those ages 18-44 and 60+.
- Among Males, "Poor" declined for every category.

| | Male | Female | Age 18-44 | Age 45-59 | Age 60+ | Income <= $100K | Income Over $100K |
|---|---|---|---|---|---|---|---|
| **Assisting You With Pairing (Connecting) Your Mobile Phone With SYNC.** | | | | | | | |
| 1 Poor | 5%↓ | 3%↓ | 4%↓ | 4% | 6%↓ | 5% | 4% |
| 2 | 3% | 3% | 3% | 3%↓ | 3% | 3% | 3% |
| 3 | 10% | 8%↑ | 9% | 9% | 11%↑ | 9% | 8%↑ |
| 4 | 16% | 14% | 15%↑ | 14% | 16% | 16% | 16% |
| 5 Excellent | 66% | 71% | 69% | 70% | 65% | 68% | 68% |
| **Assisting You With Activating Your SYNC Services (e.g. Vehicle Health Reports, Traffic Directions And Information, etc.)** | | | | | | | |
| 1 Poor | 7%↓ | 6% | 7% | 6% | 6% | 6% | 7% |
| 2 | 7% | 5% | 5% | 6% | 8%↑ | 7% | 6% |
| 3 | 16%↑ | 11% | 14% | 12% | 16%↑ | 14% | 14% |
| 4 | 19% | 22%↑ | 18%↑ | 21% | 20% | 20% | 21% |
| 5 Excellent | 52% | 55%↓ | 56%↓ | 55% | 49%↓ | 53%↓ | 52% |
| **Explaining How to Operate SYNC and its Features.** | | | | | | | |
| 1 Poor | 5%↓ | 5% | 5% | 5% | 5%↓ | 5% | 5%↓ |
| 2 | 6% | 6%↑ | 5%↑ | 5% | 8%↑ | 6%↑ | 6% |
| 3 | 16%↑ | 11% | 13% | 12% | 16%↑ | 14% | 16%↑ |
| 4 | 22% | 25%↑ | 21%↑ | 23% | 25%↑ | 23% | 21% |
| 5 Excellent | 51% | 54%↓ | 56%↓ | 54% | 46%↓ | 52%↓ | 52% |
| Sample Size: | (1550) | (854) | (654) | (882) | (868) | (1138) | (857) |

*Exp1B. Thinking about when you took ownership of your **(INSERT VEHICLE FROM CKS LIST)** from the dealership, using a scale of 1-to-5 where 1 is "Poor" and 5 is "Excellent," please rate your dealership in terms of…*

"Explaining How to Operate SYNC and its Features" is new this wave therefore it does not have historical trending..

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053718

# MyFord/MyLincoln Touch – System Control (Demonstration)



- Despite a decline, "Touch Screen" continues to be the most commonly demonstrated system control during dealer delivery of an Owner's new vehicle.
- "5-Way Steering Wheel Controls" declines to be least likely to be demonstrated by a salesperson.



**(% Given Demonstration)**

| | Touch Screen | Voice Commands | Personalized Temperature Setting | 5-Way Steering Wheel Controls | Personalized Vehicle Display Information |
|---|---|---|---|---|---|
| 2013 Wave 5 | 91%↓ | 81% | 85% | 75%↓ | 77% |
| 2012 Wave 4 | 84% | 84% | 84% | 80% | 78% |

*2013 Wave 5 Sample Size: (1381)*
*2012 Wave 4 Sample Size: (934)*

*Q30B. Did the salesperson demonstrate how to use the following MyFord (MyLincoln) Touch controls?*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012 52

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053719

# Frequency of Audio Entertainment Use



- "FM Radio" has the most Daily use of all audio entertainment, followed by "Sirius Satellite Player."
- "SYNC Applink" has the least Daily use, trailing "AM Radio."



*Q33A. When listening to audio entertainment in your vehicle, how often do you use the following…?*



Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053720

# Voice Command Usage



- After a rebound from last wave, nearly three-quarters of respondents indicate they operate SYNC features via "Voice Command."
- "System Responds Inaccurately" is now the second-most mentioned reason for not using "Voice Commands."

