# APPENDIX A

# List of Certified Claims

| State Class Certified | Claim(s) Certified |
|---|---|
| California | Implied Warranty; Express Warranty; UCL |
| Massachusetts | Implied Warranty; Mass. Consumer Prot. Act. |
| New Jersey | Implied Warranty |
| North Carolina | Implied Warranty |
| Ohio | Negligence; Implied Warranty in tort |
| Virginia | Implied Warranty |
| Washington | Express Warranty |