## PLAINTIFFS' TRIAL PLAN
## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Document produced by Ford in this litigation as Bates No. WLN2-00554429 (marked as Deposition Exhibit 1112 at the October 14, 2015 deposition of Michael Westra) (filed under seal) |
| 2 | Document produced by Ford in this litigation as Bates No. WLN2-01490362 (filed under seal) |
| 3 | Document produced in this litigation as Bates No. WLN2-00552618 (filed under seal) |
| 4 | Document produced by Ford in this litigation as Bates No. WLN2-00676700 (filed under seal) |
| 5 | Excerpts of a document produced by Ford in this litigation as Bates No. WLN1-3116207 (filed under seal) |
| 6 | Document produced by Ford in this litigation as Bates No. WLN2-00437398 (filed under seal) |
| 7 | Document produced by Ford in this litigation as Bates No. WLN2-00003888 (filed under seal) |
| 8 | Excerpts of the transcript of the October 14, 2015 deposition of Michael R Westra (filed under seal) |
| 9 | Expert Report of Daniel Smith in Support of Plaintiff's Motion for Class Certification, dated November 24, 2015 (filed under seal) |
| 10 | Sur-Rebuttal Report of Daniel Smith dated April 29, 2016 (redacted) |
| 11 | Excerpts of the transcript of the November 17, 2015 deposition of Jeffrey Ostrowski (filed under seal) |
| 12 | Excerpts of the transcript of the October 13, 2015 deposition of Jeremiah Bragg (filed under seal) |
| 13 | Document produced by Ford in this litigation as Bates No. WLN1-4143296 (filed under seal) |
| 14 | Document produced by Ford in this litigation as Bates No. WLN1-4303121 (filed under seal) |
| 15 | Document produced by Ford in this litigation as Bates No. WLN2-00372324 (filed under seal) |
| 16 | Excerpts of the transcript of the May 28, 2015 deposition of Plaintiff Thomas Mitchell |
| 17 | Excerpts of the transcript of the January 17, 2015 deposition of Plaintiff Jeffrey Miller |
| 18 | Excerpts of the transcript of the December 18, 2014 deposition of Plaintiff Richard Decker Watson |
| 19 | Excerpts from the transcript of the November 15, 2014 deposition of Plaintiff Russell Rizzo |
| 20 | Excerpts of the transcript of the May 2, 2015 deposition of Plaintiff Joshua Matlin |
| 21 | Expert report of Craig Rosenberg, Ph.D., totled *Human Factors Evaluation of MyFord Touch*, dated August 1, 2016 |

| Exhibit | Description |
|---|---|
| 22 | Excerpts of the transcript of the December 11, 2014 deposition of Plaintiff Jennifer Whalen |
| 23 | Excerpts of the transcript of the April 9, 2015 deposition of Plaintiff Jose Randy Rodriguez |
| 24 | Excerpts of the transcript of the May 15, 2015 deposition of Plaintiff Michael Ervin |
| 25 | Excerpts of the transcript of the October 15, 2015 deposition of Gary Jablonski (filed under seal) |
| 26 | Documents produced by Ford in this litigation as Bates Nos. WLN2-01478717 & WLN2-01478718 (filed under seal) |
| 27 | Document produced by Ford in this litigation as Bates No. WLN2-00039876 (filed under seal) |
| 28 | Documents produced by Ford in this litigation as Bates Nos. WLN2-00039569 & WLN2-00039573 (filed under seal) |
| 29 | Excerpts of a document produced by Ford in this litigation as Bates No. WLN2-01368188 (filed under seal) |
| 30 | Document produced by Ford in this litigation as Bates No. WLN1-0003060 (filed under seal) |
| 31 | Document produced by Ford in this litigation as Bates No. WLN2-02645341 (filed under seal) |
| 32 | Document produced by Ford in this litigation and marked as Deposition Exhibit 1129 at the October 15, 2015 deposition of Gary Jablonski. (filed under seal) |
| 33 | Document produced by Ford in this litigation as Bates No. WLN2-01318911 (filed under seal) |
| 34 | Excerpts of a document produced by Ford in this litigation as Bates No. WLN1-1935219 (filed under seal) |
| 35 | Excerpts of the transcript of the February 11, 2016 deposition of Daniel Smith (redacted) |
| 36 | Document produced by Ford in this litigation as Bates No. WLN1-4305508 (filed under seal) |
| 37 | Document produced by Ford in this litigation as Bates No. WLN1-4304094 (filed under seal) |
| 38 | Document produced by Ford in this litigation as Bates No. WLN1-4174223 (filed under seal) |
| 39 | Document produced by Ford in this litigation as Bates No. WLN2-00367506 (filed under seal) |
| 40 | Document produced by Ford in this litigation as Bates No. WLN1-4205520 (filed under seal) |
| 41 | Document produced by Ford in this litigation as Bates Nos. WLN1-4217661 & WLN1-4217662 (filed under seal) |
| 42 | Document produced by Ford in this litigation as Bates No. WLN2-01317499 (filed under seal) |
| 43 | Document produced by Ford in this litigation as Bates No. WLN2-00671611 (filed under seal) |

| Exhibit | Description |
|---|---|
| 44 | Document produced by Ford in this litigation as Bates No. WLN2-02280296 (filed under seal) |
| 45 | 2013 Model Year Ford Warranty Guide |
| 46 | Document produced by Ford in this litigation as Bates No. WLN2-01135983 (filed under seal) |
| 47 | Document produced by Ford in this litigation as Bates No. WLN2-02995426 (filed under seal) |
| 48 | Document produced by Ford in this litigation as Bates No. WLN2-00235606 (filed under seal) |
| 49 | Document produced by Ford in this litigation as Bates No. WLN1-3242440 (filed under seal) |
| 50 | Document produced by Ford in this litigation as Bates No. WLN2-00658900 (filed under seal) |
| 51 | Documents produced by Ford in this litigation as Bates Nos. WLN2-00181490 & WLN2-00181492 (filed under seal) |
| 52 | Document produced by Ford in this litigation as Bates No. WLN1-4132818 (filed under seal) |
| 53 | Document produced by Ford in this litigation as Bates No. WLN2-00215512 (filed under seal) |
| 54 | Excerpts of the transcript of the February 11, 2015 deposition of Daniel Smith. (filed under seal) |

010388-11 1016648 V1