RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
E. CLAY MARQUEZ (S.B. #268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

WARREN E. PLATT (S.B. #154086)
wplatt@swlaw.com
SNELL & WILMER LLP
Plaza Tower
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone:    (714) 427-7000
Facsimile:    (714) 427-7799

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice*)
shammack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

Attorneys for Defendant Ford Motor Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. CV 13-3072-EMC |
|---|---|
| MYFORD TOUCH CONSUMER LITIGATION | JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TRIAL DATE AND RELATED PRETRIAL DEADLINES (Denied) |

    Pursuant to Local Rules 6-1(b) and 6-2, Defendant Ford Motor Company and Plaintiffs

stipulate to extend the trial date and related pretrial deadlines in this matter for the reasons

explained below, and they jointly request that the Court approve this stipulation and re-set the

dates accordingly.  In support of this Stipulation, the Parties state as follows:

    WHEREAS, on September 18, 2017, the Court entered a Case Management and Pretrial

Order for Jury Trial setting an estimated four-week trial to begin on May 11, 2018, with other

pretrial deadlines in March and April 2018 (Dkt. No. 337);

    WHEREAS, on January 30, 2018, the parties submitted a Joint Case Management

Conference Statement and Trial Plan Preview (Dkt. No. 371);

    WHEREAS, on February 7, 2018, the Court held a Case Management Conference in

conjunction with the argument on the motion for summary judgment.  At that conference, the

Court directed Plaintiffs to submit a more specific trial plan by February 20, 2018, Defendant to respond by March 1, 2018, and the Parties together to submit an updated joint status report by March 8, 2018 (Dkt. No. 379);

WHEREAS, the Court set a status conference for March 15, 2018 (Dkt. No. 379);

WHEREAS, at the Case Management Conference, the Court and Parties discussed some pre-trial issues, including disputes about the scope and structure of the class trial. At the conference, the Court and Parties also discussed dates of unavailability of lead counsel for both Parties if the trial date were to move. Specifically, it was discussed that due to prior commitments out of the country, trial counsel were unavailable from mid-June through late July;

WHEREAS, the Parties have continued to meet and confer regarding a potential trial plan and other pretrial deadlines, but given the size and complexity of the overall case, and the number and type of remaining certified classes, claims, and issues, they continue to disagree about an appropriate trial structure;

WHEREAS, to promote efficient litigation, conserve resources, and have a fair opportunity to adequately prepare this case for trial, the Parties agree that it is important to receive direction from the Court about the trial structure before the Parties must file certain pretrial motions or documents and exchange witness and exhibit lists, since those documents may change based on the Court's decisions on the trial structure;

WHEREAS, Ford intends to file a pre-trial decertification motion targeting three of the remaining certified claims, which Plaintiffs expect to oppose;

WHEREAS, the Parties would like time to prepare revisions to potential pretrial motions and other documents after the Court provides direction about the appropriate trial structure and the decertification motion;

WHEREAS, the Parties have agreed that it would be more efficient and equitable to have a modest extension of the trial date until August 3, 2018 to facilitate this careful preparation and accommodate counsels' pre-existing unavailability, and they will be prepared to discuss the trial schedule at the March 15 status conference.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to Court approval,

that the trial and pretrial deadlines are extended as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Last day for parties to Meet-and-Confer regarding pretrial deadlines | March 13, 2018 | May 4, 2018 |
| Exchange of Motions *in Limine* | March 23, 2018 | May 24, 2018 |
| Exchange of Oppositions to Motions *in Limine* | March 30, 2018 | May 31, 2018 |
| Joint Pretrial Conference Statement; Pretrial Statement to Jury, Jury Instructions, Verdict Form, Marked Exhibits, Trial Brief, and Trial Plan | April 3, 2018 | June 7, 2018 |
| Final Pretrial Conference | April 24, 2018 | June 28, 2018 |
| Trial Begins | May 11, 2018 (A 4-week trial would end June 8, 2018) | August 3, 2018 (A 4-week trial would end August 31, 2018) |

IT IS SO STIPULATED.

| | |
|---|---|
| 1 | Dated: February 23, 2018 |

O'MELVENY & MYERS LLP

2    By: /s/ *Randall W. Edwards*
3         Randall W. Edwards
        Attorneys for Defendant
        FORD MOTOR COMPANY

4

5    Dated: February 23, 2018       By: /s/ *Steve W. Berman (with consent)*
6                     Steve W. Berman

7    Steve W. Berman
    Craig Spiegel
    Tyler Weaver
8    Catherine Y.N. Gannon
    HAGENS BERMAN SOBOL SHAPIRO LLP
9    1918 8th Avenue, Suite 3300
    Seattle, Washington 98101
10   Tel: (206) 623-7292
    Fax: (206) 623-0594
11   steve@hbsslaw.com
    craigs@hbsslaw.com
12   tyler@hbsslaw.com
    catherineg@hbsslaw.com
13

    Adam J. Levitt
14   John E. Tangren
    DICELLO LEVITT & CASEY LLC
15   10 North Dearborn Street, Eleventh Floor
    Chicago, Illinois 60602
16   Tel: (312) 214-7900
    alevitt@dlcfirm.com
17   jtangren@dlcfirm.com

18   Roland Tellis
    Mark Pifko
19   BARON & BUDD, P.C.
    15910 Ventura Boulevard, Suite 1600
20   Encino, California 91436
    Tel: (818) 839-2320
21   Fax: (818) 986-9698
    rtellis@baronbudd.com
22   mpifko@baronbudd.com

23   Nicholas E. Chimicles
    Benjamin F. Johns
24   CHIMICLES & TIKELLIS LLP
    One Haverford Centre
25   361 West Lancaster Avenue
    Haverford, Pennsylvania 19041
26   Tel: (610) 642-8500
    Fax: (610) 649-3633
27   nick@chimicles.com
    benjohns@chimicles.com

28

*Class Counsel*

JOINT STIP. AND [PROPOSED] ORDER TO
EXTEND TRIAL DATES
NO. CV 13-3072-EMC

## ATTESTATION OF FILING

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Randall W. Edwards, hereby attest that concurrence in the filing of this Stipulation and Joint Request to Extend Trial Date and Related Pretrial Deadlines has been obtained from Steve Berman with conformed signatures above.

Dated: February 23, 2018

By: /s/ *Randall W. Edwards*
      Randall W. Edwards

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

## O R D E R

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~ Status conference is advanced from 3/15/18 to Friday 3/9/18 at 10:00 a.m. A updated joint Status report shall be filed by 3/2/18.

DATED: February _27_, 2018

_____
The Honorable Edward M. Chen
United States District Judge

DENIED

Judge Edward M. Chen