| | |
|---|---|
| RANDALL W. EDWARDS (S.B. #179053)<br>redwards@omm.com<br>E. CLAY MARQUEZ (S.B. #268424)<br>cmarquez@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 | WARREN E. PLATT (S.B. #154086)<br>wplatt@swlaw.com<br>SNELL & WILMER LLP<br>Plaza Tower<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799 |

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice*)
shammack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendant Ford Motor Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. CV 13-3072-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE THE SUPPLEMENTAL REPORT OF DR. PAUL TAYLOR PURSUANT TO CIV. L.R. 7-11** (modified) |

The Court having considered Ford's Administrative Motion for Leave to File the Supplemental Report of Dr. Paul Taylor and the parties' joint stipulation pursuant to Civil Local Rule 7-12 in support thereof, and good cause appearing therefor, hereby GRANTS Ford's motion for administrative relief and orders as follows: Ford Motor Company shall have until March 5, 2018, to file and serve the Supplemental Report of Dr. Paul Taylor.

**IT IS SO ORDERED.**

DATED: March __2__, 2018

_____
Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

[PROPOSED] ORDER
CASE NO. CV 13-3072-EMC