| | |
|---|---|
| RANDALL W. EDWARDS (S.B. #179053) <br> redwards@omm.com <br> E. CLAY MARQUEZ (S.B. #268424) <br> cmarquez@omm.com <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, CA 94111-3823 <br> Telephone: (415) 984-8700 <br> Facsimile: (415) 984-8701 | WARREN E. PLATT (S.B. #154086) <br> wplatt@swlaw.com <br> SNELL & WILMER LLP <br> Plaza Tower <br> 600 Anton Boulevard, Suite 1400 <br> Costa Mesa, CA 92626 <br> Telephone: (714) 427-7000 <br> Facsimile: (714) 427-7799 |

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice*)
shammack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br><br> MYFORD TOUCH CONSUMER LITIGATION | Case No. CV 13-3072-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO COMPLY WITH ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Local Rules 6-1(b) and 6-2, Defendant Ford Motor Company and Plaintiffs stipulate to extend the time for Plaintiffs to comply with the Court's March 2, 2018 order granting in part and denying in part Plaintiffs' administrative motion to seal for the reasons explained below, and they jointly request that the Court approve this stipulation and re-set the current deadline accordingly. In support of this Stipulation, the Parties state as follows:

WHEREAS, on February 20, 2018, Plaintiffs submitted their Trial Plan (Dkt. No. 385), which was accompanied by Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 384) seeking to file under seal certain information and exhibits attached thereto that had previously

been designated as Confidential by Ford pursuant to the protective order entered in this case;

WHEREAS, on February 26, 2018, Ford filed the Declaration of Christopher Eikey in support of Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 387), setting forth the bases for sealing such materials consistent with Ford's prior administrative motions to file under seal the same materials in connection with class certification briefing;

WHEREAS, Ford understood and believed at the time it submitted the Eikey Declaration that the parties' trial plan submissions were intended to be procedural in nature, and not dispositive, because the subject of the submissions was potential bifurcation and other trial structuring issues rather than substantive; Ford therefore had believed that the submissions were not so related to the merits so as to require that Ford meet the higher standard of demonstrating a compelling reason to file the documents under seal beyond the lesser standard applicable to the information that Ford originally presented when the same materials had been previously sealed by the Court;

WHEREAS, on March 2, 2018, the Court entered an order granting in part and denying in part Plaintiffs' Administrative Motion to File Under Seal (the "Order") (Dkt. No. 400);

WHEREAS, the Order requires that Plaintiffs shall re-file their pretrial memorandum and attached exhibits consistent with the Order by March 15, 2018;

WHEREAS, on March 12, 2018, the parties met and conferred regarding narrowed redactions and the re-filing of certain exhibits in the public record, as required by the Order;

WHEREAS, Ford understands the Court has ruled that the parties' trial plans are more than tangentially related to the merits so as to require Ford to demonstrate a compelling reason and articulate a more detailed factual basis for sealing such materials, and Ford acknowledges that many of the documents Plaintiffs sought to seal do not meet that standard;

WHEREAS, Ford requests additional time to allow for an adequate opportunity to determine whether it can meet the heightened standard for sealing with respect to a handful of those documents and whether or not seeking leave of the Court to file a motion for reconsideration of the Order, or the filing of an appeal pursuant to 28 U.S. Code § 1292, may be necessary and appropriate under the circumstances;

1   WHEREAS, Plaintiffs take no position with respect to whether or not a motion for
2   reconsideration or § 1292 appeal is appropriate at this juncture;
3   WHEREAS, Plaintiffs have worked diligently to comply with the Court's Order and to be
4   in a position to re-file their submission by March 15, 2018, but have agreed to Ford's request to
5   extend the time to comply with the Order as a courtesy, to allow Ford adequate time to further
6   evaluate the materials at issue;
7   NOW, THEREFORE, the Parties hereby stipulate and agree, subject to Court approval,
8   that the deadline for Plaintiffs to re-file their pre-trial memorandum and attached exhibits
9   consistent with the Order shall be continued to March 23, 2018. To the extent Ford intends to
10  seek leave of the Court to file a motion for reconsideration or otherwise provide notice of
11  interlocutory appeal, Ford will do so by March 22, 2018.
12  IT IS SO STIPULATED.

- 3 -

JOINT STIP. AND PROPOSED
ORDER TO EXTEND TIME
NO. CV 13-3072-EMC

| | | |
|---|---|---|
| 1 | Dated: March 14, 2018 | O'MELVENY & MYERS LLP |
| 2 | | By: */s/ E. Clay Marquez* |
| 3 | | E. Clay Marquez<br>Attorneys for Defendant |
| 4 | | FORD MOTOR COMPANY |
| 5 | Dated: March 14, 2018 | By: */s/ Steve W. Berman* |
| 6 | | Steve W. Berman |

Steve W. Berman
Craig Spiegel
Tyler Weaver
Catherine Y.N. Gannon
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com
tyler@hbsslaw.com
catherineg@hbsslaw.com

Adam J. Levitt
John E. Tangren
DICELLO LEVITT & CASEY LLC
10 North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dlcfirm.com
jtangren@dlcfirm.com

Roland Tellis
Mark Pifko
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Nicholas E. Chimicles
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
nick@chimicles.com
benjohns@chimicles.com

*Class Counsel*

**ATTESTATION OF FILING**

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, E. Clay Marquez, hereby attest that concurrence in the filing of this Joint Stipulation to Extend Time for Parties to Comply with Order Granting in Part and Denying in Part Plaintiffs' Administrative Motion to File Under seal has been obtained from Steve Berman with conformed signatures above.

Dated: March 14, 2018          By: */s/ E. Clay Marquez*
                                   E. Clay Marquez

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 15 2018

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen