RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
E. CLAY MARQUEZ (S.B. #268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice*)
shammack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

WARREN E. PLATT (S.B. #154086)
wplatt@swlaw.com
SNELL & WILMER LLP
Plaza Tower
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. 3:13-CV-3072-EMC<br><br>**JOINT STIPULATION OF FACTS REGARDING PLAINTIFFS' OWNERSHIP OR LEASE OF MFT-EQUIPPED VEHICLES** |

The parties to this action stipulate to the following facts for purposes of trial and other proceedings in this matter:

California Plaintiff Center for Defensive Driving leased its class vehicle (a 2013 Ford F-150 Lariat) new on February 22, 2013 and returned it on April 6, 2016 with a mileage of 49,423.

California Plaintiff Darcy Thomas-Maskrey purchased her class vehicle (a 2013 Ford Flex) new on July 3, 2012 and sold it on December 1, 2017 with a mileage of 102,754.

California Plaintiff Richard Decker Watson purchased his class vehicle (a 2011 Lincoln MKX) used on October 19, 2012 with a mileage of 13,537 and sold it on December 21, 2015 with a mileage of 50,887.

California Plaintiff Jennifer Whalen purchased her class vehicle (a 2013 Ford Explorer XLT) new on April 1, 2012 and still owns it, with a mileage as of September 18, 2017 of 74,963.

Massachusetts Plaintiff William Creed purchased his class vehicle (a 2011 Ford Explorer) new on March 14, 2011 and sold it on January 2, 2015 with a mileage of 105,209.

New Jersey Plaintiff Joshua Matlin leased his class vehicle (a 2011 Ford Edge SE) new on October 28, 2010 and returned it on May 23, 2013 with a mileage of 32,973.

New Jersey Plaintiff Russ Rizzo leased his class vehicle (a 2012 Ford Explorer XLT 4WD) new on February 18, 2012 and returned it on July 22, 2014 with a mileage of 35,929.

North Carolina Plaintiff Daniel Fink purchased his class vehicle (a 2013 Ford Explorer) new on November 30, 2012 and sold it on September 12, 2017 with a mileage of 84,608.

Ohio Plaintiff Jerome Miskell purchased his class vehicle (a 2013 Ford Escape) new on March 7, 2013 and sold it on March 18, 2017 with a mileage of 159,600.

Virginia Plaintiff Jason Connell purchased his class vehicle (a 2011 Lincoln MKX) new on September 15, 2010 and disposed of it on October 23, 2014 with a mileage of 39,709.

Virginia Plaintiff Henry Miller-Jones purchased his class vehicle (a 2013 Ford Fusion Titanium AWD) new on April 20, 2013 and sold it on November 27, 2017 with a mileage of 40,015.

Washington Plaintiff Leif Kirchoff purchased his class vehicle (a 2013 Ford F-250) new on February 14, 2013 and sold it on May 9, 2017 with a mileage of 152,500.

In addition, the parties also stipulate to the following facts for purposes of trial and other proceedings in this matter:

Arizona Plaintiff Joseph D'Aguanno purchased his class vehicle (a 2013 Ford Explorer Sport) new on November 2, 2012 and still owns it, with a mileage as of February 13, 2018 of 63,955.

Colorado Plaintiff James Sheerin purchased his class vehicle (a 2013 Ford Explorer Limited) new on June 18, 2012 and sold it on July 13, 2016 with a mileage of 89,002.

Iowa Plaintiff Thomas Mitchell purchased his class vehicle (a 2011 Lincoln MKX) new on November 4, 2010 and sold it on April 14, 2016 with a mileage of 69,506.

New York Plaintiff Jeffrey Miller leased his class vehicle new (a 2013 Ford Fusion Titanium) on February 15, 2013 and returned it on August 15, 2015 with a mileage of 41,000.

New York Plaintiff Nuala Purcell leased her class vehicle (a 2011 Ford Edge) new on November 23, 2010 and returned it on April 23, 2013 with a mileage of 27,978.

Texas Plaintiff Michael Ervin purchased his class vehicle (a 2013 Ford C-Max SEL) new on October 13, 2012 and sold it on July 1, 2013 with a mileage of 12,484.

Texas Plaintiff Jose Randy Rodriguez purchased his class vehicle (a 2013 Ford Focus Titanium) new on May 16, 2011 and sold it on January 20, 2017 with a mileage of 122,900.

//
//

| | | |
|---|---|---|
| Dated: March 20, 2018 | | O'MELVENY & MYERS LLP |
| | | By: /s/ Randall W. Edwards |
| | | Randall W. Edwards |
| | | *Attorneys for Defendant Ford Motor Company* |
| Dated: March 20, 2018 | | By: /s/ Catherine Y.N. Gannon |
| | | Catherine Y.N. Gannon |

Steve W. Berman
Craig Spiegel
Tyler Weaver
Catherine Y.N. Gannon
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com
tyler@hbsslaw.com
catherineg@hbsslaw.com

Adam J. Levitt
John E. Tangren
DICELLO LEVITT & CASEY LLC
10 North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dlcfirm.com
jtangren@dlcfirm.com

Roland Tellis
Mark Pifko
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Nicholas E. Chimicles
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
nick@chimicles.com
benjohns@chimicles.com

*Class Counsel*

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

| | |
|---|---|
| 1 | **ATTESTATION OF FILING** |
| 2 | Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Randall W. Edwards, hereby |
| 3 | attest that concurrence in the filing of this Joint Stipulation of Facts regarding Plaintiffs' |
| 4 | Ownership or Lease of MFT-Equipped Vehicles has been obtained from Catherine Y.N. Gannon |
| 5 | with conformed signatures above. |

Dated: March 20, 2018

O'MELVENY & MYERS LLP

By:   */s/ Randall W. Edwards*
       Randall W. Edwards

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701