# EXHIBIT 2

*In Re: MyFord Touch Consumer Litigation*

**<u>SPECIAL VERDICT FORM</u>**

We the jury, being first duly empaneled and sworn in the above-entitled cause, do find as follows:

**I.  BREACH OF IMPLIED WARRANTY UNDER THE CALIFORNIA SONG-BEVERLY CONSUMER WARRANTY ACT, MASSACHUSETTS LAW, AND NEW JERSEY LAW**

We answer the questions submitted to us as follows:

1. Did Plaintiffs purchase or lease a Class Vehicle manufactured by Ford?

    _____ Yes        _____ No

    If you answered YES to Question No. 1, please continue to Question No. 2, otherwise please sign and date this verdict form on the last page and return it to the bailiff.

2. At the time of Plaintiffs' purchase or lease, was Ford in the business of manufacturing the Class Vehicles.

    _____ Yes        _____ No

    If you answered YES to Question No. 2, please continue to Question No. 3, otherwise please sign and date this verdict form on the last page and return it to the bailiff.

3. Were the MyFord Touch and MyLincoln Touch systems in the Class Vehicles:

    a. not of the same quality as those generally acceptable in the automobile trade; or

    b. not fit for the ordinary purposes for which the system is used; or

    c. posed a safety concern in the Class Vehicles; or

    d. rendered the Class Vehicles unreliable; or

    e. significantly impaired the operability of the Class Vehicles; or

    f. made so the Class Vehicles were not substantially free of defects.

    _____ Yes      _____ No

If you answered YES to any part of Question No. 3, please continue to Question No. 4, otherwise skip to Question No. 13.

4. State the amount of damages that should be awarded to each Class Member on a per vehicle basis, if any?

    $_____

Please continue to Question No. 5.

## II. BREACH OF IMPLIED WARRANTY UNDER CALIFORNIA COMMERCIAL CODE § 2314

We answer the questions submitted to us as follows:

5. Did Plaintiffs take steps to notify Ford within a reasonable time that the MyFord Touch and MyLincoln Touch systems in the Class Vehicles were not of the quality that a buyer or lessee would reasonably expect at time of purchase or lease?

    _____ Yes        _____   No

    If you answered YES to Question No. 5, please continue to Question No. 6, otherwise skip to Question No. 13.

6. Were Plaintiffs harmed?

    _____ Yes        _____   No

    If you answered YES to Question No. 6, please continue to Question No. 7, otherwise skip to Question No. 13.

7. Was the failure of the MyFord Touch and MyLincoln Touch systems in the Class Vehicles to meet the expected level of quality a substantial factor in causing Plaintiffs' harm?

    _____ Yes        _____   No

    If you answered YES to Question No. 7, please continue to Question No. 8, otherwise skip to Question No. 13.

8. State the amount of damages that should be awarded to each Class Member on a per vehicle basis, if any?

$_____

Please continue to Question No. 9.

III. **BREACH OF IMPLIED WARRANTY UNDER OHIO LAW**

We answer the questions submitted to us as follows:

9. Did Plaintiffs take steps to notify Ford within a reasonable time that the MyFord Touch and MyLincoln Touch systems in the Class Vehicles were not of the quality that a buyer or lessee would reasonably expect at time of purchase or lease?

_____ Yes     _____ No

If you answered YES to Question No. 9, please continue to Question No. 10, otherwise skip to Question No. 13.

10. State the amount of damages that should be awarded to each Class Member on a per vehicle basis, if any?

$_____

Please continue to Question No. 11.

## IV. BREACH OF IMPLIED WARRANTY UNDER VIRGINIA LAW

We answer the questions submitted to us as follows:

11. Did Plaintiffs take steps to notify Ford within a reasonable time that the MyFord Touch and MyLincoln Touch systems in the Class Vehicles were not of the quality that a buyer or lessee would reasonably expect at time of purchase or lease?

    _____ Yes        _____ No

    If you answered YES to Question No. 11, please continue to Question No. 12, otherwise skip to Question No. 13.

12. State the amount of damages that should be awarded to each Class Member on a per vehicle basis, if any?

    $_____

    Please continue to Question No. 13.

