RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
E. CLAY MARQUEZ (S.B. #268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice*)
shammack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

WARREN E. PLATT (S.B. #154086)
wplatt@swlaw.com
SNELL & WILMER LLP
Plaza Tower
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. CV 13-3072-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br>**[Pursuant to Civ. L.R. 7-9(b)(3)]** |

This matter having come on Ford's Motion for Leave to File Motion for Reconsideration of Order Denying Plaintiffs' Administrative Motion to File Under Seal, good cause having been shown therefor, the Court GRANTS leave for Ford to file a motion for reconsideration of the sealing order.

Ford's Motion for Reconsideration and supporting papers, attached to its Motion for Leave as Exhibit A thereto, shall be deemed filed as of today's date.

Dated: March 23, 2018



_____
The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE