| | |
|---|---|
| RANDALL W. EDWARDS (S.B. #179053)<br>redwards@omm.com<br>E. CLAY MARQUEZ (S.B. #268424)<br>cmarquez@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 | WARREN E. PLATT (S.B. #154086)<br>wplatt@swlaw.com<br>SNELL & WILMER LLP<br>Plaza Tower<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799 |

BRIAN C. ANDERSON (S.B. #126539)
banderson@omm.com
SCOTT M. HAMMACK (*pro hac vice*)
shammack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MYFORD TOUCH CONSUMER LITIGATION | Case No. CV 13-3072-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Pursuant to Civ. L.R. 7-9(b)(3)] |

1 This matter having come on Ford's Motion for Reconsideration of Order Denying
2 Plaintiffs' Administrative Motion to File Under Seal, good cause having been shown therefor, the
3 Court GRANTS Ford's motion. Exhibits 29 & 34 filed in support of Plaintiffs' Trial Plan
4 Submission (Dkt. No. 384) shall be maintained under seal., except for page 5 of Ex. 34.

Ford shall have seven (7) days to file corrected exhibits with the Court reflecting the narrowed redactions proposed by its Motion for Reconsideration.

Dated: March 23, 2018



_____
The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER
CV 13-3072-EMC