# APPENDIX B

# List of Individual Claims

| State | Plaintiff | Individual Claims |
|---|---|---|
| Arizona | Jose D'Aguanno | <ul><li>violation of the Arizona Consumer Fraud Act, Ariz. Rev. Stat. §§ 44-1521, *et seq.*</li><li>common-law fraudulent concealment</li></ul> |
| California | Jennifer Whalen | <ul><li>violation of the Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750, *et seq.*</li><li>violation of the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.* to the extent predicated upon fraud</li><li>violation of the False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.*</li><li>common-law fraudulent concealment</li></ul> |
| | Darcy Thomas-Maskrey | <ul><li>violation of the Consumer Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.*</li><li>violation of the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.* to the extent predicated upon fraud</li><li>violation of the False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.*</li><li>common-law fraudulent concealment</li></ul> |
| | Richard Decker Watson | <ul><li>violation of the Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750, *et seq.*</li><li>violation of the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.* to the extent predicated upon fraud</li><li>violation of the False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.*</li><li>common-law fraudulent concealment</li></ul> |
| | The Center for Defensive Driving | <ul><li>violation of the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.* to the extent predicated upon fraud</li><li>violation of the False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.*</li><li>common-law fraudulent concealment</li></ul> |
| Colorado | James Laurence Sheerin | <ul><li>violation of the Colorado Consumer Protection Act, Colo. Rev. Stat. §§ 6-1-101, *et seq.*</li><li>common-law fraudulent concealment</li></ul> |
| Iowa | Thomas Mitchell | <ul><li>breach of express warranty under Iowa law (as to his 2011 MKX only)</li></ul> |
| Massachusetts | William Creed | <ul><li>breach of express warranty, under State law and the MMWA</li><li>common-law fraudulent concealment</li></ul> |

| State | Plaintiff | Individual Claims |
|---|---|---|
| New Jersey | Josh Matlin | - violation of the New Jersey Consumer Fraud Act, N.J. Stat. Ann. §§ 56:8-1, *et seq.*<br>- breach of express warranty under State law<br>- common-law fraudulent concealment |
| | Russ Rizzo | - violation of the New Jersey Consumer Fraud Act, N.J. Stat. Ann. §§ 56:8-1, *et seq.*<br>- breach of express warranty under State law<br>- common-law fraudulent concealment |
| New York | Jeffrey Miller | - violation of New York General Business Law §§ 349–350<br>- common-law fraudulent concealment |
| | Nualla Purcell | - violation of New York General Business Law §§ 349–350<br>- breach of express warranty under State law<br>- common-law fraudulent concealment |
| North Carolina | Daniel Fink | - violation of the North Carolina Unfair and Deceptive Trade Practices Act, N.C. Gen. Stat. §§ 75-1.1, *et seq.*<br>- breach of express warranty under State law<br>- common-law fraudulent concealment |
| Ohio | James Miskell | - violation of the Ohio Consumer Sales Practices Act, Ohio Rev. Code Ann. §§ 1345.01, *et seq.*<br>- common-law fraudulent concealment |
| Texas | Michael Ervin | - violation of the Texas Deceptive Trade Practices-Consumer Protection Act, Tex. Bus. & Com. Code Ann. §§ 17.41, *et seq.*<br>- common-law fraudulent concealment |
| | Jose Randy Rodriguez | - violation of the Texas Deceptive Trade Practices-Consumer Protection Act, Tex. Bus. & Com. Code Ann. §§ 17.41, *et seq.*<br>- common-law fraudulent concealment |
| Virginia | Jason Connell | - violation of the Virginia Consumer Protection Act, Va. Code Ann. §§ 59.1-196, *et seq.*<br>- breach of express warranty under State law<br>- common-law fraudulent concealment |
| | Henry Miller-Jones | - violation of the Virginia Consumer Protection Act, Va. Code Ann. §§ 59.1-196, *et seq.*<br>- breach of express warranty under State law<br>- common-law fraudulent concealment |
| Washington | Leif Kirchoff | - violation of the Washington Consumer Protection Act, Wash. Rev. Code 19.86.010, *et seq.* |