# EXHIBIT 1



EXHIBIT 1112
WIT: Weston
DATE: 10-14-15
C. Campbell, RPR CRR CSR #13921

FILE SURROGATE - This is a surrogate.  Please see the native file for this record, or contact Ford's counsel of record in this matter to request a copy of this file.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00554429

| | |
|---|---|
| **From:** | Westra, Mike (M.R.) </o=ford/ou=fordna1/cn=recipients/cn=mwestra> |
| **Sent:** | Fri Mar 12 2010 09:38:13 EST |
| **To:** | Johnson, Jason (J.B.) </o=ford/ou=fordna1/cn=recipients/cn=jjohn118>;Huang, Henry (H.) </o=ford/ou=fordna1/cn=recipients/cn=hhuang> |
| **CC:** | Wadhwa, Sukhwinder (P.S.) </o=ford/ou=fordna1/cn=recipients/cn=swadhwa>;Hider, Mounir (M.) </o=ford/ou=fordna1/cn=recipients/cn=mhider1>;Erkkila, Dave (D.R.) </o=ford/ou=fordna1/cn=recipients/cn=derkkila>;Westra, Mike (M.R.) </o=ford/ou=fordna1/cn=recipients/cn=mwestra> |
| **Subject:** | RE: Developer Documentation from BSquare |
| **Attachments:** | |

| | |
|---|---|
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

YES, this is a description of a very rudimentary SCM process.

1. The problem is they aren't really following it.
- If they were, bugs should not be reappearing a period after they are "fixed".
- New bugs appear and cannot be easily identified with random components being pulled in hopes of fixing things.

2. The problem is we have nothing in between release (which they don't update) and trunk (which they don't control or manage or can't build half the time).

3. Dave mentioned to me that they saw the *exact* same problem with EB on v2/v3.
- They couldn't keep bugs from reappearing.
- They were 2 months out and could never get stability under control.
- Until they forced EB to manage EVERYTHING that got merged into a known good state (not just pretending to take snapshots every so often and calling it a release), they couldn't make any forward progress and testing was an exercise in futility. This became a primary responsibility of someone at EB.

4. This annoys me all the more because I talked with Chris about this while he was out earlier...
- He didn't know/see the value in controlling SCM to a higher level at this point.
- Blamed Ford for not telling them to have this process in place.
- Carry said "pay us $$ and we'll hire the Best SCM expert in the industry to develop whatever you want"...
- The truth is *any* professional software company must have some level of controls at this level. Every software engineering methodology has this as one of the first process disciplines (even before project management and on the same level as defect management).


What they basically need at this stage is someone at B2 to manage every group of changes that would be allowed onto an intermediate between trunk and release (call it integration). And that gets tested with hard questions if anything breaks or regresses. Otherwise we will be in this same cycle 2 months from now in my opinion.

--
Michael Westra, CISSP
mwestra@ford.com
Connectivity and Security Technical Expert
Sync Gen2 Core Team
Building 5 - 2E099
Ford Motor Company

From: Johnson, Jason (J.B.)
Sent: Friday, March 12, 2010 8:56 AM
To: Westra, Mike (M.R.); Huang, Henry (H.)
Cc: Wadhwa, Sukhwinder (P.S.); Hider, Mounir (M.)
Subject: Developer Documentation from BSquare

Chris Haden provided me with a snapshot of the documentation for the developers on the project...some very insightful information (e.g. "Source Control and Release Process Handbook"...in the "Welcome to Wolverine" folder).


<< File: Wolverine HMI Deveopler Documentation (UnOfficial from Chris).zip >>


Jason B. Johnson
User Interface Design Engineer | SYNC Gen II Product Development
Electrical/Electronics Systems Engineering (EESE) | Ford Motor Company
jjohn118@ford.com | 313.805.6709 | Building 5.Cube 2G109 | Dearborn.MI
3138056709@vtext.com

*Learn more about MyFord Touch driver connect technology @ http://www.thefordstory.com/smart-technology/myford™-defines-a-new-driver-experience/

# WLN2-00554429

## Metadata

| Additional Custodians | Westra, Mike | ALIAS |
|---|---|---|
| All Custodian Fields | Westra, Mike | ALIAS |
| Begin Bates Attachment | WLN2-00554429 | ORIGINAL |
| End Bates Attachment | WLN2-00554429 | ORIGINAL |
| Primary Custodian(s) | Westra, Mike | ALIAS |
| Text Link | Images\13\WLN2-00554429.txt | ORIGINAL |