# EXHIBIT 2

| From: | Huang, Henry (H.) <hhuang@ford.com> |
|---|---|
| Sent: | Friday, August 20, 2010 2:13 PM |
| To: | Westra, Mike (M.R.) <mwestra@ford.com>; Wadhwa, Sukhwinder (P.S.) <swadhwa@ford.com>; Broadwater, Chuck (C.M.) <cbroadwa@ford.com> |
| Cc: | Hider, Mounir (M.) <mhider1@ford.com>; Huang, Henry (H.) <hhuang@ford.com> |
| Subject: | RE: Sport Score issue |

Mike,

We've asked one person from Wirpo/Teleca team to support SCM for short period of time to balance the work load here.

Henry

**From:** Westra, Mike (M.R.)
**Sent:** Friday, August 20, 2010 2:06 PM
**To:** Wadhwa, Sukhwinder (P.S.); Broadwater, Chuck (C.M.)
**Cc:** Hider, Mounir (M.); Huang, Henry (H.)
**Subject:** RE: Sport Score issue

==Should be interesting doing it starting within the QA process. I've never seen that before.==

In software engineering, **software configuration management (SCM)** is the task of tracking and controlling changes in the software. Configuration management practices include revision control and the establishment of baselines.

SCM concerns itself with answering the question "Somebody did something, how can one reproduce it?" Often the problem involves not reproducing "it" identically, but with controlled, incremental changes. Answering the question thus becomes a matter of comparing different results and of analysing their differences. Traditional configuration management typically focused on controlled creation of relatively simple products. Now, implementers of SCM face the challenge of dealing with relatively minor increments under their own control, in the context of the complex system being developed.

--
Michael Westra, CISSP
mwestra@ford.com
Connectivity and Security Technical Expert
Sync Gen2 Core Team
Building 5 - 2E099
Ford Motor Company

**From:** Wadhwa, Sukhwinder (P.S.)

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation     WLN2-01490362

**Sent:** Friday, August 20, 2010 1:40 PM
**To:** Westra, Mike (M.R.); Broadwater, Chuck (C.M.)
**Cc:** Hider, Mounir (M.); Huang, Henry (H.)
**Subject:** Re: Sport Score issue

Yes. The reason I mentioned QA is we want configuration management as part of Wipro's responsibilities. Please discuss with Henry.

---

**From:** Westra, Mike (M.R.)
**To:** Wadhwa, Sukhwinder (P.S.); Broadwater, Chuck (C.M.)
**Cc:** Hider, Mounir (M.); Huang, Henry (H.)
**Sent:** Fri Aug 20 13:31:00 2010
**Subject:** RE: Sport Score issue

This specific issue deals more with an undisciplined development process rather than a QA one.

In Software Engineering terms this is Software Configuration Management, which should prevent this sort of thing.

--
Michael Westra, CISSP
mwestra@ford.com
Connectivity and Security Technical Expert
Sync Gen2 Core Team
Building 5 - 2E099
Ford Motor Company

---

**From:** Wadhwa, Sukhwinder (P.S.)
**Sent:** Friday, August 20, 2010 12:48 PM
**To:** Broadwater, Chuck (C.M.); Westra, Mike (M.R.)
**Cc:** Hider, Mounir (M.); Huang, Henry (H.)
**Subject:** RE: Sport Score issue

Yes. That is what the new QA process needs to address.

---

**From:** Broadwater, Chuck (C.M.)
**Sent:** Friday, August 20, 2010 12:46 PM
**To:** Wadhwa, Sukhwinder (P.S.); Westra, Mike (M.R.)
**Subject:** FW: Sport Score issue

Sukhwinder,

This is a classic lack of process control. Why is Bsquare not managing software changes properly?

Chuck

---

**From:** Patel, Vilay (V.)
**Sent:** Friday, August 20, 2010 12:35 PM
**To:** 'Nicholas Hargreaves'
**Cc:** Broadwater, Chuck (C.M.); 'Miguel Jordan'; 'Tom Gensel'

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-01490363

**Subject:** RE: Sport Score issue

Nick,
Can you make sure this is working on 08/20 ROM? How can somebody delete other developer's fixes?
Thanks,

Vilay Patel
PD Engineer, Navigation Systems
Ford Motor Company
Building#5, Room 2G-106
Phone : (313)805-4093

---

**From:** Tom Gensel [mailto:tomg@bsquare.com]
**Sent:** Friday, August 20, 2010 12:30 PM
**To:** Patel, Vilay (V.)
**Cc:** Nicholas Hargreaves; Broadwater, Chuck (C.M.); Miguel Jordan
**Subject:** RE: Sport Score issue

Vilay,

Sorry, but no, this is not how it is supposed to be working. You are seeing this problem because some of the changes I checked onto the trunk back on 7/14 were removed by a subsequent checkin by Satish on 7/23 related to VCA status, and that is causing the DATA_AVAILABLE flag to be set way too soon.

I have removed the offending code on the trunk, and the Sports decoder data acquiring icon should work correctly in the next build.

-Tom

---

**From:** Patel, Vilay (V.) [vpatel18@ford.com]
**Sent:** Friday, August 20, 2010 10:22 AM
**To:** Tom Gensel
**Cc:** Nicholas Hargreaves; Broadwater, Chuck (C.M.); Miguel Jordan
**Subject:** Sport Score issue

Tom,
I had change to check Sport issue with 20100816 image and here is what I found. I flashed a new ROM and right after acquiring icon was removed from Sports Info button on STL screen, I took STL dump from data manager. I also used the Sport info feature and saw that system did not show any scores/schedules/headlines for few minutes for all sports except Golf. Data for only one tournament was there. Results for only tournament was there. After few minutes system started normally and system shows scores/schedules/headlines properly. Why is this happening? Once acquiring icons is removed, all feature should work fine.
Please see attached STL dump. Can you please explain if this is how system is designed?
Thanks,
<<Sports.db>>
Thanks,
Vilay Patel
PD Engineer, Navigation Systems
Ford Motor Company
Building#5, Room 2G-106
Phone : (313)805-4093

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation          WLN2-01490364