# EXHIBIT 3

**FILE SURROGATE - This is a surrogate. Please see the native file for this record, or contact Ford's counsel of record in this matter to request a copy of this file.**

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00552618

|  |  |
|---|---|
| **From:** | Sean McVeigh <seanm@bsquare.com> |
| **Sent:** | Tue Jan 26 2010 16:34:19 EST |
| **To:** | Westra, Mike (M.R.) </o=ford/ou=fordna1/cn=recipients/cn=mwestra>;Sean Hunt <seanh@bsquare.com> |
| **CC:** |  |
| **Subject:** | RE: MISRA |
| **Attachments:** |  |
|  |  |
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

==Never heard of MISRA.. at first I thought you were talking about a flesh eating virus.== J

I don't see anyone from Ford on the MISRA C Committee (although Jaguar was a former member)…

S

From: Westra, Mike (M.R.) [mailto:mwestra@ford.com]
Sent: Tuesday, January 26, 2010 12:41 PM
To: Sean Hunt; Sean McVeigh
Cc: Westra, Mike (M.R.)
Subject: RE: MISRA

==Yep, most every ECU needs to comply with MISRA. In our case the VMCU code needs to be compliant and was one of many reasons why the VMCU was needed.==

We didn't expect the MS code to meet the restricted coding practices. :-).

My only direct use of it was that the syncp packet library needed to be MISRA compliant so a version of it could be used on the VMCU.

--
Michael Westra, CISSP
mwestra@ford.com
Connectivity and Security Technical Expert
Sync Gen2 Core Team
Building 5 - 2E099
Ford Motor Company

_____

From: Sean Hunt [mailto:SeanH@bsquare.com]
Sent: Tuesday, January 26, 2010 3:28 PM
To: Sean McVeigh; Westra, Mike (M.R.)
Subject: MISRA

Don't know if you know about MISRA but thought you might be interested anyway …..

http://en.wikipedia.org/wiki/MISRA_C

http://www.embedded.com/222301487?cid=NL_embedded

-Sean

Sean Hunt

Senior Software Engineer II

Bsquare Corporation

110 110th Avenue, Suite 200

Bellevue, WA

d: 1.425.519.6124

fax 1.425.519.5999

email: seanh@bsquare.com

www.bsquare.com