# EXHIBIT 4

FILE SURROGATE - This is a surrogate. Please see the native file for this record, or contact Ford's counsel of record in this matter to request a copy of this file.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00676700

| | |
|---|---|
| **From:** | Westra, Mike (M.R.) </o=ford/ou=fordna1/cn=recipients/cn=mwestra> |
| **Sent:** | Thu Jul 28 2011 11:03:18 EDT |
| **To:** | Jablonski, Gary (G.F.) </o=ford/ou=fordna1/cn=recipients/cn=gjablons> |
| **CC:** | Westra, Mike (M.R.) </o=ford/ou=fordna1/cn=recipients/cn=mwestra> |
| **Subject:** | 1:1 around voice |
| **Attachments:** | |

| | |
|---|---|
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

Gary, would it be possible to have a quick 1:1 sometime next week?

You can include Mark Porter or not as needed. From my discussion with him just now I can tell he was quite irritated.

I suspect a lot of this is hold-over from the atmosphere our previous boss helped to create, but that's all past now.

The direct context of this is some of the pushback folks on the architecture side have gotten from being too much in voices business – a couple of specific examples…

- My take for the architecture folks is we should be working across all teams in terms of working on architecture and performance.

- To that end Brett had some push back around trying to drive into the internals with Nuance of how they have their priorities setup and MS wants a high-level understanding to help them give voice a boost and balance it against the rest of the system. They want to know basically what the 5-8 threads are used for and interdependencies so they can potentially boost them in key scenarios for voice.

- The response as communicated back to me was in essence this is ours and you should not tread here – we work with Nuance and perhaps MS directly.

- Similar discussions around Applink…

My big beef with my previous boss was around some of the management of this area:

- This was allowed to fester, didn't allow us on the Gen2 side to drive an overall resource usage or budgeting basis around RAM/flash/provisioning time.

- His point to me was this will be handled by B2 (who promptly dropped the ball because they weren't getting into internal Ford debates).

- The end effects were quite disastrous – by a few months before launch we had voice claiming they were promised 100MB of RAM and Nav promised 128MB – on a 256MB system. We had to make a hardware change to add RAM, adding cost/risk/etc. This should have been avoidable, and we *all* dropped the ball, period.

- Similar with provisioning budgets, we overran our provisioning line download content budgets by 50% because voice came in high. Granted we were able to cheat an get it back in control and they had good reasons.

The advice I gave Sandeep/Brett was to try and work with them and escalate through me if we can't play nice.

I guess the point is this has been a thorn for unfortunate reasons and I really want to know if we should proceed with pushing into these areas or back off.

I hate bringing this forward to you because it demonstrates a failure on my part to successfully find a solution.

--
Michael Westra, CISSP
mwestra@ford.com
Sync Gen2 Technical Expert
Sync Gen2 Core Team
Building 5 - 2E099
Ford Motor Company