# EXHIBIT 5



Ford Motor Company

Vehicle Procurement Operations - Bldg 5
20300 Rotunda Drive
Dearborn, MI 48124

January 15, 2010

Mr. Elliott H. Jurgensen, Jr
Chairman of the Board
bSQUARE Corporation

Subject: Sync Gen II Launch

Dear Elliott,

The purpose of this letter is to request your immediate assistance. As you are aware, the launch of SYNC Generation II in the 2011 Ford Edge later this spring is key to our overall global product strategy. The recent announcements at CES affirmed our goal of being the automotive benchmark for in-vehicle technology. Collaboration with our key technology partners such as bSQUARE is critical to achieving this goal.

Ford Motor Company recognizes the dedication and relentless efforts of the bSQUARE team on this program. As a true technology partner, bSQUARE's contribution has been invaluable. However, we are extremely concerned about the delays in bSQUARE's Sync Gen II deliverables and the resultant delay in the launch of the Edge. bSQUARE's contractual commitment is to resolve all major software bugs by January 18, 2010. bSQUARE's current delivery promise is mid-to-late March 2010. This will force Ford to delay the Edge launch by a corresponding 6 to 8 weeks with a significant profit loss in the millions of dollars for each week of delay to the Ford Motor Company.

Elliott, we need your personal involvement in improving bSQUARE's delivery date. Both of our organizations not only risk negative publicity, but will have financial implications if the delivery date does not improve. In the interest of continuing the collaboration and positive momentum to achieve a successful launch, we feel communicating our concern as a critical element of our partnership.

Please advise immediately as to bSQUARE's ability to improve your current delivery promise date.

Best regards,

Ermal Faulkner
Director, Global Electrical Purchasing

Jim Buczkowski
Director, Global Electrical Engineering

cc: John Schneider – Ford Motor Company       Brian Crowley - bSQUARE
    Wendi Williams – Ford Motor Company