# EXHIBIT 6

**DRAFT - CONFIDENTIAL**

**This is an uncontrolled document that may contain unconfirmed or inaccurate data.**
Printed on: 11/16/2010 9:24:27 AM
Last modified on: 08-Nov-2010 04:18 PM

## Content

| | |
|---|---|
| Title: | 2011 Edge/MKX MyFord Touch & MyLincolnTouch |
| Sub Section: | |
| X Number: | |
| Field Service Action Number: | |
| FRC Date: | -- |

## 1. Problem Description (what / when / extent)

**A. Describe what went wrong and how it was discovered:**

As of 11/1/2010, there have been multiple CQIS claims and emerging issues reported:

```
1)  Blank Screen (99 Occurences)         Blank or Black?
2)  TDI Issues (68 Occurences)
3)  Module reset (66 occurences)
4)  In valid Sirius travelink subscription (44 Occurences)
5)  Rear View Camera issues (42 Occurences)
6)  Phone related Issues (42 Occurences)
7)  SD Card faults (41  Occurences)
8)  Quick no Pair (38 Occurences)
9)  Navigation related Issues (23 Occurences)
10) VR Inop (20 Occurences)
11) Voice in miles and display in kilometers
```

**B. Problem component information:**

APIM - Accessory Protocol Interface Module
 aka
Sync Gen II module

**C. Vehicles Affected:**

| Vehicle Lines | Model Years | Variants | Other Limiting Factors |
|---|---|---|---|
| Edge / MKX | 2011 | All | Any vehicle w/ Sync capability |

**D. Are Knock Down (KD) units affected?** No

**E. Markets affected:**
US, Canada, Mexico, Federal Territories

**F. Corporate Product Systems Classification(s) Affected:**
15.01.02

---

📎 **Section 1 Attachments**

| | |
|---|---|
| Attachment 1A Description: | CQIS report *(click link to download)* |
| Attachment 1B Description: | *(no attachment)* |

---

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00437398

## 2. Define Root Cause

### A. Description:

See Attachment 2A

### B. Describe company system or process intended to prevent this from happening and why the system/process did not prevent this problem from happening:

==A project of this magnitude was started late and was further effected by late feature definitions, late specification development, late HMI development,== Sync platform development challenges and completion. ==Severe resource shortage on the Sync team. All of this resulted in compressed software development and validation.==

---

📎 **Section 2 Attachments**

| | |
|---|---|
| Attachment 2A Description: | Problem description and root cause *(click link to download)* |
| Attachment 2B Description: | *(no attachment)* |
| Attachment 2C Description: | *(no attachment)* |
| Attachment 2D Description: | *(no attachment)* |
| Attachment 2E Description: | *(no attachment)* |
| Attachment 2F Description: | *(no attachment)* |

---

## 3. Problem Investigation / Verification Data

### A. Lab Test Data:

Bench level functional testing has been performed on all features.
Software has been tested under stress in software stability lab.

### B. Vehicle Test Data:

Based on the CQIS reports, test plans were enhanced to test the reported issues.
An EESE fleet of 12 vehicles was run for 11 days for 3 shifts and 58 different drivers, who performed the test plan 3 times a shift besides regular unscripted testing. There were 0 occurrences of the issues identified
in this 14D. There were new issues that were introduced due to the SW changes, have been rootcaused and fixed.

The Software has been introduced in the DEMS fleet as well. See attachment for details

All issues discovered in the EESE fleet and DEMS fleet have been addressed in
the latest release candidate SW, that has been installed in EESE and DEMS fleet since 11/1 and has been running without any occurrences.

