# EXHIBIT 7

FILED UNDER SEAL
PURSUANT TO COURT ORDER
(ECF NO. 400)