# EXHIBIT 8

```
 1          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
 2

 3    THE CENTER FOR          )
      DEFENSIVE DRIVING,      )   IN RE:
 4                            )
          Plaintiff,          )   MYFORD TOUCH
 5                            )   CONSUMER LITIGATION
      vs.                     )
 6                            )   Case No.
      FORD MOTOR COMPANY,     )   3:13-cv-03072-EMC
 7                            )
          Defendant.          )
 8
 9

          WEDNESDAY, OCTOBER 14, 2015
10

      CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11                    - - -
12          Videotaped deposition of Michael
13    R. Westra, held at the offices of DYKEMA
14    GOSSETT, PLLC, 400 Renaissance Center,
15    Detroit, Michigan, commencing at 9:11 a.m.,
16    on the above date, before Carrie A. Campbell,
17    Registered Merit Reporter, Certified Realtime
18    Reporter, Certified Shorthand Reporter,
19    and Certified Court Reporter.
20
21                    - - -
22          GOLKOW TECHNOLOGIES, INC.
23      877.370.3377 ph | 917.591.5672 fax
24             deps@golkow.com
```

```
1          A.     I've been made to understand
2    that it's related to a potential class action
3    lawsuit that is outstanding against the
4    MyFord Touch product or, as we refer to it
5    internally, SYNC Gen 2.
6          Q.     Okay.   What is the SYNC Gen 2
7    system?
8          A.     SYNC Gen 2 system, so there's a
9    slight differentiation.  SYNC Gen 2 primarily
10   referred to just the head unit and display,
11   which referred to -- which was the SYNC
12   system.
13               The MyFord Touch system
14   potentially also included the cluster,
15   electronic finish panel, essentially the
16   whole user experience around the SYNC
17   product.
18         Q.     What do you mean by "head
19   unit"?
20         A.     The head unit also is referred
21   to as infotainment system.  It would be the
22   silver box that a consumer would see in the
23   dashboard, or on benches would be a silver
24   box that is attached to the display.
```

1    Q.    How would you contrast the
2  SYNC 2 system with the MyFord Touch
3  experience if you were trying to explain it
4  to a family member, for example?
5    A.    So we -- the engineering sort
6  of terms would quickly get into the sort of
7  the marketing sort of side of the discussion.
8         The difference would be SYNC
9  Gen 2 would primarily be the 8-inch or, in
10  some instances, 6-inch touchscreen.
11         The MyFord Touch experience,
12  depending on what model of vehicle the
13  consumer purchased, could include, like on
14  the Lincoln, the electronic finish panel
15  slide controls which would be the -- the
16  controls that are in the -- sort of the
17  center part of the console underneath the
18  touchscreen.  It would also include the
19  either single or dual LCD display in the
20  cluster.
21         So from a marketing standpoint,
22  that's sort of MyFord Touch in the larger
23  context.
24         From an engineering standpoint,

1    primarily the focus was on SYNC 2, depending

2    on which teams were involved.

3         Q.    Okay.  So today, for purposes

4    of today, since I'm not an engineer, when I

5    use the term "MyFord Touch" or "MFT" or

6    "MyLincoln Touch" or "MLT," I'm referring to

7    both the SYNC Gen 2 touchscreen as well as

8    the MyFord Touch experience as one system.

9              Can we agree that that's the

10   definition today for MyFord Touch?

11        A.    We can agree that that's the

12   definition except where clarification is

13   needed to sort of hone in on a particular

14   component.

15        Q.    Absolutely.

16             But moving forward, that's the

17   definition for today.

18        A.    Okay.

19        Q.    So more of the marketing

20   deposition -- or definition, I'm sorry.

21        A.    Yeah.

22        Q.    Excellent.

23             What are the different

24   generations of the -- just going back to the

1          Q.    Okay.  Perfect.  I just want to

2    make sure we're all on the same page here.

3               So just so the record's clear,

4    when we use the words "bugs," we're referring

5    to something wrong in the MFT system that's

6    either hardware or software-related that's

7    preventing the system from performing a task

8    that it's been asked to do.

9               Does that make sense?

10         A.    It would certainly cover that.

11              In the sort of the logical

12   definition, it would also extend down to

13   misspellings that would be visible to things

14   that wouldn't necessarily even be visible

15   to -- directly to sort of -- to the consumer

16   but were internal sort of bugs that we're

17   discovering in the system.

