# EXHIBIT 9

REDACTED
PURSUANT TO COURT ORDER
(ECF NO. 400)

# Expert Report of Daniel Smith

## in Support of Plaintiff's Motion for Class Certification

November 24, 2015

in re:

**MyFord Touch Consumer Litigation**

Case No. 13-cv-3072-EMC

Highly Confidential – Subject to Protective Order

*U.S. District Court – Northern District of California – San Francisco Division*

# Table of Contents

Introduction .................................................................................................................. 4

Opinions and Conclusions .......................................................................................... 8

    Opinion: The MFT System contains software bugs and other design defects, including
software bugs and design defects that are common across the Base Software. ....................... 8

    Opinion: Alternative development processes and architectures that would have reduced
software bugs and design defects were well-known in the industry by the time Ford began
to design the MFT System. .................................................................................................. 8

Background and Qualifications .................................................................................. 9

Technical Background ................................................................................................11

    Embedded Systems ........................................................................................................ 11

    Safety-Critical Systems .................................................................................................. 12

    Operating Systems ........................................................................................................ 14

    Threads, Processes, and ISRs ........................................................................................ 14

    Watchdog Timers .......................................................................................................... 16

Evidence and Analysis ..............................................................................................17

    Evidence: The Base Software contains bugs that miscalculate vehicle GPS Locations ......... 19

    Analysis: These GPS miscalculations were programming bugs and should have been easily
detected during code inspection and/or testing. .................................................................. 30

    Evidence: The design of the "Watchdog Supervisor" components of the MFT Systems is
inadequate to ensure that all critical parts of the system function properly. ......................... 31

    Analysis: More reliable alternative "Watchdog Supervisor" designs were available to Ford
at the time the Base Software was developed. ..................................................................... 37

    Evidence: Some of the MFT System's touch-screen buttons, including the Rear-Window
Defrost control, behave in an inconsistent and misleading manner. ..................................... 38

    Analysis: The behavior of user interface controls should be consistent whenever possible.
.......................................................................................................................................... 41

    Evidence: The design of the Rear-View Camera feature of the MFT System is defective .... 43

    Analysis: More reliable alternative designs were possible for the rear-view camera
feature .............................................................................................................................. 45

**Evidence: Failure to manage resources properly within the Base Software leads to stability problems.** ................................................................................................................. **46**

**Analysis: Reasonable approaches to resource management and memory leak detection were available to Ford at the time the Base Software was developed.** ..................................... **55**

**Analysis: Reasonable alternative coding styles were available to Ford at the time the Base Software was developed.** ..................................................................................................... **57**

**Analysis: The defects described in this report appear to represent "the tip of the iceberg," i.e., there are likely to be many more defects in the Base Software that my analysis has not yet uncovered.** ...................................................................................................................... **60**

**Documents Cited and Considered** ........................................................................................... **69**

**Public Documents** ...................................................................................................... **69**

**Depositions of Ford 30(b)(6) Witnesses** ....................................................................... **71**

**Depositions of Plaintiff Witnesses** .............................................................................. **71**

**Signature** .............................................................................................................................. **73**

## Introduction

1.      I am submitting this report on behalf of the Plaintiffs in the above-captioned action.  I have been retained as a technical expert to study and provide my opinions regarding the design of the software and related electronics and components in vehicles equipped with MyFord Touch ("MFT")[1].  My opinions, as well as the evidence I rely upon to support them, are set forth in detail in this report.  The contents of any and all appendices and exhibits identified herein are incorporated, in their entirety, by such reference.

2.      My analysis and opinions pertain to the MFT second-generation ("SYNC Gen 2") base system running versions v1.08, v2.03, v2.11, v3.0, v3.2, and v3.5 of the software.  In this report I refer to this combination of electronics and software as the "MFT System." Where I refer to one or more versions of the software that runs on the Consumer CPU ("CCPU"), I refer to it as the "Base Software."  Where I write "MFT-equipped vehicle" I refer generically to any car or truck that has an MFT System installed.

3.      In preparing this report, I have employed methods and analyses of a type reasonably relied upon by experts in my field in forming opinions or inferences on the subject.  The opinions expressed are based upon a reasonable degree of engineering certainty.

---

[1] Similarly-equipped vehicles marketed and sold under the Lincoln brand are described as having a "MyLincoln Touch" system.  However, in my review of the electronics and software I have determined that these are the same products, simply rebranded with the names and logos for "Ford" vs. "Lincoln". I thus use the blanket term "MyFord Touch" to reference both brands.

4.      To analyze the MFT System, I have led a team from Barr Group in performing at least the following types of review:

- Read source code and related documents for Base Software that have been produced by Ford in the source code analysis room;

- Compared source code across versions of Base Software, including by use of visual and command-line differencing tools;

- Reviewed portions of bug databases maintained by BSquare, Microsoft, and Elektrobit;

- Reviewed check-in comments made by programmers and others in portions of a pair of version control repositories maintained by BSquare and Microsoft, respectively;

- Used the Microsoft Visual Studio 2005 compiler, Windows Embedded CE 6.0 operating system libraries, and other software development tools to compile each version of the Base Software;

- Downloaded the compiled binaries for various versions of the Base Software onto a "test bench" supplied by Ford in the source code analysis room;

- Experimented with as-built Base Software binaries on the test bench;

- Experimented with modified versions of the Base Software on the test bench, for the purposes of confirming my understanding of the software;

- Experimented with the MFT System, as sold, in MFT-equipped vehicles;

- Used PC-Lint 9.0 to perform static analysis of source code; and

- Used RSM 7.70 to perform cyclomatic complexity analysis of source code.

5.      To date, my analysis is limited by the failure of Ford to produce certain documents and things, including:

- Source code and related documents for pertinent versions of:
    - TeleNav's Navigation software;
    - Nuance's Voice Control software;
    - Microsoft's Windows CE operating system software;
    - Microsoft's MS Auto software; and
    - Adobe's FlashLite Player software;
- A full set of test bench documentation, including at least schematics, block diagrams, user guide, and configuration settings;
- The ability to more fully simulate the MFT System on the test bench, including at least:
    - The ability to provision the bench with vs. without Navigation;
    - The ability to configure the bench to use Voice Control features;
    - The ability to simulate vehicle speed, transmission gear, etc.;[2]
    - The ability to properly run versions v1.08 and v2.11 of the Base Software;[3]
    - A wider variety of cellular phone models;
    - A wider variety of USB drives, music players, and SD cards;
- The ability to compile the produced ActionScript source code; and
- All pertinent versions of the document referenced as "VnModSim (CANOpener) User's Guide" or similar.

---

[2] A key for the ignition would be helpful too.

[3] Currently, v1.08 uploads but doesn't do much and v2.11 uploads but then continually reboots.

6.      Between now and such time that I may be asked to testify before the Court, I expect to continue my review, evaluation, and analysis of information generated during discovery, as well as of relevant evidence presented before and/or at trial.  I also expect to review the reports submitted by Ford's experts.  I reserve the right to amend or supplement this report, as necessary (and as acceptable to the Court).  I also reserve the right to develop materials and exhibits as appropriate for use in helping to demonstrate and explain my opinions in the event that I am asked to testify at trial.

## Opinions and Conclusions

7.       After carefully reviewing relevant source code and documents, I have formed the following opinions regarding the MFT System:

**Opinion: The MFT System contains software bugs and other design defects, including software bugs and design defects that are common across the Base Software.**

**Opinion: Alternative development processes and architectures that would have reduced software bugs and design defects were well-known in the industry by the time Ford began to design the MFT System.**

## Background and Qualifications

8.      I have a Bachelor of Science degree in Electrical Engineering from Princeton University and more than 25 years of embedded systems electronics and software development and project management experience across a broad range of industries, including consumer electronics, control systems, and telecom/datacom.

9.      From 1990 to 1998 I developed embedded software, using object-oriented programming methodologies and real-time operating systems, at Tellabs, the cellular handset division of Motorola, and the cellular infrastructure division of Motorola.  By the end of this time I had been promoted, at Motorola, to the position of technical lead / lead engineer, for a team of two dozen, on a cellular base station project.

10.     From 1996 to 2003, I was the Chief Technical Officer at Embedded Concepts and Solutions (ECS), an Illinois-based contract design firm, which I also co-founded.  ECS performed electronics and software design services to a large range of companies in various industries, including Lucent, 3Com, Motorola, ARM, Tellabs, Broadcom, Pixelworks, General Electric, and International Harvester.  Design services included turn-key product development.  In this role, I was deeply involved with the electronics and/or software design of 18 embedded systems projects, including development of a guided-missile tracking system, a GPS-assisted harvesting system, an MP3 digital music player, a temperature-control thermostat, and a handheld gas detector.

11.     From 2003 to 2008, I was employed as Director of Engineering at Tesla

Electronics where I was responsible for systems engineering, architecture, and product

development for a family of portable automotive performance meters and data

acquisition systems.  My responsibilities included oversight of and implementation of

electronics and software design; as well as ensuring that products met functional, cost,

and quality milestones.

12.     Since 2008 I have worked as an engineering consultant, specializing in the design

of safe, reliable, and secure embedded systems, primarily through Barr Group (and its

precursor company, Netrino).   During this time I consulted with Medtronic and Roche

and other makers of medical devices, including safety-critical implantable cardiac

devices, on software development processes and architectures for new product designs.

During this time I was also a member of a team of engineering experts that examined

Toyota's engine control software on behalf of plaintiffs in the Toyota "Unintended

Acceleration" personal injury and economic loss litigation.

13.     My qualifications for forming the opinions set forth in this report are listed in

this section as well as in Appendix A, which is my curriculum vitae and includes a list

of my publications.

14.     Barr Group bills Plaintiffs for my time at the hourly rate of $325 per hour for my

work in this litigation, plus reimbursement for travel and other out-of-pocket expenses

incurred during my work on this matter.  Barr Group and I are each compensated

regardless of the facts I know or discover and/or the conclusions or opinions I reach.  I

have no personal or financial stake or interest in the outcome of this matter.

