# EXHIBIT 10

REDACTED
PURSUANT TO COURT ORDER
(ECF NO. 400)

**Sur-rebuttal Report of Daniel Smith**

**in Support of Plaintiff's Motion for Class Certification**

April 29, 2016

in re:

**MyFord Touch Consumer Litigation**

Case No. 13-cv-3072-EMC

Highly Confidential – Subject to Protective Order

*U.S. District Court – Northern District of California – San Francisco Division*

# Table of Contents

**Introduction** ................................................................................................................ **4**

**Surrebuttal** ................................................................................................. **5**

**Opinion: The design of the MFT System is substantively similar across the six specific versions of the Base Software that I have analyzed.** ................................................5

**Opinion:  There is ample evidence that the MFT software architecture was poorly structured and developed "ad hoc", and that it was consistently so from version 1.08 through 3.5 of the Base Software.** ................................................................................ 10

**Opinion: The unreliability of GPS coordinates is a common defect across versions 1.08, 2.03, 2.11, 3.0, 3.2, and 3.5** ............................................................................................ 26

**Opinion: The defects in the Base Software's "watchdog" design are consistent across versions 1.08, 2.03, 2.11, 3.0, 3.2, and 3.5** ................................................................... 27

**Opinion: The defects in the climate-control buttons are consistent across the versions of the Base Software that I have analyzed.** ........................................................................ 33

**Opinion: The defects in the rear view camera that I previously identified are consistent across the versions of the Base Software that I reviewed.** ............................................. 37

**Opinion: The resource leaks are consistent across the versions of the Base Software I analyzed.** ........................................................................................................................ 50

**Opinion: The MISRA C and C++ Coding standards should have been used for development of the CCPU software, and would have prevented defects from escaping into production releases** ....................................................................................................................... 54

**Opinion: All versions of the Base Software I have analyzed are consistently complex, and Dr. Kelly's rebuttal of that point is based on a flawed and  incomplete analysis.** .................. 62

**Opinion: Dr. Kelly has not effectively rebutted my opinion that the MFT System is safety-critical.** ....................................................................................................................... 73

**Opinion: The fact that essentially all complex software systems likely have some bugs does not mean that any of my opinions are invalid** ....................................................................... 76

**Opinion:  Variations in how consumers experienced or reported problems with the MFT System does not indicate that the Base Software differed for any person.** ............................. 76

**Opinion: The evidence indicates Ford, BSquare, and Microsoft did not follow the routine practices of software development companies.** .................................................................. 78

**Documents Cited and Considered** ................................................................................................ **92**

**Signature** ................................................................................................................................ **93**

## Introduction

1.      I am submitting this report on behalf of the Plaintiffs in the above-captioned action.  I have been retained as a technical expert to study and provide my opinions regarding the design of the software and related electronics and components in vehicles equipped with MyFord Touch.  My opinions, as well as the evidence I rely upon to support them, are set forth in detail in this Surrebuttal Report of the Rebuttal "Expert Report of Dr. John P.J. Kelly, Ph.D." dated March 15, 2016 ([Kelly]) as well as in my "Expert Report of Daniel Smith" dated November 24, 2015 ([Smith]).  The contents of any and all appendices and exhibits identified herein are incorporated, in their entirety, by such reference. To the extent I have relied on documents or materials I had not previously relied on, they are cited in this report.

2.      In preparing this report, I have employed methods and analyses of a type reasonably relied upon by experts in my field in forming opinions or inferences on the subject.  The opinions expressed are based upon a reasonable degree of engineering certainty.

3.      Between now and such time that I may be asked to testify before the Court, I expect to continue my review, evaluation, and analysis of information generated during discovery, as well as of relevant evidence presented before and/or at trial.  I also expect to review the reports submitted by Ford's experts.  I reserve the right to amend or supplement this report, as necessary (and as acceptable to the Court).  I also reserve the right to develop materials and exhibits as appropriate for use in helping to demonstrate and explain my opinions in the event that I am asked to testify at trial.

## Surrebuttal

**Opinion: The design of the MFT System is substantively similar across the six specific versions of the Base Software that I have analyzed.**

4.      Dr. Kelly has stated his opinion that the six versions of the Base Software are, in his words, "not common."  ([Kelly] at ¶4.a.)  It is unclear what precisely he means by "common."  ([Kelly deposition] at 24:21-28:23.)   However, what he appears to mean is there were some changes between versions of the software that he believes were "significant," namely resolutions of some bugs, changes in the number of source code files, and changes in the number of lines of code.  ([Kelly] at and ¶4.b; [Kelly deposition] at 24:21-28:23.)

5.      I have reviewed the basis for Dr. Kelly's opinions in this matter, and it is my opinion that Dr. Kelly's conclusions are based on a superficial and incorrect analysis.  It remains my opinion that versions 1.08, 2.03, 2.11, 3.0, 3.2, and 3.5 are substantially similar.  My rebuttal of Dr. Kelly's opinions on this matter are set forth below.

6.      As an initial matter, I note that none of my conclusions about the substantial similarity across versions of the Base Software would be affected by analysis of intermediate versions of the Base Software, as Dr. Kelly apparently claims.  ([Kelly] at ¶18.)  The versions I have not reviewed are primarily intermediate versions of the Base Software created by BSquare, and I have analyzed versions both before and after the versions Dr. Kelly claims I ignored.  The consistency of the problems I have noted and discuss again below, and especially the problems of complexity and software architecture, exist in all versions, and there is no evidence to suggest those problems were removed in these intermediate versions and then reintroduced into later versions of the Base Software.  And Dr. Kelly has done no analysis that demonstrates otherwise.  ([Kelly deposition] at 158:14-159:15.)

7.      With regard to differences in source files, Dr. Kelly [Table 6, Table 7] lists figures for the number of source files for each release that I analyzed for my report.  Dr. Kelly does not explain his methodology for counting the number of source files[1].  Furthermore, both tables list a tally "Total number of lines" for each release, but there is no explanation as to whether blank lines, empty lines, and/or comment lines are included in this figure[2] [3].

8.      Notably, Dr. Kelly's statistics in [Table 6, Table 7] reflect the number of source files and source lines in the "Oak" folder ([Kelly] at ¶159 and ¶161.) [4]

_____

[1] For example, it's not clear if makefiles, build scripts, configuration files, etc. were considered source code or not.

[2] Blank lines, empty lines and comment lines in the source code have no effect on the running code.

[3] Changes to code formatting, such as where line breaks are inserted, will result in a change in the total number of lines of code, without changing any of the system's behavior.

[4] This would be C, C++, C#, Action Script and header files.

9.      The first issue I have with this approach is that there are many source files in the Oak directory which are not built into the MFT Base Software.  In other words, the files are on the filesystem, but they aren't included in the product.  Therefore, their inclusion in Tables 6 and 7 artificially inflates the total number of source code files and the total number of lines.

10.      The second issue I have with Dr. Kelly's statistics in Tables 6 and 7 is that a significant number of source files which are built as part of the MFT Base Software reside outside the "Oak" folder.  These files, and their statistics, would not be counted in Dr. Kelly's statistics. Many of these files, such as the OEM Adaptation Layer (OAL), drivers, etc. are also files that over time experienced the fewest changes as a group.

11.      In Table 8 of his report, Dr. Kelly lists the number of functions he believes to be in each release, without explaining his methodology for counting functions[5]. Additionally, he ignores the fact that functions can be added to or removed from code without changing the functionality or behavior of a system.[6]

---

[5] For example, Dr. Kelly might have counted conditionally-compiled code that is not built into the final released software.

[6] For example, functions which are not called can be removed from a system without affecting the behavior.  Similarly, functions can be added to a system without affecting the behavior (for example, adding new functions which are never called.)

12.     Furthermore, the metrics provided by Dr. Kelly provide no insight into the substance of the changes between releases.  As code is maintained and modified, it is common to make changes to the source code which have no effect whatsoever on the final executable image.  For example, changes in comments and code formatting will affect the total number of lines, but not the final delivered code image.  As another example, functions may be moved to other source files, which can increase or reduce the number of source files, without changing the functionality.   Simply noting the number of source files, which is all Dr. Kelly has done, proves nothing about whether those changes in fact meant anything.

13.     The same is true of Dr. Kelly's reliance on the number of lines of source code in various versions.  Dr. Kelly demonstrated that the number of lines of source code are not identical across versions of the Base Software, but those numbers do not reflect any substantive analysis of the numbers of lines of code.  It is the case, as Dr. Kelly admitted, that changes in the numbers of lines of source code can be due to any number of reasons that do not affect the substance of how that code operates, such as:  addition or deletion of comments, edits for readability rather than substance, removal or addition of "white space" in the code, removal or addition of documentation of tests, basic stylistic edits, or other non-substantive revisions.  ([Kelly deposition] at 161:10-169:19).  Documentation of the number of lines of source code, on its own, establishes nothing about the substance of any differences between the lines of code.

14.     When writing my initial report, and now as I write this rebuttal,  I have been unpersuaded that raw metrics about file counts and line counts are a meaningful indicator about the substance and nature of changes in code.

15.     Dr. Kelly also asserts that the Base Software is not common across the versions of the Base Software at issue because there was resolution of "numerous bugs from version to version." ([Kelly] at ¶4.a).  Again, he does not provide any analysis of what bugs were resolved, or whether there was any significant difference in performance in any version as the result of the resolution of any particular bug.  It is my opinion that whatever bugs Ford may have resolved in versions 1.08, 2.03, 2.11, 3.0, 3.2, and 3.5 were largely superficial because, as I have indicated previously, the Base Software in versions 1.08, 2.03, 2.11, 3.0, 3.2, and 3.5 is consistently and excessively complex, and perhaps most importantly, all those versions of the Base Software exhibit the same, or substantially similar, software architecture.

16.     In this report, I discuss in greater detail both the complexity of these versions of the Base Software in response to Dr. Kelly's criticisms of my analysis (Paragraph 163), as well as the consistent software architecture in response to Dr. Kelly's claim that I have not demonstrated evidence of substantially similar architecture (Paragraph 22).

17.     Dr. Kelly concedes that he has not performed an in-depth of the Base Software architecture: "I have not looked to see -- I haven't done an exhaustive examination of the architectures to see in all what ways they changed." ([KellyDepo], 29:18:20).  Therefore Dr. Kelly's opinions on the architecture's commonality are speculation.

18.     The system and software architecture is consistent across the entire class of MFT-equipped vehicles.  Furthermore, specific details of this architecture are defective across the class.  These architecture-level defects include that the system architecture should have implemented the rear view camera feature entirely in hardware and that the software lacks a robust and efficient means of recovery from many possible malfunctions.

19.      Dr. Kelly also claims that versions 1.08, 2.03, 2.11, 3.0, 3.2, and 3.5 of the Base Software are not "common" because particular software bugs I highlighted were not "common" across all these versions.  ([Kelly] at ¶4.b.)  I address each of those bugs in detail below.  As a general matter, Dr. Kelly's conclusions are based on either incorrect analysis of the code, or rely on differences between versions that are not meaningful.

20.      My analysis of the source code continues and I expect to write another expert report in the merits phase of this litigation.  Based on what I have analyzed to date, I expect that the five common defects already identified are thus samples from a likely larger set of noteworthy defects.

21.      I have considered from the start of my work that certain other bugs were resolved by "Ford and its vendors [] from version to version" ([Kelly] at ¶4.a), as shown in, e.g., the bug databases, as well as that certain other changes or modifications (*id.*) were made to the software.  This does not change my overall conclusion that the Base Software is substantively similar and contains a set of common defects.

**Opinion:  There is ample evidence that the MFT software architecture was poorly structured and developed "ad hoc", and that it was consistently so from version 1.08 through 3.5 of the Base Software.**

22.      In his report, Dr. Kelly attempts to rebut my assertion that the architecture of the Base Software was developed "ad hoc" by stating that I supposedly "provide[] a subjective opinion without any analysis or evidence as to why [I think] the MFT source code is poorly structured or ad hoc.  In fact, evidence  indicates that the MFT source code is not ad hoc." ([Kelly], ¶ 328).   However, the only evidence he cites to is evidence of what policies and procedures the software developers were supposed to follow.  *Id.*  Also  ([KellyDepo], 95:7-96:1)

23.    Dr. Kelly is incorrect about the lack of evidence supporting my opinion about the software architecture was poorly structured and developed ad hoc.  There is extensive documentary evidence that Ford knew the software was poorly structured and developed in ad hoc manner.  Many of these documents even use the precise phrase "ad hoc" to describe the situation (as set forth below).  An examination of these documents, as well as the software itself, makes it clear that software architecture was developed ad hoc and then never substantively changed from 1.08 to 3.5.

