# EXHIBIT 11

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4    THE CENTER FOR                    )

5    DEFENSIVE DRIVING,                )     IN RE:

6              Plaintiff,              )     MYFORD TOUCH

7       vs.                            )     CONSUMER LITIGATION

8    FORD MOTOR COMPANY                )

9              Defendant.              )  Case No.

10                                     )  3:13-cv-03072-EMC

11   _____

12

13      CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

14

15       Videotaped Deposition of JEFFREY OSTROWSKI

16           Taken at 400 Renaissance Center

17                  Detroit, Michigan

18                     9:28 a.m.

19            Tuesday, November 17, 2015

20      Before Kimberly H. Kaplan, CSR-5096, RPR

21

22           GOLKOW TECHNOLOGIES, INC.

23      877.370.3377 ph | 917.591.5672 fax

24              deps@golkow.com

```
 1          generally as a program.  For all vehicles in

 2          which SYNC Gen2 was installed, was there a common

 3          program installed in all of the vehicles?

 4                  MR. HAMMACK:  Object to form, vague.

 5                  THE WITNESS:  Yeah.  Can you be a little

 6          more specific?  What do you mean by "program"?

 7                  MR. WEAVER:  Okay.

 8   BY MR. WEAVER:

 9   Q.     Was SYNC Gen2 built differently if it was put in a

10          Ford Edge versus, for example, a Ford 150?

11   A.     It may have been.  I guess what I mean by that, just

12          to be much clearer, there was a base set of

13          software --

14   Q.     Uh-huh.

15   A.     -- on the module and, depending on the vehicle program

16          that it was applied to, may have been configured

17          differently based upon the vehicle that it went

18          into.

19   Q.     Okay.  How would those configurations differ from

20          vehicle to vehicle?

21   A.     It's hard to answer that at this point, to be honest.

22          There were different configuration bits on the module

23          specifically that could be configured and there was

24          also software provisioning packs that were provided to
```

```
 1        have been, for example, navigation might not have
 2        been enabled on one vehicle --
 3   A.   Correct.
 4   Q.   -- versus another?
 5             And voice recognition would be another one
 6        of those?
 7   A.   Correct.
 8   Q.   Okay.  Can you think of any others?
 9   A.   I believe traffic directions and information was one.
10        That's all that I can recall specifically.
11   Q.   Okay.  Other than those three that we just talked
12        about, was there a base software within the SYNC Gen2
13        system that was common across all of the vehicles it
14        went into in the United States?
15             MR. HAMMACK:  Object to form, vague.
16             THE WITNESS:  So it would completely depend
17        on a specific date and time.
18   BY MR. WEAVER:
19   Q.   Okay.  Let me ask you a specific case.
20             For example, version 3.5, okay, when that
21        went into cars in 2012 and 2013, was there a single
22        version of 3.5 that went into all of the vehicles in
23        the United States?
24             MR. HAMMACK:  Object to form.
```

```
 1                      THE WITNESS:  Yes, to my knowledge.  The
 2         base software portion --
 3                      MR. WEAVER:  Uh-huh.
 4                      THE WITNESS:  -- would have been the same
 5         if that was the only release of software for version
 6         3.5.  I -- what I don't remember is if there were any
 7         changes that went out specifically between to, you
 8         know, fix any issues or -- or anything like that.  But
 9         in general, it would have been the same.
10     BY MR. WEAVER:
11     Q.   Okay.  So for example, there was not a version of 3.5
12         that was written for the Ford Edge versus written for
13         the Ford 150 in the base software; is that right?
14                      MR. HAMMACK:  Object to form, vague.
15                      THE WITNESS:  Not the base software, no.
16     BY MR. WEAVER:
17     Q.   Okay.  How about for any other versions other than
18         3.5, were there separate versions written for separate
19         vehicles as far as the base software?
20                      MR. HAMMACK:  Same objection.
21                      THE WITNESS:  In terms of the base
22         software, not that I recall that there were any
23         differences.  The configuration would be different
24         depending on where the vehicle was going, right.  And
```

```
 1        I -- I do recall that there were now as there were
 2        additional -- there were -- there were different
 3        configurations.
 4                And I do recall now one program such as
 5        the -- the Raptor where a specific provisioning pack
 6        was provided for the welcome animation, for example.
 7        That vehicle had a specific welcome animation that was
 8        provided as a provisioning pack.
 9   BY MR. WEAVER:
10   Q.   Any other differences that you recall for the Raptor?
11   A.   No.
12   Q.   How about any other vehicles that had specific things
13        written for them in the United States?
14   A.   Not that I can recall for the U.S.
15   Q.   Do you know whether for cars within the U.S.
16        between -- over the life of the SYNC Gen2 system,
17        whether there was -- whether there were different
18        versions of Windows for automotive used at any time?
19   A.   I -- I vaguely recall that specifically as we worked
20        with Microsoft, Microsoft specifically took software
21        components from a more advanced base operating system,
22        Windows for Automotive, and back ported them for
23        SYNC Gen2.  What those specific components were and
24        the timing of that, though, I don't remember.
```

```
 1           you or whatever, okay?
 2                  So if you could look at the page 25, I want
 3           to ask you about a few things that appear on here.
 4      A.   Uh-huh.
 5      Q.   Okay.  You'll see that this is a table with certain
 6           things across the bottom, and I want to ask you what
 7           your understanding is of what a few of these things
 8           are.
 9                  The first here is stability.  What do you
10           understand stability to mean within the SYNC Gen2
11           context?
12      A.   In the SYNC Gen2 context and in this context --
13      Q.   Okay.
14      A.   -- it details the fact that there is TGWs identified
15           here.
16      Q.   Yes.
17      A.   This is -- if the data did come through a TGW impact,
18           meaning through a J.D. Power study --
19      Q.   Uh-huh.
20      A.   -- or something like that, stability would mean a
21           freeze of the system generally, would be
22           defined as a freeze of the system or a reboot of the
23           system or other symptoms by which the customer
24           was noticing -- how should I say?  Inconsistent
```

