# EXHIBIT 12

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2

 3    THE CENTER FOR            )
      DEFENSIVE DRIVING,        )    IN RE:
 4                              )
          Plaintiff,            )    MYFORD TOUCH
 5                              )    CONSUMER LITIGATION
      vs.                       )
 6                              )    Case No.
      FORD MOTOR COMPANY,       )    3:13-cv-03072-EMC
 7                              )
          Defendant.            )
 8

 9
              TUESDAY, OCTOBER 13, 2015
10
       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11                      - - -

12           Videotaped deposition of Jeremiah
13    Bragg, held at the offices of DYKEMA GOSSETT,
14    PLLC, 400 Renaissance Center, Detroit,
15    Michigan, commencing at 9:09 a.m., on the
16    above date, before Carrie A. Campbell,
17    Registered Merit Reporter, Certified Realtime
18    Reporter, Certified Shorthand Reporter,
19    and Certified Court Reporter.
20

21                      - - -
22            GOLKOW TECHNOLOGIES, INC.
23       877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
```

```
 1   connotations,' so they don't become public."
 2            Do you see where I read that
 3   from?
 4       A.   Yes.
 5       Q.   So do you agree or disagree
 6   with that?
 7       A.   I can see why they said don't
 8   use it.  Personally, I don't agree a relaunch
 9   is negative.
10       Q.   So you don't think relaunch has
11   a negative connotation?
12       A.   I personally don't.
13       Q.   Okay.  And then Mr. Colella
14   further up the chain says, "I thought we were
15   gonna -- we're going to go with 'polished
16   turd' instead."
17            Do you see where I read that
18   from?
19       A.   I do.
20       Q.   And then you responded, "That's
21   what I was going to use, but I guess they
22   don't want that to rub off either."
23            What did you mean by that?
24       A.   At that point in time we were
```

1  releasing another version of code.
2      Q.     Uh-huh.
3      A.     There was some frustration in
4  there for some of us engineers, myself
5  included, where a lot of our work was
6  being -- you know, we were doing our work,
7  identifying issues, what can we do to correct
8  them.
9              But ultimately what we were
10 working on or our proposals for what to fix
11 weren't being prioritized to be in the next
12 software release.  They were prioritizing --
13 I believe that was corresponding to what we
14 called 3.0.
15             So there was frustration on my
16 end as far as you work day in and day out,
17 and then they come in and decide that what
18 you were working on we were going to -- they
19 were going to prioritize HMI changes with
20 that, which were taking a large number of the
21 resources.
22             So in the end, they were going
23 to address some other issues other than what
24 I was working on, what I thought would be --

1  been more beneficial to fix.
2               The goal of the team overall
3  was to reduce the amount of TGWs or concerns
4  that customers have had.
5               Overall, once said and done,
6  once the software was released, that goal was
7  accomplished, so that was a good thing.  But
8  at the time, there was some frustration on my
9  part.
10      Q.    Getting there was difficult?
11      A.    Yes.
12      Q.    Who wasn't prioritizing your
13  concerns?
14      A.    So that would have been up the
15  management chain.  We had -- I don't know
16  exactly which person decided what area got
17  prioritized.
18               From my level, meaning the
19  engineering level, this would have been when
20  I was the -- in the warranty engineering.  So
21  I said, "Hey, here are the concerns that
22  we're seeing across warranty.  You know, here
23  was the feedback from the TGW results, the
24  verbatims that we had.  You know, these are

1  areas of concern."
2           You know, I felt that we could
3  have, you know -- at the time felt that we
4  could have spread across a few different
5  areas more of the resources to -- to work on
6  concerns that were in various areas, but at
7  the time, I don't know if it was Graydon,
8  Gary, or anybody above or below those
9  positions.
10      Q.    Or John Schneider?
11      A.    John Schneider would have been
12  in the middle, yeah.  He's a chief so he
13  would have been between Graydon and Gary, you
14  know, who decided what priorities were being
15  set and where we wanted to spend those
16  resources.
17      Q.    And so, again, what public
18  version number would this have been?
19      A.    On the table we had earlier, it
20  would have been 3.02.  Generally it would
21  have been referred to as 3.0.
22      Q.    So that would have been in the
