# EXHIBIT 13

| | |
|---|---|
| From: | Ostrowski, Jeffrey (J.R.)</o=ford/ou=fordna1/cn=recipients/cn=jostrow7> |
| Date: | Sun Jan 15 2012 16:22:48 EST |
| To: | Jablonski, Gary (G.F.) </o=ford/ou=fordna1/cn=recipients/cn=gjablons> |
| Cc: | Blank |
| Bcc: | Blank |
| Subject: | Re: Priorities |
| Attachments: | |

No root cause on black screens yet, but MS now believes we've exposed a fundamental OS issue with the use of volatile registry keys.

Nothing yet on the install availability yet.
I'll send out an update on all open issues tonight.

Jeff


From: Jablonski, Gary (G.F.)
Sent: Sunday, January 15, 2012 03:14 PM
To: Ostrowski, Jeffrey (J.R.)
Subject: Re: Priorities


I have seen no response to this - nor am I copied on much coming back from MS.

Any progress on black screens or install issues?

Gary Jablonski


From: Ostrowski, Jeffrey (J.R.)
Sent: Friday, January 13, 2012 03:10 PM
To: Jablonski, Gary (G.F.); 'Mike.Glass@microsoft.com' <Mike.Glass@microsoft.com>; 'Kosar.Jaff@microsoft.com' <Kosar.Jaff@microsoft.com>; 'pranishk@microsoft.com' <pranishk@microsoft.com>; Huang, Henry (H.)
Cc: Mark O'Hanlon <markoha@microsoft.com>; Jamie Twidale (jamiet@microsoft.com) <jamiet@microsoft.com>; Westra, Mike (M.R.)
Subject: RE: Priorities


One other priority we need help with, as I just got out of our Beta Upgrade meeting with Graydon and Marketing:


We are getting SIGNIFICANT feedback on the Rear Camera Delay being set to ON in this release for tow-capable vehicles (Edge, MKX, Explorer, etc.). Graydon has asked for what it would take to turn this option OFF by default for the Beta 2 release (1/20/12).


I see two options:

1)   Create a special CAB that would change the registry value for Rear Camera Delay from ON -> OFF after the install process has been completed.  The issue with this option is that the setting will revert to ON whenever a customer may do a Master Reset.

2)   Make a QFE fix to MYEARLY (11346.1) to make the default setting OFF (this is PS Bug# 54847). This would require changing part numbers, etc., and re-releasing here on the Ford side.

Graydon has asked for an estimate on these options as soon as possible.  Pranish, Kosar, Mike – would it be possible to get a rough estimate in the next 24-48 hours?

Thanks,

Jeff


From: Jablonski, Gary (G.F.)
Sent: Friday, January 13, 2012 2:09 PM
To: Ostrowski, Jeffrey (J.R.)
Cc: 'Mike.Glass@microsoft.com'; 'Kosar.Jaff@microsoft.com'; 'pranishk@microsoft.com'; Huang, Henry (H.)
Subject: Priorities


Mike, Jaff, and Pranish: Just a short note to make 100% sure we are aligned on immediate priorities.

Black Screens: I see some mail that Susheel and team are making some progress. I am concerned we don't seem to be doing enough in Dearborn. Henry believes he can reproduce a black screen in our lab - it seems we could be helping collect more data for you. Impact of this issue is significant - ==every day we are building customer units that are probably unsaleable at this point.==

USB Update Issues: I want to make sure that next Friday's deadline for resolution is clear. We are laying all the groundwork for a second 1000 customer beta test depending on a new update package available next Friday. Impact if we miss next Friday is that I expect my management might cancel the USB update and jsut send customers to the dealers which would be costly and embarrassing for us (we have publically touted the upgradable MS platform). Again - is Ford doing everything we can to help you?

Gary Jablonski


From: Crystal Parker [mailto:cparker@microsoft.com]
Sent: Thursday, January 12, 2012 01:09 AM
To: Jablonski, Gary (G.F.); Ostrowski, Jeffrey (J.R.)
Cc: Mike Glass <Mike.Glass@microsoft.com>; Kosar Jaff <Kosar.Jaff@microsoft.com>; Pranish Kumar <pranishk@microsoft.com>
Subject: 1-12 Status Report

Here is the combined status report for MYEarly, BEV and MYEarly + for tomorrow's Graydon call. Let me know if you spot any issues.

Thanks,

Crystal

_____

Crystal Parker

Office: (425)-705-1413
cparker@microsoft.com