# EXHIBIT 14

| | |
|---|---|
| From: | Reitz, Graydon (G.A.)</o=ford/ou=fordna1/cn=recipients/cn=greitz> |
| Date: | Thu Jun 16 2011 03:23:45 EDT |
| To: | Jablonski, Gary (G.F.) </o=ford/ou=fordna1/cn=recipients/cn=gjablons> |
| Cc: | Schneider, John (J.H.) </o=ford/ou=fordna1/cn=recipients/cn=jschnei2> |
| Bcc: | Blank |
| Subject: | AW: AOCM Coverage - MFT issue on Mark's lease vehicle. |
| Attachments: | |

Gary,

Thanks for follow up.

Please check Doug for "story" and help required.

Thanks!

---

Von: Jablonski, Gary (G.F.)
Gesendet: Donnerstag, 16. Juni 2011 03:18
An: Reitz, Graydon (G.A.); Schneider, John (J.H.)
Betreff: Re: AOCM Coverage - MFT issue on Mark's lease vehicle.

Connie called me back later this morning. She confirmed Mark's screen did go black - but also recovered. I don't know what it took for it to recover (e.g. Ignition cycle or just time). Mark did not ask for any follow-up.

Further action with Mark or Doug S desired?

Gary Jablonski


From: Reitz, Graydon (G.A.)
Sent: Wednesday, June 15, 2011 05:08 PM
To: Schneider, John (J.H.); Jablonski, Gary (G.F.)
Subject: Fw: AOCM Coverage - MFT issue on Mark's lease vehicle.

Fyi


From: Nair, Raj (S.S.)
Sent: Wednesday, June 15, 2011 02:08 PM
To: Reitz, Graydon (G.A.)
Cc: Szopo, Douglas (D.S.)
Subject: Fw: AOCM Coverage - MFT issue on Mark's lease vehicle.

Graydon,
Szopo's also went blank.

Raj

From: Samardzich, Barb (B.J.)
Sent: Tuesday, June 14, 2011 11:42 PM
To: Nair, Raj (S.S.)
Subject: Fw: AOCM Coverage - MFT issue on Mark's lease vehicle.

FYI -

Barb Samardzich
VP, Global Product Programs

From: Curran, Judith (J.M.)
Sent: Tuesday, June 14, 2011 06:24 PM
To: Samardzich, Barb (B.J.); Reitz, Graydon (G.A.)
Cc: Thai-Tang, Hau (H.N.)
Subject: AOCM Coverage - MFT issue on Mark's lease vehicle.

Barb,
I covered you/PD at the AOCM today. No significant issues for PD with regards to stop-ships/launches, etc. The only comment worth mentioning is that Mark Fields indicated that he got the "dreaded black screen" on his Edge. He said he could see that this would be disconcerting for our customers; you don't know what else is going to fail after the screen fails.

Graydon,
Included you in the note to see if you think Mark has the latest MFT software drop in his lease vehicle.

Thanks!

Judy Curran
Vehicle Line Director, Global CD Segment Vehicles
Desk Phone - 313-337-3575
Cell Phone - 313-402-5095
jcurran1@ford.com