# EXHIBIT 15

| From: | Reitz, Graydon (G.A.) <greitz@ford.com> |
|---|---|
| Sent: | Thursday, April 25, 2013 4:09 PM |
| To: | Jablonski, Gary (G.F.) <gjablons@ford.com> |
| Cc: | Schneider, John (J.H.) <jschnei2@ford.com>; Frischmuth, Florian (F.) <ffrischm@ford.com> |
| Subject: | Re: Your SYNC Gen2 Concerns |

Also, please bcc me on my note to Hau. Thanks!

Sent from my iPhone

On Apr 25, 2013, at 10:01 PM, "Jablonski, Gary (G.F.)" <gjablons@ford.com> wrote:

> Graydon – Please confirm if this is OK.
>
> Hau,
>
> Regrettably, despite our steady improvements to the system (MY11 J1: 1014 TGW; MY12: 779 TGW; MY13 v3.0: 499 TGW; MY13 v3.5: 420 TGW), significant customer concerns remain. Every release has an overhead of 6-8 weeks of validation – each release we add to the schedule has the impact of delaying all the subsequent releases. We are challenged almost daily to find the balance of release frequency and to find the right places to draw lines between the releases.
>
> The facts around this particular decision are as follows:
> - This phonebook memory management concern has been in the system since MFT J#1 (MY11). In fact, this defect is in all of the competitive products using the same Microsoft platform
> - This defect manifests itself as a stability concern. Once the system is low on memory – all functions of the system can begin exhibiting anomalies (in Mark's experience his phone performance was the first noticeable degradation)
>   - We had objective data that even with this concern, stability of v3.5 was improved by more than 100% (mean time to failure in our high-stress system test increased from 6.6 hours to 13.8 hours)
>   - We now have v3.5 TGW data that correlates to our test data - customer reports of stability concerns are improved by 35% (v3.0 at 85 TGW; v3.5 at 58 TGW)
> - Our v3.6 launch plan has a planned production start of July 26. Planning an incremental release with Microsoft in advance of v3.6 would have delayed v3.6 by 6-8 weeks. This delay would have had the following impacts:
>   - A larger set of TGW improvements across the product (phone, UBS, voice recognition, other stability concerns) would have been delayed in getting to our customers
>   - A significant delay in v3.6 would result in missing a major portion of the MY14 J.D. Power sampling window
>
> Based on the above, I took the decision to bundle the phonebook memory fix with v3.6.
>
> On a related note – a collection of memory management improvements implemented in v3.6 thus far (this phonebook issue included) are currently demonstrating an incremental ~100%

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00372324

improvement in high-stress system test (from 13.8 hours to 24.6 hours). Our test team is currently reporting a near zero occurrence of customer visible reboots in their testing.

Please let me know if you need additional information.

Thanks!

Graydon


*Gary Jablonski*
*Manager, Infotainment Systems*
*Ford Electrical/Electronic Systems Engineering*
*Phone: (313)-84-54908 E-mail: gjablons@ford.com*

**From:** Thai-Tang, Hau (H.N.)
**Sent:** Thursday, April 25, 2013 6:54 AM
**To:** Jablonski, Gary (G.F.)
**Cc:** Schneider, John (J.H.); Reitz, Graydon (G.A.)
**Subject:** Fwd: Your SYNC Gen2 Concerns

Can you please provide details for response to Raj? BTW, I have the same failure mode on my F150. It started about 1 month ago and appears to occur during first minute or two after I get in vehicle and phone syncs. I can't make any calls or it will ring on the other end but does not connect. If I manually override, it gives me phonebook download error.

Regards,

Hau


Begin forwarded message:

> **From:** "Nair, Raj (S.S.)" <snair@ford.com>
> **Date:** April 24, 2013, 2:28:27 PM EDT
> **To:** "Thai-Tang, Hau (H.N.)" <hthaitan@ford.com>
> **Subject: Fwd: Your SYNC Gen2 Concerns**
>
> Where is this on our Pareto/prioritization?
>
> Thanks!
>
> Raj
>
> Begin forwarded message:
>
>> **From:** "Fields, Mark (.)" <mfields@ford.com>
>> **Date:** April 24, 2013, 14:26:10 EDT
>> **To:** "Nair, Raj (S.S.)" <snair@ford.com>
>> **Subject: FW: Your SYNC Gen2 Concerns**
>>
>> Is this for real…..do our customers literally have to wait for a fix until July!!!

