# EXHIBIT 16

1                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
2

3   IN RE:                     ) CASE NO. CV 13-3072-EMC
                               )
4   MYFORD TOUCH CONSUMER       ) VIDEOTAPED
    LITIGATION                 ) DEPOSITION OF
5                              ) THOMAS MITCHELL
    - - - - - - - - - - - - - - -
6

7           VIDEOTAPED DEPOSITION OF THOMAS MITCHELL,

8   taken before Brianne L. Starkey, RPR, CRR, CSR within

9   and for the State of Iowa, beginning at 9:03 a.m., on

10  May 28, 2015, at the Hilton Garden Inn Sioux City

11  Riverfront, 1132 Larsen Park Road, Sioux City, Iowa.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              MS. GANNON:  Through the subsequence

2   of -- sorry.  I always get confused when this question

3   comes up.

4              So Ford told you a variety of things prior

5   to October of 2010.  Based on the last four or five

6   years of owning the vehicle, do you think any of those

7   statements they made at that time period were not

8   accurate?

9   BY MR. DOREY:

10      Q.   Yes.  Please answer Ms. Gannon's question.

11      A.   Well, I'm assuming -- Ford Motor Company

12   didn't talk to me directly, but I'm assuming through

13   advertisements and what they had on their website and

14   things, the -- I believe that they misrepresented

15   the -- the reliability of the MyLincoln Touch.

16              The -- it's had a series problems as far as

17   the reliability of voice commands, the resetting of

18   the -- of the system overall while you're driving,

19   okay, which causes a safety issue.

20              On the backup camera, it's locked up and

21   showed an image there that didn't represent what you

22   were really backing up into, which I felt posed a

23   safety issue on there because you're not seeing what's

24   really there.

25      Q.   Remind me, what specifically, if anything,

1               (At 10:12 a.m., with parties present as

2     before, the following proceedings were had, to-wit:)

3                    VIDEOGRAPHER:  The time is 10:12 a.m.

4               Counsel, we're back on the record.

5     BY MR. DOREY:

6          Q.    Mr. Mitchell, do you believe that your

7     2011 MKX is unsafe?

8                    MS. GANNON:  Objection to the extent it

9     calls for an expert or legal conclusion.

10    BY MR. DOREY:

11         Q.    You can answer.

12         A.    When it comes to the MyLincoln Touch, I

13    believe it is unsafe on there because of the

14    unreliability of voices and voice commands and you're

15    forced to use -- take -- get distracted from the

16    controls and use the touch panel instead of having to

17    rely on voice.

18         Q.    And that's true today?

19         A.    Yes.

20                    (Exhibit No. 347

21                    marked for identification.)

22    BY MR. DOREY:

23         Q.    Mr. Mitchell, I've just handed you what's

24    been marked as Exhibit 347.  It has the Bates

25    Nos. Mitchell 000607 through 608.

1          Q.    So the fact of the nonrecognition, did that
2    make you feel unsafe?
3          A.    I would say so.
4          Q.    Okay.  And you -- before this thing happened
5    probably last weekend, you thought that this
6    particular feature of the MyLincoln Touch could make
7    you unsafe, right?
8          A.    Yes.
9          Q.    So why would you use it if that's what you
10   felt?
11         A.    Well, it was intermittent on whether the
12   voice commands are recognized or not.  Okay?  About
13   50 percent of the time when you specify call XYZ on
14   there, it will come up with a whole list of things
15   because it doesn't recognize it, and you have to go to
16   the touch panel to select the number you want to call
17   on there.
18              That's the part I consider unsafe is when
19   you have to distract yourself from driving to go to
20   the touch panel on there.
21              So I don't take it to the extent where I let
22   it be unsafe on there.  If it does that type of thing
23   where it doesn't recognize the command then I -- that
24   I'm speaking on there, I avoid using it.
25         Q.    Okay.  When was the last time, if you can

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
 3   IN RE:                    ) CASE NO. CV 13-3072-EMC
                               )
 4   MYFORD TOUCH CONSUMER     ) VIDEOTAPED
     LITIGATION                ) DEPOSITION OF
 5                             ) THOMAS MITCHELL
     - - - - - - - - - - - - -
 6
 7              VIDEOTAPED DEPOSITION OF THOMAS MITCHELL,
 8   taken before Brianne L. Starkey, RPR, CRR, CSR within
 9   and for the State of Iowa, beginning at 9:03 a.m., on
10   May 28, 2015, at the Hilton Garden Inn Sioux City
11   Riverfront, 1132 Larsen Park Road, Sioux City, Iowa.
     _____/
```

VERIFICATION OF DEPONENT

I, having read the foregoing deposition
consisting of my testimony at the aforementioned time
and place, do hereby attest to the correctness and
truthfulness of the transcript.

_____
Thomas Mitchell
Dated: 6/21/15

1