# EXHIBIT 17

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
   ----------------------------------------x
 3  IN RE:
 4
 5  MYFORD TOUCH CONSUMER LITIGATION.
 6
    Case No.:  13-cv-3072-EMC
 7  ----------------------------------------x
 8
 9                     7 Times Square
                       New York, New York
10
                       January 17, 2015
11                     8:01 a.m.
12
13          Videotaped Deposition of JEFFREY MILLER,
14  pursuant to Notice, before Sophie Nolan, a Notary Public
15  of the State of New York.
16
17
18
19
20
21
22
23
24
25
```



```
 1   claim against Ford Motor Company for the MyFord Touch
 2   system.
 3        Q.    And do you understand that this is a class
 4   action?
 5        A.    I do.
 6        Q.    And what does that mean to you?
 7        A.    It just means that there's -- that there are
 8   multiple states involved in this and there are class
 9   representatives in each state that represent, you know,
10   their class of plaintiffs in those states.
11        Q.    Okay.  So we talked a little bit before about
12   some of the problems that you've had with the MyFord
13   Touch.
14              MS. GANNON:  Objection, misstates evidence.
15        We haven't actually talked with specific problems.
16        Q.    So have you had problems with your MyFord
17   Touch in your vehicle?
18        A.    I have.
19        Q.    So what are those problems?
20        A.    I have had a number of issues relating to the
21   navigation system, relating to the audio entertainment
22   system, relating to just general functioning of the
23   system itself.  Those issues include, but are not limited
24   to, things such as freezing, things not connecting,
25   phones not connecting, connecting badly, phone calls not
```



```
 1   going through, the system not recognizing voice commands
 2   and other general malfunctions.
 3       Q.    Such as what?
 4       A.    I'm having a hard time recalling at this very
 5   moment, but that doesn't mean that there aren't other
 6   things.  I'm just drawing a blank.
 7       Q.    You mentioned that you had problems with the
 8   navigation?
 9       A.    Yes.
10       Q.    What problems were those?
11       A.    A lot of times the navigation would be slow
12   to respond.  So if I made -- if I tried to use a voice
13   command, it would -- it would take several times, if at
14   all, for the system to recognize the commands that I was
15   giving.  The system itself, the maps, were sometimes
16   inaccurate.  The positioning of the -- the positioning of
17   the -- the sort of where you are would be off sync with
18   the roads I was on itself.
19              So, it would not correctly navigate me
20   because it would think that I was somewhere where I was
21   not.  Freezing up during the navigation process specially
22   where I was someplace where I didn't know exactly where I
23   was supposed to go and the system deciding to do a
24   scheduled maintenance in the middle of it, you know,
25   causing distraction which, you know, quite frankly, could
```



1  have led to -- you know could have led to me not being
2  able to operate the vehicle correctly given that where I
3  was.
4            And especially in New York City.  You've
5  got -- you've got interchanges and all of these places
6  where you're supposed to have your eyes on the road the
7  whole time and if I'm having to deal with a navigation
8  system that's not doing what it's supposed to be doing,
9  that's a big distraction and it can be a safety hazard.
10       Q.    So, you said that it was slow to respond when
11  you put in voice commands, is that right?
12       A.    That's one of the issues, yes.
13       Q.    And was it slow to respond when you gave it
14  an input in another method, such as touch?
15       A.    I didn't use touch a whole lot because touch
16  does require you to be parked when you do it.
17       Q.    But was it slow to respond if you did do it
18  with touch?
19       A.    Well, it's always been sort of a slow system
20  to begin with, so, yes.
21       Q.    Okay, and the problem with it being slow to
22  respond to your voice commands was that confined to the
23  GPS or were there other problems where the MFT was slow
24  to respond to your voice commands?
25       A.    It wasn't confined to the GPS, no.



```
 1         A.     An HTC-1 ME, which I'm currently using; an
 2   HTC DNA -- actually, I'm sorry, it's only been two phones
 3   because I purchased the HTC DNA in January of 2013.
 4         Q.     Okay.  And did you observe any differences in
 5   the not pairing problem as between the two phones?
 6         A.     No.
 7         Q.     What other problems did you have with pairing
 8   your phone with the MyFord Touch, if anything?
 9         A.     Well, so, when I would pair the phone itself
10   and we're talking about phone function, not audio
11   function, it would -- I would have a number of instances
12   where I would use the voice command system to call a
13   particular person.  And several times the system would
14   not recognize the person's name that I was speaking
15   despite being very clear and only having, you know, only
16   having a couple of people in my contacts where it could
17   even remotely register.
18                And then if it got past that, then it
19   would -- then I would have instances where I would --
20   where the call would go through, and where I would be
21   unable to hear the other person on the other line.  And
22   sometimes I could really quickly pick up my phone and get
23   the call through my phone itself but, other times I
24   wouldn't even be able to do that.
25         Q.     Now, this problem with the voice system not
```



