# EXHIBIT 18

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   In re:                           ) Case No.
 5   MYFORD TOUCH CONSUMER LITIGATION ) CV 13-3072-EMC
 6
 7
 8
 9              VIDEOTAPED DEPOSITION OF
10              RICHARD DECKER WATSON, JR.
11               Los Angeles, California
12              Thursday, December 18, 2014
13                       Volume I
14
15
16
17
18
19
20
21   Reported by:
22   WENDY S. SCHREIBER
     CSR No. 3558
23
24   Job No. 1980109
25   PAGES 1 - 228
```

**Bienenstock Court Reporting & Video**
Ph: 248.644.8888    Toll Free: 888.644.8080

```
 1       A.   I just didn't want to wait there while he
 2   did it --
 3       Q.   Okay.
 4       A.   -- essentially.  I wanted -- we had a
 5   newborn baby there.
 6       Q.   Had you ever asked him about the MyFord
 7   Touch or MyLincoln Touch or did he just start
 8   volunteering information about it?
 9       A.   It's hard to recall exactly but -- well,
10   actually, I feel like he volunteered that
11   information and kept repeating it.
12       Q.   What in particular did he tell you that the
13   system could do?
14       A.   I mean, I can't remember his exact words
15   but, you know, he would say things like, "You got to
16   check this car out.  This thing also has this, you
17   know, Ford Touch system.  This thing is great.  You
18   know, you can keep your eyes on the road and it has,
19   you know, voice-operated commands and it makes it a
20   lot easier, safer.  You know, it's great for guys
21   like you who have a family."  Things like that.
22       Q.   Do you remember him specifically saying that
23   it was safer?
24       A.   My recollection was, yes, that he said it
25   was something -- it was a feature that was -- that
```

1  Q.  Drive all your errands in it?
2  A.  Yes.
3  Q.  You drove it here today?
4  A.  I did.
5  Q.  Does your wife ever drive it?
6  A.  No.
7  Q.  Never?
8  A.  She has driven it before but not typically.
9  Q.  How many occasions would you say?  Just a
10 handful?
11 A.  I'm not really comfortable with her driving
12 it primarily because of this system.  A handful of
13 times probably.  I can't really tell you.  But
14 typically if she needs to use a car, I prefer that
15 she use her own vehicle that she's accustomed to
16 driving.
17 Q.  Are there any reasons besides the MyLincoln
18 Touch that would lead you to not want to drive the
19 car?
20 A.  No.
21 Q.  And what is it about the MyLincoln Touch
22 system that makes you not want to drive the car?
23 A.  Well, in particular the -- the back-up
24 camera.  If the system crashes, you know, while
25 you're in reverse, suddenly you don't have a back-up

1  camera.  With that particular model -- I don't know
2  if you've ever sat in one -- there are rear
3  headrests and there's a very small back window.
4  It's really difficult to see behind us.  We have a
5  dog and a small child, not to mention that she could
6  hit something.  And beyond that in terms of using
7  the system the volume can spike.  You know, if you
8  just hit it a little bit, it can go way up or it can
9  go way down, which isn't really as much of a
10 problem, but if the volume suddenly goes up and
11 she's, you know, looking to try to figure out how to
12 do it, she could have an accident.  I've instructed
13 her not to try to Sync her phone with it the times
14 that she's driven it.  So in terms of using the --
15 the navigation system, which for me has been the
16 most dangerous part of it, it just seems to lag so,
17 for example, if you're on the highway, you know,
18 traveling at highway speed, suddenly it could tell
19 you to get off at an exit that you're right on top
20 of, which has gotten my heart pounding more than
21 once.
22         Does that answer your question?
23    Q.   Sure.  Is there anything else about the
24 system that would make you not want your wife to
25 drive the car?

