# EXHIBIT 19

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
    ----------------------------------------x
 4  IN RE:
 5
 6  MYFORD TOUCH CONSUMER LITIGATION.
 7
    Case No.:   13-cv-3072-EMC
 8  ----------------------------------------x
 9
10              7 Times Square
                New York, New York
11
                November 15, 2014
12              9:00 a.m.
13
14     Videotaped Deposition of RUSSELL RIZZO, pursuant to
15  Notice, before Darby Ginsberg, RPR, a Notary Public of
16  the State of New York.
17
18
19
20
21
22
23
24
25
```



1  think it was somewhere between 800 to a thousand
2  dollars more for that feature. I don't think that was
3  standard, but I don't recall on the 2012 Ford
4  Explorer. I didn't -- I didn't ask for it. It's like
5  what came with it. So if it was an option, I just was
6  concerned about four-wheel drive, as I stated
7  previously, and the trailer tow package. So now if
8  that was like the sun roof, I didn't care about the
9  sun roof, but that's the vehicle they located for me.
10  It was 105 miles away and, you know, I don't know.
11       Q.  And at some point did you terminate this lease
12  for the 2012 Explorer?
13       A.  Yes.
14       Q.  When did you decide to do that?
15       A.  I turned that vehicle in -- I will give you an
16  approximate date of July 22nd, 2014.
17       Q.  Now, why did you decide to terminate the lease
18  at this time?
19       A.  To be honest with you, I could not deal any
20  more with the problems associated with MyFord Touch.
21  It was very distracting, and it was very disturbing,
22  and I just -- I had had enough with that vehicle.
23  I -- even prior to all of this, you know, prior to
24  that, I even contacted Erica Bright believe her name
25  was at Ford corporate headquarters, and I told her, I



1    A.   For instance, I would, you know, start the car,
2   I would put it in reverse, and the screen just blacks
3   out, but on the top of the screen there is
4   something -- something that said, you know, something
5   like be careful when you are backing up, you know.
6   And but that would come up, but the screen would be
7   totally black.  You couldn't even see.  And that's
8   really dangerous because as I stated earlier, the way
9   the 2012 Ford Explorer was designed, the back glass is
10  a lot narrower in height than the '95 was.  The '95
11  glass was wide.  It was very, you know, there was a
12  lot of distance.  So that backup camera was essential
13  on the 2012 because you could not see.  If my
14  grandchildren were behind that car, and that camera
15  didn't come on, you wouldn't see them because of the
16  design of the vehicle.
17    Q.   So what would you do when the -- when you would
18  get the dark screen; you couldn't see anything, would
19  you still back up?
20    A.   What I would do is, there were times where if
21  the children were around, I would walk in back of the
22  vehicle and make sure, and then I hurry up back in
23  because I knew nobody was behind it.  There was
24  nothing behind it.
25    Q.   Was there ever a point you decided it wasn't



1       One instance the vehicle was being driven.  It
2  was rainy.  It was a two-lane roadway.  Speed limit of
3  50 miles an hour and the defroster was on and all of a
4  sudden out of clear blue sky, the whole system
5  crashes.  The screen goes black.  The whole front
6  windshield fogs up.  Okay.  The car had, you know,
7  luckily without getting into an accident pull over
8  into a parking lot, you know; and the dealership, the
9  service people, Sal Ciappa is the service guy that I
10 use, and after we started having these problems like
11 about a month after we got the car.  He says this is,
12 what you have to do:  Pull over.  Put the vehicle in
13 park.  Shut the engine off.  Open the door, the
14 driver's door.  Close the driver's door.  Wait a few
15 seconds and restart the engine, and it should come
16 back.  Sometimes it did.  Sometimes we had to do it
17 two and three times; and this problem was happening
18 three to four times a week.  And then when I finally
19 like -- one Saturday we were in the car and it
20 happened three different times on the same day on a
21 Saturday.
22      And I said, I have had it with this car.  You
23 know, like I was thoroughly disgusted because, look, I
24 am paying for something, and I am not getting the
25 benefit of it.  Plus, God forbid there is an accident,



```
                    C E R T I F I C A T E


STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )


        I, DARBY GINSBERG, a Notary Public within and
for the State of New York, do hereby certify:
        That RUSSELL RIZZO, the witness whose
deposition is herein before set forth, was duly sworn
by me and that such deposition is a true record of the
testimony given by such witness.
        I further certify that I am not related to any
of the parties to this action by blood or marriage;
and that I am in no way interested in the outcome of
this matter.
        IN WITNESS WHEREOF, I have hereunto set my hand
this 24th day of November, 2014.



        *Darby Ginsberg*
        _____
        DARBY GINSBERG
        Commission Number: 01GI6230654
        Expires:  11-1-2018
```