# EXHIBIT 20

```
                                                          Page 1
 1      UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA
 3

      In re:                              )
 4                                        )
      MYFORD TOUCH CONSUMER LITIGATION    )   Case No.
 5                                        )   CV 13-3072-EMC
      _____)
 6
 7
 8
 9      DEPOSITION OF JOSHUA MATLIN
10              VIDEOTAPED
11
12
13
14          Phoenix, Arizona
15           May 2, 2015
16
17
18
19
20
21
22
23
24              By:   Jody L. Lenschow, RMR, CRR
                      Certified Court Reporter
25                    Certification No. 50192
```



 1    A.    Just I had a really bad experience with
 2  MyFord Touch throughout my entire lease, and I had
 3  just felt strongly enough that it wasn't a system that
 4  should have been on the market.  It was very
 5  problematic.  It was -- I felt it was dangerous,
 6  because a lot of times I was just -- it would distract
 7  me while I was driving.  And I just genuinely felt
 8  that if there was a chance that it could be pulled
 9  from the market, that I felt like that would be a good
10  thing.  So that was why.  That was what prompted me to
11  contact them.
12    Q.    So I think one of the things that you just
13  said was that it distracted you sometimes while you
14  were driving.  Is that -- I don't want to put words in
15  your mouth.  Is that one of the issues that you had
16  with the MyFord Touch system?
17    A.    Yes.
18    Q.    Okay.  We're going to get into in some
19  detail exactly what the issues were, but I just have a
20  couple of threshold questions at this point.
21        One, my first is, did you ever get into an
22  accident in your Edge?
23    A.    No.
24    Q.    Okay.  Did you ever -- so you never got --
25  you never hit anybody, whether pedestrian,



```
 1      Q.   Did it resolve itself, or did you have to do
 2   something to resolve it?
 3      A.   That time it resolved itself.
 4      Q.   Okay.  So did you contact either Ford or
 5   Freehold Ford about those issues when you got home?
 6      A.   No.
 7      Q.   When is the first time that you contacted
 8   either a Ford dealer or Ford itself regarding any
 9   concerns you had with the MyFord Touch system?
10      A.   I don't remember.
11      Q.   Okay.  After that first day, can you tell me
12   approximately when the next time you had any issues
13   with the MyFord Touch system?
14      A.   I don't remember, but it was very, very
15   early on.  I can't say I specifically remember if it
16   was the next day that I drove the car, but it was very
17   soon after I brought it home that I started having
18   problems with it.
19      Q.   And describe for me what kinds of problems
20   that you were experiencing.
21      A.   So I don't -- I experienced all different
22   kinds of problems throughout my ownership.  So I don't
23   remember specifically which were the first ones to
24   arise.  So do you want me to tell you about all the
25   problems or --
```



```
 1    you hadn't brought the vehicle into a dealer earlier
 2    was the distance.  So let me rephrase the question
 3    this way:  Did you understand you could bring the Edge
 4    in only to Freehold Ford, or did you understand you
 5    could bring it in to any Ford dealer, or did you have
 6    no understanding?
 7         A.    I don't remember if I had an understanding
 8    of that.  I do remember why I would go down to this
 9    dealership.  If I had a window of time and I was going
10    to go down to my parents' house, I was close by, so
11    that was when I would bring it there.
12         Q.    Okay.  So you earlier said that you had
13    several different kinds of problems with the MyFord
14    Touch system over the course of the time that you
15    leased the vehicle, but you couldn't necessarily
16    remember the timing of each of those problems.  Do you
17    remember saying that a few minutes ago?
18         A.    Yes.
19         Q.    Okay.  So what I'm interested in is if you
20    could describe, to the best that you can remember,
21    what kinds of problems you had before you brought it
22    into the dealer for the first time, if you're able to
23    remember that?
24         A.    Sure.  So I can --
25               MS. GANNON:  Sorry.  So for the
```



```
 1   five-month period?
 2            MR. EDWARDS:  Yes.
 3            THE WITNESS:  So one of the problems
 4   that isn't listed on here that I remember having was
 5   the radio presets would -- not only would they reset
 6   all the time, but they would come up blank on the side
 7   of the screen.
 8            So like, for example, like satellite
 9   radio you would have, I guess, like six presets
10   along -- they were along the bottom, and they would
11   just disappear.  So there was nothing in those
12   presets.  You can try to reprogram it, so I could go
13   to a station and try to reprogram it, and it would
14   just never reprogram itself.  So that would just
15   happen randomly.  That, I'm sure I told them about
16   that.  That's not on here, but that was a problem that
17   I consistently had throughout the life of the vehicle.
18   BY MR. EDWARDS:
19       Q.   So just on that problem for one second, did
20   you -- could you choose what station you wanted to go
21   to and it's just the presets were not working, or was
22   the problem different?
23       A.   That was one specific problem.
24       Q.   Okay.
25       A.   You could still pick the stations.  You
```



