# EXHIBIT 22

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   In re:
 6   MYFORD TOUCH CONSUMER            No. CV 13-3072-EMC
     LITIGATION
 7   _____/
 8
 9
10
11
12        VIDEOTAPED DEPOSITION OF JENNIFER WHALEN
13               San Francisco, California
14              Thursday, December 11, 2014
15
16
17
18
19
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD, RPR, CSR 3462
25   Pages 1 - 212                    Job No. 1975034
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

```
 1   something.  He doesn't like to go on errands.
 2        Q.   Is your mom a common passenger in the car?
 3        A.   When I'm running errands, yeah, yes.
 4        Q.   Any other common passengers?
 5        A.   No.
 6        Q.   On a typical day, what do you use the MFT for
 7   now?
 8        A.   I listen to XM radio on it.  I use it or try to
 9   use it to make phone calls.  I use the backup camera.  I
10   rely on it now that it's in there.  Once in a while, I'll
11   use the navigation if it's working.
12        Q.   Anything else you use on a typical day?
13        A.   No.
14        Q.   So you've said you use the backup camera, the XM
15   radio, hands-free calling, the NAV system once in a
16   while?
17        A.   Uh-huh.  Yes.
18        Q.   Has that usage changed over the two-and-a-half
19   years you've owned the car?
20        A.   Yeah.
21        Q.   How so?
22        A.   When I first got it, I would try to use the
23   system to change the climate, to change radio stations,
24   and now I don't even bother trying.
25        Q.   So recently you don't use the MyFord Touch touch
```



1  screen to control the climate controls?
2      A.  No.
3      Q.  You just use the physical knobs and buttons?
4      A.  Yes.
5      Q.  And you don't use it to change the radio
6  station?
7      A.  I will touch the screen to change them.  I don't
8  use the talk -- the push button to talk to it to tell it
9  to change the climate or change the radio stations.
10     Q.  So you do use the touch screen to change the
11 climate controls and the radio stations.  You just don't
12 use voice commands?
13     A.  Yes, I don't use the voice commands hardly at
14 all, anymore.
15     Q.  So one way your usage has changed is you don't
16 use the voice commands hardly at all, anymore?
17     A.  No.
18     Q.  Are there any other ways in which your usage has
19 changed?
20     A.  At one point, I had my iPod connected to it.  I
21 can't use that, anymore.  The navigation -- I pretty much
22 stopped using the navigation on that and most of the time
23 just use my phone for navigation.
24     Q.  But you said you still use the navigation system
25 once in a while?



1   A. Once in a while. It's not often.
2   Q. You say your iPod used to be connected to it.
3 Was your iPod always connected to it?
4   A. When I first got it, I connected it, and it just
5 wasn't working correctly. So after going back and forth
6 with Ford over what to do with it, I just stopped using
7 it.
8   Q. Was there a period of time in which your iPod
9 was connected to the MFT on a regular basis whenever you
10 were driving the car?
11   A. Yes, although it would sometimes just turn off
12 or do strange things. But yes, there was a point when I
13 had it connected.
14   Q. And this was right after you bought the car?
15   A. Uh-huh.
16   Q. And would you leave the iPod in the car?
17   A. No, I'd usually take it out. If I went to the
18 gym, I would take it with me.
19   Q. Was the iPod connected to the car through the
20 USB cable?
21   A. I believe so, yes.
22   Q. What about when you were parked at your house;
23 would you just leave the iPod in the car overnight?
24   A. No, I usually brought it in. So I'd set it with
25 my stuff so when I'd go to the gym, I'd have it sitting



