# EXHIBIT 23

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
                                    *
 3   In Re:                         *
     MYFORD TOUCH CONSUMER          *   NO. CV 13-3072-EMC
 4   LITIGATION                     *
                                    *
 5                                  *

 6   ---------------------------------------------------
              ORAL/VIDEOTAPED DEPOSITION OF
 7
                   JOSE RANDY RODRIGUEZ
 8
                      April 9, 2015
 9   ---------------------------------------------------
```

10     Oral/Video deposition of JOSE RANDY RODRIGUEZ,

11  produced as a witness at the instance of the

12  Defendant, and duly sworn, was taken in the above-

13  styled and numbered cause on the 9th day of April,

14  2015, from 9:02 a.m. to 5:34 p.m. before GERALD

15  SMITH, CSR in and for the State of Texas, reported by

16  oral stenography at the offices of Colvin, Chaney,

17  Saenz & Rodriguez, 1201 E. Van Buren Street,

18  Brownsville, Cameron County, Texas, pursuant to the

19  Federal Rules of Civil Procedure and the provisions

20  stated on the record or attached hereto.

21

22

23

24

25

1  touch screen, didn't want to do anything, and then
2  all of a sudden it just disconnected everything and
3  switched to the radio.  So my Bluetooth -- my
4  streaming audio disconnected, and my phone
5  disconnected, and it just -- you know, my Bluetooth
6  completely went out.
7       Q    Okay.
8       A    My phone -- my phone was fine, and then it
9  reconnected itself.  But, you know, you're driving
10 and that -- you know, that -- that can cause a major
11 distraction.  And it does, it does happen.  It's -- I
12 think it's a safety hazard.  I honestly do.  I mean,
13 I've almost wrecked because of that.
14      Q    Have you ever wrecked because of that?
15      A    No, I have not.  I have almost.
16      Q    Right.
17      A    ==I have almost gotten into a car accident==
18 ==because I'm taking my eyes off -- or off the road and==
19 ==focusing on what the hell is happening to my system,==
20 ==and, you know, you think it's gonna -- you think it's==
21 ==gonna -- you're gonna be able to fix it with a couple==
22 ==-- within a couple of seconds or a couple of taps,==
23 ==and you're like -- you know, by the time you know it,==
24 ==you have almost a minute, you know -- minute of time==
25 ==or more, you know, focused on the system than you are==

1  on the road.  You know, I've had to pull over to --
2  pull over to the side of the road and figure out what
3  the hell is going on so I can get my Bluetooth going
4  again, so I can get my hands-free calling going
5  again, things like that.  I mean, it's just -- it's
6  frustrating.  It is frustrating.
7      Q    Are there any other problems that you had
8  before doing the install, the 3.6?
9      A    That I can tell you with confidence right
10 now, off the top of my head, no.  There are more.  I
11 know there are more.  I just -- I can't fathom any --
12 anything else right now, other than -- I mean, I'm
13 sure they will come up when we start discussing other
14 things, but, you know, I'll be like, oh, yeah --
15     Q    Yeah.  I'm gonna ask you about six different
16 ways, so it may do that.
17     A    Okay.
18     Q    But just for the sake of just trying to be
19 comprehensive here, what you've said so far is that
20 the files wouldn't index?
21     A    Uh-huh.
22     Q    You had trouble using the hard wire for your
23 phone or for your iPad; voice to texts would not
24 work?
25     A    Uh-huh.

RETURN CERTIFICATION

The Changes and Signature pages of JOSE RANDY RODRIGUEZ was/was not returned to the deposition officer on _____;

If returned, the attached Changes and Signature page contains any changes and the reasons therefor;

The original deposition was delivered to Derek Rollins, Custodial Attorney;

That $_____ is the deposition officer's charge to Derek Rollins, for preparing the original deposition transcript and any copies of exhibits;

That the deposition was delivered in accordance with the Rules, and that a copy of this certificate was served on all parties shown herein.

Certified to by me this __9__ day of __April__, 2015.

*Gerald Smith*
GERALD SMITH, Texas CSR #2305
Expiration Date: 12-31-15
P. O. Box 4513
McAllen, Texas 78502