# EXHIBIT 24

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3   In re:                    )
                               ) Case No. CV 13-3072-EMC
 4                             )
     MYFORD TOUCH CONSUMER     )
 5   LITIGATION                )
                               )
 6   _____    )
 7
 8
 9
10           **********************************
              ORAL AND VIDEOTAPED DEPOSITION OF
11                    MICHAEL A. ERVIN
                       May 15, 2015
12                     CONFIDENTIAL
             **********************************
13
14
15
16      ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL A. ERVIN,
17   produced as a witness at the instance of the DEFENDANT,
18   and duly sworn, was taken in the above-styled and
19   numbered cause on the 15th day of May, 2015 from
20   8:44 a.m. to 3:57 p.m., before Taye J. Krusleski, CSR in
21   and for the State of Texas, reported at the offices of
22   DepoTexas, 13101 N. W. Freeway, Suite 210, Houston,
23   Texas, pursuant to the Federal Rules of Civil Procedure
24   and the provisions stated on the record or attached
25   hereto.
```

1          did you read anything that was critical of the
2          MyFord Touch system before you went to the
3          dealership that first time?
4     A    Not prior.  The negative information about
5          MyFord Touch started to appear shortly after
6          the public roll-out of the C-Max and continued
7          to get worse as time went on up and through the
8          introduction of a Consumer Reports article
9          absolutely slamming the system and how it
10         functioned or did not function.
11    Q    And tell me what the first negative article or
12         negative commentary was that you saw about the
13         MyFord Touch system?
14    A    It was probably on the My -- MyFord -- the SYNC
15         My Ride website where owners were talking
16         about, "Man, this is a car that I'm living with
17         that's not performing as expected."
18              There were other negative comments
19         relating to the car that I saw on other
20         websites, but not necessarily specific to
21         MyFord Touch.
22    Q    ==Did you see any sort of negative publication==
23         ==about MyFord Touch before you purchased your==
24         ==subject vehicle?==
25    A    ==No.==

         way.  And if you go back and look at the
         AutoGuide.com article that you gave me, they
         actually had a very positive spin on the
         vehicle, even when they're talking about MyFord
         Touch.
                But again, that's a limited exposure
         early review that's in controlled situations.
                THE WITNESS:  Okay.  I apologize, can
         I get some water?
                MR. ROLLINS:  Sure.  Go off the
         record.
                THE VIDEOGRAPHER:  10:30; going off
         the record.
                (Short break.)
                THE VIDEOGRAPHER:  10:39; back on the
         record, Disc 3.
    Q    (By Mr. Rollins) Okay.  Mr. Ervin, before the
         break, we were talking about and kind of
         revisiting some of your sources that you
         reviewed before ultimately purchasing the
         C-Max, right?
    A    That is correct.
    Q    Okay.  And if I can sum it up -- and your
         attorney will let me know if I can't -- the
         takeaway was that you read some positive

1   information, some negative information, but the
2   gist of these articles was that it was a
3   positive indication for the C-Max, correct?
4              MR. ALMEIDA:  Objection to form.
5   A   That's fair, yes.
6   Q   (By Mr. Rollins) Okay.  And -- but I'm curious
7       about some of the negative commentary, if you
8       can remember just what the topics were that
9       people were critical of or maybe concerned
10      about.
11             And I -- you're going to talk about
12      the AutoGuide article, and you're more than
13      welcome to reference that if you want to, but
14      my question is just you thinking back to what
15      you actually read --
16  A   Right.
17  Q   -- what -- what the -- those negative comments
18      were.  And -- and if you actually read this
19      article, you're welcome to reference it.
20  A   Well, what I was going to say was, that's
21      actually a fairly good representation of the
22      types of comments that were made about the
23      vehicle.  Overall, the vehicle was great.  Even
24      MyFord Touch was very useful.
25             But as there are with anything,

1      there's always an imperfection that they find.
2      That's their job.
3             And so, they're saying it's a little
4      bit slow to respond, which it was, and that
5      it's not necessarily perfect, but nothing is.
6   Q  Okay.  And so, big picture, was that -- that
7      theme true for the C-Max?
8   A  I -- I think overall, that was very true for
9      the C-Max.
10  Q  Okay.  And specifically about the MyFord Touch
11     system, the theme was, some imperfection, but
12     overall, it's a good system?
13  A  Yes, that did seem to be the early theme.
14  Q  Okay.  And those were the things that you read
15     before purchasing the C-Max?
