# EXHIBIT 25

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2

 3    THE CENTER FOR            )
      DEFENSIVE DRIVING,        )   IN RE:
 4                              )
         Plaintiff,             )   MYFORD TOUCH
 5                              )   CONSUMER LITIGATION
      vs.                       )
 6                              )   Case No.
      FORD MOTOR COMPANY,       )   3:13-cv-03072-EMC
 7                              )
         Defendant.             )
 8

 9
              THURSDAY, OCTOBER 15, 2015
10
       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11                       - - -

12           Videotaped deposition of Gary
13    Jablonski, held at the offices of DYKEMA
14    GOSSETT, PLLC, 400 Renaissance Center,
15    Detroit, Michigan, commencing at 9:16 a.m.,
16    on the above date, before Carrie A. Campbell,
17    Registered Merit Reporter, Certified Realtime
18    Reporter, Certified Shorthand Reporter, and
19    Certified Court Reporter.
20
21                       - - -
22            GOLKOW TECHNOLOGIES, INC.
23       877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
```

```
 1   versions on which dates made it into which
 2   vehicles.
 3           Q.      And what software are we
 4   talking about?
 5           A.      So there's two devices with
 6   software in SYNC.  This one primarily --
 7   primarily seems to deal with software that
 8   runs on a component we call the CCPU.
 9           Q.      And is this software that at
10   one point was written by a company called
11   Bsquared?
12           A.      Bsquare wrote some of the
13   software --
14           Q.      Okay.
15           A.      -- for SYNC 2.
16           Q.      Okay.  And which -- focusing on
17   the public version number, for which public
18   version numbers did Bsquared write software?
19           A.      I would say that code written
20   by Bsquare is in all versions.
21           Q.      Okay.  At some point did
22   Microsoft take over working on that code and
23   rewriting that code, and Bsquare no longer
24   was primarily responsible for that work?
```

1          A.      I wouldn't describe it that
2    way.
3          Q.      Okay.   Tell me then what
4    happened, please.
5          A.      At -- in early to mid 2011, we
6    asked Microsoft to take over a lead
7    development and integration role on SYNC 2,
8    but at that point the majority of the
9    software development team were actually still
10   Bsquare software developers.
11         Q.      Okay.   And you used the word
12   "integrated"?   Is that right?
13         A.      Integrator.
14         Q.      Integrator.
15                 What does that mean?
16         A.      The software that runs in SYNC
17   comes from multiple companies, and one of the
18   roles of Bsquare originally and then
19   Microsoft is to integrate or put that
20   software together into a system.
21         Q.      Okay.   Is one part of that
22   software Windows CE?
23         A.      It might be fair to say that.
24   Microsoft branded their automotive product

1           And the reference to MISRA is
2    about halfway down the bullet points in 1.3.
3           A.      Okay.   I see that.
4           Q.      Okay.   Are you familiar with
5    the acronym MISRA?
6           A.      Only at a very high level.
7           Q.      Okay.  Do you understand that
8    it is an acronym for Motor Industry Software
9    Reliability Association?
10          A.      I don't.
11          Q.      Okay.  Let me just ask you
12   directly then:  What is it that you
13   understand about MISRA?
14          A.      I've most often heard the term
15   "MISRA" in the context of what I might
16   classify as safety-critical software.
17          Q.      Okay.  And can you tell us
18   about any specific instances with respect to
19   that?
20          A.      I can't.  I've never worked on
21   safety-critical systems.
22          Q.      Okay.  Do you have any idea
23   whether Ford in any way implements MISRA
24   standards or follows MISRA standards?

 1                Is that part of the template,
 2   that heading?
 3        A.     It is.
 4        Q.     Okay.  And you'll see in the
 5   first bullet point under section 2 A it
 6   states:  "All root causes are software-
 7   related design issues and can be
 8   improved/resolved with a software upgrade."
 9                Do you have an understanding of
10   what "root cause" means both in the heading
11   of this section and in that sentence I just
12   read?
13        A.     It -- root cause here in the
14   context of a 14D would be the -- generally a
15   technical, specific explanation for why a
16   problem occurred.  It could be product or
17   process or some other reason.
18        Q.     Okay.  If you look at the next
19   bullet point, the first sentence reads,
20   quote, "A combination of the compressed
21   timeline and the Microsoft learning curve,
22   paren, the inherited complex and poorly
23   written code, close paren, during the MY
24   EARLY BEV and -- I believe it should say MY

