# EXHIBIT 26

| | |
|---|---|
| From: | Jablonski, Gary (G.F.) |
| Sent: | Saturday, March 19, 2011 5:10:59 PM |
| To: | Ostrowski, Jeffrey (J.R.); Huang, Henry (H.); Westra, Mike (M.R.); McCann, Mike (M.J.) |
| Subject: | FW: Validation Environment/Capability Discussion |
| Attachments: | SYNC Gen2 Validation Process Summary_RevA.pdf |

This is how I captured my discussion with Henry and Jeff on Friday evening. I will try to find time for us all to huddle around this on Monday.

*Gary Jablonski*
*Manager, Infotainment Systems*
*Ford Electrical/Electronic Systems Engineering*
*Phone: (313)-84-54908 E-mail: gjablons@ford.com*

---

| | |
|---|---|
| **From:** | Jablonski, Gary (G.F.) |
| **Sent:** | Saturday, March 19, 2011 5:10 PM |
| **To:** | Schneider, John (J.H.); Reitz, Graydon (G.A.) |
| **Subject:** | RE: Validation Environment/Capability Discussion |

File for review at 5:30

*Gary Jablonski*
*Manager, Infotainment Systems*
*Ford Electrical/Electronic Systems Engineering*
*Phone: (313)-84-54908 E-mail: gjablons@ford.com*

---

| | |
|---|---|
| **From:** | Schneider, John (J.H.) |
| **Sent:** | Saturday, March 19, 2011 3:46 PM |
| **To:** | Schneider, John (J.H.); Reitz, Graydon (G.A.); Jablonski, Gary (G.F.) |
| **Subject:** | Updated: Validation Environment/Capability Discussion |
| **When:** | Saturday, March 19, 2011 5:30 PM-6:00 PM (GMT-05:00) Eastern Time (US & Canada). |
| **Where:** | Call In; 313-621-3673   Conf Code: Redacted |

Moved due to unexpected late start of Gary's daughter's Lacrosse match....

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation        WLN2-01478717

# MyFord/MyLincoln Touch Quality Assurance Acitivities

**Key:**
- ● Implemented
- ○ Not implemented
- ◐ ◑ ◓ Partial Implementation
- ⊗ Focused/Targeted Implementation

| Release Type | SW212 Aug '10 ----- U38x J1 Initial | SW308 Nov '10 ----- U502 J1 ----- U38x RC Major Bug-Fix | SW038 'Feb '11 ----- Intended C346 J1 ----- U-Car RC Major Bug-Fix | SW063 Mar '11 ----- Intended C346 OKTB ----- U-Car RC Single-Point Fixes | Jun '11 Release ----- X-Vehicle RC Major Bug-Fix | Sept '11 Re-Launch ----- MY13 J1 Re-Launch |
|---|---|---|---|---|---|---|
| **Software Development QA Controls** | | | | | | |
| Check-in Sign-off Process (Level of Developer Control) | ○ | ○ | ◐ | ● | ● | ● |
| Check-in QA Test Required | ○ | ○ | ○ | ○ | ○ | ● |
| **Development Testing** | | | | | | |
| Daily Build Verification | ● | ● | ● | ● | ● | ● |
| Release Smoke/Unit Tests | ● | ● | ● | ● | ● | ● |
| Release Stability Tests | ◐ | ● | ● | ⊗ | ● | ● |
| Rolling Full Test Pass (for Development only) | ○ | ○ | ○ | ○ | ○ | ● |
| **Component/Bench Sign-off Testing** | | | | | | |
| Full Test Pass on Final Release (8 weeks) (Preferred Approach) | ○ | ○ | ○ | ○ | ○ | ● |
| Rolling Full Test Pass (# of passes) (Compromised Approach) | 4 | 1 | 1 | ⊗ | 1 | ↑ n/a |
| Test Case Quality (Spec vs. Implementation vs. Test) | ○ | ○ | ◐ Wipro engaged | ⊗ | ◓ | ● |
| Negative/Un-happy Path/Multi-Variable Coverage | ○ | ○ | ◐ Wipro engaged | ⊗ | ◐ | ● |
| Stability Testing | ◐ | ◐ | ◓ | ⊗ | ◓ | ● Microsoft Tools |
| **Vehicle Sign-off Testing** | | | | | | |
| "SHMI-Lite" Functional Test | ● | ● | ● | ● | ● | ● |
| Full Test Pass on Final Release (Preferred Approach) | ○ | ○ | ○ | ○ | ○ | ● |
| Rolling Full Test Pass (# of passes) (Compromised Approach) | multiple | 1 | 1 | ⊗ | 1 | ↑ n/a |
| Ad-Hoc/Real-World Customer Usage | ● | ● | ● | ⊗ | ● | ● |
| EOL Test | ● | ● | ● | ● | ● | ● |
| Formal Vehicle Test Cases | 50% | 50% | 50% | 50% Vehicle Test Section | 100% (Rough Draft) | 100% (Validated) |
| # of Vehicles | Initially 4 Grew to ~20 | ~20 | ~20 | ~20 | ~20 | ~20 |

**Fundamental Quality Constraints and Actions**

==1A: Fundamental quality of software leaving the developers desk has been inadequate; Result is inability to freeze software for a formal test pass==
==1B: Software incoming for vehicle testing is poor quality (vehicle testing is not designed as the primary QA safety net)==
- Action: Microsoft engagement will bring fundamental quality disciplines to the front end of the process

2: Component Functional and Stability Test practices substandrad
- Actions: Wipro engaged in 4Q 2010 to enhance test coverage and pracices (now 12,000 test cases and growing)
- Action: Microsoft engagement will allow access to Microsoft validation tools (key for stability issues)

3: Vehicle test assests and resources have been historically constrained (and due to poor in-coming quality were the primary QA safety net)
- Dedicated Cockpit Systems Vehicle Test Section authoprized 12/2010; LL6 placed 1/2011; First hiring completed 2/2011

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation          WLN2-01478718