# EXHIBIT 27

**From:** Bragg, Jeremiah (J.) <jbragg14@ford.com>
**Sent:** Friday, October 15, 2010 1:38 PM
**To:** Wadhwa, Sukhwinder (P.S.) <swadhwa@ford.com>
**Subject:** RE: SYNC Gen II - Software Release

Does this mean I am getting a new desk at the 6 sigma building and DSC?

Regards,

Jerry Bragg
jbragg14@ford.com
Cell: (734) 274-0462
Desk: (313) 248-8257

---

**From:** Schneider, John (J.H.)
**Sent:** Friday, October 15, 2010 12:58 PM
**To:** Wadhwa, Sukhwinder (P.S.); Bragg, Jeremiah (J.); Cheatham, Sandy (.)
**Subject:** FW: SYNC Gen II - Software Release

All

Need to insure we have a solution here.  I assume it is Jerry?

john

---

**From:** Samardzich, Raul (R.J.)
**Sent:** Friday, October 15, 2010 12:39 PM
**To:** Schneider, John (J.H.)
**Cc:** Dailey, Sandra (S.J.)
**Subject:** RE: SYNC Gen II - Software Release

John, there is a need for dedicated EESE resources to support the prior approval similarly to what the team had with Eddie.

Regards,

Raul J. Samardzich
PD Electrical Quality Manager
Bldg. 5 MD-5037     rsamardz@ford.com
Tel: (313) 39-01919     Fax: (313) 59-44340
Cell: (313) 805-3002

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                                    WLN2-00039876

**From:** Jansen, Michael (M.R.)
**Sent:** Friday, October 15, 2010 10:24 AM
**To:** Cheatham, Sandy (.)
**Cc:** Samardzich, Raul (R.J.); Dailey, Sandra (S.J.); Whitmyer, Al (A.W.); Kopeika, Charles (C.R.)
**Subject:** RE: SYNC Gen II - Software Release
**Importance:** High

Thanks for calling.

<u>Resource Needs Based on Current Performance</u>
What I see from SYNC Gen I & Gen II is that we have a call volume of around 0.5 resources. This has been fairly steady over the last 2 weeks or so (Graph Attached). A couple of points to make it better:

- The Hotline uses a web form process which expedites the approval process allowing more claims to be processed by an individual analyst.
- With the release of the new software the number should decline based on current issues I would recommend removing reflash from the prior approval program (use TSB op to remove only the service fix if desired). This will further reduce call volume.

<u>PD Presence</u>

PD needs to support on-going prior approval efforts with an <u>on-site engineer</u>. Up to now the best I have been able to get for RTDA was a mobile phone number for Jerry - this hurts the effort. He needs to camp at RTDA and then at the Hotline once the transfer takes place. This will increase the learning for PD on what dealers are seeing and allow him to ask questions as the repair is on-going. On SYNC Gen I we had Eddie C. on site daily and it helped with getting some quick hits on diagnostic improvements for the workshop manual and TSBs

My opinion is that we all need to be engaged in the transfer and should work with the facts.

*Regards,*

*Michael Jansen*

*Supervisor: 6-Sigma Technical Operations*
*Real Time Diagnostic Assistance * 6-Sigma Garage*

**Desk Phone:** 313.317.9301
**Fax:** 866.669.5137
**Email:** mjansen@ford.com

"Give me a lever long enough and a fulcrum on which to place it, and I shall move the world." Archimedes 287 BC - 212 BC

---

**From:** Cheatham, Sandy (.)
**Sent:** Friday, October 15, 2010 8:32 AM
**To:** Jansen, Michael (M.R.)
**Subject:** FW: SYNC Gen II - Software Release

Hi Mike,
what needs to be ready from EESE Sync gen2 team to support prior approval? ie people/resources.

Thanks.

Sincerely,
Sandy Cheatham
Supervisor, Ford Infotainment Quality
(313) 805-6688  mailto:scheatha@ford.com

---

**From:** Schneider, John (J.H.)
**Sent:** Friday, October 15, 2010 7:14 AM
**To:** Wadhwa, Sukhwinder (P.S.); Cheatham, Sandy (.); Bragg, Jeremiah (J.)
**Subject:** FW: SYNC Gen II - Software Release

We will need to be ready to go wtih Prior Approval support.

John

---

**From:** Kopeika, Charles (C.R.)
**Sent:** Thursday, October 14, 2010 5:00 PM
**To:** Samardzich, Raul (R.J.)
**Cc:** Schneider, John (J.H.)
**Subject:** RE: SYNC Gen II - Software Release

Graydon called me - we are targeting Nov. 1...but I may need Mike Jansen to send over 1-2 of his heads to support the contact volume

All Sync module calls to tech hotline


*Thanks,*

*Charles Kopeika*
*Manager, Recall & Service Quality*
*FCSD Service Engineering Operations*
*313 337-2487*
*313 903-1528 (cell)*
*ckopeika@ford.com*

---

**From:** Samardzich, Raul (R.J.)
**Sent:** Thursday, October 14, 2010 4:57 PM
**To:** Kopeika, Charles (C.R.)
**Cc:** Schneider, John (J.H.)
**Subject:** RE: SYNC Gen II - Software Release

Charles, I think we should meet tomorrow and discuss the plan.  John can you join the discussion?

