# EXHIBIT 28

| From: | Bragg, Jeremiah (J.) <jbragg14@ford.com> |
|---|---|
| Sent: | Wednesday, November 3, 2010 5:14 PM |
| To: | Wadhwa, Sukhwinder (P.S.) <swadhwa@ford.com> |
| Subject: | FW: MyFord Touch - Error States |
| Attach: | MyTouch Verbatims Summary.doc; US Mgmt Lease_MyTouch Verbs.xls |

Sukhwinder,

I provided a list of items being addressed with the software upgrade that I can provide to Sandy's group, but I do not know what is pending or will not be included that we previously had though would make it. What else should I include other than the list of 13 issues I provided to you for the 14D?

Regards,

Jerry Bragg
jbragg14@ford.com
Cell: (734) 274-0462
Desk: (313) 248-8257


**From:** Cheatham, Sandy (.)
**Sent:** Wednesday, November 03, 2010 4:26 PM
**To:** Bragg, Jeremiah (J.)
**Cc:** Samardzich, Raul (R.J.)
**Subject:** FW: MyFord Touch - Error States

Hi Jerry,
not sure if you received this email. Per the request below, please identify a summary of the concerns being addressed by the service pack and any items pending.
Thank you.


Sincerely,
Sandy Cheatham
Supervisor, Ford Infotainment Quality
(313) 805-6688  mailto:scheatha@ford.com


**From:** Samardzich, Raul (R.J.)
**Sent:** Sunday, October 31, 2010 5:51 PM
**To:** Schneider, John (J.H.); Cheatham, Sandy (.); Wadhwa, Sukhwinder (P.S.)
**Cc:** Reddy, BJ (.); Szczepaniak, Gerard or G (G.); Reitz, Graydon (G.A.); Garrett, Bill (W.G.)
**Subject:** FW: MyFord Touch - Error States

Attached is the management lease feedback on MyTouch. I think it would be a good idea to identify the issues being addressed on the service pack and what is left to fix.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation      WLN2-00039569

Hopefully we can review this at the next FQR (a week and a couple of days from now).

Regards,

Raul J. Samardzich
PD Electrical Quality Manager
Bldg. 5 MD-5037    rsamardz@ford.com
Tel: (313) 39-01919    Fax: (313) 59-44340
Cell: (313) 805-3002

---

**From:** Harper, Michael (M.J.)
**Sent:** Friday, October 29, 2010 5:36 PM
**To:** Pittel, Kimberly (K.L.); Ellison, Pandora (P.M.)
**Cc:** Hardie, Mike (M.D.); Dugan, Greg (G.M.); Samardzich, Raul (R.J.)
**Subject:** FW: MyFord Touch - Error States

Kim/Padora,

Here is the My Ford/Lincoln Touch Summary based on the Verbatims from the Mgt Lease GQRS survey of Edge/MkX drivers.

Let me know if you have any questions.

---

**From:** Mellen, Jaime [mailto:jmellen@rdagroup.com]
**Sent:** Wednesday, October 27, 2010 3:02 PM
**To:** Harper, Michael (M.J.)
**Cc:** Novak, Rick (R.J.); Stasiw Lazarchuk, Christine (.)
**Subject:** RE: MyFord Touch - Error States

Mike,

Attached you will find two files: 1) a Summary document where we have tried to summarize the comments received from management lessees regarding the MFT into a one-pager and, 2) A detailed verbatim file which has tabs covering TGW comments specifically referring to MFT, TGW comments which could be related to MFT, comments regarding Suggestion for improvement with their vehicle and, comments regarding what the lessee likes most about their vehicle.

All of these comments are based on the approx. 570 surveys we have returned to date from September deliveries of the 2011 Edge and MKX via the 1MIS Management Lease GQRS 2 study.

After reviewing this content, let me know how the team would like to proceed and we can work up options and costs as needed.

Jaime

---

**From:** Harper, Michael (M.J.) [mailto:mharper1@ford.com]

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00039570

**Sent:** Wednesday, October 27, 2010 8:35 AM
**To:** Mellen, Jaime
**Cc:** Novak, Rick (R.J.); Stasiw Lazarchuk, Christine
**Subject:** RE: MyFord Touch - Error States

Perfect.

Thanks

---

**From:** Mellen, Jaime [mailto:jmellen@rdagroup.com]
**Sent:** Wednesday, October 27, 2010 8:32 AM
**To:** Harper, Michael (M.J.)
**Cc:** Novak, Rick (R.J.); Stasiw Lazarchuk, Christine (.)
**Subject:** RE: MyFord Touch - Error States

Mike,

I can certainly provide you a plan and cost to get at some of the questions asked below regarding MFT, etc... However, I do want to mention that we are already surveying Edge and MKX management lessees from the month of the September using the new GQRS 2 web survey and we have been getting quite a few TGW comments regarding the MFT system.

