# EXHIBIT 29

FILED UNDER SEAL
PURSUANT TO COURT ORDER
(ECF NO. 424)