# EXHIBIT 30

Produced by Ford Under		Protective Order in In Re: My		Ford Touch Consumer Litigation

| | |
|---|---|
| **From:** | Dace, LeMar (L.D.) |
| **Sent:** | Monday, January 03, 2011 11:53 AM |
| **To:** | Carmean, Timothy (T.E.) |
| **Cc:** | Williams, Kenneth (K.N.); Rodolosi, Rene (R.A.) |
| **Subject:** | RE: Follow-Up On Mr. Ford's Edge |

I have secured a 2 hour window, tomorrow from 9-11. Please come to south lobby and give Rene a call at 407-6812. Thanks.

Rene, I have asked Ann to get his phone so we can resync it to the car after the reprogramming. Please get it from her. Thanks.

Kind regards,
LeMar Dace - Supervisor, OCCE Technology Support - ldace@ford.com - Ford Motor Company
Phone: 313-248-3386 ---- Mobile: 313-530-9670

---

**From:** Carmean, Timothy (T.E.)
**Sent:** Monday, January 03, 2011 10:28 AM
**To:** Dace, LeMar (L.D.)
**Cc:** Williams, Kenneth (K.N.); Rodolosi, Rene (R.A.)
**Subject:** RE: Follow-Up On Mr. Ford's Edge

If it is still in the state we left it in we (SYNC Team) can re-flash the software without having to pull the module. The issue is unique to the version of software that his vehicle is running and we have a finite window before the module becomes unrecoverable via software methods and has to be replaced. If it gets to the state where it needs to be replaced then the normal lease car maintenance process should be able to get it taken care of.

Tim

**From:** Dace, LeMar (L.D.)
**Sent:** Monday, January 03, 2011 10:21 AM
**To:** Carmean, Timothy (T.E.)
**Cc:** Williams, Kenneth (K.N.); Rodolosi, Rene (R.A.)
**Subject:** RE: Follow-Up On Mr. Ford's Edge

1

WLN1-0003060

If the module is going physically bad, I would like to get preemptively get it replaced. Who would do the replacement: normal lease car maintenance or the Sync team? We can recover the software right before they do the replacement.

Kind regards,
LeMar Dace - Supervisor, OCCE Technology Support - ldace@ford.com - Ford Motor Company
Phone: 313-248-3386 ---- Mobile: 313-530-9670

---

**From:** Carmean, Timothy (T.E.)
**Sent:** Monday, January 03, 2011 10:15 AM
**To:** Dace, LeMar (L.D.)
**Cc:** Williams, Kenneth (K.N.)
**Subject:** Follow-Up On Mr. Ford's Edge

LeMar,

Hope you enjoyed your time off. Ken and I were out to look at Mr. Ford's SYNC the week before the break and noted that this module was on its way to ending up in a bad state. We would like to have another look and hopefully recover the software before it gets to a point where the module needs to be physically replaced. Can you help us set something up?

Thanks,

Tim Carmean

--

SYNC Gen2 Core Team

313-806-5775

WLN1-0003061