# EXHIBIT 31

# SYNC Gen II Software Release Planning

## U38X / U502 / C346N / C346E



Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-02645341

# Background

- <mark>Base software is 100% common across vehicle programs</mark> (U38X, U502, C346N, C346E, etc.)
    - Phone
    - Entertainment (media player, radio, Sirius, etc)
    - Navigation
    - Voice Control
- Program feature set differences are managed via EOL configuration and provisioning.
- SYNC Gen II will be manufactured in multiple assembly plants globally.
    - Oakville
    - Chicago
    - Michigan Assembly
    - Saarlouis

ONE FORD

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-02645342

# U38X Feature Implementation



3

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-02645343

## U502 Feature Implementation

- U38X Feature Set
- Continuous Improvement (Service Pack 1)
- Active Park Assist
- Rear Climate Control



4

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-02645344

# C346 Feature Implementation

- U38X Feature Set
- U502 Feature Set
- Continuous Improvement (Service Pack 2)
- C346 – specific features and global localization

| C346 Feature Implementation | Program | SW R1 15-Sep | SW R2 15-Oct | SWR3 15-Nov | SWR4 25-Feb |
|---|---|---|---|---|---|
| Can dB | C346N/E | x | | | |
| Power Management Requirement | C346N/E | x | | | |
| Steering Wheel Controls Support | C346N/E | x | | | |
| Diagnostic /EOL ( VMCU) | C346N/E | x | | | |
| A66 feature deltas (North America) | C346N | | x | | |
| C1MCA Climate Control | C346N/E | | x | | |
| A66 feature deltas (Europe) | C346E | | | x | |
| Illumination | C346N/E | | | x | |
| Park Distance | C346E | | | x | |
| RDS Market tuner radio | C346E | | | x | |
| RDS TMC Traffic Anouncement | C346E | | | x | |
| European Language Packs | C346E | | | | x |
| Traffic Message Channel (TMC) | C346E | | | | x |
| DAB Tuner | C346E | | | | x |
| Navigation Europe | C346E | | | | x |
| EU HMI | C346E | | | | x |
| VIN Locking | C346E | | | | x |

Ford Confidential

ONE FORD

5

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-02645345

# Evaluation Procedures

- SyncLite Test
    - Exercises functions of the SYNC Gen II module.
    - For U38X, 1,500 units were sampled before OKTB.

- 10-minute Evaluation
    - Exercises a basic set of customer-centered features for each of the primary applications on the SYNC Gen II module.





Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-02645346

## Issue Reporting Forum

- <mark>Issues need to be consolidated and reported in a common cross-carline forum since the software is shared cross-carline.</mark>
- "SYNC Technology AIMS deck?"



7

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-02645347