# EXHIBIT 33

| From: | Reitz, Graydon (G.A.) <greitz@ford.com> |
|---|---|
| Sent: | Thursday, August 2, 2012 7:10 AM |
| To: | Thai-Tang, Hau (H.N.) <hthaitan@ford.com> |
| Subject: | Fw: Fwd: Ford/Microsoft status report attached |

Hau,

We have our normal Thursday status review with Microsoft this afternoon. We will be using a more comprehensive set of delivery metrics that should eliminate the error state we encountered in late June.

I will forward the metrics to you later today.

Thanks for your support here!

Graydon

**From**: Nair, Raj (S.S.)
**Sent**: Thursday, August 02, 2012 06:56 AM
**To**: Thai-Tang, Hau (H.N.); Reitz, Graydon (G.A.)
**Subject**: Fwd: Ford/Microsoft status report attached


Thanks!

Raj

Begin forwarded message:

> **From:** "Mulally, Alan (A.R.)" <amulally@ford.com>
> **Date:** August 2, 2012 6:55:53 EDT
> **To:** "Fields, Mark (.)" <mfields@ford.com>, "Nair, Raj (S.S.)" <snair@ford.com>
> **Subject: FW: Ford/Microsoft status report attached**
>
> **From:** John Fikany [mailto:jfikany@microsoft.com]
> **Sent:** Wednesday, August 01, 2012 5:52 PM
> **To:** Mulally, Alan (A.R.)
> **Subject:** Ford/Microsoft status report attached
>
> Alan,
>
> I hope all is well. I was notified that the Status Report update from Kevin Dallas after meeting with Raj and his team last week, was not included in a recent email from Steve. Please review the report below and forward if you would like to the appropriate Ford Team members.
>
> I am sure Steve shared that we are all committed to Ford's success. Thanks again for your support

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-01318911

and Partnership

John

---------------------------------------------------------------------------------------------------------------

**TEAM STATUS MAIL**

Steve

Brad and I did a call with Hau Thai Tang and the Ford team this morning to make sure we are aligned on this response. Enclosed is the status, risk areas, and next steps.

PROJECT STATUS
1. **MyGlobal:** The change in plan is the delay of the European launch that impacts the European BEV and we hold ourselves accountable for this delay. There is no change in plan for the JD Powers Quality work, no change in plan for the US launch, and no change in plan for the China launch.
2. **Missed deliverables:** In our 18 month effort the vehicle program we've committed to and failed to deliver on schedule is the European Bev for MYGlobal. As communicated in our last CEO meeting, to date we have delivered the MYEarly, MYEarlyBev and MYEarly+ releases on agreed schedules and over 13 vehicle programs on-schedule (Edge, Escape, Explorer, Focus, Fusion, Taurus...)
3. **Gen3 status:** In the CEO meeting on May 17th, we met the milestone of the vision video and framing memo with Jim Buczkowski. Ford resourcing on Gen3 is on hold until MyGlobal is contained. We have delivered a plan to Graydon Reitz at Ford that outlines the milestones and resources needed for Gen3. Ford understand that the decision to hold on resourcing Gen3 will impact project milestones and our end date.
4. **CY12 Budget:** We are aligned on the budget. In March, Ford approved a headcount increase from 100 to 150 (allocated as 120 on Gen2 and 30 on Gen3). Due to the current status of MyGlobal, in June we agreed to move the 30 headcount from Gen3 to contain MyGlobal. This along with the change in vendor use explains the increase in Gen2 budget.

RISK AREAS
We remain confident in our ability to deliver the adjusted MyGlobal plan. However, there are 3 main areas of risk that we want to reiterate. We don't want these to be perceived as excuses from the team, we are sharing these only to offer transparency in to project.

- **Bug Debt:** We inherited a bug debt of over 12,000 bugs. Due to Ford's time constraints (the aggressive timelines needed for Gen 2), we jointly decided last year not to re-architect the product Ford and its partners had built (estimated time 12-18 months to complete). We are building on top of an unstable system with a staggering bug debt e.g. we shipped MYEarly with 4,245 bugs in the database (by contrast Gen 1 v1.0 shipped with 841 bugs and Gen 1 v1.3 shipped with 570 bugs). Carrying such a high bug debt means that functionality changes in areas such as phone, navigation or speech can cause system instability and even worse regression.
- **Quality of the 3rd Party Code:** The 3rd Party code is a black box, meaning our engineers do not have access to the source code or specifications so we are unable to guarantee quality of the navigation and speech deliverables beyond the system

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation　　　　WLN2-01318912

level testing we perform.
- <u>Navigation:</u> the quality and performance of the solution remains a challenge, the navigation solution also has major usability issues (which are issues in the HMI design from Ford). We are focused on working with Telenav to improve quality and performance (and expect to make significant improvements here) but will not resolve usability issues in this timeframe.
- <u>Speech:</u> the quality and performance of the solution remains a challenge, the Nuance engine is one of the key resource consumers on the system (and we have limited insight into the software). We do have an acceptance process in place for Nuance however, issues that arise from their code interaction with the core system can cost weeks from a debugging perspective. In fact for MYGlobal we received an updated Nuance drop where Ford had requested that Nuance increase the priority of their grammar build, this resulted in the system being unusable for several weeks while we worked to identify and resolve the issue. Getting this component to quality remains a risk potential timing challenge.
- **Phone solution:** consumers have high expectations of the phone solution and while we've prioritized those issues which most heavily impact the JD Powers study we know that we will not be able to completely eradicate the bug debt in this area. While we are on track to resolve the issues customers complain about today, we cannot know for certain if they will complain about a new set of issues in the MYGlobal release.

NEXT STEPS
We will drive tighter communication and expectation setting with Raj and Hau to ensure alignment on the issues, decisions, and actions. Starting this week we have agreed with the Ford team to put a meeting cadence in place that includes: weekly calls with Raj and Hau, and weekly status reports for Raj to present to Alan. In addition we will be revising our status reports to provide greater visibility into JD Powers Survey quality areas, bug status, test validation results, and the quality of 3rd Party code.

Let me know if you have further questions. We will get this done, and we remain deeply invested in Ford's success across Gen2 and Gen3.


Kevin


John Fikany
Microsoft Corporation
O: 248 827-2020
C: 248 505-0700

Executive Assistant to John Fikany
Joy Allen
joyallen@microsoft.com
O: 248 827-2016
C: 248 396-5676

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation      WLN2-01318913