# EXHIBIT 35

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4  In Re:                          )
                                   )
5  MYFORD TOUCH CONSUMER           )
   LITIGATION                      )
6                                  )
                                   )   No. CV 13-3072-EMC
7                                  )
                                   )
8                                  )
                                   )
9                                  )
                                   )
10                                 )
                                   )
11                                 )
                                   )
12 _____  )

13

14                    CONFIDENTIAL

15            DEPOSITION OF DANIEL SMITH

16              Pasadena, California

17          Thursday, February 11, 2016

18                    Volume I

19

20

21  Reported by:
    ELIZABETH TORSTENBO, RPR
22  CSR No. 9048

23  Job No. 2233695

24

25  PAGES 1 - 312

1   report?
2       Q.   Yes.
3       A.   Is that the question?  Yes, we did.
4       Q.   Okay.  Did you quantify the number of bugs
5   that you identified for any version of the software?
6       A.   A numerical count for each of those, I
7   don't believe we did.
8       Q.   For purpose of the opinions that you're
9   expressing, are you identifying -- have you
10  identified -- withdraw the question.
11           Do you have an opinion about whether
12  different versions of the software that you evaluated
13  had more or fewer bugs than other versions?
14      A.   I don't have an opinion.  I'm not offering
15  an opinion on that right now.  I did not.
16      Q.   Are you -- do you have an opinion about
17  whether the bugs that you have identified in your
18  report manifest at the same frequency for each of the
19  versions of the software that you've identified?
20      A.   I don't believe I expressed such an
21  opinion.
22      Q.   Did you reach such an opinion?
23      A.   No, I have not.
24      Q.   ==Did you reach an opinion about whether the==
25  ==architecture for the software changed between the==

1  BSquare versions, the Wolverine versions, of the code,
2  and the Microsoft, or Zephyr, versions of the code?
3       A.    That's a somewhat subjective question.  In
4  other words, did it change?  My opinion is,
5  fundamentally, it remained unchanged across all the
6  versions.
7       Q.    And what was that based on?  How did
8  you -- what did you look at to reach that conclusion?
9       A.    That was based on our examination of the
10 source code.
11      Q.    Can you be a little more specific about
12 what you looked at in the source code --
13      A.    Sure.
14      Q.    -- to evaluate that architecture or
15 structural question?
16      A.    Sure, sure.  So the architecture is the --
17 essentially, the foundation, the underpinnings, of the
18 product, and when you look at -- and how they interact
19 with each other.  And when you look and think about the
20 major aspects of the product, everything from the
21 Windows CE operating system to Microsoft Auto to
22 TeleNav Navigation to Nuance Voice to the use of
23 FlashLite to the event passing messaging mechanism to
24 the device drivers -- and I'm sure there are other
25 aspects that right now aren't coming to me -- they were

1   all still present in all the different versions.
2            So, in my opinion, fundamentally, the
3   architecture -- I would not use the word "unchanged."
4   I would say it was substantially similar.  And you
5   didn't use that word.  I want to be clear.  I'm not
6   saying you said, "Unchanged," but my opinion is that
7   it's substantially similar across all the different
8   base versions.
9        Q.   And when you say it's substantially
10  similar, you're talking about the structure or the
11  architecture?
12       A.   The architecture, yes.  That was the
13  subject of the question, yeah.
14       Q.   And I apologize if I asked this before.  I
15  just don't remember.  Did you attempt to determine how
16  many bugs were in any given version of the software?
17       A.   We looked at every version for bugs, but
18  we didn't quantify it.  And the way you've asked the
19  question, did we attempt to -- I'm sorry.  I don't want
20  to count or quantify the number of bugs.  That's,
21  essentially, a task that can't be completed.  Because
22  the more you look at code, the more you can find bugs.
23            So I presume any release we looked at, the
24  more time we spent looking at that release, we would
25  probably found additional bugs.  So to quantify and

```
 1          I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken
 4  before me at the time and place herein set forth; that
 5  any witnesses in the foregoing proceedings, prior to
 6  testifying, were administered an oath; that a record of
 7  the proceedings was made by me using machine shorthand
 8  which was thereafter transcribed under my direction;
 9  that the foregoing transcript is an true record of the
10  testimony given.
11          Further, that if the foregoing pertains to
12  the original transcript of a deposition in a Federal
13  Case, before completion of the proceedings, review of
14  the transcript [ ] was [ ] was not requested.
15          I further certify I am neither financially
16  interested in the action nor a relative or employee of
17  any attorney or any party to this action.
18          IN WITNESS WHEREOF, I have this date
19  subscribed my name.
20
21  DATED: 2/23/16
22
23              _____
                    Elizabeth Torstenbo
24              ELIZABETH TORSTENBO, RPR
                CSR No. 9048
25
```