# EXHIBIT 36

| | |
|---|---|
| From: | Ostrowski, Jeffrey (J.R.)</o=ford/ou=fordna1/cn=recipients/cn=jostrow7> |
| Date: | Sat Jul 16 2011 19:29:47 EDT |
| To: | Jablonski, Gary (G.F.) </o=ford/ou=fordna1/cn=recipients/cn=gjablons> |
| Cc: | Blank |
| Bcc: | Blank |
| Subject: | Re: For Monday |
| Attachments: | |

As you cite, I don't know how in the hell Jay can ask these kinds of questions now. There are UI teams out of the box (Media and Nav for example), but I don't understand how that suddenly becomes "we can't deliver" compared to "here are the items we think we can carve out".

For example, the Microsoft HMI performance team came in with that approach on Friday, but items on the table to cut (Mike W., Rick, Brett, myself) - and we agreed to the need based on the impact to the low impact customer. An example of how this should be working across the board...

These questions now make it clear he has no cut list. We need to get the team together and see if we can identify areas if we need to do it for him.

Jeff


From: Jablonski, Gary (G.F.)
Sent: Saturday, July 16, 2011 07:08 PM
To: Ostrowski, Jeffrey (J.R.)
Subject: Re: For Monday


Are they f***ing kidding?

Gary Jablonski


From: Jablonski, Gary (G.F.)
Sent: Saturday, July 16, 2011 07:07 PM
To: Ostrowski, Jeffrey (J.R.); 'JAYLONEY@microsoft.com' <JAYLONEY@microsoft.com>
Cc: 'David.Campbell@microsoft.com' <David.Campbell@microsoft.com>
Subject: Re: For Monday


Jeff is spot on - but too gentle.

==The May 16 release is a disaster. The quality expectations for MyEarly are so much higher than I can describe.==

==Ford's quality reputation is completely on the line for MyEarly. Another model year with the same crap is not acceptable.==

Dr. Jeckle and Mr. Hyde won't work - but this IS an area where I think we may have options. MyEarly must be a complete, cohesive, consistent experience - but there may be options to rethink our UI upgrade aroind areas that have caused a lot pain/work. I need to see a great level of detail around the UI tasks and which ones carry the most risk.

This e-mail honestly scares the heck out of me. We answered all these questions months ago. We started the Ford train moving internally on the Dec-1 RTM plan - we knew it was high risk and expected refinement - but not wholesale surrender. The only reason Ford senior management is having any patience with our business negotiations and price tag for all of this is the expectation that the Microsoft team can deliver where other teams have failed.

Gary Jablonski

From: Ostrowski, Jeffrey (J.R.)
Sent: Saturday, July 16, 2011 02:26 PM
To: Jay Loney <JAYLONEY@microsoft.com>; Jablonski, Gary (G.F.)
Cc: David Campbell (DCAMPBEL) <David.Campbell@microsoft.com>
Subject: RE: For Monday

Jay,

Here are my answers (only):

1) Your statement isn't completely correct. The May 16th release did not address all of the quality issues we wanted to address. In fact, the bug bar that was defined was much higher (in my opinion) than Ford would accept on any other product. We still have reboots, screen freezes, black screens (permanent failures), Sirius Travel Link download issues, issues with the clock keeping correct time, system slow-downs, slow HMI response, media indexing issues, phone issues – these are all things that we have seen in our testing and customers are still reporting with the May 16th software. We delivered some additional bug fixes in the time we had – with the full intent that the re-launch software would return us to an acceptable Ford product. It is of great importance – if not the most important thing for re-launch.

That said, as we've previously shared, the user experience is weighing heavily on our product perception as well and is a quality issue. A reboot can be as bad a customer not understanding how to use the system – at least from a TGW perspective. And we know Consumer Reports specifically cited our MFT UI as the reason for not recommending our vehicles as recommended buys. It's hard to separate one from the other – because they're one in the same to our customers.

2) I don't think that's an option. Our vehicle programs are relying on the re-launch or they won't launch 2013 programs due to carrying the quality issues forward. While we can ask a customer to do an update, we can't necessarily rely on it. Further, JD Power would most likely judge us on the as-built May 16th software – not the update. Gary has more insight into all of the "dooms day" scenarios on this.

3) I'd be cautiously interested in what these scenarios look like – as "Jekyll & Hyde" UI seems like it would be noticeable and cause further TGWs. Do you have proposals? (I'm not sure if these got

solidified Friday night.)

Jeff

From: Jay Loney [mailto:JAYLONEY@microsoft.com]
Sent: Saturday, July 16, 2011 12:16 PM
To: Ostrowski, Jeffrey (J.R.); Jablonski, Gary (G.F.)
Cc: David Campbell (DCAMPBEL)
Subject: For Monday

I know it's not much advance, but hoping you at least have time to check this and think about it some before Monday. By now I'm sure Jeff has given Gary some heads up of the scope of the HMI Phase 1 issue based on his listening to some of the Friday morning raw output. The leadership spent all afternoon Friday consolidating and putting structure around that for a conversation we need to have before we collectively take this up to our management. I view Monday's call as a working session for us to come together on what Ford cares most about and how we optimize for that. Here's the questions we've structured for you guys. There may be some more as the weekend progresses . I'll certainly get you those by Sunday EOB so you'll have a few hours Monday morning to think through it.