# EXHIBIT 37

Produced by Ford Under　　　Protective Order in In Re: My　　　Ford Touch Consumer Litigation

| | |
|---|---|
| From: | Garrett, Bill (W.G.)</o=ford/ou=fordna1/cn=recipients/cn=wgarrett> |
| Date: | Tue Jun 28 2011 10:49:16 EDT |
| To: | Suggs, Jim (J.A.) </o=ford/ou=fordna1/cn=recipients/cn=jsuggs1> |
| Cc: | Sanctorum, Joseph (J.J.) </o=ford/ou=fordna1/cn=recipients/cn=jsanctor>; Bragg, Jeremiah (J.) </o=ford/ou=fordna1/cn=recipients/cn=jbragg14>; Szczepaniak, Gerard or G (G.) </o=ford/ou=fordna1/cn=recipients/cn=gszczepa>; Yang, Guangbin (G.) </o=ford/ou=fordna1/cn=recipients/cn=gyang1>; Jablonski, Gary (G.F.) </o=ford/ou=fordna1/cn=recipients/cn=gjablons>; Crockett, Dante (D.K.) </o=ford/ou=fordna1/cn=recipients/cn=dcrocket>; Samardzich, Raul (R.J.) </o=ford/ou=fordna1/cn=recipients/cn=rsamardz> |
| Bcc: | Blank |
| Subject: | RE: 14D212 Spend - HOT |
| Attachments: | |

Jim,

Thanks for the comprehensive response. I have been going by Gary Jablonski's published numbers, which predict 20 R/1000 for the 063 level S/W, continuing at 13 R/1000 with the July upgrade. While those numbers are significantly better than launch values (the 6x you referred to), they still represent ==TWICE the failure rate that we are allowed for the ENTIRE BODY of Electrical parts we own.== Recall that our MY11 R/1000 Objective for EESE is 10.5, dropping to 8.5 for MY12. In that context, I have a hard time overlooking a product that is running at 20 R's, particularly when there is still an ill-defined number of claims that have module replacements when they may not have been necessary. This is reflected in our on-going TNI rate on returned parts, which was running 50% on the 14D212 last time we did the math.

At this point, I am comfortable with the quick approximation we are getting with the current status of your model (who has the actual "working" version right now?). By the end of the week, we should have the more comprehensive results of Guangbin's work, so will have a good baseline from which to compare his results. Always nice to have a "sanity check" on a very complex analysis. Thanks again for all your help!


Bill Garrett, QB / Supervisor
EESE Quality
Ford PD - E/E Systems Engineering
Bldg.#5, Rm.2E004, MD 5013
313-845-1470   cell 313-702-9192   FAX 313-594-4340


---

From: Suggs, Jim (J.A.)
Sent: Tuesday, June 28, 2011 10:32 AM
To: Garrett, Bill (W.G.)
Cc: Sanctorum, Joseph (J.J.); Bragg, Jeremiah (J.); Szczepaniak, Gerard or G (G.); Yang, Guangbin (G.); Jablonski, Gary (G.F.); Crockett, Dante (D.K.); Samardzich, Raul (R.J.)
Subject: RE: 14D212 Spend - HOT

Bill,

WLN1-4304094

You are correct, I was in the process of adding the units that were built post-March with the "less flawed" version (063). To date, I had Edge/MKX in the model, but have not yet added Explorer, Focus, or any 2012 Models.

However, the reason I didn't add them in because at the incident rate we were assuming (one-sixth of the rate of the original versions, but still a lifetime rate of 26% of total sales) and the lower cost of just a reflash, they were not adding significantly to the 2011CY spending. For example, the 20,000 Edge/MKX units that had their FSA repaired with the 063 version the model was estimating about $10/unit to 2011CY spending. I was going to add 30,000 more Explorers, so between the two groups it only added $0.5 mil to the ~$13 mil of everything else.

Now, if the 063 version is much more flawed, namely if it causes significant black screens (with need for module replacement) obviously those numbers will go up. But we just have no hard data yet on how the 063 will perform in the field other than the initial feedback.

Jim Suggs
Supervisor,
Global Warranty Quality & Productivity
RCB-3N432
(313) 845-4148

One Team - One Plan - One Goal - One FORD

---

From: Garrett, Bill (W.G.)
Sent: Tuesday, June 28, 2011 8:31 AM
To: Suggs, Jim (J.A.)
Cc: Sanctorum, Joseph (J.J.); Bragg, Jeremiah (J.); Szczepaniak, Gerard or G (G.); Yang, Guangbin (G.); Jablonski, Gary (G.F.); Crockett, Dante (D.K.); Samardzich, Raul (R.J.)
Subject: RE: 14D212 Spend - HOT
Importance: High

Jim,
You have given us a GREAT start, and I really appreciate the time you have dedicated to this effort, in spite of your demanding "day job". It has been beneficial to engage Guangbin, as he has been freed up to put 100% of his time into this for 2 weeks, which is really great.

The "simplifying assumptions" that I was referring to were primarily the assumptions that post-April builds are basically no longer flawed, from the perspective of the analysis. ==The reality is that the systems we are still building and selling ARE flawed==, and will be until next January. ==This creates a steadily growing body of vehicles in the field with SYNC Gen 2 systems that will fail and require repair.== Unless Gerry and I are mistaken, the model in its current form does not take that into account. Please clarify if we are not interpreting the model correctly.

Again, I am thankful for the support you have provided, both for the SYNC Gen 2 analysis, and for my overall Warranty Spending analyses. Will look forward to future interactions as your job demands allow.

