# EXHIBIT 38

| | |
|---|---|
| From: | Hasan, Finhas (F.)</o=ford/ou=fordna1/cn=recipients/cn=fhasan> |
| Date: | Mon Mar 05 2012 16:15:14 EST |
| To: | Jablonski, Gary (G.F.) </o=ford/ou=fordna1/cn=recipients/cn=gjablons> |
| Cc: | Renko, Paul (P.J.) </o=ford/ou=fordna1/cn=recipients/cn=prenko>; Schneider, John (J.H.) </o=ford/ou=fordna1/cn=recipients/cn=jschnei2>; Downing, Mark (E.) </o=ford/ou=fordna1/cn=recipients/cn=mdowning> |
| Bcc: | Blank |
| Subject: | RE: Upgrade on MyFord and MyLincoln Touch |
| Attachments: | |

Gary – thanks for the follow-up. I have a 2012 Explorer XLT with a 8" center screen.

Mark – thanks for the forward.

Finhas Hasan

Global Product Creation IT

C3P-NG Portfolio Management

From: Jablonski, Gary (G.F.)
Sent: Monday, March 05, 2012 4:09 PM
To: Hasan, Finhas (F.)
Cc: Renko, Paul (P.J.); Schneider, John (J.H.); Downing, Mark (E.)
Subject: RE: Upgrade on MyFord and MyLincoln Touch
Sensitivity: Confidential

Finhas: Thanks for your helpful input.

· The calendar problem is not caused by SYNC/MyFord Touch. There is a known supplier quality problem with the GPS module in your car reporting the wrong date to SYNC. This can be repaired at the service center – or you can DIY by pulling battery thereby resetting the GPS module and this should fix itself.

· Regarding the seek buttons: Can you tell me what kind of car you are driving (so we know which switch configuration you have) and which preset display you are looking at (cluster vs. 8" center screen) to conclude the switch is operating "backwards"? The presets on the 8" screen are "watermarked" 1,2,3,4,5,6 and a steering wheel seek press "up" or "right" should make the center screen presets advance 1à2à3 etc

· The "Radio Off" / Phone Call behavior is a common report and is being addressed

Gary Jablonski
Manager, Infotainment Systems
Ford Electrical/Electronic Systems Engineering
Phone: (313)-84-54908 E-mail: gjablons@ford.com

From: Downing, Mark (E.)
Sent: Monday, March 05, 2012 2:15 PM
To: Schneider, John (J.H.); Jablonski, Gary (G.F.)
Cc: Renko, Paul (P.J.)
Subject: FW: Upgrade on MyFord and MyLincoln Touch
Sensitivity: Confidential

I received the message below from a black belt I asked for feed back. He just sent me the information this morning. I thought you would be interested in seeing the information. I'd say that the issues identified are pretty significant.

Mark Downing - Integrated Black Belt
Sync Ecosystem - Global Quality Team
Vision:     Assurance of a zero defect experience

        by the Sync Eco System Global consumers.

Phone:    313-31-74811
email:     mdowning@ford.com

From: Hasan, Finhas (F.)
Sent: Monday, March 05, 2012 2:03 PM
To: Downing, Mark (E.)
Subject: FW: Upgrade on MyFord and MyLincoln Touch

Mark - what version are they going to be sending out customers? I hope it is not the one I got couple weeks back. ==It still needs some work.== There was no place to provide functional feedback in the survey so I'm hoping you would know who would be interested.

I'm not sure the team is aware of the following issue I have encountered:

1)     when todays' date is selected it shows some day in year 2023.

2)     The seek button on the steering wheel work exactly opposite – requesting seek up results in selecting the preset station lower in the display order.

WLN1-4174224

3) Even worse is, Radio system switching on when a phone call (thru Sync) is disconnect when ignition is off.

==IMHO, this is like lipstick on pig – I didn't see any real performance improvement.== The look/feel brings uniformity and should be considered an upgrade but I didn't like losing the wallpaper/photo feature.

Finhas Hasan

Global Product Creation IT

C3P-NG Portfolio Management

From: Mark Fields
Sent: Monday, March 05, 2012 1:06 PM
To: The Ford Team
Subject: Upgrade on MyFord and MyLincoln Touch

Team,

During the past year, we have frequently talked about the importance of being a leader in delivering great products and great technologies that our customers want. We have made tremendous progress in being viewed as a technology leader, largely based on our work to offer SYNC with MyFord and MyLincoln Touch.

Part of being a leader is delivering continuous improvement. In that spirit, today we are announcing an upgrade to MyFord Touch and MyLincoln Touch.

The upgrade includes input from employees, customers and dealers and makes the technology faster, simpler and easier to use. It will be available on 2013 model year vehicles and is available beginning today to existing customers for self-installation using a USB flash drive provided by us free of charge or by visiting their dealer.

Based on early feedback, including from some of you, we are confident the ownership experience will be significantly improved.

Thanks to each of you for the continued commitment to quality and excellence you have shown around our products and technologies. This commitment is one way we show our customers how we Go Further for them every day, helping set Ford apart from the competition.

Please read more on our progress with MyFord Touch in the following news release, which will be issued later today.

- Mark