# EXHIBIT 39

# 14D - Printable View

## DRAFT - CONFIDENTIAL

This is an uncontrolled document that may contain unconfirmed or inaccurate data.
Printed on: 1/8/2013 1:57:40 PM
Last modified on: 08-Jan-2013 01:48 PM

### Content

| | |
|---|---|
| Title: | 2012/2013MY Focus BEV_ 2013 MY C-Max FHEV/PHEV_Fusion FHEV MyFord Touch v3.5 Upgrade |
| Sub Section: | Main |
| X Number: | |
| Field Service Action Number: | |
| FRC Date: | -- |

## 1. Problem Description (what / when / extent)

### A. Describe what went wrong and how it was discovered:

APIM (Accessory Protocol Interface Module):
• Performance Upgrade software (v3.0) yielded ~80% improvement in R/1000, but this level is still ~4x worse than SYNC Gen1 and uncompetitive.
• Performance Upgrade software (v3.0) yielded ~30% improvement in TGW, but this level is still ~3x worse than SYNC Gen1 and uncompetitive
• Top ten failure modes experienced by Performance Upgrade customers include (in order of occurrence): Usability, Software Stability, Phone, Voice Recognition, Radio Control, Navigation, USB, Performance, Clock, Phone Call Sound Quality
• My Ford Touch software (v3.5) adds the following new functionality for Electric Vehicles (EV): On-Board Charge Programming, Powerflow Screen, Navigation features for EV including Range Rings and Settings for Charge Port Light Ring. The new SYNC functionality will require updated PCM (BEV Only), HPCM (FHEV and PHEV) and TCU
software for the new EV features to function properly.

### B. Problem component information:

APIM:
The APIM comes PIA to the display panel for production and is serviced as a stand alone item in the field.
Ford Engineering Part Numbers are as follows:
DM5T-14D212-AD (software rev 12058) - C346 BEV/C344 PHEV
DA5T-14D212-AL (software rev 12156) - CD391 FHEV

TCU - DID $F188 DM5T-14G139-AH or DM5T-14G139-AJ
PCM -
HPCM -

### C. Vehicles Affected:

| Vehicle Lines | Model Years | Variants | Other Limiting Factors |
|---|---|---|---|
| C346 | MY13 | BEV | J1 to Feb. 11, 2013 |
| C344 | MY13 | FHEV | J1 to Feb. 7, 2013 |
| C344 | MY13 | PHEV | J1 to Feb. 7, 2013 |
| CD391 | MY13 | FHEV | J1 to Nov. 27, 2012 |

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                WLN2-00367506

**D. Are Knock Down (KD) units affected?** No

**E. Markets affected:**

All Markets are affected.

**F. Corporate Product Systems Classification(s) Affected:**

APIM: 15.01.02
TCU - 19.17.01
HPCM -
PCM -

### 📎 Section 1 Attachments

**Attachment 1A Description:**     (no attachment)
**Attachment 1B Description:**     (no attachment)

## 2. Define Root Cause

### A. Description:

APIM:
- All root causes are software related design issues and can be improved or resolved with a software upgrade
- A combination of the compressed timeline and the Microsoft learning curve (they inherited complex and poorly written code) during the Performance Upgrade development prevented Microsoft from attacking some of the most critical foundational design issues. Microsoft now has a more complete understanding of the design they have inherited and the critical weaknesses impacting quality.
- All top ten failure modes listed above have major design actions in v3.5 to resolve or improve these issues

### B. Describe company system or process intended to prevent this from happening and why the system/process did not prevent this problem from happening:

APIM: Electrical systems are tested and validated at each build phase leading up to a vehicle launch. Before a vehicle can progress onto the next phase, issues need to be resolved or have an ICA/PCA date associated to it to indicate when the issue(s) will be corrected. Sync Gen II was part of this process but the PCA's did not always corect the issue completely or true root cause was not determined as the issue returned in later software revisions. This system failed to prevent the issues identified in the field because a risk analysis was done and issues that were still present were judged to not warrant holding up the product launch.

A presentation from the May 18, 2011 QPM has been attached. This document highlights the process in place during the initial Gen II software development and provides recommedations to improve the existing process. It also identifies additional checks and balances to ensure the process is being monitored more closely to highlight potential concerns earlier on.

(please replace this leader text with your own)
What system, process, or procedure was intended to prevent this condition from
occurring and was it circumvented ...

### 📎 Section 2 Attachments

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-00367507

| | |
|---|---|
| Attachment 2A Description: | *(no attachment)* |
| Attachment 2B Description: | *(no attachment)* |
| Attachment 2C Description: | *(no attachment)* |
| Attachment 2D Description: | *(no attachment)* |
| Attachment 2E Description: | *(no attachment)* |
| Attachment 2F Description: | *(no attachment)* |

## 3. Problem Investigation / Verification Data

### A. Lab Test Data:

APIM: To better understand customer complaints, root causes and identification of effective fixes, Microsoft and other third party software vendors were contracted for their expert services. They identified a number of issues related to software coding inefficiencies that contributed to the slow system performance and loss of feature functionality. And in some cases, these inefficiencies even resulted in complete loss of module functionality.


