# EXHIBIT 40

| | |
|---|---|
| From: | Huang, Henry (H.)</o=ford/ou=fordna1/cn=recipients/cn=hhuang> |
| Date: | Wed Aug 08 2012 15:18:18 EDT |
| To: | Jablonski, Gary (G.F.) </o=ford/ou=fordna1/cn=recipients/cn=gjablons>; Craig Daymond <cdaymond@microsoft.com>; Mike Glass <mike.glass@microsoft.com>; Durga Prasad Sayana <durgas@microsoft.com>; Christopher Maloney (WEB) <cmaloney@microsoft.com>; Marcus Russell <marcus.russell@microsoft.com> |
| Cc: | Ostrowski, Jeffrey (J.R.) </o=ford/ou=fordna1/cn=recipients/cn=jostrow7>; Huang, Henry (H.) </o=ford/ou=fordna1/cn=recipients/cn=hhuang> |
| Bcc: | Blank |
| Subject: | RE: HELP NEEDED - QUALITY REPORTING FOR SYNC GEN2 |
| Attachments: | |

The one I have is 12132, see below, very close to 12023. the total number of test cases changed from 6868 in CCPU 12032 to 1629 in 12131/12156.


Thanks!

Henry


-----------------


Project: Zephyr

Build: 12032
Release: Early Plus

Test Pass Schedule

Start: Friday, February 3rd

End: Friday, February 10th
Tuesday February 14th

Image Paths:

Zephyr Build 12032 (Unsigned)

Zephyr Build 12033 (Signed)

Result Collection:

MY Early Plus TestPass

Defect Summary (205):

Zephyr Non-BEV Opened After 12032

Team,

Please see the results below, summarizing data collected from the completed MYEarly Plus test pass. Thanks to the teams and groups involved for contributing to this coordinated test effort. For comparison, please see the archived final report from December's Escrow Test pass.

Test Result Summary:

* Percent Fail = (Fail + Not Run) / (Total - Skipped – In Progress)

** Percent Pass = (Pass) / (Total - Skipped - In Progress)

Test Result Summary

Area

Percent Complete

Percent
Pass

Pass

Fail

Skipped

Not Run

In Progress

Total Results

Total Jobs

Sirius Travel Link

100.00%

90.10%

455

50

18

0

0

523

540

HMI

100.00%

88.72%

1431

126

159

56

0

1772

1797

Networking

100.00%

83.62%

2659

521

0

0

0

3180

21

WLN1-4205522

Phone

100.00%

86.84%

33

5

0

0

0

38

38

Systems

100.00%

96.43%

108

4

4

0

0

126

136

Navigation

100.00%

96.18%

126

3

7

2

0

138

138

Speech

100.00%

98.92%

92

1

0

0

0

93

93

Media

100.00%

93.70%

862

51

48

9

1

1001

1019

TOTAL

5743

759

242

78

1

6868

3778

TOTAL PERCENT

100.00%

85.73%

11.24%

3.49%

0.99%

0.00%

*Phone's results capture testing across connected BT devices, and results for these tests are not included in the linked WTT result collection.

Defect Result Summary (205): Zephyr Non-BEV Opened After 12032

Release

Priority

Severity

Type

Status

Resolution (20)

MYMain

89

43.41%

0

0

0.00%

1

13

6.34%

Code Defect

175

85.37%

Active

185

90.24%

By Design

5

25.00%

MYEarly Plus

116

56.59%

1

15

7.32%

2

84

40.98%

Documentation

1

0.49%

Resolved

5

2.44%

Duplicate

5

25.00%

2

108

52.68%

3

90

43.90%

Hardware

1

0.49%

Closed

15

7.32%

External

1

5.00%

3

75

36.59%

4

18

8.78%

Specification

WLN1-4205527

9

4.39%

Fixed

4

20.00%

4

7

3.41%

Test Issue

16

7.80%

Not Repro

3

15.00%

Work Item

3

1.46%

Won't Fix

2

10.00%

From: Jablonski, Gary (G.F.)
Sent: Wednesday, August 08, 2012 10:53 AM
To: Craig Daymond; Mike Glass; Durga Prasad Sayana; Christopher Maloney (WEB); Marcus Russell
Cc: Huang, Henry (H.); Ostrowski, Jeffrey (J.R.)
Subject: FW: HELP NEEDED - QUALITY REPORTING FOR SYNC GEN2

Craig and team: Thanks for this.  This gives me the bottom line number.

Is there a similar report for MyEarly (12023)?

I think I have it – but if what I have is the latest report, it shows MyEarly-PLUS is worse than MyEarly AND it shows we ran 2x more test cases on MyEarly than on PLUS.

I am willing to put Ford engineers on this problem to help Microsoft help use produce reports the way Ford management wants to see them.  Let me know how we can help.

