# EXHIBIT 41

| | |
|---|---|
| From: | Ostrowski, Jeffrey (J.R.)</o=ford/ou=fordna1/cn=recipients/cn=jostrow7> |
| Date: | Wed Sep 26 2012 12:40:53 EDT |
| To: | Pranish Kumar <pranishk@microsoft.com> |
| Cc: | Jablonski, Gary (G.F.) </o=ford/ou=fordna1/cn=recipients/cn=gjablons> |
| Bcc: | Blank |
| Subject: | Bug Punt Slide |
| Attachments: | |

Pranish-

Here is the bug punt slide. I just queried for MYGLOBAL PLUS and distributed by priority.

Thanks!

Jeff

Produced by Ford Under Protective Order in In Re: My Ford Touch Consumer Litigation

# Punted Bugs Totals by Priority



**Of approx. 2500 bugs punted, 71% of all bugs punted will have medium to high impact on a customer.**

2/24/2015         Jeff Ostrowski/jostrow7

WLN1-4217662