# EXHIBIT 42

| | |
|---|---|
| **From:** | Hanna, Parrish (P.F.) <phanna3@ford.com> |
| **Sent:** | Thursday, March 21, 2013 3:12 AM |
| **To:** | Thai-Tang, Hau (H.N.) <hthaitan@ford.com> |
| **Cc:** | Reitz, Graydon (G.A.) <greitz@ford.com> |
| **Subject:** | RE: Thoughts on today's HMI Governance PCA discussion and plans. |

Understood Hau – and I appreciate the feedback and clear explanation of your expectations.

Regarding the TechShop, we have a separate HMI Lab that has been our primary PCA project immersion and work space for the past few months. It is on the outer edge of the building, away from the center area where the simulator was presented. It may be useful to have future PCA reviews in that space.

Kind regards.
Parrish

---

**From:** Thai-Tang, Hau (H.N.)
**Sent:** Thursday, March 21, 2013 1:44 AM
**To:** Hanna, Parrish (P.F.)
**Cc:** Reitz, Graydon (G.A.)
**Subject:** Re: Thoughts on today's HMI Governance PCA discussion and plans.

Parrish,

Clearly you are frustrated with the discussion. Please recognize that there is a difference between you believing that the team is doing great work with rigor and conveying the quality of that work to the senior stakeholder. Since you missed the last meeting, I can tell you that the team did not do a very good job of conveying the quality and depth of analysis that led to the proposed alternatives that they researched.

We put an HMI Governance process in place because ==our expert team delivered to market a system that is widely recognized as the biggest quality fiasco in the recent history of Ford==. In response, we are pouring hundreds of millions of dollars to fix it while delaying key features and new market support.

We work in a very capital intensive business with very long lead times. The senior leadership team reviews every design execution proposal in excruciating detail as part of our Part II and Part I process. Given the prominent role of HMI, I believe the same oversight is required and we would not delegate this to the team without alignment on what it is that we are fixing.

You reference the Tech Center reviews. My recollection is that we had a good review on Next Gen HMI that will not be available until 2017 with IDEO. The other review with our partner in Chicago was frankly disjointed and disappointing. To be honest, I am unclear of how much of that work extends to our PCA or Software rewrite. Therefore, I think your expectation that I should have confidence from that review and empower the team to go off an execute is a bit ambitious.

You also admitted that you have not been through the research process that your team employed. I can tell you from my review that it was extremely flawed and I would not make any conclusions from that event.

My recommendation and expectation is that as the HMI lead, you take a more active role in the HMI Governance forum and invest more time getting the senior management team aligned with the great work that your team is doing. Coming up with the right answer is step one, convincing everyone else that you have the

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-01317499

right answer is what we are paying you to do.

Please set up a 1:1 with me if you want to discuss further.

Regards,

Hau

On Mar 20, 2013, at 8:01 PM, "Hanna, Parrish (P.F.)" <phanna3@ford.com> wrote:

> Hi Gang,
> I just wanted to share a few thoughts and impressions related to today's PCA research and prototype discussion. Admittedly having missed last week's meeting and being on the phone today, the flow and logic was at times difficult to understand.
>
> - My understanding is that Hau and peer stakeholders are not satisfied with the rigor of data analysis that has informed the design of our current (4) concepts. Nor are folks happy with the flow / steps (read: rigor) of the process.
>
> - I found parts of the conversation to be confusing and frustrating – especially the implication that a significant amount of rigor has not been applied to these design considerations. I'm also not sure that everyone has been following our data immersion, synthesis and design process as it has taken place for the past few months in the HMI Lab of the Tech Center. A small team that has had the most exposure to consumer and analyst feedback has been reviewing the findings and recommendations and considering design alternatives that solve those needs. Many groups visit regularly with their "top wants, needs, consumer observations and competitive likes". All of these inputs inform the design decisions to-date.
>
> - That said, I am confident that given the data types that we have at our disposal, the degree to which it has been reviewed and the # of clinics attended by our team - our PCA HMI Team has a thorough understanding the Gen2 issues that cause pain for customers, what competitive features are preferred by consumers and analysts, and what needs to be done to fix the Gen2 UI design.
>
> - I mentioned that I think that we need to "tighten-up" the rigor of quant and qual data capture and analysis – especially in regards to consumer interaction data. This is a coordinated planning effort underway for use with future projects. My interpretation is that we want this established now and applied to Gen2 related data.
>
> - My other surprise was the parallel references to the "theme body" testing flow. While I have not been through that complete process, I do not think that we need to mirror that research structure. Without a doubt, our primary steps are to gather and synthesize the data → realize actionable insights → prototype concepts → test concepts with consumers → learn and iterate. Our primary measures will be focused on usability as a quality metric, including success rates, time on task, error rates, recognition, learnability, path patterns and users' subjective satisfaction. I don't think that we need to qualify our conceptual direction(s) before executing usability tests.
>
> - We are currently collaborating with GCI on many fronts - including the global

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation        WLN2-01317500

segmentation effort, the research involved in the improvement of all of our in-vehicle icons and labels, and the testing and design of a few program specific HMI configurations. We have also been working with GCI to help structure sessions, recruit the appropriate testing participants, attend and report on many versions of our Gen3 research. We also co-define sample sizes and data analysis methods for all of these efforts.

- I am also surprised that we have to confirm our research plans and protocol with this HMI Governance audience. We have already met with a few of the industry leading firms testing in-vehicle and connected vehicle usability and we are inclined to work with a company called Lextant. Lextant was also instrumental in the design, delivery and validation of U-Connect.

- Our in-house HMI team also has the people, tools, processes and experience to effectively plan and execute this research. Stefan Becker and I alone have been planning, conducting and analyzing usability tests for interactive systems for over a combined 40 years. Our conceptual directions will be validated as part of the usability testing process and we will use the right participants and benchmark against the right existing systems. We will also anticipate the competitive offerings of competitive systems and the experiences that they will be providing. Many hypothesis and roadmaps are being defined by industry analysts, but nobody can accurately predict the future systems.

- I haven't yet considered the impact of this delay to our plan and deadlines (but I know that Jason Johnson is on top of it). I do think that we are now on track to sacrifice a round of iterative testing to re-visit the external data, do the analysis and re-format our test plans. I don't expect our delivery date for a complete reference design to slide accordingly. My concern is that the opportunity cost of our decision analysis exceeds the benefits that could be gained by enacting on a decision (read: designing and iterating).

As is the case with most of these conversations, I had to stew on this for a few hours and find the time to put my thoughts down <grin>. No doubt I am missing some of the nuance of the correlations desired, but I wanted to do some level setting. Thanks for tracking through this wall of text, and hopefully you find these comments and thoughts sufficiently warranted.

Yours in the improvement of the 8" screen interaction (and so much more).
Parrish

**Parrish Hanna**  Global Director, HMI
**Ford Motor Company**
o: 313.390.1919     m: 847.668.9602     phanna3@ford.com