# EXHIBIT 43

**FILE SURROGATE** - This is a surrogate. Please see the native file for this record, or contact Ford's counsel of record in this matter to request a copy of this file.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00671611

| | |
|---|---|
| **From:** | Huang, Henry (H.) </o=ford/ou=fordna1/cn=recipients/cn=hhuang> |
| **Sent:** | Wed Jun 01 2011 18:51:29 EDT |
| **To:** | Mark O'Hanlon <markoha@microsoft.com>;Jamie Twidale (jamiet@microsoft.com) <jamiet@microsoft.com> |
| **CC:** | Ostrowski, Jeffrey (J.R.) </o=ford/ou=fordna1/cn=recipients/cn=jostrow7>;Huang, Henry (H.) </o=ford/ou=fordna1/cn=recipients/cn=hhuang>;Westra, Mike (M.R.) </o=ford/ou=fordna1/cn=recipients/cn=mwestra> |
| **Subject:** | RE: Edsel Ford Issue / TT #: 15477 |
| **Attachments:** | image001.jpg |

| | |
|---|---|
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

I just called, and changed my password. The new password is sent to Jamie since it has to be someone in Jason's group.

Jamie: please forward my new password to me.

Jeff: Our access doesn't work today since our passwords expired in 70 days, yesterday. Next time, we've to change our password before it expires by pressing Ctrl-Alt-Delete while VPN is connected.

Thanks!

Henry

From: Mark O'Hanlon [mailto:markoha@microsoft.com]
Sent: Wednesday, June 01, 2011 6:34 PM
To: Huang, Henry (H.)
Subject: RE: Edsel Ford Issue / TT #: 15477

Yes I believe so.

From: Huang, Henry (H.) [mailto:hhuang@ford.com]
Sent: Wednesday, June 01, 2011 3:25 PM
To: Ostrowski, Jeffrey (J.R.)
Cc: Mark O'Hanlon; Huang, Henry (H.)
Subject: RE: Edsel Ford Issue / TT #: 15477

Mark,

Here is what I got when I try to access PS. Do I need to reset my password as Jeff did this morning?

Thanks!
Henry

From: Ostrowski, Jeffrey (J.R.)
Sent: Wednesday, June 01, 2011 5:42 PM
To: Huang, Henry (H.)
Cc: Mark O'Hanlon
Subject: FW: Edsel Ford Issue / TT #: 15477

Henry,

Please call the helpdesk and ask them to reset your b- password and send it to Mark O'Hanlon (markoha@microsoft.com): 1-866-539-4191. If you can ask them as well why the issue happened (root cause), that would be greatly appreciated. Mark is wondering too. J

Thanks!

Jeff

From: Mark O'Hanlon [mailto:markoha@microsoft.com]
Sent: Wednesday, June 01, 2011 5:40 PM
To: Ostrowski, Jeffrey (J.R.)
Subject: RE: Edsel Ford Issue / TT #: 15477

There were no details whatsoever in the mail from helpdesk. Have Henry ask them specifically for a cause and pass it on to me please.

Thanks,
Mark

From: Ostrowski, Jeffrey (J.R.) [mailto:jostrow7@ford.com]
Sent: Wednesday, June 01, 2011 2:39 PM
To: Mark O'Hanlon
Subject: RE: Edsel Ford Issue / TT #: 15477

Ok, great – any idea what happened? Did we miss a "reset" deadline or something?

From: Mark O'Hanlon [mailto:markoha@microsoft.com]
Sent: Wednesday, June 01, 2011 5:38 PM
To: Ostrowski, Jeffrey (J.R.)
Subject: RE: Edsel Ford Issue / TT #: 15477

Have Henry call helpdesk too and we'll get him his temporary password. Sorry for the delay on that.

-Mark

From: Ostrowski, Jeffrey (J.R.) [mailto:jostrow7@ford.com]
Sent: Wednesday, June 01, 2011 2:37 PM
To: Mark O'Hanlon
Subject: RE: Edsel Ford Issue / TT #: 15477

Worked like a champ. Thanks!!

From: Mark O'Hanlon [mailto:markoha@microsoft.com]
Sent: Wednesday, June 01, 2011 5:29 PM
To: Ostrowski, Jeffrey (J.R.)
Subject: RE: Edsel Ford Issue / TT #: 15477

The temporary password is: "NN@BK6eh".

Try that.

From: Ostrowski, Jeffrey (J.R.) [mailto:jostrow7@ford.com]
Sent: Wednesday, June 01, 2011 2:28 PM

To: Mark O'Hanlon
Subject: RE: Edsel Ford Issue / TT #: 15477

No – for some reason your earlier email won't allow me to open it. It's asking me for credentials that don't exist.

From: Mark O'Hanlon [mailto:markoha@microsoft.com]
Sent: Wednesday, June 01, 2011 5:25 PM
To: Ostrowski, Jeffrey (J.R.)
Subject: RE: Edsel Ford Issue / TT #: 15477

Did you see my email on the temp password?

From: Ostrowski, Jeffrey (J.R.) [mailto:jostrow7@ford.com]
Sent: Wednesday, June 01, 2011 2:24 PM
To: Elliott, Doron (D.M.); Ted Dinklocker; Jamie Twidale; Robert Houser; Jason Farmer
Cc: Mark O'Hanlon
Subject: RE: Edsel Ford Issue / TT #: 15477

I can't login to PS (per previous note to Ted and discussion with Mark O. today), so I can't check to see if the bug was even updated. Hopefully you guys can help…

_____
From: Elliott, Doron (D.M.)
Sent: Wednesday, June 01, 2011 5:23 PM
To: Ted Dinklocker; jamiet@microsoft.com; Robert Houser (rhouser@microsoft.com); Jason Farmer
Cc: Ostrowski, Jeffrey (J.R.)
Subject: Edsel Ford Issue / TT #: 15477
Importance: High

All,

I need an update on Test Track Issue #: 15477. Edsel Ford's admin just e-mailed the following:

Mr. Edsel Ford called me today and asked if we had any additional information on his issue. (as a reminder he was unable to have a duplex phone call with his assistant, lots of drop-outs)

He told me that his SYNC system is "unusable". He indicated he stopped using Sync and hoped it would work better in his next vehicle. He was also concerned that the future owner of his vehicle would experience the same problem.

Attached within the test track entry are devlogs as well as audio recordings from the system. I need an update as soon as possible.

Thank you,

Doron M. Elliott
Global Bluetooth Design Engineer
Ford Motor Company
20300 Rotunda Dr.; MD 2010
Dearborn, MI 48124
Cell: 313-805-6717
e-mail: dellio38@ford.com