# EXHIBIT 44

**From:** Fields, Mark (.) <mfields@ford.com>
**Sent:** Wednesday, October 31, 2012 2:49 PM
**To:** Redacted for Personal Identifying Informat
**Subject:** RE: Wow

No production loss yet! Terrible situation out east....many of the beaches I used to go to as a kid are now gone.

---

**Mark Fields**
President of the Americas
Tel: 313-594-2264
Fax: 313-390-5182
mfields@ford.com

---

**From:** Redacted for Personal Identifying Informa
**Sent:** Wednesday, October 31, 2012 2:25 PM
**To:** Fields, Mark (.)
**Subject:** RE: Wow

Stock seemed to like the numbers today – have you last production because of the storm?
Still on same cell Redacted for Per In Europe for next ten days – going to see our new (4 week old) granddaughter in Switzerland and then I am a Rolls Royce Board meeting.

Redacte

---

**From:** Fields, Mark (.) [mailto:mfields@ford.com]
**Sent:** Tuesday, October 30, 2012 1:36 PM
**To:** Redacted for F
**Subject:** Re: Wow

Thanks Redacte

Unbelievable effort on the part of the team this quarter. Would have been better if we could have made our Fusion shipments for the quarter, but as you can imagine, we are having various launch issues.

The flavor of the analyst call today was alot about "can we keep this going in NA"? To be honest, I think we are hitting the sweet spot right now in terms of the pricing environment, but it is starting to get tougher. Plus, I am concerned about the quality ratings and the subsequent impact on our brand and the transaction prices and residuals.

==Some of the CR issues are the "hangover" of the fact they like buttons and we dont have any in a number of vehicles (which we are fixing). The other part is that we continue to encounter issues with MFT...its going to take a while to get this fixed, and not fully until we get to Sync Gen 3.==

Thanks for the note...appreciate the thoughts. BTW, what is the number I can reach you at these days?

Hope the Crocs are feeling comfortable by this point!

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-02280296

On Oct 30, 2012, at 12:19 PM, <span style="background-color: black; color: white;">Redacted for Personal Identifying I</span>> wrote:

All the rumours must be very trying but glad to see your focus is unchanged – what a great result for North America for the 3rd quarter, and also the wrap up of ACH yesterday – keep the faith (how is Steve Armstrong working out in South America – looks like lots of work to do?).
==Hope you are making progress on quality --- can't work out from the outside how much is Consumers Reports disdain for MyFord Touch and how much is real== – based on my experience, we still have work to do to get it foolproof but also there is no way back – the only thing I don't like about my Transit Connect is that it doesn't have MyFord Touch; we have to have this technology.
Take care

Redacted

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-02280297