# EXHIBIT 46

| | |
|---|---|
| **From:** | Westra, Mike (M.R.) </o=ford/ou=fordna1/cn=recipients/cn=mwestra> |
| **Sent:** | Wed Aug 29 2012 11:19:51 EDT |
| **To:** | Westra, Mike (M.R.) </o=ford/ou=fordna1/cn=recipients/cn=mwestra>;LaWall, Thomas (T.G.) </o=ford/ou=fordna1/cn=recipients/cn=tlawall>;Colella, Nicholas (N.) </o=ford/ou=fordna1/cn=recipients/cn=ncolella>;Johnson, Jason (J.B.) </o=ford/ou=fordna1/cn=recipients/cn=jjohn118>;Gokhale, Renuka (R.V.) </o=ford/ou=fordna1/cn=recipients/cn=rgokhale>;Norton, Alan (A.) </o=ford/ou=fordeu1/cn=recipients/cn=anorto11>;Porter, Mark (.) </o=ford/ou=fordna1/cn=recipients/cn=mporter>;Zlotnik, Ronald (E.) </o=ford/ou=fordna1/cn=recipients/cn=rziotnik>;Dauzet, Ryan (R.) </o=ford/ou=fordna1/cn=recipients/cn=rdauzet1>;Westra, Mike (M.R.) </o=ford/ou=fordna1/cn=recipients/cn=mwestra>;Klingenstein, Ralf (R.) </o=ford/ou=fordeu1/cn=recipients/cn=rklinge2>;Patzelt, Peter (P.) </o=ford/ou=fordeu1/cn=recipients/cn=ppatzel1>;Elliott, Doron (D.M.) </o=ford/ou=fordna1/cn=recipients/cn=dellio38>;Aldighieri, Paul (P.A.) </o=ford/ou=fordna1/cn=recipients/cn=paldighi>;Sandvig, Craig (C.) </o=ford/ou=fordna1/cn=recipients/cn=csandvig>;Becker, Stefan (Dr.) </o=ford/ou=fordeu1/cn=recipients/cn=sbecke12>;Brosig, Ralf (R.) </o=ford/ou=fordeu1/cn=recipients/cn=rbrosig>;King, CJ (.) </o=ford/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=cking140c4d>;Thibodeau, Chris (C.T.) </o=ford/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=cthibodeeb0>;Beiser, Joe (J.C.) </o=ford/ou=fordna1/cn=recipients/cn=jbeiser>;Neuhart, Thomas (T.R.) </o=ford/ou=fordna1/cn=recipients/cn=tneuhart>;Moody, Michelle (M.K.) </o=ford/ou=fordna1/cn=recipients/cn=mmoody1>;Callander, Chad (C.M.) </o=ford/ou=fordna1/cn=recipients/cn=ccallan5>;Rebhun, Andrew (A.S.) </o=ford/ou=fordna1/cn=recipients/cn=arebhun> |
| **CC:** | |
| **Subject:** | 8/29/2012: Gen 1.5/2.5 Working Team Meetings |
| **Attachments:** | |
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

Notes from meeting and my notes on the Gen2 issues.

From the technical issues list, we can certainly describe what a light refresh would look like (e.g. touching the hardware, targeting worst performing parts of the system to refactor like HMI/application architecture).


8/29/2012: Gen 1.5/2.5 Working Team Meetings

Tuesday, August 28, 2012

4:13 PM

Subject

Gen 1.5/2.5 Working Team Meetings

Date and Location

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-01135983

Wednesday, August 29, 2012 8:30 AM - 10:30 AM, Webex / Teleconference Only

Attendees

Westra, Mike (M.R.); LaWall, Thomas (T.G.); Colella, Nicholas (N.); Johnson, Jason (J.B.); Gokhale, Renuka (R.V.); Norton, Alan (A.); Porter, Mark (.); Zlotnik, Ronald (E.); Dauzet, Ryan (R.); Westra, Mike (M.R.); Klingenstein, Ralf (R.); Patzelt, Peter (P.); Elliott, Doron (D.M.); Aldighieri, Paul (P.A.); Sandvig, Craig (C.); Becker, Stefan (Dr.); Brosig, Ralf (R.); King, CJ (.); Thibodeau, Chris (C.T.); Beiser, Joe (J.C.); Neuhart, Thomas (T.R.); Moody, Michelle (M.K.); Callander, Chad (C.M.); Rebhun, Andrew (A.S.);

