# EXHIBIT 47

REDACTED
PURSUANT TO COURT ORDER
(ECF NO. 400)

**From:** Herman, Dave (D.) <dherman@ford.com>
**Sent:** Friday, June 18, 2010 10:26 AM
**To:** Dorado, Jessica (J.S.) <jdorado3@ford.com>
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

███████████████████████

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com (Text Pager)**
***********************************************************

**From:** Dorado, Jessica (J.S.)
**Sent:** Friday, June 18, 2010 10:26 AM
**To:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

███████

███████████

**From:** Herman, Dave (D.)
**Sent:** Friday, June 18, 2010 10:25 AM
**To:** Dorado, Jessica (J.S.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

█████████████████████████

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com (Text Pager)**
***********************************************************

**From:** Dorado, Jessica (J.S.)
**Sent:** Friday, June 18, 2010 10:24 AM
**To:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

████████████████████████████████████████████████████████ █

**From:** Herman, Dave (D.)
**Sent:** Friday, June 18, 2010 10:20 AM
**To:** Dorado, Jessica (J.S.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-02995426

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com (Text Pager)**
***********************************************************

**From:** Dorado, Jessica (J.S.)
**Sent:** Friday, June 18, 2010 10:20 AM
**To:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

**From:** Herman, Dave (D.)
**Sent:** Friday, June 18, 2010 10:19 AM
**To:** Dorado, Jessica (J.S.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com (Text Pager)**
***********************************************************

**From:** Dorado, Jessica (J.S.)
**Sent:** Friday, June 18, 2010 10:15 AM
**To:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

**From:** Herman, Dave (D.)
**Sent:** Friday, June 18, 2010 10:13 AM
**To:** Dorado, Jessica (J.S.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

My new outlook...

To use a baseball analogy
Everything EESE is asked to Deliver is now defined as a Homerun
This worked great, when we had an all star team with a good farm system

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation          WLN2-02995427

Unfortunately, all we have are players who get on base only when HIT BY THE BALL.
We can't get a double if we wanted to, let alone a Homerun

Dave

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com (Text Pager)**
***********************************************************

**From:** Dorado, Jessica (J.S.)
**Sent:** Friday, June 18, 2010 10:11 AM
**To:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Hee!  You made me laugh out loud!  Ah, but that is totally disheartening, too.  *sigh*

Well you and I are just a couple of happy campers on this launch, eh?  *grin*

---

**From:** Herman, Dave (D.)
**Sent:** Friday, June 18, 2010 10:10 AM
**To:** Dorado, Jessica (J.S.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

At least you don't have to watch your legacy of producing a quality product for 2 generations of vehicles go down the crapper cuz Sync Gen 2.0 sucks eggs…

Pioneer NAV – JD Power Award Winner
Clarion  NAV – JD Power Award Winner
Sync Gen 2.0 – JD Power WTF Award Winner (worst in show) – my opinion

Dave

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com (Text Pager)**
***********************************************************

**From:** Dorado, Jessica (J.S.)
**Sent:** Friday, June 18, 2010 10:08 AM
**To:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

[redacted]

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation        WLN2-02995428

**From:** Herman, Dave (D.)
**Sent:** Friday, June 18, 2010 10:05 AM
**To:** Dorado, Jessica (J.S.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

███████████████████████████████████████████

████████

███

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com  (Text Pager)**
***********************************************************

**From:** Dorado, Jessica (J.S.)
**Sent:** Friday, June 18, 2010 9:59 AM
**To:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

████ ███████████

█████████████████████████████████████████████
█████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████

**From:** Herman, Dave (D.)
**Sent:** Friday, June 18, 2010 9:10 AM
**To:** Varghese, Thomas (.)
**Cc:** Maletta, Gail (G.L.); Exell, Jeffrey (J.R.); Ho, William (W.); Dorado, Jessica (J.S.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

That is unfortunate as Ford IT chose to upgrade (against my wishes) office to 2007.  I will be unable to accomplish my task.

Dave

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation        WLN2-02995429

3138053283@vtext.com  (Text Pager)
*************************************************************

**From:** Varghese, Thomas (.)
**Sent:** Friday, June 18, 2010 8:45 AM
**To:** Herman, Dave (D.)
**Cc:** Maletta, Gail (G.L.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Dave - Understand. We are currently supporting only office 2003. We hope to be compatible with the office 2007 towards end of August. Iam still looking at your changes and if it is possible I will submit your changes manually. Thanks for your patience.


