# EXHIBIT 48

| | |
|---|---|
| From: | Hider, Mounir (M.) |
| Sent: | Thursday, July 22, 2010 1:46:05 PM |
| To: | Colella, Dominic (D.C.); Alaouie, Hassan (H.); Dauzet, Ryan (R.); Williams, Kenneth (K.N.); Jiao, Changli (C.); Bragg, Jeremiah (J.); Carmean, Timothy (T.E.); Elliott, Doron (D.M.); Englert, Richard (R.); Garcia, Isidro (I.S.); Huang, Henry (H.); Johnson, Jason (J.B.); Lin, Xinsi (X.); Orris, David (D.J.); Ostrowski, Jeffrey (J.R.); Santos, Sergio (S.); Singh, Amrit (A.P.); Wadhwa, Sukhwinder (P.S.); Waraich, Sandeep (S.); Westra, Mike (M.R.) |
| Subject: | RE: Build status |

==Dominic... 2 years of our lives.... That's all I am going to say...==

| | |
|---|---|
| From: | Colella, Dominic (D.C.) |
| Sent: | Thursday, July 22, 2010 1:44 PM |
| To: | Hider, Mounir (M.); Alaouie, Hassan (H.); Dauzet, Ryan (R.); Williams, Kenneth (K.N.); Jiao, Changli (C.); Bragg, Jeremiah (J.); Carmean, Timothy (T.E.); Elliott, Doron (D.M.); Englert, Richard (R.); Garcia, Isidro (I.S.); Huang, Henry (H.); Johnson, Jason (J.B.); Lin, Xinsi (X.); Orris, David (D.J.); Ostrowski, Jeffrey (J.R.); Santos, Sergio (S.); Singh, Amrit (A.P.); Wadhwa, Sukhwinder (P.S.); Waraich, Sandeep (S.); Westra, Mike (M.R.) |
| Subject: | RE: Build status |

==Those poor customers....==

| | |
|---|---|
| From: | Hider, Mounir (M.) |
| Sent: | Thursday, July 22, 2010 1:43 PM |
| To: | Colella, Dominic (D.C.); Alaouie, Hassan (H.); Dauzet, Ryan (R.); Williams, Kenneth (K.N.); Jiao, Changli (C.); Bragg, Jeremiah (J.); Carmean, Timothy (T.E.); Elliott, Doron (D.M.); Englert, Richard (R.); Garcia, Isidro (I.S.); Huang, Henry (H.); Johnson, Jason (J.B.); Lin, Xinsi (X.); Orris, David (D.J.); Ostrowski, Jeffrey (J.R.); Santos, Sergio (S.); Singh, Amrit (A.P.); Wadhwa, Sukhwinder (P.S.); Waraich, Sandeep (S.); Westra, Mike (M.R.) |
| Subject: | RE: Build status |

==No patches no cabs... this is it ... we need to test as if these are going to final customers.==

| | |
|---|---|
| From: | Colella, Dominic (D.C.) |
| Sent: | Thursday, July 22, 2010 1:36 PM |
| To: | Alaouie, Hassan (H.); Dauzet, Ryan (R.); Williams, Kenneth (K.N.); Jiao, Changli (C.); Hider, Mounir (M.); Bragg, Jeremiah (J.); Carmean, Timothy (T.E.); Elliott, Doron (D.M.); Englert, Richard (R.); Garcia, Isidro (I.S.); Huang, Henry (H.); Johnson, Jason (J.B.); Lin, Xinsi (X.); Orris, David (D.J.); Ostrowski, Jeffrey (J.R.); Santos, Sergio (S.); Singh, Amrit (A.P.); Wadhwa, Sukhwinder (P.S.); Waraich, Sandeep (S.); Westra, Mike (M.R.) |
| Subject: | RE: Build status |

==Do we need to install the pactches and cabs that we did yesterday with today's image?==

| | |
|---|---|
| From: | Alaouie, Hassan (H.) |
| Sent: | Thursday, July 22, 2010 1:35 PM |
| To: | Dauzet, Ryan (R.); Williams, Kenneth (K.N.); Jiao, Changli (C.); Hider, Mounir (M.); Bragg, Jeremiah (J.); Carmean, Timothy (T.E.); Colella, Dominic (D.C.); Elliott, Doron (D.M.); Englert, Richard (R.); Garcia, Isidro (I.S.); Huang, Henry (H.); Johnson, Jason (J.B.); Lin, Xinsi (X.); Orris, David (D.J.); Ostrowski, Jeffrey (J.R.); Santos, Sergio (S.); Singh, Amrit (A.P.); Wadhwa, Sukhwinder (P.S.); Waraich, Sandeep (S.); Westra, Mike (M.R.) |
| Subject: | RE: Build status |

Note: All provisioning files have been bumped to the -AD level. Be sure you update your provisioing sticks to reflect this.

