# EXHIBIT 49

| | |
|---|---|
| From: | Whitmyer, Al (A.W.) |
| Sent: | Monday, October 04, 2010 12:40 PM |
| To: | Dobbs, Dan (K.D.); Eis, Peter (P.R.) |
| Subject: | FW: SYNC Gen II |

Will need your help with this.

Al Whitmyer
Technical Hotline & Warranty Spend Manager
FCSD - Service Engineering Operations
313 31-79380

---

| | |
|---|---|
| From: | Berardi, Michael (M.A.) |
| Sent: | Monday, October 04, 2010 12:39 PM |
| To: | Kopeika, Charles (C.R.) |
| Cc: | Whitmyer, Al (A.W.) |
| Subject: | RE: SYNC Gen II |

Can we put together a one pager on SYNC V1 Prior Approval showing the money we wasted since only a few phone calls came in on modules? Can you also dimension the spend on modules since then to see if it is an issue today? What were they asking for today, modules, or do they want to capture what is wrong with the system, which would be RTDA.

*Mike Berardi*
**Director - Service Engineering Operations**
**Ford Customer Service Division**
*Administrative Assistant - Sandy Schwartzenberger (38468)*
*Phone - (313) 323-8467*
*Fax - (313) 845-2580*

*Share the Ford Story at www.TheFordStory.com*
*Save Paper - Do not print this email unless absolutely necessary*

---

| | |
|---|---|
| From: | Kopeika, Charles (C.R.) |
| Sent: | Monday, October 04, 2010 11:43 AM |
| To: | Berardi, Michael (M.A.) |
| Cc: | Whitmyer, Al (A.W.) |
| Subject: | SYNC Gen II |

In FSQR now, expect a meeting notice on SYNC Gen II prior approval

They won't take "no" for an answer….Kim P and Graydon leading the charge, stating that the system has known issues……and Senior management well aware

Thanks,

*Charles Kopeika*
*Manager, Recall & Service Quality*

1

WLN1-3242440

*FCSD Service Engineering Operations*
*313 337-2487*
*313 903-1528 (cell)*
*ckopeika@ford.com*