# EXHIBIT 50

**FILE SURROGATE - This is a surrogate. Please see the native file for this record, or contact Ford's counsel of record in this matter to request a copy of this file.**

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation

WLN2-00658900

| | |
|---|---|
| **From:** | Englert, Richard (R.) </o=ford/ou=fordna1/cn=recipients/cn=rengler2> |
| **Sent:** | Thu Feb 10 2011 11:18:10 EST |
| **To:** | Westra, Mike (M.R.) </o=ford/ou=fordna1/cn=recipients/cn=mwestra>;Don Ferencz <donf@bsquare.com>;Dean Ramsier <deanr@bsquare.com>;Ostrowski, Jeffrey (J.R.) </o=ford/ou=fordna1/cn=recipients/cn=jostrow7>;Rob Medjo <robm@bsquare.com>;Nicholas Hargreaves <nicholash@bsquare.com>;Michael Morris <michaelm@bsquare.com>;Justin Geel <justing@bsquare.com>;Huang, Henry (H.) </o=ford/ou=fordna1/cn=recipients/cn=hhuang>;rhouser@microsoft.com <rhouser@microsoft.com>;Scott Deans <scottd@bsquare.com>;Andrew Phelps <andrewp@bsquare.com> |
| **CC:** | Patrick Potter <patrickp@bsquare.com>;prtgrpd@microsoft.com <prtgrpd@microsoft.com>;Hider, Mounir (M.) </o=ford/ou=fordna1/cn=recipients/cn=mhider1>;Santos, Sergio (S.) </o=ford/ou=fordna1/cn=recipients/cn=ssantos>;Brian Sass <brians@bsquare.com>;Tim Myers <timm@bsquare.com>;Broadwater, Chuck (C.M.) </o=ford/ou=fordna1/cn=recipients/cn=cbroadwa> |
| **Subject:** | RE: New Blocking Issue for Software Release |
| **Attachments:** | |

| | |
|---|---|
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

Yes on all counts - I'm just suggesting defensive code in addition to root cause fix, not in lieu of.

To the larger architectural issues, I've never liked setting and clearing an independent flag in independent code paths, to indicate the state of something else, especially if that state has a short, roughly known duration. Of course that is usually the simplest and sometimes the only way, and it would be ridiculous to create something elaborate just to avoid that independence in all cases...

-----

From: Westra, Mike (M.R.)
Sent: Thursday, February 10, 2011 10:59 AM
To: Englert, Richard (R.); 'Don Ferencz'; 'Dean Ramsier'; Ostrowski, Jeffrey (J.R.); 'Rob Medjo'; 'Nicholas Hargreaves'; 'Michael Morris'; 'Justin Geel'; Huang, Henry (H.); 'rhouser@microsoft.com'; 'Scott Deans'; 'Andrew Phelps'
Cc: 'Patrick Potter'; 'prtgrpd@microsoft.com'; Hider, Mounir (M.); Santos, Sergio (S.); 'Brian Sass'; 'Tim Myers'; Broadwater, Chuck (C.M.)
Subject: RE: New Blocking Issue for Software Release

Wouldn't the root cause be that it isn't being set in all code paths when the installer is done holding the screen when the installation session is complete? Would the correct thing to do be set it where/when it is supposed to be set?

A properly decoupled solution shouldn't allow bad coding in one area to cause this. This shows ==larger architectural issues that should be addressed by long-term fixes.==

--
Michael Westra, CISSP
mwestra@ford.com
Sync Gen2 Technical Expert

Sync Gen2 Core Team
Building 5 - 2E099
Ford Motor Company


From: Englert, Richard (R.)
Sent: Thursday, February 10, 2011 10:47 AM
To: 'Don Ferencz'; Dean Ramsier; Westra, Mike (M.R.); Ostrowski, Jeffrey (J.R.); Rob Medjo; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry (H.); rhouser@microsoft.com; Scott Deans; Andrew Phelps
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); Brian Sass; Tim Myers; Broadwater, Chuck (C.M.)
Subject: RE: New Blocking Issue for Software Release


