# EXHIBIT 51

From: Hider, Mounir (M.) <mhider1@ford.com>
Sent: Monday, February 28, 2011 3:45 PM
To: Singh, Amrit (A.P.) <asing113@ford.com>; Colella, Dominic (D.C.) <dcolell1@ford.com>; Orris, David (D.J.) <dorris@ford.com>; Sherwal, Gobind (G.) <gsherwal@ford.com>; Younes, Haithem (H.) <hyounes2@ford.com>; Williams, Kenneth (K.N.) <kwill307@ford.com>; Yellapantula, Mohan (M.) <myellapa@ford.com>; Vann, Ruth (R.L.) <rjone153@ford.com>; Parsons, Steven (S.) <sparso13@ford.com>; Santos, Sergio (S.) <ssantos@ford.com>
Subject: Fw: Bennie Fowler Feedback on SYNC Gen2 Status
Attach: 3.2 C346 SYNC Gen2 Launch Status Summary.ppt

Fyi

**From:** Jablonski, Gary (G.F.)
**Sent:** Friday, February 25, 2011 11:39 AM
**To:** Ostrowski, Jeffrey (J.R.); Hider, Mounir (M.); Broadwater, Chuck (C.M.); Huang, Henry (H.); Westra, Mike (M.R.)
**Subject:** FW: Bennie Fowler Feedback on SYNC Gen2 Status


FYI...SYNC status as presented in C346 OKTB and feedback.

Most urgent feedback is locking down our "black screen" release and then restarting our launch process (Flextronics proveout, VOCF proveout, line trial, launch).

Cascade as needed.

*Gary Jablonski*
*Manager, Infotainment Systems*
*Ford Electrical/Electronic Systems Engineering*
*Phone: (313)-84-54908 E-mail: gjablons@ford.com*

---

From: Jablonski, Gary (G.F.)
Sent: Friday, February 25, 2011 11:37 AM
To: Reitz, Graydon (G.A.); Schneider, John (J.H.)
Subject: Bennie Fowler Feedback on SYNC Gen2 Status

Graydon and John: For your awareness, I reviewed the attached 3-page SYNC Gen2 summary in the C346N OKTB meeting today with Bennie in attendence.

The status and plan as presented was accepted.

Bennie had four feedback/follow-up items:
1) He asked me to assure we have our Find-and-Fix releases timed to support the MY12 U38x/U502 2.0L launches. I am pretty sure we do (our June release) but will recheck

2) I described our "black screen" emergency release as 3-4 weeks away. He asked for one week. We'll pull together a plan, but we won't be able to meet one week even if the code were ready today.

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00181490

3) He asked to make sure that our "black screen" emergency release be released for service in parallel and we pursue a "T-campaign" to update stock on lots

4) Probably directed at the program, he asked that program conisder methods to constrain MFT take-rate similar to the approaches being taken on U387/U502 for MY12

*Gary Jablonski*
*Manager, Infotainment Systems*
*Ford Electrical/Electronic Systems Engineering*
*Phone: (313)-84-54908 E-mail: gjablons@ford.com*

---

**From:** Jablonski, Gary (G.F.)
**Sent:** Friday, February 25, 2011 7:42 AM
**To:** Florence, Jeremy (J.D.); Bobosky, Chuck (C.M.); Spencer, Jeff (.); Schneider, John (J.H.); Krawiec, David (J.D.); Roth, John (J.C.); Hughes, James (J.M.); McCann, Mike (M.J.); Santos, Sergio (S.); Kernahan, Andrew (A.J.); Abdelrazzaq, Naser (N.A.)
**Subject:** RE: Link to Load File

Atatched SHMI Summary has been uploaded for today's OKTB meeting.

