# EXHIBIT 52

| | |
|---|---|
| From: | Krawiec, David (J.D.)</o=ford/ou=fordna1/cn=recipients/cn=jkrawiec> |
| Date: | Mon Dec 19 2011 10:25:01 EST |
| To: | Jablonski, Gary (G.F.) </o=ford/ou=fordna1/cn=recipients/cn=gjablons> |
| Cc: | Schneider, John (J.H.) </o=ford/ou=fordna1/cn=recipients/cn=jschnei2> |
| Bcc: | Blank |
| Subject: | RE: JOHN SCHNEIDER HELP NEEDED: C520 MyFord Touch Battery Saver Message |
| Attachments: | |

OK - thanks.

Any feedback on USB cables ( length change for PP support ), should I circle back with Sanctorum ?

J. David Krawiec
Chief Engineer - EESE
Systems, Integration & EDS Applications - Ford NA
PDC - 2A-B41
Phone: 313-248-5104
Cell:   313-805-6715
Fax:   313-322-5516
Text Page:  jkrawiec
Admin:  Chris Jones - 845-2503

---

From: Jablonski, Gary (G.F.)
Sent: Monday, December 19, 2011 8:02 AM
To: Schneider, John (J.H.)
Cc: Krawiec, David (J.D.)
Subject: JOHN SCHNEIDER HELP NEEDED: C520 MyFord Touch Battery Saver Message

John: I need your help communicating and confirming direction with Frank Davis for the subject issue on C520.

Dave: FYI only per your phone message - please do not forward until we get direction from John.

Clearly the preamble to this conversation is that our SYNC product is NOT delivering the expected nimbleness for which it was originally planned. ==Instability of the platform is making even the simplest of changes high risk. There is a much longer separate discussion that can be had about what fundamental changes we need to make to create a more stable and nimble platform.== This said:

*Microsoft has communicated that the requested "containment action" of removing the "dealer visit" text associated with the C520 Battery Saver defect is NOT CONTAINABLE by January 6. January 6 is the last possible date to accept changes for MP1 for all of our lead MY13 vehicles (U387, U388, U502, C346, D258, D385, D471, D472)

*It is technically feasible to release a C520 unique MyFord Touch (MFT) software bundle. C520 dates are 4-6 weeks behind our lead programs. However, this is NOT advisable for two reasons:

oCreating a unique C520 release will require a full test pass at Microsoft delaying the CD4.1 (MYEarly-PLUS) release which is currently line-to-line with CD391 PP
oOnce we create a unique MFT release, we need to care and feed for it forever (for every upgrade we do forever more, this C520 release would require validation)

*Our original post-J1 recommendation for this issue would have bundled this change with our 3Q 2012 MFT release (our next major release). Note that our current plan for the CD4.1 release (MYEarly-PLUS) was to validate this release ONLY for CD4.1 and P415/P473. To reduce validation time - MYEarly-PLUS was NOT planned to be an upgrade offered to all our lead programs (including C520). We could offer the following compromise:
oWe can add this C520 Battery Saver fix to MyEarly-PLUS - AND - complete validation of MyEarly-PLUS across all of our lead programs as a "quality update". I expect this could be available in May as C520 running change.

Gary Jablonski
Manager, Infotainment Systems
Ford Electrical/Electronic Systems Engineering
Phone: (313)-84-54908 E-mail: gjablons@ford.com