# EXHIBIT 53

| | |
|---|---|
| **From:** | Todd Rostalski (BSquare Corporation) <v-torost@microsoft.com> |
| **Sent:** | Tuesday, October 11, 2011 2:56 PM |
| **To:** | Eric Mahlberg <Eric.Mahlberg@microsoft.com>; Englert, Richard (R.) <rengler2@ford.com> |
| **Cc:** | Ostrowski, Jeffrey (J.R.) <jostrow7@ford.com>; Jay Loney <JAYLONEY@microsoft.com> |
| **Subject:** | RE: "global" flash/actionscript changes |

Yes it is generally Jeff and I watching for the global issues.

**From:** Eric Mahlberg
**Sent:** Tuesday, October 11, 2011 11:32 AM
**To:** Englert, Richard (R.); Todd Rostalski (BSquare Corporation)
**Cc:** Ostrowski, Jeffrey (J.R.); Jay Loney
**Subject:** RE: "global" flash/actionscript changes

+Todd.

Todd, do you have any feedback to Rick's question re: involvement across feature crews?

**From:** Englert, Richard (R.) [mailto:rengler2@ford.com]
**Sent:** Tuesday, October 11, 2011 10:32 AM
**To:** Eric Mahlberg
**Cc:** Ostrowski, Jeffrey (J.R.); Jay Loney
**Subject:** RE: "global" flash/actionscript changes

Cool – thanks for the fast response. Having senior devs/designers responsible for that global oversight makes sense to me, and it sounds like that's Todd and Jeff, respectively – so are those guys involved with each feature crew to where they can identify global stuff?

**From:** Eric Mahlberg [mailto:Eric.Mahlberg@microsoft.com]
**Sent:** Tuesday, October 11, 2011 1:01 PM
**To:** Englert, Richard (R.)
**Cc:** Ostrowski, Jeffrey (J.R.); Jay Loney
**Subject:** RE: "global" flash/actionscript changes

Hi Rick – *responses inline.*

**From:** Englert, Richard (R.) [mailto:rengler2@ford.com]
**Sent:** Tuesday, October 11, 2011 8:42 AM
**To:** Eric Mahlberg
**Cc:** Ostrowski, Jeffrey (J.R.); Jay Loney
**Subject:** "global" flash/actionscript changes

Hi Eric,

Just to piggyback on Dan McKay's email about devlib text scroll button, I have a concern I want to run by you – it seems to me that there is no HMI group responsible for global HMI features – things like these devlib buttons that are used system-wide, global actionscript classes and so forth, that therefore should be fixed globally. Using

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation   WLN2-00215512

the devlib text scroll buttons as an example, those assets should look incorrect to any designer worth his salt (i.e. ours), and to my mind, should have been escalated by any of the designers Dan mentioned who "fixed it by repositioning in the fla" to get it fixed properly in devlib. My fear is that hacky one-off fixes in individual screens like that are more widespread than just text scroll buttons, and probably include both graphics and actionscript.

What is the process for designers/devs to get stuff like that resolved globally? ==My concern is that it's somehow too difficult or even unknown to them, so they "just fix it locally for now" to meet bug count progress. That short-sighted view is what happened the first time around, and it will bite us later – indeed that's a contributor to the current disjointed state of the HMI codebase.== Please don't read any blame into this note at all – ==I have just learned that the farther we go down the "fix it any way for now" road, the farther we have to regress later when those solutions don't support future requirements.==

Please help me understand:
1. What is the current process for devs/designers to get global stuff changed globally

*There is no specific process for this type of change – it is treated as any other code-change as it has in the past, like when you Jeff and Todd would make a change. To my knowledge there have not been a great deal of these and Jeff & Todd have been the primary devs.*

2. Do you see designers and devs consider the long-term implications of their decisions or is it mainly very bug-focused right now?

*I don't know if I have the visibility at the code-level to make that call. I would followup with one of the FTE developers who are doing code reviews of the work coming in.*

3. Are you overseeing actionscript work as well? If not, is there any one PM overseeing global actionscript stuff?

*My team (Todd & Jeff) do AS changes, so yes, I am working with a few resources for that. No, there is no global AS pm right now across Feature Crews. I would think that this would be better suited for an engineering position, like a senior AS dev.*

Thanks

Rick

Produced by Ford Subject to Protective Order in In Re: My Ford Touch Consumer Litigation                    WLN2-00215513