# EXHIBIT 54

# In The Matter Of:

*MyFord Touch Consumer Litigation*

---

*Daniel Smith*
*February 11, 2016*
*Confidential*

---



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

**Bingham Farms/Southfield ● Grand Rapids**
Ann Arbor ● Detroit ● Flint ● Jackson ● Lansing ● Mt. Clemens ● Saginaw

*Original File SMITH CONFIDENTIAL_DANIEL.txt*
*Min-U-Script® with Word Index*

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4     In Re:                    )
                                )
5     MYFORD TOUCH CONSUMER      )
      LITIGATION                 )
6                                )
                                )     No. CV 13-3072-EMC
7                                )
                                )
8                                )
                                )
9                                )
                                )
10                               )
                                )
11                               )
                                )
12    _____)

13

14              CONFIDENTIAL

15         DEPOSITION OF DANIEL SMITH

16           Pasadena, California

17         Thursday, February 11, 2016

18               Volume I

19

20

21    Reported by:
      ELIZABETH TORSTENBO, RPR
22    CSR No. 9048

23    Job No. 2233695

24

25    PAGES 1 - 312

1          A.     Yeah, I'm sorry.  The SYNC GEN2 system.

2    And again, I'm primarily talking about the behavior of

3    the software that runs on the CCPU on the APIM.  So I'm

4    not talking about the audio head unit or the heated

5    seats or anything like that.  I did not investigate,

6    you know, the heated seats and do they heat warm enough

7    or does the audio head -- I'm talking about the

8    performance of the CCPU software.

9          Q.     Were there any limits in terms of the

10   vehicles equipped with the MyFord Touch system, the

11   SYNC GEN2, that you did not consider?

12         A.     I'm sorry.  Could you ask that question

13   again?

14         Q.     Sure.

15              In terms -- were you evaluating the Base

16   Software for all vehicles that were equipped with the

17   MyFord Touch system, or were you limiting it in any

18   way?

19         A.     I was not limiting it so --

20         Q.     Did you evaluate -- did you evaluate the

21   Base Software for the MyFord Touch system version

22   3.6?

23         A.     Could you define -- and I just wanted to

24   be clear -- define what you mean by "evaluate"?

25         Q.     Okay.  I think there are some references

1  in your report that you, for example, looked at the

2  complexity account.  So I'm going to change my question

3  slightly rather than clarify it.

4          For purposes of the opinions that you're

5  expressing in this case, do those opinions cover

6  version 3.6 of the Base Software or versions higher or

7  more recent than version 3.6?

8      A.    Yeah, thank you for clarifying.  I

9  understand the question.

10          At this time I'm only offering opinions on

11  the six versions of software that I cited.  So we can

12  look -- I can point to them in the report.  I know them

13  off the top of my head.  But that would, in fact -- so

14  that we all have it on the record, maybe I can -- okay.

15  If we look at paragraph 2 in the report on page 4.

16      Q.    Yes.

17      A.    So my opinions pertain to versions 1.08,

18  2.03, 2.11, 3.0, 3.2 and 3.5.  So my opinions expressed

19  in this report did not pertain to 3.6 or subsequent

20  releases.

21      Q.    Do your opinions in the report pertain

22  to versions 2.04 or other versions in the 2-point

23  series other than the two that you've identified in

24  paragraph 2?

25      A.    I'm not offering opinions on any of the

1  versions that aren't cited here.  So just these six

2  versions.

3        Q.    That's cited here in paragraph 2?

4        A.    That's correct.  That's correct.

5        Q.    Were you asked to make any assumptions by

6  plaintiff's counsel for purposes of forming your

7  opinions?

8        A.    And forgive me for, like, looking down and

9  thinking.  I want to answer that honestly.

10            To the best of my recollection, I don't

11 recall that I was asked to make any assumptions.

12       Q.    Okay.  And just to make sure the question

13 is clear, in some cases you might have an economist,

14 for example, be asked by counsel to assume an issue --

15 a technical engineering issue to be one case or another

16 case.  Because the economist does not him or herself

17 have sufficient knowledge to make that evaluation.

18       A.    Okay.

19       Q.    And then, the economist's opinion may be

20 expressed in terms of, "Assuming that this technical

21 engineering issue is in such and such a way, my opinion

22 is the following."

23       A.    Yes.

24       Q.    So that's just an example to help.  With

25 that clarification, can you think of any facts that you

1  were asked to assume or anything of that nature?

2        A.    As asked, I cannot think of any such

3  assumptions.  I mean, I don't want to get silly here.

