| | |
|---|---|
| STEVE W. BERMAN (*pro hac vice*)<br>CRAIG SPIEGEL (122000)<br>CATHERINE Y.N. GANNON (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>catherineg@hbsslaw.com<br>craigs@hbsslaw.com<br><br>ROLAND TELLIS (186269)<br>MARK PIFKO (228412)<br>BARON & BUDD, P.C.<br>15910 Ventura Boulevard, Suite 1600<br>Encino, California 91436<br>Telephone: (818) 839-2320<br>Facsimile: (818) 986-9698<br>rtellis@baronbudd.com<br>mpifko@baronbudd.com | ADAM J. LEVITT (*pro hac vice*)<br>JOHN E. TANGREN (*pro hac vice*)<br>DICELLO LEVITT & CASEY LLC<br>Ten North Dearborn Street, Eleventh Floor<br>Chicago, Illinois 60602<br>Telephone: (312) 214-7900<br>alevitt@dlcfirm.com<br>jtangren@dlcfirm.com<br><br>NICHOLAS E. CHIMICLES (*pro hac vice*)<br>BENJAMIN F. JOHNS (*pro hac vice*)<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone: (610) 642-8500<br>Facsimile: (610) 649-3633<br>nick@chimicles.com<br>benjohns@chimicles.com |

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>MYFORD TOUCH CONSUMER LITIGATION. | Case No. 3:13-cv-03072-EMC<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF CLASS ACTION SETTLEMENT AGREEMENT** |

010388-11 1039442 V1

1  In accordance with the Court's instruction, the counsel for the parties had an in-person meeting to discuss the questions and concerns raised by the Court in its Orders of June 7, 12 and 14 (Dkt. Nos. 442, 448 & 449) and at the June 11, 2018 status conference.  Please note that Plaintiffs have withdrawn from the Class Action Settlement Agreement, rendering it null and void.

Accordingly, Plaintiffs hereby withdraw, without prejudice, Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law for Preliminary Approval of Class Action Settlement (Dkt. No. 437) filed on June 1, 2018.

Plaintiffs also request that this Court vacate the June 14, 2018 Order to Show Cause Why Preliminary Approval of Settlement Should Not Be Denied (Dkt. 449) as moot.

DATED:  June 21, 2018                    HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
Craig R. Spiegel (122000)
Catherine Y.N. Gannon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
E-mail: steve@hbsslaw.com
E-mail: craigs@hbsslaw.com
E-mail: catherineg@hbsslaw.com

Adam J. Levitt (*pro hac vice*)
John E. Tangren (*pro hac vice*)
DICELLO LEVITT & CASEY LLC
Ten North Dearborn Street, Eleventh Floor
Chicago, IL 60602
Telephone: (312) 214-7900
E-mail: alevitt@dlcfirm.com
E-mail: jtangren@dlcfirm.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Roland Tellis (186269)
Mark Pifko (228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2320
E-mail: rtellis@baronbudd.com
E-mail: mpifko@baronbudd.com

Nicholas E. Chimicles (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
E-mail: nick@chimicles.com
E-mail: benjohns@chimicles.com

*Class Counsel*