# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 28, 2018  **Time:** 3 minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 13-cv-03072-EMC  **Case Name:** Whalen v. Ford Motor Company

**Attorney for Plaintiff:** Steve Berman and John Tangren
(Ben Johns and Adam Levitt - phone)
**Attorney for Defendant:** Randall Edwards, Clay Marquez and Sarah Trela

**Deputy Clerk:** Betty Lee  **Court Reporter:** Pam Hebel

## PROCEEDINGS

- Further CMC

## SUMMARY

Plaintiffs withdrew their motion for preliminary approval of settlement. Hearing on Defendant's Motion to Decertify set for 7/30/18 at 1:30 p.m.

12 court day jury trial set for 3/4/19. Court to issue amended case management and pretrial order.