JND LEGAL ADMINISTRATION

## MYFORD TOUCH CLASS ACTION SETTLEMENT
## (USDC NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, CASE NO. 3:13-CV-03072-EMC)

## VALID EXCLUSIONS

| | NAME | CITY/STATE | RECEIVED DATE |
|---|---|---|---|
| 1. | Acord, Lanette | Huron, OH | September 19, 2019 |
| 2. | Akers, Roberta | Vina, CA | June 4, 2019 |
| 3. | Anderson, Jane | La Quinta, CA | May 21, 2019 |
| 4. | Andrade, Carol | San Pedro, CA | September 18, 2019 |
| 5. | Andrade, Mario | San Pedro, CA | September 18, 2019 |
| 6. | Armlin, Charlotte | South Lake Tahoe | September 18, 2019 |
| 7. | Arnold, Carlos | Tacoma, WA | May 20, 2019 |
| 8. | Ashbury, Reecy | Wise, VA | May 28, 2019 |
| 9. | Atwell, John | Wilmington, NC | May 20, 2019 |
| 10. | Bair, Leo | Woodland, CA | September 18, 2019 |
| 11. | Balestreri, Peter | Novato, CA | September 18, 2019 |
| 12. | Baum, Barbara | Sandusky, OH | June 7, 2019 |
| 13. | Beaudoin, Sharon | Valley Springs, CA | May 28, 2019 |
| 14. | Bloom, Donna | Coto de Caza, CA | September 18, 2019 |
| 15. | Bravard, Thomas | Bethel, OH | July 23, 2019 |
| 16. | Brennan, Michael | Concord, CA | May 28, 2019 |
| 17. | Broaddus, Clem | Richmond, VA | July 11, 2019 |
| 18. | Bryant, Chad | Charlotte, NC | May 19, 2019 |
| 19. | Bryant, Karen | Charlotte, NC | May 19, 2019 |
| 20. | Bundle, Angela | Spring Valley, CA | September 18, 2019 |
| 21. | Burkholder, Barry | Stephenson, VA | June 27, 2019 |
| 22. | Burns, Corinne | Hamersville, OH | September 16, 2019 |
| 23. | Bye, A | Redmond, WA | June 25, 2019 |
| 24. | Bye, Barbara | Redmond, WA | June 25, 2019 |
| 25. | Carpenter, Jazmin Gabriela | Los Angeles, CA | September 18, 2019 |
| 26. | Carpenter, Robert A | Los Angeles, CA | September 18, 2019 |
| 27. | Castro, Richard | Hollister, CA | September 20, 2019 |
| 28. | Christensen, Sandra | Clovis, CA | May 21, 2019 |
| 29. | Clark, Cathye | Camarillo, CA | May 28, 2019 |
| 30. | Claud Townsley Inc | Gardena, CA | May 20, 2019 |
| 31. | Cline, Linda | Shelby, OH | June 5, 2019 |
| 32. | Conejo, Richard | Los Angeles, CA | August 1, 2019 |
| 33. | Cross, Michael | Rancho Palos Verdes, CA | May 28, 2019 |
| 34. | Davey, Thomas | Mill Valley, CA | May 28, 2019 |
| 35. | Davis, Paula | Murrieta, CA | September 20, 2019 |
| 36. | Davis, Ronald | Murrieta, CA | September 20, 2019 |
| 37. | Dwyer, Cynthia | Cincinnati, OH | May 22, 2019 |
| 38. | Escalante, Kevin | Chino Hills, CA | September 18, 2019 |