**% Yes - Use Voice Commands**



| | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|
| | 74%↑ | 70%↓ |
| Sample Size: | (2404) | (1663) |

**Reasons For Not Using Voice Commands**



| | 2013 Wave 5 | 2012 Wave 4 |
|---|---|---|
| Do not know how to make it work | 34% | 39%↑ |
| The system responds inaccurately | 22%↑ | 16% |
| Too busy to learn how to use it | 21% | 22% |
| Cannot remember the commands | 19% | 17% |
| Uncomfortable using voice commands | 16% | 16% |
| Does not recognize my voice | 12% | 12%↓ |
| It takes too much time | 10% | 10% |
| Sample Size: | (615) | (419) |

*Q16. Do you use voice commands to operate SYNC features? Q17. Why don't you use voice commands to operate SYNC?*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053721

# SYNC Owner Profiles



- SYNC w/MFT Owners are more likely to be Male.
- SYNC w/MFT Owners are more likely to own a Smart Phone than SYNC Owners.

| | Total | SYNC w/MFT | SYNC | Smart Phone Owners | Non-Smart Phone Owners |
|---|---|---|---|---|---|
| **Male** | 65% | 67%↑ | 62% | 64% | 68% |
| **Age** | | | | | |
| 18-44 | 29% | 25% | 32% | 34% | 8% |
| 45-59 | 34% | 33% | 36% | 36% | 28% |
| 60+ | 37% | 42% | 32% | 29% | 65% |
| **Education** | | | | | |
| College Graduate (4 year degree) | 12% | 13% | 11% | 14% | 8% |
| Some Post-Graduate | 5% | 5% | 4% | 5% | 4% |
| Completed Post-Graduate | 8% | 10%↓ | 7% | 9%↓ | 6% |
| **Income** | | | | | |
| $100,000 Or Less | 67% | 61% | 75% | 65% | 72% |
| $100,001 Or More | 18% | 21% | 11% | 19% | 5% |
| Mean Income (000's) | $75 | $86↓ | $62↓ | $78↓ | $61↓ |
| Median Income (000's) | $61 | $73 | $48 | $63 | $54 |
| **Brand Owned** | | | | | |
| Ford | 98%↑ | 97%↑ | 100%↑ | 98%↑ | 98% |
| Lincoln | 2%↓ | 3%↓ | 0%↓ | 2%↓ | 2% |
| **Tech Savvy** | | | | | |
| Tech Savvy | 28%↑ | 36%↑ | 19%↓ | 32% | 16% |
| **Technology Usage (% 8-10)** | | | | | |
| I Prefer Technologies That Are Proven | 63%↑ | 66%↑ | 59% | 62%↑ | 66% |
| Price Is The Most Important Factor When Considering A New Vehicle | 52%↑ | 47%↑ | 58%↑ | 52% | 53%↑ |
| When I Buy A Vehicle I Like It Fully Equipped With All The Latest Options | 45% | 59% | 29%↓ | 49% | 33%↓ |
| I'm Willing To Pay Extra To Have The Latest Safety Features In My Vehicle | 44% | 50% | 37% | 46% | 40% |
| I Want Advanced Communications Capabilities In My Vehicle | 43%↑ | 51%↑ | 34% | 49%↑ | 23%↓ |
| I Tend To The Be First Among My Friends To Try New Things | 29%↑ | 34%↑ | 22% | 31% | 19% |
| To Me Vehicles Are Basically Just Transportation | 23% | 18% | 30% | 21% | 32% |
| **Smart Phone Ownership** | | | | | |
| Smart Phone Ownership | 77%↑ | 79%↑ | 76%↑ | 100% | 0% |
| *Sample Size:* | *(2404)* | *(1381)* | *(1023)* | *(1927)* | *(477)* |

↑↓ *Significantly higher/lower than previous wave.*


**Global** Consumer Insights

CONFIDENTIAL | December 2012 55

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053722

# SYNC and SYNC w/MFT Mobile Phones



- Mobile phone service provider Sprint increases, driven by SYNC Owners.
- A few applications decline, including "Music & Audio" and "News."