V. **BREACH OF EXPRESS WARRANTY UNDER THE CALIFORNIA SONG-BEVERLY CONSUMER WARRANTY ACT**

We answer the questions submitted to us as follows:

13. Did Ford provide Plaintiffs with a written Limited Warranty on the Class Vehicles?

    _____ Yes        _____ No

    If you answered YES to Question No. 13, please continue to Question No. 14, otherwise skip to Question No. 23.

14. Did the MyFord Touch and MyLincoln Touch systems in the Class Vehicles have a defect that was covered by the warranty and that substantially impaired its use, value, or safety to a reasonable person in Plaintiffs' situation?

    _____ Yes        _____ No

    If you answered YES to Question No. 14, please continue to Question No. 15, otherwise skip to Question No. 23.

15. Did Plaintiffs deliver the Class Vehicle to Ford or its authorized repair facility for repair of the defect in the MyFord Touch or MyLincoln Touch systems?

    _____ Yes        _____ No

    If you answered YES to Question No. 15, please continue to Question No. 16, otherwise skip to Question No. 23.

16. Did Ford or its authorized repair facility fail to repair the MyFord Touch or MyLincoln Touch systems in the Class Vehicles to match the written warranty after a reasonable number of opportunities to do so?

    _____ Yes        _____ No

    If you answered YES to Question No. 16, please continue to Question No. 17, otherwise skip to Question No. 23.

17. Did Ford fail to promptly replace or buy back the Class Vehicles?

    _____ Yes        _____ No

    If you answered YES to Question No. 17, please continue to Question No. 18, otherwise skip to Question No. 23.

18. State the amount of damages that should be awarded to each Class Member on a per vehicle basis, if any?

$_____

Please continue to Question No. 19.

VI. **BREACH OF EXPRESS WARRANTY UNDER WASHINGTON LAW**

We answer the questions submitted to us as follows:

19. Did Ford provide Plaintiffs with a written Limited Warranty on the Class Vehicles?

_____ Yes     _____ No

If you answered YES to Question No. 19, please continue to Question No. 20, otherwise skip to Question No. 23.

20. Did the Limited Warranty form the basis of the bargain?

_____ Yes     _____ No

If you answered YES to Question No. 20, please continue to Question No. 21, otherwise skip to Question No. 23.

21. Did the Class Vehicles fail to conform to the Limited Warranty?

    _____ Yes    _____ No

  If you answered YES to Question No. 21, please continue to Question No. 22, otherwise skip to Question No. 23.

22. State the amount of damages that should be awarded to each Class Member on a per vehicle basis, if any?

    $_____

  Please continue to Question No. 23.

## VII.  NEGLIGENCE UNDER OHIO LAW

  We answer the questions submitted to us as follows:

23. Did Ford owe a duty to Plaintiffs as consumers of the Class Vehicles to design and manufacture a Class Vehicle that presented no significant risks to its safe operation?

    _____ Yes    _____ No

  If you answered YES to Question No. 23, please continue to Question No. 24, otherwise please sign and date this verdict form on the last page and return it to the bailiff.

24. Did Ford breach its duty to Plaintiffs to design and manufacture a Class Vehicle that is reasonably safe because the Class Vehicles contained a defect in the MyFord Touch and MyLincoln Touch system that poses an unreasonable safety risk?

    _____ Yes     _____ No

  If you answered YES to Question No. 24, please continue to Question No. 25, otherwise please sign and date this verdict form on the last page and return it to the bailiff.

25. Had Plaintiffs known that the Class Vehicles contained a defect in the MyFord Touch and MyLincoln Touch systems that poses an unreasonable safety risk, would they not have purchased the Class Vehicles?

    _____ Yes     _____ No

  If you answered YES to Question No. 25, please continue to Question No. 26, otherwise please sign and date this verdict form on the last page and return it to the bailiff.

26. As a result of Ford's negligence, were Plaintiffs damaged because of their Class Vehicle's loss of value?

    _____ Yes     _____ No

  If you answered YES to Question No. 26, please continue to Question No. 27, otherwise please sign and date this verdict form on the last page and return it to the bailiff.

27. State the amount of damages that should be awarded to each Class Member on a per vehicle basis, if any?

$_____

You have completed this verdict form. The jury foreperson should sign and date this verdict form.

Dated this _____ day of May, 2018

_____
Jury Foreperson