### C. Plant / Supplier Reports Data:

N/A

### D. Quality Indicator System Data (Indicate by country or region):

N/A

### E. Field Reports (Indicate by country or region):

N/A

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00437399

F. **Part Sales:**

N/A

G. **Number of accident / fires and injuries attributed to this condition:**

N/A

## 📎 Section 3 Attachments

| | |
|---|---|
| Attachment 3A Description: | DEMS report 1 (click link to download) |
| Attachment 3B Description: | DEMS report 2 (click link to download) |
| Attachment 3C Description: | (no attachment) |
| Attachment 3D Description: | (no attachment) |
| Attachment 3E Description: | (no attachment) |
| Attachment 3F Description: | (no attachment) |
| Attachment 3G Description: | (no attachment) |
| Attachment 3H Description: | (no attachment) |

*[handwritten annotation: "up to date?"]*

## 4. Actions Taken in Production; Interim (containment) and / or Permanent

A. **Corrective Actions / WERS Alert Number / Dates:**

```
* Release new software (Version #305) - target date for OAP introduction is
11/5/2010 pending completion of DV & Dems Fleet testing.

* All existing in-process inventory of OAP units to be reflashed with new
software - need to obtain 17digit VIN exclusion list

* Alert # a12402407
```

*[handwritten annotation: "VIP & CIP 3DP"]*

B. **Notification / WERS alert number / Dates:**

see above

C. **Component Batch issues:**

N/A

## 📎 Section 4 Attachments

| | |
|---|---|
| Attachment 4A Description: | (no attachment) |
| Attachment 4B Description: | (no attachment) |
| Attachment 4C Description: | (no attachment) |
| Attachment 4D Description: | (no attachment) |
| Attachment 4E Description: | (no attachment) |
| Attachment 4F Description: | (no attachment) |

## 5. Verify Effectiveness of Production Corrective Actions

A. **Measure Effectiveness of Actions Identified (Step 4):**

Refer to the EESE and DEMS fleet drive results (section 3A & 3B)

## 📎 Section 5 Attachments

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00437400

Attachment 5A Description:      *(no attachment)*
Attachment 5B Description:      *(no attachment)*
Attachment 5C Description:      *(no attachment)*
Attachment 5D Description:      *(no attachment)*
Attachment 5E Description:      *(no attachment)*

## 6. Estimated Production and Problem Statistics

### A. Statistics:

| Vehicle Lines | Model Years | Plants  | Volume            | Build Dates                                                   |
|---------------|-------------|---------|-------------------|---------------------------------------------------------------|
| Edge/MKX      | 2011        | Oakville| All Sync Vehicles | From: 01-Jul-2010 (Job one) Up to and including: 05-Nov-2010  |

### B. List the source(s) of data for above estimates:

Official Volumes to be obtained from FCSD Recall Department upon finalization of OAP introduction and flash update of in-process inventory.

### Section 6 Attachments

Attachment 6A Description:      *(no attachment)*
Attachment 6B Description:      *(no attachment)*
Attachment 6C Description:      *(no attachment)*
Attachment 6D Description:      *(no attachment)*
Attachment 6E Description:      *(no attachment)*
Attachment 6F Description:      *(no attachment)*

## 7. Service Parts

### A. Service Parts
*(none)*

### B. Notes If Yes or No

## 8. Assessment of Effect on Vehicle Operation

### A. Assessment of Effect on Vehicle Operation:
Complete and/or partial loss of multimedia functionality.

### Section 8 Attachments

Attachment 8 Description:       *(no attachment)*

## 9. Description of Concern Solution and Parts Requirements

### A. Recommended Concern Solution, Parts Requirements and Verification of Repair Effectiveness (if different from Section 5):

**A1.** Does the Field Service Action include multiple model years and/or vehicle lines?  No

**A2.** If yes, has the repair been verified by Product Engineering to be an effective fix taking into account possible design differences between the various model years and vehicle lines?  No

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                WLN2-00437401

**B.** Has the repair procedure been time studied and approved by the FCSD Recall/Service program department? No

**C.** Fix it Right the First Time Assessment of repair procedure:
High, as it is a software reflash.

**D.** Part Name / WERS Concern / Notice No. / Date / Production Part Number / Service Part / FINIS Number (EUROPE)/ Quantity required in service per vehicle / per repair:
To be entered.