18         Q.    Okay.  I think we're on the

19   same page then.

20         A.    Okay.

21         Q.    Perfect.  Thank you very much.

22              Is the MyLincoln Touch the same

23   as the MyFord Touch?

24         A.    From the standpoint of the

1    infotainment or SYNC Gen 2 system, it is.

2            From the larger context of

3    MyFord, MyLincoln Touch, many of the

4    componentry that makes up the sort of

5    composite system would be different.

6       Q.    Can you tell me a little bit

7    more about that?

8       A.    So in terms of SYNC Gen 2, it

9    operates over the vehicle network

10   communicating to the electronic finish panel,

11   of which every -- difference that you would

12   see in the actual vehicle.  So there's

13   different ones for different models of

14   Lincoln, for Explorer, Mustang, different

15   passenger vehicles on the Ford side.

16           Operates with the cluster, and

17   in some instances it's a single screen, in

18   some instances it's a dual screen.  And even

19   in some instances, different suppliers have

20   provided that even if the gauges look

21   similar, and -- those would operate over the

22   vehicle network to communicate with the SYNC

23   Gen 2 central system.

24       Q.    What kind of differences would

1   and then the color -- the color pallet would

2   be slightly different between sort of Lincoln

3   and Ford.

4            And then what you'd also

5   typically see is that the Lincolns would have

6   features that the Fords may not have.  So

7   typically things like adaptive cruise

8   control, which didn't interface with SYNC at

9   all, but that would be sort of a feature that

10  initially appeared first on Lincolns and then

11  later on sort of Ford vehicles.

12           Similarly for a lot of the

13  parking features and the great -- and like

14  the cooled steering wheels initially were

15  only on Lincoln.  Now, they have it on a

16  number of Fords today.

17       Q.     Anything else?

18       A.     Between those three components,

19  SYNC would interact with sort of different

20  variants of all of those, and those were sort

21  of the primary differences.

22           The base software would have

23  been the same except the Lincoln would

24  typically have different and more features

1    sort of enabled.

2         Q.      Sorry, there's a lot of terms.

3         A.      Sure.

4         Q.      The base software is the same

5    between the Ford and the Lincoln?

6         A.      The -- so the base -- base

7    operating system, the middle ware that sort

8    of allows the system to interface with all of

9    its peripherals, and the HMI engine would be

10   the same.  And even the HMI software would be

11   similar.

12             And what I mean by that is the

13   color pallets and some of the layouts would

14   be different for Lincoln, and obviously some

15   of the functionality would be different

16   because they have different features that the

17   system needs to support.

18        Q.      When you would do a software

19   update, for instance, I know we'll get into

20   them later, would the same software update be

21   installed in both Ford and Lincoln vehicles?

22        A.      Yes.

23             And then after the initial base

24   software update was applied, there would be a

1    small configuration package or application

2    that would be added to make it either Lincoln

3    or Ford.

4         Q.      But it would be the same

5    configuration that would go into all

6    Lincolns, for instance?

7         A.      Some of it depended on what

8    features it had.  So there would be a

9    configuration -- sort of configuration bits

10   that would flip on and off features.

11              But the base -- like I said,

12   the base operating system and middle ware

13   would have been the same.

14        Q.      Does the MyFord Touch and the

15   MyLincoln Touch have the same hardware?

16        A.      Yes.

17              Well, when you -- in the larger

18   context of -- the MyFord Touch, so the SYNC

19   Gen 2 head unit, would have the same

20   hardware.  The individual -- the components

21   that made up the larger composite system

22   would potentially be different.

23        Q.      And how would those be

24   different?

1    embedded work.  And we were focused initially

2    at least on the security, sort of, of it, and

3    so it was very -- very intriguing and

4    interesting.  So...

5          Q.     Did he tell you you had

6    particular skills that were needed in the

7    project, or why --

8          A.     Yeah.  No, absolutely, yeah.

9          Q.     Did he tell you any other

10   reason why he chose you for the project?

11         A.     Just the way I'd handled myself

12   and my technical sort of capabilities, a wide

13   range of -- sort of areas sort of leading up

14   to that.

15         Q.     And what was your role, the

16   title of your role?

17         A.     So the role at that point when

18   we were starting on SYNC, we were the cyber

19   security -- sort of in-vehicle cyber security

20   area focused primarily on infotainment.