## Technical Background

15.     This section of the report defines terminology used in the later sections.  It is also intended as an approachable introduction to certain technical subjects at issue.

### Embedded Systems

16.     Embedded systems are computers hidden inside other sorts of products.  Each embedded system contains a processor (similar to the central processing unit or 'CPU' in your desktop or laptop computer) that runs software.[4]  The software in an embedded system is frequently referred to as "embedded software" or "firmware."

17.     Embedded software is in almost every electronic device in use today.  There is firmware hidden away inside your digital watch, DVD players, mobile phones, coffee makers, and even some toasters.  For decades, the military has used embedded software to guide its "smart bombs" and missiles, detect enemy aircraft, and pilot drone aircraft.  Communication satellites, deep-space probes, and many medical instruments would've been nearly impossible to create without embedded software.

18.     Modern automobiles contain numerous embedded systems, which the industry often terms "electronic control units" (ECUs).  Embedded software is typically loaded, as binary data, into a memory chip in an ECU during vehicle manufacturing.  Depending on the design of an ECU, it is sometimes also possible to download software upgrades to reprogram these computers (e.g., when the vehicle is at a dealer for maintenance).

--------------------------

[4] For purposes of this report, the terms processor, CPU, microprocessor, and microcontroller are interchangeable and mean the same thing.

19. ████████████████████████████████████

████████████████████████████████

█████████████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████

20. ████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

███████████████████████████

**Safety-Critical Systems**

21.      Because it can directly create (as well as indirectly contribute to the creation of) hazards that could result in human death or injury, the MFT System is a "safety-critical system."  For example, one feature of the MFT System is a backup camera that fills the display with a live-video rear-view image when the driver has the vehicle in reverse.  If the live-video rear-view image on the  MFT System's display were ever to freeze (i.e., fixate on a single image from the camera) or become sluggish (in the way smartphone users sometimes encounter when watching streaming videos) then the driver may not see that a child is chasing after a ball right behind the vehicle.  Such a malfunction of the MFT System would thus create a hazard to the life of the child.

22.     Because it should be designed to ensure that it does not create such hazards through system malfunction, the MFT System is also a "real-time system" that has response-time deadlines.  That is, certain parts of the software in a real-time system must complete their work "on time" (i.e., on or before a timeliness deadline).  A late action (or late calculation) is sometimes at least as dangerous as an erroneous action (miscalculation).

23.     The design of safety-critical, real-time systems is a highly specialized field of embedded systems engineering.  Not every embedded system designer, programmer, or engineering organization is knowledgeable enough and thorough enough to design the highly reliable software required to achieve safety in safety-critical systems.

24.     A number of useful, repeatable scientific principles concern the design of highly-reliable electronics and software for use in automobiles and other safety-critical systems.  These principles include preferable software development processes and preferable software architectures that have become generally accepted practices by the designers of real-time systems.  For example, mitigation of single-points of failure via Failure Modes and Effects Analysis (FMEA) is well known in the automotive industry. (see, e.g., [TRB])

25.     In regard to meeting deadlines in real-time systems, rate-monotonic analysis (RMA) is known to be a reliable way of studying the worst-case software timing of software to mathematically ensure that all of the work that needs to be done can be completed "on time" (given the capabilities of the processor).

**Operating Systems**

26.     Many embedded systems include an operating system.  An operating system is software that is typically bought from another company and installed onto the embedded system before the rest of the software is written.   The Windows operating system, from Microsoft, Linux, and MacOS are examples of operating system the reader may be familiar with from using desktop computers or laptops.

27.     Most of the operating systems used in embedded systems are specialized "real-time operating systems" with less familiar brand names from less familiar companies. However, smaller, more specialized versions of Windows and Linux are sometimes used in embedded systems (and iOS can be thought of a more specialized version of MacOS for iPhones and iPads).

28.     ████████████████████████████████████████████
████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████

**Threads, Processes, and ISRs**

29.     In the more technical sections of my report I may refer to certain executable components of the Base Software using terms such as "thread", "process", or "ISR". The salient features of these different types of software are as follows:

- thread - a function in the software that executes independently on the processor but shares a memory area with other threads.  Sometimes a thread is called a *task*.

- process - a part of the software that comprises a protected memory area and one or more threads.

- <u>priority</u> - the relative importance of one thread vs. another, as assigned by the programmers and/or operating system. In Windows CE, priorities are represented by numerical values, where a lower numerical value corresponds to a higher relative priority.

- <u>ISR</u> - a function in the software that executes in response to an electronic event detected by the processor, typically at a priority higher than all of the threads in the software. Short for *interrupt service routine*.

- <u>driver</u> - a part of the software that interfaces to a specific piece of hardware. For example, a hardware interface to a CAN bus may be encapsulated by a CAN bus driver in the software. A driver may include one or more threads and one or more ISRs.

- <u>service</u> - a part of the software that runs in the background (i.e., does not directly interact with the user). A service typically includes at least one thread, which is in communication with other parts of the software.

- <u>application</u> - a part of the software that runs in the foreground (i.e., interacts directly with the user).

30.      In embedded systems that run the Windows CE operating system it is common to run multiple applications, services, and drivers. These software components then coordinate and cooperate as appropriate to meet the goals of the system designers.

**Watchdog Timers**

31.     A watchdog timer is a hardware timer that is periodically restarted by software. If the software crashes or hangs, the watchdog timer expires, and the entire system is reset automatically. Figure 1 is sufficiently accurate for purposes of the discussion here.



*Figure 1.  A Common External Watchdog Timer Design*

32.     The key to a good watchdog design is the implementation of the "supervisor software."  One job of the supervisor software is to "check-in" with the hardware watchdog timer from time to time to report that all is well, to thereby prevent a reset of the control CPU by the watchdog.[5]

33.     It is extremely important that the supervisor software carefully monitor the rest of the software to ensure that all safety-critical parts of the software are properly functioning before checking in.  Supervisor software that kicks the watchdog without first performing task-by-task monitoring is inadequate in a safety-critical system. ([Lantrip])

---

[5] Checking in with the watchdog timer is often called "kicking" or "petting" the watchdog.

## Evidence and Analysis

34.     In my analysis of the Base Software source code, and other related documents as discussed earlier in this report, I have seen ample evidence of an organization (really, multiple organizations when Ford's subcontractors are considered) that has struggled to design and implement a robust, responsive, and stable in-vehicle infotainment system.  The fact that this infotainment system offers features which, when they malfunction, can create hazards to human safety (e.g., the rear-view camera) concerns me.

35.     Since Ford first undertook development of the MFT System in 2008, it has spent years and at least tens of thousands of man-hours attempting to build the system that was first envisioned and advertised.[6]  And yet customer-facing defects continued to plague the system.

36.     According to Ford, even by the summer of 2012, approximately 4 years after Ford undertook development of Sync Gen2, and approximately 2 years after the initial release of the system, the team was still battling a very large number of defects, even "punting" more than half of them beyond v3.5:

- Ford was struggling to  obtain an accurate measure of the MFT Software's defect density ([Ostrowski] at 124:22 and Exhibit 1136)

- Ford resorted to punting bugs instead of fixing them, even when approximately 58% of the bugs will have a "medium to high impact on the customer"  ([Ostrowski] at 128:11, 136:3, 174:7 and Exhibit 1232).

---

[6] I understand that some features have been added and enhanced since the product's initial offering.

37.    This is in spite of Ford being well-equipped to perform large amounts of testing on benches and even in vehicles:

- The combined team of Ford and Microsoft had 100 people working on testing, full-time [Ostrowski 41:9]
- Both Ford and Microsoft employees had benches for development and testing [Ostrowski 42:23]
- In addition to the sizeable headcount and bench access, Ford also had a large number of vehicles testing almost around-the-clock [Ostrowski 163:8-24]

38.    There is evidence that the Base Software exhibited serious customer-visible stability problems through and including v3.5, problems that were known about and acknowledged.  In an email dated May 26, 2014, Florian Frischmuth says, "With v3.5 and before we were not close to this mark [v3.6 stability] and statistically every customer sees crashes with those versions."[7]

39.    In my opinion, it is highly likely that in addition to the defects which are discussed in this report, there remain other defects which are difficult or even impossible to uncover in my current review circumstances.

---

[7] WLN2-01832418

**Evidence: The Base Software contains bugs that miscalculate vehicle GPS Locations.**

40.     My understanding is that all MFT-equipped vehicles contain a GPS receiver.[8]  A GPS receiver is a device that receives and processes signals from Global Positioning System (GPS) satellites in order to mathematically calculate the location of the receiver.

41.     There are at least 3 different uses of the vehicle's GPS location data within the Base Software.  A first use of the GPS location data is to support "Turn-by-Turn Directions."  A second use of the GPS location data is in the "911 Assist" feature. Finally, the GPS location data is in the "Where Am I?" feature.[9] Each of these features of the Base Software was present in every public version from v1.08 through v3.5. However, not all MFT-equipped vehicles were sold with the optional Navigation dealer upgrade package.

---

[8] See, e.g., WLN1-0626953 and WLN1-0626959.

[9] The touch-screen location of the "Where Am I?" feature has moved across Base Software versions, but this feature has been present the Base Software from v1.08 through v3.5.

42.     Multiple plaintiffs have complained that they have experienced inaccuracies with respect to vehicle location while using the Turn-by-Turn Directions feature of the Navigation upgrade package.  These complaints often state that the MFT System "misreads" vehicle location:

- "Plaintiff Miller-Jones' GPS navigation feature frequently fails to provide accurate directions and misreads his location" [TAC 42:16]

- "Plaintiff Kirchoff's GPS navigation feature frequently fails to provide accurate directions and misreads his location" [TAC 44:9]

- "And I'm driving and I'm moving, but the screen is staying static and it's showing that I'm somewhere other than where I'm actually at at the moment." [Miskell 154:7]

43.     There is other evidence that Ford had received complaints regarding GPS location:

- WLN1-3247005, p. 27: (from CQIS Indicator Summary Report dated 2/15/13)  - Navigation apparently shows vehicle in the Gulf of Mexico while driving near central Florida.