24.    In August 2012, as development was being completed on version 3.5, Ford engineer Michael Westra, who I understand oversaw the initial development of the Base Software  architecture, and was also involved in developing later versions of the Base Software, stated as follows:

> *"I fully expect there are parts of the software architecture we'll want to fully tear-up, specifically the application/HMI portion." WLN1-0720927.*

> *"Fundamental architecture best-practices were abandoned in favor of speed to implement basic functionality." WLN1-4205346.*

> *"Sections of the system were developed ad hoc as demanded by late processes and never re-integrated (e.g., climate, media).  Each area was significantly different causing inconsistencies, not reusing components." WLN1-4205346.*

> *"Issue here was really the lack of consistency followed – software/architecture processes, plus an architecture where one bad behavior could lock up the entire system, all stemming back to the way things were developed as ad hoc."  WLN1-4205346.*

*"Development was ad-hoc versus platform mentality. … Features were developed and worked well in isolation, when integrated, performed poorly, incompatible architectures." WLN2-01135988.*

*"Should have defined tools, architecture, conducted POCs first to define and prove the architecture and then ensure consistency and use of best practices through development. … Project managed to deliver one feature at a time on short-sighted few week deadlines and then no time/focus given to going back and creating architecture. This really inhibited code, component, architecture reuse to the effect that logic is implemented (inconsistently) in several places which can cause conflicts." WLN2-01135989.*

*"Current architecture CANNOT support OTA or external module reflash." WLN2-01135989.*

*"No fallback plan and constant backlog throughout life time of product has made fixing fundamental issues impossible (features always trump architectural resolution)…. Time and scope were fixed, so by definition program was managed to quality (with net effect that none of the three could be controlled).")" WLN2-01135990.*

*"We have no ability to trend performance. This means we have no ability to detect performance regressions except manual testing. This limits ability to detect functional regressions as well. … It also means there is a significant learning curve to even run, let alone test, a Gen2 bench. This leads to issues with bug reproduction, fake bugs due to invalid configurations, and the ever present issue that because we decide something is good because it works in a bench, only to discover it doesn't work in a car." WLN2-01135990.*

*"MS triad has not wanted to make significant architectural changes give the timing constraints Ford has put around the project." WLN2-01335991.*

25.     In 2011, Richard Englert, a Ford engineer who had worked for BSquare and was responsible for the HMI architecture in the Base Software, explained that HMI performance "sucks" because of "fundamentally flawed architectural decisions in the current implementation." (WL2-00199052). Mr. Englert listed numerous architectural defects that he believed needed to be made to the Base Software, but which do not appear to have been made up through and including version 3.5 nor in any earlier version.

26.     In 2011, Ford and Microsoft made a joint decision not to re-architect the software because it would take at least 12 to 18 months to fix it. As Microsoft wrote in August 2012 (just weeks before version 3.5 was released):

*Bug Debt: We inherited a bug debt of over 12,000 bugs. Due to Ford's time constraints (the aggressive timelines needed for Gen 2), we jointly decided last year not to re-architect the product Ford and its partners had built (estimated time 12-18 months to complete). … Carrying such a high bug debt means that functionality changes in areas such as phone, navigation or speech can cause system instability and even worse regression.") (WLN1-01318912)*

27.     At least one Ford executive recalls this meeting and coming to this decision with Microsoft. ([Reitz] 130:2-134:17)

28.     In December 2011, an executive involved with the MFT development stated:

*I believe I understand what Bennie is looking for – but what he is asking [for performance indicators on FMT software] is simply not possible in the presence of a product that still has inherent instability in its underlying software architecture.  That very instability makes any standard quality/mathematical prediction (transfer function from internal tests) models totally irrelevant.  WLN1-4326011.*

29.     Also in December 2011, Gary Jablonski stated:

*"Clearly the preamble to this conversation is that our SYNC product is NOT delivering the expected nimbleness for which it was originally planned. Instability of the platform is making even the simplest of changes high risk.  There is a much longer separate discussion that can be had about what fundamental changes we need to make to create a more stable and nimble platform."  WLN1-4132818.*

30.     In August 2012, Gary Jablonski stated, "the Gen2 product is not robust to change – and maintaining quality while executing the change is proving to be difficult." WLN1-0816363.

31.     On October 26, 2012, after completion of version 3.5, Jeff Ostrowski wrote[7]:

*"We have been directed to put EVERYTHING on the list to ensure we have actions*

*to get to zero (0) TGWs.  For items we are identifying as major re-architecture issues,*

*we will note them as such like I note below.  I disagree - we are not supposed to be*

*focused on only the largest TGW offenders.  We are supposed to be focused on ALL*

*TGW offenders and use our creativity, out-of-the-box thinking, engineering skills,*

*and a quality-mindset to identify actions and options to correct them.  If the only way*

*we can correct an issue with quality is to execute a major re-architecture action, we*

*will note those and make sure they're visible on the list for management."  WLN2-*

*00125677.*

32.     I consider all of these documents to be evidence that the development of the Base

Software's architecture was ad hoc and that it resulted in substantial problems in how

the Base Software performed.  I consider these documents evidence that Ford did not

meaningfully alter the Base Software through at least version 3.5.

33.             As I have previously indicated, my review of the Base Software itself has

also confirmed that the software architecture was ad hoc, and that it was not

substantially altered or improved between versions 1.08 and 3.5.

34.     Dr. Kelly admits he never analyzed the software architecture, either to see

whether it was defective, or whether it meaningfully differed between versions.  If he

had, he likely would have seen the following evidence that the Base Software's

architecture was developed in an ad hoc manner and does not meaningfully change

between versions 1.08 and 3.5.

---

[7] TGW is an acronym for Ford's term "Things Gone Wrong"

35.     As an example of how the architecture did not change from version 1.08 through version 3.5, document WLN2-00665208, titled "Sync Architecture - SYNC Generation II", dated February 18, 2011, "describes the current Sync Gen II architecture." The date on this document indicates that its most recent update, to version 0.30, was made after version 2.3 was released, and before version 2.11 was released.

36.     In the revision history section of WLN2-00665208, the "Notes" column indicates the addition of details and descriptions, but nothing about the addition or removal of parts of the architecture.

37.     ██████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████

    ▪ ████████████████████████████████████████████

      ████████████████████████

    ▪ ██████████████████████████████████████

      ████████████████████████████████████████

      ████████████████████████████████████████

      ████████████████████████████████████████

      ██████████████████████████████████

    ▪ ████████████████████████████████████

    ▪ ██████████████████████████████████████

      ██████████

---

- ███████████████████████████████████████████████
  ███████████████████████████████████████
  ██████████████████████████

██ ███████████████████████████████████████████████████
████████████████



███████████████████

39.



---

[9] Referred to elsewhere in WLN2-00665208 as "Vehicle Network Interface"

- ██████████████████████████████████████████████████

  ████████

---

[10] This was in all versions but is not shown in the diagram

40. 



42.     Ford itself states that for a given release, Base Software is "100% common" in all vehicles (WLN2-02645334):

> *"Base Software is 100% common across all vehicle programs (U36X, U502, C346N, C2346E, etc.)".*

The document continues on to list Phone, Entertainment (media player, radio, Sirius, etc.), Navigation and Voice Control as components under this description.

---

[11] I have not yet had time to verify that every plugin shown exists in all versions of the Base Software. My analysis in this area is ongoing.

43.     When thinking of software architecture, the analogy to building architecture works very well.  If we take a tall office building as an example, it's clear that the foundation, the support girders,the number of floors, the elevator shafts, the plumbing, the stairwells, etc. must be planned early on, before the building's interior finishes such as carpet, paint, and office furniture are added.

44.     In other words, some parts of a large project need to be gotten right up-front the first time, otherwise changing them is either extremely painful and costly, or quite literally impossible.  It's not difficult to repaint the walls on the 35th floor, or to change the cubicle layout, or the carpet, but it's difficult (impossible) to move the elevator shafts, the climate control system and ducts, or the stairwells.

45.     So it is with software architecture as well: if the architecture isn't planned out correctly from the outset, trying to move, change or re-arrange major aspects of the system will be incredibly difficult, if not impossible.

46.     One key aspects of architecting firmware is identifying the requirements of the product.  Well-written requirements will specify what the product must do, without constraining or defining how the implementation will meet those requirements. In my experience, undertaking product development without well-defined requirements is the most common cause of a fragile architecture[12].

---

[12] While I have not seen a software requirements specification for Sync Gen 2  in Ford's production, this doesn't necessarily mean that development was undertaken without a full set of software requirements.

47.     Furthermore, software requirements are normally employed when creating test specifications.  Each requirement must be unambiguous and testable, so that it can be used to create or more tests.  In layman's terms, the requirements specify all the things the product must do, and the tests derived from the requirements are used to verify the requirements are met.  It follows that inadequate, incomplete or non-existent software requirements will have a negative influence on the testing, and eventually the quality, of the software.

48.     Another aspect of firmware architecture is managing CPU time -- specifically, ensuring that the software is designed such that the threads, processes, interrupts, services, etc. with real-time requirements can always meet their processing deadlines under the worst-case system load.  One of the most common symptoms of a poorly architected system is a system that is not responsive.  In order to manage CPU time properly, real-time deadlines must be identified and spelled out in the product requirements.  On a system like Sync Gen 2, with its real-time operating system Windows CE, the hierarchy for meeting timing requirements is essentially:

- When possible, assign functionality with real-time deadlines to hardware - perhaps an FPGA, a dedicated peripheral IC or even a specialized microcontroller
- If not hardware, do the real-time processing in interrupt service routines (ISRs)
- If not in ISRs, assign the functionality to a high-priority task that is guaranteed to meet its timing requirements[13]

---

[13] As mentioned in my original report, Rate Monotonic Analysis (RMA) is commonly used to do this, as opposed to an ad-hoc assignment of thread priorities

49. 

50.    Perhaps the most important aspect of firmware architecture, and the one that might be most salient in the case of MFT Base Software, is the firmware's ability to be changed.  Planning for change at the architecture phase will facilitate firmware modifications (say, in the case of a bug fix) to be made without undue difficulty.

51.    I have seen ample evidence in documents that developers had a very difficult time maintaining, modifying and fixing the Base Software:

- WLN2-02112829:

  o  "Wolverine[15] design decisions are keeping the system from further evolution"

  o  "System is fragile due to architectural issues"

  o  "Architecture not extensible [] system not designed for expansion"

  o  "Architecture + Experience is maxing out Gen 2 hardware"

---

[14] This is the software version of, "We didn't use the right tool for the job"

[15] "Wolverine" is the name of the MFT software which was developed by Ford's first development partner, BSquare

- WLN2-02112830:

    o "Current Architecture [] Problem: The system has become resistant to change"

    o "Bug fixing is costly and not improving"

    o "Bug fixing rate is twice MS [Microsoft] average"

    o "Regression Rate is more than double MS average"[16]

- WLN2-02112846:

    o "Conclusion: Solving the limitations of the HMI[17] system requires a solidly architected overall system"

52. ██████████████████████████████████

██████████████████████████████████████████

████████████████



_____

[16] A regression is when a developer makes a change to code which breaks previously-working code; the code "regresses" to a less functional, less stable state

[17] HMI means "Human Machine Interface", i.e. the user interface (touchscreen, buttons, display) of the system that a driver uses to interact with the system

[18] Applying my experience: this means that an inferior / undesireable / fragile construct has been inserted into the code, to make a "quick and dirty" fix in order to meet a deadline.

53.  ███████████████████████████████████████████████

███████████████████████████████



          ██████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████

**Opinion: The unreliability of GPS coordinates is a common defect across versions 1.08, 2.03, 2.11, 3.0, 3.2, and 3.5**

54.     At ([Kelly] at ¶4.b.A) , Dr. Kelly states that "None of the issues identified [in [Smith]] in the three different uses of GPS location data [] are defects common to the proposed classes."  This is incorrect; [Smith] describes errors in calculating GPS location which were identified in every release of the Base Software that I analyzed. Furthermore, the report included complaints pertaining to incorrect vehicle position being reported.