1      operation.
2  Q.  Okay.
3  A.  So --
4  Q.  Later on down here, there -- it's like the eighth or
5      ninth down here, there's SYNC Inop/Black Screen; do
6      you see that?
7  A.  Yes, I do.
8  Q.  Okay.  Was that -- is that a stability issue or do
9      you know why it would be listed out separately from
10     stability?
11          MR. HAMMACK:  Object to form.  Calls for
12     speculation.
13          THE WITNESS:  No.  I don't know why it
14     would be listed out separately.
15 BY MR. WEAVER:
16 Q.  Okay.  Because under your definition, I mean, you
17     would understand that a black screen would be a
18     stability issue; is that right?
19 A.  A black screen may be a stability issue.
20 Q.  Okay.  In what instance would a black screen not be a
21     stability issue?
22 A.  One example would be in the HMI context.  If a
23     customer reported, for example, that a portion of the
24     screen was black where they normally would have

```
 1                  MR. HAMMACK:  Object to form.
 2                  THE WITNESS:  To my recollection, right,
 3        there was effort specifically to develop HMI updates,
 4        as well as resolve specific issues in the system over
 5        that time period.
 6   BY MR. WEAVER:
 7   Q.   And how many people at Ford were working on testing in
 8        the 2012 for -- let's say for the first eight months
 9        of 2012, how many people at Ford were trying to use
10        either benches or drive tests to figure out how
11        SYNC Gen2 was operating?
12   A.   To be honest, I don't remember the number, sir.
13   Q.   Was it dozens?  Hundreds?
14   A.   There was an -- our engineering team.
15   Q.   Uh-huh.
16   A.   There were VOCF testers that our VOCF fleet runs in
17        terms of processes there.  There were -- I know when
18        we engaged with Microsoft, they were obviously driving
19        the software and testing on benches, but in terms of
20        complete number, I don't recall.
21   Q.   Okay.  Can you give me a -- was it more than fifty?
22   A.   At Ford?
23   Q.   At Ford.
24   A.   Ford and Microsoft together, it was definitely
```

```
 1        together more than 100.
 2   Q.   Okay.
 3   A.   To my knowledge, right.
 4   Q.   Pretty much working full time on working on SYNC Gen2?
 5   A.   Uh-huh.
 6   Q.   Okay.  And at this point, how long had SYNC Gen2 been
 7        out as of August 2012?  A couple years?
 8   A.   My current recollection is that SYNC Gen2 launched in
 9        August of 2010.
10   Q.   Okay.
11   A.   That's my recollection.
12   Q.   Okay.  So about two years before this email?
13   A.   Correct.
14   Q.   Okay.
15   A.   Uh-huh.
16   Q.   Do you know -- by the way, do you know when SYNC Gen2
17        was first put into a vehicle?
18   A.   I don't.
19   Q.   Okay.
20   A.   No.
21   Q.   How many benches was Ford using at -- in the August
22        2012 period?
23   A.   Sir, I don't know offhand.
24   Q.   Okay.  Was it the sort of thing where everybody at
```

Confidential - Subject to Protective Order

 1      of the SYNC Gen2 software; is that your understanding

 2      of this as well?