23  year 2012, correct?
24      A.    Yes.

1  top of my head.  It would probably be -- if I
2  had to guess, it would have been voice, phone
3  or media or navigation.
4       Q.    And what's -- and you named
5  those four items, but what's left in the
6  MyFord Touch?
7       A.    You would have -- for different
8  areas you would have radio control; you would
9  have clock; you would have stability was one,
10 which is just overall -- I guess software
11 health might be a way to describe it.  Not
12 the best way.
13            We have rearview camera.  You
14 would have calendars in there.  There are --
15 we have 20 -- 20-ish categories that we
16 distribute those verbatims under.  I don't
17 remember all 20 off the top of my head.
18      Q.    But is it fair to say that the
19 majority of TGWs you've seen related to the
20 MyFord Touch system include voice, phone,
21 media or navigation?
22      A.    Those are usually on the higher
23 end, yeah.
24      Q.    Okay.  And that's true with all

1  the software versions?
2       A.    Yes.  Probably even the same
3  into Gen 1 as well, other than anything with
4  HMI, because Gen 1 didn't deal with that.
5  But phone and media are usually high on the
6  concern list even with that.
7       Q.    How about software version 3.8,
8  have you seen any TGWs on that yet?
9       A.    You wouldn't -- we won't see
10 TGWs for 3.8 for a while just due to --
11 because the GQRS survey is sent out at
12 specific times, and then the results are
13 reported those same times.
14             So 3.8 was released very
15 recently, last month, and because we're
16 already at the end of the year, I don't think
17 new surveys will go out for vehicles that
18 have been in service for three months.  So
19 since we just released 3.8 last month, we
20 would -- excuse me, we wouldn't -- a vehicle
21 with 3.8 in it would not even be --
22 "qualified" probably is not best term, but
23 qualified to even partake in the GQRS survey
24 until it's -- somebody's owned the vehicle

1                One, FCSD utilized something
2    called EFC, electric field communication,
3    that could have directed them to stop doing
4    this.
5                There could have been an
6    opportunity for an SSM indicating not to do
7    this, to follow the pinpoint manual
8    procedures instead, which included indicating
9    to perform a reset.
10               There could have been --
11   through the technical hotline, if dealerships
12   called in, they could have also indicated to
13   perform a reset as opposed to a module
14   reflash.
15               So there were different avenues
16   in which it can be done.
17        Q.    Are you familiar with the term
18   MISRA, M-I-S-R-A?
19        A.    No, MISRA.
20        Q.    No?
21              So is it fair to say you don't
22   know if the MyFord Touch is MISRA compliant
23   or not?
24        A.    I would say so, because I don't

1   know what it means.

2           (Bragg Exhibit 1096 marked for

3       identification.)

4   QUESTIONS BY MR. SCHELKOPF:

5       Q.   Okay.  Exhibit 1096, please

6   take an opportunity to review it and let me

7   know when you're finished.

8       A.   Okay.

9       Q.   So if we look at the e-mail

10  from Mr. Garrett to you and Gary Jablonski,

11  he reads -- or he wrote that, "The SYNC

12  module has bubbled to the top of the

13  corporate spend checklist, surpassing even

14  batteries, so now it is getting -- now is

15  getting extra attention in Bennie Fowler's

16  weekly BPR forum and needs some bumper

17  sticker commentary that only you can

18  provide."

19           Did you have an understanding

20  of what he meant?

21      A.   I'm assuming in one of the

22  e-mails there was a -- I think the first one,

23  North America warranty spend file PowerPoint

24  attached.  So bumper stickers is referencing

```
 1                    CERTIFICATE
 2
 3          I, CARRIE A. CAMPBELL, Registered
    Merit Reporter, Certified Realtime Reporter
 4  and Certified Shorthand Reporter, do hereby
    certify that prior to the commencement of the
 5  examination, Jeremiah Bragg was duly sworn by
    me to testify to the truth, the whole truth
 6  and nothing but the truth.

 7          I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.
10
            I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14
15
          [signature: Carrie A. Campbell]

17  CARRIE A. CAMPBELL,
    NCRA Registered Merit Reporter
18  Certified Realtime Reporter
    California Certified Shorthand
19  Reporter #13921
    Missouri Certified Court Reporter #859
20  Illinois Certified Shorthand Reporter
    #084-004229
21  Texas Certified Shorthand Reporter
    #9328
22  Notary Public

23  Dated:  October 26, 2015

24
```