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation          WLN2-00372325

==I started experiencing this back in early January…I don't even use the system anymore.==

---

**Mark Fields**
Chief Operating Officer
Ford Motor Company
Tel: 313-594-2264
Fax: 313-390-5182
mfields@ford.com

---

**From:** Jablonski, Gary (G.F.)
**Sent:** Tuesday, April 23, 2013 6:58 PM
**To:** Fields, Mark (.)
**Cc:** Schneider, John (J.H.); Reitz, Graydon (G.A.); Schneider, Constance (C.L.)
**Subject:** Your SYNC Gen2 Concerns

Mr. Fields: We've been working on a call from your office for an update on your SYNC Gen2 concerns.

From our team's last visit with you we have been working on three symptoms:
1) Attempt to perform voice command "Call <Name>" resulted in misrecognition within the first 30 seconds after ignition on (REPRODUCED)
2) Attempt to hang up a phone call using the Phone steering wheel button after ignition on was delayed for approximately 3 minutes and 20 seconds (REPRODUCED)
3) The HMI froze once while navigating a route on a previous drive cycle (NOT REPRODUCED)

**Issues #1 and #2: Phone Concerns**
We now have root cause of the primary issue causing BOTH symptoms #1 and #2. These symptoms are caused by a defect in the Microsoft *memory management of the Phonebook*.
<!--[if !supportLists]-->• <!--[endif]-->The fix for this defect is being developed and tested for the v3.6 release. We plan to start Beta testing v3.6 on July 8 and can provide an update for your car then
<!--[if !supportLists]-->• <!--[endif]--><u>There is a work-around for this concern on v3.5</u>. It involves disabling Automatic Phonebook Download (you'll still have a phonebook in your car, but new contacts that you add to your phone won't automatically be downloaded to SYNC).
    <!--[if !supportLists]-->o <!--[endif]--><u>I can send someone to implement this work-around for you right now. Let me know if you'd like me to work with Connie to do this</u>.
    <!--[if !supportLists]-->o <!--[endif]-->Alternatively, the instructions to implement the workaround (through the MFT

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00372326

menus) is at the bottom of this note if you'd prefer to do this yourself

**Issue #3: Navigation Concern**

<!--[if !supportLists]-->•   <!--[endif]-->We do not have a confirmed fix of this issue, and given no reproduction and no data we probably won't be able to confirm a fix.  This said, Microsoft continues to make steady progress in the fundamental stability of MFT.  Data we received today shows *v3.6 tracking to 100% improvement in mean time to failure in our stability tests*.  To the extent stability and your navigation freeze is correlated, we expect the occurrences of this concern to be significantly reduced.

Let me know if you have any questions, or if you have new symptoms of concern.

Steps to Resolve Phonebook Download Issue
========================================

With the phone connected via Bluetooth and the phone book download completed:

<!--[if !supportLists]-->1)   <!--[endif]-->Set the Auto Phonebook Download setting on SYNC to OFF via the Phone Settings Menu. This can be found by pressing the Gear Icon (bottom silver bezel menu on the bottom of the screen)> Settings> Phone> Manage Phonebook> Auto Phonebook Download> Off.
<!--[if !supportLists]-->2)   <!--[endif]-->Delete the phonebook for the connected phone by selecting Delete Phonebook > OK (in the same Manage Phonebook menu).
<!--[if !supportLists]-->3)   <!--[endif]-->Select Re-download Phonebook > OK (in the same menu Manage Phonebook menu).

Please note that the above steps MUST BE followed in the order listed. With this feature set to off:

*Gary Jablonski*
*Manager, Infotainment Systems*
*Ford Electrical/Electronic Systems Engineering*
*Phone: (313)-84-54908 E-mail: gjablons@ford.com*

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-00372327