```
 1   recognizing the names of the folks that you're trying to
 2   call, what would you do when that happened?
 3       A.   There's a couple of things that I would do.
 4   I would either get frustrated and just pick up my phone
 5   and make the call from there, which is obviously a
 6   distraction issue and not only that, it's technically
 7   against the law in the State of New York.  So I was
 8   risking getting a ticket by doing that.
 9            So that was usually the main -- the main way
10   that I would solve the problem, but that wouldn't solve
11   it either because then there would be times that I would
12   do that and the call would again go through, but I would
13   see that it was connected and there would be no -- there
14   would be no response from anybody on the other side and I
15   couldn't hear anything, but then people would say that
16   they heard me, but I wasn't -- I wasn't able to
17   communicate with them.
18       Q.   So let's break this into two parts.
19       A.   Sure.
20       Q.   We talked about the system not understanding
21   the name of the person that you wanted to call.
22       A.   Okay.
23       Q.   And then would you always pick up your phone
24   and dial the person's name when they didn't understand
25   you --
```



```
 1  lessened?
 2      A.      That is actually one of the areas where I can
 3  say the update made a difference in the performance of
 4  the system.
 5      Q.      When did the update happen?
 6      A.      I got the update in September of 2013.
 7      Q.      Would you categorize this particular issue as
 8  minor?
 9      A.      I'm not sure that that's -- that those are --
10  that that's the correct frame of reference because
11  anything that causes you distraction while you're
12  driving, that can cause you to take your eyes off the
13  road and to be distracted can lead to an accident, a
14  ticket.  So minor is not -- is not a right way to think
15  of these problems.
16      Q.      What is the right way to think about them?
17      A.      As serious distractions.  You're driving a
18  vehicle.  It's supposed to function in a way that is
19  not -- that you're not supposed to have to take your eyes
20  off the road.
21              So anything that causes you to take your eyes
22  off the road even for a split second you're increasing
23  your odds of a serious incident.
24      Q.      So, is it fair to say that this is a serious
25  problem that you had?
```



```
 1      A.    Yes, yes.
 2      Q.    And we'll go down a little bit.  "The MyFord
 3  Touch system in plaintiff's subject vehicle frequently
 4  began to exhibit the following problems" --
 5            MS. GANNON:  I'm sorry, which line are you
 6      at?
 7            MR. DOREY:  Unfortunately it's offset, but it
 8      appears to be between five and six.
 9            MS. GANNON:  Thank you.
10      Q.    "Frequently began to exhibit the following
11  problems:  System lockup or total system failure,
12  nonresponsiveness to peripheral devices including
13  plaintiff's iPod iPhone 4S, HTC Resound and HTC droid DNA
14  devices," and there's a parenthetical statement.  "Lag in
15  Bluetooth phone connection, failing to connect when call
16  is answered."
17            What does "failing to connect when call is
18  answered" mean?
19      A.    That would mean that if I tried to -- if a
20  call came in and I pressed the button to answer the call,
21  I would not -- I would not be connected to the person I
22  was speaking to.
23      Q.    When did this first happen?
24      A.    It's -- with everything else, it's a problem
25  that happened early on, but I can't -- you know, it's
```



```
 1  times when it's happened a couple of times in the same
 2  day and there are times when I've gone a month or two
 3  months without it happening.
 4      Q.    Is this, in your mind, a serious problem with
 5  the MyFord Touch?
 6      A.    I'm going to give the same answer I've given
 7  which is anything that causes me to be distracted from my
 8  driving is a serious problem.
 9      Q.    So this was a serious problem?
10      A.    Anything that causes me to become distracted
11  from my driving is a serious problem, was, is -- it's
12  all-encompassing.  Any time I'm distracted while I'm a
13  driving, that's a serious problem.
14      Q.    So failing to connect when a call is answered
15  distracted you?
16      A.    Absolutely.  If I have to reach for another
17  means or if I have to look down at the screen or if I
18  have to find another -- find another means to deal with a
19  problem while I'm in a vehicle that's traveling at
20  anywhere between 30 and 60 miles an hour, that creates an
21  unsafe condition, yes.
22      Q.    Did you consider your vehicle to be unsafe as
23  a result of these issues --
24            MS. GANNON:  Objection.
25      Q.    -- after you purchased it within the first
```



1     at some point within the first 90 days or so.
2              MR. DOREY:  Yes.
3              MS. GANNON:  Not the first 30 to 90 days.
4              MR. DOREY:  Right.  So let's rephrase.
5        Q.    Within the first 90 days of owning the
6   vehicle, is it safe to say that you felt there were
7   multiple times that the vehicle was unsafe as a result of
8   what the MyFord Touch was doing?
9        A.    Yes.
10       Q.    Would you say that the MyFord Touch within --
11  sorry, let me rephrase.
12             Would you say that within the first 90 days
13  of owning the vehicle, you had a safety issue every day
14  you drove the car?
15       A.    That's -- I can't say every day I drove the
16  car because that would have to say that there was a
17  problem happening every day and I can't -- you know, I
18  can't say anything happened every day.
19       Q.    Did at least one safety concern arise every
20  week within the first 90 days of owning the vehicle?
21       A.    I would say -- I would say yeah, yes.
22       Q.    More than once a week?
23       A.    Whenever -- whenever the -- whenever the
24  system acted in such a way that, you know, that I had
25  to -- that I had to take my eyes off the road or become