```
 1  myself.  Certainly people at dealerships have
 2  probably driven it but I can't -- you know, I
 3  haven't witnessed people driving it like that so I
 4  don't know.
 5      Q.   When your wife is a passenger in the car,
 6  does her -- has her phone ever been set to sync with
 7  the system?
 8      A.   I don't believe so, no.  I don't think so.
 9      Q.   Is she often a passenger in the car?
10      A.   Yes.
11      Q.   Is your daughter often a passenger in the
12  car?
13      A.   Uh-huh, yes.
14      Q.   So on a typical day these days what features
15  do you use the MyLincoln Touch for?
16           MR. PIFKO:  Objection: overbroad, calls for
17  a narrative, vague.
18           THE WITNESS:  I use as few of them as I
19  possibly can.  When I first purchased the car, I was
20  under the impression that I would be able to, you
21  know, sync the phone, use the voice-operated
22  commands, you know, for the climate, for my phone;
23  that I'd be able to rely on the reverse camera; that
24  I'd be able to most of all -- not most of all but be
25  able to use the navigation system.  Up until a month
```

1  ago, I think, you know, I was paying $200 a year to
2  use, you know, the Lincoln concierge system,
3  whatever it's called. But after trying to have the
4  system repaired at three different dealerships on I
5  can't tell you how many occasions I've kind of given
6  up at this point. So basically I'm down to the way
7  I was in my Ford Explorer which for, you know, two
8  or 300 bucks, you know, I bought a reliable
9  system -- after-market system for the car for the
10 Bluetooth setup and then I had, you know, a separate
11 external navigation device. And so essentially the
12 way that I found your office this morning was
13 through my iPhone separate from the Lincoln Touch.
14 I made a phone call by using Siri on my phone. Even
15 though I'm using -- I'm not using those features in
16 the car, it still crashes on me every so often.
17 This month, you know, was one of those times where I
18 had to pull over and wait for the car to re boot. A
19 few months ago I was backing out of my driveway at
20 my old house and the system went down and I couldn't
21 see where I was going in reverse so I had to stop
22 the vehicle so that I wouldn't, you know,
23 potentially hit any people on my street.
24           MR. PIFKO: We've been going about an hour
25 since the last break so I'm giving you some leeway.

1  Q.  Okay.
2  A.  I guess my question -- what question are you
3  asking specifically?
4  Q.  So on a typical day in the past few months
5  what features of the MyLincoln Touch system do you
6  use?
7       MR. PIFKO:  You're just asking in the last
8  few months?
9       MR. RUBINO:  Uh-huh.
10      THE WITNESS:  As few as possible.  In
11 particular, the volume feature, unfortunately
12 there's no other way -- if I want to use the radio
13 in the vehicle, there's no other way to use it.  I
14 can't recall what else, if anything -- well,
15 obviously I need to use the -- the rear-view camera.
16 I mean, it's -- it's impossible to use the vehicle
17 without using the Touch system at all.  If I could
18 not use it at all, I would not use it at all.
19 BY MR. RUBINO:
20  Q.  Okay.  So you use the rear-view camera.  You
21 use the radio.  Is that the AM/FM or do you also use
22 Sirius?
23  A.  I use Sirius as well.
24  Q.  Do you ever connect your phone or music
25 player to the system?

1  check there was one of the times I had a courtesy
2  vehicle.
3      Q.  Do you remember if the vehicle came with any
4  other document or manual that instructed you on how
5  to use the MyLincoln Touch like a reference guide or
6  something?
7      A.  No.
8      Q.  When you bought the car, what did you know
9  about the warranty protection?
10         MR. PIFKO:  Objection:  calls for a
11  narrative, overbroad, calls for a legal opinion.
12         THE WITNESS:  Yeah, I don't recall.
13  BY MR. RUBINO:
14      Q.  Do you remember how long the warranty would
15  apply to your car?
16      A.  I'm speculating here but I thought it was,
17  you know, five years or 40,000 or 50,000 miles,
18  something like that off the top of my head, but I
19  can't recall exactly.
20      Q.  Did you have any understanding about how
21  that would apply to the MyLincoln Touch?
22         MR. PIFKO:  Objection:  calls for a legal
23  opinion.
24         THE WITNESS:  It didn't even -- no, I
25  didn't.

1  dealer explaining to you the provisions of the
2  warranty or you remember going through it in the
3  sense that you were looking at the document?
4      A.  There was a point where we -- where I sat in
5  an office with a guy where he went through -- mostly
6  for the purposes -- went through the warranty mostly
7  with the purpose of trying to sell me additional
8  warranty features.  That's really all that I can
9  recall about that.  It wasn't really what was on the
10 warranty, it more had to deal with what they were
11 trying to sell me and I didn't want to buy.
12     Q.  And you didn't buy it?
13     A.  No.
14     Q.  Do you remember anything they might have
15 said about the standard warranty coverage that you
16 were getting?
17     A.  I don't remember specifically.
18     Q.  What do you remember generally?
19     A.  That it was -- I think that it was a 50,000
20 or five-year warranty, whichever came first.  Maybe
21 it's four years.  I can't remember.
22     Q.  Is it still under warranty?
23     A.  I believe until the end of this year.
24     Q.  Have you ever received any repairs for the
25 car that weren't under warranty?

```
 1   of the MyLincoln Touch system would also coincide
 2   with those screens behind your steering wheel going
 3   blank as well?
 4       A.   Yes.
 5       Q.   And then how long would that typically last
 6   that it would go blank?
 7       A.   A matter of minutes.  Typically I would have
 8   to pull over and shut the car off and then restart
 9   it.
10       Q.   What would happen then?
11       A.   Hopefully it would work again.  Sometimes
12   not.
13       Q.   Sometimes you restarted the car and the
14   system wouldn't start back up?
15       A.   No.  Sometimes I would have to wait, you
16   know -- I mean, it's -- my recollection now of
17   exactly how long it took is foggy but I believe at
18   times on the long end I would have to sit there and
19   wait for it to do whatever it was doing, you know,
20   for 10, 15, 20 minutes.
21       Q.   So as you were driving the screen is blank?
22       A.   I'd pull over, shut the vehicle off, restart
23   it and then wait for it to try to come back online.
24       Q.   Would you ever just keep driving?
25            MR. PIFKO:  Objection:  vague as to time.
```

I, the undersigned, a Certified Shorthand
Reporter of the State of California, do hereby
certify:

                    That the foregoing proceedings were taken
before me at the time and place herein set forth;
that any witnesses in the foregoing proceedings,
prior to testifying, were administered an oath; that
a record of the proceedings was made by me using
machine shorthand which was thereafter transcribed
under my direction; that the foregoing transcript is
a true record of the testimony given.

                    Further, that if the foregoing pertains to
the original transcript of a deposition in a Federal
Case, before completion of the proceedings, review
of the transcript [X] was [ ] was not requested.

                    I further certify I am neither financially
interested in the action nor a relative or employee
of any attorney or any party to this action.

                    IN WITNESS WHEREOF, I have this date
subscribed my name.

Dated:    December 24, 2014

                    *[signature]*

WENDY S. SCHREIBER, CSR No. 3558