1  could voice-command them, when it was working.  But,
2  yeah, if you had presets, they would disappear.
3       Q.    Okay.
4       A.    The same with FM radio.
5       Q.    Any other problems you remember during this
6  initial time period that you leased the vehicle?
7       A.    So the backup camera would freeze.  So like
8  put it into reverse.  If it -- if it actually loaded
9  the backup camera, the backup camera would come up.
10 Sometimes the backup camera wouldn't load.  But if the
11 backup camera came up, I would reverse and put it into
12 drive and the backup camera would stay, like the image
13 would stay frozen on the screen.
14      Q.    Okay.  Then let me break that down.  It
15 sounds like there may be two issues.
16            How frequently would you say -- and, again,
17 let's focus on this early period, to the extent you
18 can distinguish it in your mind.  How frequently would
19 the backup camera just not load, so it just never was
20 visually available to you?
21      A.    I would say multiple times a month.  I don't
22 remember.  It wasn't daily.
23      Q.    Okay.
24      A.    And I don't remember how many times that
25 happened weekly, but multiple times a month.



```
 1   were ever resolved.
 2       Q.   Do you remember, over the course, did the
 3   frequency change at all?
 4       A.   Yes.  The system resets occurred less
 5   frequently, but they still occurred.  The only one
 6   that I can remember -- I would say the only one I
 7   remember being fixed was the radio preset issue, but I
 8   don't remember which visit, which dealership visit
 9   resolved that.
10       Q.   Okay.  So let's talk about the system
11   freezing a little bit.  We talked specifically about
12   the rearview camera, but I gather that was not the
13   only system freezing issue that you had; is that
14   right?
15       A.   That's correct.
16       Q.   Okay.  How frequently would you say -- well,
17   withdraw the question.
18            Do you drive on a daily basis, typically?
19       A.   Yes.
20       Q.   How frequently would you say that, in the
21   first several months after you owned the Edge, you
22   were experiencing system freeze issues with the MyFord
23   Touch system?
24       A.   Again, multiple times a month.  It was not a
25   daily occurrence, but I would say it definitely
```



1  happened more than once a week.
2      Q.   Okay.  Do you have any estimate of whether
3  it happened on the order of once or twice a week or
4  whether it was on the order of four or five times a
5  week or some other amount?
6      A.   Maybe two or three times.  I'm trying to
7  think of all the instances that I would get into my
8  car and when something would happen.
9           MS. GANNON:  Take your time, if you need
10 it.
11          THE WITNESS:  It's hard to remember at
12 this point.  I don't remember.  Like it's been two
13 years since I got rid of the car and then going back
14 even further than that.  I don't remember specifically
15 how many times.  I just remember it was many times or
16 multiple times a month, but more than once a week.
17 BY MR. EDWARDS:
18     Q.   Okay.  That's fine.
19          And then you said after the software update
20 that the dealer performed, that it was less frequent,
21 but still occurred.
22          Can you give me any sense of what you mean
23 by less frequent?
24     A.   I want to say after they did that rewrite,
25 so March of 2012, the resets happened less frequently;



```
 1   March 2012 version, and the version that was updated
 2   in 2013?
 3        A.    No.
 4        Q.    And then you ultimately returned the
 5   vehicle; you terminated the lease early in May 2012?
 6        A.    That's correct.
 7        Q.    I'm sorry, May 2013.
 8        A.    Correct.
 9        Q.    Okay.  So that was a couple months after
10   your visit to the dealer where you addressed both the
11   mechanical issue and got the most recent update?
12        A.    That's correct.
13        Q.    What was the triggering event, in your mind,
14   in May 2013 to seek to terminate the lease early?
15        A.    It was just additive from all the problems
16   that I had had.  I was frustrated in that after
17   bringing it to the dealership again, that the updates
18   weren't doing anything.  Continued to have the same
19   problems; the freezing, the backup camera issues, the
20   Bluetooth audio issues.  It was just all the same
21   stuff.
22              And I finally got to a point where it was
23   like this is -- it was just extremely frustrating,
24   because it was -- because I use -- I wanted to use
25   those features all the time, and because they
```