1  first date, which is April 7th, 2012. And first entry
2  says: "Reverse camera got stuck in on position and froze
3  on that screen while driving."
4     A.  Yes.
5     Q.  Were you describing a particular incident --
6     A.  On that date, yes.
7     Q.  -- on that date?
8     A.  Yes. Yes.
9     Q.  Let me ask you: Given that this date says
10 April 7, 2012, and the date at the top says purchased
11 April 1st, 2012?
12    A.  Yes.
13    Q.  Does that suggest to you that you actually got
14 the car on April 1st, 2012?
15    A.  I can't recall for sure.
16    Q.  Okay.
17    A.  Yeah, I can't recall.
18    Q.  Okay. So you think that this particular
19 incident of the reverse camera getting stuck in the on
20 position and freezing happened on April 7th, 2012?
21    A.  Yes.
22    Q.  And you were describing a single incident or do
23 you think that this was something that was happening
24 continually when you made the entry?
25    A.  That entry, I can actually remember it, the



1  exact incident, so that one was that date.
2      Q.  And just that date?
3      A.  Once I had a problem with it once, I usually
4  didn't -- if the next day it did it again, I wouldn't
5  keep continuously writing it.  It was as new things came
6  up, I would write them because I wanted to go into Ford
7  and say here's -- now this started, now this started, and
8  just different things that have been happening.
9      Q.  Uh-huh.
10     A.  So it doesn't necessarily mean it didn't happen
11 again the next day, but that specific one, I remember
12 happening.  I remember exactly how it happened.
13     Q.  But you remember it happening for the first time
14 that day --
15     A.  Yes.
16     Q.  -- and then perhaps happening again later?
17     A.  Yes.
18     Q.  I see.  When this happened, were you using the
19 rearview camera to back up, and then it didn't turn off
20 when you put the car in drive?
21     A.  No.  On that one, I was at a gas station, and I
22 went to pull forward and the reverse camera was on, and I
23 could see behind me as I was driving forward, and it
24 wouldn't -- it was stuck.
25     Q.  And how long did the screen display video of



1  okay, this is May 5th, this is still happening. I don't
2  know for sure if it was just -- if that was the only day
3  it happened or if that was the exact day that it
4  happened.
5      Q. The next entry is May 7th, 2012, and the first
6  entry next to that date says: "Entire system froze, then
7  could not access any audio controls. Could get to
8  navigation and phone, but audio button would not work."
9      Could you just explain to me what you remember
10 happening here?
11     A. Again, it's so long ago, I can't -- couldn't
12 tell you for sure. I remember the system freezing a lot
13 where you couldn't -- you could touch the screen and
14 nothing would happen. You couldn't change it. I
15 remember it freezing, and the radio would just turn off,
16 and you couldn't turn the -- at one point I remember the
17 whole thing going down and turning off, and I would push
18 the power button, it wouldn't turn back on. But this
19 specific one, it's so long ago, I couldn't tell you
20 exactly what that one was.
21     Q. So it says: "Entire system froze, then could
22 not access any audio controls. Could get to navigation
23 and phone, but audio button would not work."
24     Do you think that might mean the entire system
25 was inaccessible, then you could use some features, but



1    Q.  Uh-huh.  And the first entry says:  "Backup
2 camera doesn't work at times.  Have to turn off car and
3 turn it back on."
4    A.  Yes.
5    Q.  So on the occasions when the backup camera
6 doesn't work, do you put the car in reverse and the MFT
7 doesn't automatically show you what's behind you?
8    A.  Yeah, it just stays on the main home screen.
9    Q.  And then you restart the car?
10   A.  Yeah.
11   Q.  And then the backup camera appears?
12   A.  Yes.
13   Q.  Do you know about how often that's happened in
14 2014?
15   A.  At least probably ten times.
16   Q.  Do you remember the last time it's happened?
17   A.  Maybe about a month ago, when I was backing out
18 of a parking spot, and it happened, and I just had to
19 full forward and park and turn the car off.
20   Q.  Do you always restart the car to activate the
21 rearview camera?
22   A.  Yeah.  I rely on it now to back up.  It's such a
23 big safety thing that it works so much better than just
24 looking.  So now it's hard for me to be in a car and not
25 use a backup camera.



```
 1   say call whoever?
 2       A.   Yes.
 3       Q.   That's how you typically make a call?
 4       A.   Yes.
 5       Q.   When it has said "try saying a device name like
 6   phone or USB," do you ever say "phone"?
 7       A.   I do.
 8       Q.   Why didn't you say it this time?
 9       A.   It takes a very long time to get through, and a
10   lot of times even when I'm in there, it will say say
11   someone's name, and it doesn't understand what I'm
12   saying.  And it gets to the point where I have to either
13   manually enter the number or tell it a number, and it's
14   time consuming and not safe to do when I'm driving.
15       Q.   So when you say "phone" on those occasions when
16   you do say "phone" --
17       A.   Yes.
18       Q.   -- what happens next?
19       A.   It says something like you can -- here's -- you
20   can say these commands:  Call -- I can't remember what
21   all of them are.  And then at that point it beeps again,
22   and you can say "call Joely," and it normally won't work.
23       Q.   Okay.  Is there any reason you didn't try it on
24   this occasion?
25       A.   I just didn't think to go that far into it.
```