16  A  That is correct.
17  Q  Okay.  Getting back to the salesman's pitch
18     that was so effective, have we covered
19     topically everything that was conveyed to you
20     by the salesman?
21  A  Yes.
22  Q  And I understand you're not quoting him, but
23     you're just relaying the gist of what the
24     conversation was, correct?
25  A  Yes.  Overall, yes.

1  Q    Had you read anything from Consumer Reports
2       specifically before you bought the C-Max?
3  A    Are you --
4  Q    About -- about your C-Max or about the MyFord
5       Touch system?
6  A    No, sir, not that I can recall.
7  Q    Had you read anything from J.D. Power and
8       Associates regarding this vehicle or the MyFord
9       Touch system before you bought it?
10 A    Not that I can recall.
11 Q    Since you were looking for a vehicle for your
12      mother, had you -- had you looked at any other
13      makes and models when you were looking for her?
14 A    No.  Once I get an idea in my head of a vehicle
15      that I think would work, I -- I tend to be
16      pretty one-tracked.  I'll cross-shop a little
17      bit.
18              But in this particular case, I think
19      I went there with the intention specifically of
20      looking at the C-Max and thought it would be a
21      good fit for her.
22              I probably set foot into a Ford Flex
23      while I was there, but not in a cross-shopping
24      kind of way, which I think is what you're
25      hinting at with your question.

1            present for that or she just told you about it?
2    A       I was not present for that, no.
3    Q       Do you ever drive her car?
4    A       I do.
5    Q       Do you connect to its infotainment system?
6    A       Every time I'm in it.
7    Q       And have you yourself experienced any kind of
8            issue with the 2014 Mazda3's infotainment
9            system?
10   A       No, sir.  It's incredibly responsive.  It's
11           well-designed.  No, it's good.
12   Q       You have alluded to this, but I'm going to try
13           and put it into one direct question and answer.
14           Okay?  So it may feel redundant.  I don't mean
15           to be.
16                  Looking back on what Ford told you,
17           including what the salesman told you before you
18           purchased your C-Max, can you tell me if
19           there's anything that Ford told you that you
20           feel like now was untrue?
21   A       Again, I think if you want to refer
22           specifically to the complaints that we're
23           making, my lawyers have prepared documents
24           indicating very specific responses to that
25           question.

1              I think that what Ford told me
2       through its advertising on its website and
3       through -- even though this is not directly
4       from Ford, from early reviews, what was
5       positive to the public was, this is a system
6       that is going to -- not just designed to, it's
7       going to -- make your enjoyment of the car
8       better; it's going to get you there faster
9       'cause of the navigation; it's going to let you
10      control it with your voice, so it's safer; it's
11      going to automatically connect you to 9-1-1 in
12      the event of an emergency.
13              Ford made very specific claims about
14      what the system was going to do.  I believe
15      that answers your question.
16   Q  The reason they think it doesn't is because you
17      also brought in reviews that in your answer you
18      said were not from Ford, right?
19   A  I mentioned them as an aside, but specifically
20      relating to what Ford said is -- is what I told
21      you.
22              They made promises regarding its
23      connectivity to your phone, with regard to how
24      the entertainment's going to make your ride in
25      the car better, how you're going to get there

```
 1   A    That would be part of it, yes.
 2   Q    Okay.  How else was it a false statement with
 3        regard to connectivity?
 4   A    I don't think there's any other way with
 5        connectivity.  I mean, they promised it would
 6        connect to your personal devices.
 7   Q    I only asked you that 'cause you said that was
 8        part of it.  I'm just trying to make sure I
 9        have your full answer.
10   A    With regards to connectivity?
11   Q    Yes.
12   A    Yes, there are other issues, which is what I
13        was saying with my previous answer.
14   Q    And with regard to safety, you feel like the
15        vehicle is unsafe?
16   A    I feel like as a consumer, it is not my job to
17        know the breadth and scope of the -- how far
18        through that car that the technology involved
19        in MyFord SYNC went.
20             So when a car is going 70 miles an
21        hour and everything goes dark and suddenly you
22        don't know what you do and don't have control
23        over, yeah, there's absolutely going to be a
24        safety problem there, because I've got kids
25        riding in the back that are depending upon me
```

1    to get them to where we're going safely.
2            And I guarantee you, there are places
3    in that vehicle touched my MyFord SYNC that
4    aren't forward facing, and I don't know if that
5    involves the drive-by-wire system, I don't know
6    if that involves the brakes.