```
 1    EARLY, but it says M-E-A-R-L-Y -- plus
 2    software development prevented Microsoft from
 3    attacking some of the most critical
 4    foundational design issues," close quote.
 5              First of all, was I correct
 6    that that should have said "MY EARLY" and
 7    it's just a typo?
 8         A.   Correct.
 9         Q.   Okay.  Have you ever seen this
10    sentence, either in this document or
11    elsewhere before?
12         A.   I have.
13         Q.   Okay.  Is there anything in
14    this sentence with which you disagree?
15              MR. ANDERSON:  Objection.
16         Form.
17              THE WITNESS:  As a two-sentence
18         description of the problem, I don't
19         disagree with it.
20    QUESTIONS BY MR. SPIEGEL:
21         Q.   Okay.  Thank you.
22              Would you look at the next
23    page, please, paragraph 3, which is entitled,
24    "Problem Investigation/Verification Data"?
```

1  different root cause, and the team was faced
2  with a lot work.
3      Q.   And as root causes for some of
4  the problems were discovered over the ensuing
5  months and years, could those root causes be
6  traced more often than not to a certain part,
7  whether software or hardware, of the SYNC Gen
8  2 system?
9          MR. ANDERSON:  Objection.
10  Form.
11          THE WITNESS:  No.
12  QUESTIONS BY MR. SPIEGEL:
13      Q.   Okay.  What -- without being
14  exhaustive, what parts of the SYNC Gen 2
15  system were identified as being root causes
16  of any of the problems that were identified
17  after Microsoft took over the leadership role
18  for the software integration?
19          MR. ANDERSON:  Objection.
20  Form.
21          THE WITNESS:  I don't think I
22  can answer that question in the
23  context of over the course of the
24  project, the team introduced thousands

1          ==of fixes in virtually all areas of the==
2          ==system.==
3                  ==We had a team of in excess of==
4          ==200 people working on the project.  So==
5          ==it's -- there isn't -- there isn't a==
6          ==single or even a small group of root==
7          ==causes that were common.==
8     QUESTIONS BY MR. SPIEGEL:
9          Q.    Okay.  With respect to SYNC Gen
10    2, does the phrase, quote, "base software,"
11    close quote, mean anything to you?
12         A.    Not really.
13         Q.    Okay.  In terms of the root
14    causes that were discovered for problems with
15    SYNC Gen 2, were the majority of the root
16    causes that were identified found in software
17    or in hardware?
18         A.    Software.
19         Q.    Okay.  And were the majority of
20    root causes found in any particular part of
21    that software?
22               And by that I mean, there's
23    Windows CE or Windows for Automotive, the
24    integrating code, and then the other software

```
 1       Q.     And MY 12 is all versions --
 2       A.     Right.
 3       Q.     -- in year 12?
 4       A.     Somehow we were able to
 5   segregate version 3 and version 3.5 in the
 6   last two.
 7       Q.     Okay.  Was there ever a goal or
 8   a standard for the maximum TGWs for any
 9   software release?
10       A.     Our goal was always to be best
11   in the industry.
12       Q.     But even given that, was there
13   a number?
14       A.     Well, there's always a number
15   for the best in the industry, and over the
16   course of the last couple of years it's been
17   around 200 TGWs using this metric.
18       Q.     What was it, if you know, in
19   year 2011?
20       A.     I don't know off the top of my
21   head.
22       Q.     Okay.  And same answer for year
23   2012?
24       A.     (Witness nods head.)
```

1  document, at least it appears to me there's
2  no way to know what the SYNC Gen 2 projection
3  was.
4           Am I correct in saying that
5  from this page?
6       A.   Correct.  That's correct.
7       Q.   Okay.  And do you know what the
8  title means, CCC Based Bingo Assessment?
9       A.   The CCC I can explain.
10      Q.   Okay.
11      A.   If F O3 is electrical, we
12 talked earlier, and V 81 is entertainment,
13 the third column over on this page is the
14 CCC.  That's a breakdown underneath
15 entertainment; A O4 meaning problems with
16 radio antennas and antenna cables.
17      Q.   Do you have any understanding
18 of how the Gen 1 benchmarks were established?
19      A.   I can't say with certainty, but
20 there's a footnote at the bottom of the page
21 that indicates that they were established by
22 looking at the performance of SYNC Gen 1 in a
23 subset of our vehicles.
24      Q.   Okay.  And using that same row

1  concerning clock troubles, the Gen 1 TGW
2  benchmark is 2.
3           Do you know what that means?  2
4  out of what?
5       A.    2 TGW, things gone wrong per
6  1,000 vehicles.
7       Q.    Per 1,000 vehicles.  Okay.
8  Thank you.
9           Do you know, or can you tell
10 from this document, whether the goal was for
11 all of these matters listed on this page to
12 eventually meet the SYNC Gen 1 benchmark?
13      A.    So I would articulate the
14 team's goal has always been to be the best in
15 the industry.  This page was measuring our
16 progress against the best product Ford had
17 done up to that point, which was SYNC 1.
18      Q.    Do you know whether, in
19 assessing Gen 2's performance, Gen 1
20 benchmarks were used beyond this CCC based
21 bingo assessment?
22      A.    Not that I recall.
23      Q.    Okay.  That's all I have for
24 that.  Thank you.

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Merit Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Gary Jablonski was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

*Carrie A. Campbell*

CARRIE A. CAMPBELL,
NCRA Registered Merit Reporter
Certified Realtime Reporter
California Certified Shorthand Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter #084-004229
Texas Certified Shorthand Reporter #9328
Notary Public

Dated: November 2, 2015