Graydon is looking for a day from the team.

With respect to your comments below I thought we were going to drop RTDA and just go to full Prior Approval as

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-00039878

Mike indicated on his note.

Regards,

Raul J. Samardzich
PD Electrical Quality Manager
Bldg. 5 MD-5037     rsamardz@ford.com
Tel: (313) 39-01919    Fax: (313) 59-44340
Cell: (313) 805-3002

---

**From:** Kopeika, Charles (C.R.)
**Sent:** Thursday, October 14, 2010 4:41 PM
**To:** Samardzich, Raul (R.J.)
**Cc:** Schneider, John (J.H.)
**Subject:** RE: SYNC Gen II - Software Release

Raul - we are working on a transition plan that provides clear direction to the dealer distribution network on the process for SYNC module prior approval

At this time, having the business "split" between the RTDA and the Technical Hotline does not look like a viable solution (example - having dealer A on a Monday contact RTDA for prior approval to reflash a Gen 1 module, Dealer B contacting RTDA on Tuesday to replace a Gen 1 APIM, and Dealer C on Wednesday contacting the Technical Hotline to replace a GEN II module).....way too confusing and will generate rework at both the Company & dealer level; our initial thought is to move all SYNC module PA to the Hotline activity, but of course we need further discussion with your team on proposal acceptance, timing & resources to execute

Please let me know your thoughts on our initial plan......


*Thanks,*

*Charles Kopeika*
*Manager, Recall & Service Quality*
*FCSD Service Engineering Operations*
*313 337-2487*
*313 903-1528 (cell)*
*ckopeika@ford.com*

---

**From:** Samardzich, Raul (R.J.)
**Sent:** Thursday, October 14, 2010 3:19 PM
**To:** Kopeika, Charles (C.R.)
**Cc:** Reitz, Graydon (G.A.); Schneider, John (J.H.)
**Subject:** FW: SYNC Gen II - Software Release

Charlie, Graydon requested I contact you to find out when will be switch from RTDA to Prior Approval for SYNC

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-00039879

Gen II. Please let me know the target date and whether you need any info from EESE to support this.

Regards,

Raul J. Samardzich
PD Electrical Quality Manager
✉ Bldg. 5 MD-5037   💻 rsamardz@ford.com
☎ Tel: (313) 39-01919   📠 Fax: (313) 59-44340
📱 Cell: (313) 805-3002


**From:** Berardi, Michael (M.A.)
**Sent:** Monday, October 11, 2010 11:49 PM
**To:** Reitz, Graydon (G.A.); Pittel, Kimberly (K.L.)
**Cc:** Kopeika, Charles (C.R.); Whitmyer, Al (A.W.)
**Subject:** FW: SYNC Gen II - Software Release

Graydon/Kim,

Based on all the issues (see attached file) we are seeing on the MyFordTouch, MyLincolnTouch, and SYNC, and our inability to fix these customer vehicles at the dealers, we feel it is in our best interest of the company to switch the current RTDA Module program over to Prior Approval for those dealers on RTDA only (about 800 dealers). Although this is opposite of what we all agreed upon a year ago for Prior Approval, we can realize the benefit of all the dealers since they are calling into the Technical Hotline currently trying to resolve these issues. There is no need to announce 100% Prior Approval on these modules (we will just announce the change from RTDA to Prior Approval as an enhancement so dealers don't have to call two places for diagnostics and approval) and cause Dealer Council issues, we know that all the dealers are calling into the Hotline currently looking for assistance (and we can't help them at this point).

With your concurrence, I will have Charlie start the process to notify the RTDA dealers and encourage 100% of all dealers to call into the Hotline for diagnostic assistance (which will be like prior approval for those non-RTDA dealers).

However, I would like to know how we could launch a product with this many issues, and still be waiting for a field fix on most of them. This is exactly the customer concern that Mike Bannister sent to us and we had two of your engineers fly down to Tennessee and still not be able to duplicate or repair the issue. I am no expert in this field, but we need to work together with the field to ensure we can handle the upset customers that are heading our way.


*Mike Berardi*
*Director - Service Engineering Operations*
*Ford Customer Service Division*
*Administrative Assistant - Sandy Schwartzenberger (38468)*
*Phone - (313) 323-8467*
*Fax - (313) 845-2580*

*Share the Ford Story at www.TheFordStory.com*
*Save Paper - Do not print this email unless absolutely necessary*

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation      WLN2-00039880