As a first step why don't I have my team pull together all of the comments we have received on the MFT so far so we can at least provide error states. As well, we can see if any comments were made in our "Likes" or "Suggestions for Improvement" open-end questions and provide those to you as well.

After that, if you feel additional questions need to be asked of the management lessees we can discuss a short "follow-up" questionnaire that can be sent back out to lessees.

We'll send over the verbatims later today.

Jaime

---

**From:** Harper, Michael (M.J.) [mailto:mharper1@ford.com]
**Sent:** Wednesday, October 27, 2010 8:26 AM
**To:** Mellen, Jaime
**Cc:** Novak, Rick (R.J.); Stasiw Lazarchuk, Christine
**Subject:** RE: MyFord Touch - Error States


Jamie,

Can you give me an estimated costs to do some a very short survey with 2011 MY Mgt Lease of Edge/MKX's.

Survey would basically cover if they know what My Ford /My Ford /(Lincoln) Touch is.  Overall Satisfaction with it, How they like it and don't like about.

Can you also let me know how many Edge/MKX we have and projected delivery in next month.

Thanks

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00039571

**From:** Novak, Rick (R.J.)
**Sent:** Monday, October 25, 2010 1:55 PM
**To:** Stasiw Lazarchuk, Christine (.); Harper, Michael (M.J.)
**Cc:** Pacheco, Susan (S.M.)
**Subject:** MyFord Touch - Error States

Christine/Mike - I was just in a meeting with Murat and he asked if we could pull together a survey to help identify any issues from both salespeople and customers regarding MyFord Touch. Or if we have any TGW data on this feature already in place to evaluate

The issue is from a communications stand point, do salespeople understand the difference between MyFord and MyFord Touch and what do customers think of when they hear these features   MFT is relatively new to the market, so maybe the survey is focused on salespeople error states and company lease vehicles of Edge and MKX to get the voice of customer????  Just a thought.

Can you help with this or direct me to someone who can support this request?

Thanks,
**Rick Novak**

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-00039572



## MyTouch Verbatims Summary

- Management lessees feel that MyTouch is a very complicated system to use overall, and they do not find it intuitive.
  - Lessees are having difficulties customizing their settings and do not like the layout of the buttons and displays.
  - Lessees feel the complexity of MyTouch causes them to divert their attention from driving to the MyTouch screen.

- Lessees feel that the dealer should provide a tutorial of MyTouch when the vehicle is purchased. They also would like a more detailed instruction manual for MyTouch.

- Management lessees are having troubles with the MyTouch screen; in some cases their screen goes blank or freezes, while others say their screen stays on after they turn off the vehicle. Other lessees are receiving error messages that stay on the screen.

- Lessees are having difficulties with the Sync system through MyTouch, including pairing their phone, voice recognition and losing connection of devices.

- Management Lessees find that they often activate the Emergency Flashers when using the MyTouch displays and controls.

- Lessees are also having trouble with the controls on the MyTouch Screen:
  - They find that MyTouch is slow to respond to commands.
  - The volume controls freeze and will not allow the driver to adjust the volume.

## MyTouch Verbatims: September 2010 Deliveries

- "MyTouch is neat! But it is way too complicated to program and use. I am 20 and find it difficult. Just think how difficult it is for a 50 or 60 year old person?"
- "The MyTouch Screen goes blank white sometimes and doesn't come back unless I shut off vehicle and put in reverse.
- "MyFordTouch system didn't work properly when I first received vehicle. The screens stayed on after car shutoff and Sirius Travel Link did not work."
- "MyFordTouch is a complete debacle; >20 times the system does not work, the screen is just blank and I have no functionality (no radio, heated seats, SYNC, reverse camera)."
- "My cell phone will not stay connected via SYNC (Verizon service, Model: Casio Boulder GzOne). Also, the location of the hazard button on the center stack (MyTouchFord) is terrible - frequent inadvertent actuation."
- "MyTouch is very slow to respond to changes (volume, radio stations, etc. ) I make. Periodically my cell phone drops connection with Sync."
- Whole "MyLincoln" system is too hard to understand; screen is too busy; no logic to controls; owner's manual description and CD likewise too complicated, difficult to use and understand.

Additional verbatims can be found in the MyTouch Verbatims excel file.

The newly redesigned survey is being utilized for Management Lease program

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00039573