Bill Garrett, QB / Supervisor
EESE Quality
Ford PD - E/E Systems Engineering
Bldg.#5, Rm.2E004, MD 5013
313-845-1470   cell 313-702-9192   FAX 313-594-4340

From: Suggs, Jim (J.A.)
Sent: Monday, June 27, 2011 4:59 PM
To: Garrett, Bill (W.G.); Crockett, Dante (D.K.); Samardzich, Raul (R.J.)
Cc: Sanctorum, Joseph (J.J.); Bragg, Jeremiah (J.); Szczepaniak, Gerard or G (G.); Yang, Guangbin (G.); Jablonski, Gary (G.F.)
Subject: RE: 14D212 Spend - HOT

Bill,

I'm not sure I'd characterize the present model as handicapped with simplifying assumptions. Early in the spend cycle, there are three main variables that affect spending: 1) defining the populations of vehicles with "the problem", 2) introduction of those vehicles into the market, 3) the "incident" rate that vehicles with "the problem" show up for repair. The present model (which uses a Homogenous Poisson Process, by the way) takes all of these into account. That's not a simplification.

That said, both models require some "technical support" and given my present "day" job, I think you will get a lot more technical support from Guangbin. So, I think you are right to say that in its current form the model still needs some work to match it to present data and make it more comprehensive. It is unfortunate that I can't provide that work at this time. But hopefully I've given you a good start.

I look forward to seeing Guagbin's results.
Jim Suggs
Supervisor,
Global Warranty Quality & Productivity
RCB-3N432
(313) 845-4148

One Team - One Plan - One Goal - One FORD


From: Garrett, Bill (W.G.)
Sent: Monday, June 27, 2011 11:46 AM
To: Crockett, Dante (D.K.); Samardzich, Raul (R.J.)
Cc: Sanctorum, Joseph (J.J.); Bragg, Jeremiah (J.); Szczepaniak, Gerard or G (G.); Yang, Guangbin (G.); Suggs, Jim (J.A.); Jablonski, Gary (G.F.)
Subject: FW: 14D212 Spend - HOT
Importance: High

Dante, Raul,
FYI. I think the raft of simplifying assumptions and truncated analyses pretty much elimite the Suggs model (in it's current form) from providing us with a reasonably accurate picture of the ENTIRE CY11 impact of SYNC Gen2. There would still need to be a number of variables added and quantified to be comprehensive. Jim, if I am mis-stating the situation, please clarify. Not intending any criticism, just trying to clearly state the "is map".

Jerry and I had a great meeting this morning with Guangbin, and his approach, using the Non-Homogenous Poisson Process after Vasily Krivtsov, will give us extremely good projections, taking into account all of the actual data and known effects (including month-to-month variations in build quality, plus the field interventions), and projecting spending based on solid statistical bases. Should have some useful results this week.

Bill Garrett, QB / Supervisor
EESE Quality
Ford PD - E/E Systems Engineering
Bldg.#5, Rm.2E004, MD 5013
313-845-1470   cell 313-702-9192    FAX 313-594-4340

---

From: Suggs, Jim (J.A.)
Sent:Monday, June 27, 2011 9:23 AM
To:Garrett, Bill (W.G.); Bragg, Jeremiah (J.); Yang, Guangbin (G.)
Cc:Szczepaniak, Gerard or G  (G.); Sanctorum, Joseph (J.J.); Jablonski, Gary (G.F.); Morales Macedo, Jorge (J.A.)
Subject:RE: 14D212 Spend - HOT

Bill,

Two quick notes
1)The graphs I was showing were Explorer only (May 14D212 Explorer spend was $450k vs the all inclusive 14D212 spend shown at $1.7 mil)
2)The graphs assume 0% failure in vehicles launched with 063.

Jim Suggs
Supervisor,
Global Warranty Quality & Productivity
RCB-3N432
(313) 845-4148

One Team - One Plan - One Goal - One FORD

---

From: Garrett, Bill (W.G.)
Sent:Monday, June 27, 2011 8:53 AM
To:Bragg, Jeremiah (J.); Yang, Guangbin (G.); Suggs, Jim (J.A.)
Cc:Szczepaniak, Gerard or G  (G.); Sanctorum, Joseph (J.J.); Jablonski, Gary (G.F.); Morales Macedo, Jorge (J.A.)
Subject:FW: 14D212 Spend - HOT
Importance:High

Jerry, Guangbin, Jim,

FYI.  Note the decrease in rate of increased spending (for June), but not leveling off yet.

Bill Garrett, QB / Supervisor
EESE Quality
Ford PD - E/E Systems Engineering
Bldg.#5, Rm.2E004, MD 5013
313-845-1470   cell 313-702-9192    FAX 313-594-4340

---

From: Morales Macedo, Jorge (J.A.)
Sent:Thursday, June 23, 2011 3:17 PM

To: Garrett, Bill (W.G.)
Cc: Ordonez, Gabriel (G.)
Subject: RE: 14D212 Spend - HOT

Hi Bill.
At following link you'll find the information that was requested rows below:

https://f1.ford.com/eRoom/EESE/EESEQuarterback/0_484dc5

Regards
Jorge Antonio Morales Macedo
PD Warranty Analyst
Phone number from USA:   1152 5558 99 7355
Ford net from USA:       9 1  943 7355
Phone number in Mexico:  0155 5899 7355
e-mail:                  jmorale2@ford,com

---

From: Garrett, Bill (W.G.)
Sent: Thursday, June 23, 2011 11:28 AM
To: Morales Macedo, Jorge (J.A.)
Subject: 14D212 Spend - HOT

Jorge,
Please run the spend data on 14D212 for June load days, showing actuals plus your extrapolation through the end of the month. ASAP, thanks!

Bill