(please replace this leader text with your own)
The following lab testing was used to investigate and verify root cause ...

### B. Vehicle Test Data:

APIM: Issues that could not originally be reproduced in the Lab were tested in vehicle. In those cases where reported issues could be reproduced, a devlog (log file inside the module), CAN communication data, or other pertinent vehicle data were recorded and logged with the issue. This information was then utilized to develop the software fixes for the known and confirmed customer complaints.

(please replace this leader text with your own)
The following vehicle testing was used to investigate and verify root cause ...

### C. Plant / Supplier Reports Data:

APIM: None

(please replace this leader text with your own)
The following plant/supplier reports/data was used to investigate and verify root cause ...

### D. Quality Indicator System Data (Indicate by country or region):

(please replace this leader text with your own - further detail on obtaining information from these systems can be obtained by clicking on the above underlined text)
The following quality indicator was used to investigate and verify root cause...
AWS -
CQIS -
MORS -
VOQ -
etc. -

APIM:
- The Performance Upgrade (v3.0) appears to mostly satisfy casual and

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation					WLN2-00367508

```
non-critical users (we have users that report complete satisfaction), but
power users and critical users still report high dissatisfaction
•       Software v3.5 is a comprehensive update that provides enhancements
to
all of the top ten customer concerns listed above and is estimated to
provide
an incremental ~80 TGW improvement (per BSAQ) and ~1.5 R/1000 versus
software
v3.2
•       Production incorporation of v3.5 is scheduled for after November 23,
2012 and misses the beginning of J. D. Power sampling in November 2012
```

### E. Field Reports (Indicate by country or region):

```
APIM: There have been a large number of customer compliants in the various
data sources (AWS, GCQIS and MORS).

(please replace this leader text with your own)
The following field data was attained to investigate and verify root
cause ...
```

### F. Part Sales:

```
APIM: N/A
```

### G. Number of accident / fires and injuries attributed to this condition:

```
APIM: None

(please replace this leader text with your own)
There have been [number] of accidents/fires and injuries attributed to this
condition ...
```

---

### 📎 Section 3 Attachments

| | |
|---|---|
| **Attachment 3A Description:** | *(no attachment)* |
| **Attachment 3B Description:** | *(no attachment)* |
| **Attachment 3C Description:** | *(no attachment)* |
| **Attachment 3D Description:** | *(no attachment)* |
| **Attachment 3E Description:** | *(no attachment)* |
| **Attachment 3F Description:** | *(no attachment)* |
| **Attachment 3G Description:** | *(no attachment)* |
| **Attachment 3H Description:** | *(no attachment)* |

---

## 4. Actions Taken in Production; Interim (containment) and / or Permanent

### A. Corrective Actions / WERS Alert Number / Dates:

```
APIM:
Interim containment actions include the release of software updates to
incrementally address software issues.  Those software releases include:
Software rev 10308 - released 11/11/2010 (On Edge/MKX)
Software rev 10337 - released 12/06/2010 (On Edge/MKX/Explorer)
Software rev 11038 - released 02/25/2011 (On Edge/MKX/Explorer)
Software rev 11063 - released 03/30/2011 (On Edge/MKX/Explorer)
Software rev 11081 - released 04/04/2011 (Initial Release on GAS Focus)
Software rev 11134 - released 07/12/2011 (On Edge/MKX/Explorer)
Software rev 11134 - released 07/25/2011 (On Focus)
```

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                WLN2-00367509

```
Software rev 12023 - released xx/xx/2012 (On Edge/MKX/Explorer/Gas Focus)
Software rev 12058 - released xx/xx/2012 (On BEV Focus)
Software rev 12058 - released xx/xx/2012 (On PHEV/FHEV C-Max)
Software rev 12156 - released xx/xx/2012 (On Edge/MKX/Explorer/Gas
Focus/Fusion/F150/Super Duty)

Quality and Productivity Improvement Plan (QPIP) 11c was developed to
improve software development process.  Referenced QPM presentation in
section 2.

Concern # - C12618114
New Part Number - DA5T-14D212-KA
Software rev # - 12285

MYGLOBAL DV Complete - 10/12/2012
MYGLOBAL PSW - 10/16/2012
2013 OKTB Edge/MKX
2013 OKTB Explorer
2013 OKTB Gas Focus
2013 OKTB BEV Focus
2013 OKTB F150/Super Duty
2013 OKTB Fusion
2013 OKTB Fusion HEV
2013 OKTB C-Max (PHEV/FHEV)


TCU:DID $F188 (software part number) DM5T-14G139-AK
C12624471
Software level 3.9.0
11/13/12  - SW unvalidated (Eng'g Release)
12/04/12 - SW validation complete
01/11/13  - TCU PSW - parts ready to ship

HPCM:


(please replace this leader text with your own)
The following specific corrective actions were taken to immediately resolve
the
condition ...
```