Gary Jablonski
Manager, Infotainment Systems
Ford Electrical/Electronic Systems Engineering
Phone: (313)-84-54908 E-mail: gjablons@ford.com

From: Craig Daymond [mailto:cdaymond@microsoft.com]
Sent: Tuesday, August 07, 2012 8:25 PM
To: Jablonski, Gary (G.F.)
Cc: Mike Glass; Durga Prasad Sayana; Christopher Maloney (WEB); Marcus Russell
Subject: RE: HELP NEEDED - QUALITY REPORTING FOR SYNC GEN2

Hi Gary,

Mike asked me to send you the last test pass report for MYEarly+. Attached is the last "full" test pass we ran on build 12131 which contains the data you requested (pass rate / # tests etc).

After build 12131 and until we shipped (12156) we ran targeted testing on the areas which changed mainly by running tests in the stability lab.

Let me know if you need any clarification or extra data.

Regards,

Craig Daymond

Test Lead – Networking Team

From: Jablonski, Gary (G.F.) [mailto:gjablons@ford.com]
Sent: Monday, August 06, 2012 1:34 PM
To: Mike Glass; Marcus Russell
Cc: Huang, Henry (H.); Ostrowski, Jeffrey (J.R.); Pranish Kumar
Subject: RE: HELP NEEDED - QUALITY REPORTING FOR SYNC GEN2

Any possibility to at least get the bottom line number – TOTAL test cases and TOTAL pass rate for
12156 (MyEarly-PLUS) – today?  I can soft shoe around the binning of test cases to line items a little
longer if necessary…

Gary Jablonski
Manager, Infotainment Systems
Ford Electrical/Electronic Systems Engineering
Phone: (313)-84-54908 E-mail: gjablons@ford.com

From: Jablonski, Gary (G.F.)
Sent: Sunday, August 05, 2012 10:16 AM
To: 'Mike.Glass@microsoft.com'; 'Marcus.Russell@microsoft.com'
Cc: Huang, Henry (H.); Ostrowski, Jeffrey (J.R.); 'pranishk@microsoft.com'
Subject: Re: HELP NEEDED - QUALITY REPORTING FOR SYNC GEN2

It is incremental. Pranish is working on some CEO metrics around TOTAL DV pass rates over our
remaining sprints.

This request is many many weeks old - we need to get things automated to produce test metrics in this
format. This does not seem like a hard thing to automate?

Gary Jablonski

From: Mike Glass [mailto:Mike.Glass@microsoft.com]
Sent: Sunday, August 05, 2012 01:49 AM
To: Jablonski, Gary (G.F.); Marcus Russell <Marcus.Russell@microsoft.com>
Cc: Huang, Henry (H.); Ostrowski, Jeffrey (J.R.); Pranish Kumar <pranishk@microsoft.com>
Subject: RE: HELP NEEDED - QUALITY REPORTING FOR SYNC GEN2

Pranish, is Gary's request incremental to what we are working with you on this weekend?

_____

From: Jablonski, Gary (G.F.)
Sent: 8/4/2012 3:44 PM
To: Mike Glass; Marcus Russell
Cc: Huang, Henry (H.); Ostrowski, Jeffrey (J.R.); Pranish Kumar
Subject: HELP NEEDED - QUALITY REPORTING FOR SYNC GEN2

Mike and Marcus: Graydon is meeting with our Global Vice President for quality on Tuesday and has been asked to present the attached file.

As Henry has been discussing with Marcus - this is our new corporate standard for reporting DV, test, in-plant, and warranty data.

I need help getting the DV columns filled in.

The DV data listed in this chart says "12023"...but IT ISN'T. The only data that's been shared with Henry is 11346 (close...but not quite). Maybe you didn't run a full pass on 12023?

We simply (easy to say) need your 5000ish test cases binned into these categories. 100% accuracy of the binning is NOT critical. No one will ever know if we estimate a bit on the binning.

If we can do this in your tooling – then you can send us the weekly/bi-weekly result in the format and we can integrate into our Ford process seamlessly.

- VOICE (Voice Recognition)

- REBOOT (Stability)

- CELLULAR TELEPHONE

- NAVIGATION

- RADIO CONTROL (Audio Control and HMI)

- USB (Media Control)

- PHONE END CALL (Call Sound Quality)

- SPEED (Performance)

- CAMERA DISPLAY (Rear Video Camera)

- MODULE (Inop/Black Screen)

- INFO (Services / Turn-by-Turn Nav)

- DISPLAY (Touchscreen Operation)
- TRAVEL LINK
- MULTIPLE FUNCTION (Other HMI)
- CLOCK
- CAL (Module Programming)

You should not use the three below for DV – they are only needed for field/customer feedback

- OTHER (not SYNC software)
- SECONDARY (Duplicate)
- DRIVER (Usability)

P.S.: Don't ask me to explain why some of the terms in CAPS seem dumb. I've been forced to fit SYNC into an existing tool that does not have the terms we really need.

Gary Jablonski

Manager, Infotainment Systems

Ford Electrical/Electronic Systems Engineering

Phone: (313)-84-54908 E-mail: gjablons@ford.com