Message

Updates:

- All the remaining meetings this week will start at 8:30 am (Dearborn Time) to accommodate European schedules

- Wednesday's meeting will be Webex / Teleconference only as I was unable to find a suitable conference room

- Thursday's meeting will be in 1B010, Friday's is in Lobby CR#2; those meeting notices have been updated accordingly

Notes

· Need to book end fix it to full boat redo platform, perhaps something in the middle.

o Go through assumed feature sets for Gen1/Gen2/Gen3.

o Go through problems to be addressed by new system.

o Assess list of problems and ability to support features.

o Bit of architecture today, perhaps not there.

o Tomorrow: Refine the alternatives with more detail.

Mark lead initial presentation on features.

· Gen1:

o Music/phone/voice.

o BT HFP to send send/receive calls.

o Voice dial with contacts.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-01135984

o Transfer calls into car on ignition cycle and out.

o Text messages read via TTS via BT and MAP.

o Send text message from canned list.

o Browse music collection via voice - album, track, artist, genre.

o Music playback, MTP, MSD, Apple devices.

o Charge devices via USB.

o Audio streaming via BT.

o Voice / menu in English, French, Spanish, Brazilian Portuguese, Mandarin.

o Work with general radios on several text line and forms-based GAP/NGN Navigation systems.

o USB-based upgrade ability via SMR.

· Additional Gen1 launched features.

o E911 to assist with calling 911 on crash detected.

o VHR

o TDI: Real-time traffic, TBT directions, Information (sports, business/ entertainment/ technology news), business search, Navigation location download.

o Applink to integrate with smartphone applications.

· Chad has a customer satisfaction and usage survey for Gen1/Gen2.

o Chad send that out to the group to help align which features are being used.

o Present assumption is continue to deliver everything have today (certainly for Gen1).

o HFP is 88%, MP3/iPod/Entertainment is 50%, TBT/VHR/911 is around 40%.

o Texting, sports scores, etc is <20%.

o How take parts folks use the most and bring it to the front, hide those that aren't using.

o Build into a single matrix that shows what Gen1/Gen2/Gen3 into feature matrix.

· Gen2:

o Show Jason's Gen2 feature matrix.

o Launched in NA in 3 languages, SA with Portuguese, Late this year in China, next year in EU with

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-01135985

more languages for EU over Gen1.

o Optional cluster display, 8" touch screen, EFP integration - point there are several variants with hardware in different forms.

o Much greater number of commands with voice control (some areas more than needed); flattened grammar with many aliases; bi-modal integration of voice and touch; one-shot destination entry.

o Added do not disturb to phone.

o Entertainment with gracenote, Sirius, Audible, AM/FM/CD, THX.

o Climate control added.

o Navigation added with SD card-based navigation.

o STL to integrate traffic (plus sports, weather, fuel, movie listings).

o 3D buildings, WCities POI information, eco-route features.

o Ambient lighting, vehicle configuration, Active Part Assist.

o RVC

o Same services except for Applink.

o Media Hub.

o Wireless including WiFi and hotspot, BT PAN.

o Higher charge for ipad and larger phones coming soon.

· Gen2 has a list of postponed features, plus a more detailed of proposed features in separate list.

o JoeB/Jeff has this official list.

o There are also features on lists with feature owners.

o There are certainly items that were cut that should never come back (e.g. 3D Album).

· Gen3 make all core features seamless and perfect.

o There is a list of proposed future features, the MS experience book.

o Need to include the wish list for Gen3.