*Sincerely*
*Thomas Varghese*
*BOM Process Lead - BPMS*
Email: tvarghes@ford.com
Ph: 313-805-2888



---

**From:** Herman, Dave (D.)
**Sent:** Thursday, June 17, 2010 3:41 PM
**To:** Maletta, Gail (G.L.); Varghese, Thomas (.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

This is a FORD LAPTOP with a FORD PUSHED Office 2007


*************************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
3138053283@vtext.com  (Text Pager)
*************************************************************

**From:** Maletta, Gail (G.L.)
**Sent:** Thursday, June 17, 2010 3:39 PM
**To:** Herman, Dave (D.); Varghese, Thomas (.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Ford does not support Office 2007, so that is most likely the problem.

---

**From:** Herman, Dave (D.)
**Sent:** Thursday, June 17, 2010 2:50 PM
**To:** Varghese, Thomas (.)
**Cc:** Maletta, Gail (G.L.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Office 2007

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-02995430

```
************************************************************
```
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com (Text Pager)**
```
************************************************************
```

**From:** Varghese, Thomas (.)
**Sent:** Thursday, June 17, 2010 2:45 PM
**To:** Herman, Dave (D.)
**Cc:** Maletta, Gail (G.L.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Dave - What version of excel are you using on your computer. Iam unable to open the file. Thanks


*Sincerely*
*Thomas Varghese*
*BOM Process Lead - BPMS*
Email: tvarghes@ford.com
Ph: 313-805-2888



**From:** Herman, Dave (D.)
**Sent:** Thursday, June 17, 2010 2:43 PM
**To:** Varghese, Thomas (.)
**Cc:** Maletta, Gail (G.L.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533



```
************************************************************
```
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com (Text Pager)**
```
************************************************************
```

**From:** Varghese, Thomas (.)
**Sent:** Thursday, June 17, 2010 2:41 PM
**To:** Herman, Dave (D.)
**Cc:** Maletta, Gail (G.L.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Dave - You have a copy of the failed wizard submit on your desktop. Can you send it to me. Thanks


*Sincerely*
*Thomas Varghese*
*BOM Process Lead - BPMS*
Email: tvarghes@ford.com

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-02995431

Ph: 313-805-2888

---

**From:** Varghese, Thomas (.)
**Sent:** Thursday, June 17, 2010 2:36 PM
**To:** Herman, Dave (D.)
**Cc:** Maletta, Gail (G.L.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Dave - Iam working on it . Will keep you posted. Thanks


*Sincerely*
*Thomas Varghese*
*BOM Process Lead - BPMS*
Email: tvarghes@ford.com
Ph: 313-805-2888

---

**From:** Maletta, Gail (G.L.)
**Sent:** Thursday, June 17, 2010 2:33 PM
**To:** Varghese, Thomas (.)
**Subject:** FW: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Hi Thomas
Have you seen this import?  Any thoughts?

---

**From:** Herman, Dave (D.)
**Sent:** Thursday, June 17, 2010 2:32 PM
**To:** Maletta, Gail (G.L.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

I need help. I submitted a bunch of stuff Tuesday and it errored out. I don't have the 4 hours to redo it. Can you find the submission and see what went wrong and maybe submit for me?

*************************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com  (Text Pager)**
*************************************************************

---

**From:** Maletta, Gail (G.L.)
**Sent:** Thursday, June 17, 2010 2:31 PM
**To:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Hi Dave
Are  you all set now or do you still have a question/ concern?

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-02995432

thx

**From:** Herman, Dave (D.)
**Sent:** Tuesday, June 15, 2010 1:12 PM
**To:** Herman, Dave (D.); Brown, Nancy (N.E.); Dorado, Jessica (J.S.); Maletta, Gail (G.L.)
**Cc:** Ho, William (W.); Exell, Jeffrey (J.R.); Habeel, Mahmoud (M.D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Sorry.. It is there now

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com (Text Pager)**
***********************************************************

**From:** Herman, Dave (D.)
**Sent:** Tuesday, June 15, 2010 1:11 PM
**To:** Brown, Nancy (N.E.); Dorado, Jessica (J.S.); Maletta, Gail (G.L.)
**Cc:** Ho, William (W.); Exell, Jeffrey (J.R.); Habeel, Mahmoud (M.D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Yes

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com (Text Pager)**
***********************************************************

**From:** Brown, Nancy (N.E.)
**Sent:** Tuesday, June 15, 2010 1:10 PM
**To:** Herman, Dave (D.); Dorado, Jessica (J.S.); Maletta, Gail (G.L.)
**Cc:** Ho, William (W.); Exell, Jeffrey (J.R.); Habeel, Mahmoud (M.D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

The reason you don't see South American countries in the configuration worksheet is because the PDL doesn't have Lincoln going to S. America countries.