Hassan A.

| | |
|---|---|
| From: | Dauzet, Ryan (R.) |
| Sent: | Thursday, July 22, 2010 1:28 PM |
| To: | Williams, Kenneth (K.N.); Jiao, Changli (C.); Hider, Mounir (M.); Alaouie, Hassan (H.); Bragg, Jeremiah (J.); Carmean, Timothy (T.E.); Colella, Dominic (D.C.); Elliott, Doron (D.M.); Englert, Richard (R.); Garcia, Isidro (I.S.); Huang, Henry (H.); Johnson, Jason (J.B.); Lin, Xinsi (X.); Orris, David (D.J.); Ostrowski, Jeffrey (J.R.); Santos, Sergio (S.); Singh, Amrit (A.P.); Wadhwa, Sukhwinder (P.S.); Waraich, Sandeep (S.); Westra, Mike (M.R.) |

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00235606

**Subject:** RE: Build status

Come and get it...it just finished

---

**From:** Williams, Kenneth (K.N.)
**Sent:** Thursday, July 22, 2010 1:27 PM
**To:** Jiao, Changli (C.); Dauzet, Ryan (R.); Hider, Mounir (M.); Alaouie, Hassan (H.); Bragg, Jeremiah (J.); Carmean, Timothy (T.E.); Colella, Dominic (D.C.); Elliott, Doron (D.M.); Englert, Richard (R.); Garcia, Isidro (I.S.); Huang, Henry (H.); Johnson, Jason (J.B.); Lin, Xinsi (X.); Orris, David (D.J.); Ostrowski, Jeffrey (J.R.); Santos, Sergio (S.); Singh, Amrit (A.P.); Wadhwa, Sukhwinder (P.S.); Waraich, Sandeep (S.); Westra, Mike (M.R.)
**Subject:** RE: Build status

It is still copying over to the share...

Regards,

*Kenneth N. Williams*
*Ford Motor Company*
SYNC Systems Integration
Building: Bldg. 5 Cube: 3C068 MD: 5027
Email: kwill307@ford.com
Phone: (313)805-9796

---

| From: | Jiao, Changli (C.) |
|---|---|
| Sent: | Thursday, July 22, 2010 1:26 PM |
| To: | Dauzet, Ryan (R.); Hider, Mounir (M.); Alaouie, Hassan (H.); Bragg, Jeremiah (J.); Carmean, Timothy (T.E.); Colella, Dominic (D.C.); Elliott, Doron (D.M.); Englert, Richard (R.); Garcia, Isidro (I.S.); Huang, Henry (H.); Johnson, Jason (J.B.); Lin, Xinsi (X.); Orris, David (D.J.); Ostrowski, Jeffrey (J.R.); Santos, Sergio (S.); Singh, Amrit (A.P.); Wadhwa, Sukhwinder (P.S.); Waraich, Sandeep (S.); Westra, Mike (M.R.); Williams, Kenneth (K.N.) |
| Subject: | RE: Build status |

Is the downloading done?

The file size looks strange. Moreover, there is no provision files.

---

| From: | Dauzet, Ryan (R.) |
|---|---|
| Sent: | Thursday, July 22, 2010 12:35 PM |
| To: | Hider, Mounir (M.); Alaouie, Hassan (H.); Bragg, Jeremiah (J.); Carmean, Timothy (T.E.); Colella, Dominic (D.C.); Elliott, Doron (D.M.); Englert, Richard (R.); Garcia, Isidro (I.S.); Huang, Henry (H.); Jiao, Changli (C.); Johnson, Jason (J.B.); Lin, Xinsi (X.); Orris, David (D.J.); Ostrowski, Jeffrey (J.R.); Santos, Sergio (S.); Singh, Amrit (A.P.); Wadhwa, Sukhwinder (P.S.); Waraich, Sandeep (S.); Westra, Mike (M.R.); Williams, Kenneth (K.N.) |
| Subject: | RE: Build status |

I'm downloading it now...should be available soon...

---

**From:** Hider, Mounir (M.)
**Sent:** Thursday, July 22, 2010 10:38 AM
**To:** Alaouie, Hassan (H.); Bragg, Jeremiah (J.); Carmean, Timothy (T.E.); Colella, Dominic (D.C.); Dauzet, Ryan (R.); Elliott, Doron (D.M.); Englert, Richard (R.); Garcia, Isidro (I.S.); Huang, Henry (H.); Jiao, Changli (C.); Johnson, Jason (J.B.); Lin, Xinsi (X.); Orris, David (D.J.); Ostrowski, Jeffrey (J.R.); Santos, Sergio (S.); Singh,

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00235607

Amrit (A.P.); Wadhwa, Sukhwinder (P.S.); Waraich, Sandeep (S.); Westra, Mike (M.R.); Williams, Kenneth (K.N.)
**Subject:** Build status

Has anyone downloaded todays build yet. If yes please let me know.

When release is downloaded please check the following closed issues:

| TT # | Summary | Status | Dev | Release |
|---|---|---|---|---|
| 11981 | USB Metadata Shown in Status Bar When HD and/or Sirius Active | Closed | Moo, Sacha | 20100722 |
| 10405 | (BVT) Features disabled for your safety popup (driver distraction) seen when car moves >5mph | Closed | Keshava, Namratha | 20100722 |
| 10600 | Media: Repeat Button not highlighted by Default | Closed | Soneji, Hitesh | 20100722 |
| 12184 | Shuffle and Repeat When Playing iPod Video Are Not Highlighted Properly | Closed | Soneji, Hitesh | 20100722 |
| 12269 | Heated seat button stuck on from Smart Corners homes screen | Closed | Keshava, Namratha | 20100722 |

Please provide me with feedback on all these issues asap.

Thanks,

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00235608