I'm not sure it's totally a race condition - the root cause may be, but if this is the same issue as the previous "RVC lockout" it was a simple matter of a boolean variable in AppConsole not getting cleared. This particular one prevents the mayhem we used to get from back-to-back state changes (which become screen transitions), when a second screen transition would start while the previous one was still going on. To prevent that, AppConsole sets a flag that says "screen transition in progress" and as long as that flag is set, subsequent state changes are ignored (I think a few get queued, but it doesn't matter in this case). Whatever the root cause, the result was that this flag never got cleared, so AppConsole thinks it is perpetually in the middle of a screen transition and so ignores all state changes.


I don't like the timer idea either, so maybe there's another way for AppConsole to recognize "hey, this flag was set half an hour ago - that can't be right" and then clear it - maybe make the "flag" a timestamp instead of a boolean and check time elapsed rather than true/false. SyncButton actually does that to lock out too-fast presses on the same button (200ms). It records the top-level getTimer() to set the flag and then when evaluating the flag compares its time to the then-current getTimer(). Dean's point about uncharted/tested mitigation code is well taken.


-----

From: Don Ferencz [mailto:DonF@bsquare.com]
Sent: Thursday, February 10, 2011 10:29 AM
To: Dean Ramsier; Englert, Richard (R.); Westra, Mike (M.R.); Ostrowski, Jeffrey (J.R.); Rob Medjo; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry (H.); rhouser@microsoft.com; Scott Deans; Andrew Phelps
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); Brian Sass; Tim Myers; Broadwater, Chuck (C.M.)
Subject: RE: New Blocking Issue for Software Release

It seem like we have a lot of these "race" conditions in ActionScript. I'd really like to understand the root cause. I would expect that a single-threaded environment would execute code synchronously, but perhaps that is not the case? Maybe we are depending on a certain order of execution, but Flashlite may group all the event-triggered handlers together and execute them in some seemingly random order?

From: Dean Ramsier
Sent: Thursday, February 10, 2011 10:23 AM
To: Rick Englert; Don Ferencz; Westra, Mike (M.R.); Ostrowski, Jeffrey (J.R.); Rob Medjo; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry (H.); rhouser@microsoft.com; Scott Deans; Andrew Phelps
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); Brian Sass; Tim Myers; Broadwater, Chuck (C.M.)
Subject: RE: New Blocking Issue for Software Release

I vote no on timers as they add another level of complexity to an already too complex system. A rare condition that causes a timer to expire then causes us to run generally untested mitigation code and tosses us into other uncharted territory. Better to be able to see the original issue and solve root cause than to mask with a timer.

Just my two cents, without being familiar with the intricacies of Appconsole…

From: Englert, Richard (R.) [mailto:rengler2@ford.com]
Sent: Thursday, February 10, 2011 10:13 AM
To: Don Ferencz; Westra, Mike (M.R.); Dean Ramsier; Ostrowski, Jeffrey (J.R.); Rob Medjo; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry (H.); rhouser@microsoft.com; Scott Deans; Andrew Phelps
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); Brian Sass; Tim Myers; Broadwater, Chuck (C.M.)
Subject: RE: New Blocking Issue for Software Release

Scott, I agree - this looks similar to the RVC one (without digging any deeper than devlogs in this email thread). I forget the exact name of the var in AppConsole that didn't get cleared, but that fooled AppConsole into thinking it was perpetually in the middle of a state change, so all subsequent state changes (that were already granted by State Manager) were ignored - remember that?