<<3.2 C346 SYNC Gen2 Launch Status Summary.ppt>>

*Gary Jablonski*
*Manager, Infotainment Systems*
*Ford Electrical/Electronic Systems Engineering*
*Phone: (313)-84-54908 E-mail: gjablons@ford.com*

---

**From:** Florence, Jeremy (J.D.)
**Sent:** Thursday, February 24, 2011 5:21 PM
**To:** Jablonski, Gary (G.F.)
**Subject:** Link to Load File


https://team.sp.ford.com/sites/LQOSGatewayDocumentation/2012MY/Forms/AllItems.aspx?RootFolder=%2fsites%2fLQOSGatewayDocumentation%2f2012MY%2fC346%2f6%29%20OK%20To%20Buy%2f0%29%20Scorecard%2c%20Program%20Timing%2c%20Significant%20Issues&FolderCTID=&View=%7b1893C640%2d9697%2d4144%2d8C70%2d2FAE61190337%7d

*Jeremy Florence*
**New Model Programs C346N Launch Specialist**
mailto:jfloren3@ford.com
**Phone: 313-805-2612**

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-00181491

# SYNC Gen2 C346N OKTB Software Status

## SYNC Gen2 SW038 Status

- Cross carline release for U38x/U502/C346N
- Subjected to extraordinary SYNC team and VOCF validation blitz
- MAP:
  - 14-Feb: began installation into C346 via WiFi
- CAP/OAC:
  - Two line trials complete
  - 24-Feb: First SW038 parts delivered to CAP and OAC/Automod
  - 25-Feb or 28-Feb: First vehicle off-line expected

## U38x/U502 SW337 ECB/EVB

- Major Concerns RESOLVED
  - TravelLink Excessive Download Time
    - TravelLink appears inop
  - Black Screen (non-recoverable);
    - Memory corruption robustness actions implemented (~25% effective)
  - Reboots and screen freezes attributable to internal Bluetooth software issues
  - USB Inoperative;
    - USB detection robustness
  - SYNC Services Voice Recognition Does Not Work
  - Clock Inaccurate
    - New with SW337
  - Navigation Keyboard Responsiveness

1

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation       WLN2-00181492

# SYNC Gen2 SW038 Post J1 Concerns

**U38x/U502 SW337 ECB/EVB**

- **Major Concerns NOT resolved**
  - Black Screens (SW038 estimated 25% effective)
  - Reboots due to Memory Fragmentation; **Requires major architectural change** underway with Microsoft
  - System Responsiveness at Start-up (Navigation application loading time)
  - HMI System Performance (sluggish HMI performance when system is busy)
  - Sirius Channel Art Mismatch
- **Regressions in SW038**
  - Radio powers on (if off) after disconnecting phone call

**SYNC SW038 MDI C346 AIMS: 40**

- Detail in Back-up
  - HMI Feedback: 7
    - Example: Use +/- for GPS vs. E/W
    - Example: Touch Zones too Close
  - Operation Feedback: 11
    - Example: FM Browse Confusing
    - Example: No Digital Video Support
  - Device – Phone: 10

**SYNC SW038 Post J1 C346 AIMS: 27**

- Detail in Back-up
  - Reboot: 3
  - Screen/HMI Freeze: 4
  - Bluetooth Inop: 2
    - Key-Off Reboot Recovery
  - Black Screen: 1

2

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00181493

# SYNC Gen2 Post J1 Software Release Plan

- G. Reitz is championing a MyFord Continuous Improvement Plan
- SYNC Gen2 Software Quality Improvement Principles
  - FIND-AND-FIX PHASE (every 2-3 month cycles)
    - Tactical actions to fix high-hurt items
  - "Big Bang" RE-LAUNCH PHASE
    - Parallel effort
    - Stop/defer new feature development – No new content
    - Exception: High priority HMI changes
    - Deliver a no-excuses platform ready for new feature execution
- C346N Specific Impact
  - Running Change (3-4 weeks): One of the highest hurt items still in the SW037 is "Black Screen". Team is near resolution and this will be immediately rushed to production when complete
  - Find-and-Fix Releases
    - April Running Change: C346/U38x/U502
    - June Release: C346 Running Change; U38x/U502 MY12 J1
  - SYNC Gen2 Re-Launch: 8/15/2011 PSW target (timing not yet confirmed)

3

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00181494


Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00181495



Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation    WLN2-00181496



Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation     WLN2-00181497