4  For example, I'm sure I was asked to assume that the

5  code that was produced was the correct code and

6  authentic code and that Ford was complying.  So things

7  like that.  I don't really think that's what you're

8  asking.  But as far as assumptions about the case, I

9  don't recall any.

10       Q.    Okay.  And does the report that's marked

11  as Exhibit 1, which is the sticker on the front page

12  there, is that a complete statement of the opinions

13  that you've reached in this case?

14       A.    This report does state the opinions I have

15  reached to date.  That's correct.

16       Q.    Okay.  Let me follow up on the "to date"

17  portion.

18             Do you have any plans to engage in further

19  analysis for the purpose of developing additional

20  opinions?

21       A.    At this time I do not have any further

22  plans.

23       Q.    Does the report identify all of the facts

24  that you relied on in forming your opinions?

25       A.    To the best of my knowledge, yes.

 1          Q.     And starting on page 83, you've got an

 2    Appendix B that lists a bunch of materials that you

 3    considered in forming your opinions.  Is that, to the

 4    best of your knowledge, a complete list of the

 5    materials that you considered in forming your opinions?

 6          A.     To the best of my knowledge, it is.  There

 7    was a, as I'm sure you're aware, a tremendous amount of

 8    information produced in this case, including documents

 9    and source code.  And I did my very best to list

10    everything I could think of so --

11          Q.     Okay.  There are a couple of things I had

12    a question about on that list and, specifically, on

13    page 84.

14          A.     Okay.

15          Q.     One is you state that you reviewed the

16    source code repository production, and you refer to

17    Wolverine and Zephyr SVN?

18          A.     Correct.

19          Q.     Can you describe what that is?

20          A.     Yes, yes.  So, first, let's talk about

21    Wolverine.  So my understanding is that Wolverine was

22    the internal name for the development of the SYNC GEN2

23    system.  And again, I'm talking about the software on

24    the CCPU.  I'm not talking about hardware and heated

25    seats.  I just want to be clear on that.

 1  look at a software bug as one type of defect in a

 2  system.  Design defects that I discuss in the report

 3  are separate from software bugs.  So when I talk about

 4  software bugs, I'm talking about a specific line or a

 5  section of source code that I can look at and say,

 6  "This is not implemented correctly.  There is a defect

 7  here.  If you change it to do it this way, it will work

 8  as expected or as Ford thinks it does or as Ford

 9  intended it to."  That means the source code can be

10  changed to do that.

11              A design defect is a more broad category

12  where, before the source code is written, the way the

13  software was designed, or the system was designed when

14  we talk about the rear-view camera, was defective.  In

15  other words, I wouldn't, for the rear-view camera,

16  point to a line of source code and say, "This is the

17  line that makes the rear-view camera design defective.

18  I would point to the fact that it wasn't designed in

19  hardware.

20              So this might help explain it a little

21  bit.  The distinction you're looking for is that

22  something can be designed properly.  A design happens

23  before coding, and you can't have a software bug until

24  you're written code.  Something can be designed

25  perfectly properly and still implemented in a buggy

1 way.  And I would categorize that as a software bug.

2 And we can give examples.

3          Similarly, something can be designed

4 improperly -- there's a flaw in the design -- but the

5 code implemented exactly as desired, exactly as

6 designed, but the design itself was flawed.  So it's

7 not a bug in the source code.  It's a flaw in the

8 design.  So that's my best explanation of making that

9 distinction.

10      Q.    So in terms of -- so I want to break it

11 down and talk about software bugs first.  So do all

12 software bugs cause malfunctions in the use of the --

13 when the product is used?

14      A.    Could you be more specific?  When you say,

15 "All software bugs," are you talking about the ones

16 I've identified or in general?

17      Q.    Just general first.

18      A.    In general software engineering?

19      Q.    Yes.

20      A.    Not all bugs cause observable

21 malfunctions.

22      Q.    Do -- are you aware of any commercial

23 products that use software that were released that are

24 bug-free?

25      A.    I'm not aware of any.

 1          Q.     Would you agree that any reasonably

 2   complex software will have some bugs?

 3          A.     I would agree with that.

 4          Q.     And you've said before there's no such

 5   thing as bug-free software; is that right?

 6          A.     I have said that.  I believe I have said,

 7   qualifying that with non-trivial, yeah.  So there's no

 8   such thing as bug-free software.  A one-line program,

 9   to add one to the variable, would probably be pretty

10   easy to be bug-free but any non-trivial application.