| | | | |
|---|---|---|---|
| 39. | Ewing, Cynthia | Renton, WA | July 18, 2019 |
| 40. | Ewing, Michael | Renton, WA | July 18, 2019 |
| 41. | Fannell, Tim | La Quinta, CA | September 18, 2019 |
| 42. | Fishel, Laura | Fayetteville, NC | May 20, 2019 |
| 43. | Francis, Edward | Irvine, CA | May 22, 2019 |
| 44. | Garcia, Ralph | Lincoln, CA | September 19, 2019 |
| 45. | Garcia, Sandra | Lincoln, CA | September 19, 2019 |
| 46. | Gasparetti, Nancy | Phillipsburg, NJ | May 22, 2019 |
| 47. | Gifford, Linda | Lake Stevens, WA | June 7, 2019 |
| 48. | Gifford, Walter | Lake Stevens, WA | June 7, 2019 |
| 49. | Grell, Raymond | Sagamore Hills, OH | May 29, 2019 |
| 50. | Halpern, Joni | San Diego, CA | May 28, 2019 |
| 51. | Hamilton, Eleanore | Huber Heights, OH | June 6, 2019 |
| 52. | Harbert, Denise | Dearborn, MI | September 4, 2019 |
| 53. | Harville, Kevin | Folsom, CA | May 28, 2019 |
| 54. | Hastings, David | Bonita, CA | September 18, 2019 |
| 55. | Hernandez, Efren | Dana Point, CA | May 20, 2019 |
| 56. | Hernandez, Josephine | Dana Point, CA | May 20, 2019 |
| 57. | Herring, Edward | Kernersville, NC | June 11, 2019 |
| 58. | Heslop, Garin | Canyon Lake, CA | September 19, 2019 |
| 59. | Heslop, Kelly Renee | Temecula, CA | September 19, 2019 |
| 60. | Hiner, Charlotte | Rancho Cucamonga, CA | May 20, 2019 |
| 61. | Hitchrick, Lorraine and Michael | Santee, CA | May 20, 2019 |
| 62. | Hoffman, Donna | Lodi, CA | May 28, 2019 |
| 63. | Hoffman, Robert | Lodi, CA | May 28, 2019 |
| 64. | Holbrook, Terry | Calabasas, CA | August 19, 2019 |
| 65. | Hope, Longin | Sherman Oaks, CA | May 28, 2019 |
| 66. | Horn, Edith | Petaluma, CA | May 31, 2019 |
| 67. | Hoyt, Bill | Riverside, CA | May 28, 2019 |
| 68. | Humphrey, Renee | Berkeley, CA | May 28, 2019 |
| 69. | Hunter, Anthony | Fairfield, CA | September 18, 2019 |
| 70. | Hurley, William | Hickory, NC | May 20, 2019 |
| 71. | Ireson, Henry | Church Hill, TN | June 14, 2019 |
| 72. | Jacobsen, Karl | Valencia, CA | May 28, 2019 |
| 73. | Jeffords, Shirill | Virginia Beach, VA | June 14, 2019 |
| 74. | Jones, William | Oakdale, CA | May 28, 2019 |
| 75. | Juergens, Mary | West Chester, OH | May 25, 2019 |
| 76. | Juergens, Stanley | West Chester, OH | May 25, 2019 |
| 77. | Karatekeli, Burak | Chico, CA | September 18, 2019 |
| 78. | Karatekeli, Sandra Renee | Chico, CA | September 18, 2019 |
| 79. | Karatekeli, Yildirim | Chico, CA | September 18, 2019 |
| 80. | Karman, Alexander | Annandale, VA | May 24, 2019 |
| 81. | Kelleher, Dennis | Woodland, CA | May 28, 2019 |
| 82. | King, James | Rancho Santa Margarita, CA | May 28, 2019 |
| 83. | Klemack, Donald | Huntersville, NC | May 28, 2019 |
| 84. | Krause, Katharina | Burlington, MA | May 15, 2019 |



| | | | |
|---|---|---|---|
| 85. | Larsen, Jennifer | Sioux City, IA | June 10, 2019 |
| 86. | Larsen, Michael | Sioux City, IA | June 10, 2019 |
| 87. | Leggitt, Jennifer | La Habra, CA | September 19, 2019 |
| 88. | Lentini, Cynthia | Northfield, NJ | May 28, 2019 |
| 89. | Llano, Monic | Sacramento, CA | May 28, 2019 |
| 90. | Love, Annette | Morgan Hill, CA | May 28, 2019 |
| 91. | Lovin, Sherri | Miamisburg, OH | June 10, 2019 |
| 92. | Lupkin, Joel | Calabasas, CA | May 21, 2019 |
| 93. | Maddox, Esther | Castalia, OH | May 20, 2019 |
| 94. | Mangiapane, Beth | Rancho Santa Margarita, CA | September 19, 2019 |
| 95. | Manley, Richard | San Diego, CA | July 19, 2019 |
| 96. | Martin, Angel | Sacramento, CA | May 28, 2019 |
| 97. | McCutchan, Jonell | Canton, OH | May 24, 2019 |
| 98. | McDowell, Janet | Tulare, CA | May 21, 2019 |
| 99. | McGinley, Anthony | Herndon, VA | August 15, 2019 |
| 100. | McGinley, Kristin | Herndon, VA | August 15, 2019 |
| 101. | Meyers, Barbara | Winlock, WA | June 6, 2019 |
| 102. | Meyers, Max | Winlock, WA | June 6, 2019 |
| 103. | Milburn, Tami | Fisherville, KY | June 7, 2019 |
| 104. | Miller, Wanda | Fife, WA | June 14, 2019 |
| 105. | Millican, Noel | Spring Valley, CA | September 18, 2019 |
| 106. | Montemayor, Jesse | Newhall, CA | September 18, 2019 |
| 107. | Montemayor, Rosanna | Newhall, CA | September 18, 2019 |
| 108. | Morr, Dennis | Tumwater, WA | May 19, 2019 |
| 109. | Murdoch, Cynthia | Palm Springs, CA | May 28, 2019 |
| 110. | Nash, Cynthia | Lancaster, OH | July 8, 2019 |
| 111. | Neal, Paul | New Albany, OH | May 24, 2019 |
| 112. | Nelson, Clifford | Napa, CA | May 20, 2019 |
| 113. | Northup, Thomas | Amanda Park, WA | June 13, 2019 |
| 114. | Novy, Michelle | Long Beach, CA | May 13, 2019 |
| 115. | Person, Roberta | Alexandria, VA | May 16, 2019 |
| 116. | Potter, Cheryl | Fort Wayne, IN | June 3, 2019 |
| 117. | Potter, James | Fort Wayne, IN | June 3, 2019 |
| 118. | Powell, Diane | Atascadero, CA | September 20, 2019 |
| 119. | Powell, Douglas | Atascadero, CA | September 20, 2019 |
| 120. | Powell, William Dennis | Fontana, CA | September 18, 2019 |
| 121. | Pratuch, Steven | Alamo, CA | May 28, 2019 |
| 122. | Price, Elizabeth | San Francisco, CA | August 5, 2019 |
| 123. | Purdon-Cook, Norene | North Ridgeville, OH | August 26, 2019 |
| 124. | Rademaker, Ann | Scottsdale, AZ | May 28, 2019 |
| 125. | Reimer, Louis | Riverside, CA | May 28, 2019 |
| 126. | Richards, William | Brick, NJ | May 20, 2019 |
| 127. | Robinson, Jerry | Sarahsville, OH | May 20, 2019 |
| 128. | Rogers, Steve | Visalia, CA | September 20, 2019 |
| 129. | Rose, Lara | San Diego, CA | September 19, 2019 |
| 130. | Ruiz, Daniel | Sacramento, CA | May 28, 2019 |