| | Total | SYNC w/MFT | SYNC |
|---|---|---|---|
| **Current Mobile Phone Service Providers** | | | |
| Verizon | 43% | 45% | 41% |
| AT&T | 30% | 32% | 27%↓ |
| Sprint | 9%↑ | 9% | 10%↑ |
| T-Mobile | 4% | 3% | 5% |
| TracFone | 4% | 3% | 5% |
| U.S. Cellular | 2%↓ | 2%↓ | 2%↓ |
| Metro PCS | 1% | 0% | 2%↑ |
| **Mobile Phone Owned** | | | |
| Apple | 38%↑ | 44%↑ | 32%↑ |
| Samsung | 24% | 22% | 27% |
| LG | 11%↓ | 10%↓ | 12%↓ |
| Motorola | 10%↓ | 11%↓ | 10%↓ |
| Verizon | 5% | 4% | 6% |
| Nokia | 2% | 2% | 2% |
| Blackberry,RIM (Blackberry) | 1% | 1% | 1% |
| **Smart Phone Apps Used** | | | |
| Weather | 83% | 84% | 81% |
| Photo & Video | 72% | 74% | 70% |
| Maps & Navigation | 69% | 70% | 69% |
| Instant Messaging/Social Networking | 64% | 64% | 64% |
| Music & Audio | 54%↓ | 54% | 55% |
| News | 51%↓ | 54%↓ | 48%↓ |
| Games | 51% | 50% | 51% |
| Productivity Tools (Email, Notetaking, Calendar) | 51% | 51% | 50% |
| Travel | 33%↓ | 37%↓ | 28%↓ |
| Sports & Recreation | 33% | 36% | 29%↓ |
| Entertainment | 31% | 31%↓ | 32% |
| Shopping | 30% | 32% | 28% |
| Finance/Business | 26%↓ | 28% | 23%↓ |
| Traffic | 26% | 27% | 23% |
| Sample Size: | (2404) | (1381) | (1023) |

*Apps used does not trend due to a change in methodology.*     ↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

CONFIDENTIAL | December 2012 56

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053723

# Implications & Recommendations



- Owners are less likely to "Definitely Recommend" SYNC.
    - Increased awareness of SYNC's capabilities will demonstrate its value to Owners and their friends.
    - Less than half of Owners attended a SYNC My Ride Overview Session, but those who do are overwhelmingly Satisfied with their session.
        - Encourage dealers to suggest Overview Sessions at vehicle delivery to explain and demonstrate SYNC's features.
    - Nearly half of Owners are unaware they may register at SyncMyRide.com
        - Inform Owners of SyncMyRide.com at the Overview Session.
- When seeking assistance, Owners are choosing online resources over Dealerships, despite being more Satisfied with their Dealerships.
    - Increase the quality and familiarity of online resources such as Support.Ford.com to take advantage of this trend.
    - Guide Owners toward their Dealerships for assistance while internet capabilities are improved.
- Smart Phone Owners are more likely than Non-Smart Phone Owners to cite SYNC as "Critically Important" to their choice of vehicle.
    - They are also an increasing portion of the market.
        - Develop and market SYNC features toward Smart Phone Owners.



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053724



# APPENDIX: TRENDED HISTORY SYNC METRICS & FEATURES

**Global** Consumer Insights

**Produced by Ford Subject to the Protective Order**
**in In Re: MyFord Touch Consumer Litigation**

CONFIDENTIAL | December 2012 58

WLN5 053725

# SYNC Importance





| | 2013 SYNC Only | 2012 SYNC Only | 2011 Sync Only |
|---|---|---|---|
| Critically Important - I Would Not Have Bought My Vehicle Without It | 10% | 10% | 12% |
| Important But Not Critical To My Choice Of Vehicle | 19% | 19%↓ | 23% |
| | 29% | 29% ↓ | 35% |
| An Important Reinforcement Of My Choice Of Vehicle | 15% | 15% | 17%↑ |
| Not Important But Nice To Have On My Vehicle | 38% | 37% | 36% |
| Not At All Important - I Chose The Vehicle Off The Dealer Lot And SYNC Happened To Be On It | 17% | 18%↑ | 12%↓ |
| | 55% | 55%↑ | 48%↓ |
| Sample Size: | (1023) | (729) | (1394) |