**E.** Other Parts:
None

**F1.** Does the proposed fix have an effect on emissions such that emissions levels are higher than those to which the vehicle was certified? No

**F2.** If yes, explain the emissions effect and confirm that a 14D or White Paper has been fully approved through the Certification Review Process.
14D or White Paper Number:
Emission effect explanation:

**F3.** Does corrective action affect PCM/TCM calibration changes?

**G.** Analytical Warranty System (AWS)
    Is the remedy part currently used in service? No
    If yes, should vehicles repaired with the remedy part be excluded from this Field Service Action? N/A

## 📎 Section 9 Attachments

| | |
|---|---|
| Attachment 9A Description: | (no attachment) |
| Attachment 9B Description: | (no attachment) |

## 10. Program Parts Sign Off / Availability

**A.** Program Parts Sign Off / Availability:
To be provided by FCSD Recall Department upon completion of software download validation using technician service tools.

## 11. Vendor Involvement

**A.** Supplier Contribution: No

**B.** Supplier Name / Address:

**C.** Indicate type of condition: Component

**D.** Manufacture Site Code:

**E.** Purchasing Manager / Buyer CDSID:

**F.** STA Field Engineer CDSID:

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00437402

## 12. Financial Implications

| | | Vehicle Volume | Cost Per Unit | Total Cost (specified take rate) |
|---|---|---|---|---|
| A.1 Program Administration Costs | | 0 | $0.00 | $0.00 |
| A.2 Fixed Program Administration Costs | | | | $0.00 |
| B. Inspection Costs (units to be inspected but <u>not modified</u>) | | | | |
| Vehicle Models | Labor Rate | Hours req'd | Take Rate | |
| *(none)* | | | | |
| | | Insp. Total: | | $0.00 |
| C.1 Modification Costs <u>(units to be inspected and modified)</u> | | | | |
| **Parts** | | | | |
| Vehicle Models | Part Cost | Take Rate | | |
| *(none)* | | | | |
| | | Parts sub-total: | | $0.00 |
| **Labor** | | | | |
| Vehicle Models | Hours req'd | Labor Rate | Take Rate | |
| *(none)* | | | | |
| | | Labor sub-total: | | $0.00 |
| | | Mod. Total: | | $0.00 |
| C.2 Other Costs | | | | |
| Description | Cost | | | |
| *(none)* | | | | |
| | | Other Total: | | $0.00 |
| E. Total Cost (total A through D) | | | | **$0.00** |
| F. Potential Warranty Offset | | | | $0.00 |

## B. Additional Notes:

```
To be developed after initial assessment of time study, final volumes & cost
of associated customer satisfaction enhancement actions (full tank of gas,
wash & vacuum)

* Investigate $100 Apple Gift Card (Marketing & Sales) and to be funded
outside of Recall reserves
```

### 📎 Section 12 Attachments

| | |
|---|---|
| **Attachment 12A Description:** | *(no attachment)* |
| **Attachment 12B Description:** | *(no attachment)* |
| **Attachment 12C Description:** | *(no attachment)* |
| **Attachment 12D Description:** | *(no attachment)* |
| **Attachment 12E Description:** | *(no attachment)* |
| **Attachment 12F Description:** | *(no attachment)* |

## 13. Preliminary Assessment of Prevent Action

**A. Prevent Actions will be finalized during the Prevent Action Closure process (FAP03-171). Preliminary Prevent Actions under consideration include the following:**

```
All verification has been performed.
Complete test pass of 4-6 weeks will be run on all future program releases.
```

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation   WLN2-00437403

## 14. Reference Data

**A. Author Full Name:** Sukhwinder Wadhwa
**B. Author Phone Number:** 313-805-6761
**C. Author CDSID:** swadhwa
**D. Author Organization:** Sync Platform & Technologies

Copyright © 2010 Ford Motor Company
Contact: WORKFLOW

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00437404