21         Q.     And I'm sorry, what was your

22   job title?

23         A.     Would have been solution

24   architect, generically speaking, in terms of

1    how kind of Ford classifies job titles.

2         Q.      And how long did you have that

3    position?

4         A.      So the position morphed fairly

5    quickly.  As the product development team saw

6    that we understood the system -- the SYNC

7    Gen 1 system and the software in its --

8    better than most of the -- anyone else on the

9    team, we had sort of broader

10   responsibilities.

11              We quickly became also

12   responsible for a lot of the software

13   componentry, both on SYNC 1, and then we

14   were -- and then I was specifically recruited

15   on to SYNC 2 sort of early on in the

16   development process.

17        Q.      And in terms of years, do you

18   know how long -- how long you were in that

19   position?

20        A.      For SYNC 1, would have been

21   probably about 18 months.

22        Q.      And for SYNC 2?

23        A.      SYNC 2 total?  Would have been

24   probably about two years before we started

1    discussing SYNC 3, and at that point I was --

2    I was leading software architecture for --

3    for Gary.

4        Q.    Okay.  So if you can use

5    calendar years for me, that would probably be

6    a little bit easier.

7        A.    Sorry.

8              So SYNC Gen 1 really, as far as

9    development, began in 2007, and then it sort

10   of was launched or made known to the public

11   in 2008.

12             By about 2000 -- later 2008,

13   2009 time frame, as I recall, was when we

14   started moving into the SYNC Gen 2 system.

15             And then I worked on SYNC Gen 2

16   all the way through most of -- all the way

17   through 2011.

18             And then my first conversations

19   on SYNC 3 began sort of really late in 2011

20   because Microsoft -- because of a contract

21   with Microsoft, we had to have -- started

22   having those discussions.  And then we began

23   in earnest in 2012.

24             And then as I took more role on

1    issues that were in their -- the functional

2    course that they owned, all the way up

3    through the HMI and the communication between

4    the HMI layer and the system layer.

5            And so a lot of those -- and

6    then generally just code quality sort of

7    improvements, scanning of the code for things

8    like -- like lint for static analysis and

9    general quality improvements, both in

10   documentation as well as just targeted areas

11   where an individual developer may have been

12   more junior and they needed some refactoring

13   of that code.

14       Q.    What was your understanding of

15   the stability issues?

16       A.    Stability issues specifically

17   referred to two classes of bugs.  So there

18   was a performing maintenance screen that

19   would show when the system experienced a

20   crash.  Sometimes the system did -- it was

21   actually the system detecting that something

22   had gone wrong, and rather than experience

23   more -- more obvious issues, it would -- it

24   would force a reboot.

1         But it really -- a lot of that
2   came back to work in the stability lab, where
3   they would just keep the system running for
4   hours on end.  And the target that we
5   originally set was 72 hours where the system
6   could be stopped and started, ignition
7   cycles.  There would be various use cases
8   that it would run through, some of the --
9   some of the various sort of functionality.
10              And the system needed to
11  maintain -- sort of not reboot, not
12  experience sort of noticeable performance
13  slowdowns, and eventually not -- sort of
14  maintain a consistent memory footprint where
15  there wasn't sort of memory leaking from
16  other bugs.
17        Q.     Did you ever increase that
18  72-hour time frame?
19        A.     Only for internal testing.  We
20  would -- we would remove the limit just to
21  see how far we could get.
22              And the reason for the -- the
23  reason we -- it was -- 72 was sort of
24  important, and it could have been -- at one

1           I know we've already talked
2    about validation a little bit, but if you
3    could just, again, kind of at the level you'd
4    explain to a layperson, what do those
5    different phases mean?
6        A.     Oh, the phases.  Okay.
7               So architecture would refer to
8    the -- sort of at a high level which
9    componentry does what, how they're put
10   together in sort of generic ways, how some of
11   the generic functionality within the system
12   operates.
13              When you get into design, then
14   you're figuring out within those specific
15   components how you will structure the code at
16   a high level, sort of your targets in terms
17   of how much -- how much in terms of resources
18   and things like that it would use.
19              Development is -- would refer
20   to actually writing the code, performing unit
21   testing on the code that the developer wrote
22   doing code reviews --
23       Q.     Okay.  Can I interrupt you?
24       A.     Yes.