- WLN2-00098283, p. 51: (from CQIS Indicator Summary Report dated 6/9/12)  Customer states that navigation shows St. Louis map while vehicle is in Omaha, NE.

- WLN2-00098283, p. 107: (from CQIS Indicator Summary Report dated 4/11/12) - Customer stated that navigation said they were in Michigan when they were in Kansas.

  WLN3-218072, p.1121: (from CQIS Detail Report dated 12/3/12) - Turn by turn directions … tells the owner to turn 80 miles before his turn.

44.     We have not yet been provided with source code for the Navigation software, from Ford supplier Telenav.  Given additional time and source code access, I would expect to investigate the precision and reliability of the GPS calculations in the Navigation software – as I have the Where Am I? and 911 Assist features discussed below.

45.      The "Where Am I?" feature allows the user to see the vehicle's location on the touch-screen display.  For vehicles without the Navigation package, the Where Am I? feature displays the vehicle's last known location as a GPS coordinate pair.  For vehicles with Navigation, the location is supplemented with the map data (e.g., street name and address).[10]

46.      For vehicles in the North American market (i.e., in the Western Hemisphere, where longitude is always negative), there is a bug in the displayed longitude on the "Where Am I?" screen.[11]  This defect can cause the displayed GPS location to be off by almost a full 2.0 degrees of longitude.  This defect originates in the v1.08, and still exists in v3.5.

---

[10] My analysis of whether the miscalculated GPS coordinates affects the information displayed when Navigation is present is ongoing and would be aided by access to the Navigation source code.

[11] There is a similar bug for the displayed latitude in cases where the latitude is negative, i.e. south of the equator.  This bug will not affect vehicles in North America, however.

47. ████████████████████████████████████████████

████████████████████████████████████████

██████



████████████████████████

██ ████████ ██████ ████████████████████

██████ ██████████ ██████ ██████ ████████

████████ ██████ ██████████████ ████████

██ ██████████ ██████████ ██ ████████████

██████████████

---

49. █████████████████████████████████████████████████

███████████████████████ ███████████████████████████

████████████████ ████████████████████████████████████

████████████████████████ ████████████ █████████████

█████████████████████████████████████████████████████

███████████████████ █████████████████████████████

███████ █████████ █████████████████ ████████████ ████

█████████████████████████████████████████

███████████



███████████████████████████████

██ ████████████████ ██████████████████████████████

███████████████████████████████ ██████████████████ █

████████████████ ████████████ ████████████████████████

██████████████████████ █████████ ████████████████ █

██████████████████████ ████████ ███████████████████

█████████████████████████████████████████████████

███████████

51.     In the worst case, the error will be almost 2 full degrees.  Suppose in the example above, `LongitudeMinutes` was 59.9999.  The calculated longitude would be -82.0001 instead of the correct value of -83.9999.  Regarding the distance in miles that this error corresponds to, the same explanation applies.  Only in the case where `LongitudeMinutes` is exactly 0.0000 will there be no error in the calculation.

52.     The 911 Assist feature of the MFT System is designed to assist vehicle occupants in contacting emergency personnel, automatically, following a vehicle crash that results in airbag deployment.  The 911 Assist feature utilizes a Bluetooth-connected mobile phone to contact emergency personnel.  Once the MFT System has connected to a 911 operator, the 911 operator is able to remotely speak to the vehicle occupants and/or request (via DTMF) the last-known GPS location of the vehicle.  During such an emergency, the 911 Assist feature also displays the last-known GPS location of the vehicle – as a (latitude, longitude) pair – on the touch-screen display.[13]  These features were in the Base Software from v1.08 through v3.5.

---

[13] ████████████████████████████████████████████████████████
████████████████████████████ ██████████████ ██████████████
████████████████████ ██████████ ████████████████ ████████████

53.     According to Ford, a significant error was introduced in the 911 Assist feature of the v3.5 version of the Base Software. ([Frischmuth] at 226:14-227:17 and Exhibit 1051) This bug, which I have located in the source code, causes the last-known GPS location of the vehicle to be incorrectly reported during a 911 Assist event.  A mathematical miscalculation causes the reported last GPS location of the crashed vehicle to be off by 1.0 degrees of longitude everywhere in the Western Hemisphere (*i.e.,* West of the Prime Meridian, in which there are negative longitude values), which includes the entirety of North America.  At the equator, an error of one degree of longitude is approximately 69 miles.  As one heads away from the equator, one degree of longitude represents a smaller and smaller distance, until reaching the north and south poles, where a degree of longitude is essentially zero.  Errors in most of the continental United States would be between about 40 and about 60 miles.

54.     ███████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████████ ████████████████ ████████████
███████████████████████████████████████████████
███████████████████████████████████████

55. 

59. 

61. 



---

[15] The source code contains the same algorithmic bug in the calculation of latitude.  However, the latitude bug will not affect the reported last known location of a vehicle that has crashed north of the equator.



---

[16] \PRIVATE\WOLVERINE\Sandbox\Ford\Ux\Flash\Shell\Plugins\EmergencyAssist\GPSLib.cpp

64.     At the election of the 911 operator, which the vehicle contacts automatically if there is a Bluetooth-connected mobile phone, the vehicle's last calculated location can also be provided automatically to the 911 operator over the phone call's audio channel. (This feature is in case none of the vehicle occupants can read the display or speak.)

██████████████ ██████████████ █████████████████████
████████████████████████████████████████████████████
████████████████ █ ████████████████████████
████████████████████████████████████████████████████
███████████ ████████████████████ ███████████

65.     My investigation of these and other miscalculations of vehicle locations due to defects in the Base Software is ongoing.

**Analysis: These GPS miscalculations were programming bugs and should have been easily detected during code inspection and/or testing.**

66.     Both of the GPS miscalculations described above are simple programming errors (i.e., "bugs"). Either bug could have been identified in a code inspection, which is a standard software development process step that reduces bugs by having one or more team members the work of their peers. The fact that these bugs slipped through into the MFT System product indicates to me that either code inspections were not performed at all by Ford and its suppliers (at least not for these source code files), or that code inspections were not performed with sufficient thoroughness and rigor.

---

[17] The parameter to the object's constructor, i.e. the source of the position information, is the plugin's (correct) data member `m_GpsPositionEvmData`.

67.     Furthermore, both of these bugs should have been caught during software testing.  Specifically, both GPS miscalculations could have been easily detected via unit testing:

> "**unit test**  n. *The act of testing a function or module stand-alone.  Unit tests use test data and/or test drivers; they don't happen as part of a check of the entire system.  A (flawed) belief is that unit testing all of the functions means the system will work.  In fact, the unit test is the easy part.  See also system integration.*"
> ([Ganssle] at 275)

68.     Ford or its suppliers should have created unit tests for each of the functions in the Base Software that converted raw data received from the GPS receiver to a (latitude, longitude) pair for touch-screen display and/or transmission to a 911 operator.  If Ford had created unit tests for the GPS functions and adequately tested with negative longitudes, the bugs would have been easy to detect and fix.[18]

69.     The "Where Am I?" bug would have been caught by thorough unit testing, and it should have also been caught later during system and/or integration testing (particularly since it seems natural that most road-testing would have taken place in the Western Hemisphere, where the issue of negative longitude is ever present).

---

[18] Note that these GPS bugs in the Base Software provide an object lesson in the value of performing software testing both at the module level (i.e., unit tests) as well as at the vehicle level (i.e., system tests). Because all of the North American market for Ford's vehicles is in the Western Hemisphere and North of the Equator, vehicle-level tests should have consistently highlighted the miscalculations of longitudes. However, because latitudes are never negative in this part of the world, unit testing of these specific functions (on a test bench, rather than in a vehicle) would be a more reliable way to detect that the same bug is present in the latitude calculation.

70.     The 911 Assist bug should have also been caught both in unit testing and in system and/or integration testing, for similar reasons.  While the defect was introduced later than the "Where Am I?" location bug, it is concerning that apparently no one noticed that the reported longitude in v3.5 during a 911 Assist event was off by such a large – and consistent – amount.

**Evidence: The design of the "Watchdog Supervisor" components of the MFT Systems is inadequate to ensure that all critical parts of the system function properly.**

71.　████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████

██　　████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████

████████████████████████████

_____

[19] For example, see WLN2-00199076, p.11

[20] Note that at a target frame rate of 15fps, the display should be refreshed 45 times in a 3-second period.

[21] My analysis of the specific timeouts across versions is ongoing.  I have not yet confirmed this 3 minute period in all Base Software versions as of this report.

73.     Individually and collectively these two watchdogs are inadequately designed and implemented.  The following is a brief summary of their many failings and the types of problems caused by inadequate watchdog design:

- 

- The MFT System's user interface can freeze or "lock up" for up to as long as 3 minutes without any automatic recovery.  For example, the rear-view camera image could lock-up for a few seconds and the driver would have no indication of the problem (unless, that is, they backed into something not shown on the frozen display).

- Various periods of "transient overload" could occur on and off from time-to-time and never be detected.  During these periods, at least some threads would starve and not run at all and this could cause all kinds of glitches and other odd system behavior.



- [Connell 20:20]: (regarding how to resolve a problem with the MFT System stopping / freezing): "When I pulled over, stopped the car, shut off everything, and turn it [the vehicle's ignition] back on."

- [Whalen 90:5]:

  (Question): "Okay. Do you remember about how long the system was frozen, either in whole or in part, around this time?"

  (Answer): "I don't – it would have been probably until I pulled over to the side of the road and turned the car off.  I don't know how long, though."

  (Question): "It says "Turned car off and back on and it worked." "

  (Answer): "Uh-huh."