---

55.     The "Where Am I?" feature was defective in all versions of the Base Software that I analyzed, as stated in my original report.  In fact, Dr. Kelly agrees that the defect is a software bug which causes an incorrect vehicle position to be reported ([Kelly deposition] at 177:17-177:21).  Dr. Kelly's primary argument is that Ford's feature is "not very helpful to most consumers" and "will not give the driver a real sense of where he is" ([Kelly] at ¶183).  This proves nothing about whether the bug is consistent across all versions.

56.     In [Kelly, ¶¶177-179], Dr. Kelly states that I haven't pointed to specific source code for a defect in Turn-by-Turn directions.  As stated in [Smith, ¶5, ¶44] I was not provided with the source code to Telenav's navigation software, so I could not analyze it for defects.

57.     Dr. Kelly's statements that the "Where Am I? feature is only an information screen" and "[not] of much utility to a typical driver" ([Kelly] at ¶¶183-184) does not change the undisputed fact that the displayed GPS coordinates are incorrect.  The underlying miscalculation is a bug common across the Base Software.

**Opinion: The defects in the Base Software's "watchdog" design are consistent across versions 1.08, 2.03, 2.11, 3.0, 3.2, and 3.5**

58.     In his report, Dr. Kelly states that "Software for watchdog timers in the MFT system varied significantly across the versions." ([Kelly] at ¶4.b.B)  However, the details of the variations he describes are not actually significant.  Rather, these are the kinds of minor version-to-version implementation details that did not eliminate the common defects in the overall design and architecture of the malfunction recovery subsystem.

59.     In his report, Dr. Kelly seems to co-mingle the notion of a watchdog timer, supervisor software, logging[20], and restarting a process ([Kelly] at ¶198).   Logging does not have any recovery aspect to it; it is simply the process of recording, somewhere in the product's memory, that a malfunction has occurred.

60.     The relevance of Dr. Kelly's discussion of "restarting a process" is unclear. Dr. Kelly provided no evidence that Ford took measures to restart a process, as opposed to rebooting the entire system.  Furthermore, restarting a process could itself fail.  In fact, if the conditions that caused the original problem with the process (e.g. a memory leak or memory corruption) still prevail, this is the likely outcome.

61.     In my report, I provided a definition of a watchdog timer, and I further described the role and the necessity supervisor software ([Smith] at ¶¶31-33).  Essentially, the supervisor software is responsible for monitoring the other parts of the software, and if they are functioning properly, the supervisor software "kicks" the watchdog timer.  If the supervisor software malfunctions, or any monitored part of the software malfunctions, the watchdog timer won't be kicked, and the timer will automatically reset the system at the hardware level in an attempt to recover the system to a safe, operational state.  The key point is that the final backstop in a well-designed malfunction recovery system is the autonomous watchdog timer hardware.

---

[20] In his report, Dr. Kelly uses the term "recording diagnostic information".

62.     It is my opinion that Ford incorrectly uses the term "watchdog" when naming its Desktop Watchdog; merely calling it a "Watchdog" doesn't make it so.  If the Desktop Watchdog thread malfunctions in a manner that it no longer runs, there is no hardware watchdog timer which will detect this.  And if the Desktop Watchdog thread malfunctions, it can no longer monitor the updates to the user interface display.  A user would experience prolonged, or even indefinite, periods with no updates to the display[21].

63.     Dr. Kelly claims that I have "understate[d] the extent of the watchdog functionality in the system." ([Kelly] at ¶199).  This is incorrect.  Dr. Kelly's analysis is incomplete and unscientific, as explained below.   Dr. Kelly also mistakenly believes that the salient details of defects in the MFT's recovery system[22] are not common; this is also incorrect.

64.     Dr. Kelly discusses thread priorities in the context of watchdog timers ([Kelly] at ¶¶203, 205, 208-210).  Dr. Kelly claims that a thread hogging the CPU would cause the watchdog thread to starve, and eventually the watchdog timer would reset the system.

65.     My earlier report identifies a problem with this claim.  Specifically, sustained periods of CPU hogging can go completely unmitigated, even by threads of priority higher than the watchdog thread.  Also, CPU hogging by threads of a lower priority than the watchdog thread will not result in the watchdog thread resetting the system.

---

[21] In my original report, I included my analysis of Ford's "Desktop Watchdog", as it was clear to me from the name alone and its intended purpose that Ford would discuss it.

[22] Basically, the watchdog hardware timer and the supervisor software which runs periodically to service / reset the timer.

66.     A third malfunction type that will go undetected in Ford's software is "task death"[23].  Task death occurs when a thread is no longer scheduled to run by the operating system.  This can be due to software-induced memory corruption, hardware-induced memory corruption, or a bug in the Windows operating system, just to name a few possible causes.  For most threads in the MFT system, thread death will go undetected[24].

67.     A fourth malfunction that can go undetected is that a thread can block forever due to a bug.  For example, if a thread blocks on a event with an "infinite" timeout, and the event is never posted by another thread or interrupt, the thread will never wake up and run again[25].

68.     In my original analysis of the design and architecture of the Desktop Watchdog, I considered changes made by Ford to the implementation between versions.  Dr. Kelly has written of certain such implementation changes but he has not changed my opinion that the Desktop Watchdog design and architecture are defective and that the salient defects are common across the versions of the Base Software I have analyzed

---

[23] In [Smith] I describe that the terms "task" and "thread" are interchangeable in this context.

[24] Exceptions to this include threads which must run properly to perform the VMCU watchdog reset.

[25] ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████



---

[27] An analogy to this would a bank security guard who only informs customers when a robbery is underway ("Hey, we're being robbed!"), instead of taking action to remedy the situation and ensure the safety of those around him.

71.     A third observation that Dr. Kelly makes ([Kelly] at ¶220) is that earlier versions of the Base Software have implementations that will reboot the MFT System only after the driver next turns off and on the ignition whereas later versions will reboot the system sooner.  Again this difference is not salient to my critique of the overall watchdog design and architecture.  While rebooting sooner is an improvement, <u>not</u> rebooting and recovering  under myriad other circumstances is a common defect across all of the Base Software that I have analyzed.

72.     Finally, I also considered the other minor differences in the code for the Desktop Watchdog described by Dr. Kelly ([Kelly] at ¶221-222), which comprise differences in thread priorities and timeout lengths.  Again, these differences are not salient and do not eliminate the defects and substantial similarity in the overall watchdog design and architecture.

73.     

---

[28] I have heard companies I work with describe such "watchdogs" and "toothless watchdogs" or "watchdogs that don't bite"

**Opinion: The defects in the climate-control buttons are consistent across the versions of the Base Software that I have analyzed.**

75.     In his report, Dr. Kelly states that "The software for button handling (including climate buttons) is different for different versions of the MFT software." "([Kelly] at ¶4.b.C)  However, the details of the variations he describes are not significant or relevant, and he is simply incorrect that no analysis supports my opinions about the button defect.

76.     The common defect identified in my original report was that the climate screen exhibits confusing and unexpected behavior when the user drags and subsequently releases his finger from specific climate control buttons. This behavior was identified as existing across a number of climate buttons in all versions of The Base Software. The defect is that the climate button does not trigger the expected action even though an audio tone is sounded and the button's visual state changes.

77.     Though we could not locate a vehicle with any of the 6 versions of Base Software reviewed for this report, the defect was confirmed through in-vehicle testing with vehicles running MFT versions 3.6 and 3.7.  The button handling code for the climate buttons is substantively the same in these releases.

78.     In addition to testing performed in vehicles, the existence of the defect in the MFT climate control buttons was confirmed using the Test Bench. During my analysis, I built and installed all versions of MFT to the Test Bench. Version 1.08 was/is incompatible with the test bench's VMCU firmware so the defect could not be fully tested. Versions 2.03, 2.11, 3.0.2, 3.2.2, and 3.5.1 were all installed and the climate button defects confirmed on the test bench through direct use.

79.     As we could not use the Test Bench to experimentally confirm the defect on MFT

Version 1.08, additional source code analysis was performed. I found that the source

code was implemented consistently with other versions of the Base Software that

exhibit the climate control defect and am confident that given a properly configured

Test Bench or vehicle, it would exhibit the same climate control defects identified in all

other versions.

80.



81.     Across the versions of MFT I reviewed, I found minor changes that only partly

address the defect identified. The solution implemented by Ford (referenced in the

above comment) was only applied to some climate buttons , beginning with version

2.11.

---

[29] \ PUBLIC\WOLVERINE\Oak\Ux\Flash\Common\Script\SyncButton.as

82.     For version 3.8 of the software, I conducted an analysis of the climate control buttons, similar to what I did for versions 1.08 through 3.5, for the purposes of analyzing what changes Ford might have made to correct this problem. Changes were made from version 3.7 to 3.8 to address issues with seat heaters & coolers and with the steering wheel heater. These code changes are similar to fixes implemented in version 2.11 described above. ████████████████████████

████████████████████████████████ ███████████████ ████

83.     ████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

████████████████████████ █████████████ █████████

███████████████████████████████████████

███████████████████████████████████

████████████

█       ███████████████████████ █████████████ █████████████

██████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████



85.

**Opinion: The defects in the rear view camera that I previously identified are consistent across the versions of the Base Software that I reviewed.**

86.     Dr. Kelly states the rearview camera software differed across the MFT software versions ([Kelly] at ¶4.b.D)  I have reviewed the software for the rearview camera across the MFT software versions, and do not find that it differed substantially from version to version.  Furthermore, none of the changes address the fundamental defect I identified in the rearview camera system.[31]

87.     Dr. Kelly appears to misunderstand my primary criticism of the MFT's rearview camera system ([Kelly] at ¶4.b.D).  Ford's design mistake here is that the partitioning of functionality -- specifically that of the rearview camera --was flawed.  This safety-critical functionality should have been implemented in hardware.  This basic design flaw was consistent in every version of the Base Software I analyzed between version 1.08 through 3.5.

88.     ████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████
██████████████████████

───────────────────────────

██ ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

89. 

92.     Dr. Kelly states that  ([Kelly] at ¶267) states that my opinion is that "any commercial system that is thread based where the threads are assigned priority and the scheduler schedules the threads based on their priority is a bad system."  This statement is not only an inaccurate representation of my opinions, but it in fact is directly contradicted by my original report where I discuss Rate Monotonic Analysis ([Smith] at ¶25).

93.     In a system with safety-critical features that have real-time deadlines, my first choice would be to implement those features in hardware if possible.  If/when a hardware choice is not possible, the next best alternative from a timing perspective is to perform the functionality in interrupt service routines.  The third best alternative, again from a real-time deadline perspective, is to perform the functionality in one or more threads whose priorities have been assigned properly[32], so that in the overall system that they run in, they are guaranteed under all conditions, mathematically, to meet their timing requirements, even under worst case conditions.

94.     Dr. Kelly can't "have it both ways"; on the one hand, he acknowledges that "Virtually all commercial software will have bugs that were not identified prior to release.  It is expected that bugs will be continually identified throughout the life of software" ([Kelly] at ¶4.d).[33]  Yet on the other hand, he demands one or more specific defects to be identified that would starve the rearview camera threads of the CPU ([Kelly-¶273]).  Such defects can be very difficult to identify from inspection alone, and in fact even when running prolonged tests on real hardware.

95.     After I filed my original report, I learned from Dr. Kelly's deposition testimony that another employee of Kelly Technologies, Dr. David Cummings, has also worked on this case on behalf of Ford ([Kelly deposition, 14:6-:7]) .  Dr. Cummings wrote an opinion piece for the Los Angeles Times in March 2010[34].

---

[32] This assumes the system is running a priority-based preemptive scheduler, of course, which is what is running on the MFT Base Software.

[33] I agree; in fact, my original report identified a GPS location bug that was present in the initial software release (1.08) and persisted at least through version 3.5.

[34] "Haven't found that software glitch, Toyota? Keep trying" (http://articles.latimes.com/2010/mar/11/opinion/la-oew-cummings12-2010mar12)

96.     The upshot of Dr. Cummings piece is that just because a defect hasn't been caught in testing, it doesn't mean it doesn't exist.  He says, "As anyone with experience in embedded systems will tell you, there are nasty software bugs that can be extremely difficult to reproduce in a laboratory test environment".  I agree with this.