 3              MR. HAMMACK:  Object to form, foundation.

 4              THE WITNESS:  No, not necessarily.  So this

 5      document in the binning exercise that would have

 6      generated this type of document would be a specific

 7      projection based upon current knowledge of the system

 8      at the time, in an attempt to project what the

 9      resolution was.  That's my understanding.

10   BY MR. WEAVER:

11   Q.  Okay.  So when did My -- when did My Early Plus, when

12      was that -- do you know when that was released?

13   A.  Not offhand.  The previous document --

14   Q.  You can refer to --

15   A.  If it's true --

16   Q.  You can refer to 1129.

17   A.  Right.

18   Q.  So My Early Plus was 3.2; is that right?

19   A.  Correct.

20   Q.  Okay.

21   A.  And that's under the SYNC marketing name My Early Plus

22      and then the row that says 3.2.2.

23   Q.  Let me ask you more generally.  What did you

24      understand -- during your time as SYNC Gen2 software

| | | |
|---|---|---|
| 1 | | supervisor, what did you understand the primary types |
| 2 | | of problems to be with that -- with SYNC Gen2 in its |
| 3 | | performance? |
| 4 | A. | At the time, my recollection, right, was that there |
| 5 | | were some key areas that matched general performance |
| 6 | | even of other products that we have, right. |
| 7 | | The highest TGW generators, in general, based |
| 8 | | upon customer feedback to us -- |
| 9 | Q. | Uh-huh. |
| 10 | A. | -- whether it be by design or what have you were |
| 11 | | navigation, voice, phone.  Those were, in general, the |
| 12 | | three top areas of concern usually. |
| 13 | Q. | Okay.  How about stability, was that one of the top |
| 14 | | concerns? |
| 15 | A. | It was near the top, uh-huh. |
| 16 | Q. | Okay.  I'd like to refer you to page 49, if you could. |
| 17 | A. | Again, that's the number on the slide? |
| 18 | Q. | The internal -- the internal slide -- |
| 19 | A. | Okay. |
| 20 | Q. | -- number. |
| 21 | A. | Okay. |
| 22 | Q. | Not the -- |
| 23 | A. | Thank you. |
| 24 | Q. | -- Bates numbers that's been slapped on, okay? |

```
 1        follow-up questions.
 2                THE WITNESS:  Okay.
 3                     EXAMINATION
 4   BY MR. HAMMACK:
 5   Q.   Mr. Ostrowski, do you recall earlier that
 6        Mr. Weaver was --
 7                MR. HAMMACK:  Do I need a new microphone?
 8                VIDEO TECHNICIAN:  I'm just going to move
 9        it right there.  That's fine.
10                MR. HAMMACK:  Okay.
11   BY MR. HAMMACK:
12   Q.   Do you recall that Mr. Weaver was asking you earlier
13        today about whether the base software for MyFord Touch
14        was the same for all vehicles or the specific version
15        of the MyFord Touch in the U.S.?
16   A.   Yes.
17   Q.   And what is your understanding of the phrase "base
18        software"?  What do you understand that to mean?
19   A.   Base software, my understanding is the CCPU image.
20   Q.   Is that the only software that is part of the MyFord
21        Touch?
22   A.   No.
23   Q.   What other software is part of the MyFord Touch?
24   A.   There was the voice recognition application, an app
```

```
 1                  CERTIFICATE OF NOTARY
 2    STATE OF MICHIGAN )
 3                     ) SS
 4    COUNTY OF OAKLAND )
 5
 6           I, KIMBERLY H. KAPLAN, certify that this
 7    deposition was taken before me on the date
 8    hereinbefore set forth; that the foregoing questions
 9    and answers were recorded by me stenographically and
10    reduced to computer transcription; that this is a
11    true, full and correct transcript of my stenographic
12    notes so taken; and that I am not related to, nor of
13    counsel to, either party nor interested in the event
14    of this cause.
15
16
17
18
19
20           [Signature: Kimberly H. Kaplan]
21              KIMBERLY H. KAPLAN, CSR-5096, RPR
22              Notary Public,
23              Oakland County, Michigan
24    My Commission expires: August 5, 2016
```