```
 1   distracted.
 2       Q.      And since the update to software version 3.6,
 3   has your -- have your concerns about safety in the
 4   vehicle lessened?
 5       A.      I've had fewer problems, so obviously I've
 6   had fewer problems but that doesn't -- that doesn't mean
 7   that it's necessarily lessened.  It just means that I'm
 8   not concerned, say, as many times.
 9       Q.      So it's fair to say that since the 3.6
10   update, there are fewer instances where you are concerned
11   about safety in your vehicle on --
12              MS. GANNON:  Objection, mischaracterizes
13       testimony -- I'm sorry.
14              MR. DOREY:  It's just a question.  I'm asking
15       him if it's safe to say --
16       A.      I don't know that you could -- I don't know
17   that you could -- that you could categorize it that way.
18   I would say that I've had fewer problems with some things
19   since the update.
20              I'm not going to say that the update didn't
21   do any good, but, you know, issues of safety are issues
22   of safety.  Issues of distracted driving are issues
23   regardless and there are a number of things that I've
24   done to mitigate that, most of which involves me just not
25   using certain features; which why did I pay all of this
```



```
 1   money for a vehicle that I'm just going to have to stop
 2   using features.
 3            Because I have actually had an instance of my
 4   son telling me, "Dad, you're taking your eyes off the
 5   road.  Just, you know, just do it -- you know, just don't
 6   worry about it."
 7       Q.    What features have you stopped using with the
 8   MyFord Touch?
 9       A.    A lot of voice commands.  So I don't ever try
10   to get it to call somebody by voice.  I'll actually pick
11   up my phone and use Google's voice commands to call
12   because Google's voice commands never fails; it gets the
13   right name right off the bat all the time.
14            I've also stopped asking it to locate
15   specific points of interest because for whatever reason
16   unless it's -- you know, unless it's a Starbucks or a
17   Wal-Mart, it does not seem to -- it does not seem to
18   recognize points of interest.
19            Addresses, sometimes.  I'd say more often
20   but, you know, points of interest, no.
21       Q.    Are there any other features of the MyFord
22   Touch that you've stopped using?
23       A.    I don't -- I don't connect my phone via the
24   USB port anymore.
25       Q.    Let's dig into that a little bit.
```



1  A.   I'm -- I don't remember exactly where the
2  damage was.  I think most of it was further back, but I
3  don't remember.
4      Q.   Okay.  Do you have any reason to believe that
5  the description of work done on your vehicle and this
6  document is inaccurate?
7           MS. GANNON:  Objection.  The document speaks
8      for itself and calls for speculation.
9      A.   Yeah, I wouldn't be able to argue with
10 anything that the document says.  I'm not a repair
11 expert.
12     Q.   Okay.  Going back to your discussion of the
13 problems that you've experienced with the MyFord Touch,
14 correct me if I'm wrong but I understood that you said
15 that within the first month of owning the vehicle you
16 realized that there were problems with the MyFord Touch.
17     A.   I would say that within the first month
18 definitely I started to see problems, yes.
19     Q.   And within the first month did you think that
20 those problems were serious?
21     A.   I thought that they were serious to the
22 extent that they caused distraction and obviously
23 distraction is serious.
24     Q.   And that, in your mind, is a safety issue;
25 correct?



```
 1      A.      It is.
 2              (Defendant's Exhibit 136, document Bates
 3      stamped Miller 000540 through Miller 000541, marked
 4      for Identification.)
 5      Q.      Mr. Miller, we're handing you what's been
 6 marked as Exhibit 136 it bears the albums Miller 000540
 7 to 541.  Do you recognize this document?
 8              MS. GANNON:  Take your time to review it if
 9      you need to.
10      A.      I do.
11      Q.      Is this an e-mail discussion between you and
12 Mr. D'Andrea of Park Ford --
13      A.      Yes.
14      Q.      -- that took place in April of 2013?
15      A.      Yes.
16      Q.      And this was after you had leased the Fusion
17 and Mr. Howard had leased the Edge; correct?
18      A.      That's what it appears, yes.
19      Q.      And Mr. D'Andrea wants to check in with you
20 and "see how everything is going with the Fusion and
21 Edge"?
22              MS. GANNON:  Objection, calls for speculation
23      on the part of Mr. D'Andrea.
24      Q.      Do you see that quotation on the bottom of
25 this page in this e-mail?
```



# C E R T I F I C A T E

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

        I, SOPHIE NOLAN, a Notary Public within and for the State of New York, do hereby certify:

        That JEFFREY MILLER, the witness whose deposition is herein before set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

        I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

        IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of January, 2015.

*[signature: Sophie Nolan]*

_____
SOPHIE NOLAN