1  infrequently worked properly, it was just -- it was
2  like maddening to me.
3     Q.    And when you say infrequently worked, I mean
4  it worked more often than not, right?
5     A.    Worked more often than not, but it happened
6  enough that it was just -- I mean these basic, simple
7  functions of the car, when they're not working as
8  advertised, even if it was, you know, five out of a
9  hundred -- I mean it wasn't that infrequent.  But
10 there was just so many times and so many different
11 issues, that I just -- it was such a headache to drive
12 that car.
13    Q.    So you went to a dealer near where you lived
14 in March 2012 because you had an issue that you -- you
15 know, the software update left you in a position where
16 you wanted to get that addressed right away, right?
17    A.    Yes.
18    Q.    As opposed to driving it to Freehold Ford?
19    A.    Yes.  It was also like Ford said, "We'll set
20 up an appointment at the closest dealership to you."
21    Q.    Okay.  Did you ever go back to that dealer,
22 which was more conveniently located to where you
23 lived, to see if there was anything they could do?
24    A.    No.
25    Q.    So was there any specific triggering event



1  that in May caused you to say or to decide at that
2  point that you wanted to return the vehicle?
3      A.   I had been thinking about it for I don't
4  remember how long, but for a while, I would say.  I
5  mean I'm talking about going back to when I was like
6  in touch with Erika Hernandez, because I was so
7  frustrated.
8           I don't know if there was any one specific
9  event.  I remember the day I was bringing it back to
10 the dealership, I had -- the system froze while I was
11 bringing it in to return it.  And I was like, you know
12 what, this is like the right thing to do, because it's
13 just -- it was totally defective.  I felt like it was
14 totally defective.
15     Q.   Did you -- so when you acquired the Edge,
16 you took your Volkswagen GLI and effectively traded it
17 in, using a colloquial phrase, at the Ford dealer.
18          Did you do something similar when you
19 acquired the 2013 GTI; that you brought the Ford into
20 the Volkswagen dealer to effectively trade it in?
21     A.   No.
22     Q.   When did you acquire the 2013 GTI?
23     A.   May of 2013.  So I traded in the Edge, like
24 I brought it to a Ford dealership; and then I think my
25 mom drove me over to the Volkswagen dealership, and I



```
STATE OF ARIZONA    )
                    )  ss.
COUNTY OF MARICOPA  )
```

BE IT KNOWN that the foregoing videotaped deposition was taken before me, JODY L. LENSCHOW, RMR, CRR, Certified Reporter No. 50192 for the State of Arizona, and by virtue thereof authorized to administer an oath; that the witness before testifying was duly sworn by me; that the questions propounded by counsel and the answers of the witness thereto were taken down by me in shorthand and thereafter transcribed under my direction; that a review of the transcript by the witness was requested; that the foregoing pages contain a full, true, and accurate transcript of all proceedings and testimony had, all to the best of my skill and ability.

I FURTHER CERTIFY that I am not related to nor employed by any of the parties hereto and have no interest in the outcome thereof.

DATED at Phoenix, Arizona, this 12th day of May, 2015.

*Jody L. Lenschow*

JODY L. LENSCHOW, RMR, CRR
Certified Reporter
Certificate No. 50192