1     Q.   And do you know if the information that's
2  related to you is accurate?
3     A.   Yes, it is.
4     Q.   What relief do you hope to get through the
5  lawsuit?
6     A.   I would like the system fixed, if possible.
7  It's just to buy a vehicle and have the main thing that
8  you bought it for not work is just upsetting.  I'm not
9  even sure what could be done other than if they can fix
10 it.  I don't know that there's anything that's ever going
11 to fix this problem unless they take all the Ford cars
12 back from everybody and give everybody the money for
13 their cars.
14    Q.   Is there anything you'd be satisfied with
15 besides fixing it?
16    A.   I don't know.  I haven't really thought about
17 it.  If they can't fix it, I -- to me I don't think these
18 cars are worth anything to people.  I mean, when you buy
19 it for this system and it doesn't work, it's just -- it's
20 kind of useless.
21    Q.   You think the car is useless?
22    A.   I mean, as far as a lot of the reasons I bought
23 it is the safety reasons, so I can call people, I can
24 change the station.  I don't have to ever look away from
25 the steering wheel when I'm driving, and I mean, now I



1  can't do that.
2  If I would have bought a Honda Pilot, I could
3  have pushed the thing and called people or whatever I
4  wanted to do.
5  Q.  Do you feel unsafe in the car?
6  A.  At times, whenever things aren't working and I
7  get distracted and look down at it.  I try to not do it,
8  but yes, I do feel unsafe when something like that
9  happens.
10  Q.  You feel you've received some value from the
11  car, though; correct?
12  A.  I don't know that -- I mean, a car is a car.
13  You don't necessarily get a value from a car when you pay
14  a bunch of money for any kind of new car.  It's
15  transportation.  I guess that's the value of it.
16  Q.  What monetary relief do you think you'd be
17  entitled to?
18  MR. KENNEY:  Objection to the extent it calls
19  for a legal conclusion.
20  You can answer.
21  THE WITNESS:  I have no idea.
22  Q.  BY MR. RUBINO:  How much would you be satisfied
23  with?
24  MR. SCHELKOPF:  Same objection.
25  THE WITNESS:  I don't know that money is going



1     I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3     That the foregoing proceedings were taken
4  before me at the time and place herein set forth; that
5  any witnesses in the foregoing proceedings, prior to
6  testifying, were duly sworn; that a record of the
7  proceedings was made by me using machine shorthand
8  which was thereafter transcribed under my direction;
9  that the foregoing transcript is a true record of the
10 testimony given.
11    Further, that if the foregoing pertains to
12 the original transcript of a deposition in a Federal
13 Case, before completion of the proceedings, review of
14 the transcript [ ] was [ ] was not requested.
15    I further certify I am neither financially
16 interested in the action nor a relative or employee
17 of any attorney or party to this action.
18    IN WITNESS WHEREOF, I have this date
19 subscribed my name.

21 Dated: _____

                          _____
                          LESLIE ROCKWOOD
                          CSR NO. 3462