7            Look, I understand it's an
8    information and telematic system and that there
9    are probably between eight and 20 CPUs anywhere
10   in that car, but I don't know how far they go.
11           So in terms of safety, it scares the
12   crap out of you to have a car decide it's going
13   to, quote, unquote, perform scheduled system
14   maintenance at 70 miles an hour, and I would
15   dare anybody to tell me that that's not
16   terrifying.
17 Q  And I understand you're distinguishing -- let
18   me back up.  You have qualified your response
19   to what you as a consumer do know and should
20   know, right, that's what you just said?
21           MR. ALMEIDA:  Objection to form.
22 Q  (By Mr. Rollins) Is that what you just said?
23 A  I -- I did make a statement that talks about --
24   yes.  We'll say yes.
25 Q  Okay.  And you're -- you're suggesting that

```
 1            for Ford, so it's his job to know what Ford is
 2            saying and promising in the technology inside
 3            that car.
 4                    MR. ROLLINS:  I'm going to object as
 5            nonresponsive only because what I'm asking is
 6            specifically what the salesman did tell you,
 7            not -- not what he should know or what he --
 8            you know, what his role is.
 9    Q       (By Mr. Rollins) In your interaction with the
10            salesperson, I'm trying to figure out what you
11            recall as the statements that you're claiming
12            to be false now that he made about the C-Max or
13            the MyFord Touch system.
14                    MR. ALMEIDA:  Objection to form;
15            asked and answered.  He just answered that same
16            exact question.
17                    MR. ROLLINS:  He answered "should,"
18            and I'm asking "did."
19    Q       (By Mr. Rollins) What statements were made that
20            you are saying are false?
21                    MR. ALMEIDA:  Objection to form;
22            asked and answered.
23                    You can answer.
24    A       I've already told you.  He said basically
25            everything that was on Ford's website, which
```

1    is, "This is going to make your drive more
2    enjoyable.  This is something to provide you
3    enhanced safety features.  This is going to
4    sync with your phone, either through Bluetooth
5    or directly through your USB connections.  This
6    is going to provide you access to navigation.
7    Ten thousand voice commands."
8  Q  (By Mr. Rollins) Anything else that comes to
9     mind?
10 A  Nothing in particular.
11 Q  Okay.  So beyond the website and beyond the
12    salesperson, any other sources of false
13    statements from Ford with regard to your C-Max
14    or the MyFord Touch system?
15 A  Since those are the two largest public-facing
16    elements of Ford, those would be the two that I
17    would have relied upon.
18 Q  And I'm not asking which is largest, I'm asking
19    if there are any others.
20 A  Again, since those are the two that are
21    public-facing, I can tell you that those two, I
22    heard it from.  I am not aware of any other
23    Ford entities that would have made statements
24    regarding MyFord Touch.
25            I know that they collaborated with

1                    So this was in late afternoon, so it
2       was bright enough that the environmental
3       lighting was not on.  So I -- I can't say every
4       light went off.
5   Q   Okay.  You've indicated, though, that when the
6       system went black, that made you feel like it
7       was a safety concern?
8   A   Right.
9   Q   Right.
10                   So tell me why if it's -- if it's
11      those sorts of auxiliary features, why you felt
12      like it was a safety concern?
13  A   Well, again, not being the designer of said
14      system and only touching the forward-facing
15      interfaces, I didn't know, and still to this
16      day don't, if MyFord SYNC went any further than
17      the center stack.
18                   And when I say that, any -- you know,
19      any further than navigation, any further than
20      climate control, any further than information
21      or telematics.
22                   There are many different ways that
23      those systems can act and interact with one
24      another, and I'm not privy to those details.
25  Q   Do you know how many miles you had on the C-Max

1   contains any changes and the reasons therefor:

2   _____ was not requested by the deponent or a

3   party before the completion of the deposition.

4       I further certify that I am neither attorney nor

5   counsel for, related to, nor employed by any of the

6   parties to the action in which this testimony was taken.

7   Further, I am not a relative or employee of any attorney

8   of record in this cause, nor am I financially or

9   otherwise interested in the outcome of the action.

10

11      Subscribed and sworn to on this the _____ day

12   of _____, 20_____.

13

14

15

16             _/s/ Taye Krusleski_
                TAYE J. KRUSLESKI, Texas CSR 4405

17                 My Commission Expires 12/31/15

18

19

20

21

22

23

24

25