**B. Notification / WERS alert number / Dates:**

APIM: See 4A above
TCU:  See 4A above
HPCM: See 4A above
(please replace this leader text with your own)
The following notification [alert number] has been forwarded to [plants]
which

**C. Component Batch issues:**

APIM: N/A
TCU:
HPCM:
(please replace this leader text with your own)
This is/is not a component batch issue ...

📎 **Section 4 Attachments**

**Attachment 4A Description:**            *(no attachment)*

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-00367510

| | |
|---|---|
| Attachment 4B Description: | *(no attachment)* |
| Attachment 4C Description: | *(no attachment)* |
| Attachment 4D Description: | *(no attachment)* |
| Attachment 4E Description: | *(no attachment)* |
| Attachment 4F Description: | *(no attachment)* |

## 5. Verify Effectiveness of Production Corrective Actions

### A. Measure Effectiveness of Actions Identified (Step 4):

```
APIM:
Previously identified customer complaints (see 1A) have been addressed in
the service fix as part of the DV/PV plan.  DV/PV completion was October
2012.
To establish a high confidence in the recommended service fix, an
extraordinary measure of a "Beta Fleet" test plan has been will be used.
This plan will be to update the software service fix on approximately 1000
Ford Management Leasee vehicles to assess field effectiveness.  Information
gained from the Beta fleet will be utilized to assess service fix readiness.


(please replace this leader text with your own)
The following [tests, analysis, etc.] quantifies the effectiveness of the
corrective actions ...
```

### 📎 Section 5 Attachments

| | |
|---|---|
| Attachment 5A Description: | *(no attachment)* |
| Attachment 5B Description: | *(no attachment)* |
| Attachment 5C Description: | *(no attachment)* |
| Attachment 5D Description: | *(no attachment)* |
| Attachment 5E Description: | *(no attachment)* |

## 6. Estimated Production and Problem Statistics

### A. Statistics:

| Vehicle Lines | Model Years | Plants | Volume | Build Dates |
|---|---|---|---|---|
| CD391 FHEV | MY13 | HSAP | ??? | From: 02-Jul-2012<br>Up to and including: 27-Nov-2012 |
| C346 BEV | MY13 | MAP | ??? | From: 20-Mar-2012<br>Up to and including: 11-Feb-2013 |
| C344 FHEV | MY13 | MAP | ??? | From: 23-Jul-2012<br>Up to and including: 07-Feb-2013 |
| C344 PHEV | MY13 | MAP | ??? | From: 01-Oct-2012<br>Up to and including: 07-Feb-2013 |

### B. List the source(s) of data for above estimates:

```
APIM: Final volumes to be used for financial calculations will be based on
the following:  FCSD VERN Extract for units built til MYGLOBAL introduction
(Greg Oswald)
Projected production volumes to be updated with actual production data by
FCSD on a monthly basis as the information becomes available.
```

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00367511

> ## 📎 Section 6 Attachments
>
> Attachment 6A Description:     (no attachment)
> Attachment 6B Description:     (no attachment)
> Attachment 6C Description:     (no attachment)
> Attachment 6D Description:     (no attachment)
> Attachment 6E Description:     (no attachment)
> Attachment 6F Description:     (no attachment)

## 7. Service Parts

**A. Service Parts**

*(none)*

**B. Notes If Yes or No**

```
APIM: No scrappage of any parts are required form Service Inventory.
TCU:
HPCM:
```

## 8. Assessment of Effect on Vehicle Operation

**A. Assessment of Effect on Vehicle Operation:**

```
APIM: Complete and/or partial loss of multimedia functionality may be
experienced by the customer.  Automatic electronic climate control
functionality may be comprised, however the manual interface controls will
be operational.  For EVs, on-board charge programming, powerflow, EV
navigation feature and charge port light ring setting will not be available.
```

> ## 📎 Section 8 Attachments
>
> Attachment 8 Description:      (no attachment)

## 9. Description of Concern Solution and Parts Requirements       *[handwritten: TCU PCM HPCM JScan Guide 2]*

**A.** Recommended Concern Solution, Parts Requirements and Verification of Repair Effectiveness (if different from Section 5):

**A1.** Does the Field Service Action include multiple model years and/or vehicle lines?        ~~No~~ YES *(handwritten)*