· Need to take lists by category of 4 corners with added upgradability.

o Add USB-upgradable, OTA SYNC Only, OTA other ECU updates.

o Also need to include MS experience, some R&A, and bigger idea ones like data collection.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation          WLN2-01135986

o Step 1 is this feature list.

· Need a similar list on the UI side of the discussion.

o Assumption is this module will be backward compatible into existing hardware, design new UI and eventually new experience, but not initially.

· Two schools of thought

o 1st: GLOBAL won't fix it, need new hardware to move as fast as I can.

· Note this can NOT mean a new OS, upgraded to newest version, but not new.

o 2nd: If I'm going to spend money, then customer needs to see something new.

o 3rd: This discussion can sweep-up Gen3 as well.

o Existing Gen1.5 plan is the go fast and limit the content.

Mike presented what went wrong on Gen2

· Lot of it was process/business, some technical around broken components and overstretched system, limitations of testing.

· Not new processes, but need to apply the process.

· Will help push back on people wanting more content faster.

o Not doing it because want to take our time, but this is what it takes.

o Things like a Linux solution would take much more time and explain why.

Created with Microsoft OneNote 2010
One place for all your notes and information

8/28/2012: Gen 1.5/2.5 Working Team Meetings

Tuesday, August 28, 2012

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-01135987

1:19 PM

Subject

Gen 1.5/2.5 Working Team Meetings

Date and Location

Tuesday, August 28, 2012 9:30 AM - 11:30 AM, Bld-5 1st Fl Lob C/R 2 (40)

Attendees

Westra, Mike (M.R.); LaWall, Thomas (T.G.); Becker, Stefan (Dr.); Thibodeau, Chris (C.T.); Moody, Michelle (M.K.); Callander, Chad (C.M.); Colella, Nicholas (N.); Johnson, Jason (J.B.); Gokhale, Renuka (R.V.); Norton, Alan (A.); Porter, Mark (.); Zlotnik, Ronald (E.); Dauzet, Ryan (R.); Westra, Mike (M.R.); Klingenstein, Ralf (R.); Patzelt, Peter (P.); Elliott, Doron (D.M.); Aldighieri, Paul (P.A.); Sandvig, Craig (C.); Brosig, Ralf (R.); King, CJ (.); Beiser, Joe (J.C.); Neuhart, Thomas (T.R.);

Message

Meeting update: Start time and location of tomorrow's SYNC Gen 1.5/2.5 Working Team Meeting has changed

The meeting will start at 9:30 am (i.l.o. 9:00 am)

Dearborn participants will meet in Building 5 Lobby Conference Room #2 (i.l.o. 1B010)


As a reminder, the Purpose of these meetings is to develop scope and timing alternatives for a major SYNC and User Interface update. Invitees are at the direction of Graydon Reitz. Your participation is critical to ensure the options, which will subsequently be presented to Sr. Management, are viable.


Notes

· Mike's notes on what went wrong on Gen2:

o P: No resource budget (memory, CPU, connectivity) against features.

· This included both a budget and tools and framework to verify performance targets plus control performance so features weren't developed assuming full system resources (see below).

o P: Development was ad-hoc verses platform mentality.

· Features were developed and worked well in isolation, when integrated, performed poorly, incompatible architectures.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation   WLN2-01135988

· Should have defined tools, architecture, conducted POCs first to define and prove the architecture and then ensure consistency and use of best practices through development.

· ==Project managed to deliver one feature at a time on short-sighted few week deadlines and then no time/focus given on going back and creating architecture.== This really inhibited code, component, architecture reuse to the effect that logic is implemented (inconsistently) in several places which can cause conflicts.

· Refactoring is a best practice in software engineering, which was explicitly not allowed here.

· As a general comment, basic software development process controls did not exist or were inappropriate to the size of the effort.

o T: Significant technical debt with regards to HMI and Application Framework.

· HMI Framework makes localization hard and manual.

· Significant work to support Arabic countries.

· HMI implementation inconsistent use of common components/facilities.

· HMI single threaded with too many non-HMI features running along with it.