Are you having the same issue for CD391N? If so, please let me know.

**From:** Herman, Dave (D.)
**Sent:** Tuesday, June 15, 2010 12:27 PM
**To:** Brown, Nancy (N.E.); Dorado, Jessica (J.S.); Maletta, Gail (G.L.)
**Cc:** Ho, William (W.); Exell, Jeffrey (J.R.); Habeel, Mahmoud (M.D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

I found some PDL Issues...

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-02995433

US/CANADA/PR ALWAYS GET ACM+SDARS at a minimum with NAV

So, If I were to set up my A and B Parts, I would be tied to the wrong radio

Dave

*************************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com** **(Text Pager)**
*************************************************************

**From:** Brown, Nancy (N.E.)
**Sent:** Tuesday, June 15, 2010 12:12 PM
**To:** Dorado, Jessica (J.S.); Maletta, Gail (G.L.)
**Cc:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Gail, can you help Dave. Sounds like he didn't save his Config worksheet so the adds he made in the Wizard didn't take.

Let me know if you need anything from me....thanks!

**From:** Dorado, Jessica (J.S.)
**Sent:** Tuesday, June 15, 2010 12:03 PM
**To:** Maletta, Gail (G.L.); Brown, Nancy (N.E.)
**Cc:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Gail / Nancy, any suggestions?

**From:** Herman, Dave (D.)
**Sent:** Tuesday, June 15, 2010 11:57 AM
**To:** Dorado, Jessica (J.S.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

I went to assign usage, it closed my active workbook and opened something else.
I re-ran my query and parts no there

*************************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
**3138053283@vtext.com** **(Text Pager)**
*************************************************************

**From:** Dorado, Jessica (J.S.)
**Sent:** Tuesday, June 15, 2010 11:56 AM
**To:** Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation　　　　WLN2-02995434

I imagine the parts would go into suspense, right, and need to be approved by Kelly before they'd show up in AVBOM...why do you think the changes are lost? Did you get a confirmation e-mail after you submitted them?

---

**From:** Herman, Dave (D.)
**Sent:** Tuesday, June 15, 2010 11:52 AM
**To:** Dorado, Jessica (J.S.)
**Cc:** Ho, William (W.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

It looks like all my work this morning was lost... Now the system hung up on me AGAIN

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
3138053283@vtext.com **(Text Pager)**
***********************************************************

**From:** Dorado, Jessica (J.S.)
**Sent:** Tuesday, June 15, 2010 11:47 AM
**To:** Herman, Dave (D.)
**Cc:** Ho, William (W.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Hee! Because we love you, Dave...and you know, nagging is my way of life now that I'm on CD4.1 and assigned to this AVBOM crapola. ;)

Thanks for all your help and support!

---

**From:** Herman, Dave (D.)
**Sent:** Tuesday, June 15, 2010 11:42 AM
**To:** Ho, William (W.); Dorado, Jessica (J.S.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Additionally, as I was asked only today for input, why am I getting tagged for same day completion? That's mean

***********************************************************
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
3138053283@vtext.com **(Text Pager)**
***********************************************************

**From:** Ho, William (W.)
**Sent:** Tuesday, June 15, 2010 11:39 AM
**To:** Herman, Dave (D.); Dorado, Jessica (J.S.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Gail Maletta or Nancy Brown can assist with issues.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation          WLN2-02995435

**From:** Herman, Dave (D.)
**Sent:** Tuesday, June 15, 2010 11:37 AM
**To:** Dorado, Jessica (J.S.)
**Cc:** Zechel, Kelly (K.L.); Ho, William (W.); Profitt, Beth (E.A.); Sabet, Ines (I.K.); Exell, Jeffrey (J.R.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

I am TRYING.

It keeps crashing and jumping and being a major pain in the behind. I have entered the A/B/C parts for N. American Production (It crashed when I tried to assign usages).