This won't address the root cause, but perhaps a "back up" solution to clear the downstream logjam of whatever the actual problem is might be to add a timeout that automatically clears this var after a fixed time period - say 5-10 seconds - long enough to more than cover any "normal" state change. The timeout would start when this "InTheMiddleOfATransition" flag is set. I know none of us like timer solutions, but given the, um, rather noticeable effect that failing to clear this var has, should we make an exception in this case? Who knows what other failure modes customers might come up with that might cause this scenario again - there will be millions of them (customers) and they can be pretty creative that way... ;-)

Of course all of this assumes it's even the same problem, which it may not be... - just a thought

_____

From: Don Ferencz [mailto:DonF@bsquare.com]
Sent: Thursday, February 10, 2011 9:52 AM
To: Westra, Mike (M.R.); Dean Ramsier; Ostrowski, Jeffrey (J.R.); Rob Medjo; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry (H.); rhouser@microsoft.com; Scott Deans; Andrew Phelps
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); Brian Sass; Tim Myers; Broadwater, Chuck (C.M.); Englert, Richard (R.)
Subject: RE: New Blocking Issue for Software Release

That seems to be exactly right – the log shows that HMI deliberately locks out, but never unlocks due to the Installer HMI. It's probably a race condition in AppConsole (we used to have a similar one around RVC).


From: Westra, Mike (M.R.) [mailto:mwestra@ford.com]
Sent: Thursday, February 10, 2011 9:50 AM
To: Dean Ramsier; Don Ferencz; Ostrowski, Jeffrey (J.R.); Rob Medjo; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry (H.); rhouser@microsoft.com; Scott Deans; Andrew Phelps
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); Brian Sass; Tim Myers; Broadwater, Chuck (C.M.); Rick Englert
Subject: RE: New Blocking Issue for Software Release


Well, Sergio wanted the autoinstall so VOCF could "see" devlog running.


At the end of the day it probably isn't specific to devlog, but is good from the standpoint that it exposed the issue to us internally verses in the field.


On thought we had was that there was some state code that didn't unset the screen lock-out functionality during an active install?

--
Michael Westra, CISSP
mwestra@ford.com
Sync Gen2 Technical Expert
Sync Gen2 Core Team
Building 5 - 2E099
Ford Motor Company



From: Dean Ramsier [mailto:deanr@bsquare.com]
Sent: Thursday, February 10, 2011 9:48 AM
To: Don Ferencz; Ostrowski, Jeffrey (J.R.); Rob Medjo; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry (H.); rhouser@microsoft.com; Scott Deans; Andrew Phelps
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); Brian Sass; Tim Myers; Broadwater, Chuck (C.M.); Westra, Mike (M.R.); Englert, Richard (R.)
Subject: RE: New Blocking Issue for Software Release

+Scott/Andrew

From: Don Ferencz
Sent: Thursday, February 10, 2011 9:47 AM
To: Dean Ramsier; Ostrowski, Jeffrey (J.R.); Rob Medjo; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry (H.); rhouser@microsoft.com
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); Brian Sass; Tim Myers; Broadwater, Chuck (C.M.); Westra, Mike (M.R.); Rick Englert
Subject: RE: New Blocking Issue for Software Release

This is the first time I've seen someone use AUTOINSTALL.LST to trigger a DEVLOG – is there a reason we aren't using INSTALL.LST? We suspect this is triggering the Installer HMI, which may be the cause of the problem.

From: Dean Ramsier
Sent: Thursday, February 10, 2011 9:45 AM
To: Ostrowski, Jeffrey (J.R.); Rob Medjo; Don Ferencz; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry (H.); rhouser@microsoft.com
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); Brian Sass; Tim Myers; Broadwater, Chuck (C.M.); Westra, Mike (M.R.); Rick Englert
Subject: RE: New Blocking Issue for Software Release

Yup, we're seeing the same thing. Looks like it started at the end of log 5 when a devlog stick was inserted, which is where the problem was initially reported.