11          Q.     Okay.

12          A.     Yeah.

13          Q.     So in terms of defects, then, turning away

14   from bugs, which you've described, what standard or

15   metric are you using to determine whether something is

16   a defect or not?

17          A.     There are -- that's a pretty broad

18   question.  I assume you're talking specific to my

19   opinions here in this report?

20          Q.     Yes.

21          A.     Okay.  So I would say, for example, if a

22   design fails to carry out the required functionality.

23   So when a product has requirements, if the design does

24   not meet those requirements, fulfill those

25   requirements, I would say that's a defective design.

 1          If the design is such that it allows an

 2   unsafe condition to exist, regardless of whether or not

 3   it fulfills the requirements, I would also call that

 4   defective.

 5          There may be other reasons why, but I

 6   think, ultimately, those are the two most important

 7   ones that come to mind as I sit here right now.

 8          Q.   When you say one of the two would be --

 9   one of the two standards or conditions for you

10   considering something to be a design defect for

11   purposes of your opinion here, that the design failed

12   to carry out requirements, what requirements are you

13   thinking of?

14          A.   Specific to this product?

15          Q.   Yes.  Specific to your opinions in this

16   case.

17          A.   Yeah.  So any of the product

18   specifications that state explicit requirements I would

19   expect the designs to fulfill.  If you're asking about

20   a specific named document or requirement, I can't point

21   you to that so --

22          Q.   So let me just give you a hypothetical or

23   two.  And I'm just trying to understand whether, as you

24   view it, these would be defects because they didn't

25   carry out requirements.

 1  this report and in this case, I'm not offering an

 2  opinion on that.

 3       Q.    Okay.  Did you reach an opinion about

 4  whether any purchasers or lessees of the subject

 5  vehicles suffered monetary harm as a result of any

 6  actions by Ford?

 7       A.    I'm not offering any opinion on that at

 8  all.

 9       Q.    Okay.

10       A.    Could I ask -- or could I say one thing?

11  Sometimes when I answer these questions and saying I'm

12  not offering an opinion, I'm sometimes forgetting to

13  say, "At this time."  I assume that that's understood.

14  But I want to mention that.  And if I forget to say

15  it --

16       Q.    So when you say you're not offering an

17  opinion at this time, are you -- I'll withdraw the

18  question.

19             Are you planning to do additional analysis

20  and evaluation that you have not yet performed?

21       A.    I don't have any plans to do any

22  additional analysis.  But I don't know what the future

23  holds.  So I can't constrain myself.

24       Q.    Well, have you ever -- so let me just ask

25  a couple of follow-up questions, then.

1         In terms of whether purchasers or lessees

2   of MyFord Touch-equipped vehicles suffered any monetary

3   harm, is that an evaluation that would be similar to

4   any kind of evaluation you've done in the past?

5         A.    No.

6         Q.    Have you ever done any prior evaluations

7   about customers' expectations of performance?

8         A.    I have not.

9         Q.    So you -- I want to turn back, then, to

10  paragraph 7, and you refer to "bugs and design defects

11  that are common across the Base Software."  What do you

12  mean by that phrase?

13        A.    By "common across the Base Software" --

14  and, again, just to make sure we're clear, I'm talking

15  about these six versions that have already been

16  identified when I talk about "across the Base

17  Software."  And what I'm saying is some of these

18  defects exist in all six of these versions of the Base

19  Software.  So that's what I mean by "common."

20        Q.    When you say, "Some are" -- were there

21  some bugs, software bugs, that you identified that are

22  not common across the Base Software of the subject

23  vehicles?

24        A.    We would have to go through them one at a

25  time and categorize them.  The one that comes to mind

1   immediately that I can say is the E-911 Assist defect.

2   And we can refer to it in the report.  But that was

3   introduced in version 3.5, and it was not in earlier

4   versions so --

5        Q.    So you've identified in your report -- and

6   I don't mean to constrain it but, you know,

7   approximately half dozen or a dozen specific bugs that

8   you talk about at some length.  For those, other than

9   the E-911 Assist, were there -- were there some that

10  were common across the Base Software to others that

11  were not?

12       A.    So is your question, essentially, other

13  than the E-911, are there others that are also not

14  common?

15       Q.    Yes.

16       A.    Is that the question?

17             So as I -- can I take a minute to look in

18  my --

19       Q.    Sure.

20       A.    -- report.  And I just want to --

21             So in the first evidence point, "The Base

22  Software contains bugs that miscalculates vehicle GPS

23  locations," it might be helpful to turn to the

24  actual -- I was looking at the Table of Contents, but

25  I'm on page 19.

 2  aspects to vehicle location.  There's the "Where Am I?"