JND LEGAL ADMINISTRATION

| | | | |
|---|---|---|---|
| 131. | Rulnick, Barry | Murrieta, CA | May 28, 2019 |
| 132. | Ryan, B Snow | Long Beach, CA | May 28, 2019 |
| 133. | Safarian, Raymond | Granada Hills, CA | September 18, 2019 |
| 134. | Schatzman, Beth | Santa Cruz, CA | September 19, 2019 |
| 135. | Schneider, Kimberly | Big Bear City, CA | September 18, 2019 |
| 136. | Scoggins, Therese | Sacramento, CA | May 28, 2019 |
| 137. | Scudellari, Mitchelle | Highland Hts, OH | May 26, 2019 |
| 138. | Searles, Queen | Burbank, CA | November 27, 2019 |
| 139. | Shoemaker, Keith | Princeton, NJ | May 23, 2019 |
| 140. | Simmons, Marie | San Diego, CA | September 18, 2019 |
| 141. | Sjoberg, Kristine | Maple Valley, WA | June 3, 2019 |
| 142. | Sjoberg, Mark | Maple Valley, WA | June 3, 2019 |
| 143. | Skinner, David | Avon, OH | May 20, 2019 |
| 144. | Starcks, David | Lake Forest, CA | September 18, 2019 |
| 145. | Starcks, Quinn | Lake Forest, CA | September 18, 2019 |
| 146. | Stauch, Leo | Puyallup, WA | May 21, 2019 |
| 147. | Stauch, Theresa | Puyallup, WA | May 21, 2019 |
| 148. | Steeg, Lucinda | Chino, CA | September 19, 2019 |
| 149. | Tanner, James | Livermore, CA | September 19, 2019 |
| 150. | Tanner, Shelley | Livermore, CA | September 19, 2019 |
| 151. | Tedrow, Addie | Glendora, CA | June 11, 2019 |
| 152. | Torres, Claudia | Ontario, CA | September 18, 2019 |
| 153. | Turf Care Supply Corp | Brunswick, OH | June 3, 2019 |
| 154. | Vandesteeg, Albert | Chino, CA | September 19, 2019 |
| 155. | Vasquez, Enrique | Long Beach, CA | September 12, 2019 |
| 156. | Vasquez, Maricela | Long Beach, CA | September 12, 2019 |
| 157. | Verry, Jeffrey | Chesapeake, VA | September 11, 2019 |
| 158. | Vick, Cherie | Fresno, CA | June 11, 2019 |
| 159. | Vincente Pacheco, Marcelo | Baldwin Park, CA | September 12, 2019 |
| 160. | Walters, Mary Ellen | Urbana, OH | June 11, 2019 |
| 161. | Webb, Wesley | Sherrills Ford, NC | June 5, 2019 |
| 162. | Wendel, Fred | Aurora, OH | June 10, 2019 |
| 163. | Wittkopf, Dale | Mansfield, OH | May 20, 2019 |
| 164. | Woodworth, Tiffani | Lompoc, CA | May 28, 2019 |
| 165. | Wright, Richard | Kilmarnock, VA | May 20, 2019 |
| 166. | Yang, Constant | Cincinnati, OH | June 6, 2019 |
| 167. | Yorke, Ruby | Waynesboro, VA | August 20, 2019 |