*Q3. Please indicate the impact that SYNC technology had on your decision to purchase your vehicle?*



**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2013  59

**Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation**

WLN5 053726

# Likelihood to Recommend SYNC





| NET PROMOTER SCORE | 15 | 22 | 22 |



| | 2013 SYNC Only | 2012 SYNC Only | 2011 SYNC Only |
|---|---|---|---|
| Total Sample Size: | (1023) | (729) | (1394) |

Legend:
- Definitely would recommend
- Probably would recommend
- Maybe would/Maybe would not recommend
- Probably would not recommend
- Definitely would not recommend

2013 SYNC Only: 45%, 25%, 24%↑, 3%, 3%
2012 SYNC Only: 47%, 28%, 19%, 3%, 3%
2011 SYNC Only: 46%↓, 30%↑, 16%, 4%, 4%↑

NOTE: Net Promoter Score is calculated using the following formula: %Top Box - % Bottom 3 Box

*EXP1_3. How likely would you be to recommend the following to others: SYNC*

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053727

# Satisfaction with SYNC





- **Mostly dissatisfied (1-4)**
- **Somewhat Dissatisfied (5-7)**
- **Mostly Satisfied (8-10)**

| | 2013 SYNC Only | 2012 SYNC Only | 2011 SYNC Only |
|---|---|---|---|
| Mostly dissatisfied (1-4) | 12% | 12% | 14% |
| Somewhat Dissatisfied (5-7) | 33% | 34%↑ | 30%↑ |
| Mostly Satisfied (8-10) | 55% | 54% | 56%↓ |

*Total Sample Size:*    *(1023)*    *(729)*    *(1394)*

*Q4. How satisfied are you with your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied.*

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

CONFIDENTIAL | December 2012 61

**Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation**

WLN5 053728

# "Hands-Free Phone Calling" (among SYNC Owners)









*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*



**Produced by Ford Subject to the Protective Order**
**in In Re: MyFord Touch Consumer Litigation**

# "Bluetooth Streaming" (among SYNC Owners)









*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*



**Global** Consumer Insights

**Produced by Ford Subject to the Protective Order**
**in In Re: MyFord Touch Consumer Litigation**

WLN5 053730



# "MP3 Player" (among SYNC Owners)







Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ Significantly higher/lower than previous wave.

 **Global** Consumer Insights

CONFIDENTIAL | December 2013 64

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053731



# "Vehicle Health Report" (among SYNC Owners)



**Familiarity**

| | 2011 | 2012 | 2013 |
|---|---|---|---|
| | 44 ↑ | 35 ↓ | 31 ↓ |



**Satisfaction - % Mostly Satisfied**

| | 2011 | 2012 | 2013 |
|---|---|---|---|
| | 74 | 76 | 77 |



**Frequency of Use**

| | 2013 | 2012 | 2011 |
|---|---|---|---|
| Daily | 6 | 4 ↑ | 2 |
| At Least Once A Week | 9 ↓ | 16 ↑ | 8 |
| At Least Once A Month | 54 ↑ | 47 | 51 |
| Rarely/Never | 32 | 33 | 39 ↑ |