1    resource usage from processor, RAM, Flash,

2    and we needed to do that for each of the sort

3    of core areas.

4              And we started to do that.  So

5    it would be sort of core areas like voice,

6    media, phone, navigation.

7              And so I was starting to set up

8    meetings where we would go through that in

9    terms of what each supplier would need, what

10   each -- so -- of the pieces would need.

11             And Sukhwinder said, "You're

12   not to work on that.  Bsquare will handle

13   that."

14        Q.     Did Bsquare handle that?

15        A.     They did not.

16        Q.     What happened there?

17        A.     They -- their development

18   approach was they did a lot of the feature

19   development in isolation on sort of a --

20   either on a surrogate system or on the system

21   that wasn't fully loaded.  And so they -- and

22   they didn't sort of maintain sort of the

23   budget documents that we had asked them to.

24        Q.     Sorry.  When you mean "budget,"

1    you mean memory budget or --

2         A.    It was -- it was everything

3    from how much processor it was taking, memory

4    budget.  It would have been the storage

5    budget, but storage was not typically an

6    issue because we never sort of came close to

7    sort of exhausting that.

8         Q.    The next bullet point you say,

9    "The end effects were quite disastrous.  By a

10   few months before launch, we had voice

11   claiming they were promised a hundred

12   megabytes of RAM, and nav promised 128

13   megabytes on a 256 megabyte system.  We had

14   to make a hardware change to add RAM, adding

15   cost risk, et cetera.  This should have been

16   avoidable, and we all dropped the ball,

17   period."

18              What did you mean by that

19   bullet point?

20        A.    I was alluding to if we had

21   gone in and everyone had had clear

22   expectations as to how much RAM in this -- in

23   this -- in this instance they had available

24   to use, we would have had a better view of

```
 1          would have to go back and look.
 2    QUESTIONS BY MS. GANNON:
 3          Q.      If you go to page 13 of 14,
 4    section 3.8, Lessons Learned, it states, "The
 5    need to measure and trend performance needs
 6    to be considered during up-front design.
 7    Many issues and regressions could have been
 8    caught earlier in infotainment systems if the
 9    required markers were incorporated into the
10    system."
11               Do you share Mr. Stottlemyer's
12    opinion?
13          A.      I do.
14          Q.      Can you elaborate on that,
15    please?
16          A.      So what Brett did with the
17    Microsoft team was put performance markers
18    sort of throughout the -- throughout the code
19    as well as at some fairly low levels in the
20    operating system so that they could get
21    fairly accurate sort of readings as to the
22    variants that performance would take to
23    perform certain actions.
24               So they discovered that there
```

1    was a delay in button presses, both due to

2    the hardware.    There was just a -- the type

3    of touchscreen that was in use, and sort of

4    different sort of flows through the system.

5              They looked at CAN message

6    processing.    They looked at a number of

7    different areas in Brett's point that if

8    these -- these breadcrumbs had been put in

9    the system earlier, during initial

10   development, it would have -- it would have

11   made performance monitoring easier.

12        Q.      Were these performance markers

13   contained in the Bsquare code?

14        A.      They were not, no.

15        Q.      Do you know which version of

16   the Microsoft code they started getting

17   integrated into?

18        A.      It would have -- they would

19   have started adding them during the

20   performance upgrade and then continued to

21   refine them in subsequent versions.

22              (Westra Exhibit 1111 marked for

23        identification.)

24   QUESTIONS BY MS. GANNON:

Page 247

```
1        Q.      Can you elaborate on that?
2        A.      So Bsquare, at least in the
3   Bellevue office, was -- that did the
4   application code.  The Akron office was
5   primarily focused on hardware and the
6   low-level system integration.
7               For the Bellevue office, this
8   was among the largest projects that they had
9   undertaken.  To this point, most of their
10  projects had involved less than ten
11  engineers.
12              And so the statement that
13  they're making here is that as they have 25,
14  50-plus, a hundred engineers working on
15  various pieces, they needed to introduce
16  additional processes into their development
17  mechanisms.
18       Q.      Okay.  I'm going to ask that
19  you walk me through the diagram that's
20  located at the bottom of this document.
21       A.      Uh-huh.
22       Q.      So first I'll ask a couple of
23  questions, and then maybe you can kind of
24  walk me through it.
```

1      A.      Bsquare was, as we had

2   indicated in the introduction when we went

3   through that, they were a relatively small

4   company.  They were used to running projects

5   with teams in the 10, maybe up to 25 people.