- [Fink 19:16]:

  (Question): "Okay.  And just sometimes the screen unfreeze [sic] itself by itself, or does it always require you to do something when it freezes?"

  (Answer): "It's always required me to do something."

  (Question): "And is the thing that it requires you to do turning the car off or is there something else?"

  (Answer): "I always just turned off the car."

76.     ██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████     As the system reboots and comes back up, the touchscreen displays a message that says, "Performing scheduled system maintenance."  Plaintiff depositions describe behavior that comports with my reading of the source code (extended frozen / lockup period, followed by a reboot and the scheduled maintenance message):

- [SHEERIN 149:11]:

  (Question): "Has your MyFord Touch ever experienced what you would describe as a system lockup?"

  []
  (Answer): "Yes."
  (Question): "And what do you mean by that?"
  (Answer): "The screen goes blank for a period of seconds, and then a message pops on that says that the sync system is performing regularly – or system is performing regularly scheduled maintenance."

- [FINK 15:1]:

  (Question): "Let's start with that: When you say the systems [sic] crashes what do you mean?"

  (Answer): "I guess we'll just be putting in something in the navigation or doing something with the system and it will just reset, go black, and stay black for about a few minutes, and then it will boot up again."

  (Question): "How do you know that it's booting up again?"

  (Answer): "There's like a white screen or something that comes up, I think, and then it says performing scheduled maintenance."

- [THOMAS MASKREY 21:12]:

  (Question): "And then what typically happens after the screen goes blank?"

  (Answer): "Occasionally it just goes blank and nothing happens, it just stays blank until I turn the car off. Sometimes I turn it back on and it's still blank.  There really isn't any rhyme or reason.  There's no structure to it. Other times it says "performing scheduled system maintenance and it will say that, again, sometimes in five minutes, sometimes until I stop driving, sometimes when I turn the car back on."

77.     I have seen many user complaints of, e.g., sustained black screens, lock ups, and parts of the MFT System being unresponsive.  As indicated from source code review, the VMCU Watchdog does nothing to reboot the CCPU during at least some of those failures.

78.     In an email exchange between Ford employees Jeremiah Bragg and Mike Westra, Mr. Westra asked: "From the field are we seeing lock-ups that don't recover after a ign [ignition] cycle? How often?"  Mr. Bragg replied: "… we do seem to get quite a few… people don't feel happy with having to pull over and restart their vehicle to get things to work… when the system froze it would not shut down with the vehicle… They [the vehicle operators] had to wait 10 minutes before the system rebooted, with the vehicle off."[22]



_____

[22] WLN2-00026236, email dated August 09, 2011.  Based on the date of the email and the discussion about recovery after an ignition cycle, I expect that the discussion pertains to v1.08, v2.03, or v2.11 of the Base Software.

81.





**Analysis: More reliable alternative "Watchdog Supervisor" designs were available to Ford at the time the Base Software was developed.**

84.     Reasonable design alternatives for supervisor software existed, and were widely used by the designers of embedded systems, as evidenced by numerous articles on best practices for watchdog supervisors in industry publications[25].  Specifically, Ford should have done at least each of the following to strengthen the design its supervisor:

- Checked the status of at least the critical threads, including threads with worst-case timing deadlines;

- Made use of the on-chip Watchdog Timer Peripheral on the CCPU;

- Narrow the time window (currently 3 minutes) before the Desktop Watchdog accepts that the MFT user interface thread is hung and in need of reset;

- Require application threads to register with the built-in Windows CE watchdog facility, and create a monitoring procedure to confirm on a regular basis that these threads are running properly.

85.     To address a problem where the CPU is too overloaded to do some or all of the above without causing frequent watchdog resets, additional alternative designs existed and were available to Ford, including but not limited to:

- Offloading some work from the CPU to an additional CPU or other hardware dedicated to that work;

- Choosing a more efficient/performance-oriented operating system; and/or

- Upgrading to a faster CPU.

---

[25] See [Koopman], [Lantrip], [Murphy], [Santic]

86.     Ford and its suppliers had easy access to more reasonable design alternatives. For example, the Microsoft Windows CE operating system has a built-in watchdog component designed to facilitate monitoring multiple threads before kicking a hardware watchdog timer.[26]  The process of porting Windows CE to new platform typically involves connecting this "Windows Watchdog" to a hardware watchdog timer.  Such a hardware watchdog timer was also available in the Freescale i.MX51 processor.

**Evidence: Some of the MFT System's touch-screen buttons, including the Rear-Window Defrost control, behave in an inconsistent and misleading manner.**

87.     Some of the touch-screen buttons in the climate control area of the screen do not operate consistently.  For example, sometimes the driver may use her fingertip to press the button to turn on the rear-window defroster and though the MFT System may beep audibly in response and also be re-drawn as depressed on the screen, the rear-window defroster will not actually be turned on.  In the worst case scenario, this inconsistent and misleading touch-screen behavior could result in a driver believing that her rear-window will soon be defrosted though that process has not actually begun.

88.     This button misbehavior problem occurs when a user presses the same button two or more times in a row.  Specifically, whenever the driver's fingertip slides off of the button before the fingertip is removed from the screen in the previous button press.[27]

---

[26] See, e.g., http://blogs.msdn.com/b/mikehall/archive/2006/07/03/655684.aspx accessed 15 Nov 2015.

[27] The button will behave properly on the subsequent press if a different location of the screen is pressed in between.  However, the button will misbehave if a physical button that controls the same function of the vehicle, if available, is pressed.

89.     Most of the touch-screen buttons in the Base Software handle this sequence (i.e., button press / slide-off / release) in a manner that is not inconsistent or were fixed in a later version to be consistent.  However, at least some of the buttons (including the front and rear window defrost controls) exhibit this misleading behavior across the Base Software.

90.     Defects of this nature appear to be documented in a bug database kept by Microsoft.  For example:



91.     Defects of this nature also appear to be documented in documents produced by Ford.  For example:



92.     Plaintiffs have also complained about climate button behaviors:

- "A little anomaly I will point out that I discovered yesterday too when I was fooling around, when you have the engine on and you touch the rear defroster button – actually, when you have the engine on and you touch the rear defroster button, the light comes on for that that showing that it's working. But if it's on the standby or the engine is offbut the ignition is on, you cannot operate the rear defroster." [Miller Jones 164:5]

- (Question): "Okay. When you say that the climate controls failed to operate, do you recall what you were trying to do? Defrost the vehicle? Turn on the heat? Air conditioning? What?"
  (Answer): "Air conditioning."
  (Question): "[] So did the air conditioning simply fail to turn on when you tried to use the knobs?"
  (Answer): "There was no response from the climate control – any kind of response – knobs or touch screen."

93. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████  ██████████████████  ██████████████████.

94.    My analysis of this issue is ongoing. But this button behavior defect is common across the Base Software for the following buttons:

- Defrost Button (btnDefrost)

- Auto Button (btnAuto)

- Rear Auto Button (btnRearAuto)

- Heated Seats Driver (btnHeatedSeatsDriver)

- Cooled Seats Driver (btnCooledSeatsDriver)

- Heating Steering Wheel Driver (btnHeatedSteeringWheelDriver)

- Panel Middle (btnPanelMiddle)

- Floor Middle (btnFloorMiddle)

- Panel Floor Middle (btnPanelFloorMiddle)

- Floor Defrost Middle (btnFloorDefrostMiddle)

- Dual Passenger (btnDualPassenger)

- Heated Seats Passenger (btnHeatedSeatsPassenger)

- Cooled Seats Passenger (btnCooledSeatsPassenger)

- Defrost Max Middle (btnDefrostMaxMiddle)

- Heated Front Windshield (btnHeatedFrontWindShield)

- Windscreen Middle (btnWindScreenMiddle)

- Front Rear Left Most (btnFrontRearLeftMost)

- Rear Defrost (btnRearDefrost)

- A/C (btnAC)

- Max A/C (btnMaxAC)

- Recirculation (btnRecirculation)

- Rear Control (btnRearControl)

- Power (btnPower)

- Rear Power (btnRearPower)

- Rear (btnRear)

- Dual (btnDual)

**Analysis: The behavior of user interface controls should be consistent whenever possible.**

95.      Buttons should behave consistently when pressed and released.  The effect described above is flawed not only because the visual and audible feedback betrays the (lack of)action, but also because the 2 button presses (press – slide off – release, followed by a normal press – release on the same button) could be separated by a significant amount of time.

96.     One approach to the "press – slide off – release" scenario that Ford could have taken is already implemented in other buttons on the Climate Control screen. Specifically, using the Climate Control screen's "Temperature Up / Down" buttons as an example, the action of sliding off before release could be treated the same as if the user hadn't slid her finger before releasing the button.[28]  In other words, the button press is all that matters - the location of the finger at release does not affect the subsequent press.

97.     A second approach that would be consistent and fool-proof would be to treat the affected buttons similar to many smartphone and computer button behaviors. Specifically, any press (or any click in the case of a computer using a mouse), followed by a slide off, then release, would take no action.[29]  And subsequent presses on the same button would continue to behave this way.

---

[28] For these buttons, sliding the finger off the button before release has no effect on the next press of the same button.  The Fan Speed buttons behave similarly.

[29] And of course, press and release actions (without sliding off) would take the expected action.

**Evidence: The design of the Rear-View Camera feature of the MFT System is defective.**

98.     One feature of the MFT System is a rear-view camera screen that appears on the display when the vehicle is in reverse.[30]  Because it is a feature that drivers may rely upon to ensure the safety of the vehicle occupants and surrounding pedestrians while backing up, it is important that a rear-view camera feature of a vehicle be reliable by design.