97.     Dr. Cummings continues on to discuss the hunt for an elusive bug the team observed just once: "We reviewed the operating system code and consulted with the company that developed it.  Much to our surprise (and relief), we found that there was indeed a bug in the interrupt handling software as we had theorized".  This aligns with issues I pointed out in my original report: firstly, that operating systems can and do have bugs[35]; secondly, Dr. Cummings discusses a bug in the interrupt handling portion of the software.  I have discussed the possibility of an issue with an interrupt handler causing a problem with the MFT rearview camera[36], only to have Dr. Kelly complain that I have not identified the offending culprit[37].

---

[35] At least Dr. Cummings' team had the opportunity to review the operating system code for defects; Ford, as well as myself, have not seen the operating system source code.

[36] There are many types of problems that can be caused by interrupt handlers; my intention isn't to imply that a bug identical to that in Dr. Cumming's system exists in MFT.

[37] Here I will note that Dr. Cummings says of the defect his team was attempting to track down - they could not "reproduce the failure, despite repeated attempts over many thousands if not millions of iterations."  Elusive indeed!

98.     Dr. Cummings finishes his opinion piece with the following quote, which I agree with:

> *"…this should serve as a wakeup call to all industries that increasingly rely on software for safety. It is probably only a matter of time before a software error results in injury or death, if it has not happened already (there are some who say it has). We need to minimize that possibility by enforcing extremely stringent standards on the development and testing of software in all safety critical systems, including, but not limited to, automobiles".*

99.     As mentioned in my original report:

- Our analysis of the rearview camera code led us to forming a hypothesis that CPU overload and starvation would problems with the rearview camera display. Applying the scientific method, we created an experiment, ran the experiment on the bench, and verified exactly this effect on the rearview camera.

- CPU overload depends on the operating conditions of the system - what the vehicle is doing, what the driver is doing, what media is playing, etc.  A system that is vulnerable to CPU overload problems is defective by design; inspection of the code may not be able to reveal the defect.

- We are lacking the source code for major, highly complex portions of the MFT Base Software, including the Windows CE Operating System, MS Auto, FlashLite Player, Telenav's Navigation and Nuance's Voice Control software.  The number of threads created and run by these components, and the threads' respective priorities, is unknown.

100.    Furthermore, the priority of these threads, and any other threads in the system, can be changed at run time via an operating system API called  CeSetThreadPriority(). In fact, a search in version 3.5 found 441 references to this API.  An incorrect priority variable in even one of these 441 usages, or a memory corruption of a priority variable, can cause a thread to run mistakenly at an unintentionally elevated priority.

101.    From the complaints and problem reports that I have read, my opinion is that CPU starvation is affecting the rearview camera threads in many, if not all, of these cases.

102.    Evidence of CPU starvation would include:

- "Focus for May: Performance ("Perf") and Stability - Reducing cpu [sic] load is top priority to Sync Gen 2.  Most major system issues come back to cpu starvation" (WLN2-01256428)
- "Gen 2 hardware limitations - Starvation: CPU is frequently at 100% utilitzation" (WLN1-4226964)
- "**CPU fully utilized**, performing much in parallel **with contentions**" (WLN2-01135989, emphasis mine)

103.    In his report ([Kelly] at ¶¶276-278), Dr. Kelly takes issue with my primary criticism of the rear-view camera system: that  an  alternative design in hardware would have been better, and would not have been vulnerable to the stuttering and freezing displays that many customers experienced and complained about.

104.     There is nothing infeasible about such a design.  First of all, Ford could have developed its own custom Application Specific Integrated Circuit (ASIC) to handle this. When I consider the volumes Ford was anticipating, the safety implications of a malfunctioning software-driven rear view camera, and Ford's engineering expertise, this would not be an unreasonable choice.

105.     Secondly, there are commercial one-chip solutions for such an application, if Ford chose not to design their own hardware solution.

106.     As just one example, Epson provides a line of chips which are specialized display controllers, capable of supporting input from cameras and outputting to a variety of displays[38]

107.     Epson's chips in the S1D13513 / S1D13515 / S1D13517 lines[39] are described thusly:

> *Epson display controllers reduce the load on the main CPU in drawing process. The original image processing engine performs high-speed drawing []. [The]*
> *product lineup covers a wide spectrum of display devices []. Epson can offer best solutions for embedded equipment, mobile terminals, automotive equipment and other applications.*

---

[38] http://global.epson.com/products/semicon/products/lcd_controllers/index.html#ac07

[39] The data sheets that I have found for these chips date back to 2007, 2008 and 2009, years before the first release of Sync Gen 2.

108.    The following picture is taken from Epson's website, showing one of Epson's display controller chips sitting between the camera and the display[40].



*Figure 7: Epson display controller chip solution*

109.

- ████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████

110.    A third alternative would have been for Ford to completely de-couple the rearview camera functionality from the infotainment system.  Such a design can be found in vehicles, for example I am personally aware of a 2009 Honda Odyssey minivan with a rear view camera image being fed to a small (approximately 2″) black and white display inside the rear-view mirror[42] [43].  Adding a second display with the dedicated purpose of rearview camera display was an option available to Ford.

111.    I have not seen evidence that Ford conducted a Failure Mode and Effects Analysis (FMEA) on the rear view camera portion of the MFT.  I have also not seen evidence that Ford attempted to isolate the rearview camera functionality into a separate fault containment region.  In the designs proposed above, a software malfunction on the CCPU would not affect the display of video from the rear view camera.

112.    In my opinion, common sense dictates that a malfunctioning rearview camera could cause a safety hazard.  Furthermore, the nature of the defect specific to the MFT rear view camera, which can lead to stuttering and freezing images, is more dangerous than a camera which is completely disabled (black screen).  A user quickly learns to ignore and not rely on a black screen when backing up; a screen whose image is of unknown accuracy and timeliness is much more of a problem.

--------------------------------------

[41] Such as a CPU overload, task death, a hung task or an interrupt storm

[42] Placing the rear view camera display adjacent to the rear view mirror makes a lot of sense to me.

[43] I do not have any knowledge of this specific system's rear view camera design, however.

113.    In March 2014, the National Highway Transportation Safety Administration
(NHTSA) announced its final rule requiring rear visibility technology[44].  Some salient
quotes from the announcement include:

- "This new rule [requiring rear visibility technology in all new vehicles under
  10,000 pounds by May 2018 ] enhances the safety of these vehicles by
  significantly reducing the risk of fatalities and serious injuries caused by
  backover accidents"

- "[Vehicles must] come equipped with rear visibility technology that expands the
  field of view to enable the driver of a motor vehicle to detect areas behind the
  vehicle to reduce death and injury resulting from backover incidents"

- "The system must also meet other requirements including image size, linger
  time, response time, durability, and deactivation"[45]

- "On average, there are 210 fatalities and 15,000 injuries per year caused by
  backover crashes [] and 58 to 69 lives are expected to be saved each year once the
  entire on-road vehicle fleet is equipped with rear visibility systems"

114.    While it is true that vehicles have rear-view mirrors and side-view mirrors
([Kelly] at ¶53), the rearview camera adds visibility beyond what mirrors can provide.
Particularly in larger vehicles such as a minivan, truck, SUV or full-size van, the mirrors
do not cover the entire region behind a vehicle.

---

[44]
http://www.nhtsa.gov/About+NHTSA/Press+Releases/2014/NHTSA+Announces+Final+Rule+Requiring+
Rear+Visibility+Technology

[45] Plaintiffs have complained about the MFT rearview camera's lag / response time, and
activation/deactivation

115.    I am not alone in the view that such mirrors do not adequately cover the entire region behind a vehicle.  On the U.S. government's Federal Register website, there is an extremely detailed and informative writeup[46] of Federal Motor Vehicle Safety Standards regarding rear visibility issues.  Henceforth in this report, I will cite passages from this article as [FederalRegister].

116.    Dr. Kelly discusses vehicle rear sensing systems, saying in "typical operation" they cause an audible tone to be emitted if an object is sensed behind the vehicle ([Kelly] at ¶53).  I don't know what "typical operation" means in this context.

117.    Furthermore, I have not yet examined such a system's effectiveness at detecting certain types of objects or people.  Dr. Kelly said that "many" vehicles have such systems, but it's not clear to me what percentage of vehicles have them, and if they need to activated or enabled in order to function (this is a similar to Dr. Kelly's statements about the need to activate the E911 functionality in the MFT).

118.    Also, I haven't investigated the human factors considerations for a scenario where a rearview camera malfunctions, and the driver is getting conflicting information from his eyes ("all clear" - because camera is frozen) while the vehicle is emitting an audible beep (because the sensors have detected something).

119.    Regarding the presence of sensors such as those mentioned by Dr. Kelly, [FederalRegister] says:

---

[46] https://www.federalregister.gov/articles/2014/04/07/2014-07469/federal-motor-vehicle-safety-standards-rear-visibility

- "we noted that while commercially available [sensor] systems have been designed as parking aids as opposed to safety devices, they have inconsistent performance for detecting small children"

- "sensor warnings generally failed to induce drivers to brake with sufficient force to avoid a backover crash"

- " our research indicated that drivers equipped with both rearview video systems and sensor systems seemed to avoid obstacles less successfully than drivers equipped with video-only systems"

- "drivers reacted to the sensor warning in a way that avoided the backover crash in only 18 percent of the tests"

120.    The [FederalRegister] article continues on to mention some of the issues with sensor systems in regards to their effectiveness in avoid backover crashes:

- "the agency has found various significant limitations on the ability of these [sensor] systems to perform sufficiently in [] three [] areas"
  - o "First, the available data indicate that the ability of sensor-only systems to detect reliably an object that is within its design range varies significantly depending on the material and the surface area of the object"
  - o "Second, the ability of ultrasonic sensor systems to reliably detect an object that is within its design range also varies significantly depending on the height/orientation of the object"
  - o "Third, even if the object is easily detected by the sensors, the design detection range of the ultrasonic sensor systems is generally not sufficient to enable a driver to avoid a backing crash."

121.    On the human factors aspect, [FederalRegister] continues:

- "our research continues to indicate that drivers tend not to react in a timely and sufficient manner in response to sensor warnings to avoid a backover crash with an unexpected pedestrian"

122.    Summing up its thoughts on the topic, the writeup says:

*Thus, after considering the above data, the agency does not believe that ultrasonic sensor-based systems meet the need for safety (i.e., able to detect pedestrians and lead to a sufficient percentage of drivers avoiding the backover crash). These systems leave little room for driver error/indecision and poor system reliability with regard to object detection. As shown above, these systems generally do not detect persons reliably in their detection zones. Their ability to detect humans can degrade significantly due to material composition (e.g., clothing), surface area, and height/orientation. Even assuming perfect detection, ultrasonic sensor systems do not have adequate range to assist drivers in avoiding crashes with pedestrians that appear in the sensor detection zone after the backing maneuver has begun. In addition, typical driver reactions to the sensor system warnings do not result in crashes being averted.*

123.    In short, the camera's importance and utility is not negated or diminished by the presence of such sensors.

124.    In summary, I am not persuaded by Dr. Kelly's report about the merits of Ford's software-intensive rearview camera design.  This safety-critical functionality should have been designed in hardware so that software defects on the CCPU couldn't cause the camera display to lag, stutter or freeze.  This design defect applies to all vehicles equipped with an MFT-supported rearview camera.

**Opinion: The resource leaks are consistent across the versions of the Base Software I analyzed.**

125.    As mentioned in my original report, resource leaks were detected in every version of the base software.

126.    I agree with Dr. Kelly that "not all the memory leaks are the same or would have the same impact on the performance of the application or the user experience"   ([Kelly] at ¶286).  In fact, that is one of the difficult aspects of identifying and debugging memory leaks which escape to shipping software -- different users could experience different symptoms, and report different problems.  This can make troubleshooting, debugging and fixing the root cause -- in this case, the leak -- more difficult and time-consuming, due to the misdirection caused by the variety of symptoms and problems reported.

127.    I don't agree with Dr. Kelly that "the memory leak impact depends on the size of the resource" ([Kelly] at ¶286).  A small resource that leaks frequently could have the same hurtful effect as a large resource that leaks less frequently.

I also agree with Dr. Kelly that third-party software "may introduce memory leaks into the system." ([Kelly] at ¶287)  The MFT Base Software integrated large amounts of third-party software from Microsoft, Adobe, Nuance, Telenav, and Freescale, to name just a few.  And Ford had limited or no access to the source code for the software from Nuance, Telenav, Microsoft and Adobe[47].