**A2.** If yes, has the repair been verified by Product Engineering to be an effective fix taking into account possible design differences between the various model years and vehicle lines?        ~~No~~ YES *(handwritten)*

**B.** Has the repair procedure been time studied and approved by the FCSD Recall/Service program department?        No

**C.** Fix it Right the First Time Assessment of repair procedure:

```
(please replace this leader text with your own)
The following [testing, analysis, etc.] quantifies the effectiveness of the
field action in eliminating the concern condition ...
```

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-00367512

**D.** Part Name / WERS Concern / Notice No. / Date / Production Part Number /
Service Part / FINIS Number (EUROPE)/ Quantity required in service per vehicle / per repair:

```
(please replace this leader text with your own)
WERS release #:
service part #'s:
etc.
```

**E.** Other Parts:

```
(please replace this leader text with your own)
The following [other parts] are required for replacement due to damage ...
```

**F1.** Does the proposed fix involve changes to emission related components or software such as PCMs, engine calibrations, transmission calibrations, catalysts, powertrain sensors and controls, evaporative emissions hardware or any component described in the Application for Emissions Certification?   No

**F2.** If yes, explain the emissions effect and confirm that a White Paper has been fully approved through the Certification Review Process.

White Paper Number:

Emission effect explanation:

**F3.** Does corrective action affect PCM/TCM calibration changes?   No

**G.** Analytical Warranty System (AWS)

    Is the remedy part currently used in service?   No

    If yes, should vehicles repaired with the remedy part be excluded from this Field Service Action?   N/A

---

### 📎 Section 9 Attachments

Attachment 9A Description:      *(no attachment)*
Attachment 9B Description:      *(no attachment)*

---

## 10. Program Parts Sign Off / Availability

**A.** Program Parts Sign Off / Availability:

```
(please replace this leader text with your own)
Timing to have enough parts to launch campaign on [date] with weekly flow
afterwards of [date] ...
```

## 11. Vendor Involvement

**A.** Supplier Contribution:      TBD

**B.** Supplier Name / Address:

**C.** Indicate type of condition:      Component

**D.** Manufacture Site Code:

**E.** Purchasing Manager / Buyer

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation          WLN2-00367513

**CDSID:**

**F. STA Field Engineer CDSID:**

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00367514

## 12. Financial Implications

|  |  |  |  | Vehicle Volume | Cost Per Unit | Total Cost (specified take rate) |
|---|---|---|---|---|---|---|
| A.1 Program Administration Costs |  |  |  | 0 | $0.00 | $0.00 |
| A.2 Fixed Program Administration Costs |  |  |  |  |  | $0.00 |
| B. Inspection Costs (units to be inspected but not modified) |  |  |  |  |  |  |
| Vehicle Models | Labor Rate | Hours req'd | Take Rate |  |  |  |
| (none) |  |  |  |  |  |  |
|  |  |  |  | Insp. Total: |  | $0.00 |
| C.1 Modification Costs (units to be inspected and modified) |  |  |  |  |  |  |
| Parts |  |  |  |  |  |  |
| Vehicle Models |  | Part Cost | Take Rate |  |  |  |
| (none) |  |  |  |  |  |  |
|  |  |  |  | Parts sub-total: |  | $0.00 |
| Labor |  |  |  |  |  |  |
| Vehicle Models | Hours req'd | Labor Rate | Take Rate |  |  |  |
| (none) |  |  |  |  |  |  |
|  |  |  |  | Labor sub-total: |  | $0.00 |
|  |  |  |  | Mod. Total: |  | $0.00 |
| C.2 Other Costs |  |  |  |  |  |  |
| Description |  |  | Cost |  |  |  |
| (none) |  |  |  |  |  |  |
|  |  |  |  | Other Total: |  | $0.00 |
| E. Total Cost (total A through D) |  |  |  |  |  | **$0.00** |
| F. Potential Warranty Offset |  |  |  |  |  | $0.00 |

**B.** Additional Notes:

---

📎 **Section 12 Attachments**

| | |
|---|---|
| **Attachment 12A Description:** | *(no attachment)* |
| **Attachment 12B Description:** | *(no attachment)* |
| **Attachment 12C Description:** | *(no attachment)* |
| **Attachment 12D Description:** | *(no attachment)* |
| **Attachment 12E Description:** | *(no attachment)* |
| **Attachment 12F Description:** | *(no attachment)* |

---

## 13. Preliminary Assessment of Prevent Action

**A.** Prevent Actions will be finalized during the Prevent Action Closure process (FAP03-171). Preliminary Prevent Actions under consideration include the following:

## 14. Reference Data

**A.** Author Full Name:

**B.** Author Phone Number:

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00367515

**C. Author CDSID:**

**D. Author Organization:**

Copyright © 2013 Ford Motor Company
Contact: WORKFLOW

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00367516