· HMI and application layers developed ad-hoc (see above).

o T: VMCU CAN message list and software upgrade painful.

· Nearing full load on VMCU, cannot change CAN mappings easily.

· Current architecture CANNOT support OTA or external module reflash.

o T: CPU fully utilized, performing much in parallel with contentions.

· Performing navigation, Cluster updates, STL download, Phone, Media, CAN message flow, HMI, VR, Navigation all in parallel.

· CE Scheduler priority architecture exacerbates with constant tweaks to priority levels to put one feature over another. (Though scheduler is symptom not a cause.)

· Memory fragmentation issues.

· CPU was brand new, not fully taped out and performance was always going to be better in the next release.

· Reduced CPU speed from typical tablet implementation caused loss of 20%+ in performance.

o T: GPU had significant issues.

· Quality issues with driver constantly needing new drops.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation          WLN2-01135989

· Performance was not up to expected levels, Flash couldn't fully utilize 2D/3D capabilities.

o T/P: Lack of quality testing collateral.

· Automated testing efforts and deliverables were constantly scaled back causing an exponential effort and risk against testing the overall system.

· ==We still have no ability to trend performance. This means we have no ability to detect performance regressions except manual testing. This limits ability to detect functional regressions as well.==

· ==It also means there is a significant learning curve to even run, let alone test, a Gen2 bench. This leads to issues with bug reproduction, fake bugs due to invalid configurations, and the ever present issue that we decide something is good because it works on a bench, only to discover it doesn't work in a car.==

o P: Process/integration issues with Nav/Voice.

· GPSM module had significant issues, which were blamed on SYNC.

· Cluster had some issues that were blamed on SYNC.

· Significant challenges integrating voice and Nav into system.

o P: Lack of feature control in terms of initial scoping.

· 50% more features were slated to be in scope (e.g. personalization, 3D equalizer, DM4) and were 75% implemented before being finally removed. This caused significant wasted effort and architectural churn.

· (Most features should have required POC to ensure functional completeness and asses risk.)

o B: Late deliveries accepted into program.

· e.g. DM4 kicked off half way into program (which was later cut).

· Final HMI layout and design wasn't fully finalized until January before August launch.

· CSSO features were added late into process because not aligned with Gen1 parallel deliveries (E911, TDI), which also caused added stress on system.

· ==No fallback plan and constant backlog throughout life time of product has made fixing fundamental issues impossible (features always trump architectural resolution).==

· ==Time and scope were fixed, so by definition program was managed to quality (with net effect that none of the three could be controlled).==

o P: Need to support many subtle differences.

· 3 climate implementations.

· Several audio/radio variations.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-01135990

- Overly complicated clock strategy.

- Overly complicated lower priority features (e.g. BEV, Personalization)

- 1000's of vehicle configuration permutations and variations on external hardware with different software ups complexity and integration issues.

o B: ~8 core team members were full time on program until near the end.

- Tried to own too much of the ecosystem including non-strategic areas (e.g. Plant floor end-of-line tester, certification); spread team even thinner.

- Tried to be tier 1 and overwhelmed with plant, VOCF, management, FCSD, manufacturing, etc, etc demands on too few people.

- Managed as an "us versus them" culture…

- (Note, solution is not to go to the exact opposite extreme unless Ford determines this space is commodity with no strategic value.)

- In the end team organized as traditional commodity owners rather than how a software centric project would be focused.

- Since switching to MS:

o MS triad has not wanted to make significant architectural changes given the timing constraints Ford has put around project.

- e.g. Strict timing and scope around EARLY, EARLY+, GLOBAL.

- In the end EARLY was allocated 3-4mo development time, despite perception at Ford that MS had longer time to completely reskin and "fix" the platform.

o MS issues with accurately planning scope/effort against fixed timed releases.

- Significant technical debt on project, system over-subscribed compounds issues.

Created with Microsoft OneNote 2010
One place for all your notes and information

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation　　　　　　　　　　　　　　　　WLN2-01135991