Dave

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**David A. Herman** dherman@ford.com
*Navigation Systems Engineer*
Ford Motor Company
(313)805-3283 (Cell)
3138053283@vtext.com  **(Text Pager)**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Dorado, Jessica (J.S.)
**Sent:** Tuesday, June 15, 2010 11:02 AM
**To:** Herman, Dave (D.)
**Cc:** Zechel, Kelly (K.L.); Ho, William (W.); Profitt, Beth (E.A.); Sabet, Ines (I.K.); Exell, Jeffrey (J.R.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Dave, can you please advise when you'll be adding the SD card into AVBOM? Can we get it loaded today, please?

---

**From:** Ho, William (W.)
**Sent:** Monday, June 14, 2010 7:21 PM
**To:** Sabet, Ines (I.K.); Profitt, Beth (E.A.); Zechel, Kelly (K.L.); Herman, Dave (D.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

For Navigation, there is an SD Card that gets added to the vehicle.

Dave, what is the part number and cost of the CD391/CD533 navigation SD card? Is it in AVBOM yet?

Thanks,

Bill

---

**From:** Sabet, Ines (I.K.)
**Sent:** Monday, June 14, 2010 11:07 AM
**To:** Ho, William (W.); Profitt, Beth (E.A.); Zechel, Kelly (K.L.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Bill,

What are the parts of Sync Gen 2? Is it PIA to what we have?

Ines K. Sabet
PD CD533 Finance
Tel. 62956

---

**From:** Ho, William (W.)
**Sent:** Monday, June 14, 2010 10:44 AM
**To:** Profitt, Beth (E.A.); Sabet, Ines (I.K.); Zechel, Kelly (K.L.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

CPP is not in the program yet, so there should be no status. Nav with voice rec doesn't have any parts outside what is already in cost for SYNC Gen 2.

2nd Row heated seats - we already have a cost in AVBOM for the control module (B. Nikiforuk)
Multi contour seat module - we have a part in AVBOM (B. Nikiforuk)
Heated steering wheel module - we have a part in AVBOM (J. Cikalo)

For these options, we have only the modules; Body has the rest of the impacts. Note that no EDS costs have been worked up for any of these yet.

---

**From:** Profitt, Beth (E.A.)
**Sent:** Monday, June 14, 2010 10:35 AM
**To:** Sabet, Ines (I.K.); Zechel, Kelly (K.L.)
**Cc:** Ho, William (W.)
**Subject:** RE: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Sorry Ines, but I didn't see your original note. I only know the part numbers for the THX Speakers.

<< OLE Object: Microsoft Office Excel Worksheet >>

I'm not aware of part numbers for Navigation w/voice recognition or cellphone passport. The other parts are not PMT 5.

**Beth Profitt**
CD4 Electrical PMT Leader *(job share with Kelly Zechel)*
Phone: (313) 805-5780
email: eprofitt@ford.com

---

**From:** Sabet, Ines (I.K.)
**Sent:** Monday, June 14, 2010 9:53 AM
**To:** Profitt, Beth (E.A.); Zechel, Kelly (K.L.)
**Cc:** Ho, William (W.)
**Subject:** FW: Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation        WLN2-02995437

**Importance:** High

Beth, Kelly,

I have not heard back from you.

Bill suggested you might have a consolidated list of all options?

Ines K. Sabet
PD CD533 Finance
Tel. 62956

---

**From:** Sabet, Ines (I.K.)
**Sent:** Wednesday, June 09, 2010 12:48 PM
**To:** Ho, William (W.); Langenbacher, Kim (K.L.); Nygren, Mark (M.E.); Halonen, Aaron (A.M.)
**Cc:**
**Subject:** Help needed: Average Vehicle Targets PMT 5 / PMT 2 CD 533
**Importance:** High

All,

For the average vehicle targets, we would need your help to identify the part numbers for the following options including the cost recognized for those. We are aware that the parts might be spread over several PMTs, but hope that the majority can be contained within PMT 2 and 5.

Navigation w/ Voice Recognition

THX II Audio (14 Speakers)

Cellphone Passport (carried as TBD)

Heated Seats / 2nd Row

Heated Steering Wheel

Multi Contour Seat

Aluminum Trim Package

Let me know if you can help out or who would be able to. Thank you.

---

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-02995438

*Ines K. Sabet*   \*\*\*   CD533 Finance Analyst / Consolidation - CD4 Finance - Tel. 1 313 206 **2956**

---

*Nihil nobis metuendum est, praeter metum ipsum.* - **WIF TeamConnect Site**

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-02995439