From: Ostrowski, Jeffrey (J.R.) [mailto:jostrow7@ford.com]
Sent: Thursday, February 10, 2011 9:27 AM
To: Rob Medjo; Don Ferencz; Dean Ramsier; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry (H.); rhouser@microsoft.com
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); Brian Sass; Tim Myers; Broadwater, Chuck (C.M.); Westra, Mike (M.R.); Rick Englert
Subject: RE: New Blocking Issue for Software Release

Team,

I've looked at the logs this morning, and there does appear to be something "hung" in the HMI flow. If you look at devlog #5 (there isn't a retailmsg.log for some reason in devlog #6), you see transitions happening correctly in the flow. If you look at devlog #7, however, we're consistently stuck in ForegroundView="SoftwareUpdate":

31692855 ActionScript: ------------------------------------------------------------------------------------

31692855 ActionScript: ACStates: *** RequestStateChange <89> : [Home] ForegroundView='SoftwareUpdate'

31692855 ActionScript: ------------------------------------------------------------------------------------

31694812 AnimationExtension Timeout - TURBO STOP Flash Timer 200

31696013 IPCMP RX: Preemption *ON*. Nested Preempt[FirstFrag] dropped

31696023 IPCMP - Dropped runt frame [4 bytes]

31696037 IPC: PROTOCOL VIOLATION - RX-DATA Seq# Mismatch[0]. Dropped, sending NACK. C = 33, ES = 50, AS = 51

31696200 [SiriusDsr]DsrParserCallback<SubmitPacketBuffer> PSI=17 No plugin receiver

31696353 [SiriusDsr]DsrParserCallback<SubmitPacketBuffer> PSI=16 No plugin receiver

31696354 TN: got event: EVM_DSR_TRAFFIC_INCIDENTS_UPDATE_COMPLETE, MarketId: 2

31696448 TN: got event: EVM_DSR_TRAFFIC_INCIDENTS_UPDATE_COMPLETE, MarketId: 11

31696593 TN: got event: EVM_DSR_TRAFFIC_INCIDENTS_UPDATE_COMPLETE, MarketId: 21

31696995 TN: got event: EVM_DSR_TRAFFIC_INCIDENTS_UPDATE_COMPLETE, MarketId: 7

31697008 TN: got event: EVM_DSR_TRAFFIC_INCIDENTS_UPDATE_COMPLETE, MarketId: 15

31697226 IPCMP - Dropped runt frame [2 bytes]

31697226 IPCMP RX: Preemption *ON*. Unexpected Preempt[ResumeFrag] dropped

31697446 CMedia::SDARSArtistName_St(): 'Elvis Presley' [oL]

31697492 CMedia::SDARSSongTitle_St(): 'One Night Of Sin (1957)' [$ORgf]

31699632 AnimationStart() - TURBO START Flash Timer 5

31699863 ActionScript: ------------------------------------------------------------------------------------

31699865 ActionScript: ACStates: *** RequestStateChange <90> : [Info] ForegroundView='SoftwareUpdate'

31699866 ActionScript: ------------------------------------------------------------------------------------

I never see the ForegroundView="SoftwareUpdate" in any of the other logs. What is it? Is this an undefined view?

Jeff

_____

From: Ostrowski, Jeffrey (J.R.)
Sent: Wednesday, February 09, 2011 9:46 PM
To: Rob Medjo; Don Ferencz; Dean Ramsier; Nicholas Hargreaves; Michael Morris; Justin Geel; Huang, Henry

(H.); rhouser@microsoft.com
Cc: Patrick Potter; prtgrpd@microsoft.com; Hider, Mounir (M.); Santos, Sergio (S.); brians@bsquare.com; timm@bsquare.com; Broadwater, Chuck (C.M.)
Subject: New Blocking Issue for Software Release
Importance: High

Team,

We have a new blocking issue tonight, and we have 24 hours to attempt to figure out the root cause. Ford management is making a go/no-go decision on the 2/7 Release based upon all of the issues we have reported thus far, with the most important one being this issue:

14280 Four Corner Lock-out But "Beeps" Heard

Sergio was in the car with the driver, and I was conferenced in over the phone. During the session, we could find no recovery until we did suspend/resume – which recovered the issue. Please see the above TestTrack entry for devlogs taken during extensive diagnosis. This must be the top priority issue to investigate at BSquare for the next 24 hours (if not more).

Thanks,

Jeff