 3  feature, and then, there's the E-911.  And then, I also

 4  mention that there may be defects in the navigation,

 5  calculating of vehicle position in the navigation.  But

 6  I don't have that software so -- so that's not a bug

 7  I've identified, but I just mentioned that it could be

 8  so.  I could not say whether or not that would be

 9  common because I -- I don't know.

10              The design of the Watchdog Supervisor

11  would be common.  The touch screen buttons would be.

12  Rear-view camera design would be.  And failure to

13  manage resources.

14              So the E-911 is the one that jumps out at
    11:24:28  15    me as being clearly not in all
16       Q.    And in the rear-view camera one, we'll get

17  into it in more detail, but there was a change in the

18  thread priority?

19       A.    Yes, I believe that's correct.

20       Q.    Between different versions?

21       A.    That's correct.

22       Q.    And that could have an impact in terms of

23  whether that problem was experienced by drivers?

24       MR. WEAVER:  Objection.

25       THE WITNESS:  The change of thread priority

 1   could certainly change the experience.  It could be a

 2   positive change.  It could be, potentially, a negative

 3   change.  But it certainly could change.  I would expect

 4   it to change the behavior.

 5   BY MR. EDWARDS:

 6        Q.    Did -- in the different versions of the

 7   software that you reviewed, were they all the same?

 8        A.    I'm sorry.  What are "they"?

 9        Q.    Were the different versions of the

10   software all the same in terms of the code?

11        A.    No.  The source code was different in each

12   of the versions.  There were differences.

13        Q.    Do you agree or disagree with the

14   statement that "The Base Software is 100 percent common

15   across all vehicles"?

16        A.    When you say, "Base Software," could you

17   explain what you mean?

18        Q.    Sure.

19        A.    In other words, I mean, I don't think that

20   the version 1.08 software is the same as the 3.5

21   software, certainly.  But I'm not sure if that's your

22   question.

23        Q.    Okay.  So let me try it this way.  Is it

24   your understanding that, for a particular version of

25   the software, the software was the same in that version

1   regardless of which vehicle model it was used in?

2          A.    As I'm defining the Base Software, yes.

3          Q.    The Base Software?

4          A.    Yes.

5          Q.    And then, the configurations may differ

6   from vehicle to vehicle?

7          A.    Configuration, provisioning, you know,

8   other features in the vehicle.  But exactly as we've

9   talked about the Base Software, that would be the same,

10  yes.

11         Q.    But then, the Base Software versions are

12  each different from each other in some ways?

13         A.    In the most literal sense, yes, they're

14  not the same.

15         Q.    Okay.

16         A.    Yes.

17         Q.    And so a vehicle that's equipped with one

18  version of the Base Software and a vehicle that's

19  equipped with a different version of the Base Software,

20  they don't have 100 percent common software; is that

21  true?

22         A.    That is true.

23         Q.    Did you do any analysis to try to quantify

24  the changes in software from version to version?

25         A.    Yes.  But it was difficult to find a

1  meaningful way to quantify the changes.  So we ended up

2  not relying on -- on such analysis.  But we did attempt

3  it.

4          Q.    Do you have any general sense, even if it

5  was difficult to nail it down specifically, do you have

6  any different -- a sense of what the amount of change

7  was between the earliest, the 1.08 version, and the

8  latest, the 3.5 version, of the versions that you

9  analyzed?

10         A.    I don't have a sense of that.  I don't.

11         Q.    Okay.  So is it fair to say that you don't

12 know what percentage of the code is the same or

13 different from any two of the six versions of the

14 software you analyzed?

15         A.    Is the question not -- now not between

16 1.08 and 3.5 but between any two versions?

17         Q.    Right.

18         A.    And I'm sorry.  The question was

19 quantify -- could you -- I'm sorry.

20         Q.    So is it fair to say you don't know what

21 percentage of the code is the same or different between

22 any two versions of the software?

23         A.    Can I ask how you would measure

24 percentage?

25         Q.    How did you try to measure percentage?

1   on; you're driving; you're keeping your eyes on the

2   road; and you're assuming, you know, eventually the

3   window will be cleared; and you realize five minutes

4   later that it's still not cleared, and yet it's

5   indicating that it's on.

6          So a driver would be able to indicate --

7   see that, but they've lost that time.  So they've been

8   driving with the vehicle not being defrosted when they

9   thought that that process was under way.