*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*

↑↓ *Significantly higher/lower than previous wave.*

 **Global** Consumer Insights

CONFIDENTIAL | December 2013 65

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053732

# "911 Assist®" (among SYNC Owners)







Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied


**Global** Consumer Insights

↑↓ *Significantly higher/lower than previous wave.*

CONFIDENTIAL | December 2012   66

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053733

# "Audible Text Messaging" (among SYNC Owners)









*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

CONFIDENTIAL | December 2013 **67**

**Produced by Ford Subject to the Protective Order**
**in In Re: MyFord Touch Consumer Litigation**

**WLN5 053734**

# "Operator Assist" (among SYNC Owners)





**Familiarity**



**Satisfaction - % Mostly Satisfied**



**Frequency of Use**

*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*



**Global** Consumer Insights

CONFIDENTIAL | December 2012 69

**Produced by Ford Subject to the Protective Order**
**in In Re: MyFord Touch Consumer Litigation**

WLN5 053735

# "AppLink™" (among SYNC Owners)









Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053736



# Real Time Traffic Through Travel Link



**Familiarity**



**Satisfaction - % Mostly Satisfied**



**Frequency of Use**

*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*

↑↓ *Significantly higher/lower than previous wave.*

 **Global** Consumer Insights

CONFIDENTIAL | December 2013  70

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053737

# Real Time Traffic Through Sync Services









*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*

↑↓ *Significantly higher/lower than previous wave.*


**Global** Consumer Insights

CONFIDENTIAL | December 2013  71

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053738

# Turn-by-Turn Directions through Navigation System









Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ *Significantly higher/lower than previous wave.*



**Global** Consumer Insights

CONFIDENTIAL | December 2013 72

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053739

# Turn-by-Turn Directions through Sync Services









Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ *Significantly higher/lower than previous wave.*

 **Global** Consumer Insights

CONFIDENTIAL | December 2013 73

**Produced by Ford Subject to the Protective Order**
**in In Re: MyFord Touch Consumer Litigation**

WLN5 053740

# Local Business Search Through Navigation System









*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*

⬆⬇ *Significantly higher/lower than previous wave.*

 **Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053741

# Local Business Search Through Sync Services









*Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)*
*Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied*
*Q11. How often do you use each of the various SYNC features or services?*

↑↓ *Significantly higher/lower than previous wave.*

 **Global** Consumer Insights

CONFIDENTIAL | December 2013 75

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053742

# Smart Phone Usage





Q9. SYNC offers a variety of features and services. Which of the following features are familiar to you? (SELECT ALL THAT APPLY)
Q10. How satisfied are you with each of the features on your SYNC system? Using a scale of 1-to-10, where "1" is completely dissatisfied and "10" is completely satisfied
Q11. How often do you use each of the various SYNC features or services?

↑↓ *Significantly higher/lower than previous wave.*

 **Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053743

# Popular Phones by E-Mail Domain



| | Apple iPhone Series | Samsung Galaxy Series | LG Other | Motorola Droid Series | Samsung Other |
|---|---|---|---|---|---|
| GMAIL | 30 | 35 | 15 | 35 | 21 |
| YAHOO | 17 | 14 | 15 | 11 | 18 |
| HOTMAIL | 2 | 2 | 0 | 7 | 8 |
| AOL | 6 | 3 | 5 | 2 | 6 |
| COMCAST | 4 | 3 | 8 | 10 | 2 |
| SBCGLOBAL | 3 | 4 | 8 | 0 | 6 |
| ATT | 3 | 3 | 3 | 6 | 4 |
| MSN | 1 | 0 | 0 | 1 | 1 |
| VERIZON | 2 | 2 | 5 | 0 | 4 |
| COX | 1 | 2 | 1 | 2 | 2 |
| BELLSOUTH | 3 | 1 | 0 | 6 | 4 |
| LIVE | 0 | 1 | 3 | 0 | 0 |
| CHARTER | 1 | 1 | 1 | 0 | 0 |
| ME | 1 | 0 | 0 | 0 | 0 |
| YMAIL | 1 | 0 | 0 | 0 | 0 |
| WINDSTREAM | 1 | 2 | 0 | 1 | 0 |
| FRONTIER | 0 | 0 | 0 | 0 | 0 |
| EARTHLINK | 1 | 0 | 0 | 0 | 0 |
| EMBARQMAIL | 1 | 1 | 0 | 0 | 0 |
| ROADRUNNER | 1 | 0 | 2 | 0 | 0 |
| Sample Size: | (922) | (322) | (137) | (116) | (131) |

*Q1C. Please indicate which of the following types of applications you currently use on your mobile phone?*



**Global** Consumer Insights

Produced by Ford Subject to the Protective Order
in In Re: MyFord Touch Consumer Litigation

WLN5 053744