6              Running a project with a

7   hundred of -- a hundred developers was

8   relatively new, and so their PMs did -- they

9   struggled a little bit ensuring that

10  processes -- process discipline was

11  rigorously followed in every instance.

12     Q.      And what would be the

13  consequence of not rigorously following

14  process, the process discipline?

15     A.      You would see regressions on

16  bugs where they would be resolved at one

17  point and then they would reappear.

18              Specifically in this context,

19  that would have been the symptom that you

20  would see.

21     Q.      How would you characterize the

22  Bsquare source code for the -- for the MyFord

23  Touch system?

24              MR. EDWARDS:  Objection.

1    visibility into the process.

2            So the first half of the

3    statement is -- was, they don't -- when we

4    get a release, we would focus on here are

5    the -- the teams would create a -- sort of a

6    list of here are the known bugs that we're

7    finding in this particular release, which

8    should set a baseline for kind of where

9    they -- where they're doing their work.

10           As they fixed those bugs on the

11   release, it was, "Well, we didn't continue to

12   build on that because that would get us to a

13   certain level of stability, and then Bsquare

14   would fall back to trunk as we were kind of

15   needing to add new features.

16           And then trunk, which --

17   especially for the HMI team, there was a lot

18   of sort of checking conflicts where they

19   would overwrite each other's work.  And

20   things were -- things would get sort of out

21   of sync fairly regularly, especially during

22   the early phases of the project.

23      Q.   Okay.  And then moving on to

24   point 3, you write, "Dave mentioned to me

1    control.

2              And so the outcome for that was

3    the Ford project managers took EB aside and

4    said that they needed to do -- manage

5    everything and follow a merge process.

6         Q.    Okay.  So the V2 and V3

7    referenced in this e-mail is for SYNC Gen 1?

8         A.    That's correct.

9         Q.    Okay.  At the time, so in

10   March 2010, did you think that the situation

11   you just outlined with relation to SYNC Gen 1

12   could happen in SYNC Gen 2?

13        A.    Well, the -- we were seeing

14   similar symptoms, and I was saying --

15   suggesting that we needed to work with

16   Bsquare to get some of the process issues

17   that we were seeing under control.

18        Q.    And then in the last paragraph

19   on this page, when you say "what they," you

20   mean someone at Bsquare, the "they"?

21              Is the "they" the Bsquare

22   people?

23        A.    That's correct, yes.

24        Q.    Okay.  "So what Bsquare

1    basically needs at this stage is someone at

2    Bsquare to manage every group of changes that

3    would be allowed on to an intermediate

4    between trunk and release.  Call it

5    integration, and that gets tested with hard

6    questions and anything breaks or regresses.

7    Otherwise we will be in the same cycle two

8    months from now, in my opinion."

9                 Do you see that there?

10        A.      Yes.

11        Q.      Do you know if anybody at

12   Bsquare was put in charge of integration?

13        A.      I don't recall.  And if they

14   had, it would have been later during the sort

15   of stabilization period.

16                But I know that those issues

17   were to some degree present, especially

18   during active development, during sort of

19   most of our engagement with Bsquare.

20        Q.      Do you know why they never

21   assigned someone to integration?

22                MR. EDWARDS:  Objection.

23                You can answer.

24

```
1    QUESTIONS BY MS. GANNON:

2          Q.     You can answer.

3          A.     Okay.

4          Q.     If you know.

5          A.     A lot of this is speculation,

6    but they just -- they weren't used to the

7    process that they had to have.  And as one of

8    their execs said, "Pay us money, and we'll

9    actually sort of make a process."

10                So it's a little hard to infer

11   exactly what was -- what was sort of

12   motivating them.  I know they were under a

13   lot of pressure to get sort of the features

14   integrated, but from a process standpoint,

15   I'm not exactly sure why they didn't sort of

16   lock that down more tightly.

17         Q.     Did you communicate this

18   concern to someone at Bsquare?

19         A.     Yes.

20         Q.     And who was that?

21         A.     It would have been Steven Yee

22   and Chris Harden on various occasions, as

23   well the project management team.

24         Q.     Did you follow up on this
```

1    concern?