99.     Users of MFT-equipped vehicles have complained of problems with the rear-view camera feature.  Plaintiffs complaints include at least the following related issues:

- (Question): "What were the problems you were having?"
  (Answer): "Well, when the system crashes while you're in reverse motion, the camera goes completely out so the camera crashing was the issue which in that vehicle you can't back up without a camera safely in my opinion."  [Decker Watson 118:13]

- "The – I think this is where the – the backup camera froze with a particular image on it there." [Mitchell 129:19]

- "Backup camera fails to work completely.  The backup camera freezes up sometimes and shows a still image while the vehicle is in motion" [Sheerin 9:4]

---

[30] I understand that some vehicles equipped with an MFT System were not equipped with a rear-view camera.  The vehicle's configuration indicates the presence of a rear-view camera.  Although the run-time behavior of the code depends on the vehicle's configuration, the code that handles the rear-view camera is part of the Base Software.

100. ███████████████████████████████████ ███████████

████████████████████████████████████████████████████

███████████ ██████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████

██████████ ████████████ ███ ███████████ ████████████████

█████████████████████████████ ██████████ ███████████

███ █████████████████ ██████████████ █████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████

███ █████████████████████████████████████

███████████ ████████████████████████████████

███████████████████████████████



▪ █████████████████████████████████

▪ █████████████████████████████████████

▪ ███████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████

**Analysis: More reliable alternative designs were possible for the rear-view camera feature.**

103.    A designer of reliable electronics and software for safety-critical systems would recognize that there should be as little software as possible involved with important real-time video feeds to the driver.  A much more reliable alternative would have been to design the APIM electronics so that when a CAN message is received that the vehicle is in Reverse[34], the VMCU switches the display input source from the CCPU that runs Windows CE to a direct feed of the images coming from the rear-view camera.  In such a design, only a failure of the camera hardware, the display, or the electrical circuit between them could interfere with safe vehicle operation.

104.    The actual design of the rear-view camera feature that was chosen for the MFT System is unreliable precisely because there is a significant amount of software "in the loop" between the camera and the display.  Many types of rear-view camera image problems (e.g., image freezes, video delays, or stuttering/dropped frames) could be caused by interference from the Windows CE operating system or any process, thread, or ISR that runs (e.g., via software problems including but not limited to race conditions, deadlocks, priority inversions, and CPU overload).[35]

---

[34] And other "gating" conditions, for example the Boolean condition which indicates if a rear view camera is present.

[35] The point here is that even if all of the rear-view camera software "in the loop" *was* free of defects, other parts of the Base Software, which may not have been designed with the same level of engineering rigor, could interfere with its operation.

**Evidence: Failure to manage resources properly within the Base Software leads to stability problems.**

105.     In the course of performing its duties, software often needs to make use of resources for a short (temporary) duration.  For example, while playing media, random-access memory (RAM) might be required to read a media file, buffer it, decode and expand it, etc.  When the music is done playing, or the user disables music playback, there is no reason for the software to "hold onto" the RAM.  Typically this approach to dynamic allocation of resources (such as RAM) is supported by the operating system.  Software "checks out" memory from the operating system when it needs to use it (this is called "allocation"), and software "returns" memory back to the operating system when it is done with it (this is called "de-allocation").

106.     The operating system starts with a finite amount of RAM to allocate.  Thus, the amount of memory available at any given time depends on how much memory is currently allocated to software, and how long the software "holds on to" the memory before de-allocating it.  If a defect results in software allocating memory, but never de-allocating it, that memory is considered "leaked".  This memory is lost until the system is rebooted.

107.    As an analogy, let's suppose we have a high-school shop class with 30 students.

Each day when the students come in to work on their projects, they take tools from the

toolboard, use them during class, and put them back on the board when they are done

with them.  Suppose at the beginning of the school year, the shop class starts with 30

hammers hanging on the tool board. As the year progresses, students forget to return

hammers, lose hammers, etc.  If we assume resources are limited (*e.g.*, a fixed budget --

lost hammers will not be replaced), over time the number of hammers available to the

class of 30 students will decrease; eventually, some students will be blocked from doing

their work.  Suppose 15 of the students need to use a hammer, but only 5 hammers are

available at the start of class.  Right away, 10 of the students will be unable to make

progress until a hammer is returned to the tool board.  Taking the analogy to its logical

extreme, once all the hammers have been misplaced, no student can make any progress.

108.    A well-designed system will not leak memory.  As memory is leaked, the

amount of memory available to the operating system for allocation gradually decreases.

Eventually, when software makes a memory allocation request, the operating system

will not be able to provide the requested memory.  The end result is that the software

cannot acquire – even for a temporary time – the resource(s) it needs to perform its

duties, and it cannot continue to fulfill its responsibilities.

109.     Microsoft's own documentation for "Using Windows Automotive" [36] says about memory leaks: "The implications of a "memory starved" application can range from a graceful shutdown to an unexpected crash."  And later on: "Even if the [memory-starved] applications do not terminate, the system will slow down to a crawl – or even hang – in low memory conditions."  Even later the article reads: "Memory leaks are bad on any system.  For the automotive platform, however, they become much more of a significant problem."  Regarding the typical remedy of rebooting a system to recover from an out-of-memory situation, Microsoft's article says: "… it is unacceptable to need to [reboot] on the automotive platform." [37]

110.     According to Ford, memory leaks can lead to MFT System instability, malfunctions and crashes ([Westra] 305:24-306:2, [Westra] 308:15-309:11).  One way this would be visible to the consumer would be "the performing system maintenance screen or either intentional or unintentional reboot of the system" ([Westra] 306:7-9).[38]

---

[36] "What are Memory Leaks?", https://msdn.microsoft.com/en-us/library/ms859408.aspx

[37] Windows Automotive was the predecessor to Microsoft Auto.

[38] The "Performing Scheduled System Maintenance" screen is displayed when the MFT System reboots.

111.    Westra testified that the Base Software contained memory leaks [Westra 306:10-12]. ████████████████████████████████████████████████

████████████████████████████████ █ █████████████████████████████

████████████████████████████████████████████████

████████████████████ Regarding elimination of memory leaks in later versions of the Base Software, Westra testified that "There are probably still some in there… there may well still be leaks in the system" ([Westra] 306:21-307:13).

112.    In WLN2-00273731-2 there is an email exchange from May 22, 2010 that discusses "track[ing] the daily progress of the flashlite leak investigation" and "flashlite testing in the stability lab".  Reading the email thread in its entirety, I have reached the same conclusion that Sukhwinder Wadhwa, Ford's Manager of Sync Platform and Technology, apparently has -- that memory is being leaked at a rate of "Roughly 12.5 MB /hr in stress [testing]".  Broken down by feature, it appears that the "Nav" functionality is leaking 4,968,133 bytes (almost 5MB) per hour, and "Phone" functionality is leaking 3,229,137 bytes (over 3MB) per hour.

113.    There are other resources besides memory that are managed by the operating system and can be leaked by applications.  These include file handles, network sockets, thread handles, and event handles.  I have not yet had time to thoroughly investigate leaks of these other resource types, but my findings to date regarding memory leaks (which span multiple versions) indicate that the Base Software is likely to contain these types resources as well.

---

114.    A resource leak is a preventable defect in source code.

115.    We have identified multiple resource leaks in the Base Software.  There are

resource leaks (many of them memory leaks) in all versions of the Base Software.

116.    

117.

118.    A significant number of changes to ActionScript files in the Wolverine repository refer to fixes for memory leaks.  ActionScript is a garbage-collected language, but on this platform, developers must be careful in their coding practices in order to avoid leaking memory.  The specifics of the garbage collection mechanism inside FlashLite player are unknowable to us, however our analysis in this area continues.[42]

---

[42] We do not have the source code for FlashLite player.

119. 

120.     While I did not have sufficient time to analyze each of the 200 revisions that have the word "leak" in the comment, I performed a "spot check" on many of them, and in each case, the files changes in the revision comported with the check-in remark.  Even though many of the revisions that indicated memory leak fixes preceded the release of v1.08, these revisions nonetheless indicate that the development organization was struggling to keep memory leaks out of the software.[45]   Appendix C of this report is a condensed version of specific Wolverine SVN revision history, illustrating a plethora of resource leak fixes.

---

[43] We do not have a full development repository for Microsoft's development activities, thus I cannot cite similar materials for the Microsoft / Zephyr development period.  Full access to Microsoft's internal source code repository in the source code room would assist my analysis in this and other lines of inquiry.

[44] The date of the initial commit is strange - the tools we were provided say that the date is February 16, 2009, but this doesn't comport with my understanding of the product development timeline (begun in mid-2008) or the rest of the 44,000+ commits.

[45] ███████████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████

121.



122. ███████████████████████████████████████
████████████████████████████████



124.    The Ford document production indicates that even the latest version of Base

Software, v3.5, is still experiencing reboots triggered by sustained low-memory

conditions. ████████████████████████████████████

██████████████████████████████  ████████████████ . [48]

125.    As mentioned in an earlier part of this report,  full access to Microsoft's internal

source code repository[49] in the source code room would assist my analysis in this area.

**Analysis: Reasonable approaches to resource management and memory leak**

**detection were available to Ford at the time the Base Software was developed.**

126.    A resource leak is a preventable defect in source code.  Software developers have

known for decades that resource leaks are prevented by remaining vigilant and

adopting a philosophy of, "Always release (put back) things when you're done with

them."

---

[48] ████████████████████████████████████████

[49] By this, I am referring to the source code repository used internally by Microsoft throughout the
duration of the Zephyr development process.  This repository would give us great insight into daily
changes in the Base Software's source code, along with specific file changes and the rationale for the
change.  Our understanding from diagnostic guides produced inside the source code room (WLN5-
000016) is that Microsoft used an internal version control system named "Source Depot" for at least some
of the Zephyr development cycle.  Our understanding is that Ford itself did not have access to this
repository, instead receiving only periodic "bulk file transfers" that Ford engineer Michael Westra would
commit to Ford's SVN Zephyr repository.