128.     Dr. Kelly mentions that I stated in my report that large, complex code bases can contain leaks, and that these leaks can escape testing.  ([Kelly] at ¶292) .  To be clear, I wasn't stating that such leaks are an inevitability, or that they aren't preventable.  My point was that as systems grow larger and more complex, greater care must be taken to keep memory leaks out of the system.  And the MFT is a large, complex system that indeed exhibits memory leaks.

129.     Furthermore, designers of safety-critical systems are more aware of the hazards of dynamic memory allocation, and avoid its use in safety-critical parts of a system.  Without dynamic memory allocation, there can be no memory leaks.

130.     Had Ford eschewed the use of dynamic memory allocation, or utilized the RAII idiom correctly and consistently in their native code, they would have avoided the memory leaks that plagued their native code.

---

[47] ██████████████████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████████████
██████████████

131.    Dr. Kelly's logic in (([Kelly] at ¶301) is flawed.  He has omitted a single word which completely changes the meaning, albeit in a very subtle way.  He describes how many of the memory leaks in BSquare's defect tracking database were found and fixed before the first release, and he says, "most of the resource leaks were fixed".

132.    In my opinion, his report should read, "most of the [logged] resource leaks were fixed."

133.    The first flaw in his statement is assuming that all observed or known resource leaks were logged into BSqaure's tracking system.  From everything I've seen and read regarding BSquare's inadequate process and its tendency to introduce leaks into software, and I weigh it against my experience, I sincerely doubt that was the case.

134.    The second flaw in Dr. Kelly's statement is assuming that all leaks in the system were known.  In my original report I identified leaks in every version of the Base Software, including at least one which persisted through 1.08, 2.03, 2.11, 3.0, 3.2 and 3.5.

135.    Dr. Kelly states that Ford conducted code inspections and fixed memory leaks ([Kelly] at ¶308).  While I would agree with that in a literal sense, my thoughts are that:

- Ford's inspections were either inconsistent, not rigorous, or performed by engineers who weren't skilled at identifying memory leaks.  This is demonstrated by the number of leaks introduced throughout the Base Software development from 1.08 through 3.5.

- It's better to keep leaks out in the first place than to introduce them. Leaks cause downstream pain, either causing fellow engineers to lose time debugging preventable problems, or worse, causing customer-facing problems with the system. Resource leaks are preventable with good software engineering practices, from coding techniques, to coding standards, to code inspections, to testing.

136.    Dr. Kelly states that not all leaks would have any consumer-visible effect ([Kelly] at ¶312-313). While this is possible in some circumstances, I don't agree that it's the typical case - the effects of the leak depend on the leak size, the leak rate, and the amount of memory left to allocate. Every byte, kilobyte or megabyte leaked is one step closer to a user-visible system crash or reboot.

137.    Dr. Kelly seems to applaud Ford's usage of an "out of memory" monitor thread. ([Kelly] at ¶314). My first instinct when it comes to memory leaks is to find them and eliminate them, such as by using the RAII idiom wherever possible. Ford's OOHMonitorThread() seems to be an admission that they couldn't find and stop the leaks, so they did the next best thing -- keep an eye on the leaks, monitor them, and reboot when the memory reached a dangerously low level, before a true "out of memory" condition at an inconvenient time triggered a reboot.

138.    Ultimately, I believe that the memory leak defects were preventable, that they were a cause of instability in the system, and that these defects stem from the same failures in Ford's software development process.

**Opinion: The MISRA C and C++ Coding standards should have been used for development of the CCPU software, and would have prevented defects from escaping into production releases**

139.    In his report, Dr. Kelly considers it speculation that other automotive manufacturers and suppliers use the MISRA coding standard in their ECMs[48]  ([Kelly] at ¶318-319), in spite of ample evidence to the contrary:

- In the MISRA-C:2004 Guidelines, p. iv, "Acknowledgements", the following groups and organizations are acknowledged: Andrew Burnard from Land Rover; the Society of Automotive Engineering (SAE), the Japanese Society of Automotive Engineers (JSAE), the Japanese Automotive Manufacturers Association (JAMA), the Herstellerinitiative Software (HIS) Working Group[49].

---

[48] Note: automotive ECMs cover a large range of functionality, and are not limited to infotainment or telematics systems.

[49] The Herstellerinitiative Software (HIS) Working Group counts Audi, Porsche, Daimler, BMW and Volkswagen amongst its members.

- The Genivi Alliance ([www.genivi.org](www.genivi.org)) counts many OEMs and suppliers as its members.  The group describes itself as a "nonprofit industry alliance committed to driving the broad adoption of specified, open source, In-Vehicle Infotainment (IVI) software.  Notably, Symphony Teleca, who worked on the Flash Lite player port for Sync Gen 2, is a member of the alliance.  In fact, the company's description at [www.genivi.org/compliant-products](www.genivi.org/compliant-products) talks about the company's expertise in in-vehicle infotainment, and says, "Symphony Teleca is acquainted with standards like [] MISRA-C."[50]

140.    There is evidence that Ford not only advocated use of the MISRA coding standard, but required it, in some cases.  Ford's "Voice Control Application EESE SOFTWARE STATEMENT OF WORK" (WLN2-00475132) contains the following language:

- Under Software Statement of Work (WLN2-00475133):
    - "The tables below describe essential activity associated with the development of Voice Control Application software for use in production intent vehicle electronics.  All ECU's [sic] and/or subsystems must comply"
    - "The Supplier Shall[] Implement and follow a Coding Manual and Style Guide (two separate documents are allowed) in addition to MISRA"
- "R:1.1-17: All software that is modified for Ford must be MISRA compliant." (WLN2-00475134)
- Under "Supplier Deliverables" (WLN2-00475140-46):

---

[50] Also notable is that Symphony Teleca's parent company, Harman, sold the QNX operating system to Research in Motion.  In December 2014, Ford announced that it was replacing MS Auto with QNX in its Gen 3 infotainment system.  Currently we don't have any information on MISRA compliance for Sync Gen 3, however.

- o R1.5-3: "Coding Manual (MISRA + what to avoid, how to write some statements.."

- o R1.5-43: "Static Analysis Results: QA C MISRA Compliance [] QA C - Global MISRA Checks"

- o R1.5-44: "Traceability: MISRA Conformance"

- Under "Ford Deliverables" (WLN2-00475147):

- o R1.5-55: "MISRA C Clarifications for ECU Software: Clarifications on some weakly defined MISRA rules"

141.    Document WLN1-3097218 is the analogous document for Ford's "Navigation Software Application". It has the same format and content as the document above. The same MISRA requirements enumerated above are required in this document as well.

142.    The MFT includes both a Voice Control Application, and in some vehicles, a Navigation Software Application, in the CCPU software.

143.    Dr. Kelly's report ([Kelly] at ¶323) states: "The MFT is not a safety critical system. Therefore, it would not be necessary for Ford to apply safety-critical development methodologies, including, for example, MISRA, to the CCPU software."

144.    Based on this, I can only reach one of two conclusions:

- The MFT[51]  is indeed a safety-critical system in Ford's eyes, and therefore the application of the MISRA coding guidelines was required;

- Ford does not consider the MFT[52] a safety-critical part of the system, but felt that the MISRA coding guidelines provided enough value and benefit to require suppliers, at least in some cases, to use MISRA.

---

[51] Contains at least the Voice Control Application and optionally the Navigation Software Application

145.    Dr. Kelly testified that he doesn't know much about the MISRA coding standard, and has **never** personally used it, even though he has apparently developed safety-critical software.  ([Kelly deposition, 144:16-:22])  This is alarming to me.  The MISRA coding standards are, in my opinion, important to reduce defects in all software, and especially safety-critical software.  I regularly train practicing engineers about the usage and benefits of following the MISRA coding guidelines during the development phases.

146.    The MISRA coding guidelines were originally created for safety critical automotive systems, but that fact does not limit its usage only to safety critical systems.  I have used the MISRA coding guidelines on many projects in my professional career, some safety-critical and some not, and have found the coding standard to help improve the overall quality of the software in each case.  Just as it was a good idea to use a seatbelt before they became mandatory, using MISRA even when not required is a safe choice.

147.    Through my consulting work I am aware of companies, some of whom are not in safety critical industries,  who voluntarily adopt the MISRA guidelines, because of their opinion that the MISRA guidelines lead to better quality code.  Preventing a software bug, regardless of the severity of the consequences, is prudent.

148.    Dr. Kelly also disputes that adopting the MISRA standard would have reduced the number of defects in the Base Software.  This is proven incorrect by our analysis of the code.

---

[52] At least the Voice Control Application and the Navigation Software Application

149.     As just one example, the MISRA C++ 2008 coding guidelines prohibit dynamic memory allocation.  I have discussed the memory leak perils of dynamic memory allocation, particulary for systems with safety-critical software, in my original report and also in a section beginning at paragraph 125 in this report.

150.     Another unrelated, but equally dangerous practice, is to delete an already-deleted object.  Doing so invokes undefined behavior, which essentially means the behavior of the system under such circumstances is undefined; the compiler may generate any code (or no code at all), and the CPU may react in any way, including a crash, reset, hang, or exception.  The only way to avoid undefined behavior, which is spelled out in the programming language standard, is to write good code that doesn't venture into undefined behavior.

151.     ███████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████

152.     █████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████████
████████████████████

153.     This defect, which we found to be present in all versions of the Base Software, would have been avoided had the MISRA coding guidelines been followed.

---

[53] In version 3.5, which we will use in this example, the offending code is in file
\PUBLIC\WOLVERINE\Oak\Ux\Flash\Shell\Plugins\DataManager\DMFlashExtension.cpp

154.    Dr. Kelly states that coding standard rules are sometimes removed in later revisions, and he points out that in the latest MISRA C standard (MISRA C 2012), 10 rules were deleted and 37 were added ([Kelly] at ¶321).  However there are other reasons why coding standard rules are removed, which Dr. Kelly fails to mention.  For example, rules might be combined, or rules may no longer be necessary as programming languages evolve.  Additionally, the fact that a handful of coding rules are revised, added or removed over time doesn't mean that as a whole they don't provide significant value.  I haven't yet looked at the MISRA C rules changes discussed by Dr. Kelly.

155.    Dr. Kelly has misunderstood several technical points in my report regarding safety critical systems, application of [MISRA], and the usage of dynamic memory allocation ([Kelly] at ¶325).  Essentially, Dr. Kelly's flawed line of reasoning, assumptions, speculation and inference from my report is as follows:

- Mr. Smith says Ford should have used [MISRA]

- [MISRA] was originally created for safety critical systems

- [MISRA] bans the use of dynamic memory allocation

- Ford used dynamic memory allocation in the Base Software

- Mr. Smith criticized Ford's approach to dynamic memory allocation

- Therefore Mr. Smith doesn't disapprove of Ford's use of dynamic memory allocation, just their approach to it.

- Therefore, the system, which dynamically allocates memory and other resources, must not be safety critical, per [MISRA]

- Therefore the MFT system isn't safety critical, period.

156.    I agree with the second point above: [MISRA] was originally created for safety critical systems.  However, as explained above, [MISRA] can and does have benefits to non-safety-critical firmware[54].  Ford, with its experience in developing software for many ECMs in many vehicles for many years, and adoption of [MISRA] for other ECM software[55], should have realized that [MISRA] has benefits for infotainment and telematics systems as well.[56]

157.    When Dr. Kelly says that [the MISRA guidelines] "prohibit such dynamic allocation and deallocation of RAM", this is misleading and incomplete.  While the MISRA guidelines have rules prohibiting dynamic allocation, the standard allows deviations from the rules[57].   Even Dr. Kelly admits as much. ([Kelly deposition] at 150:3-:6).

---

[54] Again, my opinion is that the MFT is indeed a safety-critical system, regardless of Ford's failure to adopt MISRA.

[55] One example being the other microprocessor on the APIM, specifically the VMCU.

[56] Based on paragraphs 140 and 141,it appears that this might be the case.

[57] The guidelines define specific circumstances under which deviations are permitted, and also document specific procedures to follow when deviating.  These are not discussed in this report.

158.     Finally, Dr. Kelly's illogical conclusion that I "[appear to acknowledge] that the MFT system is not safety-critical" because it if were, my "opinions about dynamic memory allocation and de-allocation would not apply to the MFT software, because they [presumably Ford's code?[58]] are in violation of the MISRA guidelines" is a *non-sequitur*[59].