10          Q.    And they knew, in that scenario that

11  you're articulating, the driver knew that the window

12  was frosted and there was no visibility at the time the

13  button was pressed and continued to drive without

14  waiting to see whether the window defrosted?

15          A.    Right.  Typically, if you're doing that

16  while you're driving, you -- and it's like turning on

17  the hot water in a shower in an old house, where you

18  start that and you know it takes a while for it to take

19  effect.  So you don't expect to see an immediate result

20  when you push the button.

21          If I turn the fan speed, if I adjust the

22  fan speed on a climate control, I expect to hear the

23  fan go up immediately.  If not, I think something is

24  wrong.  With the defroster, you don't have that

25  immediate visual feedback so --

1        Q.    Did you evaluate whether in all MyFord
2   Touch-equipped vehicles there was the ability to
3   control the rear defrost independent of the Base
4   Software altogether?
5        A.    Could you clarify that question for me?
6        Q.    Sure.  Let me rephrase it.
7              So talking about for all subject vehicles.
8   So it's narrower, actually, than all MyFord
9   Touch-equipped vehicles.  All the subject vehicles that
10  are equipped with the versions of the MyFord Touch Base
11  Software you analyzed.
12       A.    Yeah.
13       Q.    Did you evaluate whether for all of the
14  subject vehicles there was an ability to control the
15  rear defrost that is completely independent of the
16  functioning of the Base Software?
17       A.    I did not evaluate which vehicles and
18  model years had that ability and which didn't.  I
19  couldn't tell you.
20       Q.    Okay.  So you don't know one way or
21  another whether they all do or something less than all
22  do?
23       A.    I can't say with any certainty what
24  percentage have that functionality.
25       Q.    Okay.  In the course of your evaluation of

1  whether the MyFord Touch system was a safety critical

2  system, did you analyze any accident data or injury

3  data?

4          A.      No.

5          Q.      Did you evaluate whether any MyFord Touch

6  failure in the Base Software had directly or indirectly

7  contributed to an injury or death?

8          A.      By "evaluate" I assume you mean did I

9  research and discover whether or not that had happened?

10         Q.      Or become aware of that information

11 through any source.

12         A.      Passively?  Yeah.  No, I'm not aware of

13 any such occurrence.

14         Q.      In the circumstance of the rear-view

15 camera, which we'll get into a little more detail about

16 what exactly happens that could cause the image to lag

17 or not appear, but in terms of the evaluation of

18 whether the rear-view camera functionality makes the

19 MyFord Touch system a safety-critical system, did you

20 consider whether there were other audio tones or visual

21 cues outside the MyFord Touch system that also would

22 serve to warn the driver about obstacles that are

23 behind the vehicle when driving it in reverse?

24         MR. WEAVER:  Objection.

25         THE WITNESS:  My analysis was focused on the

 1  performance of the video screen and the video that was

 2  coming from the rear-view camera so --

 3  BY MR. EDWARDS:

 4       Q.    Do you know whether there was an audio

 5  tone or not?

 6       A.    When you say, "If there was," are you

 7  talking about a specific incident or --

 8       Q.    Do you know -- I'm sorry.  That's a

 9  terrible question.

10            Do you know whether the subject vehicles

11  that were equipped with rear-view cameras -- and not

12  all of them were -- but those that were equipped with

13  rear-view cameras also had an audio tone in the event

14  that there was something in the rear of the vehicle?

15  Or behind the read of the vehicle, I should say.

16       A.    I didn't correlate what vehicles had an

17  audio alert versus which ones had the rear-view camera

18  functionality.  I couldn't -- I couldn't tell you.

19       Q.    Okay.  Let me ask you to go back to

20  paragraph 7 of your report, then, which is the two

21  opinions.

22       A.    Okay.

23       Q.    So I want to ask you now about the second

24  opinion that you offer.

25       A.    Okay.

1             I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3             That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that

5    any witnesses in the foregoing proceedings, prior to

6    testifying, were administered an oath; that a record of

7    the proceedings was made by me using machine shorthand

8    which was thereafter transcribed under my direction;

9    that the foregoing transcript is an true record of the

10   testimony given.

11            Further, that if the foregoing pertains to

12   the original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, review of

14   the transcript [ ] was [ ] was not requested.

15            I further certify I am neither financially

16   interested in the action nor a relative or employee of

17   any attorney or any party to this action.

18            IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20

21   DATED: 2/23/16

22

23            <%signature%>
              ELIZABETH TORSTENBO, RPR
24            CSR No. 9048

25