2          A.      At various times, yes.

3          Q.      And what was the response?

4          A.      As I said in this e-mail, as

5    Carrie Butler said, "Pay us money, and we'll

6    hire the best SVN expert in the industry to

7    develop whatever you want," which kind of

8    defeated the purpose.

9          Q.      What did you mean by "Otherwise

10   we will be in the same cycle two months from

11   now, in my opinion"?

12         A.      The cycle we were in at that

13   time on the project is that we would take a

14   few steps forward in terms of sort of

15   progressing feature development. We would

16   work to bring some of the bugs and the

17   quality under control, and then a number of

18   bugs would be sort of resolved.

19                 And then we'd have to drop back

20   down to sort of a development state to add

21   more -- more -- sort of do more development,

22   and a lot of the forward progress that the QA

23   teams had made would be either sort of lost

24   or we'd take two steps back --

1        Q.      Okay.

2        A.      -- where we weren't -- and it

3    was -- it wasn't -- so they couldn't make

4    sort of linear progress.    They were

5    constantly kind of regressing where they were

6    at.

7        Q.      And that's why the bugs would

8    reappear?

9        A.      Bugs would reappear or new bugs

10   would be sort of continually introduced.

11       Q.      Did you feel strongly about

12   this concern?

13       A.      I raised it to -- I raised to

14   obviously folks on the Ford side as well as

15   on the Bsquare side.

16       Q.      Who'd you raise it to on the

17   Ford side?

18       A.      Primarily Sukhwinder.

19       Q.      Do you know if he took any

20   other actions regarding this concern?

21       A.      I don't know if he took other

22   concerns on the Ford side.

23               We had discussions with

24   Bsquare, and they didn't necessarily

1        Q.      Okay.   Moving on to Zodiac 3.6,

2   it states, "The Zodiac 3.6 release is Ford

3   3.6 release will be North America," I assume,

4   "South America," I assume --

5        A.      Uh-huh.

6        Q.      -- "China release" -- is that

7   correct?

8        A.      That's correct.

9        Q.      -- "intended to address quality

10  issues as determined from TGW verbatim

11  analysis."

12              What is TGW verbatim analysis?

13        A.      So things gone wrong is what

14  the acronym stands for.

15              And so folks like Jerry Bragg

16  spent a good bit of time going through the

17  actual comments that were issued -- that were

18  entered by consumers and dealer technicians

19  in terms of what customers were sort of

20  either complaining about or comments that

21  were being made.

22              And so from that analysis, they

23  did a lot of work in terms of figuring out

24  where in the system most of the TGWs were

1    occurring and sort of the degree of customer

2    concern that was -- that was present there.

3              So Zodiac sort of focused on

4    data from previous releases in terms of

5    targeting specific sort of fixes for those

6    particular areas.

7         Q.    And what were some of those

8    areas?

9         A.    I can speak to kind of what

10   I've seen as the prado, but most of work was

11   done by others at this point since I had

12   migrated on to spend a lot more time focused

13   on Gen 3.

14             So historically a customer

15   always -- there's always -- there's always

16   customer issues around phone compatibility,

17   which is kind of an -- always an ongoing

18   area.  And often it's either an issue with

19   the phone or just sort of general

20   compatibility issues or not following

21   Bluetooth® standards on the phone side.

22             The navigation sort of feedback

23   where this can be either:  may not have

24   performed as well as it should have, the GPS

1  potential candidate release so we need to

2  treat it like it is a final release that

3  would be going into production vehicles and

4  ultimately going to consumers.

5      Q.    And the e-mail just above that

6  e-mail we just discussed, at 1:44 p.m.

7  Dominic Colella writes, "Those poor

8  customers, dot dot dot."

9          What's your understanding of

10 that comment?

11     A.    I suspect he's -- there's a

12 little bit of sarcasm going on since he's

13 writing the e-mail at 1:44 -- oh, yeah, he --

14 well, since he's writing it shortly

15 thereafter.

16     Q.    What did you think he meant by

17 "those poor customers"?

18     A.    I think -- I think he probably

19 was concerned that there might still be bugs

20 in the system that would be -- that would be

21 noticeable by customers.