127.    The idiomatic way to manage dynamically-allocated resources in the C++ programming language is so widely-accepted and commonly practiced, it has its own acronym: RAII, which stands for "Resource Acquisition Is Initialization".  With this approach, resource ownership is tied to object lifetime.  Specifically, resources are acquired when an object's constructor is executed, and resources are freed when an object's destructor is executed.  RAII is powerful because it relies on the guaranteed execution of object constructors and destructors without requiring any vigilance on the part of the programmer.

128.    In the C++ programming language, automatic objects are destroyed when a function is exited, regardless of how or where the function is exited, including exceptions.  Resource leaks where the resource allocation is limited to the lifetime of the enclosing function can be prevented by employing RAII.  Specifically, an automatic object is constructed within the function, and the dynamic resource (e.g. a file handle, a RAM buffer) is acquired in the object's constructor.  The object's destructor frees the resource upon exiting the function.

129.    A more generalized version of the RAII idiom can be used to manage resources that live beyond a single function.  For example, a thread object might need to dynamically allocate and use a RAM buffer for its entire lifetime.  In this case, RAII could be employed by the thread class to ensure the RAM buffer isn't leaked when the thread is destroyed.  The thread class would use a member object whose constructor allocates the RAM buffer, and whose destructor de-allocates the RAM buffer.  This way, regardless of how, when or why the thread terminates, all of its member objects will be destroyed, and the RAM buffer will always be freed when the thread terminates.

130.    Static analysis tools such as PC-Lint can also detect some forms of resource leaks. Using PC-Lint as an example, the tool emits warnings for several different scenarios in which a resource is either provably leaked, or potentially leaked.  Some of the resource leaks identified in our analysis were discovered through the use of PC-Lint.

131.    Rigorous code inspections can also identify resource leaks.  Large, complex code bases can contain resource leaks that may not be caught during testing.  This technique of reviewing code with an eye on resource leaks was known during development.  For example, Bates document WLN2-00259454 is an email thread discussing memory leaks and code reviews (Subject: "RE: Sync List Data Source Memory Leak Update - code review").  Karthik Tenneti (WLN2-00259457) provides a code snippet with the review comment, "Yes maybe some code like the one below would ensure all sync button instances are cleaned:"

**Analysis: Reasonable alternative coding styles were available to Ford at the time the Base Software was developed.**

132.    It is my opinion that Ford should have adopted and enforced a bug-reducing coding standard and that, because it did not do so, the Base Software is likely to contain more bugs than the ECM software of other automotive manufacturers and suppliers who adopted, e.g., the MISRA-C [MISRA-04] and/or MISRA-C++ [MISRA-08] coding guidelines.

133.    Ford as a corporation was aware of the MISRA coding guidelines, and required them to be used in particular parts of vehicle software.  Per WLN2-02105317, Requirement #0058 reads: "A) If C language is used, then the Motor Industry Software Reliability Association's (MISRA) Guidelines For Use of the C Language in Vehicle Based Software (October 2004 or later) must be followed."  For the justification of this requirement, the document reads: "JUSTIFICATION: MISRA is the primary standard in the automotive industry.  It promotes many best practices."  Similar language is found in WLN2-0210749.  Lastly, at WLN1-3098828 (page 2 of a Ford document titled "Software Risk Assessment Checklist") Item 10. reads, "Describe how your software development process incorporates the MISRA C Guidelines metrics."[50]

134.    In WLN2-00181425, Isidro Garcia says about MISRA-C 2004: "Since the new [v2004] standard is more defined, we expect all the rules to be meet.[sic]".  And then a bit later in the paragraph, "our other Gen2 suppliers who write Ford specific code on the CCPU/WMfA (i.e., Nuance & TeleNav) have agreed and have had no issue running a MISRA based tool and fix most issues flagged.  So I would not recommend we let them [suppliers] deviate again."

135.    WLN2-00552618 is an email exchange between Michael Westra, the Sync Gen2 Core Team's Connectivity and Security Technical Expert, and Sean Hunt from BSquare.  In his email, Mr. Westra says, "… most every ECU needs to comply with MISRA.  In our case the VMCU code needs to be compliant and was one of the many reasons why the VMCU was needed.  We didn't expect the MS [Microsoft] code to meet the restricted coding practices :-) ."

─────────────────────

[50] It's not clear which, if any, of these documents from Ford's production are applicable to Gen2 development.  At a minimum, however, they demonstrate an awareness within Ford of the MISRA coding guidelines, as well as an appreciation for their value.

136.     Furthermore, I have read the Base Software source code and find it to be overly complex and poorly structured.  By "overly complex" I mean that the source code is cluttered.  This clutter complicates reading the code and makes code maintenance considerably more difficult than it ought to be.  As stated in the TRB report:

> "*code structures can differ substantially in their ability to be inspected and verified as safe.  For example, code that minimizes variable scope, the occurrence of cross-coupling, and intertask dependencies is more amenable to inspection and to obtaining assurance that implementation errors will be detected during execution.*"

([TRB], p. 86)

137.     By "poorly structured" I mean that the architecture of the Base Software, including the way the workload is partitioned into threads, processes, and ISRs--and, especially, their relative priorities--is ad hoc.  Thus the risk of CPU starvation and race conditions in the Base Software is tremendous.[51]

138.     Furthermore, there are many functions in the Base Software source code that are likely to embody high levels of cyclomatic complexity, which in turn are likely to hide bugs.  These overly-complicated functions are so complex that they are likely "untestable" under the scheme of McCabe Cyclomatic Complexity, in particular.  My initial complexity analysis using M Squared's tool Resource Standard Metrics showed that several functions in the MFT Software, v3.6, scored a complexity rating of over 50.  My analysis of the complexity of functions in earlier versions of the Base Software is ongoing.

---

[51] A race condition is a particular type of software bug in which a shared resource, such as a global variable or hardware peripheral, is corrupted when two or more threads (or threads and ISRs) both try to access it at about the same time.  Race conditions are particularly difficult types of bug to find, because everything works fine most of the time.

**Analysis: The defects described in this report appear to represent "the tip of the iceberg," i.e., there are likely to be many more defects in the Base Software that my analysis has not yet uncovered.**

139.    The bench setup which I was provided prevents me from performing certain types of additional analysis.  Even then, in the realm of finding bugs, the test bench is no substitute for many other types of testing available to Ford's engineers but not me.  Aside from the obvious differences (e.g., not being able to drive a test bench around the crowded streets of a city to discover certain types of defects in navigation), there are other types of problems that I (and Ford developers) would not be as likely to encounter on a bench.[52]

---

[52] For example, see WLN2-01654033, where Ford employee Michael Westra remarks that the MFT System's performance on the bench is significantly better than in a vehicle, at least partly because "VnModSim doesn't load the [CAN] bus like a car does."  This would have also prevented Base Software developers from noticing certain performance-related problems during their daily development activities on a bench.  Jeffrey Ostrowski (WLN2-1654041) seems to agree with this bench-vs.-vehicle difference: "… HMI performance was notably 'slow' and furthermore was definitely slower when compared to testing I've done on a bench."

140.    Certain types of defects, such as deadlocks, race conditions, thread starvations, and memory corruptions are often difficult (or almost impossible) to detect during testing – because they don't always occur when you are looking.  If the code is not designed and implemented to avoid these classes of defects, they may remain in the code, undetected, for a long time, even while their impact is noticeable.  Many difficult-to-reproduce problems often have their roots in such defects.  Even a slight difference in environment or operating conditions or behavior can explain why, for example, a customer sees repeated incidences of a malfunction, while an engineer on a bench cannot reproduce the problem.[53]

141.    These same types of defects are difficult to identify from source code inspection, as they are system-level in scope, and they are triggered when a specific set of circumstances align in a manner that exhibits the defect.  Inspecting one module at a time, or even an entire subsystem or component, may not be sufficient to identify such defects, as these defects often depend on the run-time interaction between multiple components.

142.    All of the defect categories mentioned in above can reduce stability.  A customer will not necessarily identify a problem as being traceable to a race condition or a thread starvation – the observed and reported symptoms will describe behaviors reflecting stability issues, such as slow performance, crashes / reboots, and data corruption.

---

[53] For the most difficult bugs, the ability to reproduce the bug in a reliable manner is often the most important step towards identifying the root cause and fixing it.

143.     Navigation and Voice Control are a particular area of concern for me.  Both of these components provide functionality that is likely to require a large, complex source code base.  Furthermore, both of these areas are called out specifically by multiple plaintiffs.

- Examples of Navigation problems mentioned by plaintiffs:
  - "it [the MFT's Navigation system] would often freeze on the last spot I was and take a long time to show where I was" [Whalen 78:24]
  - "… Freezing up during the navigation process specially where I was someplace where I didn't know exactly where I was supposed to go and the system deciding to do a 24 scheduled maintenance in the middle of it" [Miller 12:21][54]
  - "[during navigation] the screen is staying static and it's showing that I'm somewhere other than where I'm actually at at the moment." [Miskell 154:8]

- Examples of Voice Control problems mentioned by plaintiffs:
  - "… if I tried to use a voice command, it would – it would take several times, if at all, for the system to recognize the commands that I was giving" [Miller 12:12]
  - "Voice commands do not work." [Sheerin 9:7]
  - "I have up on the navigation system and trying to use the voice aspects to control it because for whatever reason, it does not – it's not functional.  It just doesn't work." [D'Aguanno 251:13]

---

[54] The "24 scheduled maintenance" almost certainly refers to the "Performing scheduled system maintenance" screen that is shown when the system crashes and reboots.

144.     The Nuance Voice Control Application Release Notes[55] indicate that a sizeable number of bugs were fixed in various releases.  Furthermore, some of these bugs indicate that at a minimum, they would result in stability problems and/or loss of functionality within the Voice Control Application, if not the entire system.

---

[55] ██████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████

145. █████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████



Confidential　　　　　Page 13　　　　　June 22nd, 2012
29125-002-402

███████████████████████████████

---

[56] Page 23 of the Nuance release note reads, "See our [issue] tracker where Ford has access to https://psticket.nuance.com/query.cgi?format=advanced

[57] ████████████████████████████████

146. 