159.     In [Smith] I identified resource leak defects in all versions of the Base Software. Dr. Kelly misunderstood my alternative design suggestion, *i.e.*, how to dynamically allocate and de-allocate resources without leaking, as an endorsement of Ford's decision to dynamically allocate resources.  My point was that Ford's extensive usage of dynamic resource allocation in a defective manner led to resource leaks in the Base Software, which led to instability and other problems.  Said another way: not only should Ford have curbed its usage of dynamic allocation, but they didn't even do it properly in many of the cases where they employed dynamic allocation and de-allocation.

160.     In addition to memory leaks, there are other reasons to avoid dynamically allocating memory in a safety-critical system.  [MISRA] Rule 20.4, titled "Dynamic heap memory allocation shall not be used" does a good job of describing some of the problems which accompany the usage of dynamic memory allocation, such as that used in the Base Software:

---

[58] If Dr. Kelly was referring to my opinions, and not Ford's code, as violating the MISRA standard, this demonstrates a profound misunderstanding of the MISRA coding guidelines.  Only code can violate the rules, not opinions.

[59] I understand the term *non sequitur* to have a special applicability in law, carrying a formal legal definition.  Here I use the term as I learned it in university, simply meaning "it does not follow"; that is to say, there is a disconnect between Dr. Kelly's premise and the conclusion.

*"There is a whole range of unspecified, undefined and implementation-defined behavior associated with dynamic memory allocation, as well as a number of other potential pitfalls. Dynamic heap memory allocation may lead to memory leaks, data inconsistency, memory exhaustion, non-deterministic behavior. "*

161.    Dr. Kelly incorrectly assumes that because I describe defects in the Base Software's memory and resource management implementation, that I am saying dynamic resource management in the MFT was acceptable.  This is not correct.  My report states that even though the Base Software uses dynamic resource allocation, it is frequently done in a defective and error-prone manner.  These errors would not exist at all had Ford followed the MISRA guidelines and avoided dynamic resource allocation.

162.    Perhaps the most simple and direct way of re-stating my original opinion from [Smith] is: "Ford should have avoided the use of dynamic memory allocation in the MFT system.  Dynamic memory allocation is prohibited by [MISRA]; had Ford followed [MISRA], one of the benefits would have been the elimination of memory leaks.  And even when Ford consciously chose to not adopt [MISRA], instead making extensive use of dynamic memory allocation, they failed to consistently adopt a bug-preventing resource management approach such as the RAII idiom described in [Smith]."

**Opinion: All versions of the Base Software I have analyzed are consistently complex, and Dr. Kelly's rebuttal of that point is based on a flawed and  incomplete analysis.**

163.    For the purposes of this report:  unless stated otherwise, in any discussion that refers to a complexity metric or measurement, I am referring to McCabe Cyclomatic complexity.[60]

---

[60]

164.     In [Smith] at ¶136, I stated that the Base Software was excessively complex.  Dr. Kelly has stated a contrary opinion, apparently because (1) he was "able to read and analyze" portions of the code he looked at, and (2) he ran a mechanical analysis of the Base Software which he claims demonstrates the Base Software is not unnecessarily complex ([Kelly] at ¶¶ 329-360).  He is wrong that complexity can be assessed by simply looking at whether it is readable (and in any event he did not perform any exhaustive analysis of the software - ([Kelly deposition] at 191:18-:10)), and furthermore his mechanical analysis of the Base Software's complexity is wrong, incomplete, and inadequate.

165.     Complexity cannot be ascertained simply by reading a program line-by-line, and attempting to understand the syntax.  Code complexity is significantly increased, for example, by the introduction of global data, particularly for systems running a preemptive kernel such as the Windows CE kernel on MFT.  Also, strong coupling between modules increases complexity.  I found many examples of these characteristics as I analyzed the Base Software.

166. ███████████████████████████████

███████████████████████████████

███████████████████████████████



███████████████████████████████

████████

167. ███████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

[61] ███████████████████████████████
███████████████████████
█ ███████████████████████████████

168.     Dr. Kelly contradicts himself when it comes to the complexity of the software. On the one hand, he states that "the MFT software is not overly complex"([Kelly] at ¶4.b.F).  However, later in his report, Dr. Kelly describes MFT as a "very complex system that run[s] on [a] complex operating system[]" such as Windows CE 6.0. Furthermore, I believe that Dr. Kelly's opinions regarding the "complexity [which] varied significantly from version to version" (*id.*) were based on the incorrect data that he relied on in his first (uncorrected) version of his report.

169.     In the complexity analysis that I performed, I didn't see what I would consider a "significant" difference in complexity in the versions[63].  For example, in version 1.08, the initial release, the RSM tool identified 389 functions at a complexity of 50 or higher.  In version 3.6, which I mentioned in my original report, the RSM tool measured 426 functions in the Base Software at a complexity of 50 or higher.

170.     In [Smith], I stated that I had measured the cyclomatic complexity of version 3.6 of the Base Software, and found it to "embody high levels of cyclomatic complexity, which in turn are likely to hide bugs."  Dr. Kelly seems to concur that not all bugs are reported ([KellyDepo] at 178:16-17).  It is well-known in the software development industry, and I know from personal experience in writing and reviewing software for many products and industries, that higher complexity is correlated with a higher incidents of defects.

171.     It is also clear that while Dr. Kelly ran tests for complexity, he does not even understand what the numbers he generated actually mean.  ([Kelly deposition] at 194:1-195:15.)

---

[63] Please refer to paragraph 188 for the complexity numbers I obtained in my analysis.

172.     Complexity is not a black-or-white issue.  Tom McCabe, who created the metric that both I and Dr. Kelly have employed, considers a module with a complexity metric of 50 to be "untestable" and likely to contain multiple defects.  This does not mean that a module with a lower score of 49, 35, 15 or 10 is unlikely to have bugs. In fact, below in paragraph 178, I show that one of Ford's bugs was located in a function of complexity 5.

173.     In a presentation to the U.S. Department of Homeland Security's Software Assurance Working Group[64], Mr. McCabe defined the following categories regarding Reliability Risk, based on his decades of experience developing software and measuring its complexity[65]:

- Complexity 1-10: Simple procedure, little risk
- Complexity 11-20: More complex, higher risk
- Complexity 21-50:  Complex, high risk
- Complexity above 50:  "Untestable", VERY HIGH RISK

174.     The same page of the presentation defines the "Bad Fix Probability", i.e., the likelihood that a change to the code in an attempt to fix the code will either not fix the code, or break something else:

- Complexity 1-10:  5%
- Complexity 11-20: 20%
- Complexity 21-50:  40%
- Complexity above 50:  60%

---

[64] www.mccabe.com/ppt/SoftwareQualityMetricsToIdentifyRisk.ppt

[65] page 36 of the referenced presentation

175.    In my own experience, I have worked with several companies which develop safety-critical firmware, and have frequently seen such firms routinely use McCabe complexity measurements as a means of tracking and controlling software complexity. I know of one firm whose product is used in safety-critical products that undertook a refactoring effort in order to bring all functions to a cyclomatic complexity level of 15 or below.  I have also used the McCabe complexity metric in my own work.

176.    In addition to my own direct experience and usage, I found the following documents that directly refer to McCabe's metric.   Notably, none of them reference any of the other complexity metrics cited in Dr. Kelly's report ([Kelly] at ¶336)[66].

- [NASA] Software Analysis Handbook: Software Complexity Analysis and Software Reliability Estimation and Prediction[67]
- [FAA] Object-Oriented Technology Verification Phase 2 Report - Data Coupling and Control Coupling[68]
- [FAA] System Safety Handbook, Appendix J: Software Safety[69]
- [FAA] Software Quality Metrics[70]
- [FDA]General Principles of Software Validation; Final Guidance for Industry and FDA Staff[71]

---

[66] Here I have cited documents from NASA, the Federal Aviation Administration (FAA), and the Food and Drug Administration (FDA).  It might be obvious why NASA and the FAA are cited, considering their roles in spacecraft and aircraft.  The FDA regulates and audits the development and maintenance of medical devices, including life-critical and life-sustaining devices such as pacemakers, implantable cardiac defibrillators, respirators, etc.

[67] http://ston.jsc.nasa.gov/collections/trs/_tech_rep/TM-1994-104799.pdf

[68] http://www.faa.gov/aircraft/air_cert_design_approvals/air_software/media/AR-07053.pdf

[69]https://www.faa.gov/regulations_policies/handbooks_manuals/avaiation/risk_management/ss_handbook/media/app_i_1200.pdf

[70] https://www.faa.gov/aircraft/air_cert/design_approvals/air_software/media/CT-91-1.SQM.pdf

177.    Dr. Kelly ([Kelly] at ¶¶338-339) states that the McCabe metric does not account for function length or data access[72] or for large "switch" statements[73].   I agree with Dr. Kelly's suggestion that functions that measure lower on cyclomatic complexity but which are long, or access significant data, might also have a higher probability of bugs. This is not in any way contradictory to my report.

178.    Ford's own software is evidence that even simple, low-complexity functions, such as the buggy GPS location calculation function cited in my original report, can exhibit bugs[74].

179.    I also agree with Dr. Kelly's implication that functions that are excessively long tend to embody more complexity.  I found many functions across all versions of the Base Software that I would consider to be excessively long.[75]

180.    Dr. Kelly agrees that "the McCabe measure can be useful as a guide" ([Kelly] at ¶341) .  I agree, McCabe's complexity metric doesn't prove or guarantee a specific defect density, it merely indicates the likelihood of defects is higher as the complexity metric increases.  This correlation is consistent with my experience in developing software, and it is consistent with what I stated in my original report.

---

[71]http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/UCM085281.htm

[72] The implication is that such functions would likely measure higher in complexity.

[73] The implication is that such functions would have lower complexity.

[74] The RSM tool measured the complexity of function `CHelpMenu::HandlePosition`() at 5.

[75] For example, there is a function OALBspArgsInit that is 1547 lines long in all 6 versions (1.08, 2.03, 2.11, 3.0, 3.2 and 3.5) of the Base Software that I analyzed.  This single function would take approximately 25 pages of paper to print.

181.    Steve McConnell, who worked for Microsoft, wrote a book called "Code Complete" (published in 1993 by Microsoft Press). The book was and still is considered "required reading" by many development organizations due to its wisdom concerning many aspects of software development, both technical and non-technical. The book was superseded in 2004 by McConnell's "Code Complete 2", published in 2004. I have read both books, as have many of my colleagues and clients.

182.    Section 19.6 of "Code Complete 2" discusses "Control Structures and Complexity". Some quotes from this section of the book include:

- "Tom McCabe published an influential paper arguing that a program's complexity is defined by its control flow (1976). Other researchers have identified factors other than McCabe's cyclomatic complexity metric (such as the number of variables used in a routine), but they agree that control flow is at least one of the largest contributors to complexity, if not the largest."

- "Edsger Dijkstra cautioned against the hazards of complexity: "The competent programmer is fully aware of the strictly limited size of his own skull; therefore, he approaches the programming task in full humility" (Dijkstra 1972). This does not imply that you should increase the capacity of your skull to deal with enormous complexity. It implies that you can never deal with enormous complexity and must take steps to reduce it wherever possible"

- "Control-flow complexity [such as that measured by McCabe's metric] is important because it has been correlated with low reliability and frequent errors"

- "William T. Ward reported a significant gain in software reliability resulting from using McCabe's complexity metric at Hewlett-Packard [ ]  McCabe's metric was used on one 77,000-line program to identify problem areas []Ward reported that because of their lower complexity, both programs had substantially fewer defects than other programs at Hewlett-Packard [] Construx Software, has experienced similar results using complexity measures to identify problematic routines in the 2000s"

183.    Also in section 19.6 of the book, Mr. McConnell rates complexity measures as:

- Complexity 0-5:  The routine is probably fine

- Complexity 6-10:  Start to think about ways to simplify the routine

- Complexity 10+ :  Break apart the routine [into at least 2 smaller, less complex routines]

184.    Dr. Kelly questioned the relevance of my findings regarding the complexity of version 3.6 as provided in my original report.  Time constraints prevented me from running the complexity measurements on earlier versions of the Base Software (I have since done so as part of preparing this rebuttal).  My intention at the time was to measure and track trends in software complexity over different releases of the Base Software.  I was surprised, however, at the number of functions in the 3.6 Base Software which scored at a complexity level of 50, which is considered by McCabe to be "untestable".