22     Q.    Did you share that opinion?

23     A.    I think everybody sort of

24 acknowledged that there were still bugs in

1    the system.  When -- whether this was the
2    final release or with 1.08.
3              So I think everybody
4    acknowledged that there -- that there were
5    bugs in the system, and the goal was to
6    reflect sort of an accurate status of the
7    project to senior leaders so that they could
8    make a determination.
9         Q.    Were these bugs noticeable by
10   customers?
11        A.    I think clearly from the TGW
12   data that came back, that they were -- there
13   were certainly noticeable bugs that were --
14   that were noticeable by customers.
15        Q.    Okay.  And then the e-mail at
16   the top there, which is written by Mr. Mounir
17   Hider, who is the project manager, right?
18        A.    Uh-huh.
19        Q.    He writes, "Dominic, dot dot
20   dot, two years of our lives, dot dot dot.
21   That's all I'm going to say, dot dot dot."
22              What's your understanding of
23   Mr. Hider's comment there?
24        A.    I think -- I think what he was

Page 367

1            I mean, in Bsquare's defense

2     there were -- there were very aggressive

3     timelines and integration challenges, too,

4     so...

5          Q.     The next paragraph down says,

6     "Our source described Bsquare's coding

7     process as guy A sitting in room 1 writing

8     code, and guy B sitting in room 2 also

9     writing code, with neither knowing what the

10     other is doing."

11               Is that consistent with some of

12     your concerns that you had regarding

13     Bsquare's ability to integrate its software

14     coding process?

15               MR. EDWARDS:  Objection.

16               You can answer.

17               THE WITNESS:  I think

18        especially early on, as they were

19        working to integrate a large team,

20        that was certainly the case.

21               I mean, there were instances

22        where Ford had to tell two engineers

23        seated a few rows from each other that

24        they needed to communicate with each

1       other.

2               So there were -- there was

3       definitely a need to change their

4       culture where they were thinking in

5       the mindset of a larger project.  But

6       I -- certainly by the end, I don't

7       know that that was -- that was as

8       accurate.

9   QUESTIONS BY MS. GANNON:

10      Q.      And then if we move on to the

11  next page, the second paragraph there states,

12  "Ford's voice recognition system was designed

13  to cut down on taking driver's hands and eyes

14  off the road."

15              Do you agree with that

16  statement?

17              MR. EDWARDS:  Objection.

18              You can answer.

19              THE WITNESS:  I think from a

20      marketing standpoint, that was

21      certainly a piece of the sort of

22      marketing message that Ford provided,

23      along with the system -- from the

24      touchscreen to the -- to the way that

1  an e-mail that you write says, "Gen 1.5

2  meetings going on.  Mark and I got the

3  assignment to answer what went wrong on Gen

4  2, dot dot dot.  So here's my politically

5  incorrect but hopefully accurate list so far.

6  Please let me know where you agree, disagree,

7  and if I'm missed anything."

8          Can you just tell me in broad

9  strokes, since we don't really have time to

10 go through the last two pages, what you think

11 went wrong with Gen 2?

12          MR. EDWARDS:  Objection.

13          You can answer.

14          THE WITNESS:  So there were --

15     so as this document sort of describes,

16     there were a number of areas sort of

17     for process improvement, where process

18     wasn't managed sort of where it

19     necessarily should have been.  So

20     research, budget, management.

21          We had talked a little bit

22     about, previously, the development

23     process that Bsquare followed where

24     the team really wasn't set up or

1    initially, at least, prepared to work
2    on sort of a large project, or they
3    ran into sort of process issues as
4    they tried to integrate work from
5    many, many developers.
6            There was performance -- I
7    mean, this gets back to the budgeting.
8    The CPU -- because the budget wasn't
9    maintained, budget, CPU and RAM were
10   sort of fully utilized after the
11   features were developed.
12           The GPU had issues both in
13   terms of quality of drivers that came
14   from Freescale, who was the silicon
15   maker, as well as integration with
16   Flash.
17           Some gaps as far as the testing
18   mechanisms.
19           There was, in terms of process,
20   some process discipline work that
21   needed to be done on the Ford side in
22   terms of making sure that features
23   were fully vetted and known before
24   they were brought into scope for the

CERTIFICATE

       I, CARRIE A. CAMPBELL, Registered Merit Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Michael Westra was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

       I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

       I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

CARRIE A. CAMPBELL,
NCRA Registered Merit Reporter
Certified Realtime Reporter
California Certified Shorthand
Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
#084-004229
Texas Certified Shorthand Reporter
#9328
Notary Public

Dated:  October 30, 2015