147.    We were not furnished the source code for either the Voice Control Application or the Navigation Base Software components.  Furthermore, we were not able to test Voice Control or Navigation on the bench.  Both of these limitations hindered not only our ability to analyze them for feature defects, but also our ability to analyze and assess what, if any, de-stabilizing effect they could have on other parts of the system.

148.    There are indications that Ford was aware of thread starvation in the Base Software, and took measures in later versions to address this.  One user-visible indication of thread starvation would be slow HMI response.  If the thread responsible for playing Flash frames does not run regularly and frequently, the user-visible effect will be an HMI that is choppy, slow, jittery and/or unresponsive.

149.    ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████"[58]

---

[58] WLN2-00199086

150. ████████████████████████████████████████████

████████████████████████████████████

████████████████████████ ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████

---

[59] We are not including v3.6 as part of the Base Software.

[60] ████████████████████████████████████████████

151.    ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

152.    In an email dated January 21, 2010[61], Don Ferencz of BSquare says, "I think the problem we face is that in the current build, we have <u>at best 27% CPU available for all tasks</u> - phone, playing streaming media, Nav map rendering, etc.  I believe this is way too little. [] device logs… indicate that middleware threads (EVM, VNI) cannot keep up when the user is performing functional tasks such as phone pairing, playing media, etc. It doesn't take much to push the system into an unstable state -- once we start losing EVM events, CAN signals, or window messages, the system hass "past[sic] the point of no return"."

---

[61] WLN2-00319496

153.    Beyond the issue of pushing the system into an unstable state, there are safety concerns here too. ███████████████████████

████████████████████████████████████

███████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████

██████████████████████████████████

████████████████████████████████████

███████████████████████████████████

█████████████████████████

## Documents Cited and Considered

154.    In my research, I have considered the production documents specifically cited herein by Exhibit and/or Bates number.  In addition, I have reviewed the source code produced to date and used standard computer tools to examine this source code.  There are a tremendous number of documents in this litigation.  For the convenience of the Court, I have prepared Appendix B, which specifically lists documents I have been given access to.  I have had full access to the electronic database that contains documents produced by Ford and third parties in this litigation, and I have performed searches within that database, but do not have a list of every document I have seen as a result of those searches.  I am not aware of the existence of any document I have not been allowed to see.

155.    I also referred to or had at hand each of the following public documents and depositions listed below while drafting this report.

**Public Documents**

| | |
|---|---|
| [Ganssle] | Ganssle, Jack and Michael Barr. <u>Embedded Systems Dictionary</u>. CMP Books, 2003. |
| [Koopman] | Koopman, Phil. <u>Better Embedded System Software</u>. Drumnadrochit Press, 2010. |
| [Lantrip] | Lantrip, Dale and Larry Bruner.  "General Purpose Watchdog Timer Component for a Multitasking System", *Embedded Systems Programming*, April 1997. |
| [Murphy] | Murphy, Niall.  "Watchdog Timers", *Embedded Systems Programming*, November 2000. |
| [MISRA-98] | Motor Industry Software Reliability Association. <u>Guidelines for the Use of the C Programming Language in Vehicle Based Software</u>. April 1998. Available for purchase online at http://misra.org.uk. |

[MISRA-04]    Motor Industry Software Reliability Association. <u>Guidelines for the Use of the C Programming Language in Critical Systems</u>. October 2004. Available for purchase online at http://misra.org.uk.

[MISRA-08]    Motor Industry Software Reliability Association. <u>Guidelines for the use of the C++ language in critical systems</u>. June 2008. Available for purchase online at http://misra.org.uk.

[Santic]      Santic, John S. "Watchdog Timer Techniques", *Embedded Systems Programming*, April 1995.

[TAC]         Third Amended Class Action Complaint, In re: MyFord Touch Consumer Litigation, Case No. 13-cv-3072-EMC.

[TRB]         Transportation Research Board. "Special Report 308: The Safety Promise and Challenge of Automotive Electronics, Insights from Unintended Acceleration." National Academy of Sciences, 2012.

## Depositions of Ford 30(b)(6)Witnesses

[Frischmuth]     Deposition of Ford 30(b)(6) witness Florian Frischmuth, 16 Sep 2015

[Ostrowski]      Deposition of Ford 30(b)(6) witness Jeffrey Ostrowski, November 17, 2015 (rough transcript)

[Westra]         Deposition of Ford 30(b)(6) witness Michael Westra, 14 Oct 2015

## Depositions of Plaintiff Witnesses

[Connell]        Deposition of Jason Connell (Witness) and Exhibits, March 11, 2015

[D'Aguanno]      Deposition of Joseph D'Aguanno (Witness) and Exhibits, May 27, 2015

[Ervin]          Deposition of Michael Ervin (Witness) and Exhibits, May 15, 2015

[Fink]           Deposition of Daniel Fink (Witness) and Exhibits, March 13, 2015

[Kirchoff]       Deposition of Leif Kirchoff (Witness) and Exhibits, August 6, 2015

[Knox]           Deposition of Chris Knox (CDD) (Witness) and Exhibits, November 11, 2014

[Matlin]         Deposition of Joshua Matlin (Witness) and Exhibits, May 2, 2015

[Miller-Jones]   Deposition of Henry Miller-Jones (Witness) and Exhibits, November 7, 2014

[Miller]         Deposition of Jeffrey Miller (Witness) and Exhibits, January 17, 2015

[Miskell]        Deposition of Jerome Miskell (Witness) and Exhibits, July 22, 2015

[Mitchell]       Deposition of Tom Mitchell (Witness) and Exhibits, May 28, 2015

[Purcell]        Deposition of Nuala Purcell (Witness) and Exhibits, January 16, 2015

[Rizzo]          Deposition of Russell Rizzo (Witness) and Exhibits, November 15, 2014

[Rodriguez]      Deposition of Randy Rodriguez (Witness) and Exhibits, April 9, 2015

[Rosser]          Deposition of Grif Rosser (Witness) and Exhibits, November 13, 2014

[Sheerin]         Deposition of Laurence Sheerin (Witness) and Exhibits, May 13, 2015

[Thomas-Maskrey]  Deposition of Darcy Thomas-Maskrey (Witness) and Exhibits,
                  DATE

[Watson]          Deposition of Richard Decker Watson (Witness) and Exhibits, December
                  18, 2014

[Whalen]          Deposition of Jennifer Whalen (Witness) and Exhibits, December 11,
                  2014

## Signature

Respectfully submitted,

**DANIEL SMITH**                    /DANIEL SMITH/                    **November 24, 2015**
_____                    _____                    _____

Author's Name (Printed)                    Signature                    Date

# Appendix A - CV of Daniel Smith



The Embedded Systems Experts

**Dan Smith**

---

Summary

---

Extensive product development experience across a broad range of architectures, industries and products. Strengths include safety-critical products, deeply embedded low-power devices and real-time systems. Industry experience spans medical devices, telecom/datacomm, defense systems, consumer electronics, and industrial control systems. Consulting roles in product architecture, hardware-software interfacing, and embedded development best practices and processes. Also experienced acting as consulting expert in software forensics and source code intellectual property cases.

---

Work Experience

---

**Barr Group**, Principal Engineer
**Netrino**, Principal Engineer
**Ontera**, Founder, Owner

Helping clients migrate from a "pure C" development environment to using C++ effectively in an embedded environment, resulting in code that is smaller, faster, more type-safe, and more testable.

Firmware audits and assessments; code inspections; development processes evaluation & consulting.

Product re-architecting and re-engineering, focusing on cost reduction, reliability, security and performance.

Turnkey project development from board bring-up diagnostics through full application development. Industries include defense electronics, life-critical medical devices and industrial control / robotics.

Invited Speaker / presenter at: Embedded Systems Conference, Boston and San Jose, 2009 - 2012 (multiple topics Embedded World, Nürnberg, Germany, Februrary 2012 (topic: source code intellectual property); Renesas Developer's Conference (October 2012)

Track Chair – ARM TechCon 2013, Security Track

Instructor: Multiple professional classes, typically 10 - 40 students, lasting 3-5 days at customer site. Topics include Embedded Bootcamp (Basic course and Advanced Course), embedded systems security, event-driven programming, real-time operating systems, ARM Cortex M development, developing re-usable firmware, migrating from C to C++ for embedded systems.

20203 Goshen Rd, #324  ■  Gaithersburg, MD 20879  ■  866-65-EMBED  ■  barrgroup.com

Firmware architecture and development process consulting for next-generation of implantable cardiac devices. Products are life-critical devices running many concurrent pacing and heart-event detection algorithms. Re-architecture accomplishments include performance improvements, increased reliability and safety, enhanced testability & extensibility, code size reduction, and improved battery life.

Architecture & process consulting for carrier class multi-service access and aggregation platform. Accomplishments included re-factoring of highly-coupled, inflexible code for better scalability and testability; significant reduction in redundant functionality; improved development processes.

Firmware development & process consulting for world's largest manufacturer of commercial and residential gate and door openers. Focus on improving product safety and reliability, improving firmware re-use across product families, and reducing product development time.

Research for multiple lawsuits in source code intellectual property disputes.

Firmware audits for two medical devices (insulin pump and glucose meter) undergoing FDA trials

Firmware architecture and C++ framework development for 6-axis industrial CNC machine. Emphasis on proper use of C++ in a real-time embedded environment for smaller, safer and faster code.

Zigbee-based geolocation & fingerprint-keyed identity verification system for government subcontractor; system was trialed by Transportation Safety Administration & Dept. of Homeland Security for airport security.