185.    As I have stated elsewhere, the fundamental architecture of the MFT system is common across all versions of the Base Software.  Furthermore, the primary programming languages didn't change, the development team was largely the same, and the functionality was substantively similar.  Therefore I considered it likely that earlier versions exhibited complexity levels equal to, if not greater than, version 3.6[76].

186.    I have run the RSM tool on each of the versions of the Base Software, from 1.08 up through and including version 3.5.  I have also run the tool on version 3.6, which I mentioned in my earlier report, for comparison purposes.

187.    In an effort to accurately depict complexity metrics for the Base Software releases, I ran the tool only on the code that is included on an MFT build.  I have not included ActionScript code or C# code, only C and C++ files.  This differs from Dr. Kelly's analysis in at least 2 other notable ways ([Kelly] at ¶163, ¶345, ¶354):

- I did not restrict the tool to *only* files in the "Oak" directory, but rather I ran the tool on the complete set of C and C++ files in the build;
- I did not run the tool on *all* C and C++ files in the Oak directory; I only ran the analysis on the files in that directory that are in the build.

---

[76] From my review of the Base Software, it appears that Microsoft in some cases changed code to simplify it, while also increasing code complexity in other areas.  That is the reason why I didn't speculate on trends throughout the lifecycle of the base software development in my original report, I merely stated the likelihood of earlier versions also embodying a high level of complexity.

188.　　The results reported by the tool for my analysis are shown in Table 1.

| MFT Software Version | Total Number of Functions | Number of Functions with Cyclomatic Complexity of 50 or Higher | Number of C/C++ Source Files (all included in build) |
|---|---|---|---|
| 1.08 | 32797 | 389 | 2214 |
| 2.03 | 34607 | 404 | 2246 |
| 2.11 | 33922 | 402 | 2235 |
| 3.0.2 | 34483 | 410 | 2378 |
| 3.2.2 | 34483 | 410 | 2378 |
| 3.5.1 | 37383 | 421 | 2628 |
| 3.6 | 37935 | 424 | 2677 |

*Table 1: McCabe Cyclomatic Complexity for each Base Software release
as measured by RSM tool*

189.　　A side-by-side comparison of the complexity measured by Dr. Kelly and by myself is shown in Table 2.

| MFT Software Version | High Complexity Functions as measured by Dr. Kelly[77] | High Complexity Functions as measured by Mr. Smith |
|---|---|---|
| 1.08 | 304 | 389 |
| 2.03 | 310 | 404 |
| 2.11 | 316 | 402 |
| 3.0.2 | 77 | 410 |
| 3.2.2 | 77 | 410 |
| 3.5.1 | 78 | 421 |
| 3.6 | 80 | 424 |

*Table 2: Comparison of Cyclomatic Complexity
as measured by Dr. Kelly and Mr. Smith*

---

[77] Defined as functions being measured with a cyclomatic complexity of 50 or greater.

190.    In Dr. Kelly's data, there appears to be a sharp drop in the code's complexity with the first Microsoft release, namely version 3.0.2.  This is due to the fact that many high-complexity functions were re-located to a different directory (outside of "Oak") when Microsoft took over development.  The complexity didn't go away; it remained in the Base Software, it just moved to a different directory(ies) that were not included in Dr. Kelly's analysis.

191.    The complexity, as measured in my analysis, appears to increase with each release[78].  Instead of the software becoming less complex as development proceeded, it actually became more complex with each subsequent release.

192.    I have provided the results from my cyclomatic complexity analysis using the RSM tool as an appendix to this report.

193.    Based on the trend in these metrics, I would not expect to see a drop in defects in the Base Software as time progressed.

**Opinion: Dr. Kelly has not effectively rebutted my opinion that the MFT System is safety-critical.**

194.    In discussing whether or not the MFT System is safety-critical, I would like to first broadly define safety as the freedom from conditions that can death, harm, injury or illness.[79]

---

[78] There is a tiny dip of less than 1% in one case - from version 2.03 to version 2.11.

[79] Some might extend the definition to cover property, or harm to the environment, etc.

195.    A safety-critical system in this context is a system that, if it malfunctions in some way, could create a hazardous condition for vehicle occupants or other people in the vicinity.  Most safety-critical systems have some malfunctions that could create such hazards and other malfunctions that would not.

196.    I consider my definition of safety critical to be consistent with other definitions from organizations that I respect.

197.    The National Aeronautics and Space Administration (NASA) publishes a document titled, "NASA Technical Standard - Software Safety Standard" (NASA-STD-8719.13C).  In section 5 of this document, "SOFTWARE SAFETY CRITICALITY ASSESSMENT (SSCA)", NASA states:

> *"The software components are evaluated not in isolation, but rather as functions within the system (including the end-user of the system)"*

198.    Appendix A of the NASA document, titled "SOFTWARE SAFETY CRITICALITY ASSESSMENT", reads:

> *Software Safety Litmus Test: Software is classified as safety critical (see below for note A-1.0 and A-1.4)  if it meets at least one of the following criteria:*
> *    a. Causes or contributes to a system hazard / condition / event*

199.    As another example, the Institute of Electrical and Electronic Engineers (IEEE), which is an organization which Dr. Kelly is a member of[80], defines "safety critical software" as:

---

[80] Per Dr. Kelly's CV

*"software whose use in a system can result in unacceptable risk. Safety-critical software includes software whose operation or failure to operate can lead to a hazardous state, software intended to recover from hazardous states, and software intended to mitigate the severity of an accident"*[81]

200.    At deposition, Dr. Kelly agreed that safety-critical depends in part in the context of the software's execution ([KellyDepo] at 48:15-22):

Q: Okay.  You would agree that you have to look at the software being developed in the larger context in which it will be used; is that right?

A: I think that's fair.  You have to -- you are not building the software in isolation.  You have to consider that it is going to be put into some platform.  In the MyFordTouch case, it is going to be in the vehicle.

201.    An electronic system may contain some, one, or no safety-critical features or subsystems.  In the case of the MFT system, it's my opinion that several features of the system, if or when they malfunction, can create hazardous conditions.

202.    I have identified a minimum of 3 defects in the MFT software that I believe could create hazardous conditions:

- the rear view camera defect
- GPS location bugs, which result in incorrect vehicle location being reported, sometimes during emergency circumstances
- misleading button behaviors on the climate control screen, which could cause driver distraction and/or an iced-up rear window, for example

_____

[81] IEEE, IEEE Standard Glossary of Software Engineering Terminology, IEEE Std-610-1990 (Los Alamitos, CA: IEEE Computer Society Press, 1990).

203.    Had Ford performed a Failure Mode and Effects Analysis (FMEA), they might have identified certain malfunctions which could create hazardous conditions, such as those that I have identified.  One common approach in such cases is to segregate the system into multiple parts: the safety critical portion(s) that must be correct, and a non-safety critical Windows portion, which could malfunction without affecting the parts of the system that must operate correctly to be safe.  Typically the safety-critical parts will be as minimal as possible, in order to reduce the likelihood of failure.

**Opinion: The fact that essentially all complex software systems likely have some bugs does not mean that any of my opinions are invalid**

204.    A safe system will have been architected, implemented, and tested so that any bugs that remain in the system when the product ships are unlikely to affect safety.  When the proper system architecture and software development process steps are in place, appropriate mitigations will be tested and activated to ensure that lurking bugs do not create hazards.

**Opinion:  Variations in how consumers experienced or reported problems with the MFT System does not indicate that the Base Software differed for any person.**

205.    It is my understanding that Ford has argued in its opposition to class certification that because consumers using MFT might have experienced or reported different problems with MFT, this indicates that they did not all experience the same defects.  In my opinion, that logic is flawed for at least two reasons.

206.    First, based on my review of the Base Software versions I have analyzed, any two people using a particular version of MFT in an identical way could experience identical problems.  The Base Software has identical defects in each version of the software, and given identical inputs, the Base Software would respond identically.  For example, with the "Where Am I?" GPS position bug, every user in the same location would experience the same incorrect location being reported.   That two consumers did not experience or report the same defects likely means that they were simply not using MFT in the same way.  It is not proof that the software itself varied from to consumer to consumer, or that the defects in any particular version were not identical for all consumers.

207.    Second, there are many defects in the Base Software which I have analyzed that would have different manifestations for different consumers even though those manifestations would have the same root cause.  One such defect is the watchdog defect.  If the system experiences a crash or a hang that is not caught by the watchdog, how the user will experience this failure will depend in part on what the user was doing at the time of the crash.  Thus, one user might experience the failure as a failed phone call or a BlueTooth device that won't sync, and another might experience it as a radio issue.  Similarly, with regard to resource leaks: depending on what the consumer is doing when the system's resources are exhausted, the symptoms of the malfunction might appear differently.  One user might experience it while using navigation, and another might experience it while using voice controls, but the problems still have a root cause of defects in the Base Software.

**Opinion: The evidence indicates Ford, BSquare, and Microsoft did not follow the routine practices of software development companies.**

208.     Dr. Kelly indicated in his report that he believes the development of the Base Software, and updates to that software, "were consistent with routine practices of software development companies."  ([Kelly] at ¶146)  My review of what Dr. Kelly has cited, as well as other documentary evidence, depositions, and the code itself indicates that Dr. Kelly's opinions on this matter are incorrect.

209.     Based on my experience in developing software within (and for) many organizations, every organization follows some process, even if it is a rudimentary and inadequate process such as, "Write the software; test it a little bit; ship it!"  It has also been my experience that no two companies, and often not even two organizations within a company, develop software using identical processes.  Dr. Kelly testified to this effect in his deposition ([KellyDepo] at 59:17-23).

210.     Documented processes must be consistently followed and enforced in order to be effective.  Dr. Kelly provided evidence that Ford had documented some aspects of a software development process, but he provided no evidence showing to what extent the process was followed or enforced.

211.     At his deposition, Dr. Kelly agreed that Michael Westra from Ford was concerned that process wasn't being followed sufficiently ([KellyDepo] at 110:17-112:18).

212.     Additionally, Dr. Kelly testified that he doesn't know to what extent Ford's documented processes were followed ([KellyDepo] at 106:24-107:24).

213.    I've also found that one of the greatest predictors of "process abandonment" is schedule pressure.  Said another way, software development organizations under tight deadlines are more likely to cut corners on processes, or abandon certain processes altogether.

214.    The evidence that Dr. Kelly cites in his report for evidence of the adequacy of Ford's software development process is limited to (1) the policies and procedures that BSquare and, later, Microsoft programmers were supposed to follow, and (2) evidence that BSquare and Microsoft performed at least some unit tests ([Kelly] pp. 35-53, [KellyDepo], 104:3-109:1, 123:3-125:4).  He did not do any investigation to determine whether those policies and procedures had been followed.  *See id*.  He did not analyze the unit tests to see whether they were properly built or run.  *See id*.  This is not persuasive evidence that the development of the MFT software was adequate or in keeping with industry standards for software development, especially in light of other evidence I am aware of.

215.    I have reviewed extensive documentary evidence about the development process of the Base Software, for both the initial release and later versions.  There is ample evidence which indicates that the Base Software's development was not consistent with routine practices of software companies.  What follows is a partial summary of some of the documentary evidence.

216.    BSquare was a software development company that had never taken on a project anywhere near the size or complexity of the Base Software (WLN2-00664623).  As a result, they did not have adequate processes developed for this development project.  Mr. Westra testified that BSquare "weren't used to the process that they had to have.  And as one of their execs said, 'Pay us money, and we'll actually sort of make a process.'"  ([Westra], 273:6-:16)

217.    BSquare routinely had problems getting its developers to follow the set processes, and that was evidenced by regressions (footnote defining) and reappearances of defects that had supposedly been fixed.  ([Westra], 260:4-261:20, 266:21-267:17)

218.    BSquare mistakenly led various programmers to believe that their functions would have more memory than was possible given the hardware limitations of the product, thus resulting in more memory being "allocated" to portions of the software than was available.  ([Westra], 134:8-140:18)

219.    BSquare failed to put performance markers in the Base Software.  (Westra dep., 242:3-242:14)

220.    BSquare had no person in charge of overseeing integration of software that had been developed in isolation.  (Westra dep., 271:24-273:16)

221.    Ford periodically would have to tell two engineers working at BSquare who were sitting in the same room, and developing code that would affect what the other was creating, that they needed to communicate with each other about what they were doing.  (Westra dep., 367:6-368:8)

222.    In March 2010, Mr. Westra reported that (1) BSquare's stated process was "rudimentary" and (2) that in any event, BSquare developers "aren't really following it."  In that same communication, he expressed his frustration that he had talked to BSquare's managers about the problems repeatedly but BSquare had not responded:  "The truth is *any* professional software company must have some level of controls at this level.  Every software engineering methodology has this as one of the first process disciplines (even before project management and on the same level as defect management)."  (Westra dep. Ex. 1112).