**Barr Group Client List**

- Roche
- Texas Instruments
- Renesas
- GoGoRo
- MTD

**Netrino Client List**

- Abeo
- Digital Technologies Laboratories (DTL)
- Chamberlain
- Medtronic
- Bayer
- Mocana
- Mentor Graphics

**Ontera Client List**

- Quantum Leaps
- Infinia
- Manitowoc
- Polar Electro
- Giesecke & Devrient
- UBM
- Convotherm
- Trust Automation
- Motorola

Page 2 of 6

- Elsevier
- Frymaster
- Motor Excellence
- Verisign
- Cubic Defense Systems
- Starkey Laboratories
- Robert Bosch Household Appliances
- Sandia National Laboratories
- Jabil Circuit

**Tesla Electronics,** Director of Engineering, 2003 – 2008

Responsible for systems engineering/architecture and product development. Product line included portable automotive performance meters and data acquisition systems. OEM products included sensor modules, custom firmware and signal processing algorithms.                    Duties included system s design/architecture; firmware & hardware development; project management; hiring, training and mentoring; process creation, documentation, and improvement; product roadmap; and manufacturing support. Often performed rapid prototyping / "proof of concept" hardware / firmware development for new products.

Brought 7 products to market, from concept to production. Deeply involved in all aspects of development, including product specification; product requirements documentation; user interface design; product architecture; hardware/firmware partitioning; hardware & firmware development; production assistance; and technical support.

Developed several internal products & software tools to assist with testing and production

Reduced Bill Of Materials by more than 50% on legacy products through re-design

Improved manufacturing yield from 96% to 99.8% through a combination of hardware design changes, production documentation, and factory test & rework procedures

Reduced product return rate from 13% to 2% by improving product reliability, usability and utility

Decreased product development cycle by increasing re-use, improving & automating testing, improving documentation, curtailing "feature creep" and creating product-specific "wikis" to increase communication and knowledge transfer between teams

Reduced customer support effort by almost 70 percent through improved product usability, creation of online support & forums, improved end-user documentation, and improved reliability

Identified opportunities for licensing in-house-developed technologies to other firms

Increased sales & expanded international markets by moving from text-based user interface to icon-based user interface, reducing amount of text on product display, and creating language "plugins" for products

Co-created technologies that resulted in 2 patents and several OEM modules and licensing agreements Responsibilities included authoring user manuals and application notes, vendor / supplier / subcontractor management, OEM interfacing, license negotiation, and patent applications.

Tesla Electronics Client List

- N/A (not a consulting firm)

**Embedded Concepts and Solutions, Inc.,** CTO, 1996 - 2003

Co-founded embedded design firm in 1996; by 2000 firm had grown to a staff of 10 full-time engineers. Firm provided embedded-development services, including systems architecture and specification; product requirements specification; system design and implementation; hardware/software partitioning; platform porting and migration (real-time operating systems, protocol stacks, processor families, and development toolsets); turnkey product development; project management; and full product documentation. Firm delivered 28 completed projects from 1996-2003.

**Embedded Concepts and Solutions Client List**
- Lucent
- Case Corporation
- 3Com
- Motorola
- ARM
- Tellabs
- Broadcom
- Pixelworks
- General Electric
- International Harvester
- EEMBC
- Nokia
- White Rock Networks

**Motorola Cellular Infrastructure Division,** Lead Engineer, 1995 - 1997

Lead Engineer with Platform Development Group consisting of 24 engineers. Responsible for providing high- availability real-time firmware platform for distributed central base-site controller (CBSC) subsystem. Major responsibilities included system initialization; fault-tolerance and stability improvements; real-time executive enhancements; call-processing state-machine development; and distributed inter-subsystem message routing. Mentored staff and responsible for new hires and summer interns. Represented transcoder group in inter- departmental technical meetings and architecture discussions.

Technical lead for team that replaced proprietary fiber-optic communications protocol with ethernet & TCP/IP. Steered technical direction of project; qualified and selected protocol stack vendor; authored feature specification, feature requirements and high-level design documents; managed firmware staff; drove all design activities; worked with technical leads in other subsystems to ensure a smooth integration and transition.

**Motorola Cellular Subscriber (Handset) Division,** Senior Engineer, 1992 - 1995

Development engineer for PDC digital mobile handset. Co-developed custom real-time kernel (C and 68K assembly), developed device drivers and platform diagnostics. Worked with logic/ASIC group on microprocessor / ASIC partitioning and interface. Implemented portions of Layer 1 (DSP hostport communications, channel selection, synchronization and acquisition, segmentation and re-assembly, and power-saving intermittent receive capability). Developed portions of Layer 2 LAP/D state machine, and most of Layer 3 call-processing and base-station handoff functionality. Frequent travel to Japan for customer visits and compliance testing.

Page 4 of 6

**Tellabs,** Firmware Engineer, 1990 - 1992

Development engineer for Tellabs 532 and TITAN 5500 3/1/0 digital cross-connect platforms. Used object-oriented methodologies to implement digital data services, database management, fault management, and inter-board communications. Created board-level and backplane diagnostics. Development in 'C', 'C++' and 68K assembly.

| Expert Witness Engagements |
| --- |

**Consulting**

Consulting expert in cases regarding embedded systems forensics and source code intellectual property, including:

- **van Alfen, et. al.** v. Toyota Motor Sales (product liability) and Toyota Motor Corp.; sudden unintended acceleration
- Black v. **Pacealla**: medical hardware/software that configured dosing of radioactive seeds for cancer treatment
- **Motorola** v. Lemko;  patent infringement; copyright infringement (network infrastructure equipment)
- **Motorola** v. Huawei; trade secrets, copyright infringement (network infrastructure equipment)
- **Adaptix** v. Ericsson et. al.; patent infringement (ITC)
- **Adaptix v. Apple, HTC, et al; patent infringement**
- **Rembrandt Wireless Technologies v. Samsung et al (patent infringement)**

| Patents |
| --- |

U.S. Patent 6,973,377 - Automotive Performance Meter

U.S. Patent 7,013,207- Automotive Performance Meter

| Degrees |
| --- |

**Engineering**

BSEE.  Princeton University, 1990

| Publications |
| --- |

Embedded Systems Security (EE Times online class / webinar)

Embedded Systems Performance & Optimization (EE Times online class / webinar)

Top 10 Bug-Killing Coding Standard Rules (Barr Group online webinar, June 2014)

Embedded Systems Conference, 2009-2012 (multiple presentations & classes)

Page 5 of 6

Embedded World, Nürnberg, Germany, Februrary 2012 - "Source Code, Intellectual Property and You"

Barr Group Embedded Security Bootcamp, course content and exercise manual

# Appendix B

The following is a list of materials considered in forming my opinions:

- All documents and exhibits as cited in my report

- First Amended Complaint, Second Amended Complaint, Third Amended Complaint, and all other relevant pleadings and orders in this litigation

- Plaintiff Depositions

    o    Henry Miller-Jones, November 7, 2014
    o    Center for Defensive Driving, November 11, 2014
    o    Russ Rizzo, November 15, 2014
    o    William Creed, November 19, 2014
    o    Jennifer Whalen, December 11, 2014
    o    Richard Decker Watson, December 18, 2014
    o    Nuala Purcell, January 16, 2015
    o    Jeffrey Miller , January 17, 2015
    o    Darcy Thomas-Maskrey, February 20, 2014
    o    Jason Connell, March 11, 2015
    o    Daniel Fink, March 13, 2015
    o    Jose Randy Rodriguez, April 9, 2015
    o    Joshua Matlin, May 2, 2015
    o    James Laurence Sheerin, May 13, 2015
    o    Michael Ervin, May 15, 2015
    o    Joe D'Aguanno, May 27, 2015
    o    Thomas Mitchell, May 28, 2015
    o    Jerome Miskell, July 22, 2015
    o    Leif Kirchoff, August 6, 2015

- Ford Motor Company Depositions

    o    Michelle Moody, August 19, 2015
    o    Ken Williams, September 4, 2015
    o    John Schneider, September 15, 2015
    o    Florian Frischmuth, September 16, 2015
    o    Chris Eikey, September 17, 2015
    o    Jeremiah Bragg, October 13, 2015
    o    Michael R. Westra, October 14, 2015

- o   Gary Jablonski, October 15, 2015
- o   Parrish Hanna, October 26, 2015
- o   Jeffrey Ostrowski (rough), November 17, 2015

- •   Plaintiff Responses and Objections to Defendant's First Set Of Interrogatories

    - o   Henry Miller-Jones
    - o   Center for Defensive Driving
    - o   Russ Rizzo
    - o   William Creed
    - o   Jennifer Whalen
    - o   Richard Decker Watson
    - o   Nuala Purcell
    - o   Jeffrey Miller
    - o   Darcy Thomas-Maskrey
    - o   Jason Connell
    - o   Daniel Fink
    - o   Jose Randy Rodriguez
    - o   Joshua Matlin
    - o   James Laurence Sheerin
    - o   Michael Ervin
    - o   Joe D'Aguanno
    - o   Thomas Mitchell
    - o   Jerome Miskell
    - o   Leif Kirchoff

- •   Plaintiff production documents

- •   Ford Motor Company production documents

- •   Production documents from the following third parties subpoenaed in this litigation: Microsoft Corporation, Elektrobit Automotive Americas Inc., BSquare Corporation, Vector CanTech Inc., Blackberry Corporation

- •   Source code repository production (Wolverine and Zephyr SVN repositories)

- •   Source code materials from Ford Motor Company, Microsoft Corporation, BSquare Corporation, Elektrobit Automotive Americas Inc., Vector CanTech Inc.

- Software bug tracking databases from Microsoft Corporation, BSquare Corporation, Elektrobit Automotive Americas Inc.,

- Bench Apparatus, including VnModSim/CANOpener PC tool, as provided by Ford Motor Company

- In-vehicle testing performed by myself and others within Barr Group

# Appendix C

This appendix represents a subset of the revisions to the Wolverine SVN repository; many of these revisions have check-in remarks that indicate at least one reason for the revision is a memory leak fix.

The appendix content was created by using TortoiseSVN's "Show Log" functionality on the root of the produced Wolverine SVN repository.  The log messages were filtered such that only revisions matching the word "leak" remained.  The output below is the result.