223.    In August 2010, Mr. Westra wrote (in response to the comment, "This is a classic lack of process control.  Why is Bsquare not managing software changes properly?"):

*"This specific issue deals more with an undisciplined development process rather than a QA one.  In Software Engineering Terms, this is Software Configuration Management, which should prevent this sort of thing.  … Should be interesting doing it starting with QA process.  I've never seen that before."  (WLN2-01490362)*

224.    Ford did not do meaningful testing before releasing the original version of the Base Software, nor on the first several updates of the software.  WLN2-01478718.  One official Ford assessment found that "[e]ssentially no component & vehicle level software validation was complete at [Final Engineering Completion] (with incomplete code, any testing done was of marginal value.)." (WLN2-00003912)

225.    In November 2010, Ford explained the problems with MFT as follows:

*A project of this magnitude was started late and was further effected by late feature definitions, late specification development, late HMI development, Sync platform development challenges and completion.  Severe resource shortage on the Sync team. All of this resulted in compressed software development and validation.  WLN2-00437398*

226.    Throughout 2011, Ford issued updates to the public despite knowing that they did not resolve what Ford referred to as "high hurt" problems and "major concerns" that made their releases "disaster[s]."  WLN2-00654959; WLN2-000181492; WLN1-0102173; WLN1-4305508

227.    In October 2011, one of the MFT programmers stated:

*"Without a process for designers/devs to follow, the global issues stay hidden and resolutions stay focused on meeting bug counts ('hacky one-off fix')"* … *"short-sighted view is what happened the first time around…indeed that's a contributor to the current disjointed state of the HMI codebase. … I have just learned that the farther we go down the 'fix it any way for now' road, the farther we have to regress later when those solutions don't support future requirements."* WLN2-00215512

228.    In December 2011, Jeff Ostrowski wrote:

*"Personally, I truly believe we're at where we are now because 1) the stress testing didn't start early enough in our development process and 2) the system is still in a relatively unstable state [i.e. insufficient memory], and 3) it takes several samples (vehicles) across an extended period of time to see where the real issues lie. […] Someone can also debate me on this, but I don't believe that localizing a system that's still so brittle to a bench with different timing characteristics is going to truly get us to understand where the gremlins lie."* WLN2-00214540

229.    Ford and its contractors did not have the ability to accurately track bugs or defects in the Base Software, and no release passed all of Ford's tests. Gary Jablonski stated in July 2012:

*"This issue honestly is this – the bug database was a mess throughout the development at BSQUARE. The team never reached 'zero bugs' – never anything near zero – so the exercise was a constant act of prioritization and attacking the most severe issues. The result is that the lower level bugs would hang around the system and age and age and age to the point where they probably are not relative. Microsoft inherited this mess... Because of this noise in the database – we don't accurate bug level we can point to for any release. ... I should note that we have never made a SYNC released that passed 100% of our tests (and our internal AIMS metrics track this as well)."* (WLN1-4203599)

230.    In September 2011, Steve Parsons of Ford and his counterpart at Microsoft had the following exchange:

*Steve Parsons [Ford]: "I'm a bit concerned that over a third of the bugs have been moved to [try to be resolved in a later software version]. How was this justified? All would either be very noticeable by the customer (customer perceived quality) or would provide functionality limitations."*

*Jay Loney [Microsoft]: "The MYEarly bug load far exceeds our capacity to fix. We are and have been engaged in a painful series of right-sizing exercises to get us on track [for a test of the software on October 20]...."* WLN2-00158903.

231.    While Ford performed beta tests of some versions of the Base Software, it released those versions even though the test drivers reported that the software remained unfit for public release. Two examples of tester complaints can be found at WLN1-0438711 and WLN1-4174224.

232.    In February 2012, Jeff Ostrowski reported that:

*"Our bug bar remains at 'recall class' bugs- issues that could send our customers back to the dealer and/or could result in a significant number of TGWs. … I do not anticipate additional stability fixes to be added to this list before we ship."* WLN1-0385555

233.    In April 2012, Jeff Ostrowski wrote:

*"Any progress with MYEARLY could quite possibly be reverted – if not made worse. … Because the software is still so fragile, ANY thread priority change could have an unexpected affect this late in the game. This change alone could affect our stability. … We are again not addressing the root cause of a systemic issue – a reaction to a) the time we have left for the release and b) looking at this issue from only a few angles without the entire dataset we need to make a good decision. (Possibly we already have this – but it seems that we are relying on the final test pass for this, which is incredibly risky.")* WLN2-1627454

234.    In June 2012, Ford could still not assess the stability of the Base Software.  As Jeff Ostrowski wrote:

*I do want to make sure everyone is aware of the regressions we have seen with previous builds (STL starvation, red buttons, etc.) that could pose regressions and have an impact on warranty.  That – coupled with an inability to assess stability – will surely be questioned.*  WLN2-01714266

235.    In August 2012, Mr. Westra wrote the following about the software development:

*"Refactoring is a best practice in software engineering, which was explicitly not allowed here. … As a general comment, basic software development processes did not exist or were inappropriate to the size of the effort."* WLN2-01135989

*"We were too uncontrolled from a process standpoint and need to ensure proper timing, scope of management, what is strategic vs. commodity (what we want to own)."* WLN1-0720925

*"Security best practices were short-circuited."* WLN1-4205346

236.    In August and September 2012, Ford and Microsoft delayed resolution of thousands of known defects to possibly resolve in later releases, even though the "punted" bugs would have known impacts on users of MFT, and even though according to Microsoft policy, the bugs were rated for resolution prior to any release of an update.  WLN2-01623820, WLN1-4217662.

237.    In a March 2015 retrospective assessment, Ford management stated, "We can see now in retrospect that we violated our own technology processes.  When we follow them, the result is a flawless product.  We broke the rules with MyFord Touch …we went too fast and got ahead of ourselves and got burned." WLN2-02252369

238.    In my opinion, based on my extensive experience developing software, this evidence indicates that the development of the Base Software was well below industry standards and created a substantial risk that the software being developed would be fundamentally defective.  This opinion is further supported by my review of the Base Software itself.  My review of the software has provided the following additional evidence of a defective development process.

239.    There is a significant amount of code implemented in numerous modules across the MFT architecture. Good testing/software engineering process dictates that Unit Tests would exist for each of these modules to test and improve overall software quality. According to Dr. Kelly's report/statement :

> "Next, each unit of source code is tested to make sure it operates as planned. This step is called unit testing" ([Kelly] at ¶73)

Dr. Kelly further states:

> "The software product as a whole must be tested. Every defined function must be operational and work as specified. All other actions should result in warning or error messages, and undesirable behavior should be prevented. Every possible action available to the user must be tested including sequences of actions that were not envisioned by the specification or software architecture." ([Kelly] at ¶75)

240.    Based on Dr. Kelly's definitions and descriptions of the software development process and use of Unit Testing, I expected to find Unit Tests for all software modules ("each unit of source code"), as tests should be included that ensure all sequences are tested ("Every possible action available to the user must be tested"). Furthermore, we would expect that any changes to code in subsequent releases would also require changes to the Unit Tests to ensure adequate code coverage.

241.    The MFT source code was lacking Unit Tests across all versions of the Base Software, from 1.08 to 3.5. In my analysis of the MFT source code, I found several examples where Unit Tests did not exist for specific source code modules, including complex and commonly used features of MFT.



242. ████████████████████████████
████████████████████████████████
█████████████████████████████
████████████████████████████████
████████████████████████
███████████████████████

243. ████████████████████████████
███████████████████████████████
██████████████████████████████
███████████████████████████████
███████████████████████████████
████████████████████████████████
██████████████████████████

██ ████████████████████████████
███████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████

245. █████████████████████████████████
██████████████████████████████
████████████

246.    The Unit Tests identified by Dr. Kelly ([Kelly] at ¶109) of his report were inadequate based on acceptable software engineering practices as well as Dr. Kelly's own definition.

247.    One methodology for designing Unit Tests is to test software modules by providing a wide variety of inputs and verifying the outputs/results or error conditions are consistent and as expected. The set of inputs should include both "good" and "bad" or "invalid" values.[82] The software module should be verified to behave as expected and provide correct results for the entire range of possible input conditions. Furthermore, unexpected or invalid inputs should be detected and handled properly by the module.

248.    Another methodology for designing Unit Tests is to ensure full code coverage. Source code is commonly implemented as "branches" where various conditions may lead down different paths of instructions. Good testing practice dictates that complete "code coverage" ensures all branches have been executed with the correct behavior and expected results.

249.    In my analysis of all versions of the Base Software, I found that the Unit Tests were inadequate, and also that they did not provide a complete battery of test cases nor did they ensure complete code coverage at the Unit level. The folders referenced by Dr. Kelly as containing Unit Tests were woefully incomplete for ensuring adequate test coverage and software module quality.

250.    I analyzed each of the "Unit Test" folders referenced by Dr. Kelly ([Kelly] at ¶109, ¶117) . The referenced "Unit Tests" generally were not Unit Tests, but instead focused on integration testing.

---

[82] By "inputs", I mean not only input parameters to functions, but also any global objects (data, hardware, etc.) that is accessed by the module.

251.    Further, many of the referenced Unit Tests did not test an adequate range of both "good" inputs as well as "bad" inputs. Combinations of "happy path" and "unhappy path" scenarios were not implemented in the tests.

252.    In his report, Dr. Kelly provided references to sets of folders for the BSquare and Microsoft developed "Unit Tests".  However, he appears to not have performed any analysis to determine whether the Unit Tests evolved with the source code.

253.    I did perform an analysis of the directories referenced by Dr. Kelly as containing "Unit Tests".  I found examples of test programs that in fact did not change with the evolving code.

254.    ███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████

██  ████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████

256.    Additional examples of changes in source code and lacking changes in associated test code can be found across the versions of MFT.

257.    Another aspect of good software development process is adoption and usage of a
coding standard whose primary purpose is keeping defects out of the code.  In order for
this to be effective, the coding standard must be written, reviewed, published within the
group/team, understood, used, and finally, enforced throughout the organization and
throughout the development lifecycle.

258.    ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████

████  ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████

████  ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████

261.

---

[83] I only considered the 3 later releases of the Base Software, versions 3.0, 3.2 and 3.5, since these were the releases developed with Microsoft as lead.

[84] Again, review against the Microsoft coding standard was restricted to 3.0, 3.2, and 3.5.

## Documents Cited and Considered

**263.**     In my research, I have considered the production documents specifically cited herein by Exhibit and/or Bates number as well as all of the documents cited in my Expert Report dated November 24, 2015.  In addition, I have reviewed the source code produced to date and used standard computer tools to examine this source code.

**264.**     The following are additional documents considered only in preparation of this surrebuttal report:

[Kelly]          Rebuttal Expert Report of John P.J. Kelly, PhD dated March 15, 2016.

[KellyDepo]  Deposition of John Kelly, April 13, 2016.

[Reitz]          Deposition of Ford witness Graydon Reitz,  January 2016.

 [Westra]      Deposition of Ford 30(b)(6) witness Michael Westra, 14 Oct 2015.

## Signature

Respectfully submitted,

| **DANIEL SMITH** | /DANIEL SMITH/ | **April 29, 2016** |
| --- | --- | --- |
| _____ | _____ | _____ |
| Author's Name (Printed) | Signature | Date |

| | | |
|---|---|---|
| ■ | ■ | ■ |
| ■ | ██████ | ■ |
| ■ | █████ | ■ |

| | | | |
|---|---|---|---|
| ███ | ███████████████ | | ███ |
| ███ | ████████ | | ███ |
| ███ | █████████ | | ███ |
| ███ | ██████████ | | ███ |
| ███ | ███ | | ███ |
| ███ | █████████████████ | | ███ |
| ███ | █████████████ | | ███ |
| ███ | █████████████████ | | ███ |
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |
| ███ | ███████████ | | ███ |
| ███ | ██████ | | ███ |
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |
| ███ | ██████